# United States Bankruptcy Court
## Northern District of Illinois

In re: Oberweis Dairy, Inc.
Debtor(s)

Case No. 24-05385
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 2943

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: April 12, 2024

Adam Kraber/President
Signer/Title