Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Oberweis Dairy, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | 24-05385 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1836 FARMS<br>1149 S. VIRGINIA STREET<br>TERRELL, TX 75160 | aaron@1836Farms.com | Trade vendor | | | | $428,688.28 |
| ALTIUM PACKAGING<br>2500 Windy Ridge Pkwy,<br>Suite 1400<br>Atlanta, GA 30339 | darcel.alston@altiumpkg.com | Trade vendor | | | | $79,657.91 |
| ASSOCIATED ELECTRICAL CONTRACTORS, LLC<br>319 Lamb Rd<br>Woodstock, IL 60098 | 815-337-6600 | Trade vendor | | | | $77,368.39 |
| COOK COUNTY TREASURER<br>118 N. CLARK STREET<br>UNIT 112<br>CHICAGO, IL 60602 | Lbankruptcy@cookcountytreasuer.com | Taxing Authority | | | | $173,004.64 |
| ECOLAB<br>26252 Network Place<br>Chicago, IL 60673 | dennis.green@ecolab.com | Trade vendor | | | | $68,756.23 |
| GRECO & SONS<br>1550 HECHT RD<br>BARTLETT, IL 60103 | vmcgahan@grecoandsons.com | Trade vendor | | | | $721,726.83 |
| HIRETECH<br>200 WESTLAKE PARK BLVD #501<br>HOUSTON, TX 77079 | Gregory.pitcock@equifax.com | Trade vendor | | | | $373,265.48 |
| INTERNATIONAL FOOD PRODUCTS<br>29205 Network Place<br>Chicago, IL 60602 | slanes@gfifoods.com | Trade vendor | | | | $103,906.43 |

Debtor  Oberweis Dairy, Inc.  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| KATIES PIZZA AND PASTA  10650 Gateway Blvd  St Louis, MO 63132 | cary@katiespizza.com | Trade vendor | | | | $64,096.96 |
| NUSSBAUM TRANSPORTATION SERVICES  19336 N. 1425 E ROAD  HUDSON, IL 61748-0649 | heather.swords@nussbaum.com | Trade vendor | | | | $774,145.54 |
| PEARL VALLEY EGGS  968 S. KENT RD.  PEARL CITY, IL 61062 | jelder@pearlvalleyfarms.com | Trade vendor | | | | $73,560.54 |
| PENSKE TRUCK LEASING CO. L.P.  13690 LAKEFRONT DRIVE  EARTH CITY, MO 63045 | Lisa.Santoro@penske.com | Truck Leasing | | | | $132,453.80 |
| PLYMOUTH FOAM INC.  1800 SUNSET DRIVE  PLYMOUTH, WI 53073 | ar@altorsolutions.com | Trade vendor | | | | $107,490.83 |
| QCS PURCHASING COOPERATIVE  901 WARRENVILLE RD UNIT 405  LISLE, IL 60532 | michelle.shanahan@qcspurchasing.com | Trade vendor | | | | $261,780.59 |
| RSM MCGLADREY  5155 Paysphere Circle  Chicago, IL 60674 | martin.holmberg@rsmus.com | Professional service provider | | | | $89,610.10 |
| SENSCIENT FLAVORS  2800 W. Higgins Rd.  Hoffman Estates, IL 60169 | Cheryl.Kaitson@sensient.com | Trade vendor | | | | $91,411.87 |
| ST CHARLES TRADING  1400 Madeline Lane  Elgin   60124 | Bgarza@stcharlestrading.com | Trade vendor | | | | $114,282.50 |

Debtor  Oberweis Dairy, Inc.                                            Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| STANPAC<br>C/O ADRIANA LOPEZ<br>801 MANGRUM STREET<br>BRENHAM, TX 77833 | cheryl.mcfarlane@stanpacnet.com | Trade vendor | | | | $137,234.38 |
| TOCCO-GRECO<br>3850 MUELLER RD. SUITE 200<br>ST CHARLES, MO 63301 | cenglish@grecoandsons.com | Trade vendor | | | | $125,246.06 |
| TRICO MECHANICAL INC.<br>1980 RT 30 SUITE 11<br>SUGAR GROVE, IL 60554 | patty@tricomechanicalinc.com | Trade vendor | | | | $63,431.50 |

| Fill in this information to identify the case: |
|---|
| Debtor name    Oberweis Dairy, Inc. |
| United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 12, 2024             X   *AHa*
                                          Signature of individual signing on behalf of debtor

                                          Adam Kraber
                                          Printed name

                                          President
                                          Position or relationship to debtor