# United States Bankruptcy Court
## Northern District of Illinois

In re: Oberweis Dairy, Inc.
Debtor(s)

Case No. 24-05385
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Oberweis Dairy, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

The Oberweis Group, Inc.
951 Ice Cream Drive
North Aurora, IL 60542

☐ None [*Check if applicable*]

April 12, 2024
Date

/s/ Howard L. Adelman, Esq.
Howard L. Adelman, Esq. #0015458
Signature of Attorney or Litigant
Counsel for   Oberweis Dairy, Inc.
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
312-435-1050 Fax:312-435-1059
hla@ag-ltd.com