Form G-2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:  )
)   Case No. 24-05385
Oberweis Dairy, Inc.,  )
)   Chapter 11
)
)
Debtor(s)  )

## Certification of Relatedness

The undersigned attorney certifies that:

1. __6__ cases are being filed under Chapter 11 that are related to each other, related to case(s) now pending, or both.

2. The cases are related because:

   [ ] the debtors are husband and wife; or
   [ ] the debtor was a debtor in a previous case under Chapter 11; or
   [✔] the cases involve persons or entities that are affiliates as defined in §101(2) of the Bankruptcy Code.

3. List of related bankruptcy case number(s) and case name(s):

   In re Oberweis Dairy, Inc., No. 24-05385;
   In re The Oberweis Group, Inc., No. 24-05388;
   In re North Aurora Ice Cream, LLC, No. 24-05389;
   In re TOGI RE I, LLC, No. 24-05391;
   In re Third Millennium Real Estate L.L.C., No. 24-05392; and
   In re TOGI Brands, LLC, No. 24-05393.

Date of certification: **April 12, 2024**     Attorney's Signature: **/s/ Howard L. Adelman**

**This form must be filed in each related Bankruptcy Case**

Revised: 05/26/2017_lam