## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: Oberweis Diary, Inc.　　　Case Number: 24-05385

An appearance is hereby filed by the undersigned as attorney for:
CIBC Bank USA

Attorney name (type or print): Eric S. Rein

Firm: Kilpatrick Townsend & Stockton LLP

Street address: 500 W. Madison St., Suite 3700

City/State/Zip: Chicago, IL 60661

Bar ID Number: 6181305　　　Telephone Number: 312-606-3200
(See item 3 in instructions)

Email Address: rrein@ktslaw.com; ecfnotices@ktslaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
　If appointed counsel, are you
　☐ Federal Defender
　☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 15, 2024

Attorney signature: S/ Eric S. Rein
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015