# Exhibit B to

*MOTION FOR ORDER: (I) AUTHORIZING (A) SECURED POST-PETITION FINANCING ON A SUPER PRIORITY BASIS PURSUANT TO 11 U.S.C. § 364, (B) USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND (C) GRANT OF ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 363 AND 364; (II) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(C); AND (III) SHORTENING NOTICE*

**Initial Budget**

|  | | 1<br>*FCST*<br>4/7/2024<br>4/13/2024 | 2<br>*FCST*<br>4/14/2024<br>4/20/2024 | 3<br>*FCST*<br>4/21/2024<br>4/27/2024 | 4<br>*FCST*<br>4/28/2024<br>5/4/2024 | 5<br>*FCST*<br>5/5/2024<br>5/11/2024 | 6<br>*FCST*<br>5/12/2024<br>5/18/2024 | 7<br>*FCST*<br>5/19/2024<br>5/25/2024 | 8<br>*FCST*<br>5/26/2024<br>6/1/2024 | 9<br>*FCST*<br>6/2/2024<br>6/8/2024 | 10<br>*FCST*<br>6/9/2024<br>6/15/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sunday | | | | | | | | | | |
| Week ending | Saturday | | | | | | | | | | |
| **CASH FLOW** | | | | | | | | | | | |
| **CASH RECEIPTS** | | | | | | | | | | | |
| **TOTAL OPERATING CASH RECEIPTS** | | 1,398,387 | 1,350,200 | 1,359,900 | 1,510,000 | 1,569,797 | 1,585,200 | 1,565,200 | 1,564,900 | 1,579,497 | 1,594,900 |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | |
| Key Vendor Payments | | | | | | | | | | | |
| Foremost | | - | (195,000) | (95,000) | (95,000) | (95,000) | (95,000) | (95,000) | (95,000) | (95,000) | (95,000) |
| Organic Valley | | - | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) |
| Meadowvale | | (46,571) | (70,000) | (70,000) | (70,000) | (70,000) | (70,000) | (70,000) | (70,000) | (35,000) | (35,000) |
| Resale products | | - | (249,752) | (133,770) | (143,410) | (140,120) | (140,770) | (142,752) | (143,410) | (100,000) | (75,000) |
| 1836 Farms | | (240) | - | - | - | - | - | - | - | - | - |
| Transportation | | - | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) |
| Greco & Tocco Greco | | - | (75,000) | (75,000) | (90,000) | (90,000) | (90,000) | (90,000) | (75,000) | (90,000) | (75,000) |
| Stanpac / Darifill | | (27,630) | (20,000) | (20,000) | (20,000) | - | (20,000) | - | (20,000) | - | - |
| Fuel | | (24,499) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) |
| Other distributors | | - | (200,000) | (100,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) |
| Ingredients & Packaging | | (121,141) | (181,000) | (123,366) | (149,236) | (100,000) | (86,309) | (32,847) | (94,933) | (50,000) | (50,000) |
| **Total Key Vendor Pmts** | | **(220,081)** | **(1,085,752)** | **(712,136)** | **(687,646)** | **(615,120)** | **(622,079)** | **(550,599)** | **(618,343)** | **(490,000)** | **(450,000)** |
| Payroll Expense | | | | | | | | | | | |
| Payroll | | (818,383) | (50,000) | (860,000) | (50,000) | (875,000) | (50,000) | (875,000) | (50,000) | (850,000) | (450,000) |
| Benefits | | (28,798) | (85,750) | (750) | (20,750) | (750) | (85,750) | (750) | (20,750) | (750) | (85,750) |
| Health insurance | | (132,965) | - | - | - | (120,000) | - | - | - | - | (120,000) |
| Payroll fees | | - | - | (500) | - | - | (500) | - | - | - | - |
| **Total Payroll Expense** | | **(980,147)** | **(135,750)** | **(861,250)** | **(70,750)** | **(995,750)** | **(136,250)** | **(875,750)** | **(70,750)** | **(850,750)** | **(655,750)** |
| Other Operating Expenses | | | | | | | | | | | |
| Insurance | | (50,659) | (60,000) | - | (106,000) | - | (60,000) | - | (62,000) | - | - |
| D&O Insurance Tail | | - | - | - | - | - | - | - | (45,000) | - | - |
| Rent (Inside) | | - | - | - | (116,023) | - | - | - | (116,023) | - | - |
| Rent (Outside) | | - | - | - | (207,848) | - | - | - | (207,848) | - | - |
| Sales taxes | | (4,571) | (137,200) | (54,600) | (40,000) | (29,000) | (25,600) | (137,200) | (35,000) | (4,600) | (54,600) |
| Real estate taxes | | (85,500) | - | - | - | - | - | - | - | - | - |
| Utility Order | | - | (100,000) | (60,770) | (12,862) | (9,021) | (19,137) | (45,000) | (45,000) | (45,000) | (45,000) |
| Credit card payments | | - | - | (200,000) | - | - | - | (200,000) | - | - | - |
| Other check disbursements | | (28,789) | (150,000) | (100,000) | (103,638) | (90,979) | (50,000) | (55,000) | (71,500) | (55,000) | (100,000) |
| Other ACH disbursements | | (94,501) | (65,000) | (65,000) | (55,000) | (65,000) | (65,000) | (65,000) | (55,000) | (65,000) | (65,000) |
| Miscellaneous | | (5,412) | (1,000) | (1,000) | (6,700) | (1,000) | (1,000) | (1,000) | (1,000) | (6,700) | (1,000) |
| **Total Other Operating Expenses** | | **(269,431)** | **(513,200)** | **(481,370)** | **(648,071)** | **(195,000)** | **(220,737)** | **(503,200)** | **(638,371)** | **(176,300)** | **(265,600)** |
| Debt Service Disbursements | | | | | | | | | | | |
| Bank fees | | (5,907) | (20,000) | - | - | - | - | - | - | - | - |
| Interest expense | | - | - | - | - | - | - | - | - | - | (25,000) |
| **Total Debt Service Disbursements** | | **(5,907)** | **(20,000)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(25,000)** |
| **TOTAL OPERATING DISBURSEMENTS** | | **(1,475,565)** | **(1,754,702)** | **(2,054,756)** | **(1,406,467)** | **(1,805,870)** | **(979,066)** | **(1,929,549)** | **(1,327,464)** | **(1,517,050)** | **(1,396,350)** |
| ***TOTAL OPERATING CASH FLOW*** | | ***(77,178)*** | ***(404,502)*** | ***(694,856)*** | ***103,533*** | ***(236,073)*** | ***606,134*** | ***(364,349)*** | ***237,436*** | ***62,447*** | ***198,550*** |
| **NON-OPERATING CASH ACTIVITY** | | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | | |
| *Proceeds from Sale of the Company* | | - | - | - | - | - | - | - | - | - | 13,750,000 |
| *Trucks* | | - | - | - | - | - | - | - | - | - | 200,000 |
| *Real Estate (Plant & Equipment)* | | - | - | - | - | - | - | - | - | - | 6,000,000 |
| Asset disposal proceeds *(Total)* [1] | | - | - | - | - | - | - | - | - | - | 19,950,000 |
| Dip Financing | | | 200,000 | 200,000 | 200,000 | - | 200,000 | - | 200,000 | - | - |
| **Cash Disbursements** | | | | | | | | | | | |
| Fort Dearborn Partners | | (50,000) | - | - | - | - | (100,000) | - | - | - | (100,000) |
| Adelman & Gettleman | | (50,000) | - | - | - | - | (100,000) | - | - | - | (100,000) |
| Livingstone | | - | - | - | - | - | (25,000) | - | - | - | (525,000) |
| Creditor's Committee Fees | | - | - | (25,000) | - | - | (25,000) | - | - | - | (25,000) |
| 401k Audit | | - | - | - | - | - | - | - | - | - | - |
| Tax Return Preparation | | - | - | - | - | - | - | - | - | - | - |
| Noticing Agent | | - | (20,000) | - | - | - | (20,000) | - | - | - | - |
| Professional fees *(Total)* | | (100,000) | (35,000) | (25,000) | - | - | (270,000) | - | - | - | (750,000) |
| US Trustee Fees | | - | - | - | (45,000) | - | - | - | - | - | - |
| Ombudsman | | - | - | (25,000) | - | - | - | - | - | - | - |
| **(Cure Costs)** | | | | | | | | | | | |
| Cure Costs - Rent | | - | - | - | - | - | - | - | - | - | (335,028) |
| Cure Costs - Real Estate Taxes | | - | - | - | - | - | - | - | - | - | (1,102,899) |
| **(Super Priority)** | | | | | | | | | | | |
| Payments on DIP Financing | | - | - | - | - | - | - | - | - | - | (1,000,000) |
| **(Sr. Secured)** | | | | | | | | | | | |
| CIBC paydown | | - | - | - | - | - | - | - | - | - | (13,923,356) |
| Paydown of other Finance Companies and Bank Debt | | - | - | - | - | - | - | - | - | - | (2,000,000) |
| **(Administrative Claims)** | | | | | | | | | | | |
| 503b(9) Claims | | - | - | - | - | - | - | - | - | - | (800,000) |
| Carve-out for estate | | - | - | - | - | - | - | - | - | - | (200,000) |
| **Total Non-Operating Cash Flows** | | **(100,000)** | **165,000** | **150,000** | **155,000** | **-** | **(70,000)** | **-** | **200,000** | **-** | **(161,283)** |
| **CASH FLOW** | | **(177,178)** | **(239,502)** | **(544,856)** | **258,533** | **(236,073)** | **536,134** | **(364,349)** | **437,436** | **62,447** | **37,267** |
| ***Cumulative Cash Flow*** | | ***361,576*** | ***122,074*** | ***(422,782)*** | ***(164,249)*** | ***(400,322)*** | ***135,812*** | ***(228,537)*** | ***208,899*** | ***271,346*** | ***308,613*** |
| **LIQUIDITY** | | | | | | | | | | | |
| **Cash On-Hand** | | | | | | | | | | | |
| Beginning Balance | | 1,110,142 | 932,964 | 693,462 | 148,606 | 407,139 | 171,066 | 707,199 | 342,850 | 780,286 | 842,733 |
| Increase/(Decrease) Operations | | (177,178) | (239,502) | (544,856) | 258,533 | (236,073) | 536,134 | (364,349) | 437,436 | 62,447 | 37,267 |
| Ending Bank Balance | | 932,964 | 693,462 | 148,606 | 407,139 | 171,066 | 707,199 | 342,850 | 780,286 | 842,733 | 880,000 |
| Checks O/S | | | | | | | | | | | |
| **Ending Book Balance** | | **932,964** | **693,462** | **148,606** | **407,139** | **171,066** | **707,199** | **342,850** | **780,286** | **842,733** | **880,000** |

[1] *The amount set forth in this budget for proceeds from the disposition of substantially all assets of the Debtors is an estimated amount based upon current discussions with a prospective purchaser. As of the filing hereof, an asset purchase agreement has not yet been executed. The parties continue their ongoing discussions on documentation.*

| Week ending | Sunday Saturday | 11 FCST 6/16/2024 6/22/2024 | Thereafter FCST 7/1/2024 |
|---|---|---|---|
| **CASH FLOW** | | | |
| **CASH RECEIPTS** | | | |
| **TOTAL OPERATING CASH RECEIPTS** | | 300,000 | - |
| | | | |
| **OPERATING DISBURSEMENTS** | | | |
| **Key Vendor Payments** | | | |
| Foremost | | - | - |
| Organic Valley | | - | - |
| Meadowvale | | - | - |
| Resale products | | - | - |
| 1836 Farms | | - | - |
| Transportation | | - | - |
| Greco & Tocco Greco | | - | - |
| Stanpac / Darifill | | - | - |
| Fuel | | - | - |
| Other distributors | | - | - |
| Ingredients & Packaging | | - | - |
| **Total Key Vendor Pmts** | | - | - |
| **Payroll Expense** | | | |
| Payroll | | (850,000) | - |
| Benefits | | - | - |
| Health insurance | | - | - |
| Payroll fees | | - | - |
| **Total Payroll Expense** | | (850,000) | - |
| **Other Operating Expenses** | | | |
| Insurance | | - | - |
| D&O Insurance Tail | | - | - |
| Rent (Inside) | | - | - |
| Rent (Outside) | | - | - |
| Sales taxes | | - | - |
| Real estate taxes | | - | - |
| Utility Order | | - | - |
| Credit card payments | | - | - |
| Other check disbursements | | - | - |
| Other ACH disbursements | | - | - |
| Miscellaneous | | - | - |
| **Total Other Operating Expenses** | | - | - |
| **Debt Service Disbursements** | | | |
| Bank fees | | - | - |
| Interest expense | | - | - |
| **Total Debt Service Disbursements** | | - | - |
| | | | |
| **TOTAL OPERATING DISBURSEMENTS** | | (850,000) | - |
| | | | |
| ***TOTAL OPERATING CASH FLOW*** | | **(550,000)** | **-** |
| | | | |
| **NON-OPERATING CASH ACTIVITY** | | | |
| **Cash Receipts** | | | |
| *Proceeds from Sale of the Company* | | - | - |
| *Trucks* | | - | - |
| *Real Estate (Plant & Equipment)* | | - | - |
| Asset disposal proceeds *(Total)* [1] | | - | - |
| *Dip Financing* | | - | - |
| **Cash Disbursements** | | | |
| *Fort Dearborn Partners* | | - | - |
| *Adelman & Gettleman* | | - | - |
| *Livingstone* | | - | - |
| *Creditor's Committee Fees* | | - | - |
| *401k Audit* | | - | (25,000) |
| *Tax Return Preparation* | | - | (50,000) |
| *Noticing Agent* | | (25,000) | - |
| Professional fees *(Total)* | | (25,000) | (75,000) |
| *US Trustee Fees* | | (230,000) | - |
| *Ombudsman* | | - | - |
| **(Cure Costs)** | | | |
| *Cure Costs - Rent* | | - | - |
| *Cure Costs - Real Estate Taxes* | | - | - |
| **(Super Priority)** | | | |
| *Payments on DIP Financing* | | - | - |
| **(Sr. Secured)** | | | |
| *CIBC paydown* | | - | - |
| *Paydown of other Finance Companies and Bank Debt* | | - | - |
| **(Administrative Claims)** | | | |
| *503b(9) Claims* | | - | - |
| *Carve-out for estate* | | - | - |
| **Total Non-Operating Cash Flows** | | (255,000) | (75,000) |
| | | | |
| **CASH FLOW** | | (805,000) | (75,000) |
| ***Cumulative Cash Flow*** | | **(496,387)** | **(571,387)** |
| | | | |
| **LIQUIDITY** | | | |
| | | | |
| **Cash On-Hand** | | | |
| Beginning Balance | | 880,000 | 75,000 |
| Increase/(Decrease) Operations | | (805,000) | (75,000) |
| Ending Bank Balance | | 75,000 | 0 |
| Checks O/S | | | |
| **Ending Book Balance** | | 75,000 | 0 |

[1] *The amount set forth in this budget for proceeds from the disposition of substantially all assets of the Debtors is an estimated amount based upon current discussions with a prospective purchaser. As of the filing hereof, an asset purchase agreement has not yet been executed. The parties continue their ongoing discussions on documentation.*