# Exhibit A to

*Declaration of Adam Kraber in Support of Chapter 11 Petitions and First-Day Motions*

# Table of Dairy Store Locations

**NAIC** – North Aurora Ice Cream, LLC  
**TRI** – TOGI RE I, LLC  
**TMRE** – Third Millennium Real Estate L.L.C.

| # | Store Name | Address | Owner |
|---|---|---|---|
| 1 | Arlington Heights | 9 E. Dundee Rd., Arlington Heights, IL 60004 | TMRE |
| 2 | Ballwin | 15021 Manchester Rd., Ballwin, MO 63011 | Fidelity Associates, L.L.L.P. |
| 3 | Bartlett | 925 S. Route 59, Bartlett, IL 60103 | Bartlett Ice Cream, LLC |
| 4 | Bloomingdale | 338 W. Army Trail Rd., Bloomingdale, IL 60108 | EMO Properties, LLC |
| 5 | Bloomington | 2105 N. Veterans Parkway Bloomington, IL 61704 | James D, Oberweis, Trustee of the James D. Oberweis Living Trust Dated 7/11/2003 |
| 6 | Bolingbrook | 230 N. Weber Road, Bolingbrook, IL 60440 | Brookwood Center, L.L.C. |
| 7 | Bolingbrook East | 860 E. Boughton Rd. Bolingbrook, IL 60440 | James D, Oberweis, Trustee of the James D. Oberweis Living Trust Dated 7/11/2003 |
| 8 | Champaign | 1905 S Neil St., Champaign, IL 61820 | James D. Oberweis Legacy Trust under Trust Agreement dated March 22, 2007 |
| 9 | Downers Grove | 60 Ogden Ave. and 58 Ogden Ave., Downers Grove, IL 60515 | IRC Downers Grove Marketplace, L.L.C. |
| 10 | Elgin | 400 South Randall Road, Suite A, Elgin, IL 60123 | Micromont Holdings 8 LLC |
| 11 | Elmhurst | 1018 S. York Rd., Elmhurst, IL 60126 | Lexington Square LLC |
| 12 | Evergreen Park | 3152 W 95th St, Evergreen Park, IL 60805 | 3158 West 95th Street LLC |
| 13 | Geneva | 2150 S. Randall Rd. Geneva, IL 60134 | Geneva Ice Cream, LLC |
| 14 | Glen Ellyn | 515 Roosevelt Road, Glen Ellyn, IL 60137 | TRI |
| 15 | Glenview | 967 Waukegan Rd, Glenview, IL 60025 | TMRE |
| 16 | Gurnee | 5572 Grand Avenue, Suite 1, Gurnee, IL 60031 | VEK Investments, LLC |
| 17 | Joliet | 2200 Illinois Rte 59 I, Plainfield, IL 60586 | David Gregory |
| 18 | Kirkwood | 10338 Manchester Road Kirkwood, MO 63122 | Brown & Sons' Foodliner, Inc. |
| 19 | Lake Zurich | 684 S. Rand Road Lake Zurich, IL 60047 | The Fidelity Group, L.P. |
| 20 | Lakeview | 3055 North Sheffield Avenue, Chicago, IL 60657 | Harris Properties, LLC |
| 21 | Lincolnwood | 6469 N. Lincoln Ave., Lincolnwood, IL 60712 | TMRE |
| 22 | Mokena | 11310-12 W Lincoln Hwy, Mokena, IL 60448 | Riveroaks Properties, LLC (successor to previous landlords) |
| 23 | Naperville South | 2879 W. 95th St., Suite 155, Naperville, IL 60564 | Greco/Reggi Development, LLC |

| | | | |
|---|---|---|---|
| 24 | Naperville North | 760 North Route 59 Naperville, IL 60566 | Shiner Management Group, Inc. as agent for Naperville Associates, L.L.C. (assignee of original lessor) |
| 25 | North Aurora (also HQ/manufacturing plant) | 951 Ice Cream Drive, North Aurora, IL 60542 | NAIC |
| 26 | Oakville | 4568 & 4590 Telegraph Rd., St. Louis, MO 63129 | Oakville Ice Cream, LLC |
| 27 | O'Fallon | 1816 Highway K, O'Fallon, MO 63366 | O'Fallon Ice Cream, LLC |
| 28 | Orland Park | 7202 W. 159th St., Orland Park, IL 60462 | Orland Park Ice Cream, LLC |
| 29 | Oswego | 2274 Route 30, Oswego, IL (Unit C) 60543 | LGF Capital, LLC |
| 30 | Park Ridge | 101 South Northwest Highway, Park Ridge, IL 60068 | Beneficiary of Lasalle National Bank, a National Banking Association of Chicago, Illinois, as Successor to Lasalle National Trust, N.A., Not Personally but as Trustee Under Trust Agreement Dated May 27, 1955 and Known as Trust No. 17953 |
| 31 | Rolling Meadows | 1735 Algonquin Road, Rolling Meadows, IL 60005 | Rolling Meadows Ice Cream, LLC |
| 32 | Royal Oak | 32808 Woodward Avenue, Royal Oak, MI 48073 | Woodward Samoset Associates, LLC |
| 33 | Schaumburg | 30 S. Roselle Rd, Schaumburg, IL 60193 | Talka Holdings, LLC |
| 34 | Schererville | 725 Main St., Schererville, IL 46375 | BCFT, LLC |
| 35 | Skokie | 4811 Dempster Road, Skokie, IL 60077 | NAIC |
| 36 | St. Charles | 1790 West Main Street, St. Charles, IL 60174 | TRI |
| 37 | St. Peters | 7090 Mexico Road Saint Peters, MO 63376 | RCP-N, LLC |
| 38 | Troy | 6854 Rochester Road Troy, MI 48085 | Caswell Town Center, LLC |
| 39 | Western Springs | 929 Burlington Avenue, Western Springs, IL 60558 | North Aurora Ice Cream, LLC |
| 40 | Wheaton | 811 Butterfield Road, Suite 119 Wheaton, IL 60187 | Wheaton Retail, II, LLC |