**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oberweis Dairy, Inc., *et al.*,[1] | ) | Case No. 24-05385 |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |
| | ) | Honorable David D. Cleary |
| | ) | |

**NOTICE OF FILING – REVISED BUDGET AND**
**COMPLETE PROPOSED INTERIM ORDER**

**PLEASE TAKE NOTICE** that attached hereto as **Exhibit 1** is a corrected version of the Budget attached as Schedule 1.3 to the DIP Credit Agreement, which is itself attached as Exhibit A to the proposed *Interim Order (I) Authorizing (A) Secured Post-Petition Financing on a Super Priority Basis Pursuant to 11 U.S.C. Section 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. Section 363 and (C) Grant of Adequate Protection Pursuant to 11 U.S.C. Section 363 and 364; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Shortening Notice* (the "**Proposed Order**") in the above-captioned bankruptcy cases.[2]

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a complete version of the Proposed Order, inclusive of the corrected Budget, as well as the other amendments to the Proposed Order reflected in the redline filed as ECF No. 24.

Respectfully Submitted,

By: /s/ Alexander F. Brougham
         Alexander F. Brougham, Esq.

HOWARD L ADELMAN, ESQ. (ARDC #0015458)
ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
TEVIN D. BOWENS, ESQ. (ARDC # 6338559)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
**Proposed Counsel for the Debtors**

---

[1] The Debtors in this case, and the last four digits of their respective federal employer identification numbers, are Oberweis Dairy, Inc. ('7516); The Oberweis Group, Inc. ('1378); North Aurora Ice Cream, LLC ('8506); TOGI RE I, LLC ('5952); Third Millennium Real Estate L.L.C. ('1589); and TOGI Brands, LLC ('7072).

[2] Capitalized terms not otherwise defined herein have the respective meanings set forth in the Proposed Order.

1317564_1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that, on April 17, 2024, he served a copy of the foregoing **Notice of Filing – Revised Budget and Complete Proposed Interim Order** upon the following parties via the Court's CM/ECF system:

- Patrick Layng, U.S. Trustee for Region 11;
- Eric Rein and Nathan Delman, Counsel for CIBC Bank USA; and
- Charles Stahl, Jr., Counsel for Associated Material Handling Solutions, Inc.

By: /s/ Alexander F. Brougham
Proposed Counsel for the Debtors

HOWARD L ADELMAN, ESQ. (ARDC #0015458)
ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
TEVIN D. BOWENS, ESQ. (ARDC # 6338559)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
**Proposed Counsel for the Debtors**

1317564_1