# Exhibit A to

*Order Granting Motion to Authorize Payment of Deposits as Adequate Assurance of Payment for Utility Services*:

## List of Utility Companies

| Debtor | Vendor | Type | Address | Address 2 | City | State | Zipcode | Phone Number | Account Numbers | Suggested Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| ODI | AES INDIANA | Electricity | 1 Monument Cir | | Indianapolis | IN | 46204 | 317-261-8444 | 1075537 | $1,140.28 |
| ODI | AMEREN | Electricity & Gas | 1901 Chouteau Ave | | St. Louis | MO | 63103 | 877-426-3736 | 3132202148 | $826.27 |
| ODI | AMEREN | Electricity & Gas | 300 Liberty | | Peoria | IL | 61602 | 877-426-3736 | 3549697939 | $853.79 |
| ODI | AMEREN | Electricity & Gas | 300 Liberty | | Peoria | IL | 61602 | 877-426-3736 | 2524085050 | $392.17 |
| ODI | AMEREN | Electricity & Gas | 1901 Chouteau Ave | | St. Louis | MO | 63103 | 877-426-3736 | 7510007022 | $911.70 |
| ODI | AMEREN | Electricity & Gas | 1901 Chouteau Ave | | St. Louis | MO | 63103 | 877-426-3736 | 851044069 | $1,207.23 |
| ODI | AMEREN | Electricity & Gas | 1901 Chouteau Ave | | St. Louis | MO | 63103 | 877-426-3736 | 413136011 | $806.17 |
| ODI | AMEREN | Electricity & Gas | 1901 Chouteau Ave | | St. Louis | MO | 63103 | 877-426-3736 | 1088501115 | $1,020.13 |
| ODI | AT&T U-VERSE | Internet | 208 S. Akard St | | Dallas | IL | 75202 | 800-321-2000 | 257971535 | $28.26 |
| ODI | AT&T U-VERSE | Internet | 208 S. Akard St | | Dallas | IL | 75202 | 800-321-2000 | 257966755 | $39.80 |
| ODI | AT&T U-VERSE | Internet | 208 S. Akard St | | Dallas | IL | 75202 | 800-321-2000 | 257971536 | $30.04 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008255/4818083002 | $815.04 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008008/4753090018 | $803.80 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008020/6507506001 | $645.89 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008244/8990586008 | $636.06 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3004318073/3108022012 | $1,618.39 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3009955592/2524085050 | $1,284.76 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008165/8361746007 | $1,326.83 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008075/2001095032 | $343.09 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008266/8915140008 | $677.92 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008312/1226071059 | $766.13 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3002588238/6577504017 | $1,315.86 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008031/5970099029 | $692.49 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000025074/5133164070 | $681.40 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008121/6541136007 | $653.20 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008176/0258091020 | $564.62 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000269984/0183028202 | $841.87 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000025063/1700443055 | $758.15 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000025052/0143023125 | $801.20 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008244/8990586008 | $0.00 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000018807/1106451004 | $604.00 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000018807/1106451004 | $17,691.31 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000018807/1106451004 | $347.54 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000018807/1106451004 | $885.96 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000018807/1106451004 | $237.26 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008097/1610553011 | $363.99 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000018807/1106451004 | $2,474.43 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000018807/1106451004 | $28.10 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000018807/1106451004 | $79.09 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000018807/1106451004 | $147.80 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008053/0663118036 | $715.17 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008277/7437234008 | $681.30 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008143/2375065000 | $605.11 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008086/4797560004 | $745.78 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008299/0239145003 | $669.86 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3002082530/0588135139 | $1,160.88 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008222/8771436007 | $719.82 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3000008187/4763075005 | $690.01 |
| ODI | BLUE STAR ENERGY SERVICES, | Electricity | AEP Energy PO Box 340 | | Zelienople | PA | 16063-2300 | 866-258-3782 | 3009955581/7684357012 | $1,199.49 |
| ODI | BROWN AND SONS FOODLINER | Water / Sewer | 20 Allen Ave | Ste 400 | Webster Groves | MO | 63119-2349 | 314-9680842 | 129-26012 | $105.01 |
| ODI | CASWELL TOWN CENTER | Water / Sewer | 2617 Beacon Hill Drive | | Auburn Hills | MI | 48326 | 847-3185223 | 4703 | $113.23 |
| ODI | CHARTER COMMUNICATIONS | Telephone | 400 Washington Blvd | | Stamford | CT | 06902 | 855-2520675 | 8345780230280095 | $74.74 |
| ODI | CHARTER COMMUNICATIONS | Telephone | 400 Washington Blvd | | Stamford | CT | 06902 | 855-2520675 | 8345780910282064 | $75.16 |
| ODI | CHARTER COMMUNICATIONS | Telephone | 400 Washington Blvd | | Stamford | CT | 06902 | 855-2520675 | 8345780101917500 | $74.74 |
| ODI | CHARTER COMMUNICATIONS | Telephone | 400 Washington Blvd | | Stamford | CT | 06902 | 855-2520675 | 8345786800020282 | $54.33 |

| Debtor | Vendor | Type | Address | Address 2 | City | State | Zipcode | Phone Number | Account Numbers | Suggested Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| ODI | CHARTER COMMUNICATIONS | Telephone | 400 Washington Blvd | | Stamford | CT | 06902 | 855-2520675 | 8345781580499210 | $74.74 |
| ODI | CHARTER COMMUNICATIONS | Telephone | 400 Washington Blvd | | Stamford | CT | 06902 | 855-2520675 | 8348 10 009 0250343 | $63.98 |
| ODI | CHARTER COMMUNICATIONS | Telephone | 400 Washington Blvd | | Stamford | CT | 06902 | 855-2520675 | 8345781010044735 | $74.95 |
| ODI | CITY OF BLOOMINGTON | Water / Sewer | 115 E Washington St | | Bloomington | IL | 61701 | 309-434-2225 | 103495-106392 | $17.87 |
| ODI | CITY OF BLOOMINGTON | Water / Sewer | 115 E Washington St | | Bloomington | IL | 61701 | 309-434-2225 | 113822-106392 | $263.75 |
| ODI | CITY OF GENEVA | Electricity | 15 S First Street | | Geneva | IL | 60134 | 630-232-0854 | 0198002150-001 | $46.00 |
| ODI | CITY OF GENEVA | Electricity | 15 S First Street | | Geneva | IL | 60134 | 630-232-0854 | 0198002150-001 | $1,069.57 |
| ODI | CITY OF GENEVA | Electricity | 15 S First Street | | Geneva | IL | 60134 | 630-232-0854 | 0198002150-001 | $329.29 |
| ODI | CITY OF JOLIET MUNICIPAL S | Water / Sewer | 150 W Jefferson St | | Joliet | IL | 60432 | 815-724-3820 | 123519-335830 | $174.61 |
| ODI | CITY OF KIRKWOOD | Water / Sewer | 212 S Taylor Ave | | Kirkwood | MO | 63122 | 314-822-5843 | 41089-25206 | $764.45 |
| ODI | CITY OF KIRKWOOD | Water / Sewer | 212 S Taylor Ave | | Kirkwood | MO | 63122 | 314-822-5843 | 41089-25206 | $51.90 |
| ODI | CITY of NAPERVILLE | Electricity | Finance Dept 400 S Eagle Street | | Naperville | IL | 60540 | 630-420-6059 | 215171-121864 | $1,113.30 |
| ODI | CITY of NAPERVILLE | Electricity | Finance Dept 400 S Eagle Street | | Naperville | IL | 60540 | 630-420-6059 | 282023-133920 | $684.04 |
| ODI | CITY OF PARK RIDGE | Water / Sewer | 505 Butler Place | | Park Ridge | IL | 60068 | 847-318-5223 | 5108036032 | $150.03 |
| ODI | CITY OF ROLLING MEADOWS | Water / Sewer | 3600 Kirchoff Rd | | Rolling Meadows | IL | 60008 | 847-3948500 | 5506265 | $256.91 |
| ODI | CITY OF ROYAL OAK | Water / Sewer | P.O. Box 64 | | Royal Oak | MI | 48068-0064 | 248-246-3160 | 72-99-00-011-011 | $163.96 |
| ODI | CITY OF ST. CHARLES | Water / Sewer | 2 E Main Street | | St. Charles | IL | 60174 | 630-3774426 | 4-53-91337-8-2-140228 | $529.69 |
| ODI | CITY OF ST. CHARLES | Water / Sewer | 2 E Main Street | | St. Charles | IL | 60174 | 630-3774426 | 4-53-91337-8-2-140228 | $285.52 |
| ODI | CITY OF WHEATON | Water / Sewer | 303 W Wesley St | | Wheaton | IL | 60187 | 630-260-2000 | 444231400 | $118.14 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 920237915 | $35.15 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 920882197 | $35.15 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 910210283 | $45.99 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 928069444 | $34.45 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 961720718 | $37.89 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 908029840 | $40.57 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 910210294 | $45.99 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 926938133 | $39.49 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 920882739 | $35.12 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 8771 20 045 0264268 | $89.58 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 927936916 | $43.28 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | Not provided | $55.29 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 910210696 | $40.57 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 907258554 | $34.67 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 910210297 | $45.99 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 925845367 | $40.57 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 907275886 | $34.64 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 910210303 | $45.99 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 960677176 | $37.89 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 912160284 | $45.99 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | Customer ID 1588695020 | $46.80 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 920237912 | $67.08 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 920237912 | $49.76 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 928290393 | $47.59 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 920659227 | $35.15 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 928069542 | $43.28 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 923596047 | $40.57 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 920237937 | $40.57 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 908371311 | $40.53 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 910089408 | $43.28 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 907275313 | $34.64 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 907290920 | $34.65 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 8771 20 047 0833951 | $51.86 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 961720493 | $37.89 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 960779930 | $57.48 |
| ODI | COMCAST CABLE | Internet | One Comcast Center | 1701 JFK Blvd | Philadephia | PA | 19103 | 800-391-3000 | 917655778 | $67.68 |

| Debtor | Vendor | Type | Address | Address 2 | City | State | Zipcode | Phone Number | Account Numbers | Suggested Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| ODI | COMMONWEALTH EDISON | Electricity | ComEd Customer Care Center | PO Box 805379 | Chicago | IL | 60680-5379 | 877-4266331 | 8361747059 | $11.84 |
| ODI | CONSTELLATION, GAS DIVISIO | Gas | 1310 Point Street | | Baltimore | MD | 21231 | 844-3097092 | BG-165186 | $52.08 |
| ODI | CONSTELLATION, GAS DIVISIO | Gas | 1310 Point Street | | Baltimore | MD | 21231 | 844-3097092 | BG-165186 | $2,133.45 |
| ODI | CONSTELLATION, GAS DIVISIO | Gas | 1310 Point Street | | Baltimore | MD | 21231 | 844-3097092 | BG-165186 | $601.74 |
| ODI | CONSUMERS ENERGY | Electricity | One Energy Plaza | | Jackson | MI | 49201 | 800-477-5050 | 103037042795 | $67.75 |
| ODI | CONSUMERS ENERGY | Electricity | One Energy Plaza | | Jackson | MI | 49201 | 800-477-5050 | 100038057350 | $129.02 |
| ODI | CONSUMERS ENERGY | Electricity | One Energy Plaza | | Jackson | MI | 49201 | 800-477-5050 | 103037048461 | $62.43 |
| ODI | COX COMMUNICATIONS | Internet | 6205-B Peachtree Dunwoody Rd NE | | Atlanta | GA | 30328 | 757-369-6500 | 001 5410 129965901 | $73.18 |
| ODI | DTE ENERGY-ROYAL OAK | Electricity | One Energy Plaza | | Detroit | MI | 48226 | 855-383-4249 | 9100 289 16930 | $860.49 |
| ODI | DTE ENERGY-TROY | Electricity | One Energy Plaza | | Detroit | MI | 48226 | 800-477-4747 | 910028916625 | $796.04 |
| ODI | DTE ENERGY-TROY | Electricity | One Energy Plaza | | Detroit | MI | 48226 | 800-477-4747 | 910028916757 | $720.19 |
| ODI | DUPAGE COUNTY PUBLIC WORKS | Water / Sewer | 7900 IL - 53 | | Woodridge | IL | 60517 | 855-748-8523 | 11507804 | $45.60 |
| ODI | DUPAGE COUNTY PUBLIC WORKS | Water / Sewer | 7900 IL - 53 | | Woodridge | IL | 60517 | 855-748-8523 | 15520672 | $33.70 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0108409 2 | $125.61 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0118935 5 | $68.74 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0174728 5 | $103.67 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0174726 9 | $246.45 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0104088 9 | $156.06 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0174291 4 | $98.48 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0107795 6 | $51.79 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0107795 6 | $1,493.16 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0107795 6 | $42.54 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0107794 9 | $73.90 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0117659 2 | $207.80 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0109410 0 | $76.28 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0174284 9 | $60.65 |
| ODI | FLOOD BROTHERS DISPOSAL | Garbage | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | 630-261-0400 | 01-0109408 4 | $94.29 |
| ODI | FOX METRO WATER RECLAMATIO | Water / Sewer | 682 State Route 31 | | Oswego | IL | 60543 | 630-3016881 | N02-3385 | $23,270.14 |
| ODI | FOX METRO WATER RECLAMATIO | Water / Sewer | 682 State Route 31 | | Oswego | IL | 60543 | 630-3016881 | N02-3385 | $12.66 |
| ODI | GFL | Garbage | 23220 S 104th Ave | | Frankfor | IL | 60423 | 262-6790860 | P2-1337 | $136.81 |
| ODI | GFL | Garbage | 23220 S 104th Ave | | Frankfor | IL | 60423 | 262-6790860 | P2-5054 | $112.36 |
| ODI | GFL | Garbage | 23220 S 104th Ave | | Frankfor | IL | 60423 | 262-6790860 | P2-1108 | $119.39 |
| ODI | GFL | Garbage | 23220 S 104th Ave | | Frankfor | IL | 60423 | 800-647-9946 | 1645819 | $288.29 |
| ODI | GFL | Garbage | 23220 S 104th Ave | | Frankfor | IL | 60423 | 262-6790860 | U8-736761 | $118.39 |
| ODI | GRECO REGGI DEVELOPMENT | Garbage | 1307 Schiferl Rd | | Bartlett | IL | 60103 | 630-816-3675 | 2879-147 | $98.20 |
| ODI | GROOT INDUSTRIES, INC. | Garbage | 2500 Landmeier Rd | | Elk Grove Village | IL | 60007 | 847-4297370 | 3107-44820 | $75.62 |
| ODI | GROOT INDUSTRIES, INC. | Garbage | 2500 Landmeier Rd | | Elk Grove Village | IL | 60007 | 630-8929294 | 3106-471177 | $222.87 |
| ODI | GROOT INDUSTRIES, INC. | Garbage | 2500 Landmeier Rd | | Elk Grove Village | IL | 60007 | 630-8929294 | 3106-9319 | $110.27 |
| ODI | GROOT INDUSTRIES, INC. | Garbage | 2500 Landmeier Rd | | Elk Grove Village | IL | 60007 | 630-5875673 | 3102-499537 | $84.16 |
| ODI | GROOT INDUSTRIES, INC. | Garbage | 2500 Landmeier Rd | | Elk Grove Village | IL | 60007 | 847-734-6400 | 3092-441406 | $94.67 |
| ODI | GROOT INDUSTRIES, INC. | Garbage | 2500 Landmeier Rd | | Elk Grove Village | IL | 60007 | 847-429-7370 | 3107-29094 | $78.93 |
| ODI | HIGHLAND MGMT. ASSOC., INC | Water / Sewer | 1 East 22nd St | Suite 201 | Lombard | IL | 60148 | 630-6911122 | Unit 3-107-CU | $378.98 |
| ODI | HOMEWOOD DISPOSAL SERVICE, | Garbage | 1501 175th St | | Homewood | IL | 60430 | 815-9321115 | 20-2538096 | $154.74 |
| ODI | HOMEWOOD DISPOSAL SERVICE, | Garbage | 1501 175th St | | Homewood | IL | 60430 | 815-9321115 | 20-2281754 | $126.27 |
| ODI | HOMEWOOD DISPOSAL SERVICE, | Garbage | 1501 175th St | | Homewood | IL | 60430 | 815-9321115 | Not provided | $110.36 |
| ODI | ILLINOIS-AMERICAN WATER | Water / Sewer | 1 Water St | | Camden | NJ | 08102 | 800-4222782 | 1025-210000519646 | $197.88 |
| ODI | ILLINOIS-AMERICAN WATER | Water / Sewer | 1 Water St | | Camden | NJ | 08102 | 800-4222782 | 1025-220019179865 | $413.35 |
| ODI | ILLINOIS-AMERICAN WATER | Water / Sewer | 1 Water St | | Camden | NJ | 08102 | 800-4222782 | 1025-220019104502 | $237.95 |
| ODI | ILLINOIS-AMERICAN WATER | Water / Sewer | 1 Water St | | Camden | NJ | 08102 | 800-4222782 | 1017-210013675894 | $6.24 |
| ODI | LAKESHORE WASTE SERVICES L | Garbage | 5500 Pearl St Suite 300 | | Rosemont | IL | 60018 | 773-6858811 | 50451.1 | $56.79 |
| ODI | LAKESHORE WASTE SERVICES L | Garbage | 5500 Pearl St Suite 300 | | Rosemont | IL | 60018 | 773-6858811 | 6572 | $119.41 |
| ODI | LGF CAPITAL, LLC. | Water / Sewer | 248 Foster Dr | | Oswego | IL | 60543 | | No account provided | $77.22 |
| ODI | MERIDIAN WASTE | Garbage | 5925 Carnegie Blvd | Suite 370 | Charlotte | NC | 28209 | 636-566-8367 | 01-1226532-7 | $82.75 |
| ODI | MERIDIAN WASTE | Garbage | 5925 Carnegie Blvd | Suite 370 | Charlotte | NC | 28209 | 636-566-8367 | No account number located | $11.03 |
| ODI | MERIDIAN WASTE | Garbage | 5925 Carnegie Blvd | Suite 370 | Charlotte | NC | 28209 | 636-566-8367 | 01-1226534-3 | $78.40 |

| Debtor | Vendor | Type | Address | Address 2 | City | State | Zipcode | Phone Number | Account Numbers | Suggested Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| ODI | MERIDIAN WASTE | Garbage | 5925 Carnegie Blvd | Suite 370 | Charlotte | NC | 28209 | 636-566-8367 | No account number located | $10.42 |
| ODI | MERIDIAN WASTE | Garbage | 5925 Carnegie Blvd | Suite 370 | Charlotte | NC | 28209 | 636-566-8367 | 01-1226531-9 | $120.06 |
| ODI | METROPOLITAN ST. LOUIS SEW | Water / Sewer | 2350 Market St, Walnut PL | | St. Louis | MO | 63103 | 866-2815737 | 1200760-5 | $150.16 |
| ODI | METROPOLITAN ST. LOUIS SEW | Water / Sewer | 2350 Market St, Walnut PL | | St. Louis | MO | 63103 | 866-2815737 | 0387302-3 | $124.59 |
| ODI | METROPOLITAN ST. LOUIS SEW | Water / Sewer | 2350 Market St, Walnut PL | | St. Louis | MO | 63103 | 866-2815737 | 0210173-1 | $143.68 |
| ODI | MICROMONT HOLDINGS 8 LLC | Water / Sewer | 8140 Walnut Hill Lane | Suite 420 | Dallas | TX | 75231 | 214-4203960 | C000000088 | $35.22 |
| ODI | MISSOURI-AMERICAN WATER | Water / Sewer | PO Box 2798 | | Camden | NJ | 08101 | 866-4300820 | 1017-210009603340 | $183.76 |
| ODI | MISSOURI-AMERICAN WATER | Water / Sewer | PO Box 2798 | | Camden | NJ | 08101 | 866-4300820 | 1017-210014485889 | $122.09 |
| ODI | MISSOURI-AMERICAN WATER | Water / Sewer | PO Box 2798 | | Camden | NJ | 08101 | 866-4300820 | 1017-210013675894 | $92.44 |
| ODI | MITEL POWERING CONNECTIONS | Telephone | 6500 River Place blvd, Bldg 4 | Suite 200 | Austin | TX | 78730 | 888-322-3822 | 25012 | $974.72 |
| ODI | NAPERVILLE ASSOCIATES L.L. | Water / Sewer | 3201 Old Glenview Rd | Suite 235 | Wilmette | IL | 60091 | 847-2568800 | Paid with rent check | $210.74 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 69-73-07-0000 7 | $91.22 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 96-15-15-1000 3 | $63.21 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 25-43-10-1000 5 | $142.83 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 45-99-04-5189 5 | $86.63 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 66-35-10-2000 4 | $110.94 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 32-21-07-6855 5 | $390.73 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 91-91-87-1327 1 | $253.49 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 79-44-74-1000 6 | $120.57 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 30-23-24-0000 9 | $122.39 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 36-07-98-3352 5 | $67.32 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 62-44-19-3107 8 | $363.15 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 64-64-94-2702 4 | $414.74 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 04-27-40-2000 9 | $73.33 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 30-61-25-1000 5 | $86.86 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 76-31-41-6617 4 | $81.13 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 47-50-30-6043 7 | $57.25 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 48-77-50-1000 1 | $253.04 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 33-11-63-2716 5 | $113.21 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 67-36-30-1000 9 | $376.16 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 12-01-75-1000 4 | $54.43 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 40-91-67-7421 5 | $78.26 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 46-06-20-1000 7 | $73.02 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 47-52-95-0000 2 | $161.24 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 13-60-54-0000 4 | $87.90 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 58-41-67-3464 6 | $79.07 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 02-08-57-2043 7 | $231.44 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 20-13-86-8869 0 | $96.22 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 51-48-87-0000 9 | $65.26 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 13-60-54-0000 4 | $77.42 |
| ODI | NICOR - ALL | Gas | c/o Customer Select Program 5W P.O.Box 190 | | Aurora | Illinois | 60507-0190 | 1-888-642-6748 | 09-84-19-0155 7 | $323.96 |
| ODI | NIPSCO | Gas & Electricity | 801 E. 86th Ave | | Merrillville | IN | 46410 | 800-464-7726 | 659-184-007-9 | $126.73 |
| ODI | NIPSCO | Gas & Electricity | 801 E. 86th Ave | | Merrillville | IN | 46410 | 800-4647726 | 659-184-007-9 | $950.40 |
| ODI | NORTH SHORE GAS | Gas | 130 E Randolph #300 | | Chicago | IL | 60601 | 866-5566004 | 0610098482-00001 | $115.35 |
| ODI | NORTH SHORE SANITARY DISTR | Garbage | 14770 W. WM. Koepsel Drive | | Gurnee | IL | 60031 | 847-623-6060 | 40337647-227893 | $68.17 |
| ODI | PLYMOUTH INDUSTRIAL CENTER | Water / Sewer | 12809 Premier Center Court | | Plymouth | MI | 48170 | 734-455-8333 | no account provided | $180.56 |
| ODI | PUBLIC WATER SUPPLY DIST#2 | Water / Sewer | 100 North Main St | | O'Fallon | MO | 63366 | 636-3795488 | 055-00991-00 | $192.59 |
| ODI | RAY'S TRASH SERVICE INC. | Garbage | Drawer I | | Clayton | IN | 46118 | 317-5392024 | 340409 | $26.11 |
| ODI | REPUBLIC SERVICES | Garbage | PO Box 9001154 | | Louisville | KY | 40290 | 773-5793600 | 3-0710-0080730 | $110.70 |
| ODI | REPUBLIC SERVICES | Garbage | 18500 N Allied Way | | Phoenix | AZ | 85054 | 636-9475959 | 3-0346-0451457 | $163.93 |
| ODI | REPUBLIC SERVICES | Garbage | 18500 N Allied Way | | Phoenix | AZ | 85054 | 636-9475959 | 3-0346-0428615 | $247.31 |
| ODI | REPUBLIC SERVICES | Garbage | 18500 N Allied Way | | Phoenix | AZ | 85054 | 708-3858252 | 3-0721-0228823 | $130.35 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.84 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.85 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.83 |

| Debtor | Vendor | Type | Address | Address 2 | City | State | Zipcode | Phone Number | Account Numbers | Suggested Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.82 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.84 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.85 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.82 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.84 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.84 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.84 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.84 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.82 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $10.70 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.83 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.84 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.82 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.81 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.82 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.85 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.81 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.83 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.84 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.83 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $9.16 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | 920237912 | $9.19 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | 920237912 | $6.56 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $10.51 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $77.54 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.85 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.83 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.81 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.85 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.81 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.85 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.82 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.82 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $20.39 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $17.28 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.82 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.84 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.85 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.82 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.82 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $14.27 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.86 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.83 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.86 |
| ODI | RING CENTRAL INC | Telephone | 20 Davis Drive | | Belmont | CA | 94002 | 1-888-8984591 | Customer ID 1588695020 | $18.85 |
| ODI | SPIRE | Gas | 700 Market St | | St. Louis | MO | 63101 | 800-887-4173 | 4469570000 | $81.56 |
| ODI | SPIRE | Gas | 700 Market St | | St. Louis | MO | 63101 | 800-887-4173 | 4235111000 | $128.11 |
| ODI | SPIRE | Gas | 700 Market St | | St. Louis | MO | 63101 | 800-887-4173 | 3765990000 | $94.47 |
| ODI | SPIRE | Gas | 700 Market St | | St. Louis | MO | 63101 | 800-887-4173 | 0141732428 | $285.05 |
| ODI | SPIRE | Gas | 700 Market St | | St. Louis | MO | 63101 | 800-887-4173 | 9996411000 | $76.93 |
| ODI | SPIRE | Gas | 700 Market St | | St. Louis | MO | 63101 | 800-887-4173 | 1017330000 | $290.74 |
| ODI | THE VILLAGE OF GURNEE | Water / Sewer | 325 N O' Plaine | | Gurnee | IL | 60031 | 847-5997500 | 26474-38033 | $90.31 |
| ODI | TOWN OF SCHERERVILLE-UTILI | Water / Sewer | 10 East Joliet St | | Schererville | IN | 46375 | 219-3222211 ext 5 | 15 00107 00 | $94.61 |
| ODI | URBAN COMMUNICATIONS INC. | Internet | 5320 w 159th st | suite 503 | Oak Forest | IL | 60452 | 708-6872090 | 2476 | $75.26 |
| ODI | URBANA & CHAMPAIGN SANITAR | Water / Sewer | 1100 E University Ave | | Urbana | IL | 61802 | 217-3673409 | 4520-24-251-013 | $156.17 |
| ODI | VILL OF LINCOLNWOOD (WATER | Water / Sewer | 6900 N Lincoln ave | | Lincolnwood | IL | 60712 | 847673-1540 | 102591-000 | $185.63 |

| Debtor | Vendor | Type | Address | Address 2 | City | State | Zipcode | Phone Number | Account Numbers | Suggested Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| ODI | VILLAGE OF ARLINGTON HEIGH | Water / Sewer | 33 S Arlington Heights Rd | | Arlington Heights | IL | 60005 | 847-3685520 | 31059-72584 | $152.73 |
| ODI | VILLAGE OF BARTLETT | Water / Sewer | 228 South Main St | | Bartlett | IL | 60103 | 630-8370800 | 62013 | $249.90 |
| ODI | VILLAGE OF BLOOMINGDALE | Water / Sewer | 201 S Bloomingdale | | Bloomingdale | IL | 60108 | 630-6715650 | 96882010-00 | $188.12 |
| ODI | VILLAGE OF GLEN ELLYN | Water / Sewer | 535 Duane Street | | Glen Ellyn | IL | 60137 | 630-4695000 | 410280 | $309.95 |
| ODI | VILLAGE OF NORTH AURORA | Water / Sewer | 25 E State St | | North Aurora | IL | 60542 | 630-8978228 | 010364-000 | $4,962.32 |
| ODI | VILLAGE OF NORTH AURORA | Water / Sewer | 25 E State St | | North Aurora | IL | 60542 | 630-8978228 | 010238-000 | $12.22 |
| ODI | VILLAGE OF ORLAND PARK | Water / Sewer | 14700 Ravinia Ave | | Orland Park | IL | 60462 | 708-4036175 | 183055 | $232.51 |
| ODI | VILLAGE OF SCHAUMBURG | Water / Sewer | 101 Schaumburg Ct | | Schaumburg | IL | 60193 | 847-8954500 | 219946 | $335.59 |
| ODI | VILLAGE OF WESTERN SPRINGS | Water / Sewer | PO Box 6127 | | Carol Stream | IL | 60197 | 708-2461800 ext 126 | 1617092702+ | $148.74 |
| ODI | WASTE MANAGEMENT, INC. | Garbage | 800 Capitol St | Ste 3000 | Houston | TX | 77002 | 866-5704702 | 14-43786-32375 | $82.80 |
| ODI | WASTE MANAGEMENT, INC. | Garbage | 800 Capitol St | Ste 3000 | Houston | TX | 77002 | 866-5704702 | 14-43786-52370 | $197.61 |
| ODI | WASTE MANAGEMENT, INC. | Garbage | 800 Capitol St | Ste 3000 | Houston | TX | 77002 | 866-5704702 | 14-43786-22377 | $157.12 |
| ODI | WASTE MANAGEMENT, INC. | Garbage | 800 Capitol St | Ste 3000 | Houston | TX | 77002 | 800-7787652 | 14-43786-02371 | $193.51 |
| ODI | WASTE MANAGEMENT, INC. | Garbage | 800 Capitol St | Ste 3000 | Houston | TX | 77002 | 866-5704702 | 15-26337-73002 | $65.09 |
| ODI | WASTE MANAGEMENT, INC. | Garbage | 800 Capitol St | Ste 3000 | Houston | TX | 77002 | 866-7979018 | 26-61576-12376 | $111.62 |
| ODI | WATER DEPARTMENT | Water / Sewer | 5127 Oakton St | | Skokie | IL | 60077 | 847-9338418 | 71433 | $82.63 |
| ODI | WE ENERGIES | Gas | 231 W Michigan St | | Milwaukee | WI | 53203 | 800-7147777 | 0708584196-00001 | $264.15 |
| ODI | WE ENERGIES | Gas | 231 W Michigan St | | Milwaukee | WI | 53203 | 800-7147777 | 0708584196-00001 | $499.67 |
| ODI | WINDSTREAM HOLDINGS,INC | Internet | PO Box 25310 | | Little Rock | AR | 72212-2459 | 800-347-1991 | 209015723 | $604.10 |
| | | | | | | | | | Total: | $116,619.21 |
| | 1304186_5 | | | | | | | | | |