B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Oberweis Dairy, Inc.                        Case No.    24-05385

Debtor(s)       Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept            $   Reasonable Compensation

     Prior to the filing of this statement I have received     $   770,428[1]

     Balance Due                           $   Reasonable Compensation (no unpaid balance on petition date)

[1] Total of advance-payment retainers paid prepetition on behalf of six (6) affiliated debtors for both fees and expenses, of which a positive unapplied balance existed on petition date. Balances (i) applied to prepetition services, and (ii) available for application to postpetition services, will be disclosed in connection with the application to employ Adelman & Gettleman, Ltd.

2.   The source of the compensation paid to me was:

     ☐ Debtor      ○ Other (specify):

3.   The source of compensation to be paid to me is:

     ☐ Debtor      ○ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         Such other legal services as may be required for the debtor in the chapter 11 case as set forth in the redacted engagement letter attached hereto, and in any application to employ Adelman & Gettleman, Ltd.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Services falling outside the scope of retention set forth above.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

April 26, 2024                     /s/ Alexander F. Brougham

*Date*                             Alexander F. Brougham, Esq. #6301515
                                  *Signature of Attorney*

                                  Adelman & Gettleman, Ltd.
                                  53 West Jackson Boulevard
                                  Suite 1050
                                  Chicago, IL 60604
                                  312-435-1050   afb@ag-ltd.com
                                  *Name of law firm*



# ADELMAN & GETTLEMAN LTD

established 1983

53 W. Jackson Boulevard ∎ Suite 1050 ∎ Chicago, Illinois 60604 ∎ 312-435-1050 ∎ Fax 312-435-1059
www.ag-ltd.com

HOWARD L. ADELMAN
hadelman@ag-ltd.com

March 29, 2024

PERSONAL AND CONFIDENTIAL
SUBJECT TO ATTORNEY/CLIENT PRIVILEGE

**VIA EMAIL** –

The Oberweis Group, Inc.                    Oberweis Dairy, Inc.
TOGI Brands, LLC                             TOGI RE I, LLC
North Aurora Ice Cream, LLC                  Third Millennium Real Estate L.L.C.

951 Ice Cream Drive
North Aurora, IL
Attn:   James W. Oberweis, director and manager
        Julie Oberweis, director and manager
        Adam Kraber, president

Re:   Amended Retention of Adelman & Gettleman, Ltd. ("**A&G**")

Dear Jim, Julie and Adam:

This letter will confirm and finalize the arrangement under which our firm will act as insolvency/restructuring counsel to The Oberweis Group, Inc., a Delaware corporation, Oberweis Dairy, Inc., an Illinois corporation, TOGI Brands, LLC, an Illinois limited liability company, TOGI RE I, LLC, an Illinois limited liability company, North Aurora Ice Cream, LLC, an Illinois limited liability company, and Third Millennium Real Estate L.L.C., an Illinois limited liability company (collectively, the "**Company**"), with respect to their current financial condition and legal issues relating thereto, their lending relationship with CIBC Bank USA ("**CIBC**"), and other parties holding interests in assets of the Company. This letter replaces our prior engagement letter dated October 11, 2023 by and between the Company and A&G.

We have been informed that the Company continues to experience acute cash flow problems resulting in additional defaults with CIBC, and that no further capital contributions are available from shareholders. After considering various alternatives, the respective directors and managers of the Company elected to pursue a sale process for the marketing and potential sale of the assets of the Company (the "**Assets**"). Thereafter, the Company retained Livingstone Partners LLC as their investment banker, which embarked upon a sale process to solicit suitors for the Assets. The sale process resulted in the execution and delivery of a letter of intent

1311799_2

**ADELMAN & GETTLEMAN LTD**
established 1983

The Oberweis Group, Inc.                    Oberweis Dairy, Inc.
TOGI Brands, LLC                            TOGI RE I, LLC
North Aurora Ice Cream, LLC                 Third Millennium Real Estate L.L.C.
Attn:   James W. Oberweis, director and manager
        Julie Oberweis, director and manager
        Adam Kraber, president
March 29, 2024
Page 2 of 9

between the Company and an ████████████████ dated January 19, 2024 (the "**LOI**"), but the prospective purchaser has failed to deliver an asset purchase agreement to implement the LOI. In light of the financial condition of the Company and the forbearance agreements among the Company and CIBC, it appears to be in the best interest of the Company and their stakeholders to file a chapter 11 case in the United States Bankruptcy Court for the Northern District of Illinois and pursue court approval of: (i) an expedited sale process under which the assets of the Company will be offered for sale in various lots with a date certain for bid deadlines, and (ii) other transactions involving the assets and financial affairs of the Company as debtor-in-possession, all with a view toward maximizing the value of the assets of the Company and otherwise facilitating the sale thereof, and winding down the business and financial affairs of the Company.

**RETAINED SERVICES**

The scope of our retention (collectively, the "**Retained Services**") shall be as follows:

1.   **Preparation for a Chapter 11**

We will examine the financial affairs of the Company, with the principal objective of preparing for the filing of chapter 11 cases (the "**Chapter 11 Cases**") for each of the companies. The Chapter 11 Cases will be jointly administered. Our services during this further stage will include:

(a)   reviewing and analyzing bank documentation, corporate documentation, contracts to which the Company is a party and other necessary documentation and information regarding the Company or otherwise evidencing claims which have been or may be asserted against the Company and their properties;

(b)   taking appropriate steps in the Chapter 11 Cases to seek the approval of a sale process and bidding procedures under which the Assets will be offered for sale in a public auction;

(c)   working with the U.S. Trustee's office and a creditors committee which is likely to be appointed to facilitate the sale process;

(d)   identifying potential claims of the bankruptcy estate and prosecuting or otherwise preserving the claims for the benefit of the estate;

1311799_2

**ADELMAN & GETTLEMAN LTD**
established 1983

The Oberweis Group, Inc.                    Oberweis Dairy, Inc.
TOGI Brands, LLC                            TOGI RE I, LLC
North Aurora Ice Cream, LLC                 Third Millennium Real Estate L.L.C.
Attn:   James W. Oberweis, director and manager
        Julie Oberweis, director and manager
        Adam Kraber, president
March 29, 2024
Page 3 of 9

(e)    working with various constituencies which may have claims to particular assets of the Company, with a view toward reaching resolutions or otherwise prosecuting the rights of the Company in the bankruptcy court;

(f)    preparing various motions and other court filings required by chapter 11 to allow the Company to operate in the ordinary course of business in the Chapter 11 Cases as debtors-in-possession and wind down their affairs; and

(g)    advising the Company and preparing the appropriate pleadings on actions to be taken in the Chapter 11 Cases, including to: (i) obtain authority, if necessary, for use of cash collateral in the ordinary course of business and to obtain debtor-in-possession financing; (ii) determine the scope of the liens of the creditors; (iii) commence valuation proceedings to determine the value of collateral held by lenders or lessors; (iv) formulate and draft a chapter 11 plan of liquidation, if feasible; and (v) perform such other duties and responsibilities of counsel to the debtors-in-possession in the Chapter 11 Cases.

2.    **Representation of the Company in the Chapter 11 Cases**

Upon further written authorization by the Company, we will assume the professional responsibility for and take the necessary steps to file the Chapter 11 Cases for the Company and therein pursue court approval of the matters described above.

**FIRM CREDENTIALS**

Our firm concentrates in bankruptcy, commercial reorganization, insolvency, and commercial litigation. We encourage you to view our website at www.ag-ltd.com. We are pleased to have our lawyers listed in Naifeh and Smith's "The Best Lawyers in America," Woodward/White; "America's Leading Lawyers for Business" by Chambers and Partners; Illinois Super Lawyers; and Illinois Leading Lawyers Network. Our website will describe the scope of our services and our experience. The February 2024 issue of *Chicago Magazine* also highlights many of the attorneys at our firm, who are rated by our peers as some of the best lawyers in Illinois.

**EXCLUDED SERVICES**

You understand we are being engaged pursuant to this letter as counsel to the Company only, and that neither our engagement herein, nor the Retained Services, extend to any other

1311799_2

ADELMAN & GETTLEMAN LTD
established 1983

The Oberweis Group, Inc.                    Oberweis Dairy, Inc.
TOGI Brands, LLC                            TOGI RE I, LLC
North Aurora Ice Cream, LLC                 Third Millennium Real Estate L.L.C.
Attn:   James W. Oberweis, director and manager
        Julie Oberweis, director and manager
        Adam Kraber, president
March 29, 2024
Page 4 of 9

person or entity. In the event we identify a need for any affiliates of the Company to retain counsel, we will so advise the Company and either expand the Retained Services to include our representation of one or more of the affiliates with appropriate waivers of conflicts of interest, or assist the Company in identifying competent counsel to represent the interests of such affiliates.

## EXCLUDED AREAS OF CONCENTRATION

We endeavor to provide high quality legal services and to aggressively protect and/or assert the rights of our clients. We do not, however, render advice on tax, securities, criminal, trusts and estates, international trade, the laws of foreign countries, legal or accounting malpractice, labor, intellectual property or environmental law, and other areas outside of our fields of concentration (the "**Excluded Areas of Concentration**"). Moreover, if you believe that the Company has any issues in the Excluded Areas of Concentration, we strongly recommend that you consult with attorneys who concentrate in those respective areas before the Company agrees to any settlement, as the passage of time often adversely affects one's legal rights.

## ACCEPTANCE OF PROFESSIONAL RESPONSIBILITY LIMITED TO THE RETAINED SERVICES

Subject to the terms and conditions of this letter, we agree to act as counsel to the Company with respect to the Retained Services, and to consult with the appropriate representatives, consult other parties and witnesses, make such investigations and review such documents as we deem necessary, and take other steps consistent with the Company's best interests. We further agree to act on behalf of the Company regarding any proposed settlement. No settlement shall be made without the Company's authorized written consent. In light of the prepayment of legal services as provided herein, throughout the period of our engagement we shall not accept employment to render legal advice or assistance to any person or entity having interests directly adverse to the Company, and will refrain from accepting legal work that will interfere with our ability to provide legal services. The Company agrees that we have accepted professional responsibility for the Retained Services only and no other matters. Any expansion of the scope of our retention shall be effective only upon the execution of an amended engagement letter specifying the scope of any additional professional responsibility.

## COUNSEL IN WRITING

Because of the complex nature of legal matters, we will endeavor to counsel the Company in writing on material legal matters affecting them. The Company understands that unless legal advice by us is given in writing, it may be misinterpreted. The Company agrees to request advice in writing on important matters with regard to which the Company may rely on our advice. The Company also agrees that we can provide advice in writing in the event we

1311799_2

**ADELMAN & GETTLEMAN LTD**
established 1983

| | |
|---|---|
| The Oberweis Group, Inc. | Oberweis Dairy, Inc. |
| TOGI Brands, LLC | TOGI RE I, LLC |
| North Aurora Ice Cream, LLC | Third Millennium Real Estate L.L.C. |

Attn:   James W. Oberweis, director and manager
        Julie Oberweis, director and manager
        Adam Kraber, president
March 29, 2024
Page 5 of 9

deem necessary in our sole discretion.  We understand, however, that the Company will be relying on spoken advice from time to time when time does not permit legal advice in writing. The Company understands that interpretation of laws is often difficult in the case of recently enacted laws, or laws, such as the 1978 Bankruptcy Code or the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, which may not have been interpreted by rules, regulations or courts. In addition, some laws, court decisions or regulatory determinations are retroactive. Although we will exercise due diligence and care in attempting to apply applicable laws, the Company acknowledges that is often difficult. We are also required to rely on facts provided by the Company's accountants, consultants, and other attorneys representing the Company.

## ATTORNEY FEES AND ADVANCE PAYMENT RETAINER

As you are aware, we have been engaged by the Company since October 11, 2023 and have been working with the board, management and Fort Dearborn Partners from time to time in connection with the affairs of the Company and the preparation for the Chapter 11 Cases filing.

In connection with our representation in the Chapter 11 Cases and in order to commence our efforts, we are to receive an additional "advance payment retainer" (defined below) in the amount equal to the balance of the retainer on the day prior to the day of filing, upon the signing of this letter, which will be applied to services rendered in preparation for and during the initial stages of the Chapter 11 Cases which are likely to be quite time consuming (collectively, the **"Chapter 11 Prepayment"**).   In light of the Company's financial condition, we must respectfully insist upon prompt payment so as to avoid becoming a creditor and becoming disqualified from further representation.

The Company agrees to reimburse us for all disbursements made on the Company's behalf, such as filing fees, computer research fees, conference call telephone charges, copying and messenger service.

## ABSOLUTE TRANSFER OF PREPAYMENT

The Chapter 11 Prepayment will be treated as an absolute transfer to us, is income to us upon receipt, and will not be held in a client trust account, but rather, will be deposited into our firm's regular operating or general business account. In the event the attorney/client relationship is terminated as provided herein, a right of refund will then arise which will entitle the Company to a refund of the Chapter 11 Prepayment to the extent it is not earned by us or required for expenses we incur.

1311799_2

ADELMAN & GETTLEMAN LTD
established 1983

The Oberweis Group, Inc.                    Oberweis Dairy, Inc.
TOGI Brands, LLC                            TOGI RE I, LLC
North Aurora Ice Cream, LLC                 Third Millennium Real Estate L.L.C.
Attn:   James W. Oberweis, director and manager
        Julie Oberweis, director and manager
        Adam Kraber, president
March 29, 2024
Page 6 of 9

## ADVANCE PAYMENT RETAINER

Please note that under Illinois law, there is another type of retainer paid to attorneys referred to as a "security retainer" under which the retainer is held by the attorney in a separate trust account and remains the property of the Company until the attorney applies it to charges for services that are actually rendered. Under Illinois law, the Company has the option to treat the Chapter 11 Prepayment as a "security retainer"; however, please be advised that we are unwilling to represent the Company unless the Chapter 11 Prepayment is treated as an "advance payment retainer" as described above. One of the reasons that we prefer to treat the Chapter 11 Prepayment as an "advance payment retainer" rather than as a "security retainer", is that under Illinois law and in applicable circumstances, a "security retainer" may remain subject to the claims of creditors, while an "advance payment retainer" cannot be reached by creditors. Accordingly, we believe that treating the Chapter 11 Prepayment as an "advance payment retainer" will afford both the Company and us with greater assurance that we will be compensated and that the Company will have legal services to the extent of the Chapter 11 Prepayment, and subject to the terms of this letter. Accordingly, by executing this letter, the Company agrees that the Chapter 11 Prepayment and any additional Chapter 11 Prepayments shall be treated as an "advance payment retainer" as described above, and not as a "security retainer".

## HOURLY RATES

Inasmuch as it is difficult to foresee what our total fee and disbursements will be and since we cannot predict the course of this matter, we are to receive $625.00 an hour for the time expended by Messrs. Adelman, Gettleman or Merens, $545.00 an hour for Mr. Silverman, $495.00 an hour for Messrs. Chaiken or Buck, $425.00 an hour for Mr. Brougham, $385.00 an hour for Mr. Dwayne, $345.00 an hour for Mr. Bowens, and $150.00 an hour for paralegals and research clerks. We anticipate the time required may be in excess of the initial Chapter 11 Prepayment delivered, depending upon the complexity of the matters and the difficulty in achieving satisfactory results.

In the event the Company decides to authorize the filing of the Chapter 11 Cases, we will establish a payment procedure in the Chapter 11 Cases for the payment of fees on a monthly basis. Typically, a procedure is established whereby attorneys for the debtor-in-possession and any creditors committee and other professionals send invoices to the Company and a group of parties-in-interest, and absent any objections, 80% to 90% of the fees are authorized to be paid on an interim basis, with the balance payable periodically during the cases or at the end of the cases. We will, of course, consult with you regarding this process.

1311799_2

**ADELMAN & GETTLEMAN LTD**
established 1983

| | |
|---|---|
| The Oberweis Group, Inc. | Oberweis Dairy, Inc. |
| TOGI Brands, LLC | TOGI RE I, LLC |
| North Aurora Ice Cream, LLC | Third Millennium Real Estate L.L.C. |

Attn:   James W. Oberweis, director and manager
        Julie Oberweis, director and manager
        Adam Kraber, president
March 29, 2024
Page 7 of 9

## WAIVER OF CONFLICTS OF INTEREST

The Company has requested A&G represent it with respect to the Retained Services. We have been informed that there may exist intercompany debt between one or more of the companies, as well as intercompany debt between the Company and other affiliates. These relationships may give rise to debtor/creditor relationships between or among such companies. Additionally, the interests of the related companies may become adverse to each other. The existence of the foregoing relationships may give rise to a conflict of interest, or, over the course of events, matters may arise creating a conflict of interest (collectively, the "**Intercompany Conflicts**"). The undersigned shall not be retained for the purpose of representing any company against another with regard to the Intercompany Conflicts. In the event a need arises for any of the companies to have legal counsel with respect to the Intercompany Conflicts, then, in such event, the involved companies shall retain special conflicts counsel to deal with any such conflicts or disputes. To induce our firm to act as counsel to the Company as provided herein, the Company, and each of them, jointly and severally, unconditionally, absolutely and irrevocably waives, to the fullest extent allowed by law, any and all conflicts of interest, whether presently existing or arising after the date hereof, with respect to matters for which we are retained and with respect to any conflict of interest arising out of or relating to the Intercompany Conflicts.

## INDUCEMENT TO ACCEPT PROFESSIONAL RESPONSIBILITY AND RIGHT TO TERMINATE ATTORNEY/CLIENT RELATIONSHIP

The Company acknowledges that the above financial arrangements have been agreed upon to induce us to act as the Company's attorneys. In the event that our fees remain unpaid for seven (7) days after the due date, we will have no alternative but to withdraw as the Company's attorneys. By accepting this arrangement, the Company will be deemed to have consented in advance to allowing us to withdraw as their attorneys in the event of nonpayment, and expressly waives the attorney/client privilege concerning relevant portions of this letter so as to permit us to withdraw as the Company's attorneys. All parties to this agreement shall have the right to terminate the attorney/client relationship provided herein for any reason in their sole discretion upon five (5) business days' prior written notice.

## AUTHORITY

The Company authorizes us to give to, and receive from, the Company's other counsel, tax return preparers, and consultants, confidential information regarding the Company's affairs.

1311799_2

**ADELMAN & GETTLEMAN LTD**
established 1983

| | |
|---|---|
| The Oberweis Group, Inc. | Oberweis Dairy, Inc. |
| TOGI Brands, LLC | TOGI RE I, LLC |
| North Aurora Ice Cream, LLC | Third Millennium Real Estate L.L.C. |

Attn:   James W. Oberweis, director and manager
           Julie Oberweis, director and manager
           Adam Kraber, president
March 29, 2024
Page 8 of 9

## CHOICE OF LAW

You acknowledge and agree that in light of our firm's location in Chicago, Illinois and our attorneys' licensure to practice in the State of Illinois: (a) our engagement hereunder shall be governed by and construed in accordance with the laws of the State of Illinois as to interpretation, enforcement, validity, construction and effect, without regard to the choice of law or conflict of law principles thereof; and (b) the professional standards applicable to the conduct of our firm in its representation of the Company shall be determined by the Illinois Rules of Professional Conduct without giving effect to any choice of law principles which would otherwise require the application of the professional standards of a different state.

## NON-RELIANCE BY COMPANIES ON EXCLUDED PROFESSIONAL SERVICES

This document contains our entire agreement pertaining to our retention by the Company. There were no prior agreements between the parties. We have made no representations, guaranties or promises regarding the disposition of any phase of the Company's matters.

If this arrangement is satisfactory to the Company, please indicate their acceptance and understanding by signing and returning a copy of this letter at your earliest convenience. Upon receipt of this letter and the Chapter 11 Prepayment requested, we will proceed promptly. While the attorney/client privilege applies to our communications, no further attorney/client relationship, nor any duty or obligation by our firm of any kind, has arisen as a result of our discussions thus far with the Company and will not arise until this engagement letter is signed on behalf of the Company and the Chapter 11 Prepayment required herein is delivered. We shall have no responsibility to commence our efforts until the Chapter 11 Prepayment is made. Our wire transfer instructions are as follows:



1311799_2

**ADELMAN & GETTLEMAN LTD**
established 1983

The Oberweis Group, Inc.                    Oberweis Dairy, Inc.
TOGI Brands, LLC                             TOGI RE I, LLC
North Aurora Ice Cream, LLC                  Third Millennium Real Estate L.L.C.
Attn:   James W. Oberweis, director and manager
        Julie Oberweis, director and manager
        Adam Kraber, president
March 29, 2024
Page 9 of 9

        If you have any questions or if I may be of further assistance, please feel free to contact
me.

                                    Regards,

                                    Howard L. Adelman

/db


THE ABOVE, INCLUDING BUT NOT LIMITED TO THE POTENTIAL CONFLICT
DISCLOSURES AND WAIVER, IS FULLY UNDERSTOOD, APPROVED AND AGREED
TO AS OF THIS _12th_ DAY OF APRIL, 2024.

The Oberweis Group, Inc.,                    Oberweis Dairy, Inc.,
a Delaware corporation                       an Illinois corporation

By:_____                 By:_____
Adam Kraber, President                       Adam Kraber, President

TOGI Brands, LLC,                            TOGI RE I, LLC,
an Illinois limited liability company        an Illinois limited liability company

By:_____                 By:_____
Adam Kraber, President                       Adam Kraber, President

North Aurora Ice Cream, LLC,                 Third Millennium Real Estate L.L.C.,
an Illinois limited liability company        an Illinois limited liability company

By:_____                 By:_____
Adam Kraber, President                       Adam Kraber, President


1311799_2