# U.S. Bankruptcy Court for the Northern District Of Illinois
## Eastern Division
## Attorney Appearance Form

Case Title: In re: Oberweis Dairy, Inc., et al.

Case Number: 24-05385 (Jointly Administered)

An appearance is hereby filed by the undersigned as attorney for:

OSPREY CAPITAL, LLC

Attorney name (type or print): Robert J. Haupt

Firm: Lathrop GPM LLP

Street address: 2345 Grand Boulevard, Suite 2200

City/State/Zip: Kansas City, Missouri 64108

Bar ID Number: MO Bar No. 70565
(See item 3 in instructions)

Telephone Number: 816.460.5733

Email Address: robert.haupt@lathropgpm.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 30, 2024

Attorney signature: S/ Robert J. Haupt
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015