**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oberweis Dairy, Inc., *et al.*,[1] | ) | Case No. 24-05385 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | Hearing Date: Wednesday, May 15, 2024 |
| | ) | Hearing Time: 11:00 a.m. |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, May 15, 2024 at 11:00 a.m. CDT we will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604 **or** electronically as described below, and present the **APPLICATION OF THE DEBTORS TO EMPLOY ADELMAN & GETTLEMAN, LTD. AS LEGAL COUNSEL EFFECTIVE AS OF THE PETITION DATE**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https:// www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **161 122 6457**, and the passcode is **Cleary644**. The meeting ID and passcode can also be found on the judge's page on the Court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motion in advance without calling it.

By: /s/Howard L. Adelman

---

[1] The Debtors in this case, and the last four digits of their respective federal employer identification numbers, are Oberweis Dairy, Inc. ('7516); The Oberweis Group, Inc. ('1378); North Aurora Ice Cream, LLC ('8506); TOGI RE I, LLC ('5952); Third Millennium Real Estate L.L.C. ('1589); and TOGI Brands, LLC ('7072).

1314966_1

Proposed Counsel for the Debtors

HOWARD L. ADELMAN, ESQ. (ARDC# 0015458)
ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
TEVIN D. BOWENS, ESQ. (ARDC #6338559)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
**Proposed Counsel for the Debtors**

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on Wednesday, May 8, 2024, at or before 11:59 p.m.

By: /s/ Howard L. Adelman
**Howard L. Adelman**

1314966_1

## SERVICE LIST

**VIA CM/ECF**

- Howard L. Adelman     hla@ag-ltd.com, dbaird@ag-ltd.com
- R Scott Alsterda     rsalsterda@nixonpeabody.com
- Joseph Allen Archambeau     JArchambeau@ClarkHill.com
- Debra Devassy Babu     ddevassy@askounisdarcy.com, hhofmeister@darcydevassy.com
- Tevin D. Bowens     tbowens@ag-ltd.com, kruvalcaba@ag-ltd.com
- Alexander F Brougham     abrougham@ag-ltd.com, dbaird@ag-ltd.com
- Daniel Brown     drb@williamsbarbermorel.com
- Steven B Chaiken     schaiken@ag-ltd.com, srodela@ag-ltd.com
- Aaron B Chapin     aaron.chapin@huschblackwell.com, litigation.docket@huschblackwell.com;Georgia.Kimbrough@huschblackwell.com;Docket.CHI@huschblackwell.com;Billie.Fatheree@huschblackwell.com
- Nathan E Delman     ndelman@ktslaw.com, ecfnotices@ktslaw.com
- Travis J Eliason     travis.eliason@quarles.com, jenny.fik@quarles.com
- Robert Jeffrey Haupt     robert.haupt@lathropgpm.com, ellen.mchone@lathropgpm.com
- Steve Jakubowski     sjakubowski@robbinsdimonte.com, steve.jakubowski.lp@gmail.com
- Jeffrey Kurtzman     kurtzman@kurtzmansteady.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Henry B. Merens     hbm@ag-ltd.com, kburde@ag-ltd.com
- Justin M Mertz     jmmertz@michaelbest.com, jcalmes@michaelbest.com;courtmail@michaelbest.com
- Bryan E. Minier     bryan.minier@lathropgpm.com, maria.vargas@lathropgpm.com;sujey.lara@lathropgpm.com
- Raymond J Ostler     rostler@gsgolaw.com
- Richard C Perna     rperna@frltd.com, pgutierrez@frltd.com
- Paul B. Poracky     pporacky@kblegal.net
- Eric S. Rein     rrein@ktslaw.com, ecfnotices@ktslaw.com
- Carolina Y. Sales     csales@robbinsdimonte.com, mrussell@robbinsdimonte.com;jtronina@robbinsdimonte.com
- Adam P. Silverman     asilverman@ag-ltd.com, kburde@ag-ltd.com
- Charles S. Stahl     cstahl@smbtrials.com
- Edmund G Urban     bknotices@urbanburt.com
- Eric R von Helms     evonhelms@kmksc.com

1314966_1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oberweis Dairy, Inc., *et al.*,[1] | ) | Case No. 24-05385 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | **Hearing Date: Wednesday, May 15, 2024** |
| | ) | **Hearing Time: 11:00 a.m.** |

**APPLICATION OF THE DEBTORS TO EMPLOY ADELMAN & GETTLEMAN, LTD.
AS LEGAL COUNSEL EFFECTIVE AS OF THE PETITION DATE**

NOW COMES Oberweis Dairy, Inc., an Illinois corporation ("**ODI**"); The Oberweis Group, Inc., a Delaware corporation ("**TOGI**"); North Aurora Ice Cream, LLC, an Illinois limited liability company ("**NAIC**"); TOGI RE I, LLC, an Illinois limited liability company ("**TRI**"); Third Millennium Real Estate L.L.C., an Illinois limited liability company ("**TMRE**"); and TOGI Brands, LLC, an Illinois limited liability company ("**Brands**" and, together with ODI, TOGI, NAIC, TRI, and TMRE, the "**Debtors**") as debtors and debtors in possession herein, by and through their undersigned counsel and, for their application (the "**Application**") for an order authorizing the retention of Howard L. Adelman, Adam P. Silverman, Alexander F. Brougham, and Tevin D. Bowens and the law firm of Adelman & Gettleman, Ltd. (collectively, "**A&G**") as the Debtors' counsel in the above-captioned chapter 11 case, effective as of April 12, 2024 (the "**Petition Date**"), pursuant to section 327(a) of the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), respectfully state as follows:

---

[1] The Debtors in this case, and the last four digits of their respective federal employer identification numbers, are Oberweis Dairy, Inc. ('7516); The Oberweis Group, Inc. ('1378); North Aurora Ice Cream, LLC ('8506); TOGI RE I, LLC ('5952); Third Millennium Real Estate L.L.C. ('1589); and TOGI Brands, LLC ('7072).

4

1314966_1

I. **FACTUAL BACKGROUND**

1. On April 12, 2024 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. These cases (the "**Chapter 11 Cases**") are jointly administered pursuant to the order of Court entered on Thursday April 18, 2024. *See* ECF No. 34. The Debtors remain in possession of their assets and continue to maintain their operations or financial affairs as debtors in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

2. No trustee has been appointed in the Chapter 11 Cases. The first meeting of creditors under section 341(a) of the Bankruptcy Code is currently scheduled for 1:30 p.m. prevailing Central standard time on Wednesday May 15, 2024.

3. On Friday April 19, 2024, the Office of the United States Trustee for the Northern District of Illinois ("**UST**") filed a *Notice of Appointment of Official Unsecured Creditors Committee*, thereby appointing an official unsecured creditors committee (the "**Committee**"). *See* ECF No. 45.

4. Shortly after the Committee appointment, the Committee chose Steve Jakubowski and Carolina Sales of the firm of Robbins DiMonte, Ltd. as its counsel. Committee counsel has been active in the Chapter 11 Cases and will shortly be filing an application for retention.

5. Collectively, the Debtors operate a business (the "**ODI Business**") that manufactures, packages, and distributes milk, ice cream, and other dairy and non-dairy foods (collectively, the "**ODI Products**"), and sells the ODI Products through both retail and wholesale channels, primarily in the Midwest. The retail side of the ODI Business comprises three distinct segments: 40 "Oberweis Dairy" branded retail stores that serve ice cream products and other foods; direct-to-doorstep home delivery; and sales to consumers in national grocery

stores and regional supermarkets. Further information about the nature of the ODI Business and the factual background relating to the commencement of the Chapter 11 Cases is set forth in the *Declaration of Adam Kraber in Support of Chapter 11 Petitions and First-Day Motions* filed on the Petition Date and incorporated herein by reference.

6. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicate for the relief requested herein is section 327(a) of the Bankruptcy Code and the applicable rule is Bankruptcy Rule 2014.

## II.     RELIEF REQUESTED

7. By this Application, the Debtors seek the entry of an order authorizing them to retain A&G as their attorneys in connection with the Chapter 11 Cases pursuant to section 327(a) of the Bankruptcy Code. Section 327(a) permits a debtor, "with the court's approval, [to] employ one or more attorneys . . . that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title." 11 U.S.C. § 327(a).

8. The Debtors selected A&G because of the firm's extensive experience and knowledge in the field of debtors' and creditors' rights and business reorganizations under Chapter 11 of the Bankruptcy Code, as well as the firm's prepetition experience with, and knowledge of, the Debtors, their businesses, and the goals of the Chapter 11 Cases.

9. The terms of A&G's proposed retention are set forth in a written engagement letter (the "**Engagement Letter**") previously filed with the Court in connection with the required disclosures under Bankruptcy Rule 2016. *See* ECF No. 68. As described in more detail in the

6

Engagement Letter, the professional services that may be required of A&G in the Chapter 11 Cases include:

    a.    Reviewing and analyzing bank documentation, corporate documentation, contracts to which the Debtors are parties and other necessary documentation and information regarding the Debtors or otherwise evidencing claims which have been or may be asserted against the Debtors or their properties;

    b.    Taking appropriate steps in the Chapter 11 Cases to seek approval of a contemplated sale of a substantial portion or substantially all of the Debtors' assets as a going concern on an expedited basis (the "**ODI Business Sale**");

    c.    Working with the UST and the Committee on an expedited basis to seek approval of the ODI Business Sale;

    d.    Identifying potential claims of the Debtors' estates and prosecuting or otherwise preserving the claims for the benefit of their estates;

    e.    Working with various constituencies which may have claims to particular assets of the Debtors, with a view toward reaching resolutions or otherwise prosecuting the rights of the Debtors before the Court;

    f.    Preparing various motions and other Court filings required by the Bankruptcy Code to allow the Debtors to operate in the ordinary course of business in the Chapter 11 Cases as debtors-in-possession and wind down their affairs; and

    g.    Advising the Debtors and preparing the appropriate pleadings on actions to be taken in the Chapter 11 Cases, including to (i) obtain authority, if necessary, for the expenditure of cash in the ordinary course of business; (ii) determine the scope of creditors' liens; (iii) commence valuation proceedings to determine the value of collateral held by lenders or lessors; (iv) formulate and draft a Chapter 11 plan of liquidation, if feasible, and (v) perform such other duties and responsibilities of counsel to the debtors-in-possession in the Chapter 11 Cases.

10.    To the best of the Debtors' and A&G's knowledge, A&G has no connection with the Debtors, their creditors, any other party in interest, their respective attorneys and accountants, the UST, or any person employed in the office of the UST, except as expressly set forth in the *Verified Statement of Howard L. Adelman, Esq.* attached hereto as **Exhibit A** and made a part

hereof (the "**Adelman Statement**"). A&G is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, and A&G does not hold or represent an interest adverse to the Debtors' estates.

11. In the future, should A&G identify relevant connections not already disclosed in the Adelman Statement, A&G will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014.

12. It is anticipated that Howard L. Adelman, Adam P. Silverman, Alexander F. Brougham, and Tevin D. Bowens will be the primary attorneys from A&G working on behalf of the Debtors in the Chapter 11 Cases. However, it is likely other attorneys at A&G will become involved in the Chapter 11 Cases and, as of the filing hereof, other such attorneys have been required to provide services in the Chapter 11 Cases. The rates to be charged in the Chapter 11 Cases by legal professionals employed by A&G are as follows:

| Name | Rate |
|---|---|
| Howard L. Adelman | $625/hr. |
| Chad H. Gettleman | $625/hr. |
| Henry B. Merens | $625/hr. |
| Adam P. Silverman | $545/hr. |
| Steven B. Chaiken | $495/hr. |
| Erich S. Buck | $495/hr. |
| Alexander F. Brougham | $425/hr. |
| Nicholas R. Dwayne | $385/hr. |
| Tevin D. Bowens | $345/hr. |
| Paralegals/Law Clerks | $150/hr. |

13. The foregoing rates are consistent with those rates paid by clients of A&G and to be charged by A&G for future matters, in non-bankruptcy matters.

14. Since the Petition Date, A&G has rendered, and continues to render, professional services to the Debtors. Accordingly, the Debtors request that the Court approve the employment of A&G effective as of the Petition Date.

15. All compensation and reimbursement of expenses payable to A&G will be subject to further order of Court.

### III. NOTICE

16. Bankruptcy Rule 6003 provides, among other things, that an application to employ a professional under Bankruptcy Rule 2014 shall not be granted within 21 days after the filing of the petition. Because this Application is scheduled to be presented more than 21 days after the Petition Date, the Debtors submit that Bankruptcy Rule 6003 does not apply.

17. Notice of the filing of this Application and the hearing scheduled therefor has been provided by the Court's CM/ECF system, on not less than seven days' notice, to: (a) the UST; (b) counsel to the Committee; (c) counsel to the Debtors' primary secured lender, CIBC USA; and (d) all other parties who have requested notice and service of pleadings via the Court's CM/ECF system in the Chapter 11 Cases.

WHEREFORE, Oberweis Dairy, Inc., The Oberweis Group, Inc., TOGI Brands, LLC, North Aurora Ice Cream, LLC, Third Millennium Real Estate L.L.C., and TOGI RE I, LLC, debtors and debtors in possession herein, respectfully request the entry of an order in accordance with the foregoing recommendations in the form filed herewith and made a part hereof without further notice, and for such other and further relief as is just.

Respectfully submitted,

OBERWEIS DAIRY, INC., *et al.*, Debtors

By:   /s/Howard L. Adelman
         Proposed Counsel for the Debtors

HOWARD L. ADELMAN, ESQ. (ARDC# 0015458)
ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
TEVIN D. BOWENS, ESQ. (ARDC #6338559)
ADELMAN & GETTLEMAN, LTD.

1314966_1

53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
**Proposed Counsel for the Debtors**

1314966_1