**Fill in this information to identify the case:**

Debtor name          Oberweis Dairy, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    24-05385

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  See attached Rider to Schedule A/B (Part 1, Question 3) | | | $834,947.32 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$834,947.32

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | |
|---|---|
| 7.1.  City of Naperville Electric deposit on store (as of 3/31/2024) | $843.35 |
| 7.2.  Coca-Cola CO2 Gas Deposit - Glen Ellyn (as of 3/31/2024) | $80.00 |

| Debtor | Oberweis Dairy, Inc. | Case number *(If known)*  24-05385 |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.3. | GE Capital LT Deposit on Palos Park lease (as of 3/31/2024) | $1,000.00 |
| 7.4. | Glenview CAM deposit (as of 3/31/2024) | $118.00 |
| 7.5. | Indianapolis Power & Light (as of 3/31/2024) | $372.21 |
| 7.6. | Mann Properties - Indy Security Deposit (as of 3/31/2024) | $1,045.91 |
| 7.7. | Laesch - Rich Edwards - Advance (as of 3/31/2024) | $200.00 |
| 7.8. | Village of Lansing - Water Deposit (as of 3/31/2024) | $50.00 |
| 7.9. | Missouri Department of Revenue (as of 3/31/2024) | $1.00 |
| 7.10. | Schererville Nipsco deposit (as of 3/31/2024) | $941.00 |
| 7.11. | St. John Properties - Milwaukee TC Security Deposit (as of 3/31/2024) | $3,124.00 |
| 7.12. | Columbia Gas Security Deposit - Richmond TC (as of 3/31/2024) | $836.00 |
| 7.13. | LaClede Gas Company - St. Louis deposit (as of 3/31/2024) | $180.00 |
| 7.14. | St. Louis Transfer Center (Vinita Park, Mo.) Lease deposit (as of 3/31/2024) | $647.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | See attached Rider to Schedule A/B (Part 2, Question 8) | $603,829.61 |

| Debtor | Oberweis Dairy, Inc. | Case number *(if known)* 24-05385 |
|---|---|---|
| | Name | |

**9.  Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$613,268.08

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:     1,298,774.00    -    50,858.00   =....     $1,247,916.00
                 face amount            doubtful or uncollectible accounts

11b. Over 90 days old:     63,545.00    -    63,545.00   =....     $0.00
                 face amount            doubtful or uncollectible accounts

**12.  Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$1,247,916.00

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** <br> Milk, sugar, bases, stabilizers, chocolate, mint, packaging, etc. | 3/31/2024 | $1,120,263.00 | FIFO | Unknown |
| **20.  Work in progress** <br> N/A | 3/31/2024 | Unknown | FIFO | Unknown |
| **21.  Finished goods, including goods held for resale** <br> Ice cream, fluid products, food products | 3/31/2024 | $1,819,602.00 | FIFO | Unknown |
| **22.  Other inventory or supplies** | | | | |

---

Debtor    Oberweis Dairy, Inc.                                    Case number *(If known)*   24-05385
          Name

| Bottles, crates, truck barn inventory, gasoline, dairy stores, other merchandise, supplies, etc. | 3/31/2024 | $2,141,291.00 | FIFO | Unknown |

23.  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $0.00 |

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value ____Unknown____  Valuation method ____N/A____  Current Value ____Unknown____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** See attached Rider to Schedule A/B (Part 7, Question 39) | $231,947.00 | N/A | Unknown |
| 40.  **Office fixtures** See attached Rider to Schedule A/B (Part 7, Question 40) | Unknown | N/A | Unknown |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** See attached Rider to Schedule A/B (Part 7, Question 41) | $238,040.00 | N/A | Unknown |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.  Misc. artwork | Unknown | N/A | Unknown |

| Debtor | Oberweis Dairy, Inc. | Case number *(If known)* | 24-05385 |
|---|---|---|---|
| | Name | | |

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   $0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   See attached Rider to Schedule A/B (Part 8, Question 47) | $4,068,789.00 | N/A | Unknown |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See attached Rider to Schedule A/B (Part 8, Question 50) | $12,018,650.00 | N/A | Unknown |

51. **Total of Part 8.**
   Add lines 47 through 50.  Copy the total to line 87.

   $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Debtor | Oberweis Dairy, Inc. | | Case number *(If known)*  24-05385 |
|---|---|---|---|
| | Name | | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. See Schedule G | Leasehold IInterests | Unknown | N/A | Unknown |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** License of IP from The Oberweis Group Inc. | Unknown | N/A | Unknown |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

| Debtor | Oberweis Dairy, Inc. | Case number *(if known)* 24-05385 |
|---|---|---|
| | Name | |

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable** | |
| | Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| | Unknown (2023 tax return on extension)    Tax year 2023 | Unknown |
| 73. | **Interests in insurance policies or annuities** | |
| | See attached Rider to Schedule A/B (Part 11, Question 73) | Unknown |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | $0.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number *(If known)* 24-05385 |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $834,947.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $613,268.08 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,247,916.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,696,131.40 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,696,131.40 |

Related to Schedule A/B, Part 3, Question 19

| Entity | Name of institution | Type of account | Account number | Current value of debtor's interest |
|--------|---------------------|-----------------|----------------|-----------------------------------:|
| ODI | CIBC | Operating Account | x7722 | 747,165.02 |
| ODI | CIBC | Controlled Disbursements Account | x1461 | - |
| ODI | CIBC | Merchant Card Account | x7730 | - |
| ODI | CIBC | Payroll Account | x7072 | - |
| ODI | CIBC | Money Market Account | x9406 | 169.94 |
| ODI | Bank of America | Operating Account | x9319 | 924.39 |
| ODI | BMO | Operating Account | x4231 | 1,446.33 |
| ODI | BMO | Operating Account | x5690 | 1,945.25 |
| ODI | BMO | Operating Account | x7942 | 2,025.72 |
| ODI | BMO | Operating Account | x6281 | 1,827.04 |
| ODI | BMO | Operating Account | x9503 | 3,563.52 |
| ODI | BMO | Operating Account | x0914 | 2,844.14 |
| ODI | BMO | Operating Account | x0758 | 2,402.67 |
| ODI | BMO | Operating Account | x5107 | 3,845.16 |
| ODI | Busey Bank | Operating Account | x2756 | 1,580.18 |
| ODI | Busey Bank | Operating Account | x5068 | 2,417.39 |
| ODI | Busey Bank | Operating Account | x5407 | 3,642.39 |
| ODI | Commerce Bank | Operating Account | x7791 | 3,299.30 |
| ODI | Hinsdale Bank & Trust | Operating Account | x0915 | 2,324.04 |
| ODI | Fifth Third | Operating Account | x6423 | 3,769.55 |
| ODI | Fifth Third | Operating Account | x2062 | 2,726.49 |
| ODI | Fifth Third | Operating Account | x1682 | 5,209.69 |
| ODI | First Secure Community Bank | Operating Account | x7720 | 2,250.04 |
| ODI | First State Bank | Operating Account | x0315 | 3,227.69 |
| ODI | Lindell Bank | Operating Account | x1269 | 2,561.38 |
| ODI | Midwest Bank Centre | Operating Account | x8336 | 3,777.48 |
| ODI | Old National Bank | Operating Account | x1017 | 848.04 |
| ODI | Old National Bank | Operating Account | x5607 | 387.26 |
| ODI | Old National Bank | Operating Account | x6157 | 3,097.93 |
| ODI | Old Second Bank | Operating Account | x9253 | 1,788.08 |
| ODI | Old Second Bank | Operating Account | x9721 | 1,559.93 |
| ODI | Parkway Bank | Operating Account | x4505 | 1,701.37 |
| ODI | PNC | Operating Account | x1353 | 967.51 |
| ODI | PNC | Operating Account | x5568 | 1,193.47 |
| ODI | PNC | Operating Account | x5609 | 3,357.64 |
| ODI | PNC | Operating Account | x6814 | 3,211.79 |
| ODI | PNC | Operating Account | x4853 | 883.10 |
| ODI | PNC | Operating Account | x2437 | 2,195.89 |
| ODI | PNC | Operating Account | x5708 | 3,220.35 |
| ODI | PNC | Operating Account | x2183 | 2,192.21 |
| ODI | PNC | Operating Account | x2191 | 1,374.61 |
| ODI | PNC | Operating Account | x8998 | 1,636.82 |
| ODI | US Bank | Operating Account | x1260 | 386.52 |
| | | | | **834,947.32** |

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid Insurance | Travelers | 302,122.12 |
| Prepaid Insurance | Assurance, Marsh Mclennan | 162,681.14 |
| Prepaid other expense | Adelman & Gettleman | Unknown* |
| Prepaid other expense | McCullough | 7,300.00 |
| Prepaid other expense | Fort Dearborn Partners | Unknown* |
| Prepaid other expense | eTecc | 6,085.92 |
| Prepaid other expense | AFS Technologies | 4,250.00 |
| Prepaid other expense | Capital One - Jtech | 6,429.08 |
| Prepaid other expense | Johnson Controls Security Sol | 351.35 |
| Prepaid other expense | Visual Lease | 7,349.99 |
| Prepaid other expense | IDFA | 416.63 |
| Prepaid other expense | Yext | 5,409.05 |
| Prepaid other expense | Jensen IT - Capital FEB21Mar921P | 85.92 |
| Prepaid other expense | Salesforce | 1,998.00 |
| Prepaid other expense | J4 Tech Solutions | 448.80 |
| Prepaid other expense | Spins | 1,360.37 |
| Prepaid licenses | Secretary of State | 9,963.47 |
| Prepaid other expense | Zencos | 12,488.56 |
| Prepaid other expense | Security Metrics | 6,572.71 |
| Prepaid licenses | Illinois License Services | 396.03 |
| Prepaid other expense | Vedderprice | 15,000.00 |
| Prepaid other expense | Grouppraise | 1,375.00 |
| Prepaid other expense | Village of Bolingbrook | 114.64 |
| Prepaid Fuel | Feece & Speedway | 10,068.55 |
| Prepaid other expense | Digital River | 1,767.82 |
| Prepaid other expense | Jensen IT | 1,640.87 |
| Prepaid other expense | James Blaylock | 1,319.17 |
| Prepaid other expense | Chicago Rabbinical Council | 4,575.01 |
| Prepaid other expense | 1World | 10,485.00 |
| Prepaid licenses | Tollway Replenishment | 20,606.06 |
| Prepaid other expense | CDW Direct | 1,168.35 |
| | **Total** | **603,829.61** |
| | | |
| | | |
| | | *Advance payment retainer subject to right of refund upon conclusion of engagement |

Rider to Schedule A/B (Part 7, Question 39)

| Asset Number | Date Acquired | Asset Description 1 | Original Cost | Accumulated Depreciation | Book Value | Location | |
|---|---|---|---|---|---|---|---|
| 18-017 | 1/29/2003 | OFFICE RE-WORK,CARPET,LAMINATE TOPS,FILES | $7,676 | $7,676 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-018 | 3/24/1997 | LAMINATOR, 12"" | $233 | $233 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-019 | 1/29/1998 | LEGAL FIRE-PROOF FILE | $982 | $982 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-020 | 3/16/1998 | DESK/PEDESTAL/3 CHAIRS/2 LATERAL FILES & 3 CABINET | $2,548 | $2,548 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-021 | 1/26/2000 | WEST 2ND FLOOR -CHAIR | $631 | $631 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-022 | 1/27/2000 | GLASS DESK TOP | $127 | $127 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-023 | 6/7/2001 | LYON SHELVING | $6,000 | $6,000 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-024 | 4/22/2002 | EXECUTIVE CHAIR | $673 | $673 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-025 | 12/31/2002 | FURNITURE AND FIXTURES | $2,236 | $2,236 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-026 | 8/12/2003 | OFFICE FURNITURE | $19,854 | $19,854 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-027 | 10/9/2003 | SUPPLY AND INSTALL A/C UNIT | $9,600 | $9,600 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-028 | 10/28/2003 | LAN LOCKER | $3,749 | $3,749 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-029 | 10/16/2003 | FIREPROOF LETTER DRAWER` | $1,304 | $1,304 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-030 | 10/30/2003 | BURSTER | $3,684 | $3,684 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-031 | 8/1/2005 | Table, Lectern | $1,004 | $1,004 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-032 | 8/17/2005 | Office Remodeling | $555 | $555 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-033 | 8/1/2005 | Utility Table | $1,405 | $1,405 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-034 | 8/1/2005 | Furniture and Fixtures | $55,200 | $55,200 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-035 | 12/1/2009 | Office Chairs | $1,717 | $1,717 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-036 | 5/1/2010 | 3 Umbrellas | $531 | $531 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-037 | 10/1/2010 | Chairs for Accounting Department (7) | $1,502 | $1,502 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-038 | 10/25/2012 | Break room tables | $684 | $684 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-039 | 10/18/2012 | Break room table tops | $1,229 | $1,229 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-040 | 11/5/2018 | Conference Room and Desk Chairs (13) | $6,060 | $6,060 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-041 | 12/31/2020 | North Aurora Office Refresh | $374,030 | $160,445 | $213,586 | Office Furniture - North Aurora | Office furniture |
| 18-042 | 3/25/2021 | Conference Room Furniture | $27,033 | $10,707 | $16,326 | Office Furniture - North Aurora | Office furniture |
| 18-043 | 3/19/2021 | HermanMiller Office Chair | $1,477 | $824 | $653 | Office Furniture - North Aurora | Office furniture |
| 18-044 | 7/7/2021 | Office Furniture | $2,145 | $762 | $1,383 | Office Furniture - North Aurora | Office furniture |
| 18-045 | 3/15/1996 | LEATHER CHAIR (President) | $335 | $335 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-046 | 4/15/1996 | DRIVERS ROOM MAIL BIN | $326 | $326 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-047 | 9/15/1996 | FILE CABINETS | $986 | $986 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-048 | 9/15/1996 | CONFERENCE ROOM FURNITURE | $676 | $676 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-049 | 8/15/1996 | FILE CABINET - PLANT | $260 | $260 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-050 | 5/15/1996 | REFRIGERATOR & DISHWASHER | $700 | $700 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-051 | 4/15/1996 | SAFE | $572 | $572 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-052 | 4/15/1996 | CREDENZAS (4) | $2,521 | $2,521 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-053 | 4/15/1996 | LATERAL FILES (5 DRAWER) | $1,799 | $1,799 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-061 | 5/15/1996 | CREDENZA & BOOKSHELF | $844 | $844 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-062 | 7/15/1996 | CONFERENCE ROOM T.V. | $257 | $257 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-063 | 7/15/1996 | CONFERENCE ROOM V.C.R. | $128 | $128 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-064 | 9/15/1996 | DESK & RETURN - DISTRIB | $716 | $716 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-067 | 9/15/1996 | CONFERENCE ROOM FURNITURE | $1,952 | $1,952 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-068 | 6/15/1996 | TELEMARKETING MODULAR SYSTEMS | $4,362 | $4,362 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-069 | 6/1/1996 | PRINTER FOR PHONE PROGRAMS | $294 | $294 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-070 | 8/21/1996 | TABLES & CHAIRS FOR TRAINING ROOM | $1,141 | $1,141 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-073 | 8/8/1997 | DESK, 5 CHAIRS & ORGANIZERS FOR CUSTOMER SERV DEPT | $2,066 | $2,066 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-074 | 12/8/1998 | MID-BACK SWIVEL TILT CHAR, 2 SIDE CHAIRS & FREIGHT | $523 | $523 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-088 | 5/7/1999 | FIRE FILES-4 DRW. VERTICAL 25""D&25""DLEGAL | $2,118 | $2,118 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-093 | 11/3/1999 | CHAIRS-TRAINING ROOM | $3,677 | $3,677 | $ - | Office Furniture - North Aurora | Office furniture |
| 18-142 | 6/22/1998 | 3 DESKS, 5 FILE CABINETS, CHAIRS, BOOK SHELF,MICOR | $750 | $750 | $ - | Office Furniture & Equipment - Bloomington | Office furniture |
| 19-006 | 6/22/1998 | 4 DESKS, 6 TABLES, 10 CHAIRS, 6 FILE CABINETS, FAX | $2,500 | $2,500 | $ - | Office Furniture & Equipment - St. Louis TC | Office furniture |
| **Total** | | | **$563,372** | **$331,424** | **$231,947** | | |

Rider to Schedule A/B (Part 7, Question 40)

| Asset Number | Date Acquired | Asset Description 1 | Original Cost | Accumulated Depreciation | Book Value | Location | |
|---|---|---|---|---|---|---|---|
| 21-068 | 1/11/2000 | SHELVING | $621 | $621 | $ - | Office Furniture - North Aurora | Office fixtures |
| 21-148 | 5/27/2000 | CSR CUBES | $2,051 | $2,051 | $ - | Office Furniture - North Aurora | Office fixtures |
| 21-183 | 5/18/2000 | 2 SHELF BOOKCASE | $322 | $322 | $ - | Office Furniture - North Aurora | Office fixtures |
| 22-229 | 1/1/2000 | WEST 2ND FLOOR CUBES | $1,695 | $1,695 | $ - | Office Furniture - North Aurora | Office fixtures |
| 22-249 | 1/6/2000 | WEST 2ND FLOOR CUBES | $202 | $202 | $ - | Office Furniture - North Aurora | Office fixtures |
| 23-051 | 1/12/2000 | WEST 2ND CUBES | $2,802 | $2,802 | $ - | Office Furniture - North Aurora | Office fixtures |
| 23-098 | 1/26/2000 | WEST 2ND FLOOR | $200 | $200 | $ - | Office Furniture - North Aurora | Office fixtures |
| 23-099 | 4/30/2000 | EAST 2ND FLOOR CUBES | $1,422 | $1,422 | $ - | Office Furniture - North Aurora | Office fixtures |
| 23-100 | 6/8/2000 | EAST 2ND FLOOR CUBES | $1,273 | $1,273 | $ - | Office Furniture - North Aurora | Office fixtures |
| 23-101 | 1/26/2000 | WEST 2ND FLOOR CUBES | $452 | $452 | $ - | Office Furniture - North Aurora | Office fixtures |
| 23-169 | 8/1/2005 | Acrylics Sign Panels | $1,947 | $1,947 | $ - | Office Furniture - North Aurora | Office fixtures |
| 08-062 | 12/9/2010 | Office Interiors - Hendricksen Office Interiors | $10,058 | $10,058 | $ - | Office Furniture - North Aurora | Office fixtures |
| 08-075 | 8/10/2012 | Cabinets - Break room | $2,787 | $2,787 | $ - | Office Furniture - North Aurora | Office fixtures |
| 09-040 | 8/15/1996 | TRAINING ROOM WALL UNIT | $453 | $453 | $ - | Office Furniture - North Aurora | Office fixtures |
| 09-041 | 4/15/1996 | OFFICE MODULAR SYSTEMS | $25,709 | $25,709 | $ - | Office Furniture - North Aurora | Office fixtures |
| 09-042 | 11/15/1996 | OFFICE BLINDS | $1,273 | $1,273 | $ - | Office Furniture - North Aurora | Office fixtures |
| 09-088 | 7/30/1996 | SHELVING UNITES FOR RECORDS ROOM | $1,718 | $1,718 | $ - | Office Furniture - North Aurora | Office fixtures |
| 09-106 | 8/1/1997 | WORK STATIONS - CUSTOMER SERVICE DEPT. | $1,998 | $1,998 | $ - | Office Furniture - North Aurora | Office fixtures |
| 18-014 | 10/8/1999 | FIVE SHELF CLOSED SHELVING | $2,006 | $2,006 | $ - | Office Furniture - North Aurora | Office fixtures |
| 18-015 | 12/20/1999 | CARPETING-UPSTAIRS | $2,879 | $2,879 | $ - | Office Furniture - North Aurora | Office fixtures |
| 18-016 | 12/27/1999 | PHONE & DATA WIRING FOR 2ND FLR OFFICE AREA | $11,055 | $11,055 | $ - | Office Furniture - North Aurora | Office fixtures |
| **Total** | | | **$72,922** | **$72,922** | **$ -** | | |

Rider to Schedule A/B - Part 7, Question 41

| Asset Number | Date Acquired | Asset Description 1 | Original Cost | Accumulated Depreciation | Book Value | Location |
|---|---|---|---|---|---|---|
| 03-06 | 6/1/2005 | Wiring for Computers | $317 | $151 | $166 | Buildings - North Aurora |
| 97-78 | 6/1/1996 | Computer Equipment electrical | $ - | $ - | $ - | Buildings - North Aurora |
| 98-66 | 5/24/1999 | 2ND COMPUTER ROOM CONSTRUCTION | $6,500 | $4,101 | $2,399 | Buildings - North Aurora |
| 02-005 | 1/28/2003 | NORTEL MERIDIAN SYSTEM/CUSTOMER SERVICE | $28,580 | $28,580 | $ - | Communication Equipment |
| 97-174 | 9/19/1997 | MODULE AND WALLPLATES INSTALLED | $1,000 | $1,000 | $ - | Communication Equipment |
| 98-236 | 3/2/1998 | PULLED & TERMINATED 2 CABLES, VOICE CABLE 50 & DAT | $1,146 | $1,146 | $ - | Communication Equipment |
| 03-11 | 3/28/2002 | NORTELL MERIDIAN SYSTEM | $607 | $607 | $ - | Communication Equipment |
| 03-88 | 10/31/1997 | COMMUNICATION EQUIPMENT | $679 | $679 | $ - | Communication Equipment |
| 01-103 | 10/1/1998 | CUSTOM CALL ROUTING SOFTWARE & EQUIPMENT | $24,561 | $24,561 | $ - | Communication Equipment |
| 02-002 | 4/11/2003 | TAPE DRIVE/BACK UP | $3,067 | $3,067 | $ - | Data Processing Equipment |
| 02-004 | 3/19/2003 | ENTERPRISE MGT. | $16,825 | $16,825 | $ - | Data Processing Equipment |
| 02-090 | 9/7/2001 | FILE SERVER | $4,358 | $4,358 | $ - | Data Processing Equipment |
| 02-092 | 1/30/2002 | SPOOL ORGANIZER | $1,900 | $1,900 | $ - | Data Processing Equipment |
| 02-122 | 1/22/2002 | RAMS SOFTWARE | $ - | $ - | $ - | Data Processing Equipment |
| 02-203 | 4/1/2002 | RAMS SOFTWARE | $5,000 | $5,000 | $ - | Data Processing Equipment |
| 03-015 | 4/1/2002 | MICROSOFT XP SOFTWARE LICENSES | $16,832 | $16,832 | $ - | Data Processing Equipment |
| 03-016 | 6/19/2002 | NEW BIG DOG PRINTER | $3,291 | $3,291 | $ - | Data Processing Equipment |
| 03-153 | 10/3/2002 | NEW COMP/INCREASE MEMORY-4 INV. | $6,157 | $6,157 | $ - | Data Processing Equipment |
| 03-224 | 1/13/2003 | SONY VAO-PCG NOTEBOOK | $3,377 | $3,377 | $ - | Data Processing Equipment |
| 03-321 | 1/6/2003 | MICROS CORP. SERVER | $5,586 | $5,586 | $ - | Data Processing Equipment |
| 03-323 | 8/28/2003 | SERVER FOR SYMPOSIUM | $5,398 | $5,398 | $ - | Data Processing Equipment |
| 03-345 | 4/1/2003 | ACQUISITION OF AS400 | $46,658 | $46,658 | $ - | Data Processing Equipment |
| 04-007 | 10/24/2003 | SYMPOSIUM CALL SYSTEM | $28,419 | $28,419 | $ - | Data Processing Equipment |
| 04-012 | 10/31/2003 | MS OFFICE XP STD | $1,191 | $1,191 | $ - | Data Processing Equipment |
| 04-013 | 12/18/2003 | NORTEL MERIDIAN SYSTEM | $1,837 | $1,837 | $ - | Data Processing Equipment |
| 04-048 | 5/6/2004 | HP PROLIANT ML350 HR SERVER | $6,581 | $6,581 | $ - | Data Processing Equipment |
| 04-049 | 1/13/2004 | MS OFFICE XP | $4,137 | $4,137 | $ - | Data Processing Equipment |
| 04-050 | 3/12/2004 | HP CPQ FOR CFO | $900 | $900 | $ - | Data Processing Equipment |
| 04-058 | 6/7/2004 | APPLE PM DP COMPUTER | $8,575 | $8,575 | $ - | Data Processing Equipment |
| 04-101 | 5/26/2004 | IBM TP R40 | $1,148 | $1,148 | $ - | Data Processing Equipment |
| 04-102 | 5/13/2004 | APC SMART UPS 1500 | $1,299 | $1,299 | $ - | Data Processing Equipment |
| 04-142 | 5/27/2004 | SERVER FOR CARDS/ACCESS | $625 | $625 | $ - | Data Processing Equipment |
| 04-143 | 2/26/2004 | POWER EDGE SERVER | $3,966 | $3,966 | $ - | Data Processing Equipment |
| 04-144 | 5/17/2004 | REPLACEMENT DISK DRIVES FOR AS400 | $6,000 | $6,000 | $ - | Data Processing Equipment |
| 04-145 | 7/26/2004 | MS MAPPOINT 2004 MEDIA | $2,375 | $2,375 | $ - | Data Processing Equipment |
| 04-148 | 7/26/2004 | WWF MAPPOINT 2004 MEDIA | $316 | $316 | $ - | Data Processing Equipment |
| 04-149 | 7/29/2004 | 3 LASER PRINTERS/1 DELL MONITOR | $907 | $907 | $ - | Data Processing Equipment |
| 04-157 | 7/28/2004 | KINGSTON 1GB PROLIANT ML350 | $464 | $464 | $ - | Data Processing Equipment |
| 04-159 | 7/20/2004 | BACKUP DRIVE FOR SERVER | $630 | $630 | $ - | Data Processing Equipment |
| 04-177 | 7/21/2004 | ARIAL EMAIL MARKETING SOFTWARE | $495 | $495 | $ - | Data Processing Equipment |
| 04-271 | 7/26/2004 | EPS STYLUS PHOTO 2200 PRINTER 6269+70469 | $705 | $705 | $ - | Data Processing Equipment |
| 04-273 | 7/8/2004 | BACK UP DRIVE FOR MICRODEM SERVER | $935 | $935 | $ - | Data Processing Equipment |
| 04-274 | 7/23/2004 | 2 INVOICES FOR HR PERSPECTIVE 4002.73+4000.00 | $8,003 | $8,003 | $ - | Data Processing Equipment |
| 04-295 | 5/25/2004 | 2 DRIVE KIT EXT FIREWIRE | $1,568 | $1,568 | $ - | Data Processing Equipment |
| 04-358 | 2/1/2004 | WEBSITE INTERFACE6063.75+1678.75 | $7,743 | $7,743 | $ - | Data Processing Equipment |
| 04-362 | 2/1/2004 | ROUTE OPTIMIZATION SOFTWARE 5000+5000 | $10,000 | $10,000 | $ - | Data Processing Equipment |
| 04-370 | 5/21/2004 | FLAT PANEL APPLE/SCANNER/SUITCASE | $6,760 | $6,760 | $ - | Data Processing Equipment |
| 04-371 | 8/13/2004 | SECURITY SYSTEMS | $2,213 | $2,213 | $ - | Data Processing Equipment |
| 04-382 | 9/30/2004 | HYPERION SOFTWARE | $38,350 | $38,350 | $ - | Data Processing Equipment |
| 04-386 | 12/14/2004 | MS OFFICE 2005 PRO FOR NEW COMPUTER | $479 | $479 | $ - | Data Processing Equipment |
| 04-388 | 12/18/2004 | COMPUTER FOR REFRIGERATION SYSTEM | $1,564 | $1,564 | $ - | Data Processing Equipment |
| 05-008 | 6/17/2004 | EM CLIENT | $2,486 | $2,486 | $ - | Data Processing Equipment |
| 05-009 | 8/17/2004 | ROUTE MANIFEST SYSTEM | $30,000 | $30,000 | $ - | Data Processing Equipment |
| 05-019 | 12/23/2004 | NORTEL MERIDAN SYSTEM | $4,518 | $4,518 | $ - | Data Processing Equipment |
| 05-020 | 1/27/2005 | Trend Client | $7,858 | $7,858 | $ - | Data Processing Equipment |
| 05-033 | 1/12/2005 | Computer for Human Resources (Silvia) | $948 | $948 | $ - | Data Processing Equipment |
| 05-034 | 2/8/2005 | Nortel Baystack, Nortel SFP GETH | $12,535 | $12,535 | $ - | Data Processing Equipment |
| 05-035 | 2/1/2005 | Watchguard Firebox | $718 | $718 | $ - | Data Processing Equipment |
| 05-036 | 2/11/2005 | Nortel Baystac 5510 | $284 | $284 | $ - | Data Processing Equipment |
| 05-056 | 2/21/2005 | MS MBI Office pro Ent 2003 | $469 | $469 | $ - | Data Processing Equipment |
| 05-057 | 2/23/2005 | Borther JL5170DN Printer | $316 | $316 | $ - | Data Processing Equipment |
| 05-069 | 3/1/2005 | Dell Handhelds | $18,367 | $18,367 | $ - | Data Processing Equipment |
| 05-092 | 4/8/2005 | Dell Flat Screen  Route Sales and Supply Chain | $595 | $595 | $ - | Data Processing Equipment |
| 05-093 | 4/14/2005 | Training Route Equipment | $1,975 | $1,975 | $ - | Data Processing Equipment |
| 05-094 | 3/31/2005 | Mounts for Trucks | $2,100 | $2,100 | $ - | Data Processing Equipment |
| 05-095 | 5/8/2005 | Flat monitors and Computers for Customer Service | $2,106 | $2,106 | $ - | Data Processing Equipment |
| 05-096 | 5/11/2005 | Notebook-Wholesale Mgmt, Thinkpad-RT Sales Mgmt | $1,802 | $1,802 | $ - | Data Processing Equipment |
| 05-108 | 5/23/2005 | Office Pro (2), Frontpage (2) Software CS&Mrkt | $1,144 | $1,144 | $ - | Data Processing Equipment |
| 05-111 | 5/11/2005 | MS Office for Wholesale Mgmt | $363 | $363 | $ - | Data Processing Equipment |
| 05-116 | 5/1/2005 | MS Office Pro Ent for Human Resources | $447 | $447 | $ - | Data Processing Equipment |
| 05-139 | 3/18/2005 | Computers and handheld Stylus for Route Sales & CS | $1,137 | $1,137 | $ - | Data Processing Equipment |
| 05-141 | 3/18/2005 | Computer St. Louis Manager | $988 | $988 | $ - | Data Processing Equipment |
| 05-144 | 6/3/2005 | Window Servie 2003 Std | $704 | $704 | $ - | Data Processing Equipment |
| 05-145 | 12/31/2005 | Watchguard Firebox | $574 | $574 | $ - | Data Processing Equipment |
| 05-170 | 7/18/2005 | Cisco 1841 Router | $1,499 | $1,499 | $ - | Data Processing Equipment |
| 05-171 | 7/1/2005 | Web Server ram, software | $1,224 | $1,224 | $ - | Data Processing Equipment |
| 05-172 | 7/11/2005 | Network Equipment | $788 | $788 | $ - | Data Processing Equipment |
| 05-189 | 8/1/2005 | OAM Computer & Phone Equipment | $44,800 | $44,800 | $ - | Data Processing Equipment |
| 05-190 | 8/2/2005 | Network Wiring Equipment | $557 | $557 | $ - | Data Processing Equipment |
| 05-290 | 8/15/2005 | Invoice Printer Equipment | $810 | $810 | $ - | Data Processing Equipment |
| 05-302 | 9/1/2005 | 2 OptiPlex Pentium Computers, Flat Panel Display | $2,097 | $2,097 | $ - | Data Processing Equipment |
| 05-344 | 9/1/2005 | Office 2003 | $723 | $723 | $ - | Data Processing Equipment |
| 06-001 | 10/18/2005 | Workstation 4 Micros (Spare) | $1,627 | $1,627 | $ - | Data Processing Equipment |
| 06-002 | 11/1/2005 | Computer Equipment-UWS-4, 32MB Doc 128MB | $962 | $962 | $ - | Data Processing Equipment |
| 06-006 | 12/1/2005 | OptiPlex Pentium Computer, Flat Panel Display | $958 | $958 | $ - | Data Processing Equipment |
| 06-034 | 1/22/2006 | Dell Computer | $1,001 | $1,001 | $ - | Data Processing Equipment |
| 06-043 | 1/1/2006 | Hardware for hand helds | $5,600 | $5,600 | $ - | Data Processing Equipment |
| 06-085 | 2/1/2006 | Eclipse, Workstation, Printer | $13,626 | $13,626 | $ - | Data Processing Equipment |
| 06-100 | 5/30/2006 | Web Server | $4,399 | $4,399 | $ - | Data Processing Equipment |
| 07-003 | 6/6/2006 | Server | $12,781 | $12,781 | $ - | Data Processing Equipment |
| 07-010 | 8/1/2006 | Ross Route Application | $29,950 | $29,950 | $ - | Data Processing Equipment |
| 07-066 | 12/1/2006 | Anti-Spam Device | $6,361 | $6,361 | $ - | Data Processing Equipment |
| 07-067 | 1/15/2007 | Computer - Bob Renaut | $1,098 | $1,098 | $ - | Data Processing Equipment |
| 07-071 | 2/25/2007 | Computer - Steve Koszola | $1,590 | $1,590 | $ - | Data Processing Equipment |
| 07-084 | 5/22/2007 | Window Server 2003 licenses / Document management | $724 | $724 | $ - | Data Processing Equipment |
| 07-085 | 5/21/2007 | 3 Servers | $3,600 | $3,600 | $ - | Data Processing Equipment |
| 07-086 | 6/15/2007 | Notebook Computer w/ Adobe Acrobat | $2,159 | $2,159 | $ - | Data Processing Equipment |
| 07-087 | 7/19/2007 | Computer | $348 | $348 | $ - | Data Processing Equipment |
| 07-121 | 7/23/2007 | New Servers and hard drives | $5,041 | $5,041 | $ - | Data Processing Equipment |
| 07-122 | 7/28/2007 | Laptop label printer | $1,394 | $1,394 | $ - | Data Processing Equipment |
| 07-123 | 7/31/2007 | Web Site Enhancements | $48,258 | $48,258 | $ - | Data Processing Equipment |
| 07-124 | 9/1/2007 | Server Software | $6,739 | $6,739 | $ - | Data Processing Equipment |

Rider to Schedule A/B - Part 7, Question 41

| Asset Number | Date Acquired | Asset Description 1 | Original Cost | Accumulated Depreciation | Book Value | Location |
|---|---|---|---|---|---|---|
| 07-134 | 9/12/2007 | New Server for WebSense - Brand Mandell | $1,540 | $1,540 | $ - | Data Processing Equipment |
| 08-004 | 9/22/2007 | Remote Admin 3.0 Software X 100 | $2,490 | $2,490 | $ - | Data Processing Equipment |
| 08-005 | 9/1/2007 | Firewall & Service | $10,929 | $10,929 | $ - | Data Processing Equipment |
| 08-108 | 10/19/2007 | Notebook for route Sales mgmt | $2,222 | $2,222 | $ - | Data Processing Equipment |
| 08-116 | 3/21/2008 | Computer - Shane IT | $2,434 | $2,434 | $ - | Data Processing Equipment |
| 08-119 | 1/31/2008 | 2 Printers and Stands for Kansas TC & Minn TC | $1,859 | $1,859 | $ - | Data Processing Equipment |
| 08-126 | 9/4/2008 | Notebook for Mike McCarthy tag 3ZM3DH1 | $2,366 | $2,366 | $ - | Data Processing Equipment |
| 08-138 | 9/1/2008 | Micros Workstation | $1,131 | $1,131 | $ - | Data Processing Equipment |
| 08-157 | 9/1/2008 | Compaq tower | $1,055 | $1,055 | $ - | Data Processing Equipment |
| 09-066 | 10/1/2008 | Web Enhancements | $13,600 | $13,600 | $ - | Data Processing Equipment |
| 09-067 | 11/3/2008 | Computer tag 9X5PNH1 | $2,019 | $2,019 | $ - | Data Processing Equipment |
| 09-118 | 12/3/2008 | Computer Equipment (5) | $2,500 | $2,500 | $ - | Data Processing Equipment |
| 09-119 | 6/1/2009 | Micros Work Station | $2,586 | $2,586 | $ - | Data Processing Equipment |
| 09-123 | 7/17/2009 | Battery backup unit | $1,348 | $1,348 | $ - | Data Processing Equipment |
| 09-125 | 9/16/2009 | Nortel Baystack 5510 Network Switch | $1,118 | $1,118 | $ - | Data Processing Equipment |
| 09-128 | 9/1/2009 | Computer | $3,829 | $3,829 | $ - | Data Processing Equipment |
| 09-159 | 10/1/2009 | Notebook tag # 8BFPTK1 | $2,745 | $2,745 | $ - | Data Processing Equipment |
| 09-160 | 10/29/2009 | APC Smart UPS 1500va USB/SER RM 2U | $663 | $663 | $ - | Data Processing Equipment |
| 09-161 | 10/31/2009 | Hyperion Server | $500 | $500 | $ - | Data Processing Equipment |
| 10-002 | 12/1/2009 | Quantum Data Cartridge LTO Ultrium 4 | $632 | $632 | $ - | Data Processing Equipment |
| 10-003 | 12/1/2009 | Back up Unit Quantum SCSI Bundle | $4,484 | $4,484 | $ - | Data Processing Equipment |
| 10-029 | 12/28/2009 | Laptop Computer (Shane IT) tag 40JCTL1 | $2,238 | $2,238 | $ - | Data Processing Equipment |
| 10-030 | 3/11/2010 | Dell Latitude E5500 Notebook  tag JRXKYJ1 | $1,344 | $1,344 | $ - | Data Processing Equipment |
| 10-031 | 3/15/2010 | Computer service tag JC5R4M1 | $1,240 | $1,240 | $ - | Data Processing Equipment |
| 10-032 | 4/1/2010 | Micros Lab | $1,584 | $1,584 | $ - | Data Processing Equipment |
| 10-041 | 4/1/2010 | HP Laptop | $1,916 | $1,916 | $ - | Data Processing Equipment |
| 10-057 | 4/12/2010 | Ram TC servers | $1,247 | $1,247 | $ - | Data Processing Equipment |
| 10-058 | 4/12/2010 | APC Battery Backup Unit | $240 | $240 | $ - | Data Processing Equipment |
| 10-072 | 4/1/2010 | Computer | $1,344 | $1,344 | $ - | Data Processing Equipment |
| 10-074 | 5/1/2010 | Mac Pro Software | $3,122 | $3,122 | $ - | Data Processing Equipment |
| 10-075 | 5/21/2010 | Drive Enclosure | $4,350 | $4,350 | $ - | Data Processing Equipment |
| 10-076 | 6/1/2010 | Billing Printer IBM 6400-i24 Model w/ ethernet | $3,347 | $2,954 | $392 | Data Processing Equipment |
| 10-077 | 7/3/2010 | Battery | $826 | $826 | $ - | Data Processing Equipment |
| 10-111 | 7/3/2010 | Battery | $826 | $826 | $ - | Data Processing Equipment |
| 10-117 | 7/3/2010 | Battery | $826 | $826 | $ - | Data Processing Equipment |
| 10-118 | 7/3/2010 | Battery | $826 | $826 | $ - | Data Processing Equipment |
| 10-119 | 8/20/2010 | Solo4 Disk Coppier | $3,239 | $3,239 | $ - | Data Processing Equipment |
| 10-120 | 9/13/2010 | Laptop - Koenig | $1,636 | $1,636 | $ - | Data Processing Equipment |
| 10-121 | 9/13/2010 | Laptop - McMillian | $1,636 | $1,636 | $ - | Data Processing Equipment |
| 10-122 | 9/13/2010 | Laptop - Newport | $1,636 | $1,636 | $ - | Data Processing Equipment |
| 10-123 | 9/13/2010 | Laptop - Schaefer | $1,636 | $1,636 | $ - | Data Processing Equipment |
| 10-127 | 9/13/2010 | Laptop - Dodge | $1,636 | $1,636 | $ - | Data Processing Equipment |
| 10-131 | 9/13/2010 | Laptop - Storey | $1,636 | $1,636 | $ - | Data Processing Equipment |
| 10-134 | 6/13/2010 | Laptop - Eberhardt | $1,636 | $1,636 | $ - | Data Processing Equipment |
| 10-135 | 10/1/2010 | Notebook - Elizabeth Craig | $1,636 | $1,636 | $ - | Data Processing Equipment |
| 10-136 | 10/1/2010 | Desktop - Jim Oberweis | $1,548 | $1,548 | $ - | Data Processing Equipment |
| 10-152 | 11/5/2010 | Servers for Ipad App | $2,371 | $2,371 | $ - | Data Processing Equipment |
| 10-153 | 11/5/2010 | Hard Drivers for Servers | $1,200 | $1,200 | $ - | Data Processing Equipment |
| 11-003 | 11/4/2010 | Computer - Jim O. tag 8XR0NN1 | $1,558 | $1,558 | $ - | Data Processing Equipment |
| 11-013 | 12/9/2010 | Computer Equipment - CDW | $12,382 | $12,382 | $ - | Data Processing Equipment |
| 11-035 | 12/9/2010 | Computer Equipment - Dell | $2,829 | $2,829 | $ - | Data Processing Equipment |
| 11-128 | 1/1/2011 | Computer | $1,543 | $1,543 | $ - | Data Processing Equipment |
| 11-136 | 3/18/2011 | AS400 Hardware and Software | $33,777 | $33,777 | $ - | Data Processing Equipment |
| 11-142 | 5/1/2011 | Control Station for Phone System | $39,860 | $39,860 | $ - | Data Processing Equipment |
| 11-143 | 10/1/2011 | Laptop Computer (Bob IT) | $1,843 | $1,843 | $ - | Data Processing Equipment |
| 11-144 | 11/1/2011 | ShoreTel Phone System | $82,180 | $82,180 | $ - | Data Processing Equipment |
| 12-004 | 11/1/2011 | Watchguard security appliance | $1,533 | $1,533 | $ - | Data Processing Equipment |
| 12-005 | 12/5/2011 | Lab Computer - HP rp5800 POS | $969 | $969 | $ - | Data Processing Equipment |
| 12-006 | 12/5/2011 | Lab Computer - HP rp5800 POS #2 | $969 | $969 | $ - | Data Processing Equipment |
| 12-032 | 1/10/2012 | Disk enclosure (4) HP M5314 (14x300GB) | $1,800 | $1,800 | $ - | Data Processing Equipment |
| 12-033 | 1/4/2012 | Nortel 5520-48T-PWR Switch AL1001A005 | $1,020 | $1,020 | $ - | Data Processing Equipment |
| 12-034 | 1/4/2012 | Nortel 5520-48T-PWR Switch AL1001A005, wCable | $1,381 | $1,381 | $ - | Data Processing Equipment |
| 12-035 | 1/25/2012 | Camera surveillance system FDS-1640H | $1,180 | $1,180 | $ - | Data Processing Equipment |
| 12-039 | 2/14/2012 | HP Compaq LA2205wg, cables | $603 | $603 | $ - | Data Processing Equipment |
| 12-041 | 2/27/2012 | HP - CTO RP5800 BASE SYS, LCD screens | $3,662 | $3,662 | $ - | Data Processing Equipment |
| 12-044 | 3/9/2012 | AVL Design Prem CS5.5 UPG L1 (Marketing) | $535 | $535 | $ - | Data Processing Equipment |
| 12-056 | 3/12/2012 | Apple MP Desktop Ser#6160EUF | $4,010 | $4,010 | $ - | Data Processing Equipment |
| 12-068 | 1/20/2012 | Apple Mac Mini MC936LL/A w/Lion Server | $955 | $955 | $ - | Data Processing Equipment |
| 12-077 | 3/16/2012 | LCD Screens HP Compaq LA2405wg SN CN420020SV2, SV0 | $650 | $650 | $ - | Data Processing Equipment |
| 12-078 | 5/11/2012 | Soft licenses = MS, MB Office Pro Visio  (Trey) | $1,626 | $1,626 | $ - | Data Processing Equipment |
| 12-079 | 5/9/2012 | Handheld MC9596 KCAEAD00100, Ser# 00200 | $1,838 | $1,838 | $ - | Data Processing Equipment |
| 12-102 | 4/24/2012 | Camera surveillance system FDS-1640H - pLANT | $2,415 | $2,415 | $ - | Data Processing Equipment |
| 12-103 | 6/5/2012 | LED Monitor 25" - 1920 x1080 Full HD - Dan Rosier | $514 | $514 | $ - | Data Processing Equipment |
| 12-117 | 4/30/2012 | Sony security camera- 1/4' inboor/outdoor- Office | $1,302 | $1,302 | $ - | Data Processing Equipment |
| 12-118 | 6/27/2012 | Lenovo ThinkPad T530 102 Adam Kraber SN-R9RBFN6 | $2,111 | $2,111 | $ - | Data Processing Equipment |
| 12-119 | 6/27/2012 | Lenovo ThinkPad T530 Sam Hall SN-R9RBFN7 | $2,111 | $2,111 | $ - | Data Processing Equipment |
| 12-200 | 8/5/2012 | Generator - Rigid 6800W ES (emergency generator) | $1,550 | $1,550 | $ - | Data Processing Equipment |
| 12-225 | 7/23/2012 | ThinkPad T530 Laptop (Ser#R9PYA85) Mmcarthy | $1,980 | $1,980 | $ - | Data Processing Equipment |
| 12-228 | 7/23/2012 | ThinkPad T530 Laptop (Ser#R9PYA84) Lcarillo | $1,980 | $1,980 | $ - | Data Processing Equipment |
| 12-229 | 9/17/2012 | Laptop Lenovo - B. Hammond Ser# R9TA2R5 | $1,935 | $1,935 | $ - | Data Processing Equipment |
| 12-230 | 12/24/2012 | Watchguard XTM 8 Series 910 | $5,000 | $5,000 | $ - | Data Processing Equipment |
| 12-231 | 12/1/2012 | Handheld MC7596, Ser# 01248 | $2,446 | $2,446 | $ - | Data Processing Equipment |
| 12-232 | 12/1/2012 | Handheld MC7596, Ser# 01352 | $2,446 | $2,446 | $ - | Data Processing Equipment |
| 12-233 | 12/1/2012 | Handheld MC7596, Ser# 01532 | $2,446 | $2,446 | $ - | Data Processing Equipment |
| 13-003 | 12/1/2012 | Handheld MC9090 Ser# 00893 | $2,076 | $2,076 | $ - | Data Processing Equipment |
| 13-005 | 12/1/2012 | Handheld MC9090 Ser# 00904 | $2,076 | $2,076 | $ - | Data Processing Equipment |
| 13-009 | 12/1/2012 | Handheld MC9090 Ser# 00910 | $2,076 | $2,076 | $ - | Data Processing Equipment |
| 13-010 | 1/22/2013 | Surveillance system, install (plant and corporate) | $15,870 | $15,870 | $ - | Data Processing Equipment |
| 13-013 | 2/14/2013 | AS-400 Spare Drive (IBM 283 GB 8202-E4B-1911) | $1,445 | $1,445 | $ - | Data Processing Equipment |
| 13-014 | 1/17/2013 | Surveillance system, install (plant and corporate) | $1,355 | $1,355 | $ - | Data Processing Equipment |
| 13-015 | 2/4/2013 | Surveillance system, install (plant and corporate) | $2,700 | $2,700 | $ - | Data Processing Equipment |
| 13-016 | 4/10/2013 | (2) Motorola MC9596 Handheld | $3,772 | $3,772 | $ - | Data Processing Equipment |
| 13-017 | 3/28/2013 | Surveillance system cameras | $1,404 | $1,404 | $ - | Data Processing Equipment |
| 13-021 | 2/27/2013 | ThinkStation E31 Serial # MJ9662N | $1,163 | $1,163 | $ - | Data Processing Equipment |
| 13-022 | 2/27/2013 | ThinkStation E31 Serial # MJ9662R | $1,163 | $1,163 | $ - | Data Processing Equipment |
| 13-023 | 2/27/2013 | ThinkStation E31 Serial # MJ9662P | $1,163 | $1,163 | $ - | Data Processing Equipment |
| 13-024 | 2/22/2013 | LED 24# Monitor Serial # CN42520Q6H | $228 | $228 | $ - | Data Processing Equipment |
| 13-025 | 2/22/2013 | LED 24# Monitor Serial # CN42520QC7 | $228 | $228 | $ - | Data Processing Equipment |
| 13-026 | 2/22/2013 | LED 24# Monitor Serial # CN42520QCJ | $228 | $228 | $ - | Data Processing Equipment |
| 13-027 | 2/22/2013 | LED 24# Monitor Serial # CN42520QCR | $228 | $228 | $ - | Data Processing Equipment |
| 13-037 | 2/22/2013 | LED 24# Monitor Serial # CN42520QCT | $228 | $228 | $ - | Data Processing Equipment |
| 13-038 | 1/29/2013 | LED 23" Monitor Serial # CNC249RCDC | $214 | $214 | $ - | Data Processing Equipment |
| 13-039 | 1/29/2013 | LED 23" Monitor Serial # CNC249RCG0 | $214 | $214 | $ - | Data Processing Equipment |

Rider to Schedule A/B, Part 7, Question 41

| Asset Number | Date Acquired | Asset Description 1 | Original Cost | Accumulated Depreciation | Book Value | Location |
|---|---|---|---|---|---|---|
| 13-045 | 3/13/2013 | ThinkPad T530 Serial # R9XGW8G | $2,089 | $2,089 | $ - | Data Processing Equipment |
| 13-046 | 3/13/2013 | ThinkPad T530 Serial # R9XGW8E | $2,089 | $2,089 | $ - | Data Processing Equipment |
| 13-047 | 3/13/2013 | ThinkPad T530 Serial # R9XGW8F | $2,089 | $2,089 | $ - | Data Processing Equipment |
| 13-048 | 4/4/2013 | Watchguard XTM 2 Series 25-W Serial # 70A705EBE288 | $524 | $524 | $ - | Data Processing Equipment |
| 13-049 | 4/5/2013 | HP Compaq LA2405x LED Monitor 24" Serial # CN43080 | $237 | $237 | $ - | Data Processing Equipment |
| 13-055 | 4/5/2013 | HP Compaq LA2405x LED Monitor 24" Serial # CN43080 | $237 | $237 | $ - | Data Processing Equipment |
| 13-056 | 4/15/2013 | ThinkPad T530 Serial # R9YC8WN | $1,631 | $1,631 | $ - | Data Processing Equipment |
| 13-057 | 4/15/2013 | ThinkPad MiniDockPlus S3 Serial # M2R75T1 | $239 | $239 | $ - | Data Processing Equipment |
| 13-058 | 4/26/2013 | Brocade Network Switch Upgrade | $3,082 | $3,082 | $ - | Data Processing Equipment |
| 13-060 | 4/25/2013 | Brocade Network Switch Equipment Upgrade | $21,338 | $21,338 | $ - | Data Processing Equipment |
| 13-063 | 5/2/2013 | San Extension Storage Upgrade - Drive Array | $9,648 | $9,648 | $ - | Data Processing Equipment |
| 13-066 | 5/9/2013 | Microsoft Exchange Software Upgrade | $45,673 | $45,673 | $ - | Data Processing Equipment |
| 13-067 | 6/7/2013 | Deposit for Handheld MC95 HH | $6,195 | $6,195 | $ - | Data Processing Equipment |
| 13-088 | 6/19/2013 | (7) Motorola MC9696 Handhelds | $7,010 | $7,010 | $ - | Data Processing Equipment |
| 13-158 | 6/17/2013 | Leibinger NEO Printer Serial # LJ-400968 | $9,209 | $9,209 | $ - | Data Processing Equipment |
| 13-159 | 6/17/2013 | Leibinger NEO Printer Serial # LJ-400310 | $9,209 | $9,209 | $ - | Data Processing Equipment |
| 13-160 | 5/15/2013 | (2) HP LA2405X 24-in LED Monitors | $456 | $456 | $ - | Data Processing Equipment |
| 13-161 | 6/19/2013 | HP Compaq LA2405x Serial # CN431310ZZ | $248 | $248 | $ - | Data Processing Equipment |
| 13-164 | 6/19/2013 | HP Compaq LA2405x Serial # CN431311B3 | $248 | $248 | $ - | Data Processing Equipment |
| 13-165 | 6/19/2013 | HP Compaq LA2405x Serial # CN431310M | $248 | $248 | $ - | Data Processing Equipment |
| 13-166 | 6/19/2013 | HP Compaq LA2405x Serial # CN43131106 | $248 | $248 | $ - | Data Processing Equipment |
| 13-167 | 6/11/2013 | HP Compaq LA2405x Monitor Serial # CN43131T3T | $230 | $230 | $ - | Data Processing Equipment |
| 13-168 | 6/11/2013 | Watchguard XTM 2 Series 25-W Serial #70A7073F4B0C | $498 | $498 | $ - | Data Processing Equipment |
| 13-169 | 6/11/2013 | Watchguard XTM 2 Series 25-W Serial #70A7073A35CEA | $498 | $498 | $ - | Data Processing Equipment |
| 13-170 | 6/11/2013 | Watchguard XTM 2 Series 25-W Serial #70A7073CA196B | $498 | $498 | $ - | Data Processing Equipment |
| 13-171 | 6/11/2013 | Watchguard XTM 2 Series 25-W Serial #70A073CCD8EA | $498 | $498 | $ - | Data Processing Equipment |
| 13-203 | 6/11/2013 | Watchguard XTM 2 Series 25-W Serial #70A073CEDA6A | $498 | $498 | $ - | Data Processing Equipment |
| 13-231 | 6/11/2013 | Watchguard XTM 2 Series 25-W Serial #70A7073D2CC28 | $498 | $498 | $ - | Data Processing Equipment |
| 13-232 | 6/11/2013 | Watchguard XTM 2 Series 25-W Serial #70A7073D30CE9 | $498 | $498 | $ - | Data Processing Equipment |
| 13-234 | 9/6/2013 | Shoregear 220T1A Voice Switch and Rack Mount Tray | $6,421 | $6,421 | $ - | Data Processing Equipment |
| 13-260 | 8/1/2013 | ThinkPad T530 & Docking Station SN-PK07Y99 - Bruce | $1,604 | $1,604 | $ - | Data Processing Equipment |
| 13-261 | 8/24/2013 | ThinkPad T530 & Docking StationSN-PK0P75X - Teetee | $1,667 | $1,667 | $ - | Data Processing Equipment |
| 13-262 | 8/6/2013 | (6) Hard Drives for San Extension | $5,393 | $5,393 | $ - | Data Processing Equipment |
| 13-263 | 10/8/2013 | Lenovo ThinkStation E31 SN-MJ78XN3 - Dave Hassler | $1,501 | $1,501 | $ - | Data Processing Equipment |
| 13-264 | 10/14/2013 | Lenovo ThinkStation E31 SN-MJ78XN3 - Dave Hassler | $260 | $260 | $ - | Data Processing Equipment |
| 13-273 | 10/14/2013 | HP Compaq LA2405X LED Monitor SN-CN4330049F - Spar | $259 | $259 | $ - | Data Processing Equipment |
| 13-274 | 12/6/2013 | Brocade Network Switches - Replacement | $6,938 | $6,938 | $ - | Data Processing Equipment |
| 13-275 | 12/6/2013 | (3) EMC Hard Drives - 2 TB | $2,687 | $2,687 | $ - | Data Processing Equipment |
| 13-276 | 11/6/2013 | HP Compaq LED Monitor LA2405X Serial # CN433201J4 | $251 | $251 | $ - | Data Processing Equipment |
| 13-277 | 11/6/2013 | HP Compaq LED Monitor LA2405X Serial # CN433201J6 | $251 | $251 | $ - | Data Processing Equipment |
| 13-278 | 11/6/2013 | HP Compaq LED Monitor LA2405X Serial # CN433201J7 | $251 | $251 | $ - | Data Processing Equipment |
| 13-279 | 11/6/2013 | HP Compaq LED Monitor LA2405X Serial # CN433201J9 | $251 | $251 | $ - | Data Processing Equipment |
| 13-280 | 11/6/2013 | HP Compaq LED Monitor LA2405X Serial # CN433201JP | $251 | $251 | $ - | Data Processing Equipment |
| 13-281 | 11/6/2013 | HP Compaq LED Monitor LA2405X Serial # CN433201JR | $251 | $251 | $ - | Data Processing Equipment |
| 13-282 | 11/6/2013 | HP Compaq LED Monitor LA2405X Serial # CN433201JS | $251 | $251 | $ - | Data Processing Equipment |
| 13-283 | 11/6/2013 | HP Compaq LED Monitor LA2405X Serial # CN433201JV | $251 | $251 | $ - | Data Processing Equipment |
| 13-284 | 11/6/2013 | HP Compaq LED Monitor LA2405X Serial # CN43390BW9 | $251 | $251 | $ - | Data Processing Equipment |
| 13-285 | 11/6/2013 | HP Compaq LED Monitor LA2405X Serial # CN43390C2N | $251 | $251 | $ - | Data Processing Equipment |
| 13-286 | 11/6/2013 | Lenovo ThinkCentre M93P 10AA - Serial # SMJ002M6T | $1,000 | $1,000 | $ - | Data Processing Equipment |
| 13-287 | 11/6/2013 | Lenovo ThinkCentre M93P 10AA - Serial # SMJ002M6U | $1,000 | $1,000 | $ - | Data Processing Equipment |
| 13-288 | 11/6/2013 | Lenovo ThinkCentre M93P 10AA Serial # SMJ002M6V | $1,000 | $1,000 | $ - | Data Processing Equipment |
| 13-289 | 11/6/2013 | Lenovo ThinkCentre M93P 10AA Serial # SMJ002M6W | $1,000 | $1,000 | $ - | Data Processing Equipment |
| 13-290 | 11/6/2013 | Lenovo ThinkCentre M93P 10AA Serial # SMJ002M6X | $1,000 | $1,000 | $ - | Data Processing Equipment |
| 13-291 | 11/6/2013 | Lenovo ThinkCentre M93P 10AA Serial # SMJ002M6Y | $1,000 | $1,000 | $ - | Data Processing Equipment |
| 13-292 | 11/6/2013 | Lenovo ThinkCentre M93P 10AA Serial # SMJ002M6Z | $1,000 | $1,000 | $ - | Data Processing Equipment |
| 13-293 | 11/6/2013 | Lenovo ThinkCentre M93P 10AA Serial # SMJ002M70 | $1,000 | $1,000 | $ - | Data Processing Equipment |
| 14-185 | 11/6/2013 | Lenovo ThinkCentre M93P 10AA Serial # SMJ002M71 | $1,000 | $1,000 | $ - | Data Processing Equipment |
| 14-197 | 11/6/2013 | Lenovo ThinkCentre M93P 10AA Serial # SMJ002M72 | $1,000 | $1,000 | $ - | Data Processing Equipment |
| 15-012 | 11/18/2013 | (3) Brocade ICX 6430/6450 EPS Power Supply | $3,160 | $3,160 | $ - | Data Processing Equipment |
| 15-013 | 10/10/2014 | NetSupport Manager Remote Control Software | $7,062 | $7,062 | $ - | Data Processing Equipment |
| 15-031 | 5/1/2014 | iPhone Application | $47,530 | $47,530 | $ - | Data Processing Equipment |
| 16-039 | 2/13/2015 | Projector for Training Room | $5,250 | $5,250 | $ - | Data Processing Equipment |
| 18-177 | 2/25/2015 | Plant Wi-Fi & Camera Project | $21,333 | $21,333 | $ - | Data Processing Equipment |
| 19-001 | 6/24/2015 | Quantum Scalar i40 Two LTO-6 Drives | $6,639 | $6,639 | $ - | Data Processing Equipment |
| 19-020 | 6/21/2016 | SAN Upgrade - Data Storage | $55,838 | $55,838 | $ - | Data Processing Equipment |
| 19-035 | 7/7/2018 | Lenovo T480s Ultrabook | $2,521 | $2,521 | $ - | Data Processing Equipment |
| 19-070 | 1/1/2019 | 2 - Lenovo Laptops | $3,728 | $3,728 | $ - | Data Processing Equipment |
| 19-073 | 4/17/2019 | Apple Computer Serial #: C02YK0T4JV40 | $4,600 | $4,333 | $267 | Data Processing Equipment |
| 19-074 | 6/10/2019 | New AC Unit for IT Room - 3 Ton Carrier Split Sys | $10,986 | $10,023 | $963 | Data Processing Equipment |
| 20-004 | 7/18/2019 | Lenovo ThinkPad T490s | $2,007 | $1,790 | $218 | Data Processing Equipment |
| 20-005 | 8/5/2019 | ThinkPad T490s Serial #PF1G10QE | $1,462 | $1,289 | $173 | Data Processing Equipment |
| 20-006 | 8/5/2019 | ThinkPad T490s Serial #PF1FP4R4 | $1,740 | $1,534 | $206 | Data Processing Equipment |
| 20-009 | 1/1/2020 | Watchguard Firebox M670 and 3 Year Basic Security | $13,205 | $13,205 | $ - | Data Processing Equipment |
| 20-010 | 1/3/2020 | Microsoft Visual Studio | $2,115 | $2,115 | $ - | Data Processing Equipment |
| 20-011 | 1/1/2020 | ThinkPad P1 Gen 2 | $2,772 | $2,218 | $554 | Data Processing Equipment |
| 20-102 | 1/27/2020 | HP Support for VMWare Hosts | $1,848 | $1,848 | $ - | Data Processing Equipment |
| 20-107 | 1/2/2020 | VMWare Vsphere Standard Product Support | $3,734 | $3,734 | $ - | Data Processing Equipment |
| 20-117 | 1/1/2020 | Lenovo 20NXC701WW Laptop (Serial #PC1CKKLS) | $2,331 | $1,865 | $466 | Data Processing Equipment |
| 20-118 | 2/24/2020 | Synology RackStation RS2418+ NAS Server | $2,580 | $1,988 | $592 | Data Processing Equipment |
| 20-119 | 4/14/2020 | Toughbook FZ-N1 (4) | $5,624 | $4,180 | $1,445 | Data Processing Equipment |
| 20-145 | 3/21/2020 | ThinkPad T490CML | $2,276 | $1,721 | $555 | Data Processing Equipment |
| 20-146 | 3/19/2020 | ThinkPad T490S - Serial #MJ0BB9L5 | $1,982 | $1,501 | $481 | Data Processing Equipment |
| 20-157 | 3/19/2020 | ThinkPad T490S - Serial #MJ0BB9JT | $1,982 | $1,501 | $481 | Data Processing Equipment |
| 20-178 | 6/2/2020 | Toughbook FZ-N1 Ser #0BKSA94713 | $1,566 | $1,122 | $444 | Data Processing Equipment |
| 20-179 | 6/16/2020 | IT Server Upgrade | $60,590 | $42,943 | $17,647 | Data Processing Equipment |
| 20-180 | 4/15/2020 | Lenovo ThinkPad T490CML Serial #PF2900L8 | $2,590 | $1,924 | $667 | Data Processing Equipment |
| 20-181 | 7/17/2020 | Toughbook FZ-N1 Ser #:0BKSA89241 | $1,487 | $1,029 | $458 | Data Processing Equipment |
| 20-182 | 7/17/2020 | Toughbook FZ-N1 Ser #:0BKSA94206 | $1,487 | $1,029 | $458 | Data Processing Equipment |
| 20-183 | 7/17/2020 | Toughbook FZ-N1 Ser #:0BKSA94667 | $1,487 | $1,029 | $458 | Data Processing Equipment |
| 20-184 | 7/17/2020 | Toughbook FZ-N1 Ser #:0BKSA66083 | $1,487 | $1,029 | $458 | Data Processing Equipment |
| 20-185 | 7/17/2020 | Toughbook FZ-N1 Ser #:0BKSA94773 | $1,487 | $1,029 | $458 | Data Processing Equipment |
| 20-218 | 7/17/2020 | Toughbook FZ-N1 Ser #:0BKSA94776 | $1,487 | $1,029 | $458 | Data Processing Equipment |
| 20-220 | 7/17/2020 | Toughbook FZ-N1 Ser #:0BKSA94729 | $1,487 | $1,029 | $458 | Data Processing Equipment |
| 20-305 | 6/10/2020 | Lenovo ThinkPad T15 Gen 1 Serial #PF-2BKAV | $2,260 | $1,609 | $651 | Data Processing Equipment |
| 20-306 | 8/12/2020 | Microsoft Windows Server 2019 Datacenter Edition | $45,595 | $45,595 | $ - | Data Processing Equipment |
| 20-318 | 8/27/2020 | HP Meridian Temperature Verification Kiosks (2) | $7,024 | $4,702 | $2,322 | Data Processing Equipment |
| 21-019 | 9/15/2020 | Lenovo ThinkPad T15 Gen 1 Serif #PF – 24TEH5 | $2,292 | $1,511 | $782 | Data Processing Equipment |
| 21-020 | 9/18/2020 | Lenovo ThinkPad P14s Gen 1 Serif #PF-23CRSN | $2,161 | $1,420 | $740 | Data Processing Equipment |
| 21-021 | 11/25/2020 | Watchguard AP325 and 3 Year Basic Wi-Fi | $1,844 | $1,844 | $ - | Data Processing Equipment |
| 21-022 | 1/21/2021 | Data Cabling - 1st Floor Marketing and Accounting | $12,085 | $7,119 | $4,966 | Data Processing Equipment |
| 21-053 | 1/1/2021 | Lenovo ThinkPad P14S Serial #PF1V0589 | $1,737 | $1,042 | $695 | Data Processing Equipment |
| 21-054 | 1/1/2021 | Lenovo ThinkPad P14S Serial #PF1V06YJ | $1,737 | $1,042 | $695 | Data Processing Equipment |
| 21-055 | 1/1/2021 | Lenovo ThinkPad P14s Serial #PF2455XQ | $1,984 | $1,190 | $793 | Data Processing Equipment |

Rider to Schedule A/B - Part 7, Question 41

| Asset Number | Date Acquired | Asset Description 1 | Original Cost | Accumulated Depreciation | Book Value | Location |
|---|---|---|---|---|---|---|
| 21-062 | 1/1/2021 | ThinkPad P14S Mobile Workstation Ser #PF2G2EYN | $1,790 | $1,074 | $716 | Data Processing Equipment |
| 21-064 | 1/1/2021 | ThinkPad P1 Gen 3 Workstation Ser #R910TCWV | $2,683 | $1,610 | $1,073 | Data Processing Equipment |
| 21-081 | 2/3/2021 | ThinkPad P14S Mobile Workstation Ser #PF1SHGWQ | $2,084 | $1,212 | $871 | Data Processing Equipment |
| 21-083 | 4/19/2021 | Customer Service New Low Voltage Wiring | $7,450 | $4,029 | $3,421 | Data Processing Equipment |
| 21-084 | 4/1/2021 | Epson Surecolor P5000 Printer Ser #X2WE101982 | $2,145 | $1,181 | $964 | Data Processing Equipment |
| 21-088 | 3/3/2021 | Watchguard Firebox T80 with 3-yr Standard Support | $1,568 | $1,480 | $87 | Data Processing Equipment |
| 21-089 | 2/16/2021 | Lenovo ThinkPad P14S Ser #PF22BLTH | $2,719 | $1,563 | $1,156 | Data Processing Equipment |
| 21-090 | 2/16/2021 | ThinkPad P1 Gen 3 Workstation Ser #R9115SS7 | $2,719 | $1,563 | $1,156 | Data Processing Equipment |
| 21-102 | 3/23/2021 | Lenovo ThinkPad P15S Mobile Workstation Serial #PF2RXD19 | $1,709 | $950 | $760 | Data Processing Equipment |
| 21-103 | 3/16/2021 | Lenovo ThinkPad P14S Serial #PF1SHGWQ | $1,396 | $781 | $615 | Data Processing Equipment |
| 21-104 | 4/9/2021 | Watchguard AP325 with 3-yr Basic WiFi | $21,325 | $11,650 | $9,675 | Data Processing Equipment |
| 21-123 | 4/13/2021 | ThinkPad P1 Gen 3 Mobile Workstation Ser #R91254Z7 | $2,976 | $1,620 | $1,357 | Data Processing Equipment |
| 21-152 | 4/13/2021 | ThinkPad P14S Mobile Workstation Serial #PF2ESCT2 | $1,752 | $953 | $799 | Data Processing Equipment |
| 21-153 | 3/31/2021 | ThinkPad P14S Gen 1 Serial #PF2VGJTT | $1,604 | $884 | $720 | Data Processing Equipment |
| 21-154 | 6/28/2021 | Adobe Photoshop Software | $5,168 | $4,328 | $840 | Data Processing Equipment |
| 21-155 | 8/24/2021 | Android 8.1 Qualcomm SDM660-2 Handheld 1FKSA40721 | $1,487 | $701 | $786 | Data Processing Equipment |
| 21-156 | 8/24/2021 | Android 8.1 Qualcomm SDM660-2 Handheld 1FKSA40722 | $1,487 | $701 | $786 | Data Processing Equipment |
| 21-167 | 8/24/2021 | Android 8.1 Qualcomm SDM660-2 Handheld 1FKSA40728 | $1,487 | $701 | $786 | Data Processing Equipment |
| 21-168 | 8/24/2021 | Android 8.1 Qualcomm SDM660-2 Handheld 1FKSA40730 | $1,487 | $701 | $786 | Data Processing Equipment |
| 21-169 | 8/24/2021 | Android 8.1 Qualcomm SDM660-2 Handheld 1FKSA40734 | $1,487 | $701 | $786 | Data Processing Equipment |
| 21-170 | 6/25/2021 | Lenovo ThinkPad P14S Serial #PF2X9F5X | $1,984 | $1,000 | $984 | Data Processing Equipment |
| 21-188 | 6/25/2021 | Lenovo ThinkPad P14S Serial #PF2X8YKX | $1,984 | $1,000 | $984 | Data Processing Equipment |
| 21-205 | 6/11/2021 | Lenovo ThinkPad P43S Serial #R91254Z7 | $1,654 | $847 | $808 | Data Processing Equipment |
| 21-206 | 6/11/2021 | Lenovo ThinkPad P43S Serial #PF2ESCT2 | $1,654 | $847 | $808 | Data Processing Equipment |
| 21-207 | 7/21/2021 | Lenovo Intel Core i5-10500 Processor with vPro | $1,494 | $732 | $762 | Data Processing Equipment |
| 21-208 | 10/15/2021 | Handheld FZ-N1EBEZZDM Serial #1GKSA45000 | $1,517 | $672 | $845 | Data Processing Equipment |
| 21-228 | 10/15/2021 | Handheld FZ-N1EBEZZDM Serial #1GKSA45004 | $1,517 | $672 | $845 | Data Processing Equipment |
| 21-229 | 10/15/2021 | Handheld FZ-N1EBEZZDM Serial #1GKSA45003 | $1,517 | $672 | $845 | Data Processing Equipment |
| 21-230 | 10/15/2021 | Handheld FZ-N1EBEZZDM Serial #1GKSA45002 | $1,517 | $672 | $845 | Data Processing Equipment |
| 21-231 | 10/11/2021 | Lenovo ThinkCentre M90Q Tiny Gen 2 | $1,339 | $596 | $743 | Data Processing Equipment |
| 22-001 | 10/5/2021 | ThinkPad P17 Ser #PF37QERY | $1,858 | $833 | $1,025 | Data Processing Equipment |
| 22-002 | 10/5/2021 | ThinkPad P17 Ser #PF38YQR3 | $1,858 | $833 | $1,025 | Data Processing Equipment |
| 22-036 | 10/5/2021 | ThinkPad P17 Ser #PF390Q0F | $1,858 | $833 | $1,025 | Data Processing Equipment |
| 22-037 | 1/1/2022 | (2) Zebra Industrial Label Printers | $6,712 | $2,685 | $4,027 | Data Processing Equipment |
| 22-038 | 1/1/2022 | Lenovo ThinkPad P14S Serial #PF38TKW6 | $1,826 | $731 | $1,096 | Data Processing Equipment |
| 22-039 | 2/7/2022 | Handheld FZ-N1EBEZZDM Ser #1LKSA58685 | $1,570 | $596 | $974 | Data Processing Equipment |
| 22-040 | 2/7/2022 | Handheld FZ-N1EBEZZDM Ser #1LKSA58730 | $1,570 | $596 | $974 | Data Processing Equipment |
| 22-041 | 2/7/2022 | Handheld FZ-N1EBEZZDM Ser #1LKSA58742 | $1,570 | $596 | $974 | Data Processing Equipment |
| 22-042 | 2/7/2022 | Handheld FZ-N1EBEZZDM Ser #1LKSA58809 | $1,570 | $596 | $974 | Data Processing Equipment |
| 22-043 | 2/7/2022 | Handheld FZ-N1EBEZZDM Ser #1LKSA58779 | $1,570 | $596 | $974 | Data Processing Equipment |
| 22-054 | 2/7/2022 | Handheld FZ-N1EBEZZDM Ser #1LKSA58791 | $1,570 | $596 | $974 | Data Processing Equipment |
| 22-055 | 2/7/2022 | Handheld FZ-N1EBEZZDM Ser #1LKSA58792 | $1,570 | $596 | $974 | Data Processing Equipment |
| 22-056 | 2/7/2022 | Handheld FZ-N1EBEZZDM Ser #1LKSA58763 | $1,570 | $596 | $974 | Data Processing Equipment |
| 22-057 | 2/21/2022 | Handheld FZ-N1EBEZZDM Ser #1LKSA58670 | $1,573 | $585 | $988 | Data Processing Equipment |
| 22-058 | 2/21/2022 | Handheld FZ-N1EBEZZDM Ser #1LKSA58748 | $1,573 | $585 | $988 | Data Processing Equipment |
| 22-108 | 2/21/2022 | Handheld FZ-N1EBEZZDM Ser #1LKSA58766 | $1,573 | $585 | $988 | Data Processing Equipment |
| 22-138 | 2/21/2022 | Handheld FZ-N1EBEZZDM Ser #1LKSA58765 | $1,573 | $585 | $988 | Data Processing Equipment |
| 22-139 | 2/21/2022 | Handheld FZ-N1EBEZZDM Ser #1LKSA58755 | $1,573 | $585 | $988 | Data Processing Equipment |
| 22-140 | 6/1/2022 | Plant Cameras | $4,888 | $1,551 | $3,337 | Data Processing Equipment |
| 22-147 | 7/19/2022 | DT Research Med Mini i5 W10 8/256 | $1,188 | $346 | $842 | Data Processing Equipment |
| 22-148 | 7/19/2022 | DT Research Med Mini i5 W10 8/256 | $1,188 | $346 | $842 | Data Processing Equipment |
| 22-149 | 7/19/2022 | DT Research Med Mini i5 W10 8/256 | $1,188 | $346 | $842 | Data Processing Equipment |
| 22-150 | 2/1/2022 | ThinkCentre M70Q MJ0GS0FK | $1,302 | $499 | $804 | Data Processing Equipment |
| 22-151 | 2/19/2022 | ThinkCentre M70Q MJ0GS0G5 | $1,302 | $486 | $816 | Data Processing Equipment |
| 22-152 | 2/19/2022 | ThinkCentre M70Q MJ0GS25W | $1,302 | $486 | $816 | Data Processing Equipment |
| 22-153 | 2/20/2022 | ThinkCentre M70Q MJ0GS0F6 | $1,302 | $485 | $817 | Data Processing Equipment |
| 22-154 | 2/20/2022 | ThinkCentre M70Q MJ0GS0FL | $1,302 | $485 | $817 | Data Processing Equipment |
| 22-155 | 2/20/2022 | ThinkCentre M70Q MJ0GS0G4 | $1,302 | $485 | $817 | Data Processing Equipment |
| 22-156 | 2/20/2022 | ThinkCentre M70Q MJ0GS0FF | $1,302 | $485 | $817 | Data Processing Equipment |
| 22-157 | 2/20/2022 | ThinkCentre M70Q MJ0GS0EV | $1,302 | $485 | $817 | Data Processing Equipment |
| 22-158 | 2/20/2022 | ThinkCentre M70Q MJ0GS0F8 | $1,302 | $485 | $817 | Data Processing Equipment |
| 22-159 | 2/20/2022 | ThinkCentre M70Q MJ0GS0FE | $1,302 | $485 | $817 | Data Processing Equipment |
| 22-160 | 2/20/2022 | ThinkCentre M70Q MJ0GS0FG | $1,302 | $485 | $817 | Data Processing Equipment |
| 22-161 | 3/10/2022 | ThinkCentre M70Q MJ0GS0KW | $1,176 | $427 | $749 | Data Processing Equipment |
| 22-162 | 3/10/2022 | ThinkCentre M70Q MJ0GS12Y | $1,176 | $427 | $749 | Data Processing Equipment |
| 22-163 | 3/10/2022 | ThinkCentre M70Q MJ0GS2DP | $1,176 | $427 | $749 | Data Processing Equipment |
| 22-164 | 3/10/2022 | ThinkCentre M70Q MJ0GS0HL | $1,176 | $427 | $749 | Data Processing Equipment |
| 22-165 | 3/10/2022 | ThinkCentre M70Q MJ0GS0JQ | $1,176 | $427 | $749 | Data Processing Equipment |
| 22-166 | 3/10/2022 | ThinkCentre M70Q MJ0GS0KD | $1,176 | $427 | $749 | Data Processing Equipment |
| 22-167 | 3/9/2022 | ThinkCentre M70Q MJ0GS0RZ | $1,116 | $406 | $711 | Data Processing Equipment |
| 22-168 | 3/9/2022 | ThinkCentre M70Q MJ0GS9WX | $1,116 | $406 | $711 | Data Processing Equipment |
| 22-169 | 3/9/2022 | ThinkCentre M70Q MJ0GSA62 | $1,116 | $406 | $711 | Data Processing Equipment |
| 22-170 | 3/9/2022 | ThinkCentre M70Q MJ0GS9Y2 | $1,157 | $420 | $737 | Data Processing Equipment |
| 22-171 | 3/9/2022 | ThinkCentre M70Q MJ0GSA2L | $1,157 | $420 | $737 | Data Processing Equipment |
| 22-172 | 3/9/2022 | ThinkCentre M70Q MJ0GSA5S | $1,157 | $420 | $737 | Data Processing Equipment |
| 22-173 | 3/9/2022 | ThinkCentre M70Q MJ0GS9SE | $1,142 | $415 | $727 | Data Processing Equipment |
| 22-174 | 3/9/2022 | ThinkCentre M70Q MJ0GS9X2 | $1,142 | $415 | $727 | Data Processing Equipment |
| 22-175 | 3/9/2022 | ThinkCentre M70Q MJ0GSA4S | $1,142 | $415 | $727 | Data Processing Equipment |
| 22-194 | 3/9/2022 | ThinkCentre M70Q MJ0GS9K8 | $1,157 | $420 | $737 | Data Processing Equipment |
| 22-198 | 3/9/2022 | ThinkCentre M70Q MJ0GS9WJ | $1,157 | $420 | $737 | Data Processing Equipment |
| 22-199 | 3/9/2022 | ThinkCentre M70Q MJ0GSA5E | $1,157 | $420 | $737 | Data Processing Equipment |
| 22-200 | 8/15/2022 | Apple Studio Display Serial #SK4HCGXPVY9 | $1,644 | $454 | $1,190 | Data Processing Equipment |
| 23-025 | 8/30/2022 | Lenovo ThinkPad T15p Gen 3 Serial #PF42L9WK | $2,188 | $586 | $1,602 | Data Processing Equipment |
| 23-026 | 8/30/2022 | Lenovo ThinkPad T15p Gen 3 Serial #PF42LC23 | $2,188 | $586 | $1,602 | Data Processing Equipment |
| 23-027 | 8/21/2022 | DS-7332HUI-KR Analog HD DVR | $3,995 | $1,090 | $2,905 | Data Processing Equipment |
| 23-028 | 1/1/2023 | Panasonic Toughpad FZ-N1 Serial #2KKSA27255 | $1,059 | $212 | $847 | Data Processing Equipment |
| 23-059 | 1/1/2023 | Panasonic Toughpad FZ-N1 Serial #2KKSA27252 | $1,059 | $212 | $847 | Data Processing Equipment |
| 23-060 | 1/1/2023 | Panasonic Toughpad FZ-N1 Serial #2KKSA27259 | $1,059 | $212 | $847 | Data Processing Equipment |
| 23-072 | 1/1/2023 | Panasonic Toughpad FZ-N1 Serial #2KKSA27261 | $1,059 | $212 | $847 | Data Processing Equipment |
| 23-073 | 2/2/2023 | Lenovo ThinkPad P14s | $2,270 | $414 | $1,856 | Data Processing Equipment |
| 23-074 | 2/2/2023 | Lenovo ThinkPad P14s | $2,270 | $414 | $1,856 | Data Processing Equipment |
| 23-075 | 2/27/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36805 | $1,054 | $178 | $876 | Data Processing Equipment |
| 23-076 | 2/27/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36794 | $1,054 | $178 | $876 | Data Processing Equipment |
| 23-077 | 2/27/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36811 | $1,054 | $178 | $876 | Data Processing Equipment |
| 23-078 | 2/27/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36815 | $1,054 | $178 | $876 | Data Processing Equipment |
| 23-079 | 2/27/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36813 | $1,054 | $178 | $876 | Data Processing Equipment |
| 23-080 | 3/1/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36835 | $1,054 | $177 | $877 | Data Processing Equipment |
| 23-081 | 3/1/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36830 | $1,054 | $177 | $877 | Data Processing Equipment |
| 23-105 | 3/1/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36829 | $1,054 | $177 | $877 | Data Processing Equipment |
| 23-106 | 3/1/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36816 | $1,054 | $177 | $877 | Data Processing Equipment |
| 23-107 | 3/1/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36842 | $1,054 | $177 | $877 | Data Processing Equipment |
| 23-108 | 1/4/2023 | Lenovo ThinkPad P14S Gen 3 | $2,014 | $354 | $1,660 | Data Processing Equipment |
| 23-125 | 2/14/2023 | Lenovo ThinkPad P14S Gen 3 | $2,014 | $354 | $1,660 | Data Processing Equipment |

Rider to Schedule A/B - Part 7, Question 41

| Asset Number | Date Acquired | Asset Description 1 | Original Cost | Accumulated Depreciation | Book Value | Location |
|---|---|---|---|---|---|---|
| 23-126 | 3/1/2023 | Lenovo ThinkPad P14S Gen 3 | $2,122 | $356 | $1,766 | Data Processing Equipment |
| 23-127 | 3/1/2023 | Lenovo ThinkPad P14S Gen 3 | $2,122 | $356 | $1,766 | Data Processing Equipment |
| 23-128 | 4/30/2023 | Watchguard Fireboxes | $9,898 | $2,224 | $7,674 | Data Processing Equipment |
| 23-129 | 5/30/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36803 | $1,054 | $125 | $929 | Data Processing Equipment |
| 23-130 | 5/30/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36802 | $1,054 | $125 | $929 | Data Processing Equipment |
| 23-131 | 5/30/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36839 | $1,054 | $125 | $929 | Data Processing Equipment |
| 23-132 | 5/30/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36823 | $1,054 | $125 | $929 | Data Processing Equipment |
| 23-133 | 5/30/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36812 | $1,054 | $125 | $929 | Data Processing Equipment |
| 23-134 | 4/28/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36808 | $1,054 | $143 | $911 | Data Processing Equipment |
| 23-135 | 4/28/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36791 | $1,054 | $143 | $911 | Data Processing Equipment |
| 23-161 | 4/28/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36797 | $1,054 | $143 | $911 | Data Processing Equipment |
| 23-162 | 4/28/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36820 | $1,054 | $143 | $911 | Data Processing Equipment |
| 23-163 | 4/28/2023 | Panasonic Toughpad FZ-NA Serial #3BKSA36819 | $1,054 | $143 | $911 | Data Processing Equipment |
| 23-164 | 10/2/2023 | Panasonic Toughpad FZ-N1 | $1,054 | $53 | $1,001 | Data Processing Equipment |
| 23-165 | 10/2/2023 | Panasonic Toughpad FZ-N1 | $1,054 | $53 | $1,001 | Data Processing Equipment |
| 23-166 | 10/2/2023 | Panasonic Toughpad FZ-N1 | $1,054 | $53 | $1,001 | Data Processing Equipment |
| 23-167 | 10/2/2023 | Panasonic Toughpad FZ-N1 | $1,054 | $53 | $1,001 | Data Processing Equipment |
| 23-168 | 10/2/2023 | Panasonic Toughpad FZ-N1 | $1,054 | $53 | $1,001 | Data Processing Equipment |
| 23-170 | 12/1/2023 | Panasonic Toughpad FZ-N1 | $1,054 | $18 | $1,036 | Data Processing Equipment |
| 23-171 | 12/1/2023 | Panasonic Toughpad FZ-N1 | $1,054 | $18 | $1,036 | Data Processing Equipment |
| 23-172 | 12/1/2023 | Panasonic Toughpad FZ-N1 | $1,054 | $18 | $1,036 | Data Processing Equipment |
| 23-173 | 3/31/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36790 | $1,054 | $159 | $894 | Data Processing Equipment |
| 23-174 | 3/31/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36811 | $1,054 | $159 | $894 | Data Processing Equipment |
| 23-175 | 3/31/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36836 | $1,054 | $159 | $894 | Data Processing Equipment |
| 23-176 | 3/31/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36795 | $1,054 | $159 | $894 | Data Processing Equipment |
| 23-177 | 3/31/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36814 | $1,054 | $159 | $894 | Data Processing Equipment |
| 23-178 | 8/1/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36796 | $1,054 | $88 | $965 | Data Processing Equipment |
| 23-179 | 8/1/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36793 | $1,054 | $88 | $965 | Data Processing Equipment |
| 23-180 | 8/1/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36834 | $1,054 | $88 | $965 | Data Processing Equipment |
| 23-181 | 8/1/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36816 | $1,054 | $88 | $965 | Data Processing Equipment |
| 23-182 | 8/1/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36818 | $1,054 | $88 | $965 | Data Processing Equipment |
| 23-183 | 9/1/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36809 | $1,054 | $70 | $983 | Data Processing Equipment |
| 23-184 | 9/1/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36800 | $1,054 | $70 | $983 | Data Processing Equipment |
| 23-185 | 9/1/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36838 | $1,054 | $70 | $983 | Data Processing Equipment |
| 23-186 | 9/1/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36792 | $1,054 | $70 | $983 | Data Processing Equipment |
| 23-187 | 9/1/2023 | Panasonic Toughpad FZ-N1 Serial #3BKSA36825 | $1,054 | $70 | $983 | Data Processing Equipment |
| 23-188 | 11/2/2023 | Panasonic Toughpad FZ-N1 | $1,054 | $35 | $1,019 | Data Processing Equipment |
| 23-189 | 11/2/2023 | Panasonic Toughpad FZ-N1 | $1,054 | $35 | $1,019 | Data Processing Equipment |
| 97-131 | 11/2/2023 | Panasonic Toughpad FZ-N1 | $1,054 | $35 | $1,019 | Data Processing Equipment |
|  | 11/2/2023 | Panasonic Toughpad FZ-N1 | $1,054 | $35 | $1,019 | Data Processing Equipment |
|  | 11/2/2023 | Panasonic Toughpad FZ-N1 | $1,054 | $35 | $1,019 | Data Processing Equipment |
|  | 9/23/1997 | COMPUTER PROG-FIXED ASSET MANAGER | $562 | $562 | $ - | Data Processing Equipment |
|  | 1/1/2017 | Drive-thru Coomunication Equipment | $6,445 | $6,445 | $ - | M&E - St. Charles |
|  | 2/28/2018 | DT Research 9.7 Atom Tablet | $1,277 | $1,277 | $ - | M&E - St. Charles |
|  | 9/18/2021 | LED Awning Retrofit | $3,080 | $1,409 | $1,671 | M&E - St. Charles |
|  | 1/6/2009 | Micros WS5 - Unit Ser# 9082040930 | $1,153 | $1,153 | $ - | M/E - Glen Ellyn TBJ |
|  | 11/8/2012 | Micros WS5 - Unit Ser# 9082040930 | $971 | $971 | $ - | M/E - Glen Ellyn TBJ |
|  | 7/12/2013 | (2) Credit Card Terminals | $1,100 | $1,100 | $ - | M/E - Glen Ellyn TBJ |
|  | 2/28/2018 | DT Research 9.7 Atom Tablet | $1,277 | $1,277 | $ - | M/E - Glen Ellyn TBJ |
|  | 2/6/2018 | Oracle Point of Sale System | $3,738 | $3,738 | $ - | M/E - Glen Ellyn TBJ |
|  | 2/6/2018 | Micros System | $3,246 | $3,246 | $ - | M/E - Glen Ellyn TBJ |
|  | 8/28/2020 | QRS Tablet 721 | $21,668 | $10,472 | $349 | M/E - Glen Ellyn TBJ |
|  | 8/2/2021 | Toast POS System | $21,668 | $10,472 | $11,196 | M/E - Glen Ellyn TBJ |
|  | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | M/E - Glen Ellyn TBJ |
|  | 6/1/1998 | MICROS SYSTEMS - LINE CONDITIONER | $367 | $367 | $ - | Machinery & Equipment - Arlington Heights |
|  | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - Arlington Heights |
|  | 4/11/2012 | HP rp5700 POS Register | $721 | $721 | $ - | Machinery & Equipment - Ballwin |
|  | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - Ballwin |
|  | 10/1/2005 | 3700 POS Mobile Microse HHT Client | $4,259 | $4,259 | $ - | Machinery & Equipment - Bartlett |
|  | 10/24/2006 | Computer | $850 | $850 | $ - | Machinery & Equipment - Bartlett |
|  | 1/23/2023 | Toast POS System | $8,338 | $1,567 | $6,771 | Machinery & Equipment - Bartlett |
|  | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | Machinery & Equipment - Bartlett |
|  | 12/1/2001 | MICROS EQUIPMENT-BLLOMINGDALE | $10,708 | $10,708 | $ - | Machinery & Equipment - Bloomingdale |
|  | 4/1/2005 | Micros Equipment | $3,845 | $3,845 | $ - | Machinery & Equipment - Bloomingdale |
|  | 2/14/2007 | Computer | $643 | $643 | $ - | Machinery & Equipment - Bloomingdale |
|  | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | Machinery & Equipment - Bloomingdale |
|  | 6/17/2020 | Micros Tablet 721 Serial #17CW11953P173 | $1,353 | $958 | $395 | Machinery & Equipment - Bloomington TBJ |
|  | 11/4/2004 | COMPUTER EQUIPEMENT FOR HANDHELD FOR BLOOMINGTON | $2,418 | $2,418 | $ - | Machinery & Equipment - Bloomington TC |
|  | 4/1/2002 | MICROS UPGRADE | $7,658 | $7,658 | $ - | Machinery & Equipment - Bolingbrook |
|  | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - Bolingbrook |
|  | 4/11/2018 | Micros Systems - 5 | $6,835 | $6,835 | $ - | Machinery & Equipment - Champaign TBJ |
|  | 12/9/2005 | DC5000 Span Micros | $926 | $926 | $ - | Machinery & Equipment - D.S. Equipment Inv |
|  | 1/1/2013 | Micros WS5 - Serial # 9341065933 | $895 | $895 | $ - | Machinery & Equipment - D.S. Equipment Inv |
|  | 2/28/2018 | DT Research 9.7 Atom Tablet | $1,285 | $1,285 | $ - | Machinery & Equipment - D.S. Equipment Inv |
|  | 2/28/2018 | DT Research 9.7 Atom Tablet | $1,285 | $1,285 | $ - | Machinery & Equipment - D.S. Equipment Inv |
|  | 2/28/2018 | DT Research 9.7 Atom Tablet | $1,285 | $1,285 | $ - | Machinery & Equipment - D.S. Equipment Inv |
|  | 1/1/2019 | Micros System | $13,155 | $13,155 | $ - | Machinery & Equipment - D.S. Equipment Inv |
|  | 4/28/2020 | Oracle Micros Tablet 721 Serial #17CW11923P970 | $1,353 | $995 | $358 | Machinery & Equipment - D.S. Equipment Inv |
|  | 4/28/2020 | Oracle Micros Tablet 721 Serial #17CW11923P613 | $1,353 | $995 | $358 | Machinery & Equipment - D.S. Equipment Inv |
|  | 4/28/2020 | Oracle Micros Tablet 721 Serial #17CW11923P587 | $1,353 | $995 | $358 | Machinery & Equipment - D.S. Equipment Inv |
|  | 4/28/2020 | Oracle Micros Tablet 721 Serial #17CW11923P586 | $1,353 | $995 | $358 | Machinery & Equipment - D.S. Equipment Inv |
|  | 5/31/2020 | Oracle Micros Tablet 721 Serial #17CW11923P385 | $1,353 | $971 | $382 | Machinery & Equipment - D.S. Equipment Inv |
|  | 5/31/2020 | Oracle Micros Tablet 721 Serial #17CW11923P073 | $1,353 | $971 | $382 | Machinery & Equipment - D.S. Equipment Inv |
|  | 4/24/2020 | Oracle Micros Tablet 721 Serial #17CW11923N175 | $1,353 | $998 | $355 | Machinery & Equipment - D.S. Equipment Inv |
|  | 4/24/2020 | Oracle Micros Tablet 721 Serial #17CW11923N095 | $1,353 | $998 | $355 | Machinery & Equipment - D.S. Equipment Inv |
|  | 5/12/2020 | Oracle Micros Tablet 721 | $1,353 | $985 | $368 | Machinery & Equipment - D.S. Equipment Inv |
|  | 12/1/2008 | Credit Card Terminal | $604 | $604 | $ - | Machinery & Equipment - D.S. Equipment Inv |
|  | 9/19/2007 | Computer OptiPlex 745 Minitower Smart Core Duo | $1,291 | $1,291 | $ - | Machinery & Equipment - Detroit Transfer Center |
|  | 6/6/2012 | Handheld MC9596 KCAEAD00100, Ser# 00223 | $1,838 | $1,838 | $ - | Machinery & Equipment - Detroit Transfer Center |
|  | 6/6/2012 | Handheld MC9596 KCAEAD00100, Ser# 00226 | $1,838 | $1,838 | $ - | Machinery & Equipment - Detroit Transfer Center |
|  | 6/6/2012 | Handheld MC9596 KCAEAD00100, Ser# 00227 | $1,838 | $1,838 | $ - | Machinery & Equipment - Detroit Transfer Center |
|  | 12/1/2001 | DOWNNERS GROVE MICROS EQUIPMENT | $10,738 | $10,738 | $ - | Machinery & Equipment - Downers Grove |
|  | 1/5/2004 | E MACHINE/COMPUTER | $470 | $470 | $ - | Machinery & Equipment - Downers Grove |
|  | 4/1/2005 | Micros Equipment | $3,845 | $3,845 | $ - | Machinery & Equipment - Downers Grove |
|  | 3/1/2011 | Computer | $993 | $993 | $ - | Machinery & Equipment - Downers Grove |
|  | 2/28/2018 | DT Research 9.7 Atom Tablet | $1,277 | $1,277 | $ - | Machinery & Equipment - Downers Grove |
|  | 6/21/2018 | Micros WSSA Terminal | $1,697 | $1,697 | $ - | Machinery & Equipment - Downers Grove |
|  | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | Machinery & Equipment - Downers Grove |
|  | 9/1/2008 | Micros Workstations | $1,131 | $1,131 | $ - | Machinery & Equipment - Elgin |
|  | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | Machinery & Equipment - Elgin |
|  | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - Elmhurst |
|  | 9/1/2008 | Micros Workstation | $1,131 | $1,131 | $ - | Machinery & Equipment - Evergreen Park |

Rider to Schedule A/B Part 7, Question 44

| Asset Number | Date Acquired | Asset Description 1 | Original Cost | Accumulated Depreciation | Book Value | Location |
|---|---|---|---|---|---|---|
| | 12/9/2010 | Micros, Touchtunes, CDW Computer | $4,715 | $4,715 | $ - | Machinery & Equipment - Evergreen Park |
| | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - Evergreen Park |
| | 8/1/2007 | Computer | $594 | $594 | $ - | Machinery & Equipment - Glenview |
| | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - Glenview |
| | 11/3/2006 | Computer | $850 | $850 | $ - | Machinery & Equipment - Gurnee |
| | 11/19/2007 | Computer | $1,339 | $1,339 | $ - | Machinery & Equipment - Gurnee |
| | 11/8/2012 | Micros WS5 - Unit Ser# 9083041044 | $971 | $971 | $ - | Machinery & Equipment - Gurnee |
| | 2/28/2018 | DT Research 9.7 Atom Tablet | $1,277 | $1,277 | $ - | Machinery & Equipment - Gurnee |
| | 12/1/2008 | Credit Card Terminal | $1,132 | $1,132 | $ - | Machinery & Equipment - Gurnee |
| | 4/20/2004 | CREDIT CARD PAYMENT DRIVER,ECLIPSE III | $19,650 | $19,650 | $ - | Machinery & Equipment - Joliet DS |
| | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | Machinery & Equipment - Joliet DS |
| | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - Kirkwood |
| | 7/13/2012 | Microscope - 1400 Binocular Brtfld #9WCM6 | $1,628 | $1,628 | $ - | Machinery & Equipment - Lab |
| | 10/29/1990 | MICROSCOPE | $300 | $300 | $ - | Machinery & Equipment - Lab |
| | 7/11/2002 | COMPUTER PRINTER & ACCESSORIES | $824 | $824 | $ - | Machinery & Equipment - Lake Zurich |
| | 3/31/2004 | HELP DESK,CREDIT CARD PAYMENT DRIVER/SOFTWARE | $2,490 | $2,490 | $ - | Machinery & Equipment - Lake Zurich |
| | 10/1/2005 | 3700 POS Mobile Micros HHT Client | $4,259 | $4,259 | $ - | Machinery & Equipment - Lake Zurich |
| | 6/1/2007 | Computer | $639 | $639 | $ - | Machinery & Equipment - Lake Zurich |
| | 11/4/2008 | Micros Workstation | $1,131 | $1,131 | $ - | Machinery & Equipment - Lake Zurich |
| | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | Machinery & Equipment - Lake Zurich |
| | 5/9/2012 | Micros WS5 Ser#8319032480 | $1,359 | $1,359 | $ - | Machinery & Equipment - Lakeview |
| | 5/9/2012 | Micros WS5 Ser#8079017013 | $1,112 | $1,112 | $ - | Machinery & Equipment - Lakeview |
| | 9/6/2012 | Micros System Install, Cabling | $1,496 | $1,496 | $ - | Machinery & Equipment - Lakeview |
| | 9/6/2012 | Verifone credit card terminal | $602 | $602 | $ - | Machinery & Equipment - Lakeview |
| | 1/1/2021 | Tablet 721 and Docking Station | $1,236 | $741 | $494 | Machinery & Equipment - Lincolnwood |
| | 12/1/2008 | Micros | $20,313 | $20,313 | $ - | Machinery & Equipment - Lincolnwood |
| | 12/1/2008 | 2 Computers | $1,262 | $1,262 | $ - | Machinery & Equipment - Lincolnwood |
| | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - Mokena |
| | 8/1/2001 | ONE COMPUTER COVER | $322 | $322 | $ - | Machinery & Equipment - N.A. Plant |
| | 4/20/2010 | Computer tag H1NTBM1 | $1,366 | $1,366 | $ - | Machinery & Equipment - N.A. Plant |
| | 3/5/2007 | Computer | $639 | $639 | $ - | Machinery & Equipment - Naperville |
| | 1/1/2021 | Tablet 721 and Docking Station | $1,236 | $741 | $494 | Machinery & Equipment - Naperville |
| | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | Machinery & Equipment - Naperville |
| | 4/1/2005 | Micros Equipment | $21,916 | $21,916 | $ - | Machinery & Equipment - Naperville North |
| | 2/28/2018 | DT Research 9.7 Atom Tablet | $1,277 | $1,277 | $ - | Machinery & Equipment - Naperville North |
| | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | Machinery & Equipment - Naperville North |
| | 9/21/2008 | Computers(3) tags FQ2YGH1,3R2YGH1,1R2YGH1 | $3,946 | $3,946 | $ - | Machinery & Equipment - New Cust. Acq. |
| | 11/1/2008 | Computers Tag 54V4JH1 7 34V4JH1 | $2,631 | $2,631 | $ - | Machinery & Equipment - New Cust. Acq. |
| | 2/28/2003 | MICROS-3700 SYSTEM UPGRADE | $20,646 | $20,646 | $ - | Machinery & Equipment - North Aurora DS |
| | 4/1/2002 | MICROS UPGRADE/2 AMTS. 4632.43+7658.50 | $12,291 | $12,291 | $ - | Machinery & Equipment - North Aurora DS |
| | 4/1/2005 | Micros Equipment | $4,007 | $4,007 | $ - | Machinery & Equipment - North Aurora DS |
| | 2/1/2007 | Computer | $693 | $693 | $ - | Machinery & Equipment - North Aurora DS |
| | 7/1/2008 | Micros Workstation | $1,131 | $1,131 | $ - | Machinery & Equipment - North Aurora DS |
| | 1/19/2018 | DT Research 9.7 Atom Tablet | $1,434 | $1,434 | $ - | Machinery & Equipment - North Aurora DS |
| | 11/6/2019 | Micros System | $6,603 | $5,485 | $1,118 | Machinery & Equipment - North Aurora DS |
| | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | Machinery & Equipment - North Aurora DS |
| | 3/13/2003 | MICROS REGISTER/PRINTER | $22,752 | $22,752 | $ - | Machinery & Equipment - Oakville |
| | 6/23/2003 | MICROS UPDATE | $1,284 | $1,284 | $ - | Machinery & Equipment - Oakville |
| | 2/7/2007 | Computer | $643 | $643 | $ - | Machinery & Equipment - Oakville |
| | 9/1/2008 | Micros workstations | $1,131 | $1,131 | $ - | Machinery & Equipment - Oakville |
| | 2/28/2018 | DT Research 9.7 Atom Tablet | $1,277 | $1,277 | $ - | Machinery & Equipment - Oakville |
| | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | Machinery & Equipment - Oakville |
| | 4/29/2020 | Micros Workstations | $16,758 | $12,317 | $4,441 | Machinery & Equipment - O'Fallon TJB |
| | 11/17/2003 | MICROS UPGRADE | $1,284 | $1,284 | $ - | Machinery & Equipment - Orland Park |
| | 4/21/2004 | CREDIT CARD PAYMENT DRIVER | $1,921 | $1,921 | $ - | Machinery & Equipment - Orland Park |
| | 2/1/2005 | Micros overvar Model #ABCEG500-11 | $924 | $924 | $ - | Machinery & Equipment - Orland Park |
| | 2/28/2018 | DT Research 9.7 Atom Tablet | $1,277 | $1,277 | $ - | Machinery & Equipment - Orland Park |
| | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | Machinery & Equipment - Orland Park |
| | 8/1/2007 | Computer | $594 | $594 | $ - | Machinery & Equipment - Oswego |
| | 6/1/1998 | MICROS SYSTEMS - LINE CONDITIONER | $367 | $367 | $ - | Machinery & Equipment - Oswego |
| | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - Oswego |
| | 8/1/2007 | Computer | $594 | $594 | $ - | Machinery & Equipment - Park Ridge |
| | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | Machinery & Equipment - Park Ridge |
| | 4/1/2002 | MICROS UPGRADE | $4,632 | $4,632 | $ - | Machinery & Equipment - Rolling Meadows |
| | 4/1/2005 | Micros Equipment | $4,007 | $4,007 | $ - | Machinery & Equipment - Rolling Meadows |
| | 1/6/2009 | Micros Workstations | $1,153 | $1,153 | $ - | Machinery & Equipment - Rolling Meadows |
| | 1/6/2009 | Micros Workstations | $1,153 | $1,153 | $ - | Machinery & Equipment - Rolling Meadows |
| | 1/28/2009 | Micros Computer | $1,034 | $1,034 | $ - | Machinery & Equipment - Rolling Meadows |
| | 3/1/2012 | Micros WS5 Ser#165084056 | $1,112 | $1,112 | $ - | Machinery & Equipment - Rolling Meadows |
| | 3/1/2012 | Micros WS5 Ser#9082040893 | $1,927 | $1,927 | $ - | Machinery & Equipment - Rolling Meadows |
| | 12/1/2008 | Credit Card Terminal | $1,082 | $1,082 | $ - | Machinery & Equipment - Rolling Meadows |
| | 8/1/2007 | Computer | $594 | $594 | $ - | Machinery & Equipment - Schaumburg |
| | 9/1/2008 | Micros Workstation | $1,131 | $1,131 | $ - | Machinery & Equipment - Schaumburg |
| | 9/10/2008 | Micros Workstation | $1,131 | $1,131 | $ - | Machinery & Equipment - Schaumburg |
| | 1/1/2021 | Tablet 721 and Docking Station | $1,236 | $741 | $494 | Machinery & Equipment - Schaumburg |
| | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - Schaumburg |
| | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - Schererville |
| | 10/22/2012 | Micros WS5 Ser#166084167 | $1,359 | $1,359 | $ - | Machinery & Equipment - Skokie |
| | 10/22/2012 | Micros WS5 Ser#8319032494 | $1,359 | $1,359 | $ - | Machinery & Equipment - Skokie |
| | 10/22/2012 | Micros WS5 Ser#28071013 | $1,112 | $1,112 | $ - | Machinery & Equipment - Skokie |
| | 10/22/2012 | Micros WS5 Ser#9042038537 | $1,112 | $1,112 | $ - | Machinery & Equipment - Skokie |
| | 10/22/2012 | Micros WS5 Ser#8026012230 | $1,927 | $1,927 | $ - | Machinery & Equipment - Skokie |
| | 10/22/2012 | Cabling for cameras, computers | $3,643 | $3,643 | $ - | Machinery & Equipment - Skokie |
| | 10/22/2012 | Micros - 3700 Foundation 2, 5 to 9 Workstation (37 | $6,856 | $6,856 | $ - | Machinery & Equipment - Skokie |
| | 11/27/2012 | Verifone Credit card terminal | $601 | $601 | $ - | Machinery & Equipment - Skokie |
| | 2/28/2018 | DT Research 9.7 Atom Tablet | $1,277 | $1,277 | $ - | Machinery & Equipment - Skokie |
| | 3/21/2008 | Computer - From Minny xfer center 12/11 to Boston | $1,155 | $1,155 | $ - | Machinery & Equipment - St. Louis TC |
| | 11/24/2003 | MICROS SYSTEM | $18,655 | $18,655 | $ - | Machinery & Equipment - St. Peters |
| | 9/1/2007 | Micros Upgrade | $900 | $900 | $ - | Machinery & Equipment - St. Peters |
| | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - St. Peters |
| | 8/19/2008 | 2 Computers | $2,461 | $2,461 | $ - | Machinery & Equipment - Troy |
| | 8/19/2008 | Micros | $14,781 | $14,781 | $ - | Machinery & Equipment - Troy |
| | 1/1/2021 | Tablet 721 and Docking Station | $1,236 | $741 | $494 | Machinery & Equipment - Troy |
| | 3/29/2002 | LAPTOP | $4,201 | $4,201 | $ - | Machinery & Equipment - Truck Maintenance |
| | 4/1/2002 | MICROS UPGRADE | $4,632 | $4,632 | $ - | Machinery & Equipment - Western Springs |
| | 9/11/2020 | QRS Tablet 721 | $1,251 | $827 | $424 | Machinery & Equipment - Western Springs |
| | 6/1/1998 | MICROS SYSTEMS - 3 LINE CONDITIONERS | $388 | $388 | $ - | Machinery & Equipment - Western Springs |
| | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - Western Springs |
| | 4/1/2005 | Micros Equipment | $924 | $924 | $ - | Machinery & Equipment - Wheaton |
| | 3/5/2007 | Computer | $639 | $639 | $ - | Machinery & Equipment - Wheaton |
| | 12/1/2008 | Credit Card Terminal | $548 | $548 | $ - | Machinery & Equipment - Wheaton |
| | 12/1/2008 | Computer | $992 | $992 | $ - | Machinery & Equipment - Wholesale |
| | 3/1/2010 | HP Micros server and Dairy Computer | $2,355 | $2,355 | $ - | Machinery & Equipment Royal Oak Woodward |

Rider to Schedule A/B Part 7, Question 41

| Asset Number | Date Acquired | Asset Description 1 | Original Cost | Accumulated Depreciation | Book Value | Location |
|---|---|---|---|---|---|---|
| | 3/1/2010 | Micros workstation, cash drawer, display | $5,900 | $5,900 | $ - | Machinery & Equipment Royal Oak Woodward |
| | 1/1/1998 | VIDEO PROGRAM-SERVICE & PRODUCTION FEE | $23,061 | $23,061 | $ - | Marketing / Promotional Assets |
| | 4/3/1997 | FRONT LINE LEADERSHIP TRNG-MANAGING CHN | $749 | $749 | $ - | Office Furniture - North Aurora |
| | 5/9/1997 | FRONT LINE LEADERSHIP TRNG-FOSTERING IM | $1,300 | $1,300 | $ - | Office Furniture - North Aurora |
| | 3/12/1997 | FRONT LINE LEADERSHIP TRAINING | $1,516 | $1,516 | $ - | Office Furniture - North Aurora |
| | 3/12/1997 | FRONT LINE LEADERSHIP TRAINING | $758 | $758 | $ - | Office Furniture - North Aurora |
| | 7/10/1997 | FRONT LINE LEADERSHIP TRAINING | $2,191 | $2,191 | $ - | Office Furniture - North Aurora |
| | 8/29/1997 | FRONT LINE LEADERSHIP TRAINING | $3,116 | $3,116 | $ - | Office Furniture - North Aurora |
| | 7/23/1997 | COMPUTER ACCESSORIES | $910 | $910 | $ - | Office Furniture - North Aurora |
| | 9/10/1992 | PHONE SYSTEM | $2,660 | $2,660 | $ - | Office Furniture - North Aurora |
| | 9/15/1996 | FRONTLINE LEADERSHIP TAPES | $2,708 | $2,708 | $ - | Office Furniture - North Aurora |
| | 10/9/1997 | FRONT LINE LEADERSHIP TRAINING | $1,460 | $1,460 | $ - | Office Furniture - North Aurora |
| | 12/19/1997 | FRONT LINE LEADERSHIP TRNG-MANAGING CHN | $2,867 | $2,867 | $ - | Office Furniture - North Aurora |
| | 5/21/2021 | Diagnostic Touch Screen Laptop | $7,411 | $3,878 | $3,533 | Vehicles |
| | | | $2,305,143 | $2,067,103 | $238,040 | |

Rider to Schedule A/B (Part 8, Question 47)

| Asset Number | Date Acquired | Asset Description 1 | Original Cost | Accumulated Depreciation | Book Value | Location |
|---|---|---|---|---|---|---|
| 20-188 | 5/1/2003 | #16 2003 CHEVY PICKUP - PLANT | $39,949 | $39,949 | $  - | Vehicles |
| 20-189 | 5/27/2003 | #23 2003 CHEVY VAN - DS MANT | $23,827 | $23,827 | $  - | Vehicles |
| 20-190 | 4/8/2000 | #134 GRAPHIC KIT | $2,482 | $2,482 | $  - | Vehicles |
| 20-191 | 9/12/2002 | #404 1993 UTILITY REEFER | $10,000 | $10,000 | $  - | Vehicles |
| 20-192 | 1/24/2005 | Sprindles from Steer Axle | $334 | $334 | $  - | Vehicles |
| 20-193 | 1/28/2005 | Refrigeration Unit CB-20 Max Thermo | $10,685 | $10,685 | $  - | Vehicles |
| 20-194 | 4/1/2005 | #452 Tractor | $80,413 | $80,413 | $  - | Vehicles |
| 20-195 | 4/15/2005 | #6 Graphics for St. Louis Truck | $7,809 | $7,809 | $  - | Vehicles |
| 20-196 | 5/1/2005 | #134 Truck Vin # 302335 | $22,591 | $22,591 | $  - | Vehicles |
| 20-197 | 8/24/2005 | #406 Trailer sandblast & undercoat trailer | $2,059 | $2,059 | $  - | Vehicles |
| 20-198 | 9/1/2005 | U-joints | $457 | $457 | $  - | Vehicles |
| 20-199 | 9/1/2005 | Aluminum Protector | $127 | $127 | $  - | Vehicles |
| 20-205 | 10/1/2005 | #406 Trailer Graphics, installation | $1,024 | $1,024 | $  - | Vehicles |
| 20-206 | 11/9/2005 | Graphics | $1,568 | $1,568 | $  - | Vehicles |
| 20-207 | 11/1/2005 | #19 Graphics | $565 | $565 | $  - | Vehicles |
| 20-208 | 9/14/2007 | #503 1994 Utitliy Reefer Trailer Vin 962005 | $5,500 | $5,500 | $  - | Vehicles |
| 20-209 | 11/1/2007 | Graphics | $49,882 | $49,882 | $  - | Vehicles |
| 20-210 | 4/14/2008 | #134 Rebuild Truck 2000 IHC 3800  Vin 302335 | $6,694 | $6,694 | $  - | Vehicles |
| 20-211 | 1/1/2009 | Graphics | $1,370 | $1,370 | $  - | Vehicles |
| 20-276 | 1/14/2009 | Sprinter Van Graphics | $1,215 | $1,215 | $  - | Vehicles |
| 20-285 | 4/1/2009 | 1990 Intl Vin 249752 | $1,000 | $1,000 | $  - | Vehicles |
| 20-286 | 8/1/2009 | Graphics | $10,792 | $10,792 | $  - | Vehicles |
| 20-287 | 9/18/2009 | #18 Chev silverado 1500 - Milk Procurement | $25,328 | $25,328 | $  - | Vehicles |
| 20-332 | 11/30/2009 | Graphics and installation of step van | $2,100 | $2,100 | $  - | Vehicles |
| 21-050 | 10/1/2009 | Graphics | $4,412 | $4,412 | $  - | Vehicles |
| 97-04 | 12/8/2009 | Paint old Yoder Truck | $2,500 | $2,500 | $  - | Vehicles |
| 98-01 | 1/1/2010 | Vehicle Graphics | $1,231 | $1,231 | $  - | Vehicles |
| 98-50 | 2/1/2010 | Step Van Kit | $1,540 | $1,540 | $  - | Vehicles |
| 98-80 | 12/27/2010 | Thermo King Engine Replacement | $4,181 | $4,181 | $  - | Vehicles |
| 00-105 | 4/1/2011 | Engine Rebuild | $10,440 | $10,440 | $  - | Vehicles |
| 00-107 | 5/9/2011 | Engine Rebuild | $8,327 | $8,327 | $  - | Vehicles |
| 00-166 | 9/1/2011 | #243 Transmission, Clutch Overhaul | $6,587 | $6,587 | $  - | Vehicles |
| 00-167 | 11/28/2011 | Graphic | $13,638 | $13,638 | $  - | Vehicles |
| 00-168 | 11/17/2011 | Transmission | $5,075 | $5,075 | $  - | Vehicles |
| 00-169 | 11/1/2011 | Rebuild vin 192026 | $4,670 | $4,670 | $  - | Vehicles |
| 00-170 | 3/22/2012 | Oberweis Sprinter Van Full Wrap Installation | $2,588 | $2,588 | $  - | Vehicles |
| 00-173 | 7/12/2013 | #26 2013 GMC G3500 Van VIN 1GT27TCG5D1125797 | $33,302 | $33,302 | $  - | Vehicles |
| 00-174 | 10/22/2014 | #C-25 2015 International Model 4400 SBA | $168,774 | $168,774 | $  - | Vehicles |
| 00-175 | 1/22/2015 | #412 2006 Great Dane OTR Trailer | $20,120 | $20,120 | $  - | Vehicles |
| 00-177 | 1/22/2015 | #413 2007 Great Dane OTR Trailer | $21,388 | $21,388 | $  - | Vehicles |
| 00-178 | 1/22/2015 | #414 2007 Great Dane OTR Trailer | $21,388 | $21,388 | $  - | Vehicles |
| 00-179 | 1/22/2015 | #415 2007 Great Dane OTR Trailer | $21,388 | $21,388 | $  - | Vehicles |
| 01-054 | 5/15/2015 | #316 2015 International 4300 | $137,416 | $137,416 | $  - | Vehicles |
| 01-060 | 5/15/2015 | #319 2015 International 4300 | $137,416 | $137,416 | $  - | Vehicles |
| 02-020 | 5/15/2015 | #320 2015 International 4300 | $137,416 | $137,416 | $  - | Vehicles |
| 02-021 | 5/15/2015 | #321 2015 International 4300 | $137,416 | $137,416 | $  - | Vehicles |
| 05-146 | 5/15/2015 | #318 2015 International 4300 | $137,416 | $137,416 | $  - | Vehicles |
| 05-147 | 5/15/2015 | #324 2015 International 4300 | $137,416 | $137,416 | $  - | Vehicles |
| 05-148 | 5/15/2015 | #322 2015 International 4300 | $137,416 | $137,416 | $  - | Vehicles |
| 05-149 | 5/15/2015 | #317 2015 International 4300 | $137,416 | $137,416 | $  - | Vehicles |
| 05-159 | 5/15/2015 | #325 2015 International 4300 | $137,416 | $137,416 | $  - | Vehicles |
| 05-160 | 5/15/2015 | #323 2015 International 4300 | $137,416 | $137,416 | $  - | Vehicles |
| 05-303 | 11/17/2015 | Truck Tracker 2013 Professional Plus Software Dep | $6,526 | $6,526 | $  - | Vehicles |
| 05-317 | 9/23/2015 | #181 2015 Mercedes-Benz Sprinter | $65,308 | $65,308 | $  - | Vehicles |
| 05-318 | 5/24/2015 | #171 2015 Mercedes Benz Sprinter | $70,648 | $70,648 | $  - | Vehicles |
| 05-319 | 5/24/2015 | #172 2015 Mercedes Benz Sprinter | $70,648 | $70,648 | $  - | Vehicles |
| 05-320 | 5/24/2015 | #175 2015 Mercedes Benz Sprinter | $71,684 | $71,684 | $  - | Vehicles |
| 05-321 | 6/16/2015 | #176 2015 Mercedes Benz Sprinter | $70,270 | $70,270 | $  - | Vehicles |
| 05-322 | 6/16/2015 | #180 2015 Mercedes Benz Sprinter | $71,227 | $71,227 | $  - | Vehicles |
| 05-323 | 2/2/2016 | #27 2016 GMC Savana Van, VIN 1GT27GFG9G1195357 | $42,012 | $42,012 | $  - | Vehicles |
| 05-324 | 4/25/2016 | #327 - 2016 International 4300 VIN 5749 | $140,155 | $140,155 | $  - | Vehicles |
| 05-325 | 4/25/2016 | #326 - 2016 International 4300 VIN 5748 | $140,155 | $140,155 | $  - | Vehicles |
| 05-326 | 4/25/2016 | #328 - 2016 International 4300 VIN 5750 | $140,155 | $140,155 | $  - | Vehicles |
| 05-327 | 4/28/2016 | Standby Power for Wholesale and InterCompany Trcks | $48,070 | $48,070 | $  - | Vehicles |
| 05-328 | 4/27/2016 | #263 2014 Isuzu NRR, Vin # 301889 | $62,817 | $62,817 | $  - | Vehicles |
| 05-329 | 9/30/2016 | #187-16 Mercedes-Benz Sprinter WD3PF4CC0GP266401 | $74,883 | $74,883 | $  - | Vehicles |
| 05-330 | 9/30/2016 | #188-16 Mercedes-Benz Sprinter WD3PF4CC0GP266402 | $74,883 | $74,883 | $  - | Vehicles |
| 05-331 | 9/30/2016 | #189-16 Mercedes-Benz Sprinter WD3PF4CC0GP266403 | $74,883 | $74,883 | $  - | Vehicles |
| 05-332 | 9/30/2016 | #190-16 Mercedes-Benz Sprinter WD3PF4CC0GP266404 | $74,883 | $74,883 | $  - | Vehicles |
| 05-333 | 9/30/2016 | #191-16 Mercedes-Benz Sprinter WD3PF4CC2GP280056 | $74,883 | $74,883 | $  - | Vehicles |
| 05-334 | 9/30/2016 | #192-16 Mercedes-Benz Sprinter WD3PF4CC2GP280668 | $74,883 | $74,883 | $  - | Vehicles |
| 05-335 | 9/1/2017 | #611 2017 Freightliner MT45 VIN 4UZAAPDU0HCJH0660 | $106,947 | $106,947 | $  - | Vehicles |
| 05-336 | 9/1/2017 | #614 2017 Freightliner MT45 VIN 4UZAAPDU6HCJH0662 | $106,947 | $106,947 | $  - | Vehicles |
| 05-337 | 9/1/2017 | #616 2017 Freightliner MT45 VIN 4UZAAPDUXHCJH0665 | $106,947 | $106,947 | $  - | Vehicles |
| 05-338 | 9/1/2017 | #617 2017 Freightliner MT45 VIN 4UZAAPDU1HCJH0666 | $106,947 | $106,947 | $  - | Vehicles |
| 05-339 | 9/1/2017 | #619 2017 Freightliner MT45 VIN 4UZAAPDU8HCJH0982 | $106,947 | $106,947 | $  - | Vehicles |
| 05-353 | 9/1/2017 | #620 2017 Freightliner MT45 VIN 4UZAAPDUXHCJH6983 | $106,947 | $106,947 | $  - | Vehicles |
| 05-354 | 9/1/2017 | #624 2017 Freightliner MT45 VIN 4UZAAPFD1JCJL3236 | $108,253 | $108,253 | $  - | Vehicles |
| 05-355 | 9/1/2017 | #625 2017 Freightliner MT45 VIN 4UZAAPFD3JCJL3237 | $108,253 | $108,253 | $  - | Vehicles |
| 05-356 | 9/1/2017 | #626 2017 Freightliner MT45 VIN 4UZAAPFD5JCJL3238 | $108,253 | $108,253 | $  - | Vehicles |
| 09-143 | 9/1/2017 | #627 2017 Freightliner MT45 VIN 4UZAAPFD7JCJL3239 | $108,253 | $108,253 | $  - | Vehicles |
| 09-155 | 9/1/2017 | #628 2017 Freightliner MT45 VIN 4UZAAPFD5JCJL3240 | $108,612 | $108,612 | $  - | Vehicles |
| 09-156 | 9/1/2017 | #630 2017 Freightliner MT45 VIN 4UZAAPFD7JCJL3242 | $108,612 | $108,612 | $  - | Vehicles |
| 12-108 | 9/1/2017 | #635 2017 Freightliner MT45 VIN 4UZAAPFDXJCJL3249 | $108,612 | $108,612 | $  - | Vehicles |
| 12-135 | 12/22/2017 | #638 2017 Freightliner MT45 VIN 4UZAAPFD3JCJL3254 | $106,714 | $106,714 | $  - | Vehicles |
| 12-136 | 12/22/2017 | #647 2017 Freightliner MT45 VIN 4UZAAPFDXJCJL3248 | $106,714 | $106,714 | $  - | Vehicles |
| 13-219 | 12/22/2017 | #648 2017 Freightliner MT45 VIN 4UZAAPFD9JCJL3253 | $106,714 | $106,714 | $  - | Vehicles |
| 13-259 | 11/21/2017 | #636 2018 Freightliner MT45 VIN 4UZAAPFD6JCIL3250 | $108,974 | $108,974 | $  - | Vehicles |
| 14-001 | 11/21/2017 | #637 2018 Freightliner MT45 VIN 4UZAAPFDXJCJL3252 | $108,974 | $108,974 | $  - | Vehicles |
| 14-028 | 11/21/2017 | #639 2018 Freightliner MT45 VIN 4UZAAPFD2JCJL3255 | $108,974 | $108,974 | $  - | Vehicles |
| 14-077 | 11/21/2017 | #641 2018 Freightliner MT45 VIN 4UZAAPFD9JCJL3257 | $108,974 | $108,974 | $  - | Vehicles |
| 14-099 | 11/21/2017 | #642 2018 Freightliner MT45 VIN 4UZAAPFD0JCIL3258 | $108,974 | $108,974 | $  - | Vehicles |
| 14-144 | 11/21/2017 | #643 2018 Freightliner MT45 VIN 4UZAAPFD3JCIL3251 | $108,974 | $108,974 | $  - | Vehicles |
| 14-147 | 11/21/2017 | #644 2018 Freightliner MT45 VIN 4UZAAPFD4JCJL3255 | $108,974 | $108,974 | $  - | Vehicles |
| 14-170 | 11/22/2017 | #645 2018 Freightliner MT45 VIN 4UZAAPFD8JCIL3246 | $108,974 | $108,974 | $  - | Vehicles |
| 15-045 | 11/22/2017 | #646 2018 Freightliner MT45 VIN 4UZAAPFD6JCIL3247 | $108,974 | $108,974 | $  - | Vehicles |
| 15-049 | 11/22/2017 | #651 2018 Freightliner MT45 VIN 4UZAAPFD3JCIL3261 | $108,974 | $108,974 | $  - | Vehicles |
| 16-001 | 3/11/2019 | Ottawa 2003 Off Road Spotter Truck (Used) | $40,758 | $39,217 | $1,541 | Vehicles |
| 16-005 | 9/16/2020 | Truck Temperature Monitoring System | $31,865 | $20,982 | $10,883 | Vehicles |
| 16-029 | 1/22/2021 | #653 2021 MT45G Freightliner VIN 4UZAC2GA4MCMR1288 | $109,229 | $64,280 | $44,948 | Vehicles |
| 16-041 | 1/22/2021 | #654 2021 MT45G Freightliner VIN 4UZAC2GA6MCMR1289 | $109,229 | $64,280 | $44,948 | Vehicles |

Rider to Schedule A/B Part 8, Question 47

| Asset Number | Date Acquired | Asset Description 1 | Original Cost | Accumulated Depreciation | Book Value | Location |
|---|---|---|---|---|---|---|
| 19-027 | 1/22/2021 | #655 2021 MT45G Freightliner VIN 4UZAC2GA2MCMR1290 | $109,229 | $64,280 | $44,948 | Vehicles |
| 20-103 | 3/3/2021 | #656 2021 MT45G Freightliner VIN 4UZAC2GA4MCMR1291 | $109,229 | $61,886 | $47,342 | Vehicles |
| 20-164 | 3/3/2021 | #657 2021 MT45 Freightliner VIN 4UZAAPFD9MCMR1298 | $123,551 | $70,001 | $53,550 | Vehicles |
| 20-279 | 3/3/2021 | #658 2021 MT45 Freightliner VIN 4UZAAPFD0MCMR1299 | $123,551 | $70,001 | $53,550 | Vehicles |
| 20-338 | 3/3/2021 | #663 MT45 2021 Freightliner VIN 4UZAAPFD0MCMR1304 | $123,551 | $70,001 | $53,550 | Vehicles |
| 21-038 | 4/12/2021 | #659 MT45 2021 Freightliner VIN 4UZAAPFD3MCMR1300 | $123,551 | $67,293 | $56,258 | Vehicles |
| 21-059 | 4/12/2021 | #661 MT45 2021 Freightliner VIN 47ZAAPFD7MCMR1302 | $123,551 | $67,293 | $56,258 | Vehicles |
| 21-070 | 4/12/2021 | #662 MT45 2021 Freightliner VIN 4UZAAPFD9MCMR1303 | $58,975 | $32,121 | $26,854 | Vehicles |
| 21-199 | 4/6/2021 | #660 MT45 2021 Freightliner VIN 4UZAAPFD5MCMR1301 | $123,551 | $67,699 | $55,852 | Vehicles |
| 22-034 | 4/6/2021 | #664 MT45 2021 Freightliner VIN 4UAAAPFD2MCMR1305 | $106,569 | $58,394 | $48,175 | Vehicles |
| 22-035 | 7/30/2021 | #182 Mercedes Benz Sprinter WD3PF4CC1GP254323 | $10,787 | $5,231 | $5,556 | Vehicles |
| 22-107 | 7/30/2021 | #183 Mercedes Benz Sprinter WD3PF4CC3GP254324 | $10,787 | $5,231 | $5,556 | Vehicles |
| 22-110 | 7/30/2021 | #184 Mercedes Benz Sprinter WD3PF4CC5GP254325 | $10,787 | $5,231 | $5,556 | Vehicles |
| 22-176 | 7/30/2021 | #185 Mercedes Benz Sprinter WD3PF4CC7GP254326 | $10,787 | $5,231 | $5,556 | Vehicles |
| 22-177 | 7/30/2021 | #186 Mercedes Benz Sprinter WD3PF4CC9GP254327 | $10,787 | $5,231 | $5,556 | Vehicles |
| 22-202 | 7/30/2021 | #C-28 2022 International MV607 1HTEVTARXNH215404 | $100,112 | $48,547 | $51,564 | Vehicles |
| 22-216 | 8/18/2021 | #C-29 Freightliner 2022 3ALHCYD28NDND2177 | $96,103 | $45,603 | $50,500 | Vehicles |
| 22-220 | 9/23/2021 | #264 2018 Freighliner VIN #1FVACWFB7JHJP8199 | $81,128 | $36,896 | $44,231 | Vehicles |
| 22-221 | 9/23/2021 | #265 2018 Freighliner VIN #1FVACWFB9JHJP8200 | $81,128 | $36,896 | $44,231 | Vehicles |
| 22-251 | 11/1/2021 | Air Curtains for Trucks (50) | $53,750 | $23,002 | $30,748 | Vehicles |
| 22-252 | 3/4/2022 | #667 '22 Freightliner MT45G VIN #4UZAC2GA8NCNR4490 | $123,277 | $45,123 | $78,154 | Vehicles |
| 23-009 | 3/15/2022 | #172 Sprinter Engine | $20,274 | $7,299 | $12,976 | Vehicles |
| 23-011 | 3/22/2022 | #665 2022 Freightliner MT45G VIN #47ZAC2GA1NCNR448 | $123,022 | $43,816 | $79,206 | Vehicles |
| 23-021 | 3/22/2022 | #668 2022 Freightliner MT45G VIN #4UZAC2GAXNCN4449 | $123,022 | $43,816 | $79,206 | Vehicles |
| 23-062 | 3/22/2022 | #670 2022 Freightliner MT45G VIN #47ZAC2GA3NCNR449 | $123,022 | $43,816 | $79,206 | Vehicles |
| 23-139 | 4/28/2022 | #28 2020 Chevrolet Express Car VIN #1GCWGAFG4L1271 | $56,581 | $19,005 | $37,576 | Vehicles |
| 96-688 | 6/14/2022 | #19 2022 Chevy Silverado Vin #1BG5YLE71NF275052 | $72,500 | $22,485 | $50,015 | Vehicles |
| 96-689 | 7/21/2022 | #673 2022 MT45G Freightliner VIN#4UZAC2GA9CN4496 | $123,725 | $35,863 | $87,861 | Vehicles |
| 96-690 | 7/21/2022 | #674 2022 MT45G Freightliner VIN#4UZAC2GA0NCNR4497 | $123,725 | $35,863 | $87,861 | Vehicles |
| 96-691 | 6/9/2022 | #C-30 2023 M2-106 Freightliner #1FVHCYD25PHNZ7361 | $104,212 | $32,605 | $71,606 | Vehicles |
| 96-692 | 6/28/2022 | #C-31 2023 M2-106 Freightliner #1FVHCYD27PHNZ7362 | $104,137 | $31,498 | $72,639 | Vehicles |
| 96-693 | 8/5/2022 | #410 Thermo King SB190 Refrigeration Unit | $4,750 | $1,338 | $3,412 | Vehicles |
| 96-834 | 8/5/2022 | #411 Thermo King SB190 Refrigeration Unit | $4,750 | $1,338 | $3,412 | Vehicles |
| 96-835 | 8/13/2022 | #671 2022 MT45G Freightliner VIN#4UZAC2GA5NCNR4494 | $123,837 | $34,335 | $89,502 | Vehicles |
| 96-836 | 8/19/2022 | #672 2022 MT45G Freightliner VIN#4UZAC2GA7NCNR4495 | $123,837 | $33,928 | $89,909 | Vehicles |
| 96-837 | 8/29/2022 | #673 2022 MT45G Freightliner VIN#4UZAC2GA7NCNR4498 | $123,837 | $33,249 | $90,587 | Vehicles |
| 96-838 | 11/28/2022 | Snow Plow | $7,599 | $1,661 | $5,937 | Vehicles |
| 96-839 | 2/27/2023 | #266 2023 Freightliner M2-106 1FVACWFC9PHNZ7360 | $159,539 | $26,925 | $132,614 | Vehicles |
| 96-840 | 2/16/2023 | #679 2023 Freightliner MT45G 4UZAC2G76PCUE8849 | $141,216 | $24,684 | $116,532 | Vehicles |
| 96-841 | 1/18/2023 | #682 2023 Freightliner MT45G 4UZAC2G76PCUE8852 | $141,216 | $26,928 | $114,288 | Vehicles |
| 96-842 | 1/20/2023 | #685 2023 Freightliner MT45G 47ZAC2G71PCUE8855 | $141,216 | $26,773 | $114,443 | Vehicles |
| 96-843 | 2/15/2023 | #687 2023 Freightliner MT45G 4UZAC2G76PCUE8857 | $141,216 | $24,761 | $116,455 | Vehicles |
| 96-844 | 1/25/2023 | #676 2023 Freightliner MT45G 4UZAC2G70PCUE8846 | $141,358 | $26,413 | $114,946 | Vehicles |
| 96-845 | 1/17/2023 | #686 2023 Freightliner MT45G 4UZAC2G73PCUE8856 | $141,358 | $27,032 | $114,326 | Vehicles |
| 96-846 | 1/1/2023 | #680 2023 Freightliner MT45G 4UZAC2G73PCUE8850 | $141,358 | $28,272 | $113,087 | Vehicles |
| 96-847 | 1/25/2023 | #677 2023 Freightliner MT45G 4UZAC2G72PCUE8847 | $141,358 | $26,413 | $114,946 | Vehicles |
| 96-848 | 3/17/2023 | #684 2023 Freightliner MT45G 4UZAC2G75PCUE8854 | $141,358 | $22,462 | $118,896 | Vehicles |
| 96-849 | 4/21/2023 | #681 2023 Freightliner MT45G 4UZAC2G74PCUE8851 | $144,901 | $20,246 | $124,654 | Vehicles |
| 96-850 | 4/21/2023 | #683 2023 Freightliner MT45G 4UZAC2G76PCUE8853 | $144,901 | $20,246 | $124,654 | Vehicles |
| 96-851 | 5/25/2023 | #688 2023 Freightliner MT45G 4UZAC2G77PCUE8858 | $144,901 | $17,547 | $127,354 | Vehicles |
| 96-852 | 4/21/2023 | #689 2023 Freightliner MT45G 4UZAC2G79PCUE8859 | $144,901 | $20,246 | $124,654 | Vehicles |
| 96-853 | 1/1/2023 | #690 2023 Freightliner MT45G 4UZAC2G75PCUE8860 | $141,433 | $28,287 | $113,147 | Vehicles |
| 96-854 | 4/26/2023 | #267 2023 Freightliner M2-106 1FVACWFC1PHUE8128 | $166,154 | $22,761 | $143,393 | Vehicles |
| 96-855 | 5/19/2023 | #268 2023 Freightliner M2-106 1FVACWFC3PHUE8129 | $166,154 | $20,667 | $145,487 | Vehicles |
| 96-856 | 6/8/2023 | #678 2023 Freightliner MT45G 4UZAC2G74PCUE8848 | $144,526 | $16,393 | $128,133 | Vehicles |
| 96-857 | 1/15/1996 | #99 1995 CHEVY PICKUP - TRUCK MAINT | $18,761 | $18,761 | $ - | Vehicles |
| 96-858 | 4/10/1999 | #403 TRAILER GRAPHIC KIT | $4,434 | $4,434 | $ - | Vehicles |
| 96-859 | 10/8/1999 | #208 GRAPHICS-TRUCK | $1,776 | $1,776 | $ - | Vehicles |
| 96-860 | 9/26/1999 | #208 REBUILD | $2,704 | $2,704 | $ - | Vehicles |
| 96-861 | 6/22/1998 | #208 1991 FORD F-450 SMALL BOX COLD-PLATE | $7,875 | $7,875 | $ - | Vehicles - Bloomington TC |
| 96-862 | 9/12/2012 | Dairy Carts (3) OTR | $3,737 | $3,737 | $ - | Vehicles - Intracompany |
| 96-863 | 9/12/2012 | Insulated container 11 cf - OTR | $676 | $676 | $ - | Vehicles - Intracompany |
| Total | | | $12,330,547 | $8,261,758 | $4,068,789 | |

Rider to Schedule A/B Part 8, Question 50

| Asset Number | Date Acquired | Asset Description 1 | Original Cost | Accumulated Depreciation | Book Value | Location |
|---|---|---|---|---|---|---|
| 11-76 | 5/29/2018 | Ice Dream Dipping Cabinet - 8 Facing Ser #1812814 | $3,084 | $3,084 | $ - | M&E - St. Charles |
| 05-347 | 7/31/2019 | Bar Blender | $1,356 | $1,199 | $157 | M&E - St. Charles |
| 08-057 | 8/19/2020 | Hatco Model C-7 Electric Booster Heater | $2,159 | $1,455 | $704 | M&E - St. Charles |
| 08-130 | 11/23/2020 | Conventional Chest Type Double Row Cabinets (2) | $4,823 | $2,997 | $1,826 | M&E - St. Charles |
| 08-158 | 8/22/2022 | Toast POS System | $9,114 | $2,482 | $6,632 | M&E - St. Charles |
| 09-035 | 6/27/2023 | True Compressor | $1,183 | $122 | $1,061 | M&E - St. Charles |
| 10-033 | 9/6/2023 | SS Steamer Frother | $2,065 | $132 | $1,933 | M&E - St. Charles |
| 10-114 | 4/2/2003 | SOFT SERVE FREEZER | $24,780 | $24,780 | $ - | M/E - Glen Ellyn TBJ |
| 11-104 | 12/4/2000 | SAFE | $1,120 | $1,120 | $ - | M/E - Glen Ellyn TBJ |
| 12-002 | 10/17/2006 | Headset System | $3,800 | $3,800 | $ - | M/E - Glen Ellyn TBJ |
| 12-048 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | M/E - Glen Ellyn TBJ |
| 12-050 | 8/8/2007 | Blender & Pitcher | $3,893 | $3,893 | $ - | M/E - Glen Ellyn TBJ |
| 12-140 | 6/1/2009 | Crowd Control Stanchion | $1,024 | $1,024 | $ - | M/E - Glen Ellyn TBJ |
| 13-002 | 5/31/2010 | Ice Bin | $977 | $977 | $ - | M/E - Glen Ellyn TBJ |
| 13-182 | 3/28/2011 | Register | $1,298 | $1,298 | $ - | M/E - Glen Ellyn TBJ |
| 13-266 | 11/1/2011 | Watchguard | $580 | $580 | $ - | M/E - Glen Ellyn TBJ |
| 13-267 | 10/10/2011 | Ice Cream Cabinent | $3,208 | $3,208 | $ - | M/E - Glen Ellyn TBJ |
| 13-268 | 7/12/2013 | Spatula door handle | $745 | $745 | $ - | M/E - Glen Ellyn TBJ |
| 18-075 | 7/12/2013 | Aluminum Panel Sign | $700 | $700 | $ - | M/E - Glen Ellyn TBJ |
| 18-076 | 7/12/2013 | LED TV 42" - LG Electronics 301RMDZ70954 | $800 | $800 | $ - | M/E - Glen Ellyn TBJ |
| 18-077 | 7/12/2013 | LED TV 42" - LG Electronics 301RMLM70952 | $800 | $800 | $ - | M/E - Glen Ellyn TBJ |
| 18-078 | 7/12/2013 | LED TV 42" - LG Electronics 9039530170964USWLJR | $800 | $800 | $ - | M/E - Glen Ellyn TBJ |
| 19-002 | 7/12/2013 | (10) Rustic Table Tops | $2,900 | $2,900 | $ - | M/E - Glen Ellyn TBJ |
| 19-009 | 7/12/2013 | Exterior LED Signage | $44,523 | $44,523 | $ - | M/E - Glen Ellyn TBJ |
| 19-010 | 7/12/2013 | Restaurant Equipment | $207,200 | $207,200 | $ - | M/E - Glen Ellyn TBJ |
| 19-012 | 7/12/2013 | TV Mounts for Marketing Boards | $226 | $226 | $ - | M/E - Glen Ellyn TBJ |
| 19-021 | 7/12/2013 | (2) WSS Units | $2,656 | $2,656 | $ - | M/E - Glen Ellyn TBJ |
| 19-031 | 7/12/2013 | Awnings - Construction and Installation | $16,649 | $16,649 | $ - | M/E - Glen Ellyn TBJ |
| 19-084 | 7/13/2013 | DT Research Multi Screen Appliance | $2,971 | $2,971 | $ - | M/E - Glen Ellyn TBJ |
| 20-133 | 7/12/2013 | Exterior Tables and Garbage Recepticles | $5,164 | $5,164 | $ - | M/E - Glen Ellyn TBJ |
| 20-149 | 7/12/2013 | HP RP5800 Serial # 2UA30707Q3 | $982 | $982 | $ - | M/E - Glen Ellyn TBJ |
| 20-150 | 7/12/2013 | HP RP5800 Serial # 2UA30707Q4 | $982 | $982 | $ - | M/E - Glen Ellyn TBJ |
| 20-151 | 7/12/2013 | Shart CCD CCTV Security Cameras | $1,109 | $1,109 | $ - | M/E - Glen Ellyn TBJ |
| 20-152 | 7/12/2013 | Surveillance System - Equipment and Installation | $6,237 | $6,237 | $ - | M/E - Glen Ellyn TBJ |
| 20-153 | 7/12/2013 | Sign Foundation Installation | $17,685 | $17,685 | $ - | M/E - Glen Ellyn TBJ |
| 20-154 | 7/12/2013 | Exterior Menu Board | $5,050 | $5,050 | $ - | M/E - Glen Ellyn TBJ |
| 20-155 | 7/12/2013 | Exterior and Interior Signage | $1,225 | $1,225 | $ - | M/E - Glen Ellyn TBJ |
| 20-156 | 7/12/2013 | 8-Port Gigabit Ethernet Desktop Switch | $103 | $103 | $ - | M/E - Glen Ellyn TBJ |
| 20-158 | 7/12/2013 | Hardware H-264 Compression, Realtime Recording | $725 | $725 | $ - | M/E - Glen Ellyn TBJ |
| 20-283 | 7/12/2013 | Brother Printer DCP7065DN Monochrome Laser | $130 | $130 | $ - | M/E - Glen Ellyn TBJ |
| 21-086 | 7/12/2013 | HP RP 5800 Serial # 2UZ32201M7 | $1,592 | $1,592 | $ - | M/E - Glen Ellyn TBJ |
| 23-061 | 7/12/2013 | Juke Box Installation | $300 | $300 | $ - | M/E - Glen Ellyn TBJ |
| 23-090 | 7/12/2013 | Brick Wall Lettering "US BEEF" Stamp | $1,600 | $1,600 | $ - | M/E - Glen Ellyn TBJ |
| 08-009-09 | 7/12/2013 | Drive-Thru Equipment | $6,098 | $6,098 | $ - | M/E - Glen Ellyn TBJ |
| 08-055-09 | 7/12/2013 | Patio Furniture Installation | $1,958 | $1,958 | $ - | M/E - Glen Ellyn TBJ |
| 07-120 | 7/12/2013 | Music Services Installation | $4,441 | $4,441 | $ - | M/E - Glen Ellyn TBJ |
| 07-151 | 7/12/2013 | Waste Fryer Oil Storage System and Installation | $7,327 | $7,327 | $ - | M/E - Glen Ellyn TBJ |
| 09-019 | 7/12/2013 | 3700 Software Upgrade | $1,906 | $1,906 | $ - | M/E - Glen Ellyn TBJ |
| 09-126 | 7/18/2013 | 8 Facing Ice Cream Cabinet Serial # 1319210 | $2,797 | $2,797 | $ - | M/E - Glen Ellyn TBJ |
| 09-165 | 7/24/2013 | Restaurant Equipment | $16,437 | $16,437 | $ - | M/E - Glen Ellyn TBJ |
| 12-091 | 7/12/2013 | Double Lids for Freezer | $870 | $870 | $ - | M/E - Glen Ellyn TBJ |
| 12-092 | 7/17/2013 | Amsec Safe BWB2020 | $1,176 | $1,176 | $ - | M/E - Glen Ellyn TBJ |
| 12-093 | 7/23/2013 | Headsets for Drive-Thru | $3,247 | $3,247 | $ - | M/E - Glen Ellyn TBJ |
| 17-087 | 8/13/2013 | 4 Rustic Table Tops | $1,386 | $1,386 | $ - | M/E - Glen Ellyn TBJ |
| 19-078 | 10/25/2013 | (6) Metal Table Bases and (16) Chairs | $3,996 | $3,996 | $ - | M/E - Glen Ellyn TBJ |
| 20-105 | 9/26/2016 | Soda Ice & Beverage Dispenser | $7,227 | $7,227 | $ - | M/E - Glen Ellyn TBJ |
| 20-111 | 2/6/2018 | HP PR5810 POS System | $2,080 | $2,080 | $ - | M/E - Glen Ellyn TBJ |
| 20-123 | 5/16/2018 | Woodgrain Exterior Signage | $9,045 | $9,045 | $ - | M/E - Glen Ellyn TBJ |
| 22-141 | 9/27/2018 | Ice Cream Dipping Cabinet - 6 Facing Ser #1822007 | $3,004 | $3,004 | $ - | M/E - Glen Ellyn TBJ |
| 98-49 | 5/30/2019 | Beverage Dispenser Bubbler | $2,291 | $2,104 | $187 | M/E - Glen Ellyn TBJ |
| 98-58 | 8/26/2019 | 4 & 2 Door LED Retro Fit | $1,710 | $1,488 | $222 | M/E - Glen Ellyn TBJ |
| 00-023 | 1/28/2020 | Walk-in Freezer Condensing Unit | $6,052 | $4,752 | $1,300 | M/E - Glen Ellyn TBJ |
| 01-073 | 3/26/2021 | Chest Freezer | $3,293 | $1,824 | $1,469 | M/E - Glen Ellyn TBJ |
| 01-137 | 7/30/2021 | Bradford Hot Water Heater | $2,485 | $1,205 | $1,280 | M/E - Glen Ellyn TBJ |
| 01-138 | 8/2/2021 | Heated Holding Cabinet | $2,053 | $992 | $1,061 | M/E - Glen Ellyn TBJ |
| 03-135 | 9/3/2021 | Bar Blender Quiet One | $2,074 | $966 | $1,108 | M/E - Glen Ellyn TBJ |
| 04-039 | 10/18/2021 | Dipping Cabinet | $2,783 | $1,228 | $1,556 | M/E - Glen Ellyn TBJ |
| 04-112 | 3/16/2022 | NBD8-HC Dipping Cabinet | $3,595 | $1,292 | $2,303 | M/E - Glen Ellyn TBJ |
| 04-241 | 8/15/2022 | Heated Holding Cabinet Serial #C5HME041430 | $2,053 | $567 | $1,486 | M/E - Glen Ellyn TBJ |
| 05-058 | 5/17/2023 | (2) Dispenser Cans | $1,935 | $243 | $1,692 | M/E - Glen Ellyn TBJ |
| 05-137 | 3/31/2023 | Freezer Compressor | $2,187 | $331 | $1,856 | M/E - Glen Ellyn TBJ |
| 05-213 | 4/24/2000 | MIN'N MACHINE | $648 | $648 | $ - | Machinery & Equipment - Arlington Heights |
| 05-249 | 4/9/2001 | BLENDER PACKAGE | $736 | $736 | $ - | Machinery & Equipment - Arlington Heights |
| 07-018 | 12/1/2001 | BUYOUT OF LEASE-ARL HTS | $32,758 | $32,758 | $ - | Machinery & Equipment - Arlington Heights |
| 07-111 | 2/25/2004 | ECLIPSE PIII/PROGRAMMING | $16,473 | $16,473 | $ - | Machinery & Equipment - Arlington Heights |
| 09-047 | 4/30/2004 | WIRING SERVICES/MILEAGE/LABOR | $575 | $575 | $ - | Machinery & Equipment - Arlington Heights |
| 10-060 | 2/16/2004 | HELP DESK | $613 | $613 | $ - | Machinery & Equipment - Arlington Heights |
| 11-017 | 7/1/2005 | Shelving | $1,156 | $1,156 | $ - | Machinery & Equipment - Arlington Heights |
| 11-029 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Arlington Heights |
| 11-113 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Arlington Heights |
| 12-139 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Arlington Heights |
| 13-087 | 6/20/2007 | Waffle Cone Baker | $685 | $685 | $ - | Machinery & Equipment - Arlington Heights |
| 13-213 | 12/1/2009 | Focus Foodservice Model No FCCAST5 | $394 | $394 | $ - | Machinery & Equipment - Arlington Heights |
| 13-240 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Arlington Heights |
| 13-241 | 3/21/2012 | Ice Cream Cabinet (6) Ser#1203303 | $2,413 | $2,413 | $ - | Machinery & Equipment - Arlington Heights |
| 16-034 | 3/21/2012 | Ice Cream Cabinet (6) Ser#1203301 | $2,413 | $2,413 | $ - | Machinery & Equipment - Arlington Heights |
| 18-008 | 3/24/2014 | Chairs (60) - X-55 Parlor Fanback, Black | $3,824 | $3,824 | $ - | Machinery & Equipment - Arlington Heights |
| 18-079 | 1/7/2014 | Awnings - Recover | $7,470 | $7,470 | $ - | Machinery & Equipment - Arlington Heights |
| 18-106 | 10/16/2014 | Virtuo Jukebox Serial # BF08C7 | $5,962 | $5,962 | $ - | Machinery & Equipment - Arlington Heights |
| 18-109 | 1/1/2015 | Signage - Arlington Heights | $5,316 | $5,316 | $ - | Machinery & Equipment - Arlington Heights |
| 18-110 | 1/25/2018 | Ice Cream Dipping Cabinet-4 Facing Serial #173309 | $2,467 | $2,467 | $ - | Machinery & Equipment - Arlington Heights |

Rider to Schedule A/B Part 8, Question 50

| 18-113 | 6/14/2018 | Worktable | $2,190 | $2,190 | $ - | Machinery & Equipment - Arlington Heights |
|---|---|---|---|---|---|---|
| 18-115 | 6/12/2019 | Sneeze Guard | $1,580 | $1,440 | $140 | Machinery & Equipment - Arlington Heights |
| 18-116 | 2/16/2021 | Bar Blender Quiet One | $1,527 | $878 | $649 | Machinery & Equipment - Arlington Heights |
| 18-117 | 3/24/2021 | Pole Sign/Cabinet New Lexan Face Panels& LED Retro | $6,670 | $3,702 | $2,968 | Machinery & Equipment - Arlington Heights |
| 18-118 | 7/6/2021 | Bar Blender Quiet One | $1,408 | $701 | $707 | Machinery & Equipment - Arlington Heights |
| 18-120 | 7/21/2021 | Ladderback Metal Chairs (60) | $5,892 | $2,886 | $3,006 | Machinery & Equipment - Arlington Heights |
| 18-121 | 12/15/2021 | LED Sign Retrofit | $1,846 | $756 | $1,090 | Machinery & Equipment - Arlington Heights |
| 18-122 | 3/5/2022 | LED Sign Retrofit | $2,178 | $796 | $1,382 | Machinery & Equipment - Arlington Heights |
| 18-127 | 8/8/2022 | Toast POS System | $6,933 | $1,941 | $4,992 | Machinery & Equipment - Arlington Heights |
| 18-129 | 9/14/2023 | Compressor Serial #23G1217AD | $2,939 | $176 | $2,764 | Machinery & Equipment - Arlington Heights |
| 18-130 | 11/4/1997 | BARRIER TENSION 890-1P | $635 | $635 | $ - | Machinery & Equipment - Ballwin |
| 18-135 | 11/17/2003 | PENDENT LIGTING | $1,387 | $1,387 | $ - | Machinery & Equipment - Ballwin |
| 18-138 | 11/17/2003 | NEW STORE EQUIPMENT | $36,000 | $36,000 | $ - | Machinery & Equipment - Ballwin |
| 18-146 | 11/17/2003 | DRUM PENDANT-FLUSH MOUNT | $3,099 | $3,099 | $ - | Machinery & Equipment - Ballwin |
| 18-147 | 11/17/2003 | WAFFLE CONE BAKER | $1,182 | $1,182 | $ - | Machinery & Equipment - Ballwin |
| 18-148 | 11/17/2003 | NEW COMMERCIAL AWNINGS | $6,293 | $6,293 | $ - | Machinery & Equipment - Ballwin |
| 18-149 | 11/17/2003 | CASH DRWR,ECLIPSE PIII,PRINTER ETC | $18,655 | $18,655 | $ - | Machinery & Equipment - Ballwin |
| 18-150 | 11/17/2003 | WALL ASSEMBLY,DISH WASHER,DISH TABLE | $73,945 | $73,945 | $ - | Machinery & Equipment - Ballwin |
| 18-151 | 11/17/2003 | INSTALL MUZAK | $1,849 | $1,849 | $ - | Machinery & Equipment - Ballwin |
| 18-152 | 11/17/2003 | SAFE AND KEYS | $1,408 | $1,408 | $ - | Machinery & Equipment - Ballwin |
| 18-153 | 11/17/2003 | DEPOSIT ON SIGN PACKAGE | $8,300 | $8,300 | $ - | Machinery & Equipment - Ballwin |
| 18-154 | 11/21/2003 | SOFT SERVE FREEZER | $26,951 | $26,951 | $ - | Machinery & Equipment - Ballwin |
| 18-155 | 1/10/2004 | PENDANT LIGHTING FIXTURES | $563 | $563 | $ - | Machinery & Equipment - Ballwin |
| 18-156 | 2/13/2004 | INSTALL CANOPY LIGHTS | $2,221 | $2,221 | $ - | Machinery & Equipment - Ballwin |
| 18-157 | 1/1/2004 | ILLUMINATED POLE SIGN | $11,520 | $11,520 | $ - | Machinery & Equipment - Ballwin |
| 18-158 | 1/7/2004 | CUSTOM MENU BOARDS | $2,626 | $2,626 | $ - | Machinery & Equipment - Ballwin |
| 18-159 | 4/8/2004 | 2 6' PICNIC TABLES | $1,199 | $1,199 | $ - | Machinery & Equipment - Ballwin |
| 18-160 | 7/23/2004 | FURNISH AND INSTALL CLEAR ANNEALED UNITS OF GLASS | $1,140 | $1,140 | $ - | Machinery & Equipment - Ballwin |
| 18-161 | 6/24/2004 | LINE CONDITIONER FOR WORKSTATIONS | $1,745 | $1,745 | $ - | Machinery & Equipment - Ballwin |
| 18-162 | 1/1/2004 | HELP DESK/ECLIPSE III | $1,284 | $1,284 | $ - | Machinery & Equipment - Ballwin |
| 18-163 | 2/23/2004 | LOT OF SHELVES/FROST BITE MIXER | $1,709 | $1,709 | $ - | Machinery & Equipment - Ballwin |
| 18-164 | 2/1/2005 | Pole sign | $2,216 | $2,216 | $ - | Machinery & Equipment - Ballwin |
| 18-165 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Ballwin |
| 18-166 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Ballwin |
| 18-167 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Ballwin |
| 18-168 | 9/7/2008 | Ethernet Printer for Treat Delivery | $560 | $560 | $ - | Machinery & Equipment - Ballwin |
| 18-169 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Ballwin |
| 18-170 | 5/9/2013 | 4 Facing Ice Cream Cabinet Serial # 1309303 | $2,484 | $2,484 | $ - | Machinery & Equipment - Ballwin |
| 18-171 | 9/12/2013 | Awning - Recover | $3,864 | $3,864 | $ - | Machinery & Equipment - Ballwin |
| 18-172 | 10/24/2013 | Reach-In Freezer, True Food Service Model TUC-48-L | $2,278 | $2,278 | $ - | Machinery & Equipment - Ballwin |
| 18-173 | 6/29/2018 | Bar Blenders (2) | $2,482 | $2,482 | $ - | Machinery & Equipment - Ballwin |
| 18-181 | 7/5/2020 | Power Vent Water Heater | $2,700 | $1,886 | $814 | Machinery & Equipment - Ballwin |
| 19-029 | 7/28/2020 | Ice Cream Dipping Cabinet 4 Facing - Ser #2020412 | $2,441 | $1,674 | $767 | Machinery & Equipment - Ballwin |
| 20-319 | 10/13/2021 | Bar Blender Quiet One | $1,297 | $576 | $721 | Machinery & Equipment - Ballwin |
| 21-049 | 2/22/2022 | (32) Ladderback Metal Chairs | $2,929 | $1,088 | $1,841 | Machinery & Equipment - Ballwin |
| 21-051 | 12/12/2022 | Toast POS System | $4,069 | $858 | $3,211 | Machinery & Equipment - Ballwin |
| 21-118 | 12/1/2001 | INITIAL EQUIPMENT AND LABOR FOR SOUND SYSTEM | $1,492 | $1,492 | $ - | Machinery & Equipment - Bartlett |
| 21-142 | 3/22/2002 | TABLES | $775 | $775 | $ - | Machinery & Equipment - Bartlett |
| 21-171 | 4/1/2002 | CASH REGISTER | $16,869 | $16,869 | $ - | Machinery & Equipment - Bartlett |
| 22-012 | 5/24/2002 | 5 SHADES | $996 | $996 | $ - | Machinery & Equipment - Bartlett |
| 23-097 | 4/8/2002 | 5 ROUND TABLES | $3,398 | $3,398 | $ - | Machinery & Equipment - Bartlett |
| 98-121 | 9/16/2002 | 3 ONEAC'S FOR BARTLETT STORE | $324 | $324 | $ - | Machinery & Equipment - Bartlett |
| 98-329 | 8/29/2002 | RUN POWER TO SIGN | $869 | $869 | $ - | Machinery & Equipment - Bartlett |
| 99-146 | 8/21/2002 | SUPPLY AND INSTALL MONUMENT SIGN | $2,987 | $2,987 | $ - | Machinery & Equipment - Bartlett |
| 08-025-09 | 10/4/2002 | BARTLETT SIGN PACKAGE | $5,380 | $5,380 | $ - | Machinery & Equipment - Bartlett |
| 03-49 | 4/21/2004 | HEADSET UPGRADE,BATTERY,TRAINING | $2,216 | $2,216 | $ - | Machinery & Equipment - Bartlett |
| 00-012 | 4/28/2004 | ECLIPSEIII,TRAINING,SOFTWARE | $19,451 | $19,451 | $ - | Machinery & Equipment - Bartlett |
| 00-013 | 4/29/2004 | GATES WITH STEEL FRAME | $2,968 | $2,968 | $ - | Machinery & Equipment - Bartlett |
| 01-115 | 2/13/2004 | E-MACHINE | $468 | $468 | $ - | Machinery & Equipment - Bartlett |
| 04-076 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Bartlett |
| 05-044 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Bartlett |
| 05-217 | 2/6/2007 | Store Fixtures & Equipment | $23,649 | $23,649 | $ - | Machinery & Equipment - Bartlett |
| 05-253 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Bartlett |
| 07-022 | 8/30/2007 | Restaurant equipment | $7,236 | $7,236 | $ - | Machinery & Equipment - Bartlett |
| 08-114 | 8/8/2007 | Blender & Pitcher | $3,893 | $3,893 | $ - | Machinery & Equipment - Bartlett |
| 09-091 | 9/15/2008 | Ice Cream Dipping Cabinet | $2,879 | $2,879 | $ - | Machinery & Equipment - Bartlett |
| 10-085 | 7/1/2009 | Waffle cone baker | $606 | $606 | $ - | Machinery & Equipment - Bartlett |
| 11-072 | 5/26/2010 | Water Softener | $1,029 | $1,029 | $ - | Machinery & Equipment - Bartlett |
| 13-071 | 5/1/2010 | 3 Umbrellas | $531 | $531 | $ - | Machinery & Equipment - Bartlett |
| 13-072 | 7/26/2010 | Ice Cream Cabinet | $2,678 | $2,678 | $ - | Machinery & Equipment - Bartlett |
| 15-040 | 9/1/2010 | Tables, 2 chess, 5 30x30, 4 24x24 | $2,378 | $2,378 | $ - | Machinery & Equipment - Bartlett |
| 15-041 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Bartlett |
| 17-089 | 8/28/2012 | Ice Cream Cabinet Ser#1220107 | $2,458 | $2,458 | $ - | Machinery & Equipment - Bartlett |
| 18-010 | 6/25/2013 | 8 Facing Ice Cream Cabinet Serial # 1316803 | $2,792 | $2,792 | $ - | Machinery & Equipment - Bartlett |
| 18-204 | 6/6/2013 | Signage - Replace transformers and wiring with LED | $3,500 | $3,500 | $ - | Machinery & Equipment - Bartlett |
| 19-019 | 2/27/2018 | Drive-thru Communication Equipment | $5,337 | $5,337 | $ - | Machinery & Equipment - Bartlett |
| 19-034 | 7/9/2019 | 4 & 2 Door LED Retro Fit | $1,596 | $1,431 | $165 | Machinery & Equipment - Bartlett |
| 22-028 | 7/23/2020 | Bar Blender Quiet One | $1,408 | $970 | $439 | Machinery & Equipment - Bartlett |
| 22-126 | 2/2/2021 | Grey H2O Bottle Filler Unit | $1,404 | $818 | $586 | Machinery & Equipment - Bartlett |
| 22-243 | 3/10/2021 | Window Shades | $1,608 | $905 | $703 | Machinery & Equipment - Bartlett |
| 23-001 | 7/13/2021 | Grease Trap Replacement | $9,655 | $4,772 | $4,883 | Machinery & Equipment - Bartlett |
| 96-609 | 7/21/2021 | Ladderback Metal Chairs (32) | $3,201 | $1,568 | $1,633 | Machinery & Equipment - Bartlett |
| 97-119 | 5/19/2021 | Round Outdoor Tables (5) | $9,398 | $4,928 | $4,470 | Machinery & Equipment - Bartlett |
| 98-320 | 4/25/2023 | Bradford White Hot Water Heater | $3,850 | $530 | $3,320 | Machinery & Equipment - Bartlett |
| 98-323 | 3/10/2003 | WORK TABLE,CABINET,SHELF | $2,235 | $2,235 | $ - | Machinery & Equipment - Bloomingdale |
| 98-326 | 1/23/1998 | SAFE & 3 MEDECO LOCKS | $828 | $828 | $ - | Machinery & Equipment - Bloomingdale |
| 99-009 | 1/23/1998 | BLACK & WHITE PHOTOS | $910 | $910 | $ - | Machinery & Equipment - Bloomingdale |
| 08-026-09 | 3/23/1998 | SCHWEPPE | $1,896 | $1,896 | $ - | Machinery & Equipment - Bloomingdale |
| 00-036 | 4/24/2000 | MIX'N MACHINE | $648 | $648 | $ - | Machinery & Equipment - Bloomingdale |
| 01-075 | 2/23/2000 | BLOOMINGTON LOCKERS | $1,298 | $1,298 | $ - | Machinery & Equipment - Bloomingdale |
| 02-007 | 12/1/2001 | BLOOMINGDALE DS ABE STORE EQUIPMENT | $37,125 | $37,125 | $ - | Machinery & Equipment - Bloomingdale |
| 04-187 | 8/25/2003 | CHESS TABLES/TOPS | $2,759 | $2,759 | $ - | Machinery & Equipment - Bloomingdale |
| 04-218 | 1/28/2004 | REWRITABLE CD | $201 | $201 | $ - | Machinery & Equipment - Bloomingdale |

Rider to Schedule A/B Part 8, Question 50) -

| 04-239 | 4/21/2004 | HEADSET UPGRADE,BATTERY,TRAINING | $2,216 | $2,216 | $ - | Machinery & Equipment - Bloomingdale |
|---|---|---|---|---|---|---|
| 05-136 | 4/22/2004 | 2-32 GALLON RECEPTACLE | $304 | $304 | $ - | Machinery & Equipment - Bloomingdale |
| 05-246 | 6/30/2004 | POWER LINE CONDITIONER | $2,435 | $2,435 | $ - | Machinery & Equipment - Bloomingdale |
| 05-282 | 7/27/2004 | 495.90-50.18 CABLE AND PRINTER | $446 | $446 | $ - | Machinery & Equipment - Bloomingdale |
| 07-052 | 4/19/2004 | HELP DESK | $618 | $618 | $ - | Machinery & Equipment - Bloomingdale |
| 07-141 | 2/13/2004 | E MACHINE | $468 | $468 | $ - | Machinery & Equipment - Bloomingdale |
| 08-068 | 3/3/2005 | Shelving | $939 | $939 | $ - | Machinery & Equipment - Bloomingdale |
| 08-125 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Bloomingdale |
| 08-141 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Bloomingdale |
| 09-014 | 3/1/2007 | Coffee Machines | $9,025 | $9,025 | $ - | Machinery & Equipment - Bloomingdale |
| 09-050 | 8/8/2007 | Bender & Pitcher | $2,826 | $2,826 | $ - | Machinery & Equipment - Bloomingdale |
| 10-071 | 6/1/2009 | Crowd Control Stanchion | $1,328 | $1,328 | $ - | Machinery & Equipment - Bloomingdale |
| 10-088 | 7/1/2009 | Crowd control stanchions | $601 | $601 | $ - | Machinery & Equipment - Bloomingdale |
| 10-089 | 10/28/2010 | Bender housings | $936 | $936 | $ - | Machinery & Equipment - Bloomingdale |
| 11-036 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Bloomingdale |
| 11-086 | 4/19/2012 | Ice Cream Cabinet (6) Ser 1208706 | $2,463 | $2,463 | $ - | Machinery & Equipment - Bloomingdale |
| 13-083 | 4/19/2012 | Ice Cream Cabinet (6) Ser #1208709 | $2,463 | $2,463 | $ - | Machinery & Equipment - Bloomingdale |
| 16-068 | 7/8/2013 | 6 Facing Ice Cream Cabinet Serial # 1221502 | $2,538 | $2,538 | $ - | Machinery & Equipment - Bloomingdale |
| 18-124 | 7/8/2013 | 6 Facing Ice Cream Cabinet Serial # 1221407 | $2,538 | $2,538 | $ - | Machinery & Equipment - Bloomingdale |
| 18-126 | 9/20/2013 | Compressor for Soft Serve Machine | $1,614 | $1,614 | $ - | Machinery & Equipment - Bloomingdale |
| 18-175 | 5/19/2016 | Serving Counter Fabrications and Installation | $5,980 | $5,980 | $ - | Machinery & Equipment - Bloomingdale |
| 23-023 | 8/23/2016 | Soft Serve Machine - Twist - Serial #C2V-841 | $15,940 | $15,940 | $ - | Machinery & Equipment - Bloomingdale |
| 23-123 | 8/23/2016 | Soft Serve Machine - Single - Serial #H2V-2917 | $10,688 | $10,688 | $ - | Machinery & Equipment - Bloomingdale |
| 23-146 | 8/10/2016 | Awnings - Recover | $12,102 | $12,102 | $ - | Machinery & Equipment - Bloomingdale |
| 96-614 | 12/8/2016 | Drive Thru Communication Equipment | $6,402 | $6,402 | $ - | Machinery & Equipment - Bloomingdale |
| 96-615 | 6/21/2018 | LED Sign and Installation | $11,973 | $11,973 | $ - | Machinery & Equipment - Bloomingdale |
| 97-150 | 10/2/2020 | Diamond Plate Cooler Flooring | $3,980 | $2,586 | $1,394 | Machinery & Equipment - Bloomingdale |
| 97-247 | 12/24/2020 | 12.5 Bryant RTU with Curb Adapter | $17,100 | $10,335 | $6,765 | Machinery & Equipment - Bloomingdale |
| 08-027-09 | 12/8/2021 | Awnings - Recover | $1,020 | $421 | $599 | Machinery & Equipment - Bloomingdale |
| 05-210 | 2/22/2022 | (32) Ladderback Metal Chairs | $3,088 | $1,147 | $1,941 | Machinery & Equipment - Bloomingdale |
| 05-245 | 1/9/2023 | Toast POS System | $8,717 | $1,705 | $7,012 | Machinery & Equipment - Bloomingdale |
| 05-281 | 8/18/2023 | Evaporator | $2,447 | $182 | $2,265 | Machinery & Equipment - Bloomingdale |
| 05-288 | 3/12/1998 | SIGNAGE | $44,647 | $44,647 | $ - | Machinery & Equipment - Bloomingdale |
| 05-289 | 12/1/2008 | Freezer | $1,480 | $1,480 | $ - | Machinery & Equipment - Bloomingdale |
| 05-299 | 10/25/2017 | Walk-In Cooler/Freezer | $53,865 | $53,865 | $ - | Machinery & Equipment - Bloomington TBJ |
| 05-300 | 10/25/2017 | Walk-In Cooler/Freezer Refrigeration System | $10,997 | $10,997 | $ - | Machinery & Equipment - Bloomington TBJ |
| 05-301 | 10/25/2017 | Refrigerated Fountain Rail and Accessories | $5,865 | $5,865 | $ - | Machinery & Equipment - Bloomington TBJ |
| 06-027 | 10/25/2017 | Reach-in Freezer | $9,083 | $9,083 | $ - | Machinery & Equipment - Bloomington TBJ |
| 06-033 | 10/25/2017 | Dishwasher | $5,800 | $5,800 | $ - | Machinery & Equipment - Bloomington TBJ |
| 06-040 | 10/25/2017 | Walk-In Cooler Refrigeration System | $5,508 | $5,508 | $ - | Machinery & Equipment - Bloomington TBJ |
| 07-042 | 10/25/2017 | Walk-In Freezer Refrigeration System | $9,712 | $9,712 | $ - | Machinery & Equipment - Bloomington TBJ |
| 07-107 | 10/25/2017 | Gas Fryer | $21,354 | $21,354 | $ - | Machinery & Equipment - Bloomington TBJ |
| 08-061 | 10/25/2017 | Exhaust Hood System | $13,429 | $13,429 | $ - | Machinery & Equipment - Bloomington TBJ |
| 08-113 | 10/25/2017 | Fire Suppression System | $5,395 | $5,395 | $ - | Machinery & Equipment - Bloomington TBJ |
| 10-067 | 10/25/2017 | Electric Countertop Griddle | $17,582 | $17,582 | $ - | Machinery & Equipment - Bloomington TBJ |
| 10-145 | 10/25/2017 | Refrigerated Equipment Stand | $5,751 | $5,751 | $ - | Machinery & Equipment - Bloomington TBJ |
| 10-146 | 10/25/2017 | Soda & Ice Dispenser System | $24,428 | $24,428 | $ - | Machinery & Equipment - Bloomington TBJ |
| 10-147 | 10/25/2017 | Bloomington TBJ Furniture | $20,128 | $20,128 | $ - | Machinery & Equipment - Bloomington TBJ |
| 10-148 | 10/25/2017 | Signage | $78,696 | $78,696 | $ - | Machinery & Equipment - Bloomington TBJ |
| 10-149 | 10/25/2017 | Drive-thru Communication Equipment | $13,773 | $13,773 | $ - | Machinery & Equipment - Bloomington TBJ |
| 10-150 | 10/25/2017 | ODI Booths and Benches | $8,827 | $8,827 | $ - | Machinery & Equipment - Bloomington TBJ |
| 11-087 | 10/25/2017 | TBJ Tables and Booth Seating | $17,803 | $17,803 | $ - | Machinery & Equipment - Bloomington TBJ |
| 11-120 | 10/25/2017 | Awnings | $10,710 | $10,710 | $ - | Machinery & Equipment - Bloomington TBJ |
| 13-043 | 10/30/2017 | Drive-thru Communication Equipment | $10,542 | $10,542 | $ - | Machinery & Equipment - Bloomington TBJ |
| 16-003 | 10/25/2017 | TouchTunes Virtuo Jukebox | $6,076 | $6,076 | $ - | Machinery & Equipment - Bloomington TBJ |
| 16-017 | 4/24/2018 | Countertop Welcome Sign | $1,730 | $1,730 | $ - | Machinery & Equipment - Bloomington TBJ |
| 18-108 | 1/1/2018 | Replacement Cooler Door | $2,565 | $2,565 | $ - | Machinery & Equipment - Bloomington TBJ |
| 18-141 | 1/1/2018 | Replacement Freezer Door | $2,565 | $2,565 | $ - | Machinery & Equipment - Bloomington TBJ |
| 20-104 | 1/1/2019 | Soda System Installation | $6,267 | $6,267 | $ - | Machinery & Equipment - Bloomington TBJ |
| 21-001 | 3/6/2019 | Beverage Dispenser Bubbler | $2,140 | $2,065 | $75 | Machinery & Equipment - Bloomington TBJ |
| 21-127 | 7/10/2019 | Vinyl Graphics for Custom Exterior Sign Installati | $1,034 | $926 | $108 | Machinery & Equipment - Bloomington TBJ |
| 21-134 | 3/31/2021 | Toast POS System | $15,004 | $8,271 | $6,733 | Machinery & Equipment - Bloomington TBJ |
| 21-159 | 3/3/2021 | Watchguard Firebox T80 with 3-yr Standard Support | $4,348 | $4,106 | $242 | Machinery & Equipment - Bloomington TBJ |
| 22-092 | 7/16/2021 | Metro Heated Proofing and Holding Cabinet | $2,208 | $1,088 | $1,120 | Machinery & Equipment - Bloomington TBJ |
| 23-091 | 3/17/2022 | Outdoor LED Light Box | $2,035 | $730 | $1,305 | Machinery & Equipment - Bloomington TBJ |
| 08-028-09 | 1/6/2023 | (2) Silver King Dispenser Cans | $1,629 | $321 | $1,308 | Machinery & Equipment - Bloomington TBJ |
| 20-200 | 3/17/2000 | TIRE RACK | $696 | $696 | $ - | Machinery & Equipment - Bloomington TC |
| 20-201 | 8/1/2003 | COOLER,FREEZER AND TRUCK HEATER HOOK UP | $7,030 | $7,030 | $ - | Machinery & Equipment - Bloomington TC |
| 20-202 | 1/1/2009 | Arbor Press | $2,500 | $2,500 | $ - | Machinery & Equipment - Bloomington TC |
| 20-203 | 12/9/2010 | Pressure Washer - Hotsy Unlimited | $791 | $791 | $ - | Machinery & Equipment - Bloomington TC |
| 20-204 | 2/17/2012 | Handheld MC9596 KCAEAD00100, Ser# 03292 | $1,838 | $1,838 | $ - | Machinery & Equipment - Bloomington TC |
| 20-212 | 9/12/2012 | Insulated container 11 cf - Bloom | $676 | $676 | $ - | Machinery & Equipment - Bloomington TC |
| 20-213 | 2/28/2018 | Electrical Outlets for Truck Compressors | $5,179 | $5,179 | $ - | Machinery & Equipment - Bloomington TC |
| 20-214 | 5/23/2018 | New Refrigeration in Walk-in Freezer | $10,740 | $10,740 | $ - | Machinery & Equipment - Bloomington TC |
| 20-215 | 5/9/2019 | (2) Condensing Units | $13,236 | $12,307 | $928 | Machinery & Equipment - Bloomington TC |
| 20-216 | 5/18/2021 | Bloomington Cooler Expansionl | $16,255 | $8,533 | $7,722 | Machinery & Equipment - Bloomington TC |
| 20-217 | 5/19/2022 | Bloomington Freezer Expansion | $94,712 | $30,723 | $63,989 | Machinery & Equipment - Bloomington TC |
| 20-219 | 7/13/1998 | RELOCATE W/I FREEZER FROM AURORA TO BLOOMINGTON | $6,787 | $6,787 | $ - | Machinery & Equipment - Bloomington TC |
| 20-224 | 6/22/1998 | TWO ELECTRIC PALLET JACKS | $1,500 | $1,500 | $ - | Machinery & Equipment - Bloomington TC |
| 20-225 | 6/22/1998 | 61 MILK DISPENSERS | $12,887 | $12,887 | $ - | Machinery & Equipment - Bloomington TC |
| 20-226 | 10/31/1997 | CIP BALANCE - TO BE SEPERATED | $2,696 | $2,696 | $ - | Machinery & Equipment - Bolingbrook |
| 20-227 | 5/11/2004 | ECLIPSE III,TRAINING,SOFTWARE | $16,183 | $16,183 | $ - | Machinery & Equipment - Bolingbrook |
| 20-228 | 2/13/2004 | EMACHINE | $468 | $468 | $ - | Machinery & Equipment - Bolingbrook |
| 20-229 | 5/18/2005 | Graphic Panels | $687 | $687 | $ - | Machinery & Equipment - Bolingbrook |
| 20-230 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Bolingbrook |
| 20-231 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Bolingbrook |
| 20-232 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Bolingbrook |
| 20-233 | 8/8/2007 | Blender & Pitcher | $3,893 | $3,893 | $ - | Machinery & Equipment - Bolingbrook |
| 20-234 | 6/30/2010 | Ice Cream Cabinet | $2,361 | $2,361 | $ - | Machinery & Equipment - Bolingbrook |
| 20-235 | 12/9/2010 | Restaurant Equipment - ADE | $6,577 | $6,577 | $ - | Machinery & Equipment - Bolingbrook |
| 20-236 | 12/9/2010 | Signage - Speedi Sign | $1,204 | $1,204 | $ - | Machinery & Equipment - Bolingbrook |
| 20-237 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Bolingbrook |
| 20-238 | 7/7/2019 | Bradford Water Heater | $3,150 | $2,827 | $323 | Machinery & Equipment - Bolingbrook |

| ID | Date | Description | Amount1 | Amount2 | Amount3 | Category |
|---|---|---|---|---|---|---|
| 20-239 | 7/23/2020 | Bar Blender Quiet One | $1,408 | $970 | $439 | Machinery & Equipment - Bolingbrook |
| 20-240 | 12/4/2020 | Walk-In Cooler Compressor | $4,254 | $2,617 | $1,637 | Machinery & Equipment - Bolingbrook |
| 20-241 | 2/15/2021 | LED Sign Retrofit | $3,740 | $2,152 | $1,588 | Machinery & Equipment - Bolingbrook |
| 20-242 | 5/6/2021 | Heated Holding Cabinet | $2,053 | $1,091 | $962 | Machinery & Equipment - Bolingbrook |
| 20-243 | 7/21/2021 | Ladderback Metal Chairs (55) | $5,412 | $2,651 | $2,761 | Machinery & Equipment - Bolingbrook |
| 20-244 | 10/17/2022 | Toast POS Installation | $6,018 | $1,454 | $4,564 | Machinery & Equipment - Bolingbrook |
| 20-245 | 11/5/1996 | EQUIPMENT | $74,936 | $74,936 | $ - | Machinery & Equipment - Bolingbrook |
| 20-246 | 11/2/2014 | Awnings and Installation | $13,965 | $13,965 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-247 | 11/2/2014 | Bolingbrook Signage | $46,149 | $46,149 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-248 | 11/2/2014 | Menu Boards | $5,692 | $5,692 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-249 | 11/2/2014 | Awnings and Installation | $9,506 | $9,506 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-250 | 11/2/2014 | Walk-in Panels for Cooler/Freezer | $5,787 | $5,787 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-251 | 11/2/2014 | Equipment Stand, Refrigerated Base | $5,346 | $5,346 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-252 | 11/2/2014 | Walk-in Cooler/Freezer System | $49,632 | $49,632 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-253 | 11/2/2014 | Sneezeguard System | $6,621 | $6,621 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-254 | 11/2/2014 | Gas Fryer System | $19,352 | $19,352 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-255 | 11/2/2014 | Exhaust System (6'x48") | $10,497 | $10,497 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-256 | 1/1/2014 | Exhaust System (8'x60") | $5,998 | $5,998 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-257 | 11/2/2014 | Countertop Griddle | $14,188 | $14,188 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-258 | 11/2/2014 | Soda and Ice Dispenser | $7,483 | $7,483 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-259 | 11/2/2014 | Ice Machine Nugget Compressed | $7,385 | $7,385 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-260 | 1/29/2015 | Drive Thru Communication Equipment | $8,306 | $8,306 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-261 | 8/30/2016 | Soft Serve Machine - Single - Serial #H2V-2960 | $10,562 | $10,562 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-262 | 8/30/2016 | Soft Serve Machine - Twist - Serial #H2V-2969 | $15,840 | $15,840 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-263 | 5/22/2017 | Wood Grain Restaurant Equipment | $50,478 | $50,478 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-264 | 5/22/2017 | Wood Grain Oven/Mixer | $40,085 | $40,085 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-265 | 5/22/2017 | Wood Grain Exterior Signs | $13,948 | $13,948 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-266 | 5/22/2017 | Wood Grain Furniture | $13,514 | $13,514 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-267 | 5/22/2017 | Wood Grain Kitchenware | $9,300 | $9,300 | $ - | Machinery & Equipment - Bolingbrook East TBJ |
| 20-268 | 3/6/2019 | Beverage Dispenser Bubbler | $2,140 | $2,065 | $75 | Machinery & Equipment - Bolingbrook East TBJ |
| 20-269 | 8/2/2019 | Back Bar Blender | $3,513 | $3,103 | $410 | Machinery & Equipment - Bolingbrook East TBJ |
| 20-270 | 8/26/2019 | Custom Exterior Drive Thru Signage | $2,872 | $2,499 | $373 | Machinery & Equipment - Bolingbrook East TBJ |
| 20-271 | 10/2/2020 | Bar Blender Quiet One | $1,369 | $889 | $480 | Machinery & Equipment - Bolingbrook East TBJ |
| 20-278 | 10/16/2020 | Bar Blender Quiet One | $1,369 | $879 | $490 | Machinery & Equipment - Bolingbrook East TBJ |
| 20-280 | 12/23/2020 | Bar Blender Quiet One | $1,369 | $828 | $541 | Machinery & Equipment - Bolingbrook East TBJ |
| 20-284 | 2/17/2021 | Work top Refrigerator | $3,922 | $2,252 | $1,670 | Machinery & Equipment - Bolingbrook East TBJ |
| 20-297 | 5/10/2021 | Bradford Hot Water Heater | $3,250 | $1,720 | $1,530 | Machinery & Equipment - Bolingbrook East TBJ |
| 20-299 | 8/31/2021 | Toast POS System | $19,396 | $9,066 | $10,330 | Machinery & Equipment - Bolingbrook East TBJ |
| 20-317 | 8/25/2021 | Watchguard Firebox T80 with 3-yr Standard Support | $5,449 | $4,275 | $1,174 | Machinery & Equipment - Bolingbrook East TBJ |
| 21-066 | 8/31/2022 | Centralized Ordering | $26,314 | $7,036 | $19,278 | Machinery & Equipment - Bolingbrook East TBJ |
| 21-091 | 12/22/2022 | Heat Exchanger | $3,665 | $753 | $2,912 | Machinery & Equipment - Bolingbrook East TBJ |
| 02-014 | 2/24/2023 | Bradford White 75 Gallon Hot Water Heater | $4,305 | $734 | $3,571 | Machinery & Equipment - Bolingbrook East TBJ |
| 02-015 | 5/17/2023 | (2) Dispenser Cans | $1,935 | $243 | $1,692 | Machinery & Equipment - Bolingbrook East TBJ |
| 02-016 | 4/27/2023 | LG UHD LED Monitor Ser #208MXAY7Z520 | $1,160 | $158 | $1,002 | Machinery & Equipment - Bolingbrook East TBJ |
| 02-017 | 4/27/2023 | LG UHD LED Monitor Ser #208MXWE7Z521 | $1,160 | $158 | $1,002 | Machinery & Equipment - Bolingbrook East TBJ |
| 02-018 | 4/27/2023 | LG UHD LED Monitor Ser #208MXCRBH563 | $1,160 | $158 | $1,002 | Machinery & Equipment - Bolingbrook East TBJ |
| 02-073 | 5/9/2023 | Pitco Digital Display Board | $1,608 | $209 | $1,399 | Machinery & Equipment - Bolingbrook East TBJ |
| 02-074 | 7/29/2008 | Chest Freezers, jars, pumps, covers, dispensers | $3,177 | $3,177 | $ - | Machinery & Equipment - Catering for Dairy Stores |
| 04-223 | 8/5/2008 | 2 Chest Freezers | $2,138 | $2,138 | $ - | Machinery & Equipment - Catering for Dairy Stores |
| 04-243 | 6/1/2009 | Chest Freezer | $668 | $668 | $ - | Machinery & Equipment - Catering for Dairy Stores |
| 04-258 | 6/1/2009 | Chest Freezer | $668 | $668 | $ - | Machinery & Equipment - Catering for Dairy Stores |
| 04-265 | 6/1/2009 | Chest Freezer | $668 | $668 | $ - | Machinery & Equipment - Catering for Dairy Stores |
| 05-223 | 7/20/2009 | Table base & tops (3) | $936 | $936 | $ - | Machinery & Equipment - Catering for Dairy Stores |
| 05-259 | 8/1/2009 | Chest Freezer | $1,147 | $1,147 | $ - | Machinery & Equipment - Catering for Dairy Stores |
| 07-012 | 4/11/2018 | Walk-In Cooler/Freezer | $48,988 | $48,988 | $ - | Machinery & Equipment - Champaign TBJ |
| 07-028 | 4/11/2018 | Walk-In Cooler/Freezer Refrigeration System | $11,037 | $11,037 | $ - | Machinery & Equipment - Champaign TBJ |
| 07-101 | 4/11/2018 | Undercounter Freezer | $3,024 | $3,024 | $ - | Machinery & Equipment - Champaign TBJ |
| 09-115 | 4/11/2018 | Bar Blenders | $5,739 | $5,739 | $ - | Machinery & Equipment - Champaign TBJ |
| 09-137 | 4/11/2018 | Drink Mixer | $1,382 | $1,382 | $ - | Machinery & Equipment - Champaign TBJ |
| 10-084 | 4/11/2018 | Ice Cream Dipping Cabinets - 2 | $4,955 | $4,955 | $ - | Machinery & Equipment - Champaign TBJ |
| 11-108 | 4/11/2018 | Refrigerated Fountain Rail | $5,886 | $5,886 | $ - | Machinery & Equipment - Champaign TBJ |
| 12-147 | 4/11/2018 | Work Table, Stainless Steel Top | $1,271 | $1,271 | $ - | Machinery & Equipment - Champaign TBJ |
| 18-104 | 4/11/2018 | Waffle Cone Baker | $1,652 | $1,652 | $ - | Machinery & Equipment - Champaign TBJ |
| 18-174 | 4/11/2018 | Reach-In Undercounter Refrigerator | $1,760 | $1,760 | $ - | Machinery & Equipment - Champaign TBJ |
| 19-039 | 4/11/2018 | Ice Cream Dipping Cabinets - 2 | $6,124 | $6,124 | $ - | Machinery & Equipment - Champaign TBJ |
| 20-322 | 4/11/2018 | Reach-In Freezer | $4,423 | $4,423 | $ - | Machinery & Equipment - Champaign TBJ |
| 21-025 | 4/11/2018 | Dry and Chemical Storage Shelving | $2,114 | $2,114 | $ - | Machinery & Equipment - Champaign TBJ |
| 21-092 | 4/11/2018 | Dishwasher and Racks | $6,043 | $6,043 | $ - | Machinery & Equipment - Champaign TBJ |
| 22-129 | 4/11/2018 | Exhaust Hood System | $2,132 | $2,132 | $ - | Machinery & Equipment - Champaign TBJ |
| 08-030-09 | 4/11/2018 | Electric Booster Heater | $1,818 | $1,818 | $ - | Machinery & Equipment - Champaign TBJ |
| 03-85 | 4/11/2018 | Three Compartment Sink System | $3,095 | $3,095 | $ - | Machinery & Equipment - Champaign TBJ |
| 03-142 | 4/11/2018 | Countertop Gas Griddle | $2,083 | $2,083 | $ - | Machinery & Equipment - Champaign TBJ |
| 03-143 | 4/11/2018 | Steamer | $1,377 | $1,377 | $ - | Machinery & Equipment - Champaign TBJ |
| 03-180 | 4/11/2018 | Work Table, Stainless Steel Top | $1,491 | $1,491 | $ - | Machinery & Equipment - Champaign TBJ |
| 03-182 | 4/11/2018 | Work Table System | $3,203 | $3,203 | $ - | Machinery & Equipment - Champaign TBJ |
| 03-237 | 4/11/2018 | Wall Mounted Shelving | $1,430 | $1,430 | $ - | Machinery & Equipment - Champaign TBJ |
| 03-238 | 4/11/2018 | Fry Basket Racks and Fry Baskets | $1,767 | $1,767 | $ - | Machinery & Equipment - Champaign TBJ |
| 03-239 | 4/11/2018 | Gas Fryer | $21,811 | $21,811 | $ - | Machinery & Equipment - Champaign TBJ |
| 03-340 | 4/11/2018 | Exhaust Hood System | $14,282 | $14,282 | $ - | Machinery & Equipment - Champaign TBJ |
| 03-341 | 4/11/2018 | Fire Suspension System | $5,395 | $5,395 | $ - | Machinery & Equipment - Champaign TBJ |
| 03-348 | 4/11/2018 | French Fry Warmer and Refrigerated Work Top | $4,204 | $4,204 | $ - | Machinery & Equipment - Champaign TBJ |
| 04-026 | 4/11/2018 | Work Table | $1,483 | $1,483 | $ - | Machinery & Equipment - Champaign TBJ |
| 04-269 | 4/11/2018 | Toaster | $2,651 | $2,651 | $ - | Machinery & Equipment - Champaign TBJ |
| 05-232 | 4/11/2018 | Refrigerated Condiment Table | $4,876 | $4,876 | $ - | Machinery & Equipment - Champaign TBJ |
| 05-268 | 4/11/2018 | Reach-In Undercounter Refrigerator | $1,814 | $1,814 | $ - | Machinery & Equipment - Champaign TBJ |
| 06-063 | 4/11/2018 | Electric Countertop Griddle | $17,582 | $17,582 | $ - | Machinery & Equipment - Champaign TBJ |
| 06-069 | 4/11/2018 | Refrigerated Equipment Stand | $5,751 | $5,751 | $ - | Machinery & Equipment - Champaign TBJ |
| 06-088 | 4/11/2018 | Exhaust Fan | $2,212 | $2,212 | $ - | Machinery & Equipment - Champaign TBJ |
| 07-037 | 4/11/2018 | Soda Ice & Beverage Dispenser Systems - 2 | $24,411 | $24,411 | $ - | Machinery & Equipment - Champaign TBJ |
| 07-147 | 4/11/2018 | Sneezeguards & Glass | $4,692 | $4,692 | $ - | Machinery & Equipment - Champaign TBJ |
| 07-148 | 4/11/2018 | Three Compartment Sink System | $3,446 | $3,446 | $ - | Machinery & Equipment - Champaign TBJ |
| 07-149 | 4/11/2018 | Tables, Booths & Chairs | $22,526 | $22,526 | $ - | Machinery & Equipment - Champaign TBJ |
| 07-158 | 4/11/2018 | Milk Dispenser | $2,803 | $2,803 | $ - | Machinery & Equipment - Champaign TBJ |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07-159 | 4/11/2018 | Work Table, Stainless Steel Top | $5,641 | $5,641 | $ - | Machinery & Equipment - Champaign TBJ |
| 07-162 | 4/11/2018 | TBJ & ODI Booths, TBJ Tables | $15,726 | $15,726 | $ - | Machinery & Equipment - Champaign TBJ |
| 07-163 | 4/11/2018 | Drive-thru Equipment | $9,765 | $9,765 | $ - | Machinery & Equipment - Champaign TBJ |
| 07-164 | 4/11/2018 | TouchTunes Virtuo Jukebox | $8,166 | $8,166 | $ - | Machinery & Equipment - Champaign TBJ |
| 10-081 | 4/11/2018 | Awnings | $8,085 | $8,085 | $ - | Machinery & Equipment - Champaign TBJ |
| 10-082 | 4/11/2018 | Data and Security Camera Installation | $9,460 | $9,460 | $ - | Machinery & Equipment - Champaign TBJ |
| 10-083 | 4/11/2018 | Square Inground Tables - 4 | $5,472 | $5,472 | $ - | Machinery & Equipment - Champaign TBJ |
| 11-023 | 4/11/2018 | HP PR5810 POS System | $2,080 | $2,080 | $ - | Machinery & Equipment - Champaign TBJ |
| 11-089 | 4/24/2018 | Drive-thru Communication Equipment | $11,398 | $11,398 | $ - | Machinery & Equipment - Champaign TBJ |
| 11-135 | 4/24/2018 | Restaurant Speaker System | $4,188 | $4,188 | $ - | Machinery & Equipment - Champaign TBJ |
| 12-211 | 4/24/2018 | Countertop Welcome Sign | $1,730 | $1,730 | $ - | Machinery & Equipment - Champaign TBJ |
| 13-050 | 4/11/2018 | Custom Fabricated Stainless Steel Hood Trim | $1,809 | $1,809 | $ - | Machinery & Equipment - Champaign TBJ |
| 13-235 | 4/11/2018 | Round Portable Exterior Tables (4) | $4,292 | $4,292 | $ - | Machinery & Equipment - Champaign TBJ |
| 18-081 | 1/1/2019 | Wire Shelving Units | $2,470 | $2,470 | $ - | Machinery & Equipment - Champaign TBJ |
| 19-023 | 5/16/2019 | Beverage Dispenser Bubbler | $2,291 | $2,121 | $169 | Machinery & Equipment - Champaign TBJ |
| 19-057 | 12/13/2019 | Sign Skirt | $4,170 | $3,379 | $791 | Machinery & Equipment - Champaign TBJ |
| 19-088 | 5/24/2021 | Toast POS System | $15,092 | $7,873 | $7,219 | Machinery & Equipment - Champaign TBJ |
| 21-031 | 3/3/2021 | Watchguard Firebox T80 with 3-yr Standard Support | $4,348 | $4,106 | $242 | Machinery & Equipment - Champaign TBJ |
| 21-151 | 7/16/2021 | Metro Heated Proofing and Holding Cabinet | $2,213 | $1,090 | $1,123 | Machinery & Equipment - Champaign TBJ |
| 22-085 | 1/6/2023 | (2) Silver King Dispenser Cans | $1,629 | $321 | $1,308 | Machinery & Equipment - Champaign TBJ |
| 22-106 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 22-239 | 6/1/2008 | Restaurant Equipment | $220,000 | $220,000 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 08-001-09 | 10/1/2008 | Veriphone | $546 | $546 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 08-002-09 | 12/15/2008 | Restaurant Equipment | $40,000 | $40,000 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 08-013-09 | 5/1/2009 | Blenders | $6,188 | $6,188 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 08-031-09 | 4/1/2010 | Ice Cream Cabinet | $2,422 | $2,057 | $365 | Machinery & Equipment - D.S. Equipment Inv |
| 08-056-09 | 8/1/2010 | Floor Display Merchandiser | $4,927 | $4,927 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 08-073-09 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 03-41 | 1/30/2012 | Register HP rp5800 POS | $969 | $969 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 03-159 | 5/3/2012 | Culinary Software Chef Tec Plus | $1,005 | $1,005 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| | | HP rp5700 POS Register | | | | |
| | | HP rp5700 POS Register | | | | |
| 03-160 | 4/11/2012 | HP | $721 | $721 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 03-225 | 10/11/2012 | Ice Cream Cabinet (8) Ser#1222804 | $2,665 | $2,665 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 09-167 | 1/21/2013 | Ice Cream Cabinet (8) Ser#1222803 | $2,528 | $2,528 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 10-155 | 5/17/2013 | (3) WS5 Units | $4,034 | $4,034 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 10-157 | 1/1/2013 | HP RP5700 POS | $993 | $993 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 12-083 | 6/1/2013 | HP 405800 | $1,172 | $1,172 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 12-084 | 3/14/2019 | Ice Cream Dipping Cabinet 8 Facing - Serial #19063 | $3,161 | $3,037 | $125 | Machinery & Equipment - D.S. Equipment Inv |
| 12-086 | 3/14/2019 | Ice Cream Dipping Cabinet 8 Facing - Serial #19066 | $3,161 | $3,037 | $125 | Machinery & Equipment - D.S. Equipment Inv |
| 12-088 | 4/4/2019 | Menu Board | $1,775 | $1,685 | $90 | Machinery & Equipment - D.S. Equipment Inv |
| 12-089 | 3/27/2019 | Freezer | $5,618 | $5,357 | $262 | Machinery & Equipment - D.S. Equipment Inv |
| 12-094 | 5/30/2019 | Beverage Dispenser Bubbler | $2,291 | $2,104 | $187 | Machinery & Equipment - D.S. Equipment Inv |
| 12-208 | 11/14/2019 | 4 & 2 Door LED Retro Fit | $1,710 | $1,413 | $297 | Machinery & Equipment - D.S. Equipment Inv |
| 13-061 | 7/23/2020 | Bar Blender Quiet One | $1,408 | $970 | $439 | Machinery & Equipment - D.S. Equipment Inv |
| 13-092 | 7/28/2020 | Ice Cream Dipping Cabinet 4 Facing - Serl #2020210 | $2,668 | $1,830 | $838 | Machinery & Equipment - D.S. Equipment Inv |
| 15-067 | 2/15/2021 | Watchguard Firebox T80 with 3-yr Standard Support | $1,015 | $974 | $42 | Machinery & Equipment - D.S. Equipment Inv |
| 15-068 | 2/3/2023 | Electro Freeze Model No. GEN-5099 | $31,820 | $5,789 | $26,031 | Machinery & Equipment - D.S. Equipment Inv |
| 16-006 | 5/8/2023 | Toast POS System | $5,344 | $697 | $4,647 | Machinery & Equipment - D.S. Equipment Inv |
| 16-072 | 12/1/2008 | Various Restaurant Equipment | $44,000 | $44,000 | $ - | Machinery & Equipment - D.S. Equipment Inv |
| 17-028 | 11/2/2007 | Raymond model serial 7578, pallet jack 4431856 | $4,330 | $4,330 | $ - | Machinery & Equipment - Detroit Transfer Center |
| 20-016 | 4/1/2009 | Walk in Cooler | $73,087 | $73,087 | $ - | Machinery & Equipment - Detroit Transfer Center |
| 21-011 | 10/21/2009 | Electrical Wiring to Walk in cooler, condensor | $3,420 | $3,420 | $ - | Machinery & Equipment - Detroit Transfer Center |
| 21-075 | 1/1/2009 | Arbor Press | $2,500 | $2,500 | $ - | Machinery & Equipment - Detroit Transfer Center |
| 00-075 | 10/20/2017 | Electrical Outlets for Truck Compressors | $9,790 | $9,790 | $ - | Machinery & Equipment - Detroit Transfer Center |
| 00-080 | 10/14/2019 | Heat Exchanger and Installation | $3,350 | $2,825 | $525 | Machinery & Equipment - Detroit Transfer Center |
| 00-081 | 5/5/2020 | Toughbook FZ-N1 (3) | $4,145 | $3,033 | $1,112 | Machinery & Equipment - Detroit Transfer Center |
| 00-102 | 5/14/2020 | Chest Freezer | $4,086 | $2,970 | $1,116 | Machinery & Equipment - Detroit Transfer Center |
| 00-180 | 7/17/2020 | Walkie Pallet Jack | $4,902 | $3,391 | $1,511 | Machinery & Equipment - Detroit Transfer Center |
| 00-181 | 7/26/2022 | Detroit Walk in Freezer Evaporator/Condenser Repla | $59,900 | $17,199 | $42,701 | Machinery & Equipment - Detroit Transfer Center |
| 01-006 | 3/9/1998 | BLACK & WHITE PHOTOS | $910 | $910 | $ - | Machinery & Equipment - Downers Grove |
| 02-160 | 3/18/1998 | AMANA MICROWAVE - PUSH BUTTON RCS820LW 800 | $352 | $352 | $ - | Machinery & Equipment - Downers Grove |
| 04-199 | 4/24/2000 | MIX'N MACHINE | $648 | $648 | $ - | Machinery & Equipment - Downers Grove |
| 04-209 | 8/1/2001 | WATER SOFTENER | $872 | $872 | $ - | Machinery & Equipment - Downers Grove |
| 04-275 | 12/1/2001 | ADE EQUIPMENT | $35,927 | $35,927 | $ - | Machinery & Equipment - Downers Grove |
| 04-276 | 6/12/2003 | REACH IN FREEZER | $3,353 | $3,353 | $ - | Machinery & Equipment - Downers Grove |
| 04-277 | 5/20/2004 | MIXN MACHINE | $635 | $635 | $ - | Machinery & Equipment - Downers Grove |
| 04-278 | 1/4/2004 | HELP DESK | $613 | $613 | $ - | Machinery & Equipment - Downers Grove |
| 04-279 | 7/1/2005 | Freezer Shelving | $514 | $514 | $ - | Machinery & Equipment - Downers Grove |
| 04-280 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Downers Grove |
| 04-303 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Downers Grove |
| 05-041 | 3/1/2007 | Coffee Machines | $9,025 | $9,025 | $ - | Machinery & Equipment - Downers Grove |
| 05-120 | 8/8/2007 | Blender & Pitcher | $3,893 | $3,893 | $ - | Machinery & Equipment - Downers Grove |
| 05-219 | 6/1/2009 | Crowd control Stanchion | $1,024 | $1,024 | $ - | Machinery & Equipment - Downers Grove |
| 05-255 | 6/30/2010 | Ice Cream Cabinet | $2,361 | $2,361 | $ - | Machinery & Equipment - Downers Grove |
| 07-024 | 3/15/2011 | Motors | $620 | $620 | $ - | Machinery & Equipment - Downers Grove |
| 07-115 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Downers Grove |
| 10-062 | 9/24/2012 | Hot water heater | $2,000 | $2,000 | $ - | Machinery & Equipment - Downers Grove |
| 10-063 | 6/18/2013 | Poly Grease Trap, 75 gallon - Remove and Install | $7,275 | $7,275 | $ - | Machinery & Equipment - Downers Grove |
| 11-046 | 8/26/2013 | Headset for Drive-Thru | $819 | $819 | $ - | Machinery & Equipment - Downers Grove |
| 11-095 | 10/13/2014 | Yogurt Machine Twist SS HC8-99T-RMT-132 | $15,912 | $15,912 | $ - | Machinery & Equipment - Downers Grove |
| 13-212 | 10/11/2014 | Yogurt Machine Single SS HC8-15RMT-132 | $10,387 | $10,387 | $ - | Machinery & Equipment - Downers Grove |
| 13-225 | 6/24/2016 | Walk-In Freezer | $7,859 | $7,859 | $ - | Machinery & Equipment - Downers Grove |
| 17-025 | 1/1/2018 | Drive-thru Communication Equipment | $5,284 | $5,284 | $ - | Machinery & Equipment - Downers Grove |
| 18-140 | 6/21/2018 | TouchTunes Virtuo Jukebox | $6,082 | $6,082 | $ - | Machinery & Equipment - Downers Grove |
| 18-192 | 6/21/2018 | Bar Blender | $1,315 | $1,315 | $ - | Machinery & Equipment - Downers Grove |
| 20-163 | 6/21/2018 | Right Way Signs | $1,640 | $1,640 | $ - | Machinery & Equipment - Downers Grove |
| 20-330 | 6/21/2018 | Amsec Safe | $1,888 | $1,888 | $ - | Machinery & Equipment - Downers Grove |
| 21-023 | 6/21/2018 | TBJ Tables | $4,645 | $4,645 | $ - | Machinery & Equipment - Downers Grove |
| 21-032 | 6/21/2018 | TBJ Booths | $26,760 | $26,760 | $ - | Machinery & Equipment - Downers Grove |
| 21-111 | 6/21/2018 | Drive-thru Communication Equipment | $3,491 | $3,491 | $ - | Machinery & Equipment - Downers Grove |
| 21-165 | 6/21/2018 | Custom Wrough Iron Blade Sign Frames | $6,797 | $6,797 | $ - | Machinery & Equipment - Downers Grove |
| 21-175 | 6/21/2018 | Round Portable Exterior Tables (3) | $3,347 | $3,347 | $ - | Machinery & Equipment - Downers Grove |

Rider to Schedule A/B Part 8, Question 50 r

| | | | | | | |
|---|---|---|---|---|---|---|
| 22-203 | 6/21/2018 | Interior Signage System - (3) Samsung 43" LED LCD | $4,152 | $4,152 | $ - | Machinery & Equipment - Downers Grove |
| 23-118 | 6/21/2018 | IT/Networking Equipment | $5,270 | $5,270 | $ - | Machinery & Equipment - Downers Grove |
| 23-121 | 6/21/2018 | Cabling Installation | $6,566 | $6,566 | $ - | Machinery & Equipment - Downers Grove |
| 08-033-09 | 6/21/2018 | OmniFlex Dispense-and-Vac Cleaning System | $1,480 | $1,480 | $ - | Machinery & Equipment - Downers Grove |
| 03-56 | 6/21/2018 | Speaker System | $4,299 | $4,299 | $ - | Machinery & Equipment - Downers Grove |
| 03-57 | 7/4/2018 | Digital Print Wallcovering | $2,237 | $2,237 | $ - | Machinery & Equipment - Downers Grove |
| 03-58 | 6/21/2018 | 3-Door Section for Display Cooler | $4,153 | $4,153 | $ - | Machinery & Equipment - Downers Grove |
| 03-59 | 6/21/2018 | Ice Cream Dipping Cabinet - 4 Facing | $2,505 | $2,505 | $ - | Machinery & Equipment - Downers Grove |
| 03-60 | 6/21/2018 | Work Table, Stainless Steel Top | $1,204 | $1,204 | $ - | Machinery & Equipment - Downers Grove |
| 02-217 | 6/21/2018 | Reach-In Undercounter Freezer | $2,970 | $2,970 | $ - | Machinery & Equipment - Downers Grove |
| 03-119 | 6/21/2018 | Countertop Gas Griddle | $2,701 | $2,701 | $ - | Machinery & Equipment - Downers Grove |
| 03-270 | 6/21/2018 | Steamer | $1,377 | $1,377 | $ - | Machinery & Equipment - Downers Grove |
| 04-119 | 6/21/2018 | Walk-In Cooler | $4,019 | $4,019 | $ - | Machinery & Equipment - Downers Grove |
| 04-126 | 6/21/2018 | Walk-In Cooler Refrigeration System | $7,391 | $7,391 | $ - | Machinery & Equipment - Downers Grove |
| 04-185 | 6/21/2018 | Work Table | $3,429 | $3,429 | $ - | Machinery & Equipment - Downers Grove |
| 04-232 | 6/21/2018 | Wall Mounted Shelving | $1,404 | $1,404 | $ - | Machinery & Equipment - Downers Grove |
| 04-246 | 6/21/2018 | Fry Basket Racks and Fry Baskets | $1,801 | $1,801 | $ - | Machinery & Equipment - Downers Grove |
| 04-268 | 6/21/2018 | Gas Fryer | $21,811 | $21,811 | $ - | Machinery & Equipment - Downers Grove |
| 05-227 | 6/21/2018 | Exhaust Hood System | $19,372 | $19,372 | $ - | Machinery & Equipment - Downers Grove |
| 05-263 | 6/21/2018 | Fire Suppression System | $6,820 | $6,820 | $ - | Machinery & Equipment - Downers Grove |
| 06-045 | 6/21/2018 | French Fry Warmer | $1,666 | $1,666 | $ - | Machinery & Equipment - Downers Grove |
| 07-032 | 6/21/2018 | Refrigerated Work Top | $2,538 | $2,538 | $ - | Machinery & Equipment - Downers Grove |
| 08-105 | 6/21/2018 | Toaster | $2,651 | $2,651 | $ - | Machinery & Equipment - Downers Grove |
| 10-102 | 6/21/2018 | Refrigerated Condiment Table | $4,876 | $4,876 | $ - | Machinery & Equipment - Downers Grove |
| 10-103 | 6/21/2018 | Work Table, Stainless Steel Top | $3,305 | $3,305 | $ - | Machinery & Equipment - Downers Grove |
| 10-104 | 6/21/2018 | Countertop Electric Griddle | $17,958 | $17,958 | $ - | Machinery & Equipment - Downers Grove |
| 11-078 | 6/21/2018 | Refrigerated Equipment Stand | $6,431 | $6,431 | $ - | Machinery & Equipment - Downers Grove |
| 12-052 | 6/21/2018 | Exhaust Hood System | $7,775 | $7,775 | $ - | Machinery & Equipment - Downers Grove |
| 13-243 | 6/21/2018 | Soda Ice & Beverage Dispenser Systems | $14,321 | $14,321 | $ - | Machinery & Equipment - Downers Grove |
| 18-194 | 6/21/2018 | Milk Dispenser | $2,803 | $2,803 | $ - | Machinery & Equipment - Downers Grove |
| 20-167 | 6/21/2018 | Sneezeguards & Glass | $4,692 | $4,692 | $ - | Machinery & Equipment - Downers Grove |
| 20-223 | 6/21/2018 | Three Compartment Sink System | $3,171 | $3,171 | $ - | Machinery & Equipment - Downers Grove |
| 22-023 | 6/21/2018 | Work Table, Stainless Steel Top | $1,040 | $1,040 | $ - | Machinery & Equipment - Downers Grove |
| 22-024 | 6/21/2018 | Chairs (14) | $2,782 | $2,782 | $ - | Machinery & Equipment - Downers Grove |
| 22-241 | 9/1/2018 | Mural Frame | $1,657 | $1,263 | $394 | Machinery & Equipment - Downers Grove |
| 08-051-09 | 5/30/2019 | Beverage Dispenser Bubbler | $2,291 | $2,104 | $187 | Machinery & Equipment - Downers Grove |
| 03-34 | 11/24/2020 | Illuminated Menu Board | $1,598 | $992 | $606 | Machinery & Equipment - Downers Grove |
| 97-93 | 1/29/2021 | Menu Board #2 | $1,853 | $1,083 | $770 | Machinery & Equipment - Downers Grove |
| 04-005 | 3/26/2021 | Chest Freezer | $2,543 | $1,409 | $1,134 | Machinery & Equipment - Downers Grove |
| 11-109 | 7/18/2021 | Toast POS System | $15,365 | $7,552 | $7,813 | Machinery & Equipment - Downers Grove |
| 12-104 | 8/2/2021 | Heated Holding Cabinet | $2,053 | $992 | $1,061 | Machinery & Equipment - Downers Grove |
| 14-187 | 8/6/2021 | Refrigeration System for Walk-In Cooler | $9,594 | $4,616 | $4,978 | Machinery & Equipment - Downers Grove |
| 15-008 | 2/17/2022 | Stainless Steel Table | $2,823 | $1,056 | $1,766 | Machinery & Equipment - Downers Grove |
| 16-021 | 5/17/2023 | (2) Dispenser Cans | $1,935 | $243 | $1,692 | Machinery & Equipment - Downers Grove |
| 22-186 | 6/1/1998 | 46"" ROUND TABLE W/CONCAVE SEATS - RED/VANILLA | $1,493 | $1,493 | $ - | Machinery & Equipment - Elgin |
| 90-509 | 3/10/1998 | SIGNAGE | $27,144 | $27,144 | $ - | Machinery & Equipment - Elgin |
| 90-513 | 3/10/1999 | SUN SHADES | $446 | $446 | $ - | Machinery & Equipment - Elgin |
| 96-666 | 3/17/2003 | MENU BOARD | $4,258 | $4,258 | $ - | Machinery & Equipment - Elgin |
| 96-667 | 3/15/2000 | OVEN,MICROWAVE | $895 | $895 | $ - | Machinery & Equipment - Elgin |
| 96-668 | 4/24/2000 | MIX'N MACHINE | $648 | $648 | $ - | Machinery & Equipment - Elgin |
| 99-161 | 11/19/2001 | FORMER YORKTOWN EQUIP NOW AT ELGIN | $16,299 | $16,299 | $ - | Machinery & Equipment - Elgin |
| 02-103 | 5/7/2004 | LEASE BUYOUT | $11,680 | $11,680 | $ - | Machinery & Equipment - Elgin |
| 02-112 | 4/13/2005 | Shelving | $715 | $715 | $ - | Machinery & Equipment - Elgin |
| 02-113 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Elgin |
| 02-114 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Elgin |
| 02-123 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Elgin |
| 02-124 | 7/1/2009 | Waffle cone baker | $606 | $606 | $ - | Machinery & Equipment - Elgin |
| 02-157 | 6/16/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Elgin |
| 03-120 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Elgin |
| 04-034 | 7/8/2013 | 4 Facing Ice Cream Cabinet Serial # 1316812 | $2,198 | $2,198 | $ - | Machinery & Equipment - Elgin |
| 04-095 | 7/8/2013 | 4 Facing Ice Cream Cabinet Serial # 1316815 | $2,198 | $2,198 | $ - | Machinery & Equipment - Elgin |
| 04-141 | 8/31/2015 | Soft serve machine (single) Serial #G2U-2616 | $10,392 | $10,392 | $ - | Machinery & Equipment - Elgin |
| 04-244 | 8/31/2015 | Soft serve machine (twist) Serial #H2U-3170 | $15,636 | $15,636 | $ - | Machinery & Equipment - Elgin |
| 04-347 | 10/20/2017 | Condensing Unit on Walk-In Freezer | $5,377 | $5,377 | $ - | Machinery & Equipment - Elgin |
| 05-226 | 2/21/2018 | Drive-thru Communication Equipment | $5,300 | $5,300 | $ - | Machinery & Equipment - Elgin |
| 05-262 | 9/5/2018 | Awnings - Recover | $1,400 | $1,400 | $ - | Machinery & Equipment - Elgin |
| 05-285 | 4/22/2019 | Chairs | $3,629 | $3,408 | $221 | Machinery & Equipment - Elgin |
| 07-031 | 5/13/2019 | Bar Blender | $1,356 | $1,258 | $98 | Machinery & Equipment - Elgin |
| 07-069 | 2/7/2022 | Copeland Ice Cream Compressor | $2,781 | $1,056 | $1,725 | Machinery & Equipment - Elgin |
| 08-136 | 7/18/2022 | Toast POS System | $9,056 | $2,640 | $6,416 | Machinery & Equipment - Elgin |
| 09-063 | 11/11/2022 | True Mfg Freezer Model # T-35F-HC; Ser:10479897-1 | $8,833 | $2,013 | $6,820 | Machinery & Equipment - Elgin |
| 10-017 | 1/12/2023 | (2) Heat Exchangers | $3,300 | $640 | $2,660 | Machinery & Equipment - Elgin |
| 10-065 | 5/21/1996 | ADE EQUIPMENT | $17,541 | $17,541 | $ - | Machinery & Equipment - Elgin |
| 10-086 | 10/24/1997 | ADE EQUIPMENT | $116 | $116 | $ - | Machinery & Equipment - Elgin |
| 11-074 | 12/18/1998 | MUSIC, EQUIPMENT & LABOR | $961 | $961 | $ - | Machinery & Equipment - Elgin |
| 13-247 | 12/18/1998 | TWO CHECKED TABLE TOPS (NO BASES) | $348 | $348 | $ - | Machinery & Equipment - Elgin |
| 18-103 | 12/18/1998 | DAIRY STORE PICTURES | $910 | $910 | $ - | Machinery & Equipment - Elgin |
| 21-126 | 1/26/1999 | GRATE SIGNS SIGNAGE-B | $10,278 | $10,278 | $ - | Machinery & Equipment - Elgin |
| 22-127 | 4/24/2000 | MIX'N MACHINE | $648 | $648 | $ - | Machinery & Equipment - Elmhurst |
| 22-205 | 7/30/2001 | BUYOUT OF EQUIPMENT-ELMHURST | $19,741 | $19,741 | $ - | Machinery & Equipment - Elmhurst |
| 08-035-09 | 2/21/2002 | HOT WATER HEATER | $872 | $872 | $ - | Machinery & Equipment - Elmhurst |
| 08-064-09 | 2/20/2004 | ECLIPSE PIII/PROGRAMMING | $16,473 | $16,473 | $ - | Machinery & Equipment - Elmhurst |
| 12-009 | 4/30/2004 | WIRING SERVICES/LABOR/MILEAGE | $575 | $575 | $ - | Machinery & Equipment - Elmhurst |
| 12-012 | 2/23/2004 | HELP DESK | $613 | $613 | $ - | Machinery & Equipment - Elmhurst |
| 12-122 | 7/1/2005 | Freezer Shelving | $923 | $923 | $ - | Machinery & Equipment - Elmhurst |
| 12-124 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Elmhurst |
| 12-125 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Elmhurst |
| 12-126 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Elmhurst |
| 12-129 | 11/29/2007 | Tempering Cabinet | $4,119 | $4,119 | $ - | Machinery & Equipment - Elmhurst |
| 12-130 | 7/1/2008 | Elhurst Rebuild Soft Serve machines, wallpaper | $27,588 | $27,588 | $ - | Machinery & Equipment - Elmhurst |
| 12-132 | 10/1/2008 | Restaurant Equipment | $51,829 | $51,829 | $ - | Machinery & Equipment - Elmhurst |
| 12-133 | 12/1/2008 | Desktop computer serial # MXM7310PQ | $1,055 | $1,055 | $ - | Machinery & Equipment - Elmhurst |
| 12-134 | 2/6/2009 | Register and Stand | $1,085 | $1,085 | $ - | Machinery & Equipment - Elmhurst |

Rider to Schedule A/B Part 8, Question 50j.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12-141 | 6/1/2009 | Crowd Control Stanchion | $1,024 | $1,024 | $ - | Machinery & Equipment - Elmhurst |
| 12-142 | 6/16/2010 | Waffle Cone Baker | $563 | $501 | $61 | Machinery & Equipment - Elmhurst |
| 12-143 | 6/17/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Elmhurst |
| 12-144 | 6/17/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Elmhurst |
| 12-215 | 5/12/2011 | Hot Water Tank | $1,935 | $1,935 | $ - | Machinery & Equipment - Elmhurst |
| 19-068 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Elmhurst |
| 21-009 | 6/10/2013 | Vita-Mix Blender, model #36037 | $1,887 | $1,887 | $ - | Machinery & Equipment - Elmhurst |
| 21-085 | 10/5/2016 | Condensing Unit | $6,172 | $6,172 | $ - | Machinery & Equipment - Elmhurst |
| 21-237 | 6/11/2018 | Ice Dream Dipping Cabinet - 4 Facing Ser #1815808 | $2,530 | $2,530 | $ - | Machinery & Equipment - Elmhurst |
| 22-003 | 6/6/2018 | Ardco Freezer/Cooler Display Customer Door Lightin | $1,650 | $1,650 | $ - | Machinery & Equipment - Elmhurst |
| 22-084 | 8/17/2018 | Condensing Unit for Walk-In Freezer | $4,205 | $4,205 | $ - | Machinery & Equipment - Elmhurst |
| 22-115 | 2/13/2023 | Toast POS System | $6,125 | $1,081 | $5,044 | Machinery & Equipment - Elmhurst |
| 23-034 | 5/9/2023 | American Standard 50 Gallon Hot Water Heater | $2,025 | $263 | $1,762 | Machinery & Equipment - Elmhurst |
| 08-129 | 4/14/2023 | Freezer Compressor | $2,939 | $422 | $2,517 | Machinery & Equipment - Elmhurst |
| 08-135 | 4/17/1996 | ADE EQUIPMENT | $16,216 | $16,216 | $ - | Machinery & Equipment - Elmhurst |
| 09-051 | 4/17/1996 | YOGURT MACHINES (2) HIGH P | $26,512 | $26,512 | $ - | Machinery & Equipment - Elmhurst |
| 09-107 | 11/10/1997 | BARRIER TENSION 890-1P | $660 | $660 | $ - | Machinery & Equipment - Elmhurst |
| 10-054 | 12/1/1997 | CIP BALANCE-TO BE SEPERATED | $17,236 | $17,236 | $ - | Machinery & Equipment - Elmhurst |
| 11-097 | 9/14/2005 | Jukebox Touch Tunes | $509 | $509 | $ - | Machinery & Equipment - Evergreen Park |
| 18-143 | 9/1/2005 | Menu Boards | $1,544 | $1,544 | $ - | Machinery & Equipment - Evergreen Park |
| 19-082 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Evergreen Park |
| 20-115 | 10/1/2005 | Roller Shades | $6,927 | $6,927 | $ - | Machinery & Equipment - Evergreen Park |
| 20-222 | 10/20/2005 | Shake Blenders, Shelving, Table | $2,531 | $2,531 | $ - | Machinery & Equipment - Evergreen Park |
| 21-013 | 11/4/2005 | Crowd Control Barrier, Wire Shelving | $515 | $515 | $ - | Machinery & Equipment - Evergreen Park |
| 21-211 | 11/30/2005 | Seating, Side Splash | $950 | $950 | $ - | Machinery & Equipment - Evergreen Park |
| 21-244 | 11/1/2005 | Graphics for Tenant Panels | $1,384 | $1,384 | $ - | Machinery & Equipment - Evergreen Park |
| 23-035 | 4/1/2006 | Sound System | $5,101 | $5,101 | $ - | Machinery & Equipment - Evergreen Park |
| 08-078-09 | 5/10/2006 | Outdoor Tables & Umbrellas, Receptacle | $2,222 | $2,222 | $ - | Machinery & Equipment - Evergreen Park |
| 08-080-09 | 3/24/2006 | Sound System | $691 | $691 | $ - | Machinery & Equipment - Evergreen Park |
| 08-081-09 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Evergreen Park |
| 08-082-09 | 8/8/2007 | Blender & Pitcher | $3,893 | $3,893 | $ - | Machinery & Equipment - Evergreen Park |
| 08-083-09 | 7/9/2008 | Drink Mixer | $711 | $711 | $ - | Machinery & Equipment - Evergreen Park |
| 08-084-09 | 6/30/2010 | Water Softener | $1,029 | $1,029 | $ - | Machinery & Equipment - Evergreen Park |
| 08-086-09 | 12/9/2010 | Alarm - Hilltop Alarm | $507 | $507 | $ - | Machinery & Equipment - Evergreen Park |
| 07-009 | 12/9/2010 | Awnings - Awnings Plus | $2,708 | $2,674 | $34 | Machinery & Equipment - Evergreen Park |
| 07-013 | 12/9/2010 | Restaurant Equipment - ADE | $32,459 | $32,459 | $ - | Machinery & Equipment - Evergreen Park |
| 07-058 | 12/9/2010 | Signage - Speedi Sign | $5,279 | $5,279 | $ - | Machinery & Equipment - Evergreen Park |
| 07-059 | 12/9/2010 | Wall covering, Glass - Thybony & Midwest | $416 | $416 | $ - | Machinery & Equipment - Evergreen Park |
| 07-060 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Evergreen Park |
| 07-062 | 8/1/2011 | Hot Water Heater | $1,935 | $1,935 | $ - | Machinery & Equipment - Evergreen Park |
| 07-065 | 4/26/2013 | Soft Serve Machine Rebuild | $8,560 | $8,560 | $ - | Machinery & Equipment - Evergreen Park |
| 07-098 | 1/3/2016 | Awnings - Recover | $8,825 | $8,825 | $ - | Machinery & Equipment - Evergreen Park |
| 09-166 | 3/11/2016 | TouchTunes Virtuo Jukebox | $6,045 | $6,045 | $ - | Machinery & Equipment - Evergreen Park |
| 12-085 | 5/23/2018 | Bar Blender | $1,315 | $1,315 | $ - | Machinery & Equipment - Evergreen Park |
| 12-087 | 7/17/2018 | Ice Cream Dipping Cabinet - 8 Facing Serial #18170 | $2,980 | $2,980 | $ - | Machinery & Equipment - Evergreen Park |
| 14-044 | 5/13/2020 | Bar Blenders Quiet One (2) | $2,738 | $1,991 | $747 | Machinery & Equipment - Evergreen Park |
| 19-081 | 1/1/2021 | Tecumsen Ice Cream Machine Compressor | $2,332 | $1,399 | $933 | Machinery & Equipment - Evergreen Park |
| 20-143 | 7/21/2021 | Ladderback Metal Chairs (38) | $3,778 | $1,850 | $1,927 | Machinery & Equipment - Evergreen Park |
| 20-186 | 6/28/2021 | Walk-in Freezer Condensing Unit | $7,000 | $3,517 | $3,483 | Machinery & Equipment - Evergreen Park |
| 22-007 | 5/19/2021 | Round Outdoor Tables (2) | $3,960 | $2,077 | $1,884 | Machinery & Equipment - Evergreen Park |
| 06-046 | 5/26/2022 | Dipping Cabinet | $3,016 | $967 | $2,049 | Machinery & Equipment - Evergreen Park |
| 06-050 | 5/22/2023 | Toast POS System | $4,352 | $534 | $3,818 | Machinery & Equipment - Evergreen Park |
| 06-051 | 9/28/2020 | Awnings | $4,090 | $2,666 | $1,424 | Machinery & Equipment - Geneva TBJ |
| 06-055 | 9/28/2020 | LED Monitor | $30,239 | $19,713 | $10,526 | Machinery & Equipment - Geneva TBJ |
| 06-056 | 9/28/2020 | Bistro Twister Pizza Oven | $27,500 | $17,928 | $9,572 | Machinery & Equipment - Geneva TBJ |
| 06-058 | 9/28/2020 | Survellance Equipment | $1,999 | $1,303 | $696 | Machinery & Equipment - Geneva TBJ |
| 06-059 | 9/28/2020 | Tables, Booths and Chairs | $50,058 | $32,633 | $17,425 | Machinery & Equipment - Geneva TBJ |
| 06-081 | 9/28/2020 | Toast POS System | $22,006 | $14,346 | $7,660 | Machinery & Equipment - Geneva TBJ |
| 06-082 | 9/28/2020 | Tables, Umbrellas, Garbage Recepticles | $13,089 | $8,533 | $4,556 | Machinery & Equipment - Geneva TBJ |
| 06-083 | 9/28/2020 | Steno Fork Mixer | $8,950 | $5,835 | $3,115 | Machinery & Equipment - Geneva TBJ |
| 06-084 | 9/28/2020 | Oven Fan for Pizza Oven | $2,913 | $1,899 | $1,014 | Machinery & Equipment - Geneva TBJ |
| 06-089 | 9/28/2020 | Interior Signage | $11,120 | $7,250 | $3,871 | Machinery & Equipment - Geneva TBJ |
| 07-044 | 9/28/2020 | Watchguard Firebox T80 and 3 Year Basic Security | $6,845 | $6,845 | $ - | Machinery & Equipment - Geneva TBJ |
| 07-081 | 9/28/2020 | Virtuo II Juke Box Serial # 0A647F | $6,045 | $3,940 | $2,104 | Machinery & Equipment - Geneva TBJ |
| 10-050 | 9/28/2020 | Kolpak Walk-In Cooler/Freezer | $52,871 | $34,467 | $18,404 | Machinery & Equipment - Geneva TBJ |
| 10-090 | 9/28/2020 | Refrigeration Enterprises Walk-In Cooler/Freezer | $23,148 | $15,090 | $8,057 | Machinery & Equipment - Geneva TBJ |
| 10-091 | 9/28/2020 | Olympic Wire Shelving Unit | $1,275 | $832 | $444 | Machinery & Equipment - Geneva TBJ |
| 11-098 | 9/28/2020 | C. Nelson Ice Cream Dipping Cabinets 8 Facing (2) | $6,610 | $4,309 | $2,301 | Machinery & Equipment - Geneva TBJ |
| 12-236 | 9/28/2020 | C. Nelson Ice Cream Dipping Cabinets 4 Facing (2) | $5,346 | $3,485 | $1,861 | Machinery & Equipment - Geneva TBJ |
| 13-084 | 9/28/2020 | True Model TD-24-7-HC Bottle Cooler | $2,122 | $1,383 | $739 | Machinery & Equipment - Geneva TBJ |
| 18-089 | 9/28/2020 | John Boos Work Table | $1,124 | $733 | $391 | Machinery & Equipment - Geneva TBJ |
| 18-185 | 9/28/2020 | True MFG Pizza Preparation Refrigerator | $8,506 | $5,545 | $2,961 | Machinery & Equipment - Geneva TBJ |
| 19-086 | 9/28/2020 | John Boos Work Table | $1,515 | $988 | $527 | Machinery & Equipment - Geneva TBJ |
| 21-069 | 9/28/2020 | Continental Refrig Reach-In Undercounter Freezer | $3,297 | $2,150 | $1,148 | Machinery & Equipment - Geneva TBJ |
| 21-246 | 9/28/2020 | Vitamix Quiet One Bar Blenders (3) | $4,442 | $2,896 | $1,546 | Machinery & Equipment - Geneva TBJ |
| 23-122 | 9/28/2020 | Olympic Wire Shelving Unit | $1,731 | $1,129 | $603 | Machinery & Equipment - Geneva TBJ |
| 08-038-09 | 9/28/2020 | Vitamix Mix'n Machine Mixer (2) | $1,318 | $859 | $459 | Machinery & Equipment - Geneva TBJ |
| 03-17 | 9/28/2020 | True Reach-In Freezer | $5,076 | $3,309 | $1,767 | Machinery & Equipment - Geneva TBJ |
| 03-18 | 9/28/2020 | Sneeze Guard | $8,246 | $5,376 | $2,870 | Machinery & Equipment - Geneva TBJ |
| 03-35 | 9/28/2020 | Cobatco Waffle Cone Baker | $1,899 | $1,238 | $661 | Machinery & Equipment - Geneva TBJ |
| 03-36 | 9/28/2020 | Pitco Frialator Gas Fryer and Rack | $25,190 | $16,422 | $8,768 | Machinery & Equipment - Geneva TBJ |
| 03-37 | 9/28/2020 | True Refrigerated Work Top | $3,699 | $2,411 | $1,288 | Machinery & Equipment - Geneva TBJ |
| 03-38 | 9/28/2020 | Hatco French Fry Warmer | $1,803 | $1,175 | $627 | Machinery & Equipment - Geneva TBJ |
| 03-39 | 9/28/2020 | Magikitch'n Gas Countertop Griddle | $13,123 | $8,555 | $4,568 | Machinery & Equipment - Geneva TBJ |
| 03-46 | 9/28/2020 | True Refrigerated Equipment Stand | $5,859 | $3,820 | $2,039 | Machinery & Equipment - Geneva TBJ |
| 03-47 | 9/28/2020 | Antunes Countertop Portion Steamer | $1,420 | $926 | $494 | Machinery & Equipment - Geneva TBJ |
| 03-48 | 9/28/2020 | True Pizza Preperation Refrigerator | $5,832 | $3,802 | $2,030 | Machinery & Equipment - Geneva TBJ |
| 03-96 | 9/28/2020 | Antunes Contact Grill Toaster | $2,668 | $1,739 | $929 | Machinery & Equipment - Geneva TBJ |
| 97-32 | 9/28/2020 | John Boos Two Compartment Sink | $1,837 | $1,198 | $639 | Machinery & Equipment - Geneva TBJ |
| 97-34 | 9/28/2020 | Kolpak Walk-In Cooler | $8,624 | $5,622 | $3,002 | Machinery & Equipment - Geneva TBJ |
| 97-35 | 9/28/2020 | Olympic Wire Shelving Unit | $1,269 | $827 | $442 | Machinery & Equipment - Geneva TBJ |
| 97-36 | 9/28/2020 | True Refrigerated Work Top | $3,780 | $2,464 | $1,316 | Machinery & Equipment - Geneva TBJ |
| 97-38 | 9/28/2020 | Robot Coupe Food Processor | $1,651 | $1,077 | $575 | Machinery & Equipment - Geneva TBJ |

Rider to Schedule A/B Part 8, Question 50)

| | | | | | | |
|---|---|---|---|---|---|---|
| 97-43 | 9/28/2020 | Globe Electric Food Slicer | $999 | $651 | $348 | Machinery & Equipment - Geneva TBJ |
| 97-44 | 9/28/2020 | Captive-Aire Exhaust Hood | $8,710 | $5,678 | $3,032 | Machinery & Equipment - Geneva TBJ |
| 98-63 | 9/28/2020 | Captive-Aire Exhaust Fan | $1,679 | $1,095 | $585 | Machinery & Equipment - Geneva TBJ |
| 98-64 | 9/28/2020 | Captive-Aire Supply Fan | $6,081 | $3,965 | $2,117 | Machinery & Equipment - Geneva TBJ |
| 00-065 | 9/28/2020 | Captive-Aire Electrical System | $2,223 | $1,449 | $774 | Machinery & Equipment - Geneva TBJ |
| 00-073 | 9/28/2020 | Wall Flashing | $1,620 | $1,056 | $564 | Machinery & Equipment - Geneva TBJ |
| 00-172 | 9/28/2020 | Captive-Aire Fire Suppression System | $6,145 | $4,006 | $2,139 | Machinery & Equipment - Geneva TBJ |
| 00-176 | 9/28/2020 | Silver King Milk Dispenser | $3,008 | $1,961 | $1,047 | Machinery & Equipment - Geneva TBJ |
| 00-183 | 9/28/2020 | Grindmaster-Cecilware Beverage Dispenser | $1,876 | $1,223 | $653 | Machinery & Equipment - Geneva TBJ |
| 00-201 | 9/28/2020 | True Undercounter Refrigerator | $2,711 | $1,767 | $944 | Machinery & Equipment - Geneva TBJ |
| 01-020 | 9/28/2020 | True Mega Top Preparation Refrigerator | $5,459 | $3,559 | $1,900 | Machinery & Equipment - Geneva TBJ |
| 01-021 | 9/28/2020 | True Preparation Refrigerator | $3,623 | $2,362 | $1,261 | Machinery & Equipment - Geneva TBJ |
| 01-046 | 9/28/2020 | Food Warming Equipment Heated Cabinet | $2,668 | $1,739 | $929 | Machinery & Equipment - Geneva TBJ |
| 01-047 | 9/28/2020 | John Boos Work Table | $1,806 | $1,178 | $629 | Machinery & Equipment - Geneva TBJ |
| 01-048 | 9/28/2020 | Hatco Heat Lamps | $1,966 | $1,281 | $684 | Machinery & Equipment - Geneva TBJ |
| 01-049 | 9/28/2020 | Sneeze Guard | $4,261 | $2,778 | $1,483 | Machinery & Equipment - Geneva TBJ |
| 01-051 | 9/28/2020 | John Boos Three Compartment Sink | $2,008 | $1,309 | $699 | Machinery & Equipment - Geneva TBJ |
| 01-052 | 9/28/2020 | John Boos Overshelves | $1,152 | $751 | $401 | Machinery & Equipment - Geneva TBJ |
| 01-053 | 9/28/2020 | Cabinetry | $91,133 | $59,411 | $31,722 | Machinery & Equipment - Geneva TBJ |
| 01-055 | 9/30/2020 | Drive-Thru Equipment | $5,983 | $3,894 | $2,089 | Machinery & Equipment - Geneva TBJ |
| 01-056 | 9/28/2020 | Playground Equipment | $65,936 | $42,985 | $22,952 | Machinery & Equipment - Geneva TBJ |
| 01-057 | 9/28/2020 | Exterior Signage | $64,670 | $42,159 | $22,511 | Machinery & Equipment - Geneva TBJ |
| 01-058 | 10/22/2020 | Drive-Thru Equipment | $11,427 | $7,300 | $4,128 | Machinery & Equipment - Geneva TBJ |
| 01-059 | 9/18/2020 | Deadbolts | $1,651 | $1,085 | $566 | Machinery & Equipment - Geneva TBJ |
| 01-061 | 9/28/2020 | AMSEC 3020 Safe | $1,983 | $1,293 | $690 | Machinery & Equipment - Geneva TBJ |
| 01-062 | 5/6/2021 | Heated Holding Cabinet | $2,053 | $1,091 | $962 | Machinery & Equipment - Geneva TBJ |
| 01-063 | 5/24/2021 | Vulcan Griddle Model No. VMCS-101 | $5,001 | $2,609 | $2,392 | Machinery & Equipment - Geneva TBJ |
| 01-064 | 2/21/2002 | BLENDER PACKAGE | $2,559 | $2,559 | $ - | Machinery & Equipment - Glenview |
| 01-065 | 3/5/2002 | WAFFLE CONE BAKER | $659 | $659 | $ - | Machinery & Equipment - Glenview |
| 01-066 | 3/8/2002 | FAX MODEM | $1,152 | $1,152 | $ - | Machinery & Equipment - Glenview |
| 01-067 | 3/14/2002 | DROP SAFE AND DEAD BOLT | $1,733 | $1,733 | $ - | Machinery & Equipment - Glenview |
| 01-068 | 3/25/2002 | MUSIC SYSTEM | $1,920 | $1,920 | $ - | Machinery & Equipment - Glenview |
| 01-069 | 4/1/2002 | 3 COOLER DOOR PICTORIALS | $847 | $847 | $ - | Machinery & Equipment - Glenview |
| 01-071 | 6/27/2002 | ADDITIONAL CHARGES FOR GLENVIEW | $286 | $286 | $ - | Machinery & Equipment - Glenview |
| 01-081 | 4/30/2004 | WIRING SERVICES/LABOR/MILEAGE | $575 | $575 | $ - | Machinery & Equipment - Glenview |
| 01-082 | 3/22/2004 | HELP DESK | $613 | $613 | $ - | Machinery & Equipment - Glenview |
| 01-083 | 2/13/2004 | E-MACHINE | $468 | $468 | $ - | Machinery & Equipment - Glenview |
| 01-087 | 3/18/2004 | ECLIPSE III,TRAINING,GIFT CARD INTERFACE | $16,672 | $16,672 | $ - | Machinery & Equipment - Glenview |
| 01-088 | 9/1/2005 | Menu Board | $233 | $233 | $ - | Machinery & Equipment - Glenview |
| 01-089 | 9/1/2005 | Display | $607 | $607 | $ - | Machinery & Equipment - Glenview |
| 01-091 | 3/5/2007 | Store Fixtures and Equipment | $22,650 | $22,650 | $ - | Machinery & Equipment - Glenview |
| 01-092 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Glenview |
| 01-093 | 8/19/2009 | WS4 Unit workstation register | $1,054 | $1,054 | $ - | Machinery & Equipment - Glenview |
| 01-094 | 10/1/2009 | Upgrade of Signage | $3,654 | $3,654 | $ - | Machinery & Equipment - Glenview |
| 01-095 | 6/16/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Glenview |
| 01-105 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Glenview |
| 01-106 | 9/19/2012 | Awning - vinyl | $2,640 | $2,640 | $ - | Machinery & Equipment - Glenview |
| 01-107 | 5/17/2018 | Ice Cream Dipping Cabinet - 8 Facing Ser #1812813 | $3,054 | $3,054 | $ - | Machinery & Equipment - Glenview |
| 01-109 | 8/20/2018 | Bradfor hot water heater | $2,148 | $2,148 | $ - | Machinery & Equipment - Glenview |
| 01-111 | 6/27/2019 | Ice Cream Dipping Cabinet 8 Facing - Serial #19108 | $3,289 | $2,970 | $319 | Machinery & Equipment - Glenview |
| 01-116 | 12/11/2020 | Bryant Gas Furnace | $5,600 | $3,424 | $2,176 | Machinery & Equipment - Glenview |
| 01-122 | 2/17/2021 | Awnings - Recover | $5,170 | $2,969 | $2,201 | Machinery & Equipment - Glenview |
| 01-125 | 5/20/2021 | Bar Blender Quiet One | $1,812 | $949 | $863 | Machinery & Equipment - Glenview |
| 01-126 | 8/15/2022 | Toast POS System | $6,830 | $1,886 | $4,944 | Machinery & Equipment - Glenview |
| 01-127 | 8/30/2003 | CUSTOM COW PENDANT FIXTURE | $1,387 | $1,387 | $ - | Machinery & Equipment - Gurnee |
| 01-128 | 7/9/2003 | BLENDER PACKAGE | $2,102 | $2,102 | $ - | Machinery & Equipment - Gurnee |
| 01-129 | 6/30/2003 | FIRST PAYMENT ON FREEZER | $41,000 | $41,000 | $ - | Machinery & Equipment - Gurnee |
| 01-131 | 8/30/2003 | WAFFLE CONE BAKER | $1,185 | $1,185 | $ - | Machinery & Equipment - Gurnee |
| 01-140 | 8/30/2003 | LIGHTING/RED PENDANTS | $3,913 | $3,913 | $ - | Machinery & Equipment - Gurnee |
| 01-141 | 8/30/2003 | SAFE AND KEYS | $1,177 | $1,177 | $ - | Machinery & Equipment - Gurnee |
| 01-152 | 9/16/2003 | Restaurant Equipment | $76,721 | $76,721 | $ - | Machinery & Equipment - Gurnee |
| 01-153 | 8/30/2003 | RED PICNIC TABLES | $1,291 | $1,291 | $ - | Machinery & Equipment - Gurnee |
| 01-154 | 10/8/2003 | BLENDER PACKAGE | $2,547 | $2,547 | $ - | Machinery & Equipment - Gurnee |
| 01-156 | 11/26/2003 | HARDWARE,SOFTWARE AND MSA | $24,441 | $24,441 | $ - | Machinery & Equipment - Gurnee |
| 01-159 | 10/1/2003 | ROUND PICNIC TABLES,RECEPTACLES | $1,291 | $1,291 | $ - | Machinery & Equipment - Gurnee |
| 01-160 | 1/1/2004 | CUSTOM BEADING LIGHTING | $917 | $917 | $ - | Machinery & Equipment - Gurnee |
| 01-173 | 5/12/2004 | 1 PATIO UMBRELLA | $793 | $793 | $ - | Machinery & Equipment - Gurnee |
| 02-031 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Gurnee |
| 02-032 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Gurnee |
| 02-033 | 6/27/2006 | Display Trays | $624 | $624 | $ - | Machinery & Equipment - Gurnee |
| 02-034 | 7/1/2006 | Sneezeguard, Laminated Glass | $1,104 | $1,104 | $ - | Machinery & Equipment - Gurnee |
| 02-043 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Gurnee |
| 02-044 | 11/19/2007 | Awning w/aluminum staple-in frame fabric | $6,846 | $6,846 | $ - | Machinery & Equipment - Gurnee |
| 02-045 | 11/19/2007 | Sign Package | $18,202 | $18,202 | $ - | Machinery & Equipment - Gurnee |
| 02-046 | 12/1/2007 | Mag reader, cash drwr, eclipse | $1,497 | $1,497 | $ - | Machinery & Equipment - Gurnee |
| 02-047 | 12/26/2007 | Restaurant equpment | $60,480 | $60,480 | $ - | Machinery & Equipment - Gurnee |
| 02-048 | 11/20/2007 | Drive thru equipment | $6,861 | $6,861 | $ - | Machinery & Equipment - Gurnee |
| 02-067 | 12/1/2007 | Soft Serve Machine | $8,252 | $8,252 | $ - | Machinery & Equipment - Gurnee |
| 02-068 | 12/1/2007 | Yogurt Machine | $11,913 | $11,913 | $ - | Machinery & Equipment - Gurnee |
| 02-069 | 6/16/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Gurnee |
| 02-070 | 6/16/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Gurnee |
| 02-072 | 6/16/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Gurnee |
| 02-097 | 3/28/2011 | Register | $1,298 | $1,298 | $ - | Machinery & Equipment - Gurnee |
| 02-098 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Gurnee |
| 02-099 | 11/1/2011 | WS5 Unit | $1,114 | $1,114 | $ - | Machinery & Equipment - Gurnee |
| 02-104 | 5/9/2013 | 8 Facing Ice Cream Cabinet Serial # 1309810 | $2,802 | $2,802 | $ - | Machinery & Equipment - Gurnee |
| 02-109 | 10/3/2013 | Baby Chaning Tables | $985 | $985 | $ - | Machinery & Equipment - Gurnee |
| 02-110 | 4/29/2019 | (2) 46 inch Round Exterior Tables and Benches | $2,370 | $2,216 | $153 | Machinery & Equipment - Gurnee |
| 02-111 | 9/9/2019 | Ice Cream Dipping Cabinet 4 Facing - Ser #1924201 | $2,651 | $2,287 | $365 | Machinery & Equipment - Gurnee |
| 02-117 | 12/11/2019 | Hot Water Heater - Bradord 7S gallon | $3,730 | $3,027 | $703 | Machinery & Equipment - Gurnee |
| 02-118 | 3/10/2021 | Awnings - Recover | $10,660 | $5,999 | $4,661 | Machinery & Equipment - Gurnee |
| 02-119 | 4/26/2021 | Conventional Chest Type Double Row Cabinet | $2,392 | $1,285 | $1,108 | Machinery & Equipment - Gurnee |
| 02-120 | 4/21/2022 | Bar Blender Quiet One | $1,375 | $467 | $908 | Machinery & Equipment - Gurnee |

| 02-143 | 6/17/2022 | Toast POS System | $2,252 | $2,854 | $6,397 | Machinery & Equipment - Gurnee |
| 02-148 | 12/6/2022 | Drive-thru Audio System | $5,303 | $1,136 | $4,167 | Machinery & Equipment - Gurnee |
| 02-150 | 12/1/2008 | CA3700 Paymentech Driver | $1,486 | $1,486 | $ - | Machinery & Equipment - Gurnee |
| 02-153 | 12/1/2008 | Bolt over Door Section | $3,029 | $3,029 | $ - | Machinery & Equipment - Gurnee |
| 02-154 | 12/1/2008 | Signage | $18,364 | $18,364 | $ - | Machinery & Equipment - Gurnee |
| 02-174 | 12/1/2008 | 46" round Table | $1,454 | $1,454 | $ - | Machinery & Equipment - Gurnee |
| 02-175 | 12/1/2008 | Furnish and install Roller Shades | $4,041 | $4,041 | $ - | Machinery & Equipment - Gurnee |
| 02-194 | 3/30/2003 | LASER PRINTER/COPIER/SCANNER | $1,512 | $1,512 | $ - | Machinery & Equipment - Indianapolis TC |
| 02-196 | 8/29/2003 | COMBO WALK IN FREEZER/COOLER | $57,442 | $57,442 | $ - | Machinery & Equipment - Indianapolis TC |
| 02-197 | 9/25/2003 | ELECTRICAL WORK FOR NEW COOLER | $6,110 | $6,110 | $ - | Machinery & Equipment - Indianapolis TC |
| 02-198 | 9/24/2003 | SECURITY ALAM | $1,396 | $1,396 | $ - | Machinery & Equipment - Indianapolis TC |
| 02-199 | 1/1/2009 | Arbor Press | $2,500 | $2,500 | $ - | Machinery & Equipment - Indianapolis TC |
| 02-200 | 12/9/2010 | Raymond Walkie Model 102XM - Heubel Material Hand. | $822 | $822 | $ - | Machinery & Equipment - Indianapolis TC |
| 02-201 | 12/9/2010 | Pressure Washer - Hotsy Unlimited | $700 | $700 | $ - | Machinery & Equipment - Indianapolis TC |
| 02-202 | 6/6/2012 | Handheld MC5596 KCAEAD00100, Ser# 00176 | $1,838 | $1,838 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-146 | 6/6/2012 | Handheld MC5596 KCAEAD00100, Ser# 00195 | $1,838 | $1,838 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-148 | 6/6/2012 | Handheld MC5596 KCAEAD00100, Ser# 00201 | $1,838 | $1,838 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-150 | 6/6/2012 | Handheld MC5596 KCAEAD00100, Ser# 00212 | $1,838 | $1,838 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-171 | 6/6/2012 | Handheld MC5596 KCAEAD00100, Ser# 00217 | $1,838 | $1,838 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-187 | 6/6/2012 | Handheld MC5596 KCAEAD00100, Ser# 00229 | $1,838 | $1,838 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-189 | 9/12/2012 | Insulated container 11 cf - Indy | $769 | $769 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-190 | 5/31/2013 | Walkie - Rider Battery Serial # RLB763583 | $2,521 | $2,521 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-263 | 7/16/2013 | Walk Ramp | $607 | $607 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-264 | 12/30/2015 | Cooler Electrical Work | $9,800 | $9,800 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-265 | 12/30/2015 | New Cooler Complex Installation for the Remodel | $98,600 | $98,600 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-266 | 1/26/2016 | Electrical Outlets for Truck Compressors | $13,126 | $13,126 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-267 | 6/22/2016 | Pallet Jack | $6,194 | $6,194 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-268 | 6/26/2017 | Compressor for Walk-In Freezer WIF SN# T15M08792 | $5,398 | $5,398 | $ - | Machinery & Equipment - Indianapolis TC |
| 03-269 | 2/11/2020 | New Compressor for Cooler/Freezer | $5,799 | $4,509 | $1,290 | Machinery & Equipment - Indianapolis TC |
| 03-357 | 1/1/2021 | Steel Insulated Dock Doors (3) | $12,025 | $7,215 | $4,810 | Machinery & Equipment - Indianapolis TC |
| 04-003 | 4/30/2021 | Raymond Pallet Truck | $6,237 | $3,335 | $2,901 | Machinery & Equipment - Indianapolis TC |
| 04-006 | 1/1/2000 | 2 PYLON SIGN SLOT | $ - | $ - | $ - | Machinery & Equipment - Joliet DS |
| 04-015 | 7/6/2000 | CHECKER TABLE TOPS | $534 | $534 | $ - | Machinery & Equipment - Joliet DS |
| 04-024 | 5/31/2000 | 3 COLOR DOOR PICTORIALS | $582 | $582 | $ - | Machinery & Equipment - Joliet DS |
| 04-025 | 7/4/2000 | STORE SOFTWARE & MODEM | $667 | $667 | $ - | Machinery & Equipment - Joliet DS |
| 04-043 | 6/9/2000 | 2 PYLON SIGN | $5,000 | $5,000 | $ - | Machinery & Equipment - Joliet DS |
| 04-078 | 1/1/2000 | STORE SOFTWARE AND MODEM-JOLIET | $ - | $ - | $ - | Machinery & Equipment - Joliet DS |
| 04-084 | 1/1/2001 | WATER SOFTENER-JOLIET | $872 | $872 | $ - | Machinery & Equipment - Joliet DS |
| 04-180 | 9/5/2002 | BLENDER PACKAGE | $2,526 | $2,526 | $ - | Machinery & Equipment - Joliet DS |
| 04-181 | 4/30/2004 | INSTALLATION OF NEW HARD DRIVE | $750 | $750 | $ - | Machinery & Equipment - Joliet DS |
| 04-299 | 2/1/2004 | BUYOUT OF ADE EQUIPMENT | $37,928 | $37,928 | $ - | Machinery & Equipment - Joliet DS |
| 04-337 | 2/1/2004 | DIPPING CABINETS | $2,246 | $2,246 | $ - | Machinery & Equipment - Joliet DS |
| 04-338 | 2/1/2004 | REGISTER/TRAINING | $8,463 | $8,463 | $ - | Machinery & Equipment - Joliet DS |
| 04-339 | 2/1/2004 | COMMERCIAL AWNINGS | $3,365 | $3,365 | $ - | Machinery & Equipment - Joliet DS |
| 04-340 | 2/1/2004 | SOFT SERVE MACHINE | $10,766 | $10,766 | $ - | Machinery & Equipment - Joliet DS |
| 04-353 | 2/1/2004 | SIGNAGE | $10,818 | $10,818 | $ - | Machinery & Equipment - Joliet DS |
| 04-354 | 1/26/2004 | HELP DESK | $613 | $613 | $ - | Machinery & Equipment - Joliet DS |
| 04-355 | 4/26/2005 | Satelite | $1,399 | $1,399 | $ - | Machinery & Equipment - Joliet DS |
| 04-356 | 6/6/2005 | Frost Bit Mixer | $578 | $578 | $ - | Machinery & Equipment - Joliet DS |
| 04-363 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Joliet DS |
| 04-364 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Joliet DS |
| 04-374 | 3/1/2007 | Coffee Machines | $9,025 | $9,025 | $ - | Machinery & Equipment - Joliet DS |
| 04-375 | 8/8/2007 | Blender & Pitcher | $3,893 | $3,893 | $ - | Machinery & Equipment - Joliet DS |
| 04-376 | 6/1/2010 | Ice Cream Cabinet | $2,018 | $2,018 | $ - | Machinery & Equipment - Joliet DS |
| 04-377 | 6/1/2010 | Ice Cream Cabinet | $2,018 | $2,018 | $ - | Machinery & Equipment - Joliet DS |
| 04-389 | 6/16/2011 | Condensing Unit | $612 | $612 | $ - | Machinery & Equipment - Joliet DS |
| 04-390 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Joliet DS |
| 04-391 | 8/26/2013 | Headset for Drive-Thru | $819 | $819 | $ - | Machinery & Equipment - Joliet DS |
| 04-392 | 8/26/2013 | Poly Grease Trap, 75 gallon - Remove and Install | $8,025 | $8,025 | $ - | Machinery & Equipment - Joliet DS |
| 04-393 | 5/19/2017 | Drive-thru Communication Equipment | $6,162 | $6,162 | $ - | Machinery & Equipment - Joliet DS |
| 04-394 | 7/26/2018 | 4 & 2 Door LED Retro Fit | $1,650 | $1,650 | $ - | Machinery & Equipment - Joliet DS |
| 04-396 | 10/9/2018 | Ice Cream Dipping Cabinet - 8 Facing Ser #1825501 | $3,214 | $3,214 | $ - | Machinery & Equipment - Joliet DS |
| 04-398 | 8/11/2020 | Ice Cream Dipping Cabinet 6 Facing - Ser #2021907 | $3,076 | $2,086 | $990 | Machinery & Equipment - Joliet DS |
| 04-400 | 11/16/2020 | Walk-in Cooler Floor Installation | $3,980 | $2,488 | $1,492 | Machinery & Equipment - Joliet DS |
| 05-004 | 2/15/2021 | LED Sign Retrofit | $1,890 | $1,087 | $803 | Machinery & Equipment - Joliet DS |
| 05-025 | 3/11/2021 | Ladderback Metal Chairs (36) | $3,323 | $1,868 | $1,455 | Machinery & Equipment - Joliet DS |
| 05-067 | 7/9/2021 | Electric Booster Heater | $2,124 | $1,055 | $1,070 | Machinery & Equipment - Joliet DS |
| 05-097 | 8/30/2021 | True Mfg. Reach-in Freezer Model #T-49F-HC | $7,597 | $3,555 | $4,042 | Machinery & Equipment - Joliet DS |
| 05-098 | 9/15/2021 | Awnings - Recover | $5,223 | $2,398 | $2,825 | Machinery & Equipment - Joliet DS |
| 05-099 | 10/6/2022 | Bradford 75 Gallon Hot Water Heater | $4,160 | $1,030 | $3,130 | Machinery & Equipment - Joliet DS |
| 05-100 | 6/19/2023 | Toast POS System | $7,968 | $856 | $7,112 | Machinery & Equipment - Joliet DS |
| 05-105 | 5/8/2023 | Hermetic Compressor | $1,007 | $131 | $876 | Machinery & Equipment - Joliet DS |
| 05-118 | 1/1/2003 | SIGNAGE | $16,911 | $16,911 | $ - | Machinery & Equipment - Kirkwood |
| 05-119 | 1/1/2003 | FREEZERS 2 INVOICES 26772.90+152.47 | $26,925 | $26,925 | $ - | Machinery & Equipment - Kirkwood |
| 05-121 | 1/1/2003 | CASH REGISTER | $11,255 | $11,255 | $ - | Machinery & Equipment - Kirkwood |
| 05-179 | 1/1/2003 | ADE | $98,541 | $98,541 | $ - | Machinery & Equipment - Kirkwood |
| 05-197 | 1/1/2003 | STORAGE CABINET | $6,007 | $6,007 | $ - | Machinery & Equipment - Kirkwood |
| 05-198 | 12/9/2002 | STORE SAFE | $1,484 | $1,484 | $ - | Machinery & Equipment - Kirkwood |
| 05-199 | 6/3/2003 | CASH DRAWER,HELP DESK,SOFTWARE | $1,284 | $1,284 | $ - | Machinery & Equipment - Kirkwood |
| 05-200 | 9/3/2003 | MUZAK INSTALLATION | $11,035 | $11,035 | $ - | Machinery & Equipment - Kirkwood |
| 05-201 | 3/25/2004 | 5 6' OVAL PICNIC TABLE | $2,558 | $2,558 | $ - | Machinery & Equipment - Kirkwood |
| 05-305 | 8/1/2004 | PATIO RAIL | $5,700 | $5,700 | $ - | Machinery & Equipment - Kirkwood |
| 06-013 | 6/24/2004 | LINE CONDITIONER FOR WORK STATION | $1,785 | $1,785 | $ - | Machinery & Equipment - Kirkwood |
| 06-023 | 4/19/2004 | HELP DESK | $618 | $618 | $ - | Machinery & Equipment - Kirkwood |
| 06-030 | 2/25/2004 | FENCE/RAILING,PERMIT FEES/2 INVOICES10500.00+1047. | $11,547 | $11,547 | $ - | Machinery & Equipment - Kirkwood |
| 06-031 | 5/12/2004 | 1 PATIO UMBRELLA | $793 | $793 | $ - | Machinery & Equipment - Kirkwood |
| 06-032 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Kirkwood |
| 06-093 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Kirkwood |
| 07-001 | 6/1/2006 | Large Tag Sign | $4,863 | $4,863 | $ - | Machinery & Equipment - Kirkwood |
| 07-013 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Kirkwood |
| 07-015 | 9/7/2008 | Ethernet Printer for Treat Delivery | $560 | $560 | $ - | Machinery & Equipment - Kirkwood |
| 07-061 | 6/16/2010 | Blender Vita-mix | $902 | $902 | $ - | Machinery & Equipment - Kirkwood |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07-082 | 6/16/2010 | Blender Vita-mix | $902 | $902 | $ - | Machinery & Equipment - Kirkwood |
| 07-090 | 6/16/2010 | Blender Vita-mix | $902 | $902 | $ - | Machinery & Equipment - Kirkwood |
| 07-139 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Kirkwood |
| | | HP rp5700 POS Register | | | | |
| 07-140 | 4/11/2012 | HP rp5700 POS Register | $721 | $721 | $ - | Machinery & Equipment - Kirkwood |
| 07-155 | 10/24/2013 | Reach-In Freezer, True Food Service Model TUC-48-L | $2,278 | $2,278 | $ - | Machinery & Equipment - Kirkwood |
| 07-160 | 9/18/2018 | Chairs (40) | $5,378 | $5,378 | $ - | Machinery & Equipment - Kirkwood |
| 08-010 | 6/4/2020 | Ice Cream Dipping Cabinet 8 Facing - Ser #2015407 | $3,027 | $2,165 | $862 | Machinery & Equipment - Kirkwood |
| 08-097 | 8/18/2020 | Ice Machine | $2,770 | $1,868 | $902 | Machinery & Equipment - Kirkwood |
| 08-098 | 2/8/2022 | Bar Blender Quiet One | $1,391 | $528 | $864 | Machinery & Equipment - Kirkwood |
| 08-124 | 2/8/2022 | (2) Bar Blenders Quiet One | $2,632 | $998 | $1,634 | Machinery & Equipment - Kirkwood |
| 08-132 | 12/12/2022 | Toast POS System | $4,710 | $994 | $3,716 | Machinery & Equipment - Kirkwood |
| 08-159 | 3/1/2003 | FOSS MILKO SCAN FT120 | $71,117 | $71,117 | $ - | Machinery & Equipment - Lab |
| 09-034 | 12/8/1997 | CASER | $9,775 | $9,775 | $ - | Machinery & Equipment - Lab |
| 09-093 | 4/23/2004 | EMULSION QUALITY ANALYZER KIT | $4,224 | $4,224 | $ - | Machinery & Equipment - Lab |
| 09-140 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Lab |
| 09-141 | 11/25/2014 | Lab Remodel Project | $16,140 | $16,140 | $ - | Machinery & Equipment - Lab |
| 09-142 | 3/13/2015 | Ice Cream Batch Freezer for Lab | $10,373 | $10,373 | $ - | Machinery & Equipment - Lab |
| 09-171 | 4/21/2016 | Lactoscope FTIR Advanced Serial # FB151026 | $76,700 | $76,700 | $ - | Machinery & Equipment - Lab |
| 10-027 | 8/11/2022 | Delta Butterfat Tester - Rebuild | $6,394 | $1,271 | $5,122 | Machinery & Equipment - Lab |
| 10-035 | 5/19/1990 | LABORATORY | $2,093 | $2,093 | $ - | Machinery & Equipment - Lab |
| 10-079 | 2/9/1996 | CLASS ""1"" WEIGHT SET | $514 | $514 | $ - | Machinery & Equipment - Lab |
| 10-115 | 1/3/1996 | STANDARD ELECTRONIC BALANCE | $674 | $674 | $ - | Machinery & Equipment - Lab |
| 10-124 | 2/26/1996 | BABCOCK SHAKER | $2,191 | $2,191 | $ - | Machinery & Equipment - Lab |
| 10-133 | 11/23/1999 | 5.2 CUBIC FT INCUBATOR | $2,191 | $2,191 | $ - | Machinery & Equipment - Lab |
| 10-144 | 7/11/2002 | PURCHASE AND INSTALL OF MUZAK 2 INV.572052+1510.81 | $7,231 | $7,231 | $ - | Machinery & Equipment - Lake Zurich |
| 10-151 | 7/11/2002 | NEW STORE EQUIPMENT | $93,325 | $93,325 | $ - | Machinery & Equipment - Lake Zurich |
| 10-162 | 7/11/2002 | SOFT SERVE FREEZER | $6,694 | $6,694 | $ - | Machinery & Equipment - Lake Zurich |
| 10-163 | 7/11/2002 | SOFT SERVE FREEZER | $22,025 | $22,025 | $ - | Machinery & Equipment - Lake Zurich |
| 10-164 | 7/11/2002 | LAKE ZURICH SIGN PACKAGE | $17,200 | $17,200 | $ - | Machinery & Equipment - Lake Zurich |
| 10-169 | 7/11/2002 | NEW CASH REGISTER | $21,135 | $21,135 | $ - | Machinery & Equipment - Lake Zurich |
| 10-176 | 6/3/2003 | HELP DESK,SOFTWARE,REGISTER,CASH DRAWER | $20,429 | $20,429 | $ - | Machinery & Equipment - Lake Zurich |
| 11-005 | 4/28/2004 | REWRITABLE CD SYSTEMS | $195 | $195 | $ - | Machinery & Equipment - Lake Zurich |
| 11-006 | 4/21/2004 | HEADSET UPGRADE,BATTERY,TRAINING | $984 | $984 | $ - | Machinery & Equipment - Lake Zurich |
| 11-025 | 6/30/2004 | POWER LINE CONDITIONER | $1,686 | $1,686 | $ - | Machinery & Equipment - Lake Zurich |
| 11-121 | 2/13/2004 | E MACHINE | $468 | $468 | $ - | Machinery & Equipment - Lake Zurich |
| 12-001 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Lake Zurich |
| 12-007 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Lake Zurich |
| 12-008 | 3/1/2007 | Coffee Machines | $9,025 | $9,025 | $ - | Machinery & Equipment - Lake Zurich |
| 12-019 | 6/1/2009 | New Register | $1,852 | $1,852 | $ - | Machinery & Equipment - Lake Zurich |
| 12-025 | 3/18/2010 | Ice Cream Cabinet | $1,877 | $1,877 | $ - | Machinery & Equipment - Lake Zurich |
| 12-038 | 6/7/2010 | Ice Cream Cabinet | $2,549 | $2,549 | $ - | Machinery & Equipment - Lake Zurich |
| 12-047 | 6/16/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Lake Zurich |
| 12-059 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Lake Zurich |
| 12-060 | 10/9/2013 | Awnings - Recover | $4,375 | $4,375 | $ - | Machinery & Equipment - Lake Zurich |
| 12-061 | 5/10/2018 | Drive-thru Communication Equipment | $5,264 | $5,264 | $ - | Machinery & Equipment - Lake Zurich |
| 12-065 | 7/21/2021 | Ladderback Metal Chairs (42) | $4,162 | $2,039 | $2,123 | Machinery & Equipment - Lake Zurich |
| 12-066 | 7/25/2022 | Toast POS System | $9,047 | $2,603 | $6,445 | Machinery & Equipment - Lake Zurich |
| 12-067 | 10/31/2022 | 120 V Heater Serial #22GAJ840M | $1,000 | $234 | $766 | Machinery & Equipment - Lake Zurich |
| 12-069 | 12/1/2008 | SheerWeaver Roller Shades | $3,969 | $3,969 | $ - | Machinery & Equipment - Lake Zurich |
| 12-071 | 9/6/2012 | Restaurant equipment - ADE | $46,000 | $46,000 | $ - | Machinery & Equipment - Lakeview |
| 12-095 | 9/6/2012 | Sign for Sheffield Store | $5,251 | $5,251 | $ - | Machinery & Equipment - Lakeview |
| 12-107 | 9/6/2012 | Sound system - Encompass MV Receiver | $2,470 | $2,470 | $ - | Machinery & Equipment - Lakeview |
| 12-137 | 9/30/2012 | Security system | $714 | $714 | $ - | Machinery & Equipment - Lakeview |
| 12-138 | 9/6/2012 | Safe - High Security | $1,743 | $1,743 | $ - | Machinery & Equipment - Lakeview |
| 12-210 | 9/6/2012 | Soft serve machine (single) Ser#H2R-3391 | $9,610 | $9,610 | $ - | Machinery & Equipment - Lakeview |
| 12-216 | 9/6/2012 | Soft serve machine (twist) Ser#H2R-3348 | $14,688 | $14,688 | $ - | Machinery & Equipment - Lakeview |
| 12-235 | 10/1/2012 | 3 Sided Display | $383 | $383 | $ - | Machinery & Equipment - Lakeview |
| 13-011 | 10/1/2012 | 6 Menu boards | $519 | $519 | $ - | Machinery & Equipment - Lakeview |
| 13-044 | 10/2/2012 | Baby changing table | $535 | $535 | $ - | Machinery & Equipment - Lakeview |
| 13-059 | 7/3/2012 | Exterior sign 2' x 9' vertical | $6,201 | $6,201 | $ - | Machinery & Equipment - Lakeview |
| 13-062 | 10/30/2012 | Restaurant equipment - ADE | $113,239 | $113,239 | $ - | Machinery & Equipment - Lakeview |
| 13-184 | 10/4/2019 | Hot Water Heater | $4,955 | $4,206 | $749 | Machinery & Equipment - Lakeview |
| 13-185 | 2/4/2021 | True Mfg Reach-In Freezer Model T-23F-HC | $5,481 | $3,187 | $2,295 | Machinery & Equipment - Lakeview |
| 13-186 | 2/15/2021 | Watchguard Firebox T80 with 3-yr Standard Support | $1,015 | $974 | $42 | Machinery & Equipment - Lakeview |
| 13-187 | 12/3/2021 | Sneeze Guard | $4,638 | $1,929 | $2,709 | Machinery & Equipment - Lakeview |
| 13-190 | 1/1/2022 | Video Surveillance Equipment | $2,256 | $902 | $1,353 | Machinery & Equipment - Lakeview |
| 13-191 | 3/11/2022 | Electro Freeze Roller Assembly and Pressure Switch | $2,514 | $911 | $1,604 | Machinery & Equipment - Lakeview |
| 13-192 | 6/9/2022 | New CAT 6 Cabling for Cameras | $1,530 | $479 | $1,051 | Machinery & Equipment - Lakeview |
| 13-196 | 3/20/2023 | Toast POS System | $3,717 | $585 | $3,133 | Machinery & Equipment - Lakeview |
| 13-197 | 10/1/2008 | Restaurant Equipment | $35,645 | $35,645 | $ - | Machinery & Equipment - Lincolnwood |
| 13-204 | 11/1/2008 | Sheer Weave Roller Shades (5) on store front | $2,988 | $2,988 | $ - | Machinery & Equipment - Lincolnwood |
| 13-205 | 6/1/2009 | Crowd Control Stanchion | $1,328 | $1,328 | $ - | Machinery & Equipment - Lincolnwood |
| 13-207 | 8/12/2009 | Milk bottle Return Panels | $881 | $881 | $ - | Machinery & Equipment - Lincolnwood |
| 13-208 | 5/1/2010 | 4 Umbrellas | $708 | $708 | $ - | Machinery & Equipment - Lincolnwood |
| 13-217 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Lincolnwood |
| 13-221 | 6/27/2018 | Chairs (6) | $1,890 | $1,890 | $ - | Machinery & Equipment - Lincolnwood |
| 13-226 | 11/12/2019 | Ice Cream Dipping Cabinet 8 Facing - Ser #1926607 | $3,363 | $2,782 | $580 | Machinery & Equipment - Lincolnwood |
| 13-227 | 6/18/2020 | Bar Blender Quiet One | $1,369 | $969 | $400 | Machinery & Equipment - Lincolnwood |
| 13-249 | 9/20/2020 | Freezer Condenser Serial # T20E16311 | $2,037 | $1,337 | $700 | Machinery & Equipment - Lincolnwood |
| 13-250 | 10/29/2021 | Ladderback Metal Chairs (28) | $2,968 | $1,291 | $1,676 | Machinery & Equipment - Lincolnwood |
| 13-251 | 12/13/2021 | Window Tint Film | $1,049 | $431 | $618 | Machinery & Equipment - Lincolnwood |
| 13-258 | 3/13/2023 | Toast POS System | $6,414 | $1,033 | $5,381 | Machinery & Equipment - Lincolnwood |
| 13-269 | 12/1/2008 | Coffee Machine | $10,370 | $10,370 | $ - | Machinery & Equipment - Lincolnwood |
| 13-270 | 12/1/2008 | 5 Picnic Tables, 6 Receptacles | $4,979 | $4,979 | $ - | Machinery & Equipment - Lincolnwood |
| 14-032 | 12/1/2008 | 2 Soft Serve Machines | $22,141 | $22,141 | $ - | Machinery & Equipment - Lincolnwood |
| 14-033 | 12/1/2008 | Signage | $11,354 | $11,354 | $ - | Machinery & Equipment - Lincolnwood |
| 14-055 | 12/1/2008 | Restaurant Equipment | $46,500 | $46,500 | $ - | Machinery & Equipment - Lincolnwood |
| 14-073 | 2/9/2007 | Installing Outlets for Trucks | $3,220 | $3,220 | $ - | Machinery & Equipment - Milwaukee TC |
| 14-074 | 3/16/2007 | Cooler/Freezer, refrig, sliding door & strip curta | $44,000 | $44,000 | $ - | Machinery & Equipment - Milwaukee TC |
| 14-075 | 1/1/2007 | Phone installation Work | $1,433 | $1,433 | $ - | Machinery & Equipment - Milwaukee TC |
| 14-078 | 3/28/2007 | Electrical work for freezer | $6,775 | $6,775 | $ - | Machinery & Equipment - Milwaukee TC |
| 14-096 | 3/29/2007 | Condensing unit on roof, blower coil, piping drain | $3,146 | $3,146 | $ - | Machinery & Equipment - Milwaukee TC |

Case 24-05385    Doc 123    Filed 05/10/24    Entered 05/10/24 22:24:08    Desc Main
Document    Page 32 of 501
Rider to Schedule A/B Part 8, Question 50.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 14-148 | 3/28/2007 | Sprinkler System | $3,481 | $3,481 | $ - | Machinery & Equipment - Milwaukee TC |
| 14-165 | 5/8/2007 | Fabricated new curbs and flashed roof | $2,680 | $2,680 | $ - | Machinery & Equipment - Milwaukee TC |
| 14-172 | 8/13/2007 | Pressure Washer | $3,437 | $3,437 | $ - | Machinery & Equipment - Milwaukee TC |
| 14-173 | 1/1/2009 | Arbor Press | $2,500 | $2,500 | $ - | Machinery & Equipment - Milwaukee TC |
| 14-188 | 6/6/2012 | Handheld MC9596 KCAEAD00100, Ser# 00197 | $1,838 | $1,838 | $ - | Machinery & Equipment - Milwaukee TC |
| 15-007 | 6/6/2012 | Handheld MC9596 KCAEAD00100, Ser# 00204 | $1,838 | $1,838 | $ - | Machinery & Equipment - Milwaukee TC |
| 15-011 | 2/9/2014 | Service walk-in freezer & install of new compressr | $10,000 | $10,000 | $ - | Machinery & Equipment - Milwaukee TC |
| 15-025 | 10/18/2019 | New Evaporator Coil for Walk-In Cooler | $5,998 | $5,045 | $953 | Machinery & Equipment - Milwaukee TC |
| 15-030 | 6/2/2020 | Toughbook FZ-N1 (2) Ser #: 9EKSA48253; 9EFSA48274 | $2,724 | $1,951 | $772 | Machinery & Equipment - Milwaukee TC |
| 15-032 | 9/9/2020 | Toughpad FZ-N1 (2) | $2,974 | $1,970 | $1,004 | Machinery & Equipment - Milwaukee TC |
| 15-033 | 1/7/2022 | Z-Linde MT-18 Electric Pallet Truck | $4,600 | $1,825 | $2,775 | Machinery & Equipment - Milwaukee TC |
| 15-035 | 8/2/2006 | Cow Graphic | $718 | $718 | $ - | Machinery & Equipment - Mokena |
| 15-037 | 8/9/2006 | Phone Connections | $3,180 | $3,180 | $ - | Machinery & Equipment - Mokena |
| 15-039 | 8/2/2006 | Workstation, Printer, Cash Drwr | $24,039 | $24,039 | $ - | Machinery & Equipment - Mokena |
| 15-043 | 8/10/2006 | Table, Receptacle | $1,881 | $1,881 | $ - | Machinery & Equipment - Mokena |
| 15-044 | 8/2/2006 | Restaurant Equipment | $172,088 | $172,088 | $ - | Machinery & Equipment - Mokena |
| 15-046 | 8/2/2006 | Music Equipment | $7,698 | $7,698 | $ - | Machinery & Equipment - Mokena |
| 15-047 | 8/2/2006 | Sign Package | $30,827 | $30,827 | $ - | Machinery & Equipment - Mokena |
| 15-051 | 10/20/2006 | Pendent Light Fixtures | $2,258 | $2,258 | $ - | Machinery & Equipment - Mokena |
| 15-065 | 10/1/2006 | Tables, Seating, Barrier | $1,747 | $1,747 | $ - | Machinery & Equipment - Mokena |
| 16-012 | 9/19/2006 | Custom Wall Covering | $691 | $691 | $ - | Machinery & Equipment - Mokena |
| 16-013 | 9/7/2006 | Awning | $3,930 | $3,930 | $ - | Machinery & Equipment - Mokena |
| 16-019 | 10/30/2006 | Sign | $1,562 | $1,562 | $ - | Machinery & Equipment - Mokena |
| 16-027 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Mokena |
| 16-037 | 6/29/2007 | 46" Round Table | $1,207 | $1,207 | $ - | Machinery & Equipment - Mokena |
| 16-043 | 5/1/2010 | 4 Umbrellas | $708 | $708 | $ - | Machinery & Equipment - Mokena |
| 16-053 | 6/16/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Mokena |
| 16-058 | 6/16/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Mokena |
| 16-067 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Mokena |
| 16-069 | 8/7/2012 | Compressor-walk in freezer | $2,085 | $2,085 | $ - | Machinery & Equipment - Mokena |
| 16-071 | 6/10/2013 | Vita-Mix Blender, model #36037 | $1,887 | $1,887 | $ - | Machinery & Equipment - Mokena |
| 16-075 | 5/9/2018 | Drive-thru Communication Equipment | $5,264 | $5,264 | $ - | Machinery & Equipment - Mokena |
| 16-077 | 9/13/2018 | Ice Cream Dipping Cabinet - 4 Facing | $2,632 | $2,632 | $ - | Machinery & Equipment - Mokena |
| 16-080 | 11/18/2019 | Grease Trap Replacement | $8,920 | $7,351 | $1,569 | Machinery & Equipment - Mokena |
| 17-005 | 4/21/2021 | Solar & Roller Shades | $2,840 | $1,533 | $1,307 | Machinery & Equipment - Mokena |
| 17-006 | 12/14/2021 | LED Retrofit | $2,430 | $996 | $1,434 | Machinery & Equipment - Mokena |
| 17-010 | 6/5/2023 | Toast POS System | $8,368 | $963 | $7,405 | Machinery & Equipment - Mokena |
| 17-011 | 4/16/2003 | RACKS FOR COOLER | $1,172 | $1,172 | $ - | Machinery & Equipment - N.A. Plant |
| 17-023 | 4/1/2003 | FRUIT FEEDER | $13,668 | $13,668 | $ - | Machinery & Equipment - N.A. Plant |
| 17-029 | 1/3/2003 | IN FLOOR CONVEYOR | $9,394 | $9,394 | $ - | Machinery & Equipment - N.A. Plant |
| 17-090 | 3/20/2003 | DEPOSIT ON FRUIT FEEDER | $6,634 | $6,634 | $ - | Machinery & Equipment - N.A. Plant |
| 18-003 | 5/1/2003 | 3001 ACIP UNIT W/TRANSMITTER | $43,674 | $43,674 | $ - | Machinery & Equipment - N.A. Plant |
| 18-007 | 5/5/2003 | WINSTALLATION OF WIRING TO CIP PUMP MOTOR | $6,152 | $6,152 | $ - | Machinery & Equipment - N.A. Plant |
| 18-101 | 5/5/2003 | FRISTAM PUMP | $3,270 | $3,270 | $ - | Machinery & Equipment - N.A. Plant |
| 18-131 | 3/19/2003 | HOMOGENIZER DRIVE/HOMOGENIZER VALVE | $3,100 | $3,100 | $ - | Machinery & Equipment - N.A. Plant |
| 18-136 | 1/31/2003 | HOMOGENIZER FREQUENCY DRIVE | $18,730 | $18,730 | $ - | Machinery & Equipment - N.A. Plant |
| 18-144 | 1/10/2003 | MATERIAL AND LABOR FURNISHED FOR MECHANICAL INSTAL | $3,959 | $3,959 | $ - | Machinery & Equipment - N.A. Plant |
| 18-188 | 6/30/2003 | 30% DOWN ON CIP FLOW CONTROL | $6,030 | $6,030 | $ - | Machinery & Equipment - N.A. Plant |
| 18-195 | 1/1/1997 | POWER STEAM CONTROL VALVE w/INDC | $944 | $944 | $ - | Machinery & Equipment - N.A. Plant |
| 18-196 | 2/4/1997 | SINGLE FLAVOR VARIEGATOR | $1,994 | $1,994 | $ - | Machinery & Equipment - N.A. Plant |
| 18-202 | 3/28/1997 | 6.75 IMPELLER-BLEND (C318MD 3 A.T.) | $2,503 | $2,503 | $ - | Machinery & Equipment - N.A. Plant |
| 18-205 | 4/2/1997 | WAREHOUSE RACKING | $1,447 | $1,447 | $ - | Machinery & Equipment - N.A. Plant |
| 19-004 | 4/30/1997 | REFRIGERATION SYSTEM | $42,374 | $42,374 | $ - | Machinery & Equipment - N.A. Plant |
| 19-005 | 2/3/1997 | SCALE | $1,253 | $1,253 | $ - | Machinery & Equipment - N.A. Plant |
| 19-013 | 6/11/1997 | PRODUCER SIGNS (25) | $11,981 | $11,981 | $ - | Machinery & Equipment - N.A. Plant |
| 19-017 | 3/17/1998 | LABOR/MATERIAL FOR CONDENSOR SUMP PIPING ETC | $7,475 | $7,475 | $ - | Machinery & Equipment - N.A. Plant |
| 19-024 | 3/13/1998 | QST 2"" O-RINGS & QST 2"" PRESSURE RELIEF VLAVE | $603 | $603 | $ - | Machinery & Equipment - N.A. Plant |
| 19-033 | 1/31/2000 | INSTALL CAMERA SURVEILLANCE SYSTEM | $15,432 | $15,432 | $ - | Machinery & Equipment - N.A. Plant |
| 19-052 | 6/22/2000 | LOT OF PALLET RACK | $3,378 | $3,378 | $ - | Machinery & Equipment - N.A. Plant |
| 19-053 | 4/28/2000 | CASER REBULD | $3,091 | $3,091 | $ - | Machinery & Equipment - N.A. Plant |
| 19-058 | 4/20/2000 | REBUILD COMPRESSOR | $21,353 | $21,353 | $ - | Machinery & Equipment - N.A. Plant |
| 19-059 | 1/21/2000 | COOLER DOOR-SECURITY PANEL | $915 | $915 | $ - | Machinery & Equipment - N.A. Plant |
| 19-060 | 11/6/2000 | BOTTLE INSPECTION | $3,750 | $3,750 | $ - | Machinery & Equipment - N.A. Plant |
| 19-061 | 1/1/2001 | COMPRESSOR REBUILD | $ - | $ - | $ - | Machinery & Equipment - N.A. Plant |
| 19-062 | 3/1/2001 | COMPRESSOR REBUILD | $2,024 | $2,024 | $ - | Machinery & Equipment - N.A. Plant |
| 19-063 | 8/1/2001 | 2 ALLEN BRADLEY PROGRAMMING BOARDS | $25,821 | $25,821 | $ - | Machinery & Equipment - N.A. Plant |
| 19-064 | 8/1/2001 | 3 PAYMENTS BOTTLE PROJECT | $8,850 | $8,850 | $ - | Machinery & Equipment - N.A. Plant |
| 19-071 | 8/1/2001 | 6 INVOICES FOR WIRING FOR NEW MOTORS | $23,194 | $23,194 | $ - | Machinery & Equipment - N.A. Plant |
| 19-072 | 8/1/2001 | TANK FILLER HARDWARE ENGINEERING AND CAD SERVICE | $16,864 | $16,864 | $ - | Machinery & Equipment - N.A. Plant |
| 19-079 | 8/1/2001 | BUNDLE CART | $875 | $875 | $ - | Machinery & Equipment - N.A. Plant |
| 19-080 | 8/1/2001 | PALLET RACKING | $3,813 | $3,813 | $ - | Machinery & Equipment - N.A. Plant |
| 19-083 | 6/4/2001 | PALLET RACKING | $1,541 | $1,541 | $ - | Machinery & Equipment - N.A. Plant |
| 19-089 | 8/1/2001 | FIRE SPRINKLER | $5,240 | $5,240 | $ - | Machinery & Equipment - N.A. Plant |
| 20-003 | 8/1/2001 | ADDITIONAL WORK-SPRINKLER SYSTEM | $2,980 | $2,980 | $ - | Machinery & Equipment - N.A. Plant |
| 20-007 | 8/1/2001 | PRINTER,PHOTO CELL AND MISC. | $9,366 | $9,366 | $ - | Machinery & Equipment - N.A. Plant |
| 20-013 | 8/1/2001 | CHANGE ORDER #1 | $450 | $450 | $ - | Machinery & Equipment - N.A. Plant |
| 20-014 | 8/1/2001 | LEXAN COVER FOR BOTTLE SLEEVER | $602 | $602 | $ - | Machinery & Equipment - N.A. Plant |
| 20-108 | 8/1/2001 | CHANGE ORDER #2 | $1,893 | $1,893 | $ - | Machinery & Equipment - N.A. Plant |
| 20-109 | 8/1/2001 | MISC. PARTS FOR SMALL BOTTLE | $1,089 | $1,089 | $ - | Machinery & Equipment - N.A. Plant |
| 20-110 | 8/1/2001 | 2 PAYOUTS FOR HOOKUP OF DAIRY EQUIP | $49,925 | $49,925 | $ - | Machinery & Equipment - N.A. Plant |
| 20-126 | 8/1/2001 | GANTRY POLE,BASE | $393 | $393 | $ - | Machinery & Equipment - N.A. Plant |
| 20-127 | 8/1/2001 | 8 FT. WHITE CUBE TRUCK | $443 | $443 | $ - | Machinery & Equipment - N.A. Plant |
| 20-138 | 8/1/2001 | MATERIALS FOR SMALL BOTTLE PROJECT | $2,413 | $2,413 | $ - | Machinery & Equipment - N.A. Plant |
| 20-139 | 8/1/2001 | PROGRAMMING | $1,906 | $1,906 | $ - | Machinery & Equipment - N.A. Plant |
| 20-140 | 8/1/2001 | MISC. FOR SMALL BOTTLE | $3,224 | $3,224 | $ - | Machinery & Equipment - N.A. Plant |
| 20-141 | 8/1/2001 | INSTALL FANS AND MISC. FILLER PARTS | $478 | $478 | $ - | Machinery & Equipment - N.A. Plant |
| 20-142 | 5/9/2001 | FINAL BILLING FOR ICF PIPING | $1,437 | $1,437 | $ - | Machinery & Equipment - N.A. Plant |
| 20-147 | 3/12/2001 | 30% FREEZER PROJECT | $5,341 | $5,341 | $ - | Machinery & Equipment - N.A. Plant |
| 20-166 | 3/15/2001 | FREIGHT CHARGES FOR FREEZER PROJECT | $46 | $46 | $ - | Machinery & Equipment - N.A. Plant |
| 20-172 | 3/20/2001 | MISC. PARTS FOR IC FREEZER | $449 | $449 | $ - | Machinery & Equipment - N.A. Plant |
| 20-177 | 3/19/2001 | PAYMENTS ON I/C FREEZER | $10,900 | $10,900 | $ - | Machinery & Equipment - N.A. Plant |
| 20-274 | 3/20/2001 | WIRE NEW ICE CREAM MACHINE | $4,850 | $4,850 | $ - | Machinery & Equipment - N.A. Plant |
| 20-275 | 3/25/2001 | MISC. PARTS FOR I/C FREEZER | $335 | $335 | $ - | Machinery & Equipment - N.A. Plant |

Rider to Schedule A/B Part 8, Question 50(a)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20-293 | 3/22/2001 | PARTIAL BILL OF I/C FREEZER | $21,087 | $21,087 | $ - | | Machinery & Equipment - N.A. Plant |
| 20-301 | 2/22/2001 | MISC. PART FOR SEPARATOR | $111 | $111 | $ - | | Machinery & Equipment - N.A. Plant |
| 20-302 | 2/27/2001 | CENT. PUMP AND BACKFLOW PREVENTOR | $1,312 | $1,312 | $ - | | Machinery & Equipment - N.A. Plant |
| 20-303 | 1/31/2001 | #1 BOOSTER | $1,739 | $1,739 | $ - | | Machinery & Equipment - N.A. Plant |
| 20-304 | 8/1/2001 | SMARTEYE FIBEROPTIC | $2,069 | $2,069 | $ - | | Machinery & Equipment - N.A. Plant |
| 20-311 | 8/1/2001 | MATERIALS AND LABOR ENLARGING MASONARY OPENINGS | $1,235 | $1,235 | $ - | | Machinery & Equipment - N.A. Plant |
| 20-313 | 10/19/2001 | MISC SMALL PARTS | $104 | $104 | $ - | | Machinery & Equipment - N.A. Plant |
| 20-325 | 8/1/2001 | MISC. PARTS | $478 | $478 | $ - | | Machinery & Equipment - N.A. Plant |
| 20-331 | 8/1/2001 | 12 OUNCE PET CONTOUR BOTTLE DESIGN | $2,500 | $2,500 | $ - | | Machinery & Equipment - N.A. Plant |
| 20-333 | 8/1/2001 | MISC. SUPPLIES FOR BOTTLE PROJECT | $138 | $138 | $ - | | Machinery & Equipment - N.A. Plant |
| 20-336 | 1/1/2001 | 4 INVOICES FOR MISC. MATERIALS | $ - | $ - | $ - | | Machinery & Equipment - N.A. Plant |
| 20-337 | 2/28/2001 | 2 INVOICES LABOR AND VALVES | $926 | $926 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-003 | 3/30/2001 | CENTRIFUGAL PUMP | $1,435 | $1,435 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-039 | 4/2/2001 | BRASS VAVES,OIL | $387 | $387 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-040 | 2/1/2001 | STAINLESS STEEL TABLE | $718 | $718 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-060 | 3/22/2001 | RELIEF AND ISOLATION VALVES - 2INV | $3,422 | $3,422 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-094 | 3/27/2001 | PARTS,LABOR,POWER SUPPLY | $1,564 | $1,564 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-096 | 12/1/2001 | BOTTLE AND CASE CONVEYOR | $4,137 | $4,137 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-100 | 12/1/2001 | MASTER PAC DECASER | $21,707 | $21,707 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-105 | 3/1/2001 | MISC. PARTS | $160 | $160 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-106 | 3/1/2001 | FREEZER LABOR | $1,607 | $1,607 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-113 | 2/1/2001 | MISC | $54 | $54 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-114 | 2/27/2001 | PUMPS | $290 | $290 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-131 | 2/1/2001 | MISC. ELECTRICAL | $240 | $240 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-145 | 3/27/2001 | FREIGHT | $46 | $46 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-150 | 11/21/2001 | RESTREAM OA A/L CLIP/HEAT EXCHANGER | $1,635 | $1,635 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-157 | 1/24/2002 | LABOR MATERIALS MATERIALS | $1,022 | $1,022 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-163 | 1/9/2002 | EXHAUST SYSTEM | $23,931 | $23,931 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-164 | 1/1/2002 | RESTREAM HEAT EXCHANGER | $3,888 | $3,888 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-178 | 1/1/2002 | REBUILD MILK CASER STACKER | $5,281 | $5,281 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-179 | 3/26/2002 | MISC GASKETS FOR COMPRESSOR REBUILD | $300 | $300 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-180 | 2/27/2002 | TRAVEL TIME-BLEND TANK | $472 | $472 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-184 | 3/12/2002 | REPIPE WATER TO TANKER ROOM | $6,927 | $6,927 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-185 | 3/21/2002 | 2 INVOICES-MODIFY CONTROLS FOR NEW AGITATOR MOTOR | $8,457 | $8,457 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-190 | 2/25/2002 | HARDWARE/ENGINEERING FOR BLEND TANK | $4,655 | $4,655 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-192 | 2/11/2002 | REPIPE STEAM AND WATER TO PRODUCTION ROOM | $9,354 | $9,354 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-193 | 4/1/2002 | COOLER AMMONIA LINE IMPROVEMENTS | $24,503 | $24,503 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-200 | 5/6/2002 | COOLER DOOR | $5,250 | $5,250 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-202 | 5/10/2002 | 2 MARS AIR DOOR/AIR CURTAINS | $3,360 | $3,360 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-214 | 5/1/2002 | INSTALL JAMESON SLIDING COOLER DOOR | $7,685 | $7,685 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-215 | 4/3/2002 | BOTTLE INFEED SYSTEM2 INV/3936.80+1968.40 | $9,842 | $9,842 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-216 | 4/10/2002 | FLOW METER | $1,450 | $1,450 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-217 | 4/26/2002 | FLOW METER INSTALL | $1,403 | $1,403 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-218 | 5/31/2002 | MISC GASKETS FOR COMPRESSOR REBUILD | $1,900 | $1,900 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-219 | 7/17/2002 | REPAIR AND PARTS 4 INV.8893+9109=9297=9454 | $3,811 | $3,811 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-223 | 7/29/2002 | INSTALLATION AND NEW AIR COMPRESSOR | $17,893 | $17,893 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-225 | 7/31/2002 | INSTALL NEW WIRING FOR NEW COMPRESSOR | $8,305 | $8,305 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-233 | 8/19/2002 | INSTALL EXHAUST FAN,COMPRESSOR DUCT WORK | $7,557 | $7,557 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-234 | 7/12/2002 | NEW WIRING FOR COOLER DOOR | $4,527 | $4,527 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-236 | 9/23/2002 | SECURITY CAMERA | $720 | $720 | $ - | | Machinery & Equipment - N.A. Plant |
| 21-242 | 7/31/2002 | INSTALL NEW WIRING FOR LOADING DOCK BLOWER | $3,403 | $3,403 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-005 | 6/28/2002 | WALK BEHIND LIFT | $10,309 | $10,309 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-018 | 8/29/2002 | 3 INV VISION SYSTEM 45981.00+500.00+3795.00+57476. | $107,753 | $107,753 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-019 | 10/15/2002 | SILO TANK EXPANSION 4 INVOICES | $515,549 | $515,549 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-020 | 10/15/2002 | PIPING 3 INV. 14250.00+33250.00+6540.58 | $54,041 | $54,041 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-021 | 5/1/2002 | INSTALL WIRING FOR NEW CONVEYOR 2INV. | $10,673 | $10,673 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-022 | 5/2/2002 | INSTALL AMONIA SIDEFITTERS | $6,605 | $6,605 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-025 | 6/28/2002 | STD FORKLIFT | $28,412 | $28,412 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-029 | 6/28/2002 | SQRIZE TRUCK | $42,564 | $42,564 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-044 | 11/20/2002 | COOLER CAMERAS | $1,182 | $1,182 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-045 | 10/1/2002 | RELOCATION OF VISION SYSTEM | $11,495 | $11,495 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-046 | 10/31/2002 | MATERIAL AND LABOR TO INSTALL WIRING | $32,016 | $32,016 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-048 | 10/25/2002 | FREIGHT CHARGES | $935 | $935 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-049 | 10/29/2002 | NEW PUMP/LABOR FOR ROOFTOP AMONIA/4 INV. | $18,222 | $18,222 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-050 | 12/9/2002 | BILLING OF MATERIAL/2 INV. | $14,274 | $14,274 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-052 | 11/18/2002 | TEMPERATURE SWITCH | $325 | $325 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-053 | 10/1/2002 | MISC. SUPPLIES | $776 | $776 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-062 | 7/29/2003 | PREPARATION OF PAINTING OF MILK STORAGE TANKS | $5,500 | $5,500 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-063 | 7/22/2003 | PROGRESSIVE OF PAYMENTS FOR INSTALLATION | $8,039 | $8,039 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-064 | 8/31/2003 | RELIEF VALVE | $1,483 | $1,483 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-065 | 8/18/2003 | INSTALL WIRING TO NEW 60 AMP BOX | $1,853 | $1,853 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-066 | 7/7/2003 | START UP SERVICE FOR CAP SORTER | $2,958 | $2,958 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-067 | 9/11/2003 | PRONTO 474 LABEL PRINTER | $3,942 | $3,942 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-068 | 9/11/2003 | PUMP/MOTOR | $17,787 | $17,787 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-069 | 8/23/2003 | DOCKSTOCKER LIFT TRUCK | $4,012 | $4,012 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-070 | 4/4/2003 | 40% OF FRUIT FEEDER | $13,668 | $13,668 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-072 | 5/13/2003 | CAP SORTER | $10,080 | $10,080 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-073 | 5/2/2003 | ENGINEERING EQUIPMENT | $3,242 | $3,242 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-074 | 5/1/2003 | FINAL BILLING FOR CIP CONTROL WIRING | $948 | $948 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-075 | 5/21/2003 | SERVICE HOURS FOR INSTALL OF RECEIVING BAY | $1,960 | $1,960 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-076 | 5/15/2003 | CIP PIPING,JUMPERS,ICE CREAM LINES AND GUARD RAILS | $4,684 | $4,684 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-078 | 12/1/2003 | 8 OZ.IC FILLER  VERIZON 29 | $19,898 | $19,898 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-079 | 1/29/2004 | REPLACE EXISTING RELIEF VALVES | $3,499 | $3,499 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-080 | 1/1/2004 | EXCAVATE DIRT/POUR PAD/PIPING FOR SEWER. | $2,650 | $2,650 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-081 | 2/29/2004 | SOFT WATER PIPE/WATER MAIN REROUTE | $5,070 | $5,070 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-082 | 1/1/2004 | INSTALL CUSTOMER SUPPLIED VFD DRIVE IN CIP RM. | $1,284 | $1,284 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-086 | 1/1/2004 | INSTALL WIRING FOR RELOCATED SOFTENER PUMPS | $2,809 | $2,809 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-087 | 2/26/2004 | WELDING/FITTINGS | $6,139 | $6,139 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-088 | 1/20/2004 | BUYOUT ON 11/40,000 GAL SILO STORAGE TANK | $6,104 | $6,104 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-096 | 4/27/2004 | NEW EXHAUST FAN IN CHEMICAL ROOM | $2,655 | $2,655 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-097 | 8/11/2004 | 3 INVOICES ON BOILER PROCESS 195551+679.51+11304.4 | $13,940 | $13,940 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-098 | 8/17/2004 | INSTALL 480 VOLT NEMA 3S A100 AMP | $562 | $562 | $ - | | Machinery & Equipment - N.A. Plant |
| 22-099 | 4/1/2004 | BUYOUT OF 40 GAL STORAGE TANK | $2,543 | $2,543 | $ - | | Machinery & Equipment - N.A. Plant |

| 22-100 | 6/30/2004 | SPOT PAK PAD SIZE 1 | $2,795 | $2,795 | $ - | Machinery & Equipment - N.A. Plant |
|---|---|---|---|---|---|---|
| 22-101 | 1/1/2004 | PUMP OUT CREAM TANKS/INSTALL 3WAY VALVES | $5,236 | $5,236 | $ - | Machinery & Equipment - N.A. Plant |
| 22-111 | 1/1/2004 | MODIFICATIONS TO PASTEURIZING UNIT | $25,230 | $25,230 | $ - | Machinery & Equipment - N.A. Plant |
| 22-112 | 4/27/2004 | INSTALL WIRING FOR EXHAUST FAN | $1,314 | $1,314 | $ - | Machinery & Equipment - N.A. Plant |
| 22-113 | 4/8/2004 | SMART LEASE/1 CODING/SET UP/TRAINING | $17,671 | $17,671 | $ - | Machinery & Equipment - N.A. Plant |
| 22-119 | 8/27/2004 | TRACON FIBERGLASS BLDG. | $9,105 | $9,105 | $ - | Machinery & Equipment - N.A. Plant |
| 22-120 | 1/1/2004 | INSTALL UNDERGROUND FEED TO NEW SAMPLING EQUIP | $5,567 | $5,567 | $ - | Machinery & Equipment - N.A. Plant |
| 22-142 | 1/1/2004 | SAMPLING MANHOLE DESIGN | $334 | $334 | $ - | Machinery & Equipment - N.A. Plant |
| 22-145 | 10/1/2004 | LIFT TRUCK | $15,740 | $15,740 | $ - | Machinery & Equipment - N.A. Plant |
| 22-146 | 10/1/2004 | FORK LIFT TRUCK | $32,319 | $32,319 | $ - | Machinery & Equipment - N.A. Plant |
| 22-178 | 11/15/2004 | MIX TANK | $408 | $408 | $ - | Machinery & Equipment - N.A. Plant |
| 22-179 | 11/10/2004 | TANK REPLACEMENT | $7,403 | $7,403 | $ - | Machinery & Equipment - N.A. Plant |
| 22-180 | 11/9/2004 | INSULATE RAW MILK AND B5 CIP LINES | $1,100 | $1,100 | $ - | Machinery & Equipment - N.A. Plant |
| 22-183 | 8/3/2004 | HIGH VOLTAGE TEST EQUIPMENT | $800 | $800 | $ - | Machinery & Equipment - N.A. Plant |
| 22-184 | 7/27/2004 | HEAT EXCHANGER TEST | $1,865 | $1,865 | $ - | Machinery & Equipment - N.A. Plant |
| 22-187 | 3/15/2004 | COMPRESSOR REBUILD | $8,205 | $8,205 | $ - | Machinery & Equipment - N.A. Plant |
| 22-188 | 1/29/2004 | FLOOR SCRUBBER | $8,195 | $8,195 | $ - | Machinery & Equipment - N.A. Plant |
| 22-189 | 9/15/2004 | STAINLESS CONVEYOR | $15,785 | $15,785 | $ - | Machinery & Equipment - N.A. Plant |
| 22-201 | 10/5/2004 | BLEND TANK PIPING | $3,653 | $3,653 | $ - | Machinery & Equipment - N.A. Plant |
| 22-210 | 12/20/2004 | BLEND TANK | $33,055 | $33,055 | $ - | Machinery & Equipment - N.A. Plant |
| 22-211 | 1/1/2004 | BACK UP PLC EQUIPMENT | $27,406 | $27,406 | $ - | Machinery & Equipment - N.A. Plant |
| 22-215 | 1/1/2004 | CONTINUOUS WASTEWATER MONITOR | $179 | $179 | $ - | Machinery & Equipment - N.A. Plant |
| 22-217 | 12/31/2004 | ADHESIVE SYSTEM | $7,781 | $7,781 | $ - | Machinery & Equipment - N.A. Plant |
| 22-218 | 1/7/2005 | Glass bottle Filling Line | $1,534 | $1,534 | $ - | Machinery & Equipment - N.A. Plant |
| 22-219 | 3/13/2005 | Cap Chute & Pickup Support | $6,230 | $6,230 | $ - | Machinery & Equipment - N.A. Plant |
| 22-222 | 3/22/2005 | Bar Code Label Printer | $2,707 | $2,707 | $ - | Machinery & Equipment - N.A. Plant |
| 22-223 | 5/13/2005 | Bowl Rebuild | $18,610 | $18,610 | $ - | Machinery & Equipment - N.A. Plant |
| 22-224 | 5/17/2005 | Freezer Pallet Racking | $5,035 | $5,035 | $ - | Machinery & Equipment - N.A. Plant |
| 22-225 | 5/17/2005 | Freezer Pallet Racking | $2,374 | $2,374 | $ - | Machinery & Equipment - N.A. Plant |
| 22-226 | 5/13/2005 | Bowl Rebuild | $363 | $363 | $ - | Machinery & Equipment - N.A. Plant |
| 22-227 | 6/13/2005 | Bottle Vision Inspection System | $19,623 | $19,623 | $ - | Machinery & Equipment - N.A. Plant |
| 22-228 | 6/21/2005 | Mechanical Changes of Conveyor | $600 | $600 | $ - | Machinery & Equipment - N.A. Plant |
| 22-230 | 6/21/2005 | Laser scan | $1,369 | $1,369 | $ - | Machinery & Equipment - N.A. Plant |
| 22-231 | 7/1/2005 | HTST Plate Testing | $4,614 | $4,614 | $ - | Machinery & Equipment - N.A. Plant |
| 22-232 | 9/1/2005 | Plant rewire | $8,562 | $8,562 | $ - | Machinery & Equipment - N.A. Plant |
| 22-233 | 9/1/2005 | New glass pick & place caser | $1,591 | $1,591 | $ - | Machinery & Equipment - N.A. Plant |
| 22-234 | 9/1/2005 | Conveyor | $4,813 | $4,813 | $ - | Machinery & Equipment - N.A. Plant |
| 22-235 | 9/1/2005 | Ammonia Compressor Rebuild | $14,647 | $14,647 | $ - | Machinery & Equipment - N.A. Plant |
| 22-236 | 9/1/2005 | RO System for Boiler | $7,669 | $7,669 | $ - | Machinery & Equipment - N.A. Plant |
| 22-238 | 9/1/2005 | Case Packer | $4,853 | $4,853 | $ - | Machinery & Equipment - N.A. Plant |
| 22-247 | 11/1/2005 | Ultima 3103 Linz | $9,681 | $9,681 | $ - | Machinery & Equipment - N.A. Plant |
| 22-248 | 3/1/2006 | Crown Lift Truck | $3,209 | $3,209 | $ - | Machinery & Equipment - N.A. Plant |
| 22-250 | 3/15/2006 | Case Packer | $41,039 | $41,039 | $ - | Machinery & Equipment - N.A. Plant |
| 23-002 | 4/17/2006 | Ice Cream Quart Packer | $108,232 | $108,232 | $ - | Machinery & Equipment - N.A. Plant |
| 23-003 | 4/17/2006 | Icre Cram Quart Packer | $6,292 | $6,292 | $ - | Machinery & Equipment - N.A. Plant |
| 23-004 | 4/17/2006 | Ice Cream Quart Packer | $458 | $458 | $ - | Machinery & Equipment - N.A. Plant |
| 23-005 | 11/16/2006 | Hardware for the vision lighting upgrade | $2,399 | $2,399 | $ - | Machinery & Equipment - N.A. Plant |
| 23-006 | 1/18/2007 | Galv. ladder & cage in bottle wash area | $4,300 | $4,300 | $ - | Machinery & Equipment - N.A. Plant |
| 23-007 | 1/22/2007 | Hoyer Freezer | $15,454 | $15,454 | $ - | Machinery & Equipment - N.A. Plant |
| 23-008 | 3/30/2007 | Electric Fork Lift | $33,412 | $33,412 | $ - | Machinery & Equipment - N.A. Plant |
| 23-010 | 3/31/2007 | Vilter Compressor overhal | $12,140 | $12,140 | $ - | Machinery & Equipment - N.A. Plant |
| 23-018 | 7/30/2007 | Conveyor | $18,834 | $18,834 | $ - | Machinery & Equipment - N.A. Plant |
| 23-019 | 6/22/2007 | Service on a air handling unit fan | $6,350 | $6,350 | $ - | Machinery & Equipment - N.A. Plant |
| 23-020 | 11/27/2007 | Silo/Evap Piping | $10,100 | $10,100 | $ - | Machinery & Equipment - N.A. Plant |
| 23-029 | 11/22/2007 | Pasteurized Tank Cooling Program and Instal | $1,270 | $1,270 | $ - | Machinery & Equipment - N.A. Plant |
| 23-030 | 11/30/2007 | Wiring for silo # 6 refrigeration | $3,646 | $3,646 | $ - | Machinery & Equipment - N.A. Plant |
| 23-031 | 12/18/2007 | 1500 gal mix Tank Winchell | $11,842 | $11,842 | $ - | Machinery & Equipment - N.A. Plant |
| 23-032 | 5/1/2008 | 1500 Gallon Processor | $108,576 | $108,576 | $ - | Machinery & Equipment - N.A. Plant |
| 23-033 | 9/12/2008 | Pump 1851 series 39", TEFC (IP55) | $4,461 | $4,461 | $ - | Machinery & Equipment - N.A. Plant |
| 23-036 | 9/22/2008 | Dasher, bush, hub, scraper, slide, shaft, cover | $14,290 | $14,290 | $ - | Machinery & Equipment - N.A. Plant |
| 23-037 | 10/31/2008 | Feed Tank for boiler | $14,656 | $14,656 | $ - | Machinery & Equipment - N.A. Plant |
| 23-043 | 10/15/2008 | Thermo Shutter & Dehumidification System | $200,000 | $200,000 | $ - | Machinery & Equipment - N.A. Plant |
| 23-054 | 8/1/2008 | Bulk Can Converyor | $688 | $688 | $ - | Machinery & Equipment - N.A. Plant |
| 23-055 | 6/15/2009 | Arbor Press | $3,260 | $3,260 | $ - | Machinery & Equipment - N.A. Plant |
| 23-056 | 7/17/2009 | Bottling line conveyors | $37,120 | $37,120 | $ - | Machinery & Equipment - N.A. Plant |
| 23-057 | 11/6/2009 | Tetra Pak Spiraflo CIP Heater | $30,038 | $30,038 | $ - | Machinery & Equipment - N.A. Plant |
| 23-063 | 10/1/2009 | CIP Return Line | $6,260 | $6,260 | $ - | Machinery & Equipment - N.A. Plant |
| 23-066 | 10/1/2009 | Milk Receiving Sampler | $3,385 | $3,385 | $ - | Machinery & Equipment - N.A. Plant |
| 23-082 | 1/1/2009 | Arbor Press | $2,500 | $2,500 | $ - | Machinery & Equipment - N.A. Plant |
| 23-092 | 4/14/2010 | Fiber Optic Sensor | $1,521 | $1,521 | $ - | Machinery & Equipment - N.A. Plant |
| 23-093 | 7/15/2010 | Draeger Sensor(Ammonia), Polytron, calibration kit | $5,510 | $5,510 | $ - | Machinery & Equipment - N.A. Plant |
| 23-103 | 8/1/2010 | PacIII Gas Monitor,TWA alarm, electrochemical sen | $1,059 | $1,059 | $ - | Machinery & Equipment - N.A. Plant |
| 23-104 | 9/1/2010 | Conquest Line, New design on small bottle line | $6,680 | $6,680 | $ - | Machinery & Equipment - N.A. Plant |
| 23-110 | 10/25/2010 | New Bottle Washer & Conveyer | $483,133 | $483,133 | $ - | Machinery & Equipment - N.A. Plant |
| 23-111 | 11/18/2010 | Bottle Washer Project | $14,985 | $14,985 | $ - | Machinery & Equipment - N.A. Plant |
| 23-112 | 12/9/2010 | Plant Milk Case Packer - We Pack It, Inc. | $19,143 | $19,143 | $ - | Machinery & Equipment - N.A. Plant |
| 23-113 | 12/9/2010 | Refrigeration Pump - AMS Mechanical Sys | $2,631 | $2,631 | $ - | Machinery & Equipment - N.A. Plant |
| 23-114 | 12/9/2010 | Raschol bug Blocker Overhead Door -Industrial Door | $2,080 | $2,080 | $ - | Machinery & Equipment - N.A. Plant |
| 23-115 | 12/9/2010 | Freezer Racking System - Convey or Store it, inc. | $7,722 | $7,625 | $97 | Machinery & Equipment - N.A. Plant |
| 23-116 | 12/6/2010 | Homogenizer Pump | $7,167 | $7,167 | $ - | Machinery & Equipment - N.A. Plant |
| 23-117 | 12/30/2010 | DisplayAD20-HIM-A3 PF Arch Class HIM, LCD | $2,399 | $2,399 | $ - | Machinery & Equipment - N.A. Plant |
| 23-136 | 1/14/2011 | Stell Platform Ladder with Serrated Steps | $484 | $484 | $ - | Machinery & Equipment - N.A. Plant |
| 23-137 | 1/14/2011 | Steel Platform Ladder with Serrated Steps | $484 | $484 | $ - | Machinery & Equipment - N.A. Plant |
| 23-143 | 3/31/2011 | Reconfigure plumbing on pressure pumps | $3,032 | $3,032 | $ - | Machinery & Equipment - N.A. Plant |
| 23-144 | 8/31/2011 | Vilter Com JX & Fitting for Heat Exchanger | $8,537 | $8,537 | $ - | Machinery & Equipment - N.A. Plant |
| 23-145 | 1/31/2012 | Ammonia pipe insulation, other piping changes | $75,874 | $75,874 | $ - | Machinery & Equipment - N.A. Plant |
| 23-148 | 3/1/2012 | Homogenization Device HD 100 (upgrade) | $16,687 | $16,687 | $ - | Machinery & Equipment - N.A. Plant |
| 23-149 | 3/28/2012 | Homogenizer/Seperator rebuild - TetraPak 03-12 | $2,692 | $2,692 | $ - | Machinery & Equipment - N.A. Plant |
| 23-150 | 3/23/2012 | Handheld MC9596 KCAEAD00100, Ser# 00003 | $1,756 | $1,756 | $ - | Machinery & Equipment - N.A. Plant |
| 23-151 | 3/23/2012 | Handheld MC9596 KCAEAD00100, Ser# 00007 | $1,838 | $1,838 | $ - | Machinery & Equipment - N.A. Plant |
| 23-152 | 3/15/2012 | Conveyor rebuild plant floor - Cannon | $13,466 | $13,466 | $ - | Machinery & Equipment - N.A. Plant |
| 23-153 | 5/30/2012 | New Blast freezer door | $3,950 | $3,950 | $ - | Machinery & Equipment - N.A. Plant |
| 23-154 | 5/9/2012 | Handheld MC9596 KCAEAD00100, Ser# 00018 | $1,838 | $1,838 | $ - | Machinery & Equipment - N.A. Plant |

Rider to Schedule A/B Part 8, Question 50 p.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23-156 | 5/9/2012 | Handheld MC9596 KCAEAD00100, Ser# 00021 | $1,838 | $1,838 | $ - | Machinery & Equipment - N.A. Plant |
| 23-190 | 5/9/2012 | Handheld MC9596 KCAEAD00100, Ser# 00744 | $1,838 | $1,838 | $ - | Machinery & Equipment - N.A. Plant |
| 23-191 | 5/9/2012 | Handheld MC9596 KCAEAD00100, Ser# 00191 | $1,838 | $1,838 | $ - | Machinery & Equipment - N.A. Plant |
| 23-192 | 5/9/2012 | Handheld MC9596 KCAEAD00100, Ser# 00193 | $1,838 | $1,838 | $ - | Machinery & Equipment - N.A. Plant |
| 23-193 | 5/9/2012 | Handheld MC9596 KCAEAD00100, Ser# 00198 | $1,838 | $1,838 | $ - | Machinery & Equipment - N.A. Plant |
| 23-194 | 5/9/2012 | Handheld MC9596 KCAEAD00100, Ser# 00202 | $1,838 | $1,838 | $ - | Machinery & Equipment - N.A. Plant |
| 23-195 | 5/9/2012 | Handheld MC9596 KCAEAD00100, Ser# 00209 | $1,838 | $1,838 | $ - | Machinery & Equipment - N.A. Plant |
| 23-196 | 6/6/2012 | Handheld MC9596 KCAEAD00100, Ser# 00232 | $1,838 | $1,838 | $ - | Machinery & Equipment - N.A. Plant |
| 23-197 | 8/1/2012 | Scale Benchmark Platform Ser#162800084 | $1,496 | $1,496 | $ - | Machinery & Equipment - N.A. Plant |
| 48-072 | 10/25/2012 | Industrial racking - Aisstorage | $2,899 | $2,899 | $ - | Machinery & Equipment - N.A. Plant |
| 96-665 | 10/17/2012 | Shut-off tank valves - horizontal tanks | $15,745 | $15,745 | $ - | Machinery & Equipment - N.A. Plant |
| 96-679 | 10/18/2012 | Bucket mixer - Speed Demon 5 gal - #5025-00-PRF | $4,500 | $4,500 | $ - | Machinery & Equipment - N.A. Plant |
| 96-681 | 12/6/2012 | Conveyor chain | $4,931 | $4,931 | $ - | Machinery & Equipment - N.A. Plant |
| 96-682 | 12/13/2012 | Winsmith Red Gearbox (SN#X000KZ) - Bottlewasher | $5,115 | $5,115 | $ - | Machinery & Equipment - N.A. Plant |
| 96-700 | 2/4/2013 | Varigator Head | $4,592 | $4,592 | $ - | Machinery & Equipment - N.A. Plant |
| 96-703 | 4/17/2013 | 6 Stainless Steel Bottle Pusher Arms | $4,080 | $4,080 | $ - | Machinery & Equipment - N.A. Plant |
| 96-707 | 5/23/2013 | Factory Cat Model 253 Walk Behind Scrubber | $10,790 | $10,790 | $ - | Machinery & Equipment - N.A. Plant |
| 96-708 | 5/14/2013 | Walkie-Rider Ser#841-12-12145/Bat Ser #MKF11098381 | $11,795 | $11,795 | $ - | Machinery & Equipment - N.A. Plant |
| 96-717 | 7/31/2013 | Inline Empty Bottle Inspector | $164,585 | $164,585 | $ - | Machinery & Equipment - N.A. Plant |
| 96-719 | 7/31/2013 | Conveyors for Vision System | $53,399 | $53,399 | $ - | Machinery & Equipment - N.A. Plant |
| 96-723 | 7/31/2013 | Acme DTHB-7-2S Transformer | $1,513 | $1,513 | $ - | Machinery & Equipment - N.A. Plant |
| 96-725 | 7/31/2013 | Interior Floor Work | $2,760 | $2,760 | $ - | Machinery & Equipment - N.A. Plant |
| 96-726 | 7/31/2013 | Spare Parts for Vision System | $3,936 | $3,936 | $ - | Machinery & Equipment - N.A. Plant |
| 96-727 | 8/14/2013 | Spare Parts for Vision System | $1,278 | $1,278 | $ - | Machinery & Equipment - N.A. Plant |
| 96-731 | 7/31/2013 | Conveyor Motor for Vision System | $2,603 | $2,603 | $ - | Machinery & Equipment - N.A. Plant |
| 96-732 | 8/31/2013 | Ammonia Compressor #1 Rebuild Parts | $2,964 | $2,964 | $ - | Machinery & Equipment - N.A. Plant |
| 96-735 | 8/31/2013 | Compressor #3 Rebuild | $28,732 | $28,732 | $ - | Machinery & Equipment - N.A. Plant |
| 96-736 | 7/18/2013 | Connection Plate for HTST Press | $13,351 | $13,351 | $ - | Machinery & Equipment - N.A. Plant |
| 96-737 | 8/28/2013 | High Output Upblast Direct-Drive Exhaust Fan | $3,227 | $3,227 | $ - | Machinery & Equipment - N.A. Plant |
| 96-738 | 8/23/2013 | Glass Filler Rebuild | $11,467 | $11,467 | $ - | Machinery & Equipment - N.A. Plant |
| 96-740 | 6/28/2013 | IT Generator - Generac Natural Gas QTO4524KNSX | $36,400 | $36,400 | $ - | Machinery & Equipment - N.A. Plant |
| 96-741 | 8/28/2013 | Frequency Drive for Vision System | $415 | $415 | $ - | Machinery & Equipment - N.A. Plant |
| 96-796 | 9/18/2013 | Steam Coil Replacement for Bottle Washer | $11,544 | $11,544 | $ - | Machinery & Equipment - N.A. Plant |
| 96-797 | 9/23/2013 | End Plate and Gasket for Press | $410 | $410 | $ - | Machinery & Equipment - N.A. Plant |
| 96-798 | 9/25/2013 | Booster Micro Processor Replacements | $37,520 | $37,520 | $ - | Machinery & Equipment - N.A. Plant |
| 96-800 | 10/9/2013 | Scissor Lift Serial #:0200161751 | $8,092 | $8,092 | $ - | Machinery & Equipment - N.A. Plant |
| 96-801 | 10/28/2013 | Soft Starter Project for Ammonia Compressor Keypad | $464 | $464 | $ - | Machinery & Equipment - N.A. Plant |
| 96-803 | 10/30/2013 | Soft Starter Proj for Ammonia Compressor Starter | $2,695 | $2,695 | $ - | Machinery & Equipment - N.A. Plant |
| 96-804 | 11/19/2013 | Liquid Ammonia Pumps - Buffalo and Toledo | $16,613 | $16,613 | $ - | Machinery & Equipment - N.A. Plant |
| 96-805 | 12/1/2013 | Soft Starter 370A 23-460 VAC 3-Phase 50/60 Hz | $2,695 | $2,695 | $ - | Machinery & Equipment - N.A. Plant |
| 96-806 | 12/1/2013 | Remote Keypad for Soft Starter w/3m Cable | $215 | $215 | $ - | Machinery & Equipment - N.A. Plant |
| 96-807 | 2/12/2014 | Ammonia Pump | $15,935 | $15,935 | $ - | Machinery & Equipment - N.A. Plant |
| 96-808 | 1/29/2014 | Huhtamaki Machine Update, Rebuild & Spare Parts | $14,525 | $14,525 | $ - | Machinery & Equipment - N.A. Plant |
| 96-809 | 5/13/2014 | PanelView Plus Terminal AB 2711P-K12C4A8 | $11,667 | $11,667 | $ - | Machinery & Equipment - N.A. Plant |
| 96-810 | 8/25/2014 | Leibinger Jet2 Neo printer Serial # LJ-403196 | $8,895 | $8,895 | $ - | Machinery & Equipment - N.A. Plant |
| 96-811 | 8/25/2014 | Leibinger Jet2 Neo printer Serial # LJ-403188 | $8,895 | $8,895 | $ - | Machinery & Equipment - N.A. Plant |
| 96-812 | 8/25/2014 | Leibinger Jet2 Neo printer Serial # LJ-403195 | $8,895 | $8,895 | $ - | Machinery & Equipment - N.A. Plant |
| 96-816 | 8/25/2014 | AIS Pallet Racking | $79,584 | $79,584 | $ - | Machinery & Equipment - N.A. Plant |
| 96-817 | 9/30/2014 | Condenser repiping project | $11,780 | $11,780 | $ - | Machinery & Equipment - N.A. Plant |
| 96-819 | 11/12/2014 | Exit Cooler Dock Door & Cooler Slider | $15,031 | $15,031 | $ - | Machinery & Equipment - N.A. Plant |
| 96-820 | 12/1/2014 | Bottle Washer Parts | $7,428 | $7,428 | $ - | Machinery & Equipment - N.A. Plant |
| 96-821 | 9/28/2014 | Lantech Stretch Wrapper Serial # QM032190 | $13,923 | $13,923 | $ - | Machinery & Equipment - N.A. Plant |
| 96-826 | 10/28/2014 | Plastic Pallets for Cooler Warehouse | $47,177 | $47,177 | $ - | Machinery & Equipment - N.A. Plant |
| 96-828 | 12/30/2014 | Plant Rebuilding Project (Energy Efficient Light) | $5,892 | $5,892 | $ - | Machinery & Equipment - N.A. Plant |
| 96-829 | 1/31/2015 | Preaction System for Plant Sprinkler | $13,351 | $3,053 | $10,298 | Machinery & Equipment - N.A. Plant |
| 96-830 | 3/25/2015 | Reuland Complete Motor / Reducer | $5,236 | $5,236 | $ - | Machinery & Equipment - N.A. Plant |
| 96-831 | 6/12/2015 | Bag-In-Box M125 Filler | $30,932 | $30,932 | $ - | Machinery & Equipment - N.A. Plant |
| 96-833 | 6/16/2015 | Deposit for 2 Clayton Steam Generators and Accesso | $184,363 | $184,363 | $ - | Machinery & Equipment - N.A. Plant |
| 97-189 | 7/2/2015 | IZMS Electromagnetic Flowmeter | $6,055 | $6,055 | $ - | Machinery & Equipment - N.A. Plant |
| 97-190 | 7/14/2015 | Leibinger NEO Continuous Inkjet Printer | $9,656 | $9,656 | $ - | Machinery & Equipment - N.A. Plant |
| 97-193 | 8/19/2015 | Pasturizer Heat Exchanger Rebuild | $6,877 | $6,877 | $ - | Machinery & Equipment - N.A. Plant |
| 98-154 | 7/27/2015 | Plate Pack | $35,427 | $35,427 | $ - | Machinery & Equipment - N.A. Plant |
| 98-176 | 8/5/2015 | Label Printer Project | $8,955 | $8,955 | $ - | Machinery & Equipment - N.A. Plant |
| 98-178 | 9/16/2015 | Boiler Upgrade Project | $158,686 | $158,686 | $ - | Machinery & Equipment - N.A. Plant |
| 98-227 | 9/28/2015 | Wrapper System | $15,060 | $15,060 | $ - | Machinery & Equipment - N.A. Plant |
| 98-297 | 10/20/2015 | (2) Vitapump systems | $13,814 | $13,814 | $ - | Machinery & Equipment - N.A. Plant |
| 98-324 | 9/21/2015 | Exchange Pump | $6,785 | $6,785 | $ - | Machinery & Equipment - N.A. Plant |
| 98-500 | 12/8/2015 | Glass Caser Capital Project | $83,832 | $83,832 | $ - | Machinery & Equipment - N.A. Plant |
| 98-501 | 12/1/2015 | Leibinger NEO Continuous Inkjet Printer | $9,663 | $9,663 | $ - | Machinery & Equipment - N.A. Plant |
| 98-502 | 2/19/2016 | Boiler Upgrade Project - Mechanical Inc. | $20,013 | $20,013 | $ - | Machinery & Equipment - N.A. Plant |
| 98-505 | 1/1/2016 | Steam Hose Stations | $39,983 | $39,983 | $ - | Machinery & Equipment - N.A. Plant |
| 98-507 | 3/9/2016 | PanelView Plus Terminal AB 2711P-K12C4A8 | $6,729 | $6,729 | $ - | Machinery & Equipment - N.A. Plant |
| 98-508 | 5/24/2016 | AIS Pallet Racking | $24,793 | $24,793 | $ - | Machinery & Equipment - N.A. Plant |
| 98-509 | 6/30/2016 | CT Solutions Panel | $7,348 | $7,348 | $ - | Machinery & Equipment - N.A. Plant |
| 98-510 | 4/4/2016 | Glass Caser | $176,919 | $176,919 | $ - | Machinery & Equipment - N.A. Plant |
| 98-511 | 9/30/2016 | Compressor #3 Rebuild | $17,465 | $17,465 | $ - | Machinery & Equipment - N.A. Plant |
| 99-005 | 8/29/2016 | Glass Bottle Line Electrical Panel | $10,617 | $10,617 | $ - | Machinery & Equipment - N.A. Plant |
| 99-072 | 9/30/2016 | Compressor #1 Oil Separator | $5,764 | $5,764 | $ - | Machinery & Equipment - N.A. Plant |
| 99-165 | 10/31/2016 | Cannon Glass Caser Morrison Screw Kit | $16,409 | $16,409 | $ - | Machinery & Equipment - N.A. Plant |
| 99-166 | 10/18/2016 | Bottle Washer Caustic Spray | $14,780 | $14,780 | $ - | Machinery & Equipment - N.A. Plant |
| 99-178 | 11/7/2016 | Build and Install Control Cabinet Equipment | $8,970 | $8,970 | $ - | Machinery & Equipment - N.A. Plant |
| 99-184 | 11/22/2016 | Hach Hardness Analyzer | $5,027 | $5,027 | $ - | Machinery & Equipment - N.A. Plant |
| 99-185 | 10/25/2016 | Oil Separator | $7,656 | $7,656 | $ - | Machinery & Equipment - N.A. Plant |
| 99-210 | 4/8/2017 | Metal Detector | $58,828 | $56,594 | $2,233 | Machinery & Equipment - N.A. Plant |
| 99-212 | 3/14/2017 | Wastewater Sampler | $11,921 | $11,586 | $336 | Machinery & Equipment - N.A. Plant |
| 08-066-09 | 2/24/2017 | Compressor Rebuild #2 | $11,139 | $10,903 | $235 | Machinery & Equipment - N.A. Plant |
| 08-067-09 | 4/28/2017 | Hardening Room Penthouse Door | $6,482 | $6,185 | $297 | Machinery & Equipment - N.A. Plant |
| 08-077-09 | 5/9/2017 | Frequency Drive for the Homogenizer | $8,478 | $8,053 | $425 | Machinery & Equipment - N.A. Plant |
| 00-018 | 6/19/2017 | Emergency Ammonia Shut Down System | $19,327 | $18,049 | $1,278 | Machinery & Equipment - N.A. Plant |
| 00-207 | 8/8/2017 | SPS 200 MasoSine Pump Assembly | $6,933 | $6,933 | $ - | Machinery & Equipment - N.A. Plant |
| 00-208 | 1/31/2018 | 3 Phase AC Motor - Serial # 1-29-2018 | $9,071 | $7,669 | $1,402 | Machinery & Equipment - N.A. Plant |
| 01-007 | 1/1/2018 | Vilter Oil Seperator | $21,421 | $18,361 | $3,060 | Machinery & Equipment - N.A. Plant |
| 04-250 | 5/3/2018 | Sprockets and Shafts | $11,174 | $9,044 | $2,130 | Machinery & Equipment - N.A. Plant |

Rider to Schedule A/B Part 8, Question 50 p.

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-300 | 6/18/2018 | Cream Silos Project Electronics | $30,258 | $23,946 | $6,312 | Machinery & Equipment - N.A. Plant |
| 04-301 | 7/5/2018 | Homogenizer Rebuild | $10,467 | $8,214 | $2,253 | Machinery & Equipment - N.A. Plant |
| 05-164 | 7/16/2018 | Panelview | $3,006 | $2,346 | $660 | Machinery & Equipment - N.A. Plant |
| 05-216 | 9/21/2018 | Valve for Seperator | $2,596 | $1,958 | $638 | Machinery & Equipment - N.A. Plant |
| 05-252 | 8/22/2018 | Vision Sensor System | $4,381 | $3,355 | $1,025 | Machinery & Equipment - N.A. Plant |
| 06-047 | 10/4/2018 | Hardening Room and Freezer Lighting | $4,768 | $3,572 | $1,196 | Machinery & Equipment - N.A. Plant |
| 07-021 | 11/28/2018 | Small Bottle Line Conveyor Belt | $8,387 | $6,102 | $2,285 | Machinery & Equipment - N.A. Plant |
| 07-063 | 11/1/2018 | Parts for Existing Bottle Washer | $16,684 | $12,315 | $4,368 | Machinery & Equipment - N.A. Plant |
| 09-186 | 2/6/2019 | Bottle Washer Clean Conveyors | $3,225 | $2,258 | $967 | Machinery & Equipment - N.A. Plant |
| 11-092 | 2/22/2019 | Tetra Pak Compression Tool | $5,113 | $3,548 | $1,565 | Machinery & Equipment - N.A. Plant |
| 11-124 | 3/31/2019 | Soft Start Compressor | $4,632 | $3,147 | $1,485 | Machinery & Equipment - N.A. Plant |
| 12-110 | 3/31/2019 | Freezer Motor | $1,894 | $1,287 | $607 | Machinery & Equipment - N.A. Plant |
| 13-178 | 4/12/2019 | Emergency E-Stops for Steam Generators | $4,375 | $2,952 | $1,423 | Machinery & Equipment - N.A. Plant |
| 13-183 | 5/2/2019 | Flow Meter for Raw Blending | $5,024 | $3,351 | $1,673 | Machinery & Equipment - N.A. Plant |
| 13-224 | 8/16/2019 | Roof Mounted Exhaust Fan for Restrooms | $2,390 | $2,093 | $297 | Machinery & Equipment - N.A. Plant |
| 14-004 | 8/6/2019 | Air Compressor | $6,270 | $3,946 | $2,324 | Machinery & Equipment - N.A. Plant |
| 14-008 | 9/30/2019 | Installation Prep for PAC Bottle Washer & Conveyor | $154,448 | $93,878 | $60,570 | Machinery & Equipment - N.A. Plant |
| 14-009 | 9/30/2019 | Stainless Steel Conveyors for PAC Bottle Washer | $25,446 | $15,467 | $9,979 | Machinery & Equipment - N.A. Plant |
| 14-034 | 9/30/2019 | Steam, Exhaust Piping and Drains for PAC Bottle Wa | $34,898 | $21,212 | $13,686 | Machinery & Equipment - N.A. Plant |
| 18-125 | 9/30/2019 | In-Floor Conveyors for PAC Bottle Washer | $14,643 | $8,901 | $5,743 | Machinery & Equipment - N.A. Plant |
| 19-015 | 9/30/2019 | Electrical Preparation Work for PAC Bottle Washer | $12,020 | $7,306 | $4,714 | Machinery & Equipment - N.A. Plant |
| 19-042 | 9/30/2019 | Steam Insulation for PAC Bottle Washer | $2,586 | $1,572 | $1,014 | Machinery & Equipment - N.A. Plant |
| 19-069 | 9/30/2019 | PAC Bottle Washer | $555,394 | $337,584 | $217,810 | Machinery & Equipment - N.A. Plant |
| 20-114 | 9/13/2019 | Plumbing installation for PAC Bottle Washer | $4,850 | $2,980 | $1,870 | Machinery & Equipment - N.A. Plant |
| 20-335 | 9/25/2019 | PowerFlex Air Frequency Drive for PT6 | $1,792 | $1,093 | $699 | Machinery & Equipment - N.A. Plant |
| 21-015 | 9/30/2019 | Steam Condensate Tank Replacement | $53,955 | $32,795 | $21,160 | Machinery & Equipment - N.A. Plant |
| 21-056 | 10/31/2019 | Leibinger Inkjet Printer System | $6,221 | $5,188 | $1,033 | Machinery & Equipment - N.A. Plant |
| 21-110 | 11/1/2019 | Electrical Work for PAC Bottle Washer | $5,145 | $3,063 | $2,082 | Machinery & Equipment - N.A. Plant |
| 21-176 | 11/12/2019 | Rocket Industrial Case Sealer | $4,129 | $2,440 | $1,689 | Machinery & Equipment - N.A. Plant |
| 21-220 | 1/1/2020 | Heat Exchanger for Truck CIP | $2,818 | $2,254 | $564 | Machinery & Equipment - N.A. Plant |
| 22-017 | 1/1/2020 | New VFD for PT6 Cooling and Programming | $7,955 | $4,546 | $3,409 | Machinery & Equipment - N.A. Plant |
| 22-244 | 2/20/2020 | AP15 Melter Glue Pot | $5,559 | $3,068 | $2,491 | Machinery & Equipment - N.A. Plant |
| 23-094 | 2/27/2020 | Gearbox for RT-1 | $2,465 | $1,354 | $1,111 | Machinery & Equipment - N.A. Plant |
| 08-039-09 | 5/25/2020 | Jet 1 HP Milling/Drilling Machine Ser # NA031518N | $2,368 | $1,219 | $1,149 | Machinery & Equipment - N.A. Plant |
| 05-023 | 3/16/2020 | Dyson Airblade Hand Dryers (4) | $5,096 | $2,763 | $2,333 | Machinery & Equipment - N.A. Plant |
| 05-024 | 5/21/2020 | Welding Machine | $2,109 | $1,089 | $1,020 | Machinery & Equipment - N.A. Plant |
| 05-028 | 7/21/2020 | Separator Valves | $13,875 | $6,835 | $7,040 | Machinery & Equipment - N.A. Plant |
| 05-029 | 7/17/2020 | Dock and Trailer Area Lights and Fixtures | $7,859 | $3,883 | $3,975 | Machinery & Equipment - N.A. Plant |
| 05-030 | 5/13/2020 | Motors for Freezer Evaporators 7 and 8 | $3,877 | $2,014 | $1,863 | Machinery & Equipment - N.A. Plant |
| 05-031 | 6/19/2020 | Truck CIP and Stuffing Pump Motor Replacement | $1,986 | $1,003 | $983 | Machinery & Equipment - N.A. Plant |
| 05-045 | 6/19/2020 | Booster Pump Motor Replacement | $1,961 | $991 | $971 | Machinery & Equipment - N.A. Plant |
| 05-046 | 6/19/2020 | Homogenizer Motor Replacement | $7,744 | $3,911 | $3,833 | Machinery & Equipment - N.A. Plant |
| 05-064 | 6/19/2020 | Ammonia Power Valves | $5,780 | $2,919 | $2,861 | Machinery & Equipment - N.A. Plant |
| 05-083 | 6/26/2020 | Water Softner Replacement | $21,339 | $10,719 | $10,620 | Machinery & Equipment - N.A. Plant |
| 05-091 | 8/11/2020 | Ampco Pump Model #KC2-215-184JM-X58 | $3,563 | $1,726 | $1,837 | Machinery & Equipment - N.A. Plant |
| 05-109 | 8/12/2020 | 250HP 4P Motor | $8,890 | $4,303 | $4,587 | Machinery & Equipment - N.A. Plant |
| 05-110 | 8/6/2020 | Dock Leveler #8 | $15,750 | $7,660 | $8,090 | Machinery & Equipment - N.A. Plant |
| 05-237 | 9/25/2020 | Motor and gearbox replacement | $2,288 | $1,068 | $1,220 | Machinery & Equipment - N.A. Plant |
| 05-273 | 9/23/2020 | Heater for Hot Water Bath | $1,230 | $575 | $655 | Machinery & Equipment - N.A. Plant |
| 07-043 | 9/15/2020 | Ampco Pump Model #KC2-215-184JM-X58 | $3,656 | $1,721 | $1,935 | Machinery & Equipment - N.A. Plant |
| 08-095 | 10/5/2020 | Floor Scrubber Rebuild | $4,132 | $1,913 | $2,219 | Machinery & Equipment - N.A. Plant |
| 10-046 | 10/20/2020 | Bulk System Automatic Chemical Handling System | $3,038 | $1,389 | $1,649 | Machinery & Equipment - N.A. Plant |
| 10-068 | 10/16/2020 | Steam Generator Pumps | $2,473 | $1,134 | $1,339 | Machinery & Equipment - N.A. Plant |
| 10-069 | 10/15/2020 | Human Machine Interface Retrofit | $5,547 | $2,546 | $3,001 | Machinery & Equipment - N.A. Plant |
| 11-093 | 11/23/2020 | Pail Unloader System | $17,169 | $7,619 | $9,549 | Machinery & Equipment - N.A. Plant |
| 13-004 | 9/24/2020 | Fabric Roll Up Door Installation | $13,359 | $6,242 | $7,118 | Machinery & Equipment - N.A. Plant |
| 16-066 | 11/10/2020 | Fluid Pallet Shrink Wrapper | $11,408 | $5,121 | $6,287 | Machinery & Equipment - N.A. Plant |
| 18-082 | 8/31/2020 | Hot Well Repair | $22,500 | $15,012 | $7,488 | Machinery & Equipment - N.A. Plant |
| 19-077 | 10/27/2020 | Ammonia to PT5 | $35,081 | $15,938 | $19,143 | Machinery & Equipment - N.A. Plant |
| 21-017 | 7/21/2020 | Frequency Drive for Homogenizer | $7,006 | $3,451 | $3,555 | Machinery & Equipment - N.A. Plant |
| 21-189 | 12/31/2020 | Bulk Ingredient Handler System | $65,100 | $27,925 | $37,175 | Machinery & Equipment - N.A. Plant |
| 21-198 | 1/13/2021 | Homogenizer Hydraulic Pump & Motor | $4,856 | $2,058 | $2,798 | Machinery & Equipment - N.A. Plant |
| 22-016 | 3/3/2021 | Hormann Roll-up Door | $14,368 | $5,815 | $8,553 | Machinery & Equipment - N.A. Plant |
| 22-196 | 3/5/2021 | DariFill Variegate Nozzle and Syrup Divert Valve | $9,340 | $3,772 | $5,567 | Machinery & Equipment - N.A. Plant |
| 08-040-09 | 4/30/2021 | Tetra Pak Ice Cream Freezer Upgrades | $68,174 | $26,042 | $42,132 | Machinery & Equipment - N.A. Plant |
| 08-099 | 5/4/2021 | Allen Bradley Variable Frequency Drive for Homogen | $9,279 | $3,530 | $5,749 | Machinery & Equipment - N.A. Plant |
| 08-134 | 5/28/2021 | Press Booster and Stuffing Pump | $5,510 | $2,044 | $3,465 | Machinery & Equipment - N.A. Plant |
| 11-026 | 4/20/2021 | Hormann Roll-up Door | $13,800 | $5,326 | $8,474 | Machinery & Equipment - N.A. Plant |
| 11-127 | 6/16/2021 | PSM Maintenance for Regulatory Complaince | $17,275 | $6,281 | $10,994 | Machinery & Equipment - N.A. Plant |
| 11-146 | 9/1/2021 | Marlo MGT-450-2 Parallet Softner System | $44,077 | $14,698 | $29,379 | Machinery & Equipment - N.A. Plant |
| 11-147 | 6/29/2021 | Handheld FZ-N1EBEZZDM Serial #1FKSA40723 | $1,487 | $746 | $741 | Machinery & Equipment - N.A. Plant |
| 11-148 | 6/29/2021 | Handheld FZ-N1EBEZZDM Serial #1FKSA40725 | $1,487 | $746 | $741 | Machinery & Equipment - N.A. Plant |
| 11-149 | 5/7/2021 | Conveyor Motor | $4,626 | $1,754 | $2,871 | Machinery & Equipment - N.A. Plant |
| 11-150 | 7/21/2021 | Variable Frequency Drive | $2,650 | $927 | $1,723 | Machinery & Equipment - N.A. Plant |
| 11-151 | 8/23/2021 | Electrical surge protection equipment for plant sy | $12,091 | $4,075 | $8,016 | Machinery & Equipment - N.A. Plant |
| 11-152 | 8/12/2021 | Primed Cap Pickup Machine for Glass Bowl Filler | $7,426 | $2,534 | $4,892 | Machinery & Equipment - N.A. Plant |
| 11-153 | 8/13/2021 | (2) Powerflex 70 VFD's Emergency for Raw Side Pump | $4,617 | $1,574 | $3,043 | Machinery & Equipment - N.A. Plant |
| 11-154 | 8/13/2021 | (2) Powerflex 20G11 VFD's Emergency for Pasturized | $5,125 | $1,747 | $3,378 | Machinery & Equipment - N.A. Plant |
| 11-156 | 9/25/2021 | Heated Ice Cream Variegator Pump | $48,703 | $15,783 | $32,920 | Machinery & Equipment - N.A. Plant |
| 11-158 | 9/1/2021 | Plastic bottle sleeve applicator and steam tunnel | $107,563 | $35,869 | $71,695 | Machinery & Equipment - N.A. Plant |
| 11-159 | 8/15/2021 | Leibinger Jet2Neo System | $10,930 | $3,717 | $7,213 | Machinery & Equipment - N.A. Plant |
| 11-160 | 9/16/2021 | 2nd Heat Exchanger for CIP System | $3,059 | $1,002 | $2,057 | Machinery & Equipment - N.A. Plant |
| 11-161 | 9/17/2021 | Heat Exchanger for CIP System | $5,857 | $1,916 | $3,940 | Machinery & Equipment - N.A. Plant |
| 11-162 | 9/30/2021 | Pneumatic Wrench | $7,562 | $2,436 | $5,126 | Machinery & Equipment - N.A. Plant |
| 11-163 | 10/6/2021 | Motor for Glass Production Line | $3,825 | $1,223 | $2,602 | Machinery & Equipment - N.A. Plant |
| 11-164 | 10/1/2021 | Line Monitoring Equipment | $3,563 | $1,146 | $2,417 | Machinery & Equipment - N.A. Plant |
| 11-165 | 10/6/2021 | 1/2 Gallon Glass Replacement Infeed | $7,670 | $2,453 | $5,217 | Machinery & Equipment - N.A. Plant |
| 11-166 | 1/1/2021 | Tunnel Tray Assembly | $3,450 | $1,479 | $1,971 | Machinery & Equipment - N.A. Plant |
| 11-167 | 10/19/2021 | Tigear-2 E-Z Kleen Reducer Gear Products | $4,600 | $1,447 | $3,152 | Machinery & Equipment - N.A. Plant |
| 11-168 | 10/13/2021 | .75 HP Motor | $2,330 | $739 | $1,591 | Machinery & Equipment - N.A. Plant |
| 11-169 | 10/5/2021 | Gear Boxes for Conveyer Systems (4) | $4,600 | $1,473 | $3,127 | Machinery & Equipment - N.A. Plant |
| 11-170 | 10/15/2021 | High Level Safety and Ammonia Detection System | $68,125 | $21,544 | $46,581 | Machinery & Equipment - N.A. Plant |
| 12-218 | 10/7/2021 | Frequency Controlled Motor Drive | $6,863 | $2,192 | $4,671 | Machinery & Equipment - N.A. Plant |

| 12-219 | 10/21/2021 | Chart Recorder (2) | $6,537 | $1,989 | $4,348 | Machinery & Equipment - N.A. Plant |
|--------|------------|-------------------|--------|--------|--------|-----------------------------------|
| 12-220 | 8/25/2021 | SMC Flex Smart Motor Controller | $4,200 | $1,412 | $2,788 | Machinery & Equipment - N.A. Plant |
| 13-265 | 11/15/2021 | 7.5 HP Motor | $2,443 | $743 | $1,700 | Machinery & Equipment - N.A. Plant |
| 14-064 | 10/4/2021 | Hardening Room Doors | $40,451 | $12,966 | $27,485 | Machinery & Equipment - N.A. Plant |
| 03-07 | 11/22/2021 | Milk Receiving Bay Doors | $37,008 | $11,153 | $25,855 | Machinery & Equipment - N.A. Plant |
| 00-091 | 11/18/2021 | Pump for Drums | $5,489 | $1,663 | $3,826 | Machinery & Equipment - N.A. Plant |
| 01-033 | 12/21/2021 | Complete Capper Head Assembly | $3,812 | $1,548 | $2,264 | Machinery & Equipment - N.A. Plant |
| 01-136 | 4/12/2022 | 500 Gallon Stainless Steel Tank | $3,225 | $794 | $2,431 | Machinery & Equipment - N.A. Plant |
| 02-038 | 1/1/2022 | Vitapump | $10,895 | $3,113 | $7,782 | Machinery & Equipment - N.A. Plant |
| 02-053 | 1/1/2022 | Motor Controller (VFD) | $1,840 | $526 | $1,314 | Machinery & Equipment - N.A. Plant |
| 02-054 | 1/31/2022 | Sterling Heater STXF175A1NS111, #C2101783474005003 | $4,000 | $1,534 | $2,466 | Machinery & Equipment - N.A. Plant |
| 02-055 | 1/31/2022 | Sterling Heater STXF175A1NS111, #C210242408800020 | $4,000 | $1,096 | $2,904 | Machinery & Equipment - N.A. Plant |
| 02-179 | 1/31/2022 | Sterling Heater STXF200A1NS111, #G210244085300061 | $4,350 | $1,192 | $3,158 | Machinery & Equipment - N.A. Plant |
| 02-180 | 2/25/2022 | Walk-behind 20" Disc Scrubber | $6,748 | $1,783 | $4,965 | Machinery & Equipment - N.A. Plant |
| 03-363 | 2/2/2022 | Hopper Assembly | $13,274 | $3,626 | $9,648 | Machinery & Equipment - N.A. Plant |
| 04-040 | 1/1/2022 | Greenheck CUE-100A Exhaust Fan | $5,900 | $1,686 | $4,214 | Machinery & Equipment - N.A. Plant |
| 04-042 | 2/23/2022 | Pump for TetraPak | $9,547 | $2,530 | $7,017 | Machinery & Equipment - N.A. Plant |
| 04-087 | 3/28/2022 | PowerFlex 755 AC Drive | $2,741 | $691 | $2,050 | Machinery & Equipment - N.A. Plant |
| 04-122 | 3/17/2022 | Hot Water Mixing Valve Hose Station | $7,296 | $1,870 | $5,426 | Machinery & Equipment - N.A. Plant |
| 04-140 | 3/1/2022 | Ifix v2022 Plus Software | $6,220 | $3,811 | $2,408 | Machinery & Equipment - N.A. Plant |
| 04-178 | 3/10/2022 | Panelview Plus | $10,409 | $2,697 | $7,712 | Machinery & Equipment - N.A. Plant |
| 04-226 | 3/11/2022 | (5) Tank Level Transmitters | $8,885 | $3,218 | $5,667 | Machinery & Equipment - N.A. Plant |
| 04-324 | 3/18/2022 | Dart Digital Thermometer | $2,950 | $1,057 | $1,893 | Machinery & Equipment - N.A. Plant |
| 04-325 | 2/25/2022 | Sanitary Differential Pressure Switch | $2,986 | $789 | $2,197 | Machinery & Equipment - N.A. Plant |
| 04-326 | 4/19/2022 | Pressure Relief Valve | $1,459 | $355 | $1,104 | Machinery & Equipment - N.A. Plant |
| 04-349 | 4/19/2022 | Pressure Relief Valve | $2,014 | $490 | $1,524 | Machinery & Equipment - N.A. Plant |
| 05-007 | 4/29/2022 | Industrial Inkjet Printer | $13,721 | $3,286 | $10,434 | Machinery & Equipment - N.A. Plant |
| 05-047 | 2/28/2022 | Steam Hood | $5,792 | $1,523 | $4,269 | Machinery & Equipment - N.A. Plant |
| 05-061 | 4/26/2022 | Ammonia Transfer Pump | $42,045 | $10,120 | $31,925 | Machinery & Equipment - N.A. Plant |
| 05-185 | 4/18/2022 | Scot Industrial Pump | $2,732 | $666 | $2,066 | Machinery & Equipment - N.A. Plant |
| 05-238 | 4/7/2022 | (3) CHI 3285 Insulated Sectional Doors | $7,725 | $1,917 | $5,808 | Machinery & Equipment - N.A. Plant |
| 05-274 | 4/22/2022 | Panelview Plus | $6,525 | $1,581 | $4,944 | Machinery & Equipment - N.A. Plant |
| 05-293 | 4/6/2022 | Allen Bradley Control Panel | $1,110 | $276 | $834 | Machinery & Equipment - N.A. Plant |
| 06-005 | 4/6/2022 | PowerFlex 753 AC Drive | $12,341 | $3,067 | $9,274 | Machinery & Equipment - N.A. Plant |
| 06-028 | 4/14/2022 | PowerFlex 753 AC Drive | $12,357 | $3,032 | $9,324 | Machinery & Equipment - N.A. Plant |
| 06-048 | 4/4/2022 | PowerFlex 70 AC Drive | $1,742 | $434 | $1,308 | Machinery & Equipment - N.A. Plant |
| 06-064 | 1/1/2022 | Intralox Conveyer Belt | $7,613 | $2,175 | $5,438 | Machinery & Equipment - N.A. Plant |
| 06-069 | 5/3/2022 | Stainless Steel Tank | $2,635 | $627 | $2,008 | Machinery & Equipment - N.A. Plant |
| 06-076 | 4/4/2022 | 3 Phase AC Motor Serial #850483058.15.15.001 | $1,118 | $279 | $839 | Machinery & Equipment - N.A. Plant |
| 07-045 | 4/7/2022 | Allen Bradley Control Panel | $1,287 | $319 | $967 | Machinery & Equipment - N.A. Plant |
| 07-057 | 4/14/2022 | Rebuild of Condenser Tower for Cooling Purposes | $15,190 | $3,728 | $11,462 | Machinery & Equipment - N.A. Plant |
| 07-105 | 4/20/2022 | (4) Baldor Stainless Steel Motors | $24,406 | $5,932 | $18,474 | Machinery & Equipment - N.A. Plant |
| 07-118 | 3/31/2022 | Quart and Pint Spinner | $32,634 | $8,187 | $24,447 | Machinery & Equipment - N.A. Plant |
| 08-070 | 4/30/2022 | Fruit Feeder & IC Freezer Rebuild | $10,976 | $2,625 | $8,351 | Machinery & Equipment - N.A. Plant |
| 08-072 | 4/11/2022 | Small Bottle Packaging Machine | $38,975 | $9,610 | $29,365 | Machinery & Equipment - N.A. Plant |
| 08-118 | 5/23/2022 | Ice Cream Wrapper Belt | $9,632 | $2,217 | $7,415 | Machinery & Equipment - N.A. Plant |
| 08-131 | 5/9/2022 | 3 Phase AC Motor Serial #F0108080726 | $2,913 | $686 | $2,226 | Machinery & Equipment - N.A. Plant |
| 09-043 | 5/12/2022 | (5) 1 HP Rolled Steel Motors | $1,997 | $468 | $1,529 | Machinery & Equipment - N.A. Plant |
| 09-086 | 5/31/2022 | 3 Phase AC Motor Serial #A2002212042 | $2,485 | $564 | $1,921 | Machinery & Equipment - N.A. Plant |
| 09-102 | 5/25/2022 | (4) .75 HP Motors | $2,384 | $547 | $1,837 | Machinery & Equipment - N.A. Plant |
| 10-053 | 4/27/2022 | Baldor Pump/Motor Assembly | $4,340 | $1,043 | $3,297 | Machinery & Equipment - N.A. Plant |
| 10-129 | 6/3/2022 | Glass and Plastic Bottle Filler Parts | $24,647 | $5,566 | $19,081 | Machinery & Equipment - N.A. Plant |
| 10-168 | 6/17/2022 | (3) Pump/Motor Assemblies | $18,354 | $4,044 | $14,310 | Machinery & Equipment - N.A. Plant |
| 11-020 | 6/21/2022 | Pump/Motor Assembly | $3,294 | $721 | $2,574 | Machinery & Equipment - N.A. Plant |
| 11-085 | 7/5/2022 | Receiving Bay Main Pump | $8,727 | $1,862 | $6,865 | Machinery & Equipment - N.A. Plant |
| 13-052 | 7/1/2022 | Caser Machine Panel Logic Controllers | $8,687 | $1,867 | $6,820 | Machinery & Equipment - N.A. Plant |
| 13-065 | 7/17/2022 | Bottle Washer Infeed Motor | $4,995 | $1,042 | $3,953 | Machinery & Equipment - N.A. Plant |
| 13-076 | 7/29/2022 | Spare Drive and I/O Cards for Caser | $6,475 | $1,320 | $5,155 | Machinery & Equipment - N.A. Plant |
| 13-077 | 7/25/2022 | Steam Generator Heating Coil and Installation | $19,630 | $4,034 | $15,596 | Machinery & Equipment - N.A. Plant |
| 16-016 | 8/9/2022 | Refurbished PowerFlex 755 Motor | $24,185 | $4,828 | $19,357 | Machinery & Equipment - N.A. Plant |
| 16-036 | 8/24/2022 | Refurb Kenetix 5500 Barcode Print Ser#952048278183 | $3,775 | $731 | $3,044 | Machinery & Equipment - N.A. Plant |
| 16-050 | 8/24/2022 | Refurb Kenetix 5500 Barcode Print Ser#147318689289 | $3,775 | $731 | $3,044 | Machinery & Equipment - N.A. Plant |
| 16-051 | 9/2/2022 | Actuator | $2,724 | $518 | $2,206 | Machinery & Equipment - N.A. Plant |
| 17-002 | 8/11/2022 | Spring Loaded Pressure Relief Valve for HTST | $1,485 | $295 | $1,189 | Machinery & Equipment - N.A. Plant |
| 18-099 | 8/22/2022 | Hose System for Outbound Milk Loads | $4,758 | $925 | $3,832 | Machinery & Equipment - N.A. Plant |
| 18-201 | 8/12/2022 | Tools for Product Quality Assurance | $2,306 | $458 | $1,849 | Machinery & Equipment - N.A. Plant |
| 19-022 | 8/7/2022 | High Speed Door for Small Ingredient Room | $11,725 | $2,350 | $9,375 | Machinery & Equipment - N.A. Plant |
| 19-044 | 10/4/2022 | Allen Bradley Powerflex 755 | $4,000 | $711 | $3,290 | Machinery & Equipment - N.A. Plant |
| 19-065 | 10/26/2022 | (3) Pump/Motor Assemblies | $22,588 | $3,819 | $18,768 | Machinery & Equipment - N.A. Plant |
| 19-085 | 10/10/2022 | Kinetic VP Food Grade Servo Motor | $3,261 | $572 | $2,690 | Machinery & Equipment - N.A. Plant |
| 20-174 | 10/3/2022 | Hotbar for Ice Cream Shrink Wrapper | $5,193 | $925 | $4,268 | Machinery & Equipment - N.A. Plant |
| 20-294 | 9/21/2022 | (5) Bottle Carrier Racks | $20,340 | $3,718 | $16,622 | Machinery & Equipment - N.A. Plant |
| 20-296 | 9/20/2022 | (2) Red/Green Traffic Flow Lights | $4,388 | $804 | $3,584 | Machinery & Equipment - N.A. Plant |
| 21-057 | 10/11/2022 | Interior Cooler Man Door | $6,861 | $1,200 | $5,660 | Machinery & Equipment - N.A. Plant |
| 21-082 | 10/11/2022 | Old Hardening Room/Cooler Door | $15,432 | $2,700 | $12,732 | Machinery & Equipment - N.A. Plant |
| 21-147 | 11/22/2022 | (4) Nema Door Operators | $16,158 | $2,561 | $13,596 | Machinery & Equipment - N.A. Plant |
| 21-160 | 9/8/2022 | PowerFlex AC Drive Serial #94473685 | $12,745 | $2,394 | $10,350 | Machinery & Equipment - N.A. Plant |
| 21-161 | 9/8/2022 | Allen Bradley Powerflex 750 | $1,366 | $257 | $1,109 | Machinery & Equipment - N.A. Plant |
| 21-245 | 9/9/2022 | Allen Bradley Powerflex 70 | $1,969 | $369 | $1,600 | Machinery & Equipment - N.A. Plant |
| 23-052 | 9/8/2022 | Allen Bradley 20AD027A0A6NANNN | $2,840 | $534 | $2,306 | Machinery & Equipment - N.A. Plant |
| 95-574 | 9/9/2022 | Allen Bradley 20F1AND125JN0NNNNN | $7,182 | $1,347 | $5,836 | Machinery & Equipment - N.A. Plant |
| 96-628 | 6/22/2022 | Descaling of Steam Generator System | $87,226 | $19,050 | $68,176 | Machinery & Equipment - N.A. Plant |
| 96-629 | 11/26/2022 | FOGG Filler Rebuild | $6,703 | $1,052 | $5,651 | Machinery & Equipment - N.A. Plant |
| 96-630 | 11/26/2022 | Ice Cream Flipper | $102,629 | $16,107 | $86,522 | Machinery & Equipment - N.A. Plant |
| 96-632 | 12/18/2022 | Vision System | $131,670 | $19,531 | $112,139 | Machinery & Equipment - N.A. Plant |
| 96-664 | 12/11/2022 | Ice Cream Fruit Feeders | $82,137 | $12,409 | $69,728 | Machinery & Equipment - N.A. Plant |
| 96-750 | 10/29/2022 | Ice Cream Conveyor | $58,916 | $9,892 | $49,024 | Machinery & Equipment - N.A. Plant |
| 96-752 | 11/19/2022 | New System Design for Ice Cream Process Piping | $49,291 | $7,871 | $41,420 | Machinery & Equipment - N.A. Plant |
| 96-753 | 12/10/2022 | Keyence Inkjet with Slide Integration | $21,868 | $3,312 | $18,556 | Machinery & Equipment - N.A. Plant |
| 96-754 | 12/6/2022 | (4) Pump/Motor Assemblies | $30,147 | $4,614 | $25,534 | Machinery & Equipment - N.A. Plant |
| 96-755 | 12/19/2022 | .5 HP Motor | $2,251 | $333 | $1,918 | Machinery & Equipment - N.A. Plant |
| 96-756 | 9/14/2022 | (2) Exhaust Ventilators | $5,125 | $951 | $4,174 | Machinery & Equipment - N.A. Plant |
| 96-757 | 1/4/2023 | (2) Motor Assemblies | $1,196 | $169 | $1,026 | Machinery & Equipment - N.A. Plant |

Rider to Schedule A/B Part 8, Question 50) a

| | | | | | | |
|---|---|---|---|---|---|---|
| 96-758 | 1/30/2023 | (2) Motor Assemblies | $711 | $146 | $965 | Machinery & Equipment - N.A. Plant |
| 96-759 | 1/27/2023 | Pneutech Refrigerated Air Dryer | $12,647 | $1,678 | $10,969 | Machinery & Equipment - N.A. Plant |
| 96-760 | 1/13/2023 | PowerFlex 755 AC Drive | $2,651 | $366 | $2,285 | Machinery & Equipment - N.A. Plant |
| 96-761 | 1/19/2023 | PowerFlex 723 AC Drive | $1,996 | $271 | $1,725 | Machinery & Equipment - N.A. Plant |
| 96-762 | 1/1/2023 | Bowl Rising Mechanism | $8,539 | $1,220 | $7,319 | Machinery & Equipment - N.A. Plant |
| 96-763 | 1/16/2023 | Compressor Ser # 22DG0882U | $1,280 | $175 | $1,105 | Machinery & Equipment - N.A. Plant |
| 96-764 | 1/9/2023 | (2) Interior Stainless Steel Door Wraps | $4,681 | $654 | $4,027 | Machinery & Equipment - N.A. Plant |
| 96-766 | 1/30/2023 | (6) Variable Frequency Drives & Communication Mods | $4,785 | $629 | $4,156 | Machinery & Equipment - N.A. Plant |
| 96-767 | 1/4/2023 | (2) 0.5 HP Motors | $1,271 | $180 | $1,091 | Machinery & Equipment - N.A. Plant |
| 96-768 | 1/1/2023 | 3 Phase Motor | $1,675 | $239 | $1,436 | Machinery & Equipment - N.A. Plant |
| 96-769 | 2/24/2023 | LM Hoist Door Operator | $3,200 | $390 | $2,810 | Machinery & Equipment - N.A. Plant |
| 96-770 | 2/26/2023 | Air Controller KF3000 for TetraPak | $6,353 | $768 | $5,585 | Machinery & Equipment - N.A. Plant |
| 96-771 | 2/13/2023 | Alfa Laval Pump | $7,421 | $935 | $6,486 | Machinery & Equipment - N.A. Plant |
| 96-774 | 1/13/2023 | PowerFlex Air Cooled 755 AC Drive Serial #30436800 | $2,643 | $365 | $2,278 | Machinery & Equipment - N.A. Plant |
| 96-775 | 1/13/2023 | PowerFlex Air Cooled 755 AC Drive Serial #30436800 | $2,643 | $365 | $2,278 | Machinery & Equipment - N.A. Plant |
| 96-776 | 1/11/2023 | Keyence Inkjet - Final Payment (#22-238) | $7,425 | $1,032 | $6,393 | Machinery & Equipment - N.A. Plant |
| 96-777 | 1/9/2023 | Ice Cream Fruit Feeder - Final Payments (#23-037) | $15,891 | $2,220 | $13,671 | Machinery & Equipment - N.A. Plant |
| 96-779 | 3/23/2023 | Main Drive for PAC Global Bottle Washer | $5,406 | $601 | $4,805 | Machinery & Equipment - N.A. Plant |
| 96-780 | 3/15/2023 | W6 Intuition Water Treatment Controller | $5,151 | $589 | $4,563 | Machinery & Equipment - N.A. Plant |
| 96-781 | 4/19/2023 | Tetra Pak Rebuild | $10,099 | $1,016 | $9,083 | Machinery & Equipment - N.A. Plant |
| 96-782 | 4/7/2023 | (2) Tri Clover Liquid Level Controllers | $5,512 | $580 | $4,932 | Machinery & Equipment - N.A. Plant |
| 98-234 | 4/18/2023 | Allen Bradley Servo Drive | $3,994 | $403 | $3,591 | Machinery & Equipment - N.A. Plant |
| 99-077 | 4/21/2023 | Process Engineering | $10,000 | $998 | $9,002 | Machinery & Equipment - N.A. Plant |
| 99-091 | 4/21/2023 | (5) CIP Alfa Laval Unique SSV Valves | $8,159 | $814 | $7,345 | Machinery & Equipment - N.A. Plant |
| 99-110 | 2/28/2023 | Empty Stack Line Conveyors | $86,472 | $10,390 | $76,081 | Machinery & Equipment - N.A. Plant |
| 99-111 | 5/4/2023 | (2) .75 Hydroduty Motors | $2,294 | $217 | $2,077 | Machinery & Equipment - N.A. Plant |
| 99-112 | 5/12/2023 | Allen Bradley Panel View Model 2711-K5A1X | $2,832 | $259 | $2,573 | Machinery & Equipment - N.A. Plant |
| 99-132 | 5/12/2023 | Condenser VFD | $5,651 | $725 | $4,926 | Machinery & Equipment - N.A. Plant |
| 08-041-09 | 5/31/2023 | Cooler Bumpers and Bumper Boxes | $10,665 | $1,256 | $9,408 | Machinery & Equipment - N.A. Plant |
| 03-72 | 6/13/2023 | Supply Starters | $5,500 | $435 | $5,065 | Machinery & Equipment - N.A. Plant |
| 02-011 | 3/20/2023 | UV Cooler Lighting | $15,800 | $1,775 | $14,025 | Machinery & Equipment - N.A. Plant |
| 02-012 | 6/21/2023 | Reman Racine Pump Model #PSVPSCF40HRM66 | $5,183 | $394 | $4,789 | Machinery & Equipment - N.A. Plant |
| 02-076 | 6/19/2023 | ControlLogix 16 Point A/I Module Y | $2,220 | $170 | $2,050 | Machinery & Equipment - N.A. Plant |
| 02-158 | 6/19/2023 | Powerflex Air Cooled AC Drive | $5,270 | $404 | $4,866 | Machinery & Equipment - N.A. Plant |
| 02-159 | 6/22/2023 | Vilter Compressor Speed Increase | $5,750 | $434 | $5,316 | Machinery & Equipment - N.A. Plant |
| 02-165 | 6/5/2023 | 15HP Motor | $1,247 | $103 | $1,145 | Machinery & Equipment - N.A. Plant |
| 02-166 | 6/20/2023 | Powerflex Air Cooled 755 AC Drive | $2,635 | $201 | $2,434 | Machinery & Equipment - N.A. Plant |
| 02-167 | 2/28/2023 | Shutoff Valves (2) | $6,113 | $735 | $5,379 | Machinery & Equipment - N.A. Plant |
| 02-168 | 6/15/2023 | Hopper Cover Assembly | $2,627 | $206 | $2,422 | Machinery & Equipment - N.A. Plant |
| 02-169 | 8/16/2023 | Nord Shaft Mount Gear Motor | $1,903 | $103 | $1,800 | Machinery & Equipment - N.A. Plant |
| 02-170 | 8/29/2023 | Alfa Laval Centrifugal Pump | $12,804 | $626 | $12,178 | Machinery & Equipment - N.A. Plant |
| 02-171 | 8/29/2023 | Alfa Laval Centrifugal Pump | $14,641 | $716 | $13,924 | Machinery & Equipment - N.A. Plant |
| 02-182 | 9/8/2023 | Quickcheck Tech Cryoscope | $6,692 | $301 | $6,391 | Machinery & Equipment - N.A. Plant |
| 02-183 | 9/7/2023 | Allen Bradley Input Module | $4,530 | $206 | $4,325 | Machinery & Equipment - N.A. Plant |
| 02-184 | 9/7/2023 | Allen Bradley AC Drive Powerflex 525 | $1,768 | $80 | $1,687 | Machinery & Equipment - N.A. Plant |
| 03-228 | 9/15/2023 | Allen Bradley Powerflex 525 | $6,321 | $267 | $6,054 | Machinery & Equipment - N.A. Plant |
| 04-130 | 9/18/2023 | (2) U7000 Valves | $7,433 | $305 | $7,127 | Machinery & Equipment - N.A. Plant |
| 04-183 | 9/22/2023 | 2-Stage Gearmotor | $1,537 | $61 | $1,476 | Machinery & Equipment - N.A. Plant |
| 04-233 | 8/15/2023 | (2) Allen Bradley 22B-B012C104 Powerflex 40 AC Drv | $7,810 | $425 | $7,385 | Machinery & Equipment - N.A. Plant |
| 05-180 | 10/5/2023 | Control Valve | $6,147 | $212 | $5,935 | Machinery & Equipment - N.A. Plant |
| 05-224 | 4/30/2023 | Stainless Steel Conveyor Covers | $73,730 | $7,099 | $66,631 | Machinery & Equipment - N.A. Plant |
| 05-260 | 4/30/2023 | Decasing System | $229,982 | $22,143 | $207,838 | Machinery & Equipment - N.A. Plant |
| 07-008 | 12/1/2023 | Ammonia System Rebuild | $162,112 | $1,967 | $160,145 | Machinery & Equipment - N.A. Plant |
| 07-029 | 6/6/2023 | 2023 New System Design for Ice Cream Piping Proces | $17,787 | $1,455 | $16,332 | Machinery & Equipment - N.A. Plant |
| 07-055 | 5/22/2023 | Silikal Flooring Installatin | $45,424 | $3,982 | $41,441 | Machinery & Equipment - N.A. Plant |
| 08-100 | 10/31/2023 | Case Stacker | $22,748 | $552 | $22,196 | Machinery & Equipment - N.A. Plant |
| 08-109 | 9/30/2023 | HTST Plate Pack Rebuild | $55,399 | $2,016 | $53,382 | Machinery & Equipment - N.A. Plant |
| 09-046 | 6/18/2023 | 2023 Bottle Washer | $172,573 | $13,306 | $159,267 | Machinery & Equipment - N.A. Plant |
| 10-105 | 1/31/1980 | AIR COMPRESSOR | $716 | $716 | $ - | Machinery & Equipment - N.A. Plant |
| 10-106 | 12/23/1996 | 3X500 GALLON FLAVOR VATS | $25,000 | $25,000 | $ - | Machinery & Equipment - N.A. Plant |
| 10-107 | 11/23/1996 | 2 HP 460V VARI DRIVE MOTOR | $1,059 | $1,059 | $ - | Machinery & Equipment - N.A. Plant |
| 11-132 | 11/15/1996 | BASIC WELDING PACKAGE | $1,758 | $1,758 | $ - | Machinery & Equipment - N.A. Plant |
| 12-053 | 11/12/1996 | 2 HP/3600 PUMP | $951 | $951 | $ - | Machinery & Equipment - N.A. Plant |
| 12-100 | 6/1/1996 | CAP SNAP MACHINE ENHANCEMENT | $4,135 | $4,135 | $ - | Machinery & Equipment - N.A. Plant |
| 13-035 | 6/1/1996 | FLASH TANK & PUMP | $2,486 | $2,486 | $ - | Machinery & Equipment - N.A. Plant |
| 13-245 | 7/15/1996 | STRETCH WRAPPER | $535 | $535 | $ - | Machinery & Equipment - N.A. Plant |
| 16-073 | 7/1/1996 | LOCKERS | $3,407 | $3,407 | $ - | Machinery & Equipment - N.A. Plant |
| 18-083 | 9/1/1996 | #2 ICE CREAM FREEZER CONTROL SYSTEM | $4,090 | $4,090 | $ - | Machinery & Equipment - N.A. Plant |
| 18-096 | 8/15/1996 | DOCK SEALS (3) | $3,755 | $3,755 | $ - | Machinery & Equipment - N.A. Plant |
| 19-025 | 10/15/1996 | ROLLING LADDER | $1,750 | $1,750 | $ - | Machinery & Equipment - N.A. Plant |
| 20-221 | 11/22/1996 | WIRING FOR TRIPLE TANK | $3,532 | $3,532 | $ - | Machinery & Equipment - N.A. Plant |
| 20-310 | 11/12/1996 | DOCK SEALS | $3,867 | $3,867 | $ - | Machinery & Equipment - N.A. Plant |
| 21-077 | 11/22/1996 | TRIPLE TANK INSTALL & WIRING | $6,211 | $6,211 | $ - | Machinery & Equipment - N.A. Plant |
| 21-087 | 12/23/1996 | TRIPLE TANK | $4,909 | $4,909 | $ - | Machinery & Equipment - N.A. Plant |
| 21-194 | 8/9/1996 | CONVEYORS - STRIPS | $8,817 | $8,817 | $ - | Machinery & Equipment - N.A. Plant |
| 22-103 | 10/30/1996 | INSTALL THERMOMETER IN TANKS | $525 | $525 | $ - | Machinery & Equipment - N.A. Plant |
| 22-207 | 11/22/1996 | INSTALL SAMPLE VALVES IN TANKS | $3,302 | $3,302 | $ - | Machinery & Equipment - N.A. Plant |
| 23-109 | 12/31/1996 | INSTALL FLAVOR VAT | $3,281 | $3,281 | $ - | Machinery & Equipment - N.A. Plant |
| 08-052-09 | 9/9/1996 | ELECTRICAL CHANGE ORDERS | $1,980 | $1,980 | $ - | Machinery & Equipment - N.A. Plant |
| 20-019 | 8/20/1996 | INSTALL NEW ICE CREAM MACHINE | $12,070 | $12,070 | $ - | Machinery & Equipment - N.A. Plant |
| 20-020 | 6/1/1996 | FINAL CONNECT FOR HYDRAULICS, AIR & CONDENSATE LIN | $37,287 | $37,287 | $ - | Machinery & Equipment - N.A. Plant |
| 20-021 | 6/1/1996 | BOTTLE FILLER - FOGG FG 185 | $104,010 | $104,010 | $ - | Machinery & Equipment - N.A. Plant |
| 20-022 | 6/1/1996 | MATERIAL HANDLING EQUIPMENT | $160,802 | $160,802 | $ - | Machinery & Equipment - N.A. Plant |
| 20-023 | 6/1/1996 | MATERIAL HANDLING INSTALLATION | $20,000 | $20,000 | $ - | Machinery & Equipment - N.A. Plant |
| 20-024 | 6/1/1996 | CREAM STORAGE TANKS | $12,500 | $12,500 | $ - | Machinery & Equipment - N.A. Plant |
| 20-025 | 6/1/1996 | P.T. TANKS | $42,000 | $42,000 | $ - | Machinery & Equipment - N.A. Plant |
| 20-026 | 6/1/1996 | PROCESS CONTROLS | $142,600 | $142,600 | $ - | Machinery & Equipment - N.A. Plant |
| 20-027 | 6/1/1996 | PROCESS MATERIAL | $202,224 | $202,224 | $ - | Machinery & Equipment - N.A. Plant |
| 20-028 | 6/1/1996 | PROCESS INSTALLATION | $106,155 | $106,155 | $ - | Machinery & Equipment - N.A. Plant |
| 20-029 | 6/1/1996 | EQUIPMENT RELOCATION | $30,000 | $30,000 | $ - | Machinery & Equipment - N.A. Plant |
| 20-030 | 6/1/1996 | FREIGHT ON PROCESSOR | $7,000 | $7,000 | $ - | Machinery & Equipment - N.A. Plant |
| 20-031 | 6/1/1996 | START UP & TRAINING | $12,000 | $12,000 | $ - | Machinery & Equipment - N.A. Plant |
| 20-032 | 6/1/1996 | TETRA SEPARATOR | $215,000 | $215,000 | $ - | Machinery & Equipment - N.A. Plant |

Rider to Schedule A/B Part 8, Question 50(a)

| 20-033 | 6/1/1996 | TETRA CLIP 10 PLATE UNIT | $38,230 | $38,230 | $ - | Machinery & Equipment - N.A. Plant |
|---|---|---|---|---|---|---|
| 20-034 | 6/1/1996 | TETRA ALH 25 HOMOGENIZER | $53,730 | $53,730 | $ - | Machinery & Equipment - N.A. Plant |
| 20-035 | 6/1/1996 | CEILING MONORAIL, HOIST & INSTALLATION | $2,932 | $2,932 | $ - | Machinery & Equipment - N.A. Plant |
| 20-036 | 6/1/1996 | MODIFY HTST RECYCLE INE FOR STATE TESTING OF SYSTE | $459 | $459 | $ - | Machinery & Equipment - N.A. Plant |
| 20-037 | 6/1/1996 | RELOCATE BAG'N'BOX INTO THE COOLER ROOM | $1,970 | $1,970 | $ - | Machinery & Equipment - N.A. Plant |
| 20-038 | 6/1/1996 | ADD SAMPLE COCK-OFF HTST DISCHARGE | $507 | $507 | $ - | Machinery & Equipment - N.A. Plant |
| 20-039 | 6/1/1996 | ICE CREAM FREEZER PIPING | $2,047 | $2,047 | $ - | Machinery & Equipment - N.A. Plant |
| 20-040 | 6/1/1996 | ICE CREAM FREEZER PIPING | $3,365 | $3,365 | $ - | Machinery & Equipment - N.A. Plant |
| 20-041 | 6/1/1996 | SPRINKMAN-MISCELLANEOUS | $4,198 | $4,198 | $ - | Machinery & Equipment - N.A. Plant |
| 20-042 | 6/1/1996 | COMPLETION OF REFRIGERATION SYSTEM | $415,308 | $415,308 | $ - | Machinery & Equipment - N.A. Plant |
| 20-043 | 6/1/1996 | TWO 12 CYLINDER VILTER COMPRESSORS-REMANUFACTURED | $98,762 | $98,762 | $ - | Machinery & Equipment - N.A. Plant |
| 20-044 | 6/1/1996 | PROCESS WIRING | $223,709 | $223,709 | $ - | Machinery & Equipment - N.A. Plant |
| 20-045 | 6/1/1996 | EMERGENCY SHUT DOWN STATION FOR CONVEYORS | $575 | $575 | $ - | Machinery & Equipment - N.A. Plant |
| 20-046 | 6/1/1996 | ADD'L MECHANICAL PIPE SYSTEM WORK | $2,672 | $2,672 | $ - | Machinery & Equipment - N.A. Plant |
| 20-047 | 11/12/1997 | CHARM ADJUSTMENT | $8,000 | $8,000 | $ - | Machinery & Equipment - N.A. Plant |
| 20-048 | 4/24/1997 | END DRIVE w/FLUSH ON ONE SIDE,  FIXED RAILS & CHAI | $2,820 | $2,820 | $ - | Machinery & Equipment - N.A. Plant |
| 20-049 | 7/25/1997 | FREEZER PIPING | $7,418 | $7,418 | $ - | Machinery & Equipment - N.A. Plant |
| 20-050 | 8/15/1998 | BB-9C  W/FOUR 7.75'" HOLES FOR PIE LOCATION/DOLLI | $7,457 | $7,457 | $ - | Machinery & Equipment - N.A. Plant |
| 20-051 | 6/22/1998 | CLEAN IN PLACE TANK | $1,000 | $1,000 | $ - | Machinery & Equipment - N.A. Plant |
| 20-052 | 6/22/1998 | 3 PALLET RACKS & LADDER | $2,500 | $2,500 | $ - | Machinery & Equipment - N.A. Plant |
| 20-053 | 9/3/1998 | NEW AIR COMPRESSOR/OLD COMPRESSOR, POWER TO CASER | $6,107 | $6,107 | $ - | Machinery & Equipment - N.A. Plant |
| 20-054 | 12/2/1998 | B & W BULLET CAMERA, CAMERA SET-UP, VIDEOCABLE/CON | $617 | $617 | $ - | Machinery & Equipment - N.A. Plant |
| 20-055 | 11/13/1998 | MANUAL SLIDE FREEZER DOOR 43'" X 45'"X4'"-FURNISH/ | $2,969 | $2,969 | $ - | Machinery & Equipment - N.A. Plant |
| 20-056 | 2/1/1999 | RAW MILK SILO TANK | $4,833 | $4,833 | $ - | Machinery & Equipment - N.A. Plant |
| 20-057 | 2/1/1999 | SILO-RECORDER/ARTD ASSEMBLY MODEL WITH WIRE HEAD | $1,106 | $1,106 | $ - | Machinery & Equipment - N.A. Plant |
| 20-058 | 2/1/1999 | SILO-REFRIGERATION PIPING, VALVES, INSTALLATION | $12,394 | $12,394 | $ - | Machinery & Equipment - N.A. Plant |
| 20-059 | 2/1/1999 | LEVEL SENSOR | $1,399 | $1,399 | $ - | Machinery & Equipment - N.A. Plant |
| 20-060 | 2/1/1999 | SILO-REMOVE/INSTALL NEW CEMENT BLOCKS AROUND TANK | $2,065 | $2,065 | $ - | Machinery & Equipment - N.A. Plant |
| 20-061 | 2/1/1999 | FREIGHT CHARGES OMITTED OFF INVOICE 36752 | $1,773 | $1,773 | $ - | Machinery & Equipment - N.A. Plant |
| 20-062 | 2/1/1999 | SPRINKLER PLAN REVIEW | $470 | $470 | $ - | Machinery & Equipment - N.A. Plant |
| 20-063 | 2/1/1999 | 1000 GALLON PROCESSOR ADN C/B 3 WAY PLUG VALVE | $14,531 | $14,531 | $ - | Machinery & Equipment - N.A. Plant |
| 20-064 | 2/1/1999 | FIELD ENGINEERING SERVICE | $470 | $470 | $ - | Machinery & Equipment - N.A. Plant |
| 20-065 | 2/10/1999 | DRY STORAGE PACKING | $9,323 | $9,323 | $ - | Machinery & Equipment - N.A. Plant |
| 20-066 | 6/23/1999 | COOLER HOSE REELS | $1,285 | $1,285 | $ - | Machinery & Equipment - N.A. Plant |
| 20-067 | 9/14/1999 | RAW MILK PROJECT | $6,160 | $6,160 | $ - | Machinery & Equipment - N.A. Plant |
| 20-068 | 9/30/1999 | RAW MILK PROJECT | $4,184 | $4,184 | $ - | Machinery & Equipment - N.A. Plant |
| 20-069 | 8/31/1999 | USED TRI BLENDER PUMP F3218 | $8,478 | $8,478 | $ - | Machinery & Equipment - N.A. Plant |
| 20-081 | 8/9/1999 | RAW MILK PROJECT | $46,825 | $46,825 | $ - | Machinery & Equipment - N.A. Plant |
| 20-082 | 10/29/1999 | RAW MILK PROJECT-PREP TIME/TRAVEL TIME | $24,741 | $24,741 | $ - | Machinery & Equipment - N.A. Plant |
| 20-086 | 8/31/1999 | USED DISCHARGE PUMP | $1,187 | $1,187 | $ - | Machinery & Equipment - N.A. Plant |
| 20-087 | 11/4/1999 | RAW MILK PROJ - BLENDER POWER & CONTROL WIRING | $5,102 | $5,102 | $ - | Machinery & Equipment - N.A. Plant |
| 20-088 | 12/1/2008 | Silo/Evaporator Piping | $8,381 | $8,381 | $ - | Machinery & Equipment - N.A. Plant |
| 20-089 | 12/1/2008 | Tube Ice Cream Filling Machine | $61,194 | $61,194 | $ - | Machinery & Equipment - N.A. Plant |
| 20-092 | 12/1/2008 | bulk Can conveyor | $44,001 | $44,001 | $ - | Machinery & Equipment - N.A. Plant |
| 20-099 | 9/25/2000 | CHECKER TABLE TOPS | $309 | $309 | $ - | Machinery & Equipment - Naperville |
| 20-101 | 10/1/2000 | MUZAK EQUIPMENT | $1,795 | $1,795 | $ - | Machinery & Equipment - Naperville |
| 20-112 | 9/18/2000 | CASTERS | $199 | $199 | $ - | Machinery & Equipment - Naperville |
| 20-113 | 1/1/2001 | WATER SOFTENER | $872 | $872 | $ - | Machinery & Equipment - Naperville |
| 20-116 | 2/13/2004 | 2 E-MACHINE | $936 | $936 | $ - | Machinery & Equipment - Naperville |
| 20-135 | 2/4/2004 | REGISTER/PROGRAMMING/TRAINING/HELP DESK | $17,086 | $17,086 | $ - | Machinery & Equipment - Naperville |
| 20-136 | 6/30/2004 | BUYOUT OF FREEZER EQUIPMENT | $65,106 | $65,106 | $ - | Machinery & Equipment - Naperville |
| 20-162 | 8/12/2005 | Sink and mounting | $563 | $563 | $ - | Machinery & Equipment - Naperville |
| 20-169 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Naperville |
| 20-176 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Naperville |
| 21-026 | 6/27/2006 | Waffle Cone Baker | $658 | $658 | $ - | Machinery & Equipment - Naperville |
| 21-042 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Naperville |
| 21-079 | 12/29/2009 | Ice Cream Dipping Cabinet | $2,955 | $2,955 | $ - | Machinery & Equipment - Naperville |
| 21-095 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Naperville |
| 23-015 | 9/19/2011 | Ice Cream Cabinet | $2,731 | $2,731 | $ - | Machinery & Equipment - Naperville |
| 03-26 | 8/24/2012 | Chairs (43)- X-55 Parlor Fanback, Black | $2,827 | $2,827 | $ - | Machinery & Equipment - Naperville |
| 03-28 | 7/16/2013 | Poly Grease Trap, 75 gallon - Remove and Install | $8,025 | $8,025 | $ - | Machinery & Equipment - Naperville |
| 03-29 | 8/21/2013 | Awning - Recover | $5,150 | $5,150 | $ - | Machinery & Equipment - Naperville |
| 03-30 | 9/11/2013 | Poly Grease Trap, 75 gallon - Remove and Install | $9,710 | $9,710 | $ - | Machinery & Equipment - Naperville |
| 03-31 | 1/22/2014 | Virtuao Jukebox Serial # BF0F48 | $5,962 | $5,962 | $ - | Machinery & Equipment - Naperville |
| 03-32 | 1/31/2014 | Restaurant Equipment | $41,152 | $41,152 | $ - | Machinery & Equipment - Naperville |
| 03-33 | 1/1/2014 | Signage and Installation | $19,748 | $19,748 | $ - | Machinery & Equipment - Naperville |
| 03-43 | 1/28/2014 | Cabling - Cat 5 Internet and Surveillance Camera | $5,300 | $5,300 | $ - | Machinery & Equipment - Naperville |
| 03-50 | 6/21/2018 | Ice Dream Dippling Cabinet - 4 Facing Ser #1816705 | $2,540 | $2,540 | $ - | Machinery & Equipment - Naperville |
| 03-51 | 3/6/2019 | Beverage Dispenser Bubbler | $2,115 | $2,041 | $74 | Machinery & Equipment - Naperville |
| 03-55 | 6/4/2019 | Bradford Hot Water Heater | $3,700 | $3,388 | $312 | Machinery & Equipment - Naperville |
| 03-74 | 10/8/2019 | 4 & 2 Door LED Retro Fit | $1,710 | $1,448 | $262 | Machinery & Equipment - Naperville |
| 03-75 | 6/9/2020 | Bar Blender Quiet One | $1,369 | $975 | $393 | Machinery & Equipment - Naperville |
| 03-185 | 11/5/2020 | Office Counter Installation | $5,447 | $3,438 | $2,009 | Machinery & Equipment - Naperville |
| 03-242 | 4/29/2021 | Ladderback Metal Chairs (45) | $4,135 | $2,214 | $1,921 | Machinery & Equipment - Naperville |
| 03-243 | 6/7/2021 | Toast POS System | $11,718 | $6,023 | $5,695 | Machinery & Equipment - Naperville |
| 03-285 | 8/11/2021 | Awnings - Recover | $8,520 | $4,076 | $4,444 | Machinery & Equipment - Naperville |
| 03-349 | 8/26/2021 | Rooftop Condensing Unit for Walk-in Freezer | $6,925 | $3,256 | $3,669 | Machinery & Equipment - Naperville |
| 04-094 | 2/22/2022 | (16) Ladderback Metal Chairs | $1,662 | $617 | $1,045 | Machinery & Equipment - Naperville |
| 04-307 | 8/9/2022 | Convection Toaster | $3,474 | $971 | $2,503 | Machinery & Equipment - Naperville |
| 04-350 | 5/4/2023 | (2) Dispenser Cans | $1,953 | $259 | $1,694 | Machinery & Equipment - Naperville |
| 04-361 | 3/19/2005 | Architectural & MEP for Naperville North Store | $17,390 | $17,390 | $ - | Machinery & Equipment - Naperville North |
| 04-383 | 3/19/2005 | Awning | $10,982 | $10,982 | $ - | Machinery & Equipment - Naperville North |
| 05-017 | 3/19/2005 | Cow Pendant Fixtures | $1,780 | $1,780 | $ - | Machinery & Equipment - Naperville North |
| 05-107 | 3/19/2005 | Data Cables and Jacks | $2,735 | $2,735 | $ - | Machinery & Equipment - Naperville North |
| 05-123 | 3/19/2005 | Equipment for Food Service | $149,993 | $149,993 | $ - | Machinery & Equipment - Naperville North |
| 05-225 | 3/19/2005 | Lock Hardware & Safe Adjustments | $577 | $577 | $ - | Machinery & Equipment - Naperville North |
| 05-261 | 4/1/2005 | Installation of Equipment | $7,376 | $7,376 | $ - | Machinery & Equipment - Naperville North |
| 07-030 | 3/19/2005 | Sign Package | $29,879 | $29,879 | $ - | Machinery & Equipment - Naperville North |
| 07-106 | 4/25/2005 | Sheerweave Roller Shades | $2,248 | $2,248 | $ - | Machinery & Equipment - Naperville North |
| 09-048 | 5/19/2005 | Aluminum Pan Panels | $1,412 | $1,412 | $ - | Machinery & Equipment - Naperville North |
| 09-114 | 6/13/2005 | Shelves, and Stainless Steel Top | $906 | $906 | $ - | Machinery & Equipment - Naperville North |
| 10-006 | 6/1/2005 | Wallpaper Graphics | $1,397 | $1,397 | $ - | Machinery & Equipment - Naperville North |
| 10-049 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Naperville North |

Rider to Schedule A/B Part 8, Question 50)

| | | | | | | |
|---|---|---|---|---|---|---|
| 10-064 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Naperville North |
| 11-045 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Naperville North |
| 11-101 | 8/1/2008 | Illuminated light box w/vinyl | $1,843 | $1,843 | $ - | Machinery & Equipment - Naperville North |
| 12-097 | 5/26/2010 | Water Softener | $1,029 | $1,029 | $ - | Machinery & Equipment - Naperville North |
| 13-053 | 6/1/2010 | Ice Cream Cabinet | $2,018 | $2,018 | $ - | Machinery & Equipment - Naperville North |
| 13-198 | 6/1/2010 | Ice Cream Cabinet | $2,018 | $2,018 | $ - | Machinery & Equipment - Naperville North |
| 13-210 | 11/1/2013 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Naperville North |
| 13-229 | 1/24/2013 | Vita-Mix Blender, model #36037 | $1,045 | $1,045 | $ - | Machinery & Equipment - Naperville North |
| 18-048 | 10/4/2016 | Drive Thru Communication Equipment | $6,402 | $6,402 | $ - | Machinery & Equipment - Naperville North |
| 18-084 | 10/15/2019 | 4 & 2 Door LED Retro Fit | $1,710 | $1,441 | $269 | Machinery & Equipment - Naperville North |
| 20-281 | 1/14/2021 | Tecumseh Ice Cream Machine Compressor | $2,560 | $1,518 | $1,042 | Machinery & Equipment - Naperville North |
| 21-002 | 9/21/2021 | Dipping Cabinet | $3,324 | $1,515 | $1,808 | Machinery & Equipment - Naperville North |
| 21-125 | 9/18/2021 | LED Sign and Awning Retrofit | $4,484 | $2,051 | $2,432 | Machinery & Equipment - Naperville North |
| 22-004 | 2/22/2022 | (26) Ladderback Metal Chairs | $2,515 | $934 | $1,581 | Machinery & Equipment - Naperville North |
| 22-094 | 9/19/2022 | Toast POS System | $8,304 | $2,134 | $6,170 | Machinery & Equipment - Naperville North |
| 22-116 | 3/15/2011 | Door to Door Software Program | $41,010 | $41,010 | $ - | Machinery & Equipment - New Cust. Acq. |
| 23-102 | 9/1/2011 | Door to Door Software Update #1 | $14,950 | $14,950 | $ - | Machinery & Equipment - New Cust. Acq. |
| 08-043-09 | 3/1/2011 | iPad ODI-0004 Ser#HCTA90 | $677 | $677 | $ - | Machinery & Equipment - New Cust. Acq. |
| 97-54 | 3/1/2011 | iPad ODI-0005 Ser#LLZA90 | $677 | $677 | $ - | Machinery & Equipment - New Cust. Acq. |
| 97-55 | 3/1/2011 | iPad ODI-0006 Ser#HJXA90 | $677 | $677 | $ - | Machinery & Equipment - New Cust. Acq. |
| 00-014 | 3/1/2011 | iPad ODI-0008 Ser#JXDA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 00-015 | 3/1/2011 | iPad ODI-0009 Ser#JL3A90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 01-100 | 3/1/2011 | iPad ODI-0011 Ser#KJCA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 04-219 | 3/1/2011 | iPad ODI-0012 Ser#JY5A90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 04-255 | 3/1/2011 | iPad ODI-0013 Ser#KEKA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 05-135 | 3/1/2011 | iPad ODI-0014 Ser#K1CA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 05-239 | 3/1/2011 | iPad ODI-0016 Ser#JXTA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 05-275 | 3/1/2011 | iPad ODI-0019 Ser#JXRA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 07-046 | 3/1/2011 | iPad ODI-0020 Ser#JWWA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 07-083 | 3/1/2011 | iPad ODI-0021 Ser#JF8A90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 07-102 | 3/1/2011 | iPad ODI-0022 Ser#KZRA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 07-113 | 3/1/2011 | iPad ODI-0023 Ser#OE7A90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 09-085 | 3/1/2011 | iPad ODI-0024 Ser#K5DA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 09-127 | 3/1/2011 | iPad ODI-0025 Ser#JVKA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 10-167 | 3/1/2011 | iPad ODI-0026 Ser#04BA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 11-111 | 3/1/2011 | iPad ODI-0028 Ser#MLAA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 12-111 | 3/1/2011 | iPad ODI-0029 Ser#PODJHF | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 13-068 | 3/1/2011 | iPad ODI-0030 Ser#KTHA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 13-074 | 3/1/2011 | iPad ODI-0031 Ser#JZDA90 | $564 | $564 | $ - | Machinery & Equipment - New Cust. Acq. |
| 13-075 | 6/1/2011 | iPad ODI-0034 Ser#8TDJHF | $677 | $677 | $ - | Machinery & Equipment - New Cust. Acq. |
| 13-085 | 11/23/2012 | iPad ODI-tbd Ser#AYF18P | $631 | $631 | $ - | Machinery & Equipment - New Cust. Acq. |
| 13-177 | 11/23/2012 | iPad ODI-tbd Ser#XXF18P | $631 | $631 | $ - | Machinery & Equipment - New Cust. Acq. |
| 16-074 | 11/23/2012 | iPad ODI-tbd Ser#H3F18P | $631 | $631 | $ - | Machinery & Equipment - New Cust. Acq. |
| 18-183 | 9/20/2013 | Door to Door Software Upgrade #2 | $2,500 | $2,500 | $ - | Machinery & Equipment - New Cust. Acq. |
| 21-029 | 6/24/2014 | Door to Door Software Upgrade #3 | $8,250 | $8,250 | $ - | Machinery & Equipment - New Cust. Acq. |
| 21-071 | 4/24/2000 | MIX'N MACHINE | $648 | $648 | $ - | Machinery & Equipment - North Aurora DS |
| 22-195 | 8/1/2001 | WALL ASSEMBLY FOR WAFFLE CONE TABLE | $1,228 | $1,228 | $ - | Machinery & Equipment - North Aurora DS |
| 22-204 | 12/1/2001 | NA PIE FREEZER | $3,074 | $3,074 | $ - | Machinery & Equipment - North Aurora DS |
| 97-122 | 3/15/2002 | DRIVE THRU MACH ANDEQUIP-2 INVOICES | $5,872 | $5,872 | $ - | Machinery & Equipment - North Aurora DS |
| 97-162 | 4/22/2002 | INSTALL WATER HEATER | $4,748 | $4,748 | $ - | Machinery & Equipment - North Aurora DS |
| 98-119 | 4/3/2002 | BOOSTER HEATER,ELECTRIC | $1,078 | $1,078 | $ - | Machinery & Equipment - North Aurora DS |
| 08-102-09 | 10/10/2002 | DUCT WORK | $1,650 | $1,650 | $ - | Machinery & Equipment - North Aurora DS |
| 97-86 | 10/10/2002 | REPAIRS AND MATERIALS TO ROOF | $771 | $771 | $ - | Machinery & Equipment - North Aurora DS |
| 00-026 | 12/1/2003 | KTEC BLENDERS | $2,584 | $2,584 | $ - | Machinery & Equipment - North Aurora DS |
| 00-027 | 5/31/2004 | ADE-TABLE TOP/BASES/SEATING | $1,241 | $1,241 | $ - | Machinery & Equipment - North Aurora DS |
| 00-028 | 6/21/2004 | FROST BITE MIXER | $636 | $636 | $ - | Machinery & Equipment - North Aurora DS |
| 01-114 | 9/14/2004 | CONE DISPLAY/7 WHITE SHELVES | $3,090 | $3,090 | $ - | Machinery & Equipment - North Aurora DS |
| 03-359 | 4/22/2004 | 608.30+304.15 4-32 GALLON RECEPTACLES | $912 | $912 | $ - | Machinery & Equipment - North Aurora DS |
| 04-111 | 6/30/2004 | POWER LINE CONDTIONER | $2,060 | $2,060 | $ - | Machinery & Equipment - North Aurora DS |
| 04-284 | 7/31/2004 | MENU BOARD LIGHTS | $1,116 | $1,116 | $ - | Machinery & Equipment - North Aurora DS |
| 04-285 | 4/30/2004 | GIFT CARD INTERFACE/SOFTWARE/MANUAL | $1,164 | $1,164 | $ - | Machinery & Equipment - North Aurora DS |
| 04-286 | 3/8/2004 | TOP MOUNT FREEZER,WORKTABLE,DIP CA | $50,612 | $50,612 | $ - | Machinery & Equipment - North Aurora DS |
| 05-042 | 3/26/2004 | 3 BLADE WALL SIGNS/CIRCLE LOGO | $3,714 | $3,714 | $ - | Machinery & Equipment - North Aurora DS |
| 05-211 | 1/1/2004 | REPLACEMENT OF EXISTING WALK IN FREEZER | $5,464 | $5,464 | $ - | Machinery & Equipment - North Aurora DS |
| 05-247 | 2/13/2004 | E MACHINE | $468 | $468 | $ - | Machinery & Equipment - North Aurora DS |
| 06-054 | 1/1/2005 | Ice Maker | $1,801 | $1,801 | $ - | Machinery & Equipment - North Aurora DS |
| 07-016 | 4/1/2005 | Sample Station | $4,385 | $4,385 | $ - | Machinery & Equipment - North Aurora DS |
| 07-064 | 9/12/2005 | Recover 2 Awnings | $2,102 | $2,102 | $ - | Machinery & Equipment - North Aurora DS |
| 07-077 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - North Aurora DS |
| 07-088 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - North Aurora DS |
| 07-100 | 10/5/2005 | Recover Awning | $2,102 | $2,102 | $ - | Machinery & Equipment - North Aurora DS |
| 07-109 | 2/1/2006 | Audio Wave Kit | $2,682 | $2,682 | $ - | Machinery & Equipment - North Aurora DS |
| 08-015 | 4/1/2006 | Sound System | $3,500 | $3,500 | $ - | Machinery & Equipment - North Aurora DS |
| 09-052 | 6/30/2006 | Headset | $515 | $515 | $ - | Machinery & Equipment - North Aurora DS |
| 09-092 | 6/27/2006 | Display Trays | $628 | $628 | $ - | Machinery & Equipment - North Aurora DS |
| 11-103 | 7/1/2006 | Sneezeguard, Laminated Glass | $1,104 | $1,104 | $ - | Machinery & Equipment - North Aurora DS |
| 12-234 | 6/30/2006 | Bakery Signs | $747 | $747 | $ - | Machinery & Equipment - North Aurora DS |
| 13-006 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - North Aurora DS |
| 13-028 | 8/8/2007 | Bender & Pitcher | $2,272 | $2,272 | $ - | Machinery & Equipment - North Aurora DS |
| 13-036 | 9/17/2007 | Cooler Door and Treadplate | $1,496 | $1,496 | $ - | Machinery & Equipment - North Aurora DS |
| 13-272 | 7/21/2008 | Steel Frame Gate | $3,714 | $3,714 | $ - | Machinery & Equipment - North Aurora DS |
| 15-038 | 9/1/2008 | compaq Tower | $1,055 | $1,055 | $ - | Machinery & Equipment - North Aurora DS |
| 16-033 | 10/1/2008 | Veriphone | $546 | $546 | $ - | Machinery & Equipment - North Aurora DS |
| 16-070 | 6/1/2009 | Crowd Control Stanchion | $1,265 | $1,265 | $ - | Machinery & Equipment - North Aurora DS |
| 19-075 | 7/1/2009 | Crowd control stanchions | $601 | $601 | $ - | Machinery & Equipment - North Aurora DS |
| 19-076 | 8/5/2009 | 46" Round Tables (4) | $2,660 | $2,660 | $ - | Machinery & Equipment - North Aurora DS |
| 20-273 | 5/1/2010 | 6 Umbrellas | $1,062 | $1,062 | $ - | Machinery & Equipment - North Aurora DS |
| 21-027 | 10/28/2010 | Blenders, housing, whippers | $978 | $978 | $ - | Machinery & Equipment - North Aurora DS |
| 21-116 | 12/13/2010 | Blending Station | $1,083 | $1,083 | $ - | Machinery & Equipment - North Aurora DS |
| 21-177 | 3/31/2011 | Customer Architectural Sign 83"X144" | $3,500 | $3,500 | $ - | Machinery & Equipment - North Aurora DS |
| 21-182 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - North Aurora DS |
| 21-210 | 5/20/2013 | (2) 46" Round Tables | $1,582 | $1,582 | $ - | Machinery & Equipment - North Aurora DS |
| 22-117 | 6/11/2013 | New Cooler Floor (completed 5/30/13) | $5,925 | $5,925 | $ - | Machinery & Equipment - North Aurora DS |

Rider to Schedule A/B Part 8, Question 50

| | | | | | | |
|---|---|---|---|---|---|---|
| 22-208 | 7/8/2013 | 4 Facing Ice Cream Cabinet Serial # 1316814 | $2,195 | $2,195 | $ - | Machinery & Equipment - North Aurora DS |
| 97-112 | 7/8/2013 | 8 Facing Ice Cream Cabinet Serial # 1316602 | $2,723 | $2,723 | $ - | Machinery & Equipment - North Aurora DS |
| 97-219 | 3/11/2016 | TouchTunes Virtuo Jukebox | $6,045 | $6,045 | $ - | Machinery & Equipment - North Aurora DS |
| 97-222 | 7/13/2016 | Awnings - Recover | $7,974 | $7,974 | $ - | Machinery & Equipment - North Aurora DS |
| 97-224 | 8/23/2016 | Soft Serve Machine - Single - Serial #H2V-2916 | $10,384 | $10,384 | $ - | Machinery & Equipment - North Aurora DS |
| 97-227 | 8/23/2016 | Soft Serve Machine - Twist - Serial #F2V-2025 | $15,940 | $15,940 | $ - | Machinery & Equipment - North Aurora DS |
| 97-229 | 1/1/2017 | Drive-thru Communication Equipment | $6,416 | $6,416 | $ - | Machinery & Equipment - North Aurora DS |
| 97-230 | 12/13/2018 | Sign Faces | $2,489 | $2,489 | $ - | Machinery & Equipment - North Aurora DS |
| 08-046-09 | 4/29/2019 | (4) 46 inch Round Exterior Tables and Benches | $4,739 | $4,433 | $306 | Machinery & Equipment - North Aurora DS |
| 08-046-09 | 7/3/2019 | Water Cooler w/Bottle Filling Station | $1,413 | $1,272 | $142 | Machinery & Equipment - North Aurora DS |
| 03-98 | 7/30/2019 | (4) Round Tables and Umbrellas | $5,527 | $4,891 | $636 | Machinery & Equipment - North Aurora DS |
| 98-42 | 8/7/2020 | True Model T-49F-HC Reach-In Freezer | $6,630 | $4,510 | $2,119 | Machinery & Equipment - North Aurora DS |
| 98-96 | 10/21/2020 | Rooftop Larkin Condensing Unit for Walk-In Freezer | $7,770 | $4,968 | $2,802 | Machinery & Equipment - North Aurora DS |
| 00-008 | 10/28/2020 | Ice Cream Cabinet BD-10 Ser #2028716 | $3,948 | $2,509 | $1,439 | Machinery & Equipment - North Aurora DS |
| 01-101 | 4/29/2021 | Ladderback Metal Chairs (50) | $4,578 | $2,451 | $2,127 | Machinery & Equipment - North Aurora DS |
| 01-102 | 3/2/2021 | WatchGuard AP 325 with 3-yr Basic WiFi | $1,258 | $1,189 | $69 | Machinery & Equipment - North Aurora DS |
| 01-148 | 8/16/2021 | Toast POS System | $12,277 | $5,839 | $6,438 | Machinery & Equipment - North Aurora DS |
| 02-040 | 5/19/2021 | Round Outdoor Table | $2,169 | $1,138 | $1,032 | Machinery & Equipment - North Aurora DS |
| 02-082 | 5/19/2021 | Round Outdoor Tables (2) | $3,960 | $2,077 | $1,884 | Machinery & Equipment - North Aurora DS |
| 02-083 | 12/8/2021 | Awning - Recover | $1,290 | $533 | $757 | Machinery & Equipment - North Aurora DS |
| 02-131 | 3/24/2023 | Steamer Frother | $1,906 | $296 | $1,611 | Machinery & Equipment - North Aurora DS |
| 03-184 | 9/1/1995 | ICE CREAM CART | $1,830 | $1,830 | $ - | Machinery & Equipment - North Aurora DS |
| 04-031 | 5/28/1996 | OUTDOOR TABLES | $1,814 | $1,814 | $ - | Machinery & Equipment - North Aurora DS |
| 04-093 | 5/28/1996 | MUZAK SYSTEM | $650 | $650 | $ - | Machinery & Equipment - North Aurora DS |
| 04-134 | 5/28/1996 | TABLES & CHAIRS | $4,604 | $4,604 | $ - | Machinery & Equipment - North Aurora DS |
| 04-351 | 5/28/1996 | TILT TRUCK/TRASH TRUNDLER | $674 | $674 | $ - | Machinery & Equipment - North Aurora DS |
| 05-060 | 5/10/1996 | OUTSIDE TABLES | $936 | $936 | $ - | Machinery & Equipment - North Aurora DS |
| 05-114 | 5/28/1996 | ADE-SODA SYSTEM | $5,972 | $5,972 | $ - | Machinery & Equipment - North Aurora DS |
| 05-134 | 5/28/1996 | ADE-WALK-IN COOLER/FREEZER/W GLASS DOOR | $18,383 | $18,383 | $ - | Machinery & Equipment - North Aurora DS |
| 05-242 | 5/28/1996 | ADE-ROOF COMPRESSOR | $13,494 | $13,494 | $ - | Machinery & Equipment - North Aurora DS |
| 05-278 | 5/28/1996 | ADE-TEMPERATURE ALARM & CHEMICAL STORAGE SHELVING | $284 | $284 | $ - | Machinery & Equipment - North Aurora DS |
| 06-042 | 5/28/1996 | ADE-SHELF UNITS | $1,323 | $1,323 | $ - | Machinery & Equipment - North Aurora DS |
| 07-049 | 5/28/1996 | ADE-DRY STORAGE SHELVING | $1,646 | $1,646 | $ - | Machinery & Equipment - North Aurora DS |
| 07-099 | 5/28/1996 | ADE-WORK TABLE & CLEAN DIS TABLE | $572 | $572 | $ - | Machinery & Equipment - North Aurora DS |
| 09-005 | 5/28/1996 | ADE-REACH-IN FREEZER | $1,616 | $1,616 | $ - | Machinery & Equipment - North Aurora DS |
| 09-006 | 5/28/1996 | ADE-SOILED DISH TABLE W/FAUCET | $843 | $843 | $ - | Machinery & Equipment - North Aurora DS |
| 09-012 | 5/28/1996 | ADE-DISH MACHINE | $3,400 | $3,400 | $ - | Machinery & Equipment - North Aurora DS |
| 10-056 | 5/28/1996 | ADE-WALL SHELF & 2 HAND SINKS | $389 | $389 | $ - | Machinery & Equipment - North Aurora DS |
| 11-090 | 5/28/1996 | ADE-PREP SINK W/FAUCET | $1,914 | $1,914 | $ - | Machinery & Equipment - North Aurora DS |
| 11-133 | 5/28/1996 | ADE-BEVERAGE COUNTER | $1,298 | $1,298 | $ - | Machinery & Equipment - North Aurora DS |
| 11-134 | 5/28/1996 | ADE-ICE MAKER | $1,838 | $1,838 | $ - | Machinery & Equipment - North Aurora DS |
| 12-014 | 5/28/1996 | ADE-REACH DOWN FREEZER | $946 | $946 | $ - | Machinery & Equipment - North Aurora DS |
| 12-017 | 5/28/1996 | ADE-UTILITY COUNTER W/CUP DISPENSER | $1,311 | $1,311 | $ - | Machinery & Equipment - North Aurora DS |
| 12-101 | 5/28/1996 | ADE-TWO REFRIGERATORS W/SYRUP RAIL | $5,862 | $5,862 | $ - | Machinery & Equipment - North Aurora DS |
| 13-033 | 5/28/1996 | ADE-ACCESSORIES FOR SYRUP RAIL | $956 | $956 | $ - | Machinery & Equipment - North Aurora DS |
| 13-091 | 5/28/1996 | ADE-UTILITY COUNTER | $1,154 | $1,154 | $ - | Machinery & Equipment - North Aurora DS |
| 16-044 | 5/28/1996 | ADE-DROP-IN FREEZER | $1,194 | $1,194 | $ - | Machinery & Equipment - North Aurora DS |
| 16-045 | 5/28/1996 | ADE-CUP DISPENSER UNIT | $1,125 | $1,125 | $ - | Machinery & Equipment - North Aurora DS |
| 17-001 | 5/28/1996 | ADE-DIPPING CABINET | $2,092 | $2,092 | $ - | Machinery & Equipment - North Aurora DS |
| 18-187 | 5/28/1996 | ADE-DIPPING CABINET | $2,506 | $2,506 | $ - | Machinery & Equipment - North Aurora DS |
| 19-067 | 5/28/1996 | ADE-END CABINET | $1,031 | $1,031 | $ - | Machinery & Equipment - North Aurora DS |
| 20-130 | 5/28/1996 | ADE-DRY DISPLAY CASE | $3,604 | $3,604 | $ - | Machinery & Equipment - North Aurora DS |
| 20-324 | 5/28/1996 | ADE-WATER COOLER | $813 | $813 | $ - | Machinery & Equipment - North Aurora DS |
| 20-326 | 5/28/1996 | ADE-HAND DRYERS 2 @ 382.00 | $876 | $876 | $ - | Machinery & Equipment - North Aurora DS |
| 21-043 | 5/28/1996 | GTE-TELEPHONE INSTALLATION | $293 | $293 | $ - | Machinery & Equipment - North Aurora DS |
| 22-212 | 10/16/1998 | MOTOR BASE-ICB-5B | $1,007 | $1,007 | $ - | Machinery & Equipment - North Aurora DS |
| 94-556 | 7/2/1999 | SUN SHADES | $788 | $788 | $ - | Machinery & Equipment - North Aurora DS |
| 94-557 | 3/30/1999 | CUSTOM MENU BOARDS | $3,354 | $3,354 | $ - | Machinery & Equipment - North Aurora DS |
| 96-645 | 6/7/1999 | ICE CREAM DIPPING CABINET | $1,760 | $1,760 | $ - | Machinery & Equipment - North Aurora DS |
| 96-647 | 6/7/1999 | WORK TABLE ADVANCE TABCO MODEL SFG-302 | $562 | $562 | $ - | Machinery & Equipment - North Aurora DS |
| 98-157 | 6/7/1999 | WORK TABLE MODEL SFG-303 | $618 | $618 | $ - | Machinery & Equipment - North Aurora DS |
| 98-158 | 10/25/1999 | DRIVE THRU MENU BOARDS | $1,176 | $1,176 | $ - | Machinery & Equipment - North Aurora DS |
| 99-038 | 5/24/2002 | BLENDER PACKAGE | $2,559 | $2,559 | $ - | Machinery & Equipment - Oakville |
| 99-131 | 5/24/2002 | WAFFLE CONE BAKER | $659 | $659 | $ - | Machinery & Equipment - Oakville |
| 99-149 | 5/24/2002 | SAFE | $1,301 | $1,301 | $ - | Machinery & Equipment - Oakville |
| 08-047-09 | 5/24/2002 | MUZAK SYSTEM | $1,806 | $1,806 | $ - | Machinery & Equipment - Oakville |
| 94-558A | 5/24/2002 | WALK IN SHELF UNIT | $1,483 | $1,483 | $ - | Machinery & Equipment - Oakville |
| 94-558B | 5/24/2002 | FREEZERS | $29,527 | $29,527 | $ - | Machinery & Equipment - Oakville |
| 94-558D | 5/24/2002 | STORE EQUIPMENT | $97,491 | $97,491 | $ - | Machinery & Equipment - Oakville |
| 94-558E | 5/24/2002 | CASH REGISTERS | $22,271 | $22,271 | $ - | Machinery & Equipment - Oakville |
| 94-558H | 5/24/2002 | CABINETS | $11,060 | $11,060 | $ - | Machinery & Equipment - Oakville |
| 94-558I | 5/24/2002 | MUZAK SOUND SYSTEM | $5,937 | $5,937 | $ - | Machinery & Equipment - Oakville |
| 94-558J | 7/1/2002 | AWNINGS | $22,026 | $22,026 | $ - | Machinery & Equipment - Oakville |
| 94-558K | 5/24/2002 | SIGNAGE | $26,666 | $26,666 | $ - | Machinery & Equipment - Oakville |
| 94-558L | 11/18/2002 | WAFFLE CONE BAKER | $1,181 | $1,181 | $ - | Machinery & Equipment - Oakville |
| 94-558M | 11/15/2002 | BLENDER PACKAGE | $2,539 | $2,539 | $ - | Machinery & Equipment - Oakville |
| 94-558N | 10/29/2002 | INSTALL ECONIZER DAMPERS | $2,172 | $2,172 | $ - | Machinery & Equipment - Oakville |
| 94-558Q | 7/27/2004 | XTRA CD ROM FOR BACKUP | $193 | $193 | $ - | Machinery & Equipment - Oakville |
| 94-558R | 6/24/2004 | LINE CONDITIONER FOR WORK STATION | $2,034 | $2,034 | $ - | Machinery & Equipment - Oakville |
| 94-558S | 4/19/2004 | HELP DESK | $618 | $618 | $ - | Machinery & Equipment - Oakville |
| 94-558T | 9/6/2005 | Fence | $930 | $930 | $ - | Machinery & Equipment - Oakville |
| 94-558V | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Oakville |
| 94-558W | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Oakville |
| 94-558X | 2/1/2007 | Ceiling, soffit, paint repair, hang sign | $4,470 | $4,470 | $ - | Machinery & Equipment - Oakville |
| 94-558Y | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Oakville |
| 03-258 | 9/7/2008 | Ethernet Printer for Treat Delivery | $560 | $560 | $ - | Machinery & Equipment - Oakville |
| 03-316 | 6/1/2009 | Crowd control Stanchion | $1,024 | $1,024 | $ - | Machinery & Equipment - Oakville |
| 03-337 | 6/16/2010 | Blender Vita-mix | $902 | $902 | $ - | Machinery & Equipment - Oakville |
| 03-338 | 6/16/2010 | Blender Vita-mix | $902 | $902 | $ - | Machinery & Equipment - Oakville |
| 03-339 | 6/6/2010 | Blender Vita-mix | $902 | $902 | $ - | Machinery & Equipment - Oakville |
| 03-343 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Oakville |
| 03-355 | 4/11/2012 | HP rp5700 POS Register | $721 | $721 | $ - | Machinery & Equipment - Oakville |
| 04-027 | 7/25/2012 | Awning - frame and vinyl | $5,380 | $5,380 | $ - | Machinery & Equipment - Oakville |

Rider to Schedule A/B Part 8, Question 50

| 04-029 | 4/10/2013 | Ice Cream Cabinet Serial # 1222009 | $2,605 | $2,605 | $ - | Machinery & Equipment - Oakville |
|---|---|---|---|---|---|---|
| 04-073 | 10/24/2013 | Reach-In Freezer, True Food Service Model TUC-48-L | $2,278 | $2,278 | $ - | Machinery & Equipment - Oakville |
| 04-082 | 10/27/2016 | Drive Thru Communication Equipment | $6,351 | $6,351 | $ - | Machinery & Equipment - Oakville |
| 04-129 | 2/9/2018 | Bar Blender | $1,249 | $1,249 | $ - | Machinery & Equipment - Oakville |
| 04-135 | 4/30/2019 | Gas water heater | $3,400 | $3,178 | $222 | Machinery & Equipment - Oakville |
| 04-309 | 9/21/2020 | Bar Blender Quet One | $1,297 | $851 | $447 | Machinery & Equipment - Oakville |
| 04-352 | 10/6/2020 | Electric Booster Heater | $1,987 | $1,287 | $700 | Machinery & Equipment - Oakville |
| 05-231 | 5/21/2021 | True Mfg Reach-In Freezer Model T-49F-HC | $5,710 | $2,988 | $2,722 | Machinery & Equipment - Oakville |
| 05-267 | 5/27/2021 | Awnings - Recover | $8,919 | $4,638 | $4,281 | Machinery & Equipment - Oakville |
| 06-061 | 9/1/2021 | Walk-In Freezer Condensing Unit | $6,299 | $2,941 | $3,358 | Machinery & Equipment - Oakville |
| 06-068 | 6/15/2022 | (35) Ladderback Metal Chairs | $3,876 | $1,200 | $2,676 | Machinery & Equipment - Oakville |
| 06-073 | 10/24/2022 | Toast POS System | $6,476 | $1,540 | $4,936 | Machinery & Equipment - Oakville |
| 07-036 | 6/9/2023 | Signage | $3,290 | $371 | $2,918 | Machinery & Equipment - Oakville |
| 07-103 | 4/29/2020 | Walk-in cooler / freezer | $31,765 | $23,346 | $8,419 | Machinery & Equipment - O'Fallon TJB |
| 08-112 | 4/29/2020 | Refrigeration System | $29,586 | $21,745 | $7,841 | Machinery & Equipment - O'Fallon TJB |
| 08-117 | 4/29/2020 | Ice Cream Dipping Cabinet 8 Facing - Ser #1932205 | $3,000 | $2,205 | $795 | Machinery & Equipment - O'Fallon TJB |
| 11-094 | 4/29/2020 | Ice Cream Dipping Cabinet 8 Facing - Ser #1932215 | $3,000 | $2,205 | $795 | Machinery & Equipment - O'Fallon TJB |
| 13-239 | 4/29/2020 | Ice Cream Dipping Cabinet 4 Facing - Ser #1928712 | $2,405 | $1,768 | $637 | Machinery & Equipment - O'Fallon TJB |
| 18-090 | 4/29/2020 | Ice Cream Dipping Cabinet 4 Facing - Ser #1928713 | $2,405 | $1,768 | $637 | Machinery & Equipment - O'Fallon TJB |
| 18-097 | 4/29/2020 | Bottle Cooler True Model TD-24-7-HC Ser #9738029 | $2,065 | $1,518 | $547 | Machinery & Equipment - O'Fallon TJB |
| 18-200 | 4/29/2020 | Worktable | $1,000 | $735 | $265 | Machinery & Equipment - O'Fallon TJB |
| 19-003 | 4/29/2020 | Pizza Prep Refrig True Model TPP-67 Ser#9819698 | $7,729 | $5,681 | $2,048 | Machinery & Equipment - O'Fallon TJB |
| 19-018 | 4/29/2020 | Worktable | $1,351 | $993 | $358 | Machinery & Equipment - O'Fallon TJB |
| 19-054 | 4/29/2020 | Reach-in undercounter freezer Serial #159B8409 | $3,053 | $2,244 | $809 | Machinery & Equipment - O'Fallon TJB |
| 20-120 | 4/29/2020 | Vitamix Bar Blenders Model No. 15978 | $4,113 | $3,023 | $1,090 | Machinery & Equipment - O'Fallon TJB |
| 20-161 | 4/29/2020 | Wire Shelving | $1,375 | $1,011 | $364 | Machinery & Equipment - O'Fallon TJB |
| 20-165 | 4/29/2020 | Vitamix Bar Blenders Model No. 570 | $1,220 | $897 | $323 | Machinery & Equipment - O'Fallon TJB |
| 21-012 | 4/29/2020 | Reach-in freezer True Model T-35F-HC Ser #988913 | $4,655 | $3,421 | $1,234 | Machinery & Equipment - O'Fallon TJB |
| 22-125 | 4/29/2020 | Sneeze Guard | $7,635 | $5,612 | $2,023 | Machinery & Equipment - O'Fallon TJB |
| 23-053 | 4/29/2020 | Waffle Cone Bakers Cobatco Model MD-10SSE | $1,758 | $1,292 | $466 | Machinery & Equipment - O'Fallon TJB |
| 08-048-09 | 4/29/2020 | Gas Fryer Battery | $22,320 | $16,405 | $5,915 | Machinery & Equipment - O'Fallon TJB |
| 04-125 | 4/29/2020 | Refrig work top True Mod TWT-44D-2-HC Ser #9886340 | $4,690 | $3,447 | $1,243 | Machinery & Equipment - O'Fallon TJB |
| 04-146 | 4/29/2020 | Frech Fry Warmer Serial #761002008 | $1,613 | $1,186 | $427 | Machinery & Equipment - O'Fallon TJB |
| 04-151 | 4/29/2020 | Gas Countertop Griddle MKG-60-ST Ser #G19ME081557 | $12,151 | $8,931 | $3,220 | Machinery & Equipment - O'Fallon TJB |
| 04-156 | 4/29/2020 | Equip Stnd, Refrig Base True TRCB-52-60 Ser9860986 | $5,330 | $3,917 | $1,413 | Machinery & Equipment - O'Fallon TJB |
| 04-163 | 4/29/2020 | Cntertp Portion Steamer Antunes DFW-150 #19122307 | $1,315 | $966 | $349 | Machinery & Equipment - O'Fallon TJB |
| 04-164 | 4/29/2020 | Pizza Prep Refrig True Model TPP-67 Serial#9819689 | $5,310 | $3,903 | $1,407 | Machinery & Equipment - O'Fallon TJB |
| 04-173 | 4/29/2020 | Grill Toaster Antunes VCT-2000-9210123 Ser#1912256 | $2,470 | $1,815 | $655 | Machinery & Equipment - O'Fallon TJB |
| 04-174 | 4/29/2020 | Two Compartment Sink John Boos Model 28244-X | $1,208 | $888 | $320 | Machinery & Equipment - O'Fallon TJB |
| 04-175 | 4/29/2020 | Walk-In Cooler Refrigtion Enterprise Ser#410205815 | $8,050 | $5,917 | $2,133 | Machinery & Equipment - O'Fallon TJB |
| 04-176 | 4/29/2020 | Walk-In Cooler Dave Roth Mechanical | $5,025 | $3,693 | $1,332 | Machinery & Equipment - O'Fallon TJB |
| 04-330 | 4/29/2020 | Wire Shelving | $1,175 | $864 | $311 | Machinery & Equipment - O'Fallon TJB |
| 04-357 | 4/29/2020 | Refrigerated work top True TWT-72-HC Ser #9880771 | $3,600 | $2,646 | $954 | Machinery & Equipment - O'Fallon TJB |
| 04-359 | 4/29/2020 | Food Proc Robot Coupe R2DICE CLR Sr#2560208703M-06 | $1,499 | $1,102 | $397 | Machinery & Equipment - O'Fallon TJB |
| 05-040 | 4/29/2020 | Exhaust Hood Captive-Aire Model 4830ND-2-ACPSP-F | $8,655 | $6,361 | $2,294 | Machinery & Equipment - O'Fallon TJB |
| 05-236 | 4/29/2020 | Exhaust Fan Captive-Aire Model NCA14FA | $1,668 | $1,226 | $442 | Machinery & Equipment - O'Fallon TJB |
| 05-272 | 4/29/2020 | Supply Fan Captive-Aire Model A2=D.500-G15 | $6,040 | $4,439 | $1,601 | Machinery & Equipment - O'Fallon TJB |
| 06-057 | 4/29/2020 | Eletcitrical System Captive-Aire Model 321110FP | $2,207 | $1,622 | $585 | Machinery & Equipment - O'Fallon TJB |
| 07-041 | 4/29/2020 | Wall Flashing | $1,500 | $1,102 | $398 | Machinery & Equipment - O'Fallon TJB |
| 10-108 | 4/29/2020 | Fire Suppression System Captive-Aire Model FS-1 | $6,103 | $4,486 | $1,618 | Machinery & Equipment - O'Fallon TJB |
| 10-109 | 4/29/2020 | Ice Cuber Manitowoc Model IYT-1200A | $5,225 | $3,840 | $1,385 | Machinery & Equipment - O'Fallon TJB |
| 11-105 | 4/29/2020 | Ice Cuber Manitowoc Model IYT0620A | $6,594 | $4,846 | $1,748 | Machinery & Equipment - O'Fallon TJB |
| 12-003 | 4/29/2020 | Milk Disp Silver King SKMAJ2/C3 Ser #CPDF29443SA | $2,705 | $1,988 | $717 | Machinery & Equipment - O'Fallon TJB |
| 13-082 | 4/29/2020 | Bvrge Disp Grindmaster-Cecilware CS-4E-16 #T479329 | $1,631 | $1,199 | $432 | Machinery & Equipment - O'Fallon TJB |
| 18-006 | 4/29/2020 | Refrig Work Top True Model TWT-36-HC Ser #9884187 | $2,475 | $1,819 | $656 | Machinery & Equipment - O'Fallon TJB |
| 18-182 | 4/29/2020 | Mega Top Refrig True TSSU-72-30M-B-ST-HC S#9891787 | $4,830 | $3,550 | $1,280 | Machinery & Equipment - O'Fallon TJB |
| 18-184 | 4/29/2020 | Preparation Refrig True TSSU-60-16-HC Ser #9873442 | $3,300 | $2,425 | $875 | Machinery & Equipment - O'Fallon TJB |
| 19-066 | 4/29/2020 | Heated Cabinet FWE HLC-1826-4-UC Serial #206631701 | $2,470 | $1,815 | $655 | Machinery & Equipment - O'Fallon TJB |
| 20-124 | 4/29/2020 | Worktable | $1,389 | $1,021 | $368 | Machinery & Equipment - O'Fallon TJB |
| 21-209 | 4/29/2020 | Heat Lamps Hatco Model GRAIHL-48 | $1,820 | $1,338 | $482 | Machinery & Equipment - O'Fallon TJB |
| 21-240 | 4/29/2020 | Three Comprtmnt Sink John Boos Mod 33818244-2D24-X | $1,850 | $1,360 | $490 | Machinery & Equipment - O'Fallon TJB |
| 23-120 | 4/29/2020 | Overshelf John Boos Model BHS1248PR-X | $1,067 | $784 | $283 | Machinery & Equipment - O'Fallon TJB |
| 08-049-09 | 4/29/2020 | Worktable | $4,300 | $3,160 | $1,140 | Machinery & Equipment - O'Fallon TJB |
| 12-010 | 4/29/2020 | Tables, Booths and Chairs | $45,685 | $33,577 | $12,108 | Machinery & Equipment - O'Fallon TJB |
| 12-011 | 4/29/2020 | Oracle POS Software | $3,184 | $3,184 | $ - | Machinery & Equipment - O'Fallon TJB |
| 12-013 | 4/29/2020 | Virtuo II Juke Box Serial # 0A560A | $7,896 | $5,803 | $2,093 | Machinery & Equipment - O'Fallon TJB |
| 12-015 | 4/29/2020 | Market Umbrellas | $1,428 | $1,050 | $379 | Machinery & Equipment - O'Fallon TJB |
| 12-016 | 4/29/2020 | Awnings | $5,450 | $4,006 | $1,444 | Machinery & Equipment - O'Fallon TJB |
| 12-169 | 4/29/2020 | LED Monitor | $29,940 | $22,005 | $7,935 | Machinery & Equipment - O'Fallon TJB |
| 12-170 | 4/29/2020 | Bistro Twister Pizza Oven | $47,330 | $34,786 | $12,544 | Machinery & Equipment - O'Fallon TJB |
| 12-171 | 4/29/2020 | Tables, Umbrellas, Garbage Recepticles | $9,910 | $7,284 | $2,626 | Machinery & Equipment - O'Fallon TJB |
| 12-172 | 4/29/2020 | Cabinetry | $100,205 | $73,648 | $26,557 | Machinery & Equipment - O'Fallon TJB |
| 12-173 | 6/15/2020 | Sound System | $6,036 | $4,281 | $1,755 | Machinery & Equipment - O'Fallon TJB |
| 12-174 | 6/26/2020 | Drive-thru Equipment | $11,451 | $8,053 | $3,398 | Machinery & Equipment - O'Fallon TJB |
| 12-175 | 6/12/2020 | Round Tables (4) and Market Umbrellas (4) | $5,891 | $4,188 | $1,703 | Machinery & Equipment - O'Fallon TJB |
| 12-176 | 7/15/2020 | Stainless Steel Ledge | $9,858 | $6,830 | $3,027 | Machinery & Equipment - O'Fallon TJB |
| 12-177 | 6/26/2020 | Supply Diffuser | $2,880 | $2,025 | $855 | Machinery & Equipment - O'Fallon TJB |
| 12-178 | 7/28/2020 | Mobile Heated Cabinet | $3,608 | $2,474 | $1,134 | Machinery & Equipment - O'Fallon TJB |
| 12-179 | 8/31/2020 | Checkers and Chess Tables | $1,464 | $977 | $487 | Machinery & Equipment - O'Fallon TJB |
| 12-180 | 7/13/2020 | Interior Signage | $12,752 | $8,850 | $3,902 | Machinery & Equipment - O'Fallon TJB |
| 12-181 | 2/2/2021 | Metro Heated Proofing and Holding Cabinet | $1,849 | $1,077 | $772 | Machinery & Equipment - O'Fallon TJB |
| 12-182 | 2/28/2021 | Toast POS System | $15,139 | $8,602 | $6,537 | Machinery & Equipment - O'Fallon TJB |
| 12-183 | 3/3/2021 | Watchguard Firebox T80 with 3-yr Standard Support | $4,348 | $4,106 | $242 | Machinery & Equipment - O'Fallon TJB |
| 12-184 | 12/7/2020 | WatchGuard AP327X w/ 3 Years Basic Wi-Fi | $1,594 | $1,381 | $213 | Machinery & Equipment - O'Fallon TJB |
| 12-185 | 1/6/2023 | (2) Silver King Dispenser Cans | $1,620 | $311 | $1,308 | Machinery & Equipment - O'Fallon TJB |
| 12-186 | 4/18/2003 | MENU BOARD/POSTER HOLDER | $2,565 | $2,565 | $ - | Machinery & Equipment - Orland Park |
| 12-187 | 4/28/2003 | FINAL PAYMENT OF CHANNEL LETTERS | $17,141 | $17,141 | $ - | Machinery & Equipment - Orland Park |
| 12-188 | 4/18/2003 | PICNIC TABLE AND RECEPTACLE | $2,986 | $2,986 | $ - | Machinery & Equipment - Orland Park |
| 12-189 | 4/18/2003 | BLENDER | $2,534 | $2,534 | $ - | Machinery & Equipment - Orland Park |
| 12-190 | 4/18/2003 | WAFFLE CONE BAKER | $1,185 | $1,185 | $ - | Machinery & Equipment - Orland Park |
| 12-191 | 4/18/2003 | SAFE AND LOCK | $1,204 | $1,204 | $ - | Machinery & Equipment - Orland Park |
| 12-192 | 4/22/2009 | SOFT SERVE FREEZER | $26,773 | $26,773 | $ - | Machinery & Equipment - Orland Park |
| 12-193 | 4/18/2003 | SMOOTHER/BLENDER PACKAGE | $2,544 | $2,544 | $ - | Machinery & Equipment - Orland Park |

Rider to Schedule A/B Part 8, Question 50 I

| | | | | | | |
|---|---|---|---|---|---|---|
| 12-194 | 4/18/2003 | BEV COUNTER,RAIL TABLE,DIPPING CABINET ETC. | $67,344 | $67,344 | $ - | Machinery & Equipment - Orland Park |
| 12-195 | 4/18/2003 | COMMERCIAL AWNINGS | $6,051 | $6,051 | $ - | Machinery & Equipment - Orland Park |
| 12-196 | 4/18/2003 | MUZAK SYSTEM | $7,396 | $7,396 | $ - | Machinery & Equipment - Orland Park |
| 12-213 | 5/22/2003 | WALK IN COOLER SHELF | $187 | $187 | $ - | Machinery & Equipment - Orland Park |
| 12-214 | 5/19/2003 | INSTALLATION OF SPRINKLER | $11,500 | $11,500 | $ - | Machinery & Equipment - Orland Park |
| 12-223 | 7/8/2003 | 4 SHEERWEAVE WINDOW SHADES | $1,140 | $1,140 | $ - | Machinery & Equipment - Orland Park |
| 12-226 | 4/18/2003 | DEPOSIT ON ADE EQUIPMENT | $34,000 | $34,000 | $ - | Machinery & Equipment - Orland Park |
| 13-007 | 8/13/2003 | DEPOSIT ON SIGNAGE | $17,000 | $17,000 | $ - | Machinery & Equipment - Orland Park |
| 13-008 | 11/11/2003 | SOFTWARE/MODEMS/MONITORS | $18,671 | $18,671 | $ - | Machinery & Equipment - Orland Park |
| 13-012 | 4/21/2004 | HEADSET UPGRADE/BATTERY/TRAINING | $1,508 | $1,508 | $ - | Machinery & Equipment - Orland Park |
| 13-032 | 2/13/2004 | E MACHINE | $468 | $468 | $ - | Machinery & Equipment - Orland Park |
| 13-064 | 9/22/2004 | IRON FENCE AT ORLAND PARK | $2,468 | $2,468 | $ - | Machinery & Equipment - Orland Park |
| 13-162 | 11/24/2004 | SECURITY MONITORING SYSTEM | $2,208 | $2,208 | $ - | Machinery & Equipment - Orland Park |
| 13-209 | 6/9/2005 | Smoother and Mixer Parts | $852 | $852 | $ - | Machinery & Equipment - Orland Park |
| 16-018 | 7/1/2005 | Access Point, Loader, Programming, Printer - | $6,981 | $6,981 | $ - | Machinery & Equipment - Orland Park |
| 18-085 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Orland Park |
| 18-189 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Orland Park |
| 19-032 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Orland Park |
| 20-017 | 8/8/2007 | Blender & Pitcher | $3,893 | $3,893 | $ - | Machinery & Equipment - Orland Park |
| 21-144 | 6/1/2009 | Crowd Control Stanchion | $418 | $418 | $ - | Machinery & Equipment - Orland Park |
| 21-166 | 9/23/2009 | Chairs | $1,019 | $1,019 | $ - | Machinery & Equipment - Orland Park |
| 21-227 | 3/12/2010 | Seating | $972 | $972 | $ - | Machinery & Equipment - Orland Park |
| 23-095 | 5/1/2010 | 4 Umbrellas | $708 | $708 | $ - | Machinery & Equipment - Orland Park |
| 23-141 | 6/22/2010 | Ice Cream Cabinet | $2,538 | $2,538 | $ - | Machinery & Equipment - Orland Park |
| 01-099 | 6/16/2011 | Condensing Unit | $630 | $630 | $ - | Machinery & Equipment - Orland Park |
| 00-063 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Orland Park |
| 00-064 | 6/6/2012 | Ice Cream Cabinet Ser#1202501 | $2,136 | $2,136 | $ - | Machinery & Equipment - Orland Park |
| 00-114 | 5/24/2013 | (2) 46" Round Tables | $1,579 | $1,579 | $ - | Machinery & Equipment - Orland Park |
| 03-110 | 8/28/2013 | Ice Maker, Hoshizaki Model No. KM-320MAH | $2,934 | $2,934 | $ - | Machinery & Equipment - Orland Park |
| 03-112 | 8/26/2013 | Headset for Drive-Thru | $819 | $819 | $ - | Machinery & Equipment - Orland Park |
| 03-113 | 9/19/2013 | 8 Facing Ice Cream Cabinet Serial # 1322614 | $2,858 | $2,858 | $ - | Machinery & Equipment - Orland Park |
| 03-155 | 1/18/2018 | Drive-thru Communication Equipment | $5,368 | $5,368 | $ - | Machinery & Equipment - Orland Park |
| 03-156 | 9/4/2020 | Bradford Hot Water Heater | $2,970 | $1,975 | $995 | Machinery & Equipment - Orland Park |
| 03-157 | 1/1/2021 | Tecumseh Ice Cream Machine Compressor | $2,332 | $1,399 | $933 | Machinery & Equipment - Orland Park |
| 03-226 | 7/21/2021 | Ladderback Metal Chairs (36) | $3,585 | $1,756 | $1,829 | Machinery & Equipment - Orland Park |
| 03-305 | 1/1/2022 | Video Surveillance Equipment | $2,287 | $915 | $1,372 | Machinery & Equipment - Orland Park |
| 03-306 | 5/12/2022 | (2) Outdoor Round Tables and Umbrellas | $2,345 | $770 | $1,575 | Machinery & Equipment - Orland Park |
| 04-063 | 6/9/2022 | New CAT 6 Cabling for Cameras, Patch Panel&12U Box | $5,885 | $1,841 | $4,044 | Machinery & Equipment - Orland Park |
| 04-064 | 5/1/2023 | Toast POS System | $6,147 | $825 | $5,322 | Machinery & Equipment - Orland Park |
| 04-249 | 9/22/1997 | OBERWEIS PHOTOS & FRAMES | $1,040 | $1,040 | $ - | Machinery & Equipment - Oswego |
| 04-397 | 9/22/1997 | MUSIC SYSTEM | $696 | $696 | $ - | Machinery & Equipment - Oswego |
| 05-048 | 4/24/2000 | MIX'N MACHINE | $648 | $648 | $ - | Machinery & Equipment - Oswego |
| 05-068 | 5/31/2000 | SUN SHADES | $318 | $318 | $ - | Machinery & Equipment - Oswego |
| 05-082 | 11/26/2001 | BUYOUT FURNITURE AND FIXTURES | $32,554 | $32,554 | $ - | Machinery & Equipment - Oswego |
| 05-112 | 4/30/2004 | WIRING SERVICES | $575 | $575 | $ - | Machinery & Equipment - Oswego |
| 05-113 | 2/13/2004 | E-MACHINE | $468 | $468 | $ - | Machinery & Equipment - Oswego |
| 05-125 | 7/1/2005 | Freezer Shelving | $703 | $703 | $ - | Machinery & Equipment - Oswego |
| 06-095 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Oswego |
| 06-096 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Oswego |
| 08-003 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Oswego |
| 09-152 | 7/17/2007 | Chess table tops | $2,881 | $2,881 | $ - | Machinery & Equipment - Oswego |
| 09-164 | 8/8/2007 | Blender & Pitcher | $3,893 | $3,893 | $ - | Machinery & Equipment - Oswego |
| 10-154 | 7/1/2009 | Crowd contol stanchions | $601 | $601 | $ - | Machinery & Equipment - Oswego |
| 12-020 | 10/1/2009 | Server JP rp5700 | $1,784 | $1,784 | $ - | Machinery & Equipment - Oswego |
| 12-021 | 12/21/2010 | Blender, Motor, Parts, Collars | $1,072 | $1,072 | $ - | Machinery & Equipment - Oswego |
| 12-029 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Oswego |
| 15-026 | 8/24/2012 | Chairs (153)- X-55 Parlor Fanback, Black | $3,532 | $3,532 | $ - | Machinery & Equipment - Oswego |
| 17-031 | 6/14/2013 | (2) Air Conditioning Units and Installation | $12,000 | $12,000 | $ - | Machinery & Equipment - Oswego |
| 17-033 | 7/8/2013 | 6 Facing Ice Cream Cabinet Serial # 1305906 | $2,538 | $2,538 | $ - | Machinery & Equipment - Oswego |
| 18-005 | 7/8/2013 | 6 Facing Ice Cream Cabinet Serial # 1315509 | $2,538 | $2,538 | $ - | Machinery & Equipment - Oswego |
| 18-132 | 7/19/2013 | Reach-In Freezer, True Food Service Model T-35F | $4,583 | $4,583 | $ - | Machinery & Equipment - Oswego |
| 96-167 | 8/7/2013 | Awning - Recover | $10,257 | $10,257 | $ - | Machinery & Equipment - Oswego |
| 98-168 | 10/31/2016 | Condensing Unit | $5,481 | $5,481 | $ - | Machinery & Equipment - Oswego |
| 99-025 | 8/21/2018 | Air Conditioner Compressor | $1,092 | $1,092 | $ - | Machinery & Equipment - Oswego |
| 99-027 | 2/2/2021 | Grey H2O Bottle Filler Unit | $1,504 | $876 | $628 | Machinery & Equipment - Oswego |
| 99-160 | 4/12/2021 | Solar and Roller Shakes | $3,592 | $1,957 | $1,636 | Machinery & Equipment - Oswego |
| 03-257 | 9/12/2022 | Toast POS System | $6,010 | $1,567 | $4,442 | Machinery & Equipment - Oswego |
| 03-295 | 7/26/2022 | Motor and Housing Assembly | $2,456 | $705 | $1,751 | Machinery & Equipment - Oswego |
| 03-296 | 10/10/1997 | ADE EQUIPMENT | $1,629 | $1,629 | $ - | Machinery & Equipment - Oswego |
| 03-298 | 10/31/1997 | ADE EQUIPMENT | $1,659 | $1,659 | $ - | Machinery & Equipment - Oswego |
| 03-299 | 7/30/1997 | BARRIER TENSION 890-1P | $660 | $660 | $ - | Machinery & Equipment - Park Ridge |
| 03-300 | 6/15/2000 | 2-6FT. BENCHES | $1,301 | $1,301 | $ - | Machinery & Equipment - Park Ridge |
| 03-302 | 4/24/2000 | MIX'N MACHINE | $648 | $648 | $ - | Machinery & Equipment - Park Ridge |
| 03-303 | 6/15/2000 | ICE CREAM DISPLAY CASE | $8,569 | $8,569 | $ - | Machinery & Equipment - Park Ridge |
| 03-311 | 9/17/2001 | BUYOUT LEASE | $22,250 | $22,250 | $ - | Machinery & Equipment - Park Ridge |
| 03-344 | 12/1/2003 | KTEC BLENDER | $2,584 | $2,584 | $ - | Machinery & Equipment - Park Ridge |
| 04-001 | 1/5/2004 | E MACHINE | $501 | $501 | $ - | Machinery & Equipment - Park Ridge |
| 04-115 | 1/12/2004 | REGISTER/TRAINING/PROGRAMMING | $19,451 | $19,451 | $ - | Machinery & Equipment - Park Ridge |
| 04-184 | 2/13/2004 | EMACHINE | $447 | $447 | $ - | Machinery & Equipment - Park Ridge |
| 04-292 | 1/20/2004 | HELP DESK | $613 | $613 | $ - | Machinery & Equipment - Park Ridge |
| 04-328 | 3/18/2005 | Design Drawings for Renovation to Park Ridge Store | $2,145 | $2,145 | $ - | Machinery & Equipment - Park Ridge |
| 04-329 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Park Ridge |
| 05-196 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Park Ridge |
| 05-240 | 8/14/2006 | Storage Shelving | $676 | $676 | $ - | Machinery & Equipment - Park Ridge |
| 05-276 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Park Ridge |
| 07-047 | 5/21/2007 | Twist Ice Cream Machine SS208-230/3/60WC | $20,164 | $20,164 | $ - | Machinery & Equipment - Park Ridge |
| 07-119 | 6/15/2007 | Sign | $4,628 | $4,628 | $ - | Machinery & Equipment - Park Ridge |
| 07-133 | 6/30/2007 | Counter, faucets, sink, table, sheating, shelving | $40,203 | $40,203 | $ - | Machinery & Equipment - Park Ridge |
| 08-101 | 8/8/2007 | Bender & Pitcher | $3,893 | $3,893 | $ - | Machinery & Equipment - Park Ridge |
| 09-018 | 5/20/2008 | Microwave | $585 | $585 | $ - | Machinery & Equipment - Park Ridge |
| 11-080 | 6/1/2009 | Crowd Control Stanchion | $1,024 | $1,024 | $ - | Machinery & Equipment - Park Ridge |
| 12-054 | 7/31/2009 | Wire shelving | $662 | $662 | $ - | Machinery & Equipment - Park Ridge |
| 13-246 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Park Ridge |

Rider to Schedule A/B Part 8, Question 50).

| ID | Date | Description | | | | Category |
|---|---|---|---|---|---|---|
| 20-129 | 12/7/2012 | Safe - High Security | $2,597 | $1,397 | $ - | Machinery & Equipment - Park Ridge |
| 21-222 | 2/27/2013 | New Cooler Floor (completed 2/10/13) | $5,980 | $5,980 | $ - | Machinery & Equipment - Park Ridge |
| 22-014 | 1/28/2013 | HP RP5800 Serial # 2UA30707Q5 | $982 | $982 | $ - | Machinery & Equipment - Park Ridge |
| 22-182 | 5/8/2013 | (3) 6 ft Benches with Backs | $2,664 | $2,664 | $ - | Machinery & Equipment - Park Ridge |
| 22-209 | 11/14/2013 | HP RP5800 POS System Serial # 2UA3391WJV | $1,171 | $1,171 | $ - | Machinery & Equipment - Park Ridge |
| 23-119 | 8/18/2015 | Grease trap system replacement - Schier 65 gallon | $8,870 | $8,870 | $ - | Machinery & Equipment - Park Ridge |
| 08-050-09 | 6/10/2016 | Walk-In Freezer | $7,988 | $7,988 | $ - | Machinery & Equipment - Park Ridge |
| 08-079 | 10/29/2016 | Channel Letter Signs LED Conversion | $7,164 | $7,164 | $ - | Machinery & Equipment - Park Ridge |
| 08-087 | 10/7/2019 | Ice Cream Dipping Cabinet 6 Facing - Ser #1925408 | $3,015 | $2,554 | $461 | Machinery & Equipment - Park Ridge |
| 08-088 | 10/7/2019 | Ice Cream Dipping Cabinet 6 Facing - Ser #1925501 | $3,015 | $2,554 | $461 | Machinery & Equipment - Park Ridge |
| 08-089 | 9/17/2020 | Ice Cream Dipping Cabinet 4 Facing -Serl #2024812 | $2,663 | $1,752 | $911 | Machinery & Equipment - Park Ridge |
| 08-090 | 2/26/2021 | Bradford Hot Water Heater | $2,215 | $1,261 | $954 | Machinery & Equipment - Park Ridge |
| 08-091 | 6/29/2021 | Bar Blender Quiet One | $1,369 | $687 | $682 | Machinery & Equipment - Park Ridge |
| 08-092 | 8/18/2021 | Awnings - Recover | $7,990 | $3,791 | $4,199 | Machinery & Equipment - Park Ridge |
| 08-096 | 8/18/2021 | Bar Blender Quiet One | $1,369 | $654 | $715 | Machinery & Equipment - Park Ridge |
| 08-106 | 10/29/2021 | Ladderback Metal Chairs (28) | $2,968 | $1,291 | $1,676 | Machinery & Equipment - Park Ridge |
| 08-156 | 6/9/2022 | New CAT 6 Cabling for Cameras, Patch Panel&12U Box | $6,110 | $1,912 | $4,198 | Machinery & Equipment - Park Ridge |
| 10-051 | 9/26/2022 | Toast POS System | $8,314 | $2,105 | $6,210 | Machinery & Equipment - Park Ridge |
| 11-107 | 4/21/1997 | 2 TABLE TOPS IN CHECKER BOARD | $438 | $438 | $ - | Machinery & Equipment - Park Ridge |
| 18-072 | 7/30/1997 | WHITE COFFEE MUGS | $76 | $76 | $ - | Machinery & Equipment - Park Ridge |
| 18-112 | 7/30/1997 | GLASSES | $906 | $906 | $ - | Machinery & Equipment - Park Ridge |
| 20-125 | 7/30/1997 | PERMIT | $210 | $210 | $ - | Machinery & Equipment - Park Ridge |
| 20-308 | 7/30/1997 | CUSTOM AWNINGS/LABOR | $17,816 | $17,816 | $ - | Machinery & Equipment - Park Ridge |
| 21-014 | 7/30/1997 | SAFE AND INSTALLATION | $678 | $678 | $ - | Machinery & Equipment - Park Ridge |
| 21-097 | 7/30/1997 | ADE EQUIPMENT | $3,392 | $3,392 | $ - | Machinery & Equipment - Park Ridge |
| 21-174 | 7/30/1997 | EGG CRATE AWNING PLATES/VINYL LETTERS | $1,163 | $1,163 | $ - | Machinery & Equipment - Park Ridge |
| 22-104 | 4/16/2003 | REGISTER/PRINTER | $20,045 | $20,045 | $ - | Machinery & Equipment - Rolling Meadows |
| 22-105 | 2/6/1998 | 10 X 8 SHED | $389 | $389 | $ - | Machinery & Equipment - Rolling Meadows |
| 22-118 | 4/1/1998 | STAINLESS STEELTOP, SINK, FAUCET & SINK COVER | $1,916 | $1,916 | $ - | Machinery & Equipment - Rolling Meadows |
| 23-064 | 9/26/2000 | DRIVE THRU AWNING | $1,200 | $1,200 | $ - | Machinery & Equipment - Rolling Meadows |
| 03-86 | 9/13/2001 | DISWASHER | $11,239 | $11,239 | $ - | Machinery & Equipment - Rolling Meadows |
| 03-87 | 10/5/2001 | INSTALL 3-COMP.SINK,BOOSTER HEATER | $2,730 | $2,730 | $ - | Machinery & Equipment - Rolling Meadows |
| 97-47 | 12/1/2001 | PIE FREEZER-ROLLING MEADOWS | $3,074 | $3,074 | $ - | Machinery & Equipment - Rolling Meadows |
| 97-48 | 1/1/2002 | EARLY PURCHASE-VERIZON | $ - | $ - | $ - | Machinery & Equipment - Rolling Meadows |
| 97-49 | 4/1/2002 | GTE BUYOUT | $3,275 | $3,275 | $ - | Machinery & Equipment - Rolling Meadows |
| 00-016 | 8/9/2002 | ICE CREAM DIPPING CABINET | $1,925 | $1,925 | $ - | Machinery & Equipment - Rolling Meadows |
| 02-035 | 8/30/2003 | SOFT SERVE FREEZER | $26,450 | $26,450 | $ - | Machinery & Equipment - Rolling Meadows |
| 02-036 | 4/28/2004 | REWRITABLE CD MEDIA | $195 | $195 | $ - | Machinery & Equipment - Rolling Meadows |
| 02-037 | 4/21/2004 | HEADSET UPGRADE/BATTERY/TRAINING | $2,216 | $2,216 | $ - | Machinery & Equipment - Rolling Meadows |
| 02-214 | 6/30/2004 | POWER LINE CONDITIONER | $1,686 | $1,686 | $ - | Machinery & Equipment - Rolling Meadows |
| 04-368 | 2/13/2004 | E MACHINE | $468 | $468 | $ - | Machinery & Equipment - Rolling Meadows |
| 05-032 | 6/22/2005 | Waffle Cone Baker | $550 | $550 | $ - | Machinery & Equipment - Rolling Meadows |
| 06-041 | 7/1/2005 | Freezer Shelving | $647 | $647 | $ - | Machinery & Equipment - Rolling Meadows |
| 07-117 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Rolling Meadows |
| 07-129 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Rolling Meadows |
| 09-103 | 6/20/2006 | Ice Cream Dipping Cabinet | $2,778 | $2,778 | $ - | Machinery & Equipment - Rolling Meadows |
| 09-104 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Rolling Meadows |
| 09-105 | 8/30/2007 | Restaurant Equipment | $8,077 | $8,077 | $ - | Machinery & Equipment - Rolling Meadows |
| 12-055 | 5/1/2010 | 3 Umbrellas | $531 | $531 | $ - | Machinery & Equipment - Rolling Meadows |
| 16-015 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Rolling Meadows |
| 18-176 | 11/1/2011 | WS5 Unit | $1,114 | $1,114 | $ - | Machinery & Equipment - Rolling Meadows |
| 19-090 | 11/1/2011 | WS5 Unit | $1,114 | $1,114 | $ - | Machinery & Equipment - Rolling Meadows |
| 20-001 | 8/7/2012 | Steel fence - 135' x 4' | $2,650 | $2,650 | $ - | Machinery & Equipment - Rolling Meadows |
| 20-012 | 2/25/2013 | State electric hot water heater | $2,400 | $2,400 | $ - | Machinery & Equipment - Rolling Meadows |
| 21-016 | 7/3/2013 | Condensing Unit for Walk-In Freezer, Remove & Repl | $6,529 | $6,529 | $ - | Machinery & Equipment - Rolling Meadows |
| 22-093 | 9/16/2016 | Soft Serve Machine - Single - Serial # I2V-3181 | $10,473 | $10,473 | $ - | Machinery & Equipment - Rolling Meadows |
| 22-130 | 9/16/2016 | Soft Serve Machine - Twist - Serial # I2V-3191 | $16,029 | $16,029 | $ - | Machinery & Equipment - Rolling Meadows |
| 97-126 | 1/1/2017 | Drive-thru Communication Equipment | $6,563 | $6,563 | $ - | Machinery & Equipment - Rolling Meadows |
| 97-135 | 9/10/2018 | Ice Cream Dipping Cabinet - 4 Facing Ser #1817312 | $2,576 | $2,576 | $ - | Machinery & Equipment - Rolling Meadows |
| 98-145 | 10/11/2019 | Reach-In Freezer True Mfg Model No. T-23F-HC | $4,540 | $3,836 | $704 | Machinery & Equipment - Rolling Meadows |
| 98-159 | 7/23/2020 | Bar Blender Quiet One | $1,408 | $970 | $439 | Machinery & Equipment - Rolling Meadows |
| 98-212 | 11/19/2020 | Drive-Thru Equipment | $1,069 | $666 | $402 | Machinery & Equipment - Rolling Meadows |
| 98-233 | 11/12/2020 | Conventional Chest Type Double Row Cabinet | $3,694 | $2,317 | $1,377 | Machinery & Equipment - Rolling Meadows |
| 99-018 | 3/24/2021 | Pole Sign / Sign Cabinet New Lexan Face Panels | $5,730 | $3,181 | $2,549 | Machinery & Equipment - Rolling Meadows |
| 99-076 | 11/14/2022 | Toast POS System | $7,391 | $1,672 | $5,718 | Machinery & Equipment - Rolling Meadows |
| 98-54 | 9/23/1994 | DIPPING CABINET - 10DF | $1,812 | $1,812 | $ - | Machinery & Equipment - Rolling Meadows |
| 00-104 | 9/23/1994 | DIPPING CABINET 14DF | $2,667 | $2,667 | $ - | Machinery & Equipment - Rolling Meadows |
| 02-042 | 5/15/1996 | RSPC STORE FIXTURES | $1,053 | $1,053 | $ - | Machinery & Equipment - Rolling Meadows |
| 02-084 | 5/15/1996 | MUZAK SYSTEM | $751 | $751 | $ - | Machinery & Equipment - Rolling Meadows |
| 04-251 | 8/14/1998 | ADE-WORK TABLE & RACK, ROLL-IN REFRIGERATOR | $471 | $471 | $ - | Machinery & Equipment - Rolling Meadows |
| 04-293 | 8/12/1998 | CUSTOM DRIVE-THRU APPENDAGE/LABOR | $788 | $788 | $ - | Machinery & Equipment - Rolling Meadows |
| 05-243 | 3/31/1999 | FOUNTAIN RAIL ADAPTOR, JARS &PUMPS | $1,332 | $1,332 | $ - | Machinery & Equipment - Rolling Meadows |
| 05-279 | 10/18/1999 | NEW OUTDOOR SIGN - ROLLING MEADOWS STORE | $3,914 | $3,914 | $ - | Machinery & Equipment - Rolling Meadows |
| 06-098 | 8/17/1999 | ICE MAKER - CUBE STYLE | $2,636 | $2,636 | $ - | Machinery & Equipment - Rolling Meadows |
| 07-050 | 9/23/1994 | DIPPER WELLS & FLAVOR RAILS | $1,491 | $1,491 | $ - | Machinery & Equipment - Rolling Meadows |
| 09-037 | 9/23/1994 | WALK-IN COOLER-FREEZER | $36,721 | $36,721 | $ - | Machinery & Equipment - Rolling Meadows |
| 09-068 | 9/23/1994 | SINK & FAUCET AND WORK TABLES | $1,041 | $1,041 | $ - | Machinery & Equipment - Rolling Meadows |
| 10-001 | 9/23/1994 | REACH-IN FREEZER | $1,013 | $1,013 | $ - | Machinery & Equipment - Rolling Meadows |
| 10-092 | 9/23/1994 | DISPLAY CASE | $3,212 | $3,212 | $ - | Machinery & Equipment - Rolling Meadows |
| 10-093 | 9/23/1994 | HAND SINK & COFFEE MAKER | $1,003 | $1,003 | $ - | Machinery & Equipment - Rolling Meadows |
| 10-095 | 9/23/1994 | DRY STORAGE SHELVING | $1,077 | $1,077 | $ - | Machinery & Equipment - Rolling Meadows |
| 10-112 | 9/23/1994 | BAR STOOLS & COOLER SHELVING | $1,096 | $1,096 | $ - | Machinery & Equipment - Rolling Meadows |
| 10-113 | 9/23/1994 | UPRIGHT FREEZER | $1,589 | $1,589 | $ - | Machinery & Equipment - Rolling Meadows |
| 11-071 | 9/23/1994 | DUNNAGE RACKS & ELECTRIC WATER COOLER | $896 | $896 | $ - | Machinery & Equipment - Rolling Meadows |
| 15-042 | 9/23/1994 | DISPLAY SHELF UNITS & WALL SHELVES | $1,255 | $1,255 | $ - | Machinery & Equipment - Rolling Meadows |
| 16-025 | 9/23/1994 | ALARM SYSTEM | $1,594 | $1,594 | $ - | Machinery & Equipment - Rolling Meadows |
| 16-028 | 9/23/1994 | OUTDOOR TABLES (5) | $1,700 | $1,700 | $ - | Machinery & Equipment - Rolling Meadows |
| 18-071 | 9/23/1994 | CHAIRS | $2,096 | $2,096 | $ - | Machinery & Equipment - Rolling Meadows |
| 18-145 | 9/23/1994 | SIGNS | $18,744 | $18,744 | $ - | Machinery & Equipment - Rolling Meadows |
| 19-037 | 9/23/1994 | DRIVE THRU SYSTEM | $3,500 | $3,500 | $ - | Machinery & Equipment - Rolling Meadows |
| 20-272 | 9/23/1994 | TABLES | $1,369 | $1,369 | $ - | Machinery & Equipment - Rolling Meadows |
| 20-328 | 9/23/1994 | CABINETS | $4,889 | $4,889 | $ - | Machinery & Equipment - Rolling Meadows |
| 21-122 | 9/23/1994 | WORK TABLE & CUP DISPENSER | $369 | $369 | $ - | Machinery & Equipment - Rolling Meadows |

Rider to Schedule A/B Part 8, Question 50) 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 21-135 | 11/14/2003 | NEW STORE EQUIPMENT | $339,000 | $339,000 | $ - | Machinery & Equipment - Schaumburg |
| 23-024 | 11/21/2003 | BOLT DOWN SAFE AND CYLINDERS | $1,357 | $1,357 | $ - | Machinery & Equipment - Schaumburg |
| 23-158 | 11/13/2003 | ECLIPSE P111 MSA APPENDUM | $24,353 | $24,353 | $ - | Machinery & Equipment - Schaumburg |
| 95-584 | 11/18/2003 | WALL SHELF ASSEMBLY-DISHWASHER,TABLE | $79,710 | $79,710 | $ - | Machinery & Equipment - Schaumburg |
| 96-618 | 10/16/2003 | RED PENDULANT | $1,830 | $1,830 | $ - | Machinery & Equipment - Schaumburg |
| 97-163 | 10/20/2003 | SIGN PACKAGE | $9,300 | $9,300 | $ - | Machinery & Equipment - Schaumburg |
| 98-125 | 11/14/2003 | JSB ORDERS AND CHANGE ORDERS | $46,276 | $46,276 | $ - | Machinery & Equipment - Schaumburg |
| 99-147 | 1/1/2004 | CUSTOME BEADED LIGHTING | $821 | $821 | $ - | Machinery & Equipment - Schaumburg |
| 08-053-09 | 1/1/2004 | PENDENT LIGHTING | $563 | $563 | $ - | Machinery & Equipment - Schaumburg |
| 95-584B | 3/26/2004 | TWIN TWIST SOFT SERVE | $2,467 | $2,467 | $ - | Machinery & Equipment - Schaumburg |
| 95-584D | 3/23/2004 | FURNISH AND INSTALL 5 SHEERWEAVE WINDOW SHADES | $2,055 | $2,055 | $ - | Machinery & Equipment - Schaumburg |
| 95-584G | 7/21/2004 | 3 RED BACKLIT FACES | $972 | $972 | $ - | Machinery & Equipment - Schaumburg |
| 95-584H | 6/30/2004 | POWER LINE CONDITIONER | $2,060 | $2,060 | $ - | Machinery & Equipment - Schaumburg |
| 95-584J | 2/26/2004 | TWIN TWIST SOFT SERVE FREEZER | $24,400 | $24,400 | $ - | Machinery & Equipment - Schaumburg |
| 02-205 | 2/13/2004 | E MACHINE | $468 | $468 | $ - | Machinery & Equipment - Schaumburg |
| 02-206 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Schaumburg |
| 02-207 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Schaumburg |
| 02-209 | 6/27/2006 | Display Trays | $624 | $624 | $ - | Machinery & Equipment - Schaumburg |
| 02-210 | 7/1/2006 | Sneezeguard, Laminated Glass | $1,447 | $1,447 | $ - | Machinery & Equipment - Schaumburg |
| 03-229 | 6/30/2006 | Bakery Signs | $747 | $747 | $ - | Machinery & Equipment - Schaumburg |
| 04-127 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Schaumburg |
| 04-194 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Schaumburg |
| 04-212 | 9/11/2013 | Compressor for Soft Serve Machine | $2,006 | $2,006 | $ - | Machinery & Equipment - Schaumburg |
| 04-259 | 5/10/2018 | Round Portable Exterior Tables and Umbrellas (2) | $2,679 | $2,679 | $ - | Machinery & Equipment - Schaumburg |
| 05-062 | 1/10/2018 | Ice Cream Dipping Cabinet-8 Facing Serial #1722804 | $2,975 | $2,975 | $ - | Machinery & Equipment - Schaumburg |
| 05-228 | 11/21/2018 | Awnings - Recover | $3,900 | $3,900 | $ - | Machinery & Equipment - Schaumburg |
| 05-264 | 1/25/2019 | Ice Cream Dipping Cabinet 8 Facing - Serial #19015 | $3,192 | $3,150 | $42 | Machinery & Equipment - Schaumburg |
| 07-014 | 4/22/2019 | Chairs | $3,447 | $3,237 | $210 | Machinery & Equipment - Schaumburg |
| 07-033 | 7/9/2019 | 4 & 2 Door LED Retro Fit | $1,596 | $1,431 | $165 | Machinery & Equipment - Schaumburg |
| 10-066 | 6/16/2020 | Walk-In Freezer Condensing Unit | $6,000 | $4,252 | $1,748 | Machinery & Equipment - Schaumburg |
| 10-087 | 7/7/2020 | Bar Blender Quiet One (4) | $1,526 | $1,064 | $462 | Machinery & Equipment - Schaumburg |
| 11-070 | 8/18/2020 | Counter Cafe Doors | $2,885 | $1,945 | $940 | Machinery & Equipment - Schaumburg |
| 12-096 | 7/11/2022 | Toast POS System | $9,015 | $2,663 | $6,353 | Machinery & Equipment - Schaumburg |
| 13-080 | 3/24/2023 | Steamer Frother | $1,906 | $296 | $1,611 | Machinery & Equipment - Schaumburg |
| 13-081 | 8/19/2004 | 2 WAFFLE CONE BAKERS | $1,186 | $1,186 | $ - | Machinery & Equipment - Schererville |
| 13-189 | 8/19/2004 | FREEZER EQUIPMENT FOR SCHERERVILLE | $98,673 | $98,673 | $ - | Machinery & Equipment - Schererville |
| 16-008 | 8/19/2004 | 3 SMOOTHER BLENDER PACKAGES | $2,193 | $2,193 | $ - | Machinery & Equipment - Schererville |
| 16-009 | 8/19/2004 | 16751.50+16751.98 SIGNAGE FOR SCHERERVILLE | $33,503 | $33,503 | $ - | Machinery & Equipment - Schererville |
| 20-282 | 8/24/2004 | 5637.82+148808 INSTALLATION OF MUZAK EQUIPMENT | $7,126 | $7,126 | $ - | Machinery & Equipment - Schererville |
| 21-124 | 8/31/2004 | WALL GRAPHICS | $1,993 | $1,993 | $ - | Machinery & Equipment - Schererville |
| 21-241 | 8/19/2004 | INSTALLATION OF HARDWARE/SAFE | $1,260 | $1,260 | $ - | Machinery & Equipment - Schererville |
| 22-083 | 8/19/2004 | COMMERCIAL AWNINGS | $6,810 | $6,810 | $ - | Machinery & Equipment - Schererville |
| 22-213 | 8/19/2004 | TWIN TWIST SOFT SERVE FREEZER | $26,867 | $26,867 | $ - | Machinery & Equipment - Schererville |
| 08-054-09 | 8/19/2004 | 2 INVOICES/INSTALLATION OF ALARM SYSTEM-287500+350 | $3,225 | $3,225 | $ - | Machinery & Equipment - Schererville |
| 04-179 | 8/19/2004 | PYLON SIGN | $4,000 | $4,000 | $ - | Machinery & Equipment - Schererville |
| 06-092 | 9/19/2004 | PROGRAMMING/TRAINING/ECLIPSE | $25,442 | $25,442 | $ - | Machinery & Equipment - Schererville |
| 07-070 | 9/7/2004 | HELP DESK - SCHEREVILLE | $613 | $613 | $ - | Machinery & Equipment - Schererville |
| 07-128 | 3/28/2005 | Electrical Wiring for Sign | $1,478 | $1,478 | $ - | Machinery & Equipment - Schererville |
| 08-107 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Schererville |
| 09-029 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Schererville |
| 09-087 | 7/5/2006 | Headset | $530 | $530 | $ - | Machinery & Equipment - Schererville |
| 12-207 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Schererville |
| 10-004 | 6/16/2010 | Blender Vita-mix | $902 | $902 | $ - | Machinery & Equipment - Schererville |
| 10-005 | 6/16/2010 | Blender Vita-mix | $902 | $902 | $ - | Machinery & Equipment - Schererville |
| 10-007 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Schererville |
| 10-008 | 1/31/2012 | Ice Cream Cabinet (8) Ser#1135503 | $2,516 | $2,516 | $ - | Machinery & Equipment - Schererville |
| 10-012 | 6/10/2013 | Vita-Mix Blender, model #36037 | $1,744 | $1,744 | $ - | Machinery & Equipment - Schererville |
| 10-013 | 1/15/2018 | Drive-thru Communication Equipment | $5,203 | $5,203 | $ - | Machinery & Equipment - Schererville |
| 10-014 | 9/5/2018 | Awnings - Recover | $6,278 | $6,278 | $ - | Machinery & Equipment - Schererville |
| 10-015 | 9/13/2018 | Ice Cream Dipping Cabinets - 4 Facing (2) | $4,629 | $4,629 | $ - | Machinery & Equipment - Schererville |
| 10-016 | 8/19/2019 | Ice Cream Dipping Cabinet 8 Facing - Serial #19221 | $3,286 | $2,872 | $414 | Machinery & Equipment - Schererville |
| 10-019 | 6/30/2020 | Hot Water Heater | $2,850 | $1,998 | $852 | Machinery & Equipment - Schererville |
| 10-022 | 10/29/2021 | Ladderback Metal Chairs (30) | $3,045 | $1,325 | $1,720 | Machinery & Equipment - Schererville |
| 10-025 | 12/15/2021 | LED Sign Retrofit | $2,948 | $1,207 | $1,741 | Machinery & Equipment - Schererville |
| 10-059 | 6/26/2023 | Toast POS System | $8,477 | $878 | $7,599 | Machinery & Equipment - Schererville |
| 11-106 | 10/22/2012 | Firewall - Watchguard XTM 2 Series | $550 | $550 | $ - | Machinery & Equipment - Skokie |
| 19-038 | 10/22/2012 | Restaurant Equipment | $252,967 | $252,967 | $ - | Machinery & Equipment - Skokie |
| 19-087 | 10/22/2012 | Sign - LED illuminated, channel letters | $25,372 | $25,372 | $ - | Machinery & Equipment - Skokie |
| 20-159 | 10/22/2012 | Table tops - TBJ rustic | $3,142 | $3,142 | $ - | Machinery & Equipment - Skokie |
| 20-314 | 10/22/2012 | Benches | $1,559 | $1,559 | $ - | Machinery & Equipment - Skokie |
| 20-315 | 10/22/2012 | TV Monitors - LG 42CS560, Peerless SF640 | $533 | $533 | $ - | Machinery & Equipment - Skokie |
| 21-115 | 10/22/2012 | 2 - TV Monitors - LG 42CS560, Peerless SF640 | $1,066 | $1,066 | $ - | Machinery & Equipment - Skokie |
| 21-173 | 10/22/2012 | Security camera - DVR | $1,000 | $1,000 | $ - | Machinery & Equipment - Skokie |
| 22-102 | 10/22/2012 | Phone - Motorola handset L500 | $25 | $25 | $ - | Machinery & Equipment - Skokie |
| 22-197 | 10/22/2012 | Monitor - HPLA2205wg 22" LCD | $180 | $180 | $ - | Machinery & Equipment - Skokie |
| 23-012 | 10/22/2012 | Printer - Brother DCP7065DN Laser | $120 | $120 | $ - | Machinery & Equipment - Skokie |
| 23-058 | 10/22/2012 | APC Smart-UPS SMT1000 120V | $400 | $400 | $ - | Machinery & Equipment - Skokie |
| 23-065 | 10/22/2012 | Hard drive - Western Digital 2 TB Green | $120 | $120 | $ - | Machinery & Equipment - Skokie |
| 03-12 | 10/22/2012 | Sign - wall lettering | $1,600 | $1,600 | $ - | Machinery & Equipment - Skokie |
| 03-13 | 10/22/2012 | Awnings - 3 | $7,306 | $7,306 | $ - | Machinery & Equipment - Skokie |
| 00-083 | 10/22/2012 | Retail supplies - Menus, displays | $3,156 | $3,156 | $ - | Machinery & Equipment - Skokie |
| 00-084 | 10/22/2012 | JukeBox Virtual (700259-002) | $6,248 | $6,248 | $ - | Machinery & Equipment - Skokie |
| 00-085 | 10/22/2012 | Exterior/Interior signage - illuminated | $30,735 | $30,735 | $ - | Machinery & Equipment - Skokie |
| 00-086 | 10/22/2012 | Display system - appliance, software | $2,781 | $2,781 | $ - | Machinery & Equipment - Skokie |
| 00-087 | 10/22/2012 | Sound system | $2,534 | $2,534 | $ - | Machinery & Equipment - Skokie |
| 00-088 | 10/22/2012 | Drive thru equipment | $5,305 | $5,305 | $ - | Machinery & Equipment - Skokie |
| 00-089 | 10/22/2012 | Microphones and Amp | $834 | $834 | $ - | Machinery & Equipment - Skokie |
| 02-058 | 10/22/2012 | Headset ser# 1HUC087789, 1HUC089793 | $1,923 | $1,923 | $ - | Machinery & Equipment - Skokie |
| 03-166 | 10/22/2012 | VeriFone terminals (3) | $1,803 | $1,803 | $ - | Machinery & Equipment - Skokie |
| 04-002 | 10/22/2012 | Electrofreeze - Single SS machine | $9,610 | $9,610 | $ - | Machinery & Equipment - Skokie |
| 04-030 | 10/22/2012 | Electrofreeze -Twist SS machine | $14,688 | $14,688 | $ - | Machinery & Equipment - Skokie |
| 04-074 | 11/22/2012 | Sony Security cameras (8) | $419 | $419 | $ - | Machinery & Equipment - Skokie |
| 04-105 | 11/22/2012 | Sony Security cameras (8), coaxial compression con | $500 | $500 | $ - | Machinery & Equipment - Skokie |

| 04-124 | 11/30/2012 | Restaurant equipment, Expresso/Cap Mach - ADE | $38,022 | $38,022 | $ - | Machinery & Equipment - Skokie |
|---|---|---|---|---|---|---|
| 04-298 | 3/29/2013 | Toaster Roundup Model VCT-2000 | $2,563 | $2,563 | $ - | Machinery & Equipment - Skokie |
| 04-341 | 3/29/2013 | Steamer Roundup Model DFW-150 | $1,315 | $1,315 | $ - | Machinery & Equipment - Skokie |
| 05-021 | 3/22/2013 | Benches | $1,210 | $1,210 | $ - | Machinery & Equipment - Skokie |
| 05-054 | 3/7/2013 | 4 French Gray Planters | $2,774 | $2,774 | $ - | Machinery & Equipment - Skokie |
| 05-079 | 6/28/2013 | Music System - TouchTunes | $5,948 | $5,948 | $ - | Machinery & Equipment - Skokie |
| 05-104 | 2/7/2013 | Exterior Tables and Garbage Receptacles | $6,086 | $6,086 | $ - | Machinery & Equipment - Skokie |
| 05-174 | 8/26/2013 | Headset for Drive-Thru | $819 | $819 | $ - | Machinery & Equipment - Skokie |
| 05-194 | 3/14/2016 | Magikitchen Model MKE-48-E Countertop Griddle | $8,237 | $8,237 | $ - | Machinery & Equipment - Skokie |
| 09-146 | 10/4/2018 | Quest Hi-E Dry 195 Dehumidifier | $3,788 | $3,788 | $ - | Machinery & Equipment - Skokie |
| 10-010 | 5/24/2019 | Beverage Dispenser Bubbler | $2,291 | $2,111 | $179 | Machinery & Equipment - Skokie |
| 10-073 | 3/17/2020 | Bradfor Hot Water Heater | $5,350 | $4,058 | $1,292 | Machinery & Equipment - Skokie |
| 12-105 | 6/24/2021 | Heated warming cabinet | $2,053 | $1,036 | $1,017 | Machinery & Equipment - Skokie |
| 12-149 | 9/13/2021 | Toast POS System | $14,076 | $6,479 | $7,597 | Machinery & Equipment - Skokie |
| 12-150 | 10/18/2021 | FRP Wall Covering | $3,384 | $1,493 | $1,891 | Machinery & Equipment - Skokie |
| 18-191 | 5/4/2023 | (2) Dispenser Cans | $1,953 | $259 | $1,694 | Machinery & Equipment - Skokie |
| 98-104 | 7/13/2023 | Beverage Dispenser | $2,780 | $262 | $2,518 | Machinery & Equipment - Skokie |
| 98-108 | 10/22/2001 | VENDING MACHINE-12 OZ BOTTLES (EVANSTON HS) | $4,573 | $4,573 | $ - | Machinery & Equipment - Special Events |
| 98-144 | 1/1/2000 | DOOR/GARAGE DOOR OPENER | $4,191 | $4,191 | $ - | Machinery & Equipment - St. Louis TC |
| 98-215 | 2/17/2000 | FREEZER SHIPPER PALLETS | $3,072 | $3,072 | $ - | Machinery & Equipment - St. Louis TC |
| 03-09 | 2/17/2000 | 15 LOCKERS | $1,445 | $1,445 | $ - | Machinery & Equipment - St. Louis TC |
| 97-39 | 4/11/2003 | INSTALL ADDITIONAL DISCONNECTS AND TWIST LOCK | $1,057 | $1,057 | $ - | Machinery & Equipment - St. Louis TC |
| 97-40 | 6/26/2003 | DRAINS IN WAREHOUSE SPACE | $3,266 | $3,266 | $ - | Machinery & Equipment - St. Louis TC |
| 97-64 | 6/23/2003 | CONDENSOR/COIL | $2,440 | $2,440 | $ - | Machinery & Equipment - St. Louis TC |
| 97-66 | 6/27/2003 | 74 INCH WIRE SHELF | $2,706 | $2,706 | $ - | Machinery & Equipment - St. Louis TC |
| 97-67 | 6/30/2003 | WALK IN FREEZER / COOLER/DOORS | $94,621 | $94,621 | $ - | Machinery & Equipment - St. Louis TC |
| 97-70 | 7/16/2003 | INSTALL POWER,LIGHTING,DISCONNECTS FOR NEW COOLER | $4,929 | $4,929 | $ - | Machinery & Equipment - St. Louis TC |
| 97-71 | 8/31/2003 | PRINTER | $1,060 | $1,060 | $ - | Machinery & Equipment - St. Louis TC |
| 97-88 | 10/2/2003 | PLASTIC PALLET | $8,073 | $8,073 | $ - | Machinery & Equipment - St. Louis TC |
| 98-18 | 10/28/2003 | ELECTRIC PALLET TRUCK | $4,504 | $4,504 | $ - | Machinery & Equipment - St. Louis TC |
| 98-60 | 3/12/2004 | INSTALLATION OF 5 TON ROOF UNIT- | $12,770 | $12,770 | $ - | Machinery & Equipment - St. Louis TC |
| 00-037 | 2/26/2004 | ELECTRIC 4/2000 PRESSURE WASHER | $7,907 | $7,907 | $ - | Machinery & Equipment - St. Louis TC |
| 00-123 | 3/17/2004 | DISCONNECT FURNACE,RUN CONDUIT,PULL WIRES | $1,898 | $1,898 | $ - | Machinery & Equipment - St. Louis TC |
| 00-124 | 1/1/2004 | DRAINS IN WAREHOUSE SPACE AT ST. LOUIS TC | $1,410 | $1,410 | $ - | Machinery & Equipment - St. Louis TC |
| 00-125 | 4/1/2005 | Removal of Ramp and Cantilevers, Dockleveler, Bump | $8,330 | $8,330 | $ - | Machinery & Equipment - St. Louis TC |
| 00-126 | 3/31/2005 | Wire Decks, Beams, Uprights | $3,448 | $3,448 | $ - | Machinery & Equipment - St. Louis TC |
| 00-127 | 4/28/2005 | Pallet Rack Frame Guard | $437 | $437 | $ - | Machinery & Equipment - St. Louis TC |
| 00-128 | 6/27/2005 | Exhaust Faln, Electrical, Wiring, Roof Curbs | $6,570 | $6,570 | $ - | Machinery & Equipment - St. Louis TC |
| 00-129 | 6/20/2005 | 2 Laser Printers | $954 | $954 | $ - | Machinery & Equipment - St. Louis TC |
| 00-130 | 7/1/2005 | Pallet Jack | $1,326 | $1,326 | $ - | Machinery & Equipment - St. Louis TC |
| 00-131 | 12/10/2006 | Walkin Freezer Equipment | $8,976 | $8,976 | $ - | Machinery & Equipment - St. Louis TC |
| 00-132 | 12/13/2006 | Fuel Pump | $570 | $570 | $ - | Machinery & Equipment - St. Louis TC |
| 00-204 | 11/6/2009 | OKI Microline 321 Turbo/ N Impact Pri | $776 | $776 | $ - | Machinery & Equipment - St. Louis TC |
| 01-072 | 1/1/2009 | Arbor Press | $2,500 | $2,500 | $ - | Machinery & Equipment - St. Louis TC |
| 02-087 | 12/9/2010 | Raymond Walkie Model 102XM - AHeubel Material Hand | $822 | $822 | $ - | Machinery & Equipment - St. Louis TC |
| 02-176 | 3/23/2012 | Handheld MC9596 KCAEAD00100, Ser# 00019 | $1,756 | $1,756 | $ - | Machinery & Equipment - St. Louis TC |
| 03-176 | 3/23/2012 | Handheld MC9596 KCAEAD00100, Ser# 00745 | $1,756 | $1,756 | $ - | Machinery & Equipment - St. Louis TC |
| 03-307 | 3/23/2012 | Handheld MC9596 KCAEAD00100, Ser# 00024 | $1,838 | $1,838 | $ - | Machinery & Equipment - St. Louis TC |
| 03-308 | 6/18/2015 | St. Louis Ramp | $5,807 | $3,306 | $2,501 | Machinery & Equipment - St. Louis TC |
| 03-320 | 9/1/2017 | New STL Cooler/Freezer | $92,954 | $92,954 | $ - | Machinery & Equipment - St. Louis TC |
| 03-346 | 9/25/2017 | New Electrical Work to Hook Up New Freezer | $9,440 | $9,440 | $ - | Machinery & Equipment - St. Louis TC |
| 05-156 | 1/8/2018 | New STL Cooler/Freezer - Final Invoice (Asset 17-0 | $5,105 | $5,105 | $ - | Machinery & Equipment - St. Louis TC |
| 05-157 | 6/8/2018 | Walk-in Freezer Refrigeration Condensing Unit | $14,322 | $14,322 | $ - | Machinery & Equipment - St. Louis TC |
| 05-167 | 6/22/1998 | ICE MACHINE | $2,000 | $2,000 | $ - | Machinery & Equipment - St. Louis TC |
| 05-168 | 6/22/1998 | FREEZER | $3,000 | $3,000 | $ - | Machinery & Equipment - St. Louis TC |
| 05-169 | 5/24/1999 | DIAMOND TREAD SHEETING ON FREEZER FLOOR | $1,700 | $1,700 | $ - | Machinery & Equipment - St. Louis TC |
| 05-198 | 5/24/1999 | CAPEX-EQUIPMENT-REPLACE FREEZER REFRIGERATION | $6,100 | $6,100 | $ - | Machinery & Equipment - St. Louis TC |
| 10-048 | 12/16/1999 | 24 GAL CLOSE CABINET | $619 | $619 | $ - | Machinery & Equipment - St. Louis TC |
| 10-128 | 11/24/2003 | FREEZER EQUIPMENT | $113,432 | $113,432 | $ - | Machinery & Equipment - St. Peters |
| 10-156 | 11/24/2003 | RED GLASS/CUSTOM COW PENDANT | $3,465 | $3,465 | $ - | Machinery & Equipment - St. Peters |
| 12-112 | 11/24/2003 | WAFFLE CONE BAKER | $1,185 | $1,185 | $ - | Machinery & Equipment - St. Peters |
| 12-113 | 11/24/2003 | NEW COMMERCIAL AWNINGS | $8,737 | $8,737 | $ - | Machinery & Equipment - St. Peters |
| 12-114 | 11/24/2003 | CHANNEL LETTERS | $6,282 | $6,282 | $ - | Machinery & Equipment - St. Peters |
| 12-115 | 11/24/2003 | SOFT SERVE MACHINE | $26,951 | $26,951 | $ - | Machinery & Equipment - St. Peters |
| 12-116 | 11/26/2003 | INSTALL MUZAK | $1,941 | $1,941 | $ - | Machinery & Equipment - St. Peters |
| 12-148 | 11/24/2003 | SAFE AND KEYS | $1,269 | $1,269 | $ - | Machinery & Equipment - St. Peters |
| 12-199 | 11/24/2003 | SIGN PACKAGE | $6,400 | $6,400 | $ - | Machinery & Equipment - St. Peters |
| 18-197 | 2/17/2004 | 860.13-27 FRONT COUNTER SHELVES | $833 | $833 | $ - | Machinery & Equipment - St. Peters |
| 20-321 | 1/7/2004 | CUSTOM MENU BOARDS | $2,626 | $2,626 | $ - | Machinery & Equipment - St. Peters |
| 21-061 | 6/24/2004 | LINE CONDITIONER FOR WORK STATION | $1,768 | $1,768 | $ - | Machinery & Equipment - St. Peters |
| 21-063 | 5/1/2004 | ECLIPSE III,PROGRAM,TRAINING | $1,432 | $1,432 | $ - | Machinery & Equipment - St. Peters |
| 21-121 | 1/1/2004 | HELP DESK/SOFTWARE RECOVERY | $1,284 | $1,284 | $ - | Machinery & Equipment - St. Peters |
| 92-525 | 1/1/2004 | 3 CUSTOM COW LIGHTING | $821 | $821 | $ - | Machinery & Equipment - St. Peters |
| 96-587 | 1/1/2005 | ADJ to St. Peters Equipment Value | $6,357 | $6,357 | $ - | Machinery & Equipment - St. Peters |
| 96-588 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - St. Peters |
| 96-589 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - St. Peters |
| 96-590 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - St. Peters |
| 96-591 | 10/1/2007 | Software, Programming, Training | $2,559 | $2,559 | $ - | Machinery & Equipment - St. Peters |
| 96-592 | 9/7/2008 | Ethernet Printers for Treat Delivery | $560 | $560 | $ - | Machinery & Equipment - St. Peters |
| 96-593 | 4/10/2009 | Ice Cream Dipping Cabinet | $2,598 | $2,598 | $ - | Machinery & Equipment - St. Peters |
| 96-594 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - St. Peters |
| 96-595 | 4/11/2012 | HP rp5700 POS Register | $721 | $721 | $ - | Machinery & Equipment - St. Peters |
| 96-596 | 10/24/2013 | Reach-In Freezer, True Food Service Model TUC-48-L | $2,278 | $2,278 | $ - | Machinery & Equipment - St. Peters |
| 96-597 | 1/1/2014 | Bar Blenders Quiet One (3) | $3,956 | $2,724 | $1,232 | Machinery & Equipment - St. Peters |
| 96-598 | 10/12/2021 | Rooftop Compressor Unit for Reach-in Freezer | $2,595 | $1,153 | $1,442 | Machinery & Equipment - St. Peters |
| 96-599 | 2/22/2022 | (31) Ladderback Metal Chairs | $2,850 | $1,059 | $1,791 | Machinery & Equipment - St. Peters |
| 96-600 | 5/24/2022 | Awnings Recover | $7,545 | $2,427 | $5,118 | Machinery & Equipment - St. Peters |
| 96-602 | 10/25/2022 | Toast POS System | $4,316 | $1,024 | $3,292 | Machinery & Equipment - St. Peters |
| 96-603 | 6/23/2023 | COM11213 Compressor | $3,082 | $324 | $2,758 | Machinery & Equipment - St. Peters |
| 96-604 | 8/19/2008 | 2 Soft Serve Machines | $22,141 | $22,141 | $ - | Machinery & Equipment - Troy |
| 96-673 | 8/19/2008 | Safe, Door exit alarm, door peep sight | $930 | $930 | $ - | Machinery & Equipment - Troy |
| 96-685 | 8/19/2008 | Restaurant Equipment | $155,726 | $155,726 | $ - | Machinery & Equipment - Troy |
| 96-705 | 8/19/2008 | Signs | $28,378 | $28,378 | $ - | Machinery & Equipment - Troy |

| | | | | | | |
|---|---|---|---|---|---|---|
| 96-728 | 8/19/2008 | Awnings | $11,824 | $11,824 | $ - | Machinery & Equipment - Troy |
| 96-729 | 9/10/2008 | Round table (2), Umbrella stands (3) | $1,679 | $1,679 | $ - | Machinery & Equipment - Troy |
| 97-124 | 9/22/2008 | Exhaust hood, fountain rail, jars, covers, adaptor | $1,912 | $1,912 | $ - | Machinery & Equipment - Troy |
| 97-210 | 12/1/2008 | Coffee Machine Evolution 2 Step | $9,550 | $9,550 | $ - | Machinery & Equipment - Troy |
| 97-212 | 5/1/2010 | 3 Umbrellas | $531 | $531 | $ - | Machinery & Equipment - Troy |
| 97-213 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Troy |
| 98-299 | 4/13/2018 | Ice Cream Dipping Cabinet 4 Facing - Ser #1805102 | $2,462 | $2,462 | $ - | Machinery & Equipment - Troy |
| 99-028 | 5/9/2018 | Bar Blender | $1,269 | $1,269 | $ - | Machinery & Equipment - Troy |
| 99-150 | 7/9/2020 | Ice Cream Dipping Cabinet 4 Facing - Ser #2018105 | $2,588 | $1,802 | $786 | Machinery & Equipment - Troy |
| 99-176 | 11/9/2020 | Bradford Hot Water Heater | $3,500 | $2,201 | $1,299 | Machinery & Equipment - Troy |
| 99-202 | 5/25/2021 | Bar Blender Quiet One | $1,333 | $694 | $638 | Machinery & Equipment - Troy |
| 99-206 | 8/3/2021 | Video Surveillance Equipment | $12,873 | $6,214 | $6,659 | Machinery & Equipment - Troy |
| 98-127 | 6/15/2022 | (24) Ladderback Metal Chairs | $2,694 | $834 | $1,860 | Machinery & Equipment - Troy |
| 98-128 | 6/17/2022 | Dipping Cabinet | $3,793 | $1,170 | $2,623 | Machinery & Equipment - Troy |
| 03-93 | 7/15/2022 | (4) Outdoor 46" Round Tables | $5,554 | $1,628 | $3,926 | Machinery & Equipment - Troy |
| 03-95 | 4/17/2023 | Toast POS System | $4,516 | $641 | $3,875 | Machinery & Equipment - Troy |
| 00-049 | 5/15/2003 | HOSE MACHINE AND DYE | $1,929 | $1,929 | $ - | Machinery & Equipment - Truck Maintenance |
| 02-151 | 5/2/2003 | WELDER MILLERMATIC 251 | $2,653 | $2,653 | $ - | Machinery & Equipment - Truck Maintenance |
| 05-011 | 9/30/1997 | LUBE EQUIPMENT | $4,014 | $4,014 | $ - | Machinery & Equipment - Truck Maintenance |
| 05-014 | 9/19/1997 | TRUCK MAINTENANCE EQUIPMENT | $1,626 | $1,626 | $ - | Machinery & Equipment - Truck Maintenance |
| 05-051 | 9/26/1997 | ROBINAIR RECYCLER 17800A | $6,739 | $6,739 | $ - | Machinery & Equipment - Truck Maintenance |
| 05-066 | 10/18/2000 | GAS TANK/LIQUID PUMP | $630 | $630 | $ - | Machinery & Equipment - Truck Maintenance |
| 05-077 | 3/16/2002 | INSTALL QUIK FENCE WALLS | $8,289 | $8,289 | $ - | Machinery & Equipment - Truck Maintenance |
| 05-173 | 3/27/2002 | PARTS WASHER | $984 | $984 | $ - | Machinery & Equipment - Truck Maintenance |
| 05-205 | 11/30/2002 | VEHICLE LIFT SYSTEM | $4,686 | $4,686 | $ - | Machinery & Equipment - Truck Maintenance |
| 05-207 | 12/6/2004 | TRUCK BASIN | $3,600 | $3,600 | $ - | Machinery & Equipment - Truck Maintenance |
| 05-295 | 3/14/2005 | Pressure Washer | $6,074 | $6,074 | $ - | Machinery & Equipment - Truck Maintenance |
| 05-311 | 6/16/2006 | Floor Service Jack | $2,425 | $2,425 | $ - | Machinery & Equipment - Truck Maintenance |
| 05-315 | 9/12/2007 | Power Steering Analyser, King Pin Press,Coolant | $4,358 | $4,358 | $ - | Machinery & Equipment - Truck Maintenance |
| 07-127 | 10/1/2007 | 6 Lamps - multi, Voltage fixture | $4,440 | $4,440 | $ - | Machinery & Equipment - Truck Maintenance |
| 07-154 | 8/10/2009 | Forklight Telescoping Jib boom Crane Economast | $1,201 | $1,201 | $ - | Machinery & Equipment - Truck Maintenance |
| 08-008 | 8/1/2009 | Hose Reel, Shelf w/bins | $973 | $973 | $ - | Machinery & Equipment - Truck Maintenance |
| 09-001 | 8/10/2009 | All Steel Reel Spring Rewind w/ 1/2" | $1,006 | $1,006 | $ - | Machinery & Equipment - Truck Maintenance |
| 09-009 | 4/4/2012 | Sony security camera- 1/4' indoor/outdoor | $726 | $726 | $ - | Machinery & Equipment - Truck Maintenance |
| 09-024 | 2/26/2016 | Exhaust Blower System | $18,247 | $18,247 | $ - | Machinery & Equipment - Truck Maintenance |
| 09-097 | 8/22/2018 | Chest Refrigerator - Summit Model EQFR121 | $2,596 | $2,596 | $ - | Machinery & Equipment - Truck Maintenance |
| 09-113 | 12/5/2019 | 2014 Toyota Sitdown Counterbalance Forklift | $17,518 | $14,274 | $3,244 | Machinery & Equipment - Truck Maintenance |
| 09-145 | 1/8/2020 | Schwank Model S100-f-175n Heater | $7,718 | $6,145 | $1,573 | Machinery & Equipment - Truck Maintenance |
| 09-151 | 2/20/2020 | Truck Receptacles at Truck Barn | $8,588 | $6,636 | $1,952 | Machinery & Equipment - Truck Maintenance |
| 09-157 | 2/8/2021 | Truck Barn Racking | $9,415 | $3,895 | $5,520 | Machinery & Equipment - Truck Maintenance |
| 10-009 | 5/13/2022 | Pressure Washer | $8,426 | $2,761 | $5,665 | Machinery & Equipment - Truck Maintenance |
| 10-011 | 8/1/2022 | (6) Truck Plug-Ins | $39,577 | $11,233 | $28,344 | Machinery & Equipment - Truck Maintenance |
| 10-170 | 11/10/1997 | WASSTE OIL SYSTEM, 2 DRAIN CARTS & PUMP | $3,228 | $3,228 | $ - | Machinery & Equipment - Truck Maintenance |
| 11-032 | 10/10/1997 | EMERGENCY VENTS, DUST PLUGS & CAPS | $483 | $483 | $ - | Machinery & Equipment - Truck Maintenance |
| 11-034 | 7/23/1998 | FIRE ALARM SYSTEM IN TRUCK BARN | $3,176 | $3,176 | $ - | Machinery & Equipment - Truck Maintenance |
| 11-125 | 8/19/1998 | SURVEILLANCE SYSTEM | $1,703 | $1,703 | $ - | Machinery & Equipment - Truck Maintenance |
| 11-137 | 9/15/1998 | 2500 GALLON DOUBLE WALL STEEL SKID TANK | $14,288 | $14,288 | $ - | Machinery & Equipment - Truck Maintenance |
| 11-138 | 10/22/1998 | PAINT STORAGE CABINET W/FLAME ARRESTOR | $983 | $983 | $ - | Machinery & Equipment - Truck Maintenance |
| 11-140 | 10/8/1999 | CORD ENDS FOR TRUCK RECEPTACLES | $1,812 | $1,812 | $ - | Machinery & Equipment - Truck Maintenance |
| 12-098 | 7/16/1999 | GREASE PUMP | $792 | $792 | $ - | Machinery & Equipment - Truck Maintenance |
| 13-175 | 2/17/1998 | BLACK & WHITE PHOTOS | $910 | $910 | $ - | Machinery & Equipment - Western Springs |
| 14-151 | 4/24/2000 | MIX'N MACHINES | $648 | $648 | $ - | Machinery & Equipment - Western Springs |
| 15-001 | 3/27/2002 | ICE CREAM CABINET, WORK COUNTER ETC | $15,615 | $15,615 | $ - | Machinery & Equipment - Western Springs |
| 15-002 | 2/13/2004 | E-MACHINE | $468 | $468 | $ - | Machinery & Equipment - Western Springs |
| 15-003 | 2/2/2004 | HELP DESK,ECLIPSEIII,TRAINING,SOFTWARE | $17,561 | $17,561 | $ - | Machinery & Equipment - Western Springs |
| 15-004 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Western Springs |
| 15-014 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Western Springs |
| 15-015 | 12/27/2006 | Covenction Oven, Countertop | $1,384 | $1,384 | $ - | Machinery & Equipment - Western Springs |
| 15-016 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Western Springs |
| 15-017 | 5/22/2009 | Waffle Cone Baker SN L12344SSE | $585 | $585 | $ - | Machinery & Equipment - Western Springs |
| 15-018 | 7/17/2009 | Crowd Control Stanchions | $1,080 | $1,080 | $ - | Machinery & Equipment - Western Springs |
| 15-019 | 1/27/2010 | Ice Cream Dipping Cabinet | $5,188 | $5,188 | $ - | Machinery & Equipment - Western Springs |
| 15-020 | 6/16/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Western Springs |
| 15-021 | 6/16/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Western Springs |
| 15-022 | 6/16/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Western Springs |
| 15-023 | 8/10/2010 | Ice Maker | $2,790 | $2,790 | $ - | Machinery & Equipment - Western Springs |
| 15-052 | 8/12/2010 | Compressor | $2,070 | $2,070 | $ - | Machinery & Equipment - Western Springs |
| 15-053 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Western Springs |
| 15-055 | 9/21/2015 | New Refrig Sys for Exist Walk-In Cooler & Freezer | $14,744 | $14,744 | $ - | Machinery & Equipment - Western Springs |
| 15-056 | 4/12/2016 | Soft Serve Machine - Twist - Serial # L2U-4209 | $17,196 | $17,196 | $ - | Machinery & Equipment - Western Springs |
| 15-059 | 5/25/2016 | Soft Serve Machine - Single - Serial # E2V-1763 | $11,217 | $11,217 | $ - | Machinery & Equipment - Western Springs |
| 15-062 | 4/19/2018 | Ice Cream Dipping Cabinet 4 Facing - Ser # 1810812 | $2,489 | $2,489 | $ - | Machinery & Equipment - Western Springs |
| 15-063 | 8/13/2018 | Reach-In Freezer | $4,998 | $4,998 | $ - | Machinery & Equipment - Western Springs |
| 16-002 | 6/28/2019 | Conventional Chest Freezer Serial #1917302 | $2,172 | $1,960 | $212 | Machinery & Equipment - Western Springs |
| 16-022 | 12/9/2020 | Conventional Chest Type Double Row Cabinet | $2,429 | $1,488 | $941 | Machinery & Equipment - Western Springs |
| 16-023 | 7/6/2021 | Ice Cream Machine Compressor | $3,004 | $1,496 | $1,508 | Machinery & Equipment - Western Springs |
| 16-024 | 6/30/2021 | True Mfg. Reach-in Freeze Model #T-72F-HC | $8,205 | $4,114 | $4,091 | Machinery & Equipment - Western Springs |
| 16-026 | 2/20/2023 | Toast POS System | $6,107 | $1,054 | $5,053 | Machinery & Equipment - Western Springs |
| 16-030 | 9/6/2023 | SS Steamer Frother | $2,065 | $132 | $1,933 | Machinery & Equipment - Western Springs |
| 16-059 | 8/13/1995 | ADE-WALK-IN COOLER/FREEZER,REF EQUIP,SHELVING, ETC | $54,658 | $54,658 | $ - | Machinery & Equipment - Western Springs |
| 16-060 | 6/15/1996 | TABLES & CHAIRS | $479 | $479 | $ - | Machinery & Equipment - Western Springs |
| 16-061 | 9/30/1997 | HAND DRYER | $421 | $421 | $ - | Machinery & Equipment - Western Springs |
| 16-062 | 9/10/1999 | SUN SHADES | $275 | $275 | $ - | Machinery & Equipment - Western Springs |
| 16-063 | 8/13/1995 | 2 TAYLOR 754 WATER COOLED FREEZERS | $10,000 | $10,000 | $ - | Machinery & Equipment - Western Springs |
| 16-064 | 8/13/1995 | FORMICA TABLES (5), CHESS TABLES (2)-30 X30 | $1,249 | $1,249 | $ - | Machinery & Equipment - Western Springs |
| 17-037 | 8/13/1995 | FIRE EXTINGUISHERS(3), FIRE ALARM CONNECTION&MONIT | $815 | $815 | $ - | Machinery & Equipment - Western Springs |
| 17-040 | 8/13/1995 | WINDOW REPLACEMENT-1/4'" CLEAR PLATE 54 X 90 & INS | $393 | $393 | $ - | Machinery & Equipment - Western Springs |
| 17-042 | 8/13/1995 | COCA COLA DISPENSER RENT & LEASE & MISCELLANEOUS | $1,226 | $1,226 | $ - | Machinery & Equipment - Western Springs |
| 17-043 | 10/2/2002 | AWNINGS | $7,323 | $7,323 | $ - | Machinery & Equipment - Wheaton |
| 17-045 | 10/2/2002 | STORE EQUIPMENT | $93,665 | $93,665 | $ - | Machinery & Equipment - Wheaton |
| 17-046 | 10/2/2002 | NEW EQUIPMENT | $6,089 | $6,089 | $ - | Machinery & Equipment - Wheaton |
| 17-050 | 10/2/2002 | FREEZERS | $26,243 | $26,243 | $ - | Machinery & Equipment - Wheaton |
| 17-051 | 10/2/2002 | SIGNAGE | $13,788 | $13,788 | $ - | Machinery & Equipment - Wheaton |

Rider to Schedule A/B Part 8, Question 50 >

| | | | | | | |
|---|---|---|---|---|---|---|
| 17-052 | 9/19/2003 | 5 ROUND RED TABLES | $2,483 | $2,483 | $ - | Machinery & Equipment - Wheaton |
| 17-053 | 8/11/2004 | ROOF HATCH | $1,598 | $1,598 | $ - | Machinery & Equipment - Wheaton |
| 17-054 | 3/24/2004 | ECLIPSE PIII/PROGRAMMING | $16,672 | $16,672 | $ - | Machinery & Equipment - Wheaton |
| 17-056 | 5/28/2004 | NEW SYSTEM BOARD | $438 | $438 | $ - | Machinery & Equipment - Wheaton |
| 17-061 | 2/13/2004 | E-MACHINE | $468 | $468 | $ - | Machinery & Equipment - Wheaton |
| 17-091 | 9/1/2005 | Menu Boards | $233 | $233 | $ - | Machinery & Equipment - Wheaton |
| 17-092 | 9/1/2005 | Display | $842 | $842 | $ - | Machinery & Equipment - Wheaton |
| 17-093 | 3/1/2007 | Coffee Machine | $9,025 | $9,025 | $ - | Machinery & Equipment - Wheaton |
| 17-095 | 6/1/2010 | Ice Cream Cabinet | $2,538 | $2,538 | $ - | Machinery & Equipment - Wheaton |
| 17-096 | 6/16/2010 | Blender | $974 | $974 | $ - | Machinery & Equipment - Wheaton |
| 17-097 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment - Wheaton |
| 17-099 | 7/13/2012 | Ice Cream Cabinet Ser#1217306 | $2,737 | $2,737 | $ - | Machinery & Equipment - Wheaton |
| 17-100 | 7/8/2013 | 4 Facing Ice Cream Cabinet Serial # 1316811 | $2,198 | $2,198 | $ - | Machinery & Equipment - Wheaton |
| 17-101 | 7/8/2013 | 4 Facing Ice Cream Cabinet Serial # 1316903 | $2,198 | $2,198 | $ - | Machinery & Equipment - Wheaton |
| 17-102 | 8/21/2013 | Awning - Recover | $7,012 | $7,012 | $ - | Machinery & Equipment - Wheaton |
| 17-103 | 1/1/2016 | Soft Serve Machine - Single - Serial # I2U-3382 | $10,208 | $10,208 | $ - | Machinery & Equipment - Wheaton |
| 17-104 | 1/1/2016 | Soft Serve Machine - Twist - Serial # I2U-3335 | $15,636 | $15,636 | $ - | Machinery & Equipment - Wheaton |
| 17-106 | 10/1/2020 | Patio Benches | $2,524 | $1,641 | $883 | Machinery & Equipment - Wheaton |
| 19-016 | 7/21/2021 | Ladderback Metal Chairs (36) | $3,560 | $1,744 | $1,816 | Machinery & Equipment - Wheaton |
| 20-292 | 12/15/2021 | LED Sign Retrofit | $2,960 | $1,212 | $1,748 | Machinery & Equipment - Wheaton |
| 21-004 | 3/17/2022 | Copeland Ice Cream Compressor | $2,989 | $1,073 | $1,916 | Machinery & Equipment - Wheaton |
| 21-005 | 11/16/2022 | Toast POS System | $5,386 | $1,213 | $4,173 | Machinery & Equipment - Wheaton |
| 21-006 | 8/18/2004 | COOLER FOR JEWEL STORE IN DOWNERS GROVE | $958 | $958 | $ - | Machinery & Equipment - Wholesale |
| 21-034 | 9/7/2006 | Printronix P5005 | $2,098 | $2,098 | $ - | Machinery & Equipment - Wholesale |
| 21-035 | 6/7/2007 | Refrigerated Merchandiser | $2,744 | $2,744 | $ - | Machinery & Equipment - Wholesale |
| 21-036 | 10/31/2007 | Gelato/Ice Cream Dipperwell | $3,705 | $3,705 | $ - | Machinery & Equipment - Wholesale |
| 21-037 | 9/1/2008 | Storage container for shipping ice cream to wholes | $14,470 | $14,470 | $ - | Machinery & Equipment - Wholesale |
| 21-046 | 7/21/2009 | Chest Freezer | $1,220 | $1,220 | $ - | Machinery & Equipment - Wholesale |
| 21-047 | 9/12/2012 | Dairy Carts (3) WHL | $3,737 | $3,737 | $ - | Machinery & Equipment - Wholesale |
| 21-048 | 3/1/2010 | Music system | $1,881 | $1,881 | $ - | Machinery & Equipment Royal Oak Woodward |
| 21-098 | 3/1/2010 | Restaurant Equipment | $98,883 | $98,883 | $ - | Machinery & Equipment Royal Oak Woodward |
| 21-099 | 3/1/2010 | HP Monitor | $201 | $201 | $ - | Machinery & Equipment Royal Oak Woodward |
| 21-101 | 3/1/2010 | Waffle Cone Baker | $1,334 | $1,334 | $ - | Machinery & Equipment Royal Oak Woodward |
| 21-136 | 3/1/2010 | Soft serve machine | $9,845 | $9,845 | $ - | Machinery & Equipment Royal Oak Woodward |
| 21-137 | 3/1/2010 | Soft Serve Machine | $13,954 | $13,954 | $ - | Machinery & Equipment Royal Oak Woodward |
| 21-138 | 3/1/2010 | Funiture End, cocktail & dining table, side chair | $2,403 | $2,000 | $403 | Machinery & Equipment Royal Oak Woodward |
| 21-139 | 3/1/2010 | Espresso Machine | $10,637 | $8,853 | $1,783 | Machinery & Equipment Royal Oak Woodward |
| 21-140 | 3/1/2010 | Signs for Royal Oak Woodward | $30,431 | $30,431 | $ - | Machinery & Equipment Royal Oak Woodward |
| 21-141 | 3/1/2010 | Resturant Equpment | $49,500 | $49,500 | $ - | Machinery & Equipment Royal Oak Woodward |
| 21-149 | 6/7/2010 | Stool Columns | $900 | $900 | $ - | Machinery & Equipment Royal Oak Woodward |
| 21-203 | 11/1/2011 | Watchguard | $580 | $580 | $ - | Machinery & Equipment Royal Oak Woodward |
| 21-204 | 6/21/2019 | Bar Blender | $1,310 | $1,187 | $123 | Machinery & Equipment Royal Oak Woodward |
| 21-232 | 12/16/2019 | Awnings - Recover | $9,032 | $7,305 | $1,727 | Machinery & Equipment Royal Oak Woodward |
| 22-031 | 8/10/2020 | Bar Blender Quiet One | $1,319 | $895 | $424 | Machinery & Equipment Royal Oak Woodward |
| 22-033 | 11/23/2020 | Ice Cream Dipping Cabinet 4 Facing - Ser #2030207 | $2,507 | $1,558 | $949 | Machinery & Equipment Royal Oak Woodward |
| 22-059 | 11/23/2020 | Ice Cream Dipping Cabinet 4 Facing - Ser #2030208 | $2,507 | $1,558 | $949 | Machinery & Equipment Royal Oak Woodward |
| 22-060 | 6/30/2021 | Electric Booster Heater | $1,987 | $996 | $991 | Machinery & Equipment Royal Oak Woodward |
| 22-061 | 8/3/2021 | Video Surveillance Equipment | $12,873 | $6,214 | $6,659 | Machinery & Equipment Royal Oak Woodward |
| 22-071 | 6/15/2022 | (36) Ladderback Metal Chairs | $3,973 | $1,230 | $2,743 | Machinery & Equipment Royal Oak Woodward |
| 22-109 | 10/11/2022 | Double Flip Chest Freezer Ser # 2228002 | $3,667 | $898 | $2,769 | Machinery & Equipment Royal Oak Woodward |
| 22-121 | 1/27/2023 | American Hot Water 100 Gallon Heater | $7,100 | $1,319 | $5,781 | Machinery & Equipment Royal Oak Woodward |
| 22-122 | 4/20/2023 | Hobart Pump / Motor Assembly | $5,375 | $754 | $4,621 | Machinery & Equipment Royal Oak Woodward |
| 22-123 | 4/17/2023 | Toast POS System | $4,178 | $593 | $3,585 | Machinery & Equipment Royal Oak Woodward |
| 22-124 | 4/3/2003 | 3 ICE CREAM CARTS 3586.90+358690+1575.09 | $8,749 | $8,749 | $ - | Marketing / Promotional Assets |
| 22-132 | 4/4/2003 | CUSTOMER SERVICE VIDEO 2 INVOICES | $17,710 | $17,710 | $ - | Marketing / Promotional Assets |
| 22-133 | 3/3/2000 | 2 TENTS | $1,313 | $1,313 | $ - | Marketing / Promotional Assets |
| 22-134 | 3/10/2000 | BANNER AND FLAGS | $1,555 | $1,555 | $ - | Marketing / Promotional Assets |
| 22-135 | 5/10/2000 | 3 FREEZERS | $1,548 | $1,548 | $ - | Marketing / Promotional Assets |
| 22-181 | 5/25/2000 | FREIGHT FOR MARKETING TRUCK | $1,650 | $1,650 | $ - | Marketing / Promotional Assets |
| 22-214 | 4/14/2000 | MARKETING-SHELVIN | $1,267 | $1,267 | $ - | Marketing / Promotional Assets |
| 23-038 | 6/21/2000 | STEP VAN KIT | $2,088 | $2,088 | $ - | Marketing / Promotional Assets |
| 23-039 | 5/19/2000 | TRAILER/ICE CREAM CART | $2,082 | $2,082 | $ - | Marketing / Promotional Assets |
| 23-040 | 7/8/2003 | PRINTING AND INSTALL OF ROAD SHOW GRAPHICS | $5,467 | $5,467 | $ - | Marketing / Promotional Assets |
| 23-041 | 4/15/2004 | 2 REFRIGERATED ICE CREAM CARTS | $5,737 | $5,737 | $ - | Marketing / Promotional Assets |
| 23-042 | 5/5/2004 | 2 ICE CREAM CARTS | $315 | $315 | $ - | Marketing / Promotional Assets |
| 23-046 | 5/21/2004 | APPLE CINEMA 23 INCH FLAT PANEL | $6,403 | $6,403 | $ - | Marketing / Promotional Assets |
| 23-047 | 4/30/2004 | REMOVAL OF OLD AND INSTALL NEW GRAPHICS ON 4VANS | $20,512 | $20,512 | $ - | Marketing / Promotional Assets |
| 23-048 | 1/18/2005 | Truck Graphics #5 Step Van Kit | $1,571 | $1,571 | $ - | Marketing / Promotional Assets |
| 23-049 | 7/1/2005 | Trailer Graphics | $10,087 | $10,087 | $ - | Marketing / Promotional Assets |
| 23-050 | 4/29/2005 | Step Van | $400 | $400 | $ - | Marketing / Promotional Assets |
| 23-083 | 6/16/2005 | Truck Logos | $2,326 | $2,326 | $ - | Marketing / Promotional Assets |
| 23-084 | 8/17/2005 | Unit # 114 Graphics | $430 | $430 | $ - | Marketing / Promotional Assets |
| 23-085 | 6/29/2005 | Chest Freezers | $2,882 | $2,882 | $ - | Marketing / Promotional Assets |
| 23-086 | 11/24/2009 | Tiger Server and installation for SAS | $52,338 | $52,338 | $ - | Marketing / Promotional Assets |
| 23-087 | 2/14/2010 | Software customization SAS | $11,880 | $11,880 | $ - | Marketing / Promotional Assets |
| 23-088 | 6/11/2010 | Night Owl Scorpion DVR | $769 | $769 | $ - | Marketing / Promotional Assets |
| 23-089 | 10/12/2012 | TBJ Banner - Open Soon (4'x17') | $627 | $627 | $ - | Marketing / Promotional Assets |
| 23-124 | 10/15/2012 | Wave banners w/ poles, ground stake (#N47) | $666 | $666 | $ - | Marketing / Promotional Assets |
| 96-648 | 9/5/2018 | Canon 5D Mark IV EOS Camera and Lenses | $8,745 | $8,745 | $ - | Marketing / Promotional Assets |
| 99-057 | 5/1/1998 | 30 X 40 2-SIDED MOO COOLER POSTERS | $2,175 | $2,175 | $ - | Marketing / Promotional Assets |
| 99-186 | 5/4/1998 | PHOTO PRINTS 10 PCS. AND 10 PCS. | $1,509 | $1,509 | $ - | Marketing / Promotional Assets |
| 99-187 | 9/1/2012 | GE Refrigerator/Freezer (Ser#: RZ749073) | $547 | $547 | $ - | Office Furniture - North Aurora |
| 98-276 | 9/1/2012 | GE Refrigerator/Freezer (Ser#: RZ749068) | $547 | $547 | $ - | Office Furniture - North Aurora |
| 12-205 | 9/1/2012 | GE Electric Range 30" - Black (Serial #RZ211104Q) | $593 | $593 | $ - | Office Furniture - North Aurora |
| 12-206 | 9/1/2012 | GE Dishwasher 24" - Black (Serial #MZ714516B) | $593 | $593 | $ - | Office Furniture - North Aurora |
| 96-864 | 9/28/2020 | Civil Engineering Services | $7,434 | $621 | $6,813 | Buildings - Geneva |
| 96-865 | 9/28/2020 | Architectural Services | $4,125 | $345 | $3,780 | Buildings - Geneva |
| 96-866 | 9/28/2020 | Architectural Services | $13,037 | $1,090 | $11,947 | Buildings - Geneva |
| 96-867 | 9/28/2020 | Geotechnical Engineering Services | $5,725 | $478 | $5,247 | Buildings - Geneva |
| 96-868 | 9/28/2020 | Real Estate Consulting Services | $3,500 | $293 | $3,207 | Buildings - Geneva |
| 96-869 | 9/28/2020 | Permit Fees | $22,962 | $1,919 | $21,043 | Buildings - Geneva |
| 96-870 | 9/28/2020 | Plan Review and Road Improvement Impact Fee | $18,715 | $1,564 | $17,151 | Buildings - Geneva |
| 96-871 | 9/28/2020 | Civil Engineering Services | $31,927 | $2,668 | $29,258 | Buildings - Geneva |

| | | | | | | |
|---|---|---|---|---|---|---|
| 96-872 | 9/28/2020 | Construction Documents | $48,316 | $4,038 | $44,278 | Buildings - Geneva |
| 96-873 | 9/28/2020 | Permit Services | $9,192 | $768 | $8,423 | Buildings - Geneva |
| 96-874 | 9/28/2020 | Interior Design | $21,322 | $1,782 | $19,540 | Buildings - Geneva |
| 96-875 | 9/28/2020 | Construction Documents | $11,046 | $923 | $10,122 | Buildings - Geneva |
| 96-876 | 9/28/2020 | Construction Draw #1 | $114,954 | $9,608 | $105,347 | Buildings - Geneva |
| 96-878 | 9/28/2020 | Construcion Draw #2 | $161,167 | $13,470 | $147,697 | Buildings - Geneva |
| 96-879 | 9/28/2020 | Construction Draw #3 | $168,803 | $14,108 | $154,695 | Buildings - Geneva |
| 96-880 | 9/28/2020 | Construction Draw #4 | $283,530 | $23,697 | $259,833 | Buildings - Geneva |
| 96-881 | 9/28/2020 | Construction Draw #5 | $138,729 | $11,595 | $127,135 | Buildings - Geneva |
| 96-882 | 9/28/2020 | Construction Draw #6 | $180,478 | $15,084 | $165,394 | Buildings - Geneva |
| 96-883 | 9/28/2020 | Construction Draw #7 | $265,475 | $22,374 | $243,101 | Buildings - Geneva |
| 96-884 | 9/29/2020 | Construction Draw #8 | $382,966 | $31,981 | $350,985 | Buildings - Geneva |
| 96-885 | 9/28/2020 | Drawing Updates and City Correspondence | $3,000 | $251 | $2,749 | Buildings - Geneva |
| 96-886 | 9/18/2020 | As-Built Drawings | $4,800 | $405 | $4,395 | Buildings - Geneva |
| 96-887 | 10/5/2020 | Concrete sealing | $1,950 | $162 | $1,788 | Buildings - Geneva |
| 96-888 | 12/10/2020 | Construction Draw #9 | $236,881 | $18,587 | $218,294 | Buildings - Geneva |
| 96-889 | 3/30/2021 | Exterior Electric Installation for New Building | $66,664 | $4,716 | $61,948 | Buildings - Geneva |
| 96-890 | 7/5/1997 | GENERAL CONSTRUCTION FOR ICE CREAM PLANT | $20,645 | $14,024 | $6,621 | Buildings - North Aurora |
| 96-891 | 1/23/1998 | DOOR ASSEMBLY FABRICATION | $1,559 | $1,037 | $522 | Buildings - North Aurora |
| 96-892 | 3/2/1998 | DOOR BETWEEN CASING ROOM & BOTTLING MACHINE | $5,990 | $3,968 | $2,022 | Buildings - North Aurora |
| 96-893 | 4/1/1998 | RE-INSTALLED DOORS AND RE-ANCHORED 2 X 6'S AS NEED | $1,950 | $1,288 | $662 | Buildings - North Aurora |
| 96-894 | 1/4/2000 | INSTALLATION FOR UPSTAIRS OFFICE | $14,385 | $8,849 | $5,536 | Buildings - North Aurora |
| 96-895 | 9/18/2000 | PREPARE AND PAINT PRODUCTION ROOM | $10,486 | $6,261 | $4,225 | Buildings - North Aurora |
| 96-896 | 3/16/2000 | PAINT CIP ROOM | $4,920 | $3,002 | $1,918 | Buildings - North Aurora |
| 96-897 | 3/17/2000 | E-Z ACCESS SAFETY DECK | $12,371 | $7,547 | $4,824 | Buildings - North Aurora |
| 96-898 | 3/9/2000 | PIE ROOM PLUMBING | $54,229 | $33,113 | $21,116 | Buildings - North Aurora |
| 96-899 | 3/24/2000 | E-Z ACCESS SAFETY DECK | $774 | $472 | $302 | Buildings - North Aurora |
| 96-900 | 4/7/2000 | E-Z ACCESS DECK | $4,948 | $3,012 | $1,937 | Buildings - North Aurora |
| 96-901 | 4/25/2000 | COOLER FLOOR DRAINS | $5,848 | $3,552 | $2,296 | Buildings - North Aurora |
| 96-902 | 6/23/2000 | PREPARE AND PAINT TANK ROOM | $2,790 | $1,683 | $1,107 | Buildings - North Aurora |
| 96-903 | 6/2/2000 | BALANCE ON RECEIVING ROOM | $1,230 | $744 | $486 | Buildings - North Aurora |
| 96-904 | 8/31/2000 | PAINTING OF EXTERIOR WALL | $1,600 | $957 | $643 | Buildings - North Aurora |
| 96-905 | 1/28/2000 | E-Z ACCESS SAFETY DECK | $7,440 | $4,564 | $2,876 | Buildings - North Aurora |
| 96-906 | 3/16/2000 | TAMPER EVIDENCE SEAL MACHINE | $7,224 | $4,408 | $2,817 | Buildings - North Aurora |
| 96-907 | 5/31/2001 | BUILD ROOM FOR SMALL BOTTLE PROJECT | $77,912 | $45,127 | $32,785 | Buildings - North Aurora |
| 96-908 | 8/1/2001 | CUT HOLE IN CEMENT WALL FOR CONVEYOR | $2,275 | $1,308 | $967 | Buildings - North Aurora |
| 96-909 | 3/16/2002 | NEW STORAGE CLOSET | $5,310 | $2,968 | $2,342 | Buildings - North Aurora |
| 96-910 | 3/26/2002 | COVERT STORAGE ROOM TO OFFICE | $22,445 | $12,529 | $9,916 | Buildings - North Aurora |
| 96-911 | 7/1/2005 | Parking lot sealcoating and patch replacement | $9,370 | $4,446 | $4,924 | Buildings - North Aurora |
| 96-912 | 8/1/2005 | Update 2nd floor offices & washrooms | $24,365 | $11,507 | $12,858 | Buildings - North Aurora |
| 96-913 | 8/1/2005 | Remodel Training Center | $7,256 | $3,427 | $3,829 | Buildings - North Aurora |
| 96-914 | 8/15/2005 | Graphic for Entrance | $322 | $152 | $170 | Buildings - North Aurora |
| 96-915 | 8/26/2015 | Wallcovering | $810 | $381 | $429 | Buildings - North Aurora |
| 96-916 | 8/16/2005 | Electrical | $2,008 | $946 | $1,062 | Buildings - North Aurora |
| 96-917 | 11/1/2005 | Old Freezer | $2,573 | $1,198 | $1,374 | Buildings - North Aurora |
| 96-918 | 11/1/2005 | Roll Off for Old Freezer | $962 | $448 | $514 | Buildings - North Aurora |
| 96-919 | 6/1/2005 | Contruction of Freezer | $396,616 | $189,016 | $207,600 | Buildings - North Aurora |
| 96-920 | 6/1/2005 | Engineer for Freezer | $8,505 | $4,053 | $4,452 | Buildings - North Aurora |
| 96-921 | 6/1/2005 | PSM & RMP Program | $128,411 | $61,197 | $67,214 | Buildings - North Aurora |
| 96-922 | 6/1/2005 | Constuction for Freezer Expansion | $12,200 | $5,814 | $6,386 | Buildings - North Aurora |
| 96-923 | 6/1/2005 | Permit for Freezer Expansion | $9,215 | $4,392 | $4,823 | Buildings - North Aurora |
| 96-924 | 6/1/2005 | Relocate Transformer | $8,239 | $3,927 | $4,312 | Buildings - North Aurora |
| 96-925 | 6/1/2005 | Progress billing, cost segregation analysis, draft | $19,537 | $9,311 | $10,226 | Buildings - North Aurora |
| 96-926 | 6/1/2005 | Temperature, Fire, Burglar, Mag Stripe Reader | $21,690 | $10,337 | $11,353 | Buildings - North Aurora |
| 96-927 | 6/1/2005 | Water Softener System | $27,983 | $13,336 | $14,647 | Buildings - North Aurora |
| 96-928 | 6/1/2005 | Alta Survey | $3,800 | $1,811 | $1,989 | Buildings - North Aurora |
| 96-929 | 6/1/2005 | Permit for Freezer Expansion | $300 | $143 | $157 | Buildings - North Aurora |
| 96-930 | 6/1/2005 | Transformer Pad, Security Raceway | $48,650 | $23,185 | $25,465 | Buildings - North Aurora |
| 96-931 | 6/1/2005 | Construction Escrow Fee | $2,200 | $1,048 | $1,152 | Buildings - North Aurora |
| 96-932 | 6/1/2005 | Roller Conveyors / Processing to Hardening freezer | $14,661 | $6,987 | $7,674 | Buildings - North Aurora |
| 96-933 | 6/1/2005 | Electrical, Mechanical and Plumbing Review | $1,900 | $905 | $994 | Buildings - North Aurora |
| 96-934 | 6/1/2005 | Permit for Freezer Expansion | $1,008 | $481 | $528 | Buildings - North Aurora |
| 96-935 | 6/1/2005 | Construction Documents Review and Cost Analysis | $3,800 | $1,811 | $1,989 | Buildings - North Aurora |
| 96-936 | 6/1/2005 | Review of Specifications to Concrete Floor | $3,796 | $1,809 | $1,987 | Buildings - North Aurora |
| 96-937 | 6/1/2005 | Lanscaping | $2,728 | $1,300 | $1,428 | Buildings - North Aurora |
| 96-938 | 6/1/2005 | Phone relocation and installation | $238 | $113 | $124 | Buildings - North Aurora |
| 96-939 | 6/1/2005 | Door | $2,000 | $953 | $1,047 | Buildings - North Aurora |
| 96-940 | 6/1/2005 | Plant Expansion 39-Year Property | $ - | $ - | $ - | Buildings - North Aurora |
| 96-941 | 6/1/2005 | Plant Expansion 15-Year Property | $ - | $ - | $ - | Buildings - North Aurora |
| 96-942 | 6/1/2005 | Plant Expansion 7-Year Property | $ - | $ - | $ - | Buildings - North Aurora |
| 96-943 | 6/1/2005 | Plant Expansion 7-Year Property | $ - | $ - | $ - | Buildings - North Aurora |
| 96-944 | 10/1/2009 | Concrete pad, asphalt | $22,000 | $22,000 | $ - | Buildings - North Aurora |
| 96-945 | 11/1/2009 | Pipe steam & condensate for pressure booster | $4,312 | $4,312 | $ - | Buildings - North Aurora |
| 96-946 | 11/17/2009 | Control wiring to pump in raw milk area | $10,776 | $10,776 | $ - | Buildings - North Aurora |
| 96-947 | 8/1/2012 | Epoxy floor - break room, stairs, driver room | $22,700 | $22,700 | $ - | Buildings - North Aurora |
| 96-948 | 9/19/2012 | Vent tee and trap, floor drain - ingred room hall | $4,750 | $4,750 | $ - | Buildings - North Aurora |
| 96-949 | 8/26/2012 | 2 American Standard 5 ton HVAC units (Acctg, CS) | $24,800 | $24,800 | $ - | Buildings - North Aurora |
| 96-950 | 8/30/2013 | Fire Alarm Panel - Replacement | $4,716 | $4,716 | $ - | Buildings - North Aurora |
| 96-951 | 11/10/2013 | (2) Rooftop Carrier A/C Units | $22,254 | $22,254 | $ - | Buildings - North Aurora |
| 96-952 | 1/1/2014 | (3) Rooftop HVAC Units - Remove old install new | $22,835 | $15,223 | $7,612 | Buildings - North Aurora |
| 96-953 | 1/19/2014 | (2) Reznor Heaters- UDA200 & ADAP250 - Remv & Repl | $7,715 | $5,118 | $2,597 | Buildings - North Aurora |
| 96-954 | 9/9/2014 | Sealing of Building | $70,100 | $43,520 | $26,580 | Buildings - North Aurora |
| 96-955 | 10/6/2014 | Asphalt parking lot pavement | $260,676 | $160,548 | $100,128 | Buildings - North Aurora |
| 96-956 | 9/3/2014 | Conduit Installation Under Parking Lot | $6,321 | $3,931 | $2,390 | Buildings - North Aurora |
| 96-957 | 11/14/2014 | Cooler Floor | $53,550 | $32,599 | $20,951 | Buildings - North Aurora |
| 97-109 | 12/8/2014 | Repiping of condenser and water leak repair | $16,390 | $9,906 | $6,484 | Buildings - North Aurora |
| 97-110 | 10/11/2015 | Initial Sealcoating of Parking Lot (Land Improve) | $12,616 | $6,917 | $5,698 | Buildings - North Aurora |
| 98-102 | 11/25/2015 | (3) Rite Hite Eclipse Shelters | $17,970 | $9,705 | $8,264 | Buildings - North Aurora |
| 98-109 | 2/12/2016 | Nordock Levelers | $18,285 | $3,697 | $14,588 | Buildings - North Aurora |
| 98-250 | 3/31/2016 | Drain Extension Old Hardening Room - Sequoia | $41,076 | $8,167 | $32,909 | Buildings - North Aurora |
| 99-035 | 4/14/2016 | NA Security System | $38,520 | $7,621 | $30,899 | Buildings - North Aurora |
| 99-039 | 8/16/2016 | Fab & Installation of Safety Rails & Crossovers | $65,987 | $12,482 | $53,505 | Buildings - North Aurora |
| 99-040 | 4/30/2019 | Mechanical Dock Leveler | $6,160 | $738 | $5,421 | Buildings - North Aurora |

Rider to Schedule A/B Part 8, Question 50) r

| | | | | | | |
|---|---|---|---|---|---|---|
| 99-079 | 5/12/2020 | Carrier HVAC Unit 48TCED09A | $12,965 | $1,210 | $11,755 | Buildings - North Aurora |
| 99-080 | 8/13/2020 | Condenser Coils RTU #1, #2 & #6 & Trane RTU #9&#10 | $17,878 | $1,552 | $16,326 | Buildings - North Aurora |
| 99-088 | 10/7/2020 | PT Room Floor Refinishing | $22,246 | $1,845 | $20,401 | Buildings - North Aurora |
| 99-115 | 12/31/2020 | Office Wall Reconstruciton | $251,225 | $50,291 | $200,934 | Buildings - North Aurora |
| 99-126 | 1/1/2021 | Hardening Room Steel Ramps | $7,812 | $601 | $7,211 | Buildings - North Aurora |
| 99-127 | 4/9/2021 | Old Freezer Ceiling Installation | $144,236 | $10,102 | $134,134 | Buildings - North Aurora |
| 99-151 | 4/30/2021 | Plant Roof Replacement | $105,000 | $7,199 | $97,801 | Buildings - North Aurora |
| 99-152 | 10/19/2021 | Fire Alarm System | $124,935 | $7,056 | $117,878 | Buildings - North Aurora |
| 99-175 | 2/26/2022 | (3) Pedestrian Exterior Doors and CIP Room Door | $22,580 | $1,065 | $21,435 | Buildings - North Aurora |
| 99-177 | 1/1/2022 | Milk Receiving Bay Doors | $15,950 | $818 | $15,132 | Buildings - North Aurora |
| 99-207 | 5/25/2022 | Security Alarm Upgrade | $3,150 | $130 | $3,020 | Buildings - North Aurora |
| 99-220 | 5/25/2022 | New Grout in CIP Room | $17,500 | $1,873 | $15,627 | Buildings - North Aurora |
| 99-221 | 8/16/2022 | (3) Sets of Stainless Steel Frames and New Glass | $15,540 | $1,428 | $14,112 | Buildings - North Aurora |
| 99-222 | 8/24/2022 | Mesh Raw Milk Receiving Bay Door | $12,369 | $430 | $11,939 | Buildings - North Aurora |
| 97-05 | 9/1/2022 | (5) Sets of SS Doors, Frames and Hardware for Plnt | $36,070 | $1,234 | $34,836 | Buildings - North Aurora |
| 98-70 | 10/17/2022 | Painting in Plant | $29,977 | $2,415 | $27,562 | Buildings - North Aurora |
| 00-093 | 10/4/2022 | Dock Snider Door | $10,024 | $320 | $9,704 | Buildings - North Aurora |
| 01-078 | 10/4/2022 | Exterior Man Door | $8,200 | $262 | $7,938 | Buildings - North Aurora |
| 01-079 | 11/1/2022 | Painting in Receiving Bay | $1,736 | $135 | $1,601 | Buildings - North Aurora |
| 04-104 | 11/7/2022 | Painting in CIP Room and Raw Hallway | $6,559 | $503 | $6,056 | Buildings - North Aurora |
| 04-248 | 1/9/2023 | Exterior Stainless Steel Door and Frame | $10,875 | $709 | $10,166 | Buildings - North Aurora |
| 09-120 | 1/11/2023 | Painting of Production Room | $12,078 | $783 | $11,295 | Buildings - North Aurora |
| 12-040 | 2/2/2023 | Barrier Glider Door Serial #DR04726 | $9,281 | $564 | $8,716 | Buildings - North Aurora |
| 12-045 | 1/23/2023 | New Track Room Construction | $20,200 | $1,266 | $18,935 | Buildings - North Aurora |
| 12-080 | 5/31/2023 | Plant HVAC Upgrade | $57,147 | $863 | $56,284 | Buildings - North Aurora |
| 15-034 | 5/15/1996 | SECURITY SYSTEMS | $23,503 | $16,652 | $6,851 | Buildings - North Aurora |
| 76-711 | 4/15/1996 | MONUMENT SIGN | $7,217 | $5,128 | $2,089 | Buildings - North Aurora |
| 96-626 | 5/1/1996 | DAIRY SIGN - SOUTHWALL | $11,638 | $8,257 | $3,381 | Buildings - North Aurora |
| 96-627 | 6/15/1996 | MERCHANDISE STORAGE ROOM BUILDOUT | $2,020 | $1,427 | $593 | Buildings - North Aurora |
| 96-699 | 7/15/1996 | RECORDS STORAGE ROOM | $2,050 | $1,444 | $606 | Buildings - North Aurora |
| 96-742 | 4/15/1996 | OFFICE CARPETING | $6,110 | $4,342 | $1,768 | Buildings - North Aurora |
| 96-743 | 6/1/1996 | GENERAL CONDITIONS | $276,650 | $190,782 | $85,867 | Buildings - North Aurora |
| 96-744 | 6/1/1996 | ARCHITECT | $294,697 | $203,228 | $91,469 | Buildings - North Aurora |
| 96-745 | 6/1/1996 | MISCELLANEOUS FEES | $190,126 | $131,114 | $59,012 | Buildings - North Aurora |
| 96-746 | 6/1/1996 | CONTINGENCY | $36,075 | $24,878 | $11,197 | Buildings - North Aurora |
| 96-747 | 6/1/1996 | LaSALLE NATIONAL BANK - MISCELLANEOUS | $10,804 | $7,451 | $3,353 | Buildings - North Aurora |
| 96-749 | 6/1/1996 | EARTHWORK | $389,479 | $268,592 | $120,887 | Buildings - North Aurora |
| 96-783 | 6/1/1996 | GRANULAR BEDDING | $3,408 | $2,350 | $1,058 | Buildings - North Aurora |
| 96-784 | 6/1/1996 | EROSION CONTROL | $306 | $211 | $95 | Buildings - North Aurora |
| 96-785 | 6/1/1996 | ASPHALT PAVING | $83,200 | $57,376 | $25,824 | Buildings - North Aurora |
| 96-786 | 6/1/1996 | LANDSCAPING | $30,000 | $20,689 | $9,311 | Buildings - North Aurora |
| 96-787 | 6/1/1996 | CONCRETE FORMING | $398,211 | $274,613 | $123,598 | Buildings - North Aurora |
| 96-788 | 6/1/1996 | MISCELLANEOUS CONCRETE | $9,599 | $6,620 | $2,979 | Buildings - North Aurora |
| 96-789 | 6/1/1996 | PRESTRESSED, STRUC | $82,787 | $57,092 | $25,696 | Buildings - North Aurora |
| 96-790 | 6/1/1996 | MASONRY | $537,790 | $370,869 | $166,921 | Buildings - North Aurora |
| 96-791 | 6/1/1996 | STRUCTURAL & MISCELLANEOUS | $262,371 | $180,936 | $81,435 | Buildings - North Aurora |
| 96-792 | 6/1/1996 | ROUGH CARPENTRY | $54,649 | $37,687 | $16,962 | Buildings - North Aurora |
| 96-793 | 6/1/1996 | MISCELLANEOUS CARPENTRY | $30,658 | $21,142 | $9,516 | Buildings - North Aurora |
| 96-794 | 6/1/1996 | INTERIOR CARPENTRY | $13,622 | $9,394 | $4,228 | Buildings - North Aurora |
| 96-795 | 6/1/1996 | INTERIOR CARPENTRY | $1,378 | $950 | $428 | Buildings - North Aurora |
| 96-961 | 6/1/1996 | BUILDING INSULATION | $11,500 | $7,931 | $3,569 | Buildings - North Aurora |
| 96-962 | 6/1/1996 | WALL & CEILING PANELS | $171,120 | $118,007 | $53,113 | Buildings - North Aurora |
| 96-963 | 6/1/1996 | ROOFING | $140,227 | $96,703 | $43,524 | Buildings - North Aurora |
| 97-209 | 6/1/1996 | CAULKING | $20,590 | $14,199 | $6,391 | Buildings - North Aurora |
| 99-122 | 6/1/1996 | HOLLOW METAL DOORS & FRAMES | $42,139 | $29,060 | $13,079 | Buildings - North Aurora |
| 99-133 | 6/1/1996 | WOOD DOORS & FRAMES | $3,373 | $2,326 | $1,047 | Buildings - North Aurora |
| 12-153 | 6/1/1996 | OVERHEAD DOORS | $16,360 | $11,282 | $5,078 | Buildings - North Aurora |
| 12-154 | 6/1/1996 | SECTIONAL OVERHEAD DOORS | $10,862 | $7,491 | $3,371 | Buildings - North Aurora |
| 12-155 | 6/1/1996 | ALUMINUM WINDOWS | $70,324 | $48,497 | $21,827 | Buildings - North Aurora |
| 12-156 | 6/1/1996 | METAL STUD FRAMING | $51,754 | $35,690 | $16,064 | Buildings - North Aurora |
| 12-157 | 6/1/1996 | CERAMIC TILE | $31,837 | $21,955 | $9,882 | Buildings - North Aurora |
| 12-158 | 6/1/1996 | FLOOR BRICK & GROUT | $64,422 | $44,427 | $19,995 | Buildings - North Aurora |
| 12-159 | 6/1/1996 | RESILIENT TILE | $7,666 | $5,287 | $2,379 | Buildings - North Aurora |
| 13-001 | 6/1/1996 | PAINTING | $71,070 | $49,011 | $22,059 | Buildings - North Aurora |
| 03-06 | 6/1/1996 | TOILET PARTITIONS | $2,095 | $1,445 | $650 | Buildings - North Aurora |
| 97-78 | 6/1/1996 | INTERIOR SIGNS | $2,000 | $1,379 | $621 | Buildings - North Aurora |
| 98-66 | 6/1/1996 | FIRE EXTINGUISHERS | $1,589 | $1,096 | $493 | Buildings - North Aurora |
| 02-005 | 6/1/1996 | WIRE MESH PARTITIONS | $10,898 | $7,515 | $3,383 | Buildings - North Aurora |
| 97-174 | 6/1/1996 | TOILET ACCESSORIES | $1,920 | $1,324 | $596 | Buildings - North Aurora |
| 98-236 | 6/1/1996 | DOCK LEVELER | $11,580 | $7,986 | $3,594 | Buildings - North Aurora |
| 03-11 | 6/1/1996 | ELEVATORS | $27,500 | $18,964 | $8,536 | Buildings - North Aurora |
| 03-88 | 6/1/1996 | MECHANICAL INSULATION | $140,435 | $96,847 | $43,588 | Buildings - North Aurora |
| 01-103 | 6/1/1996 | FIRE PROTECTION | $80,610 | $55,590 | $25,020 | Buildings - North Aurora |
| 02-002 | 6/1/1996 | PLUMBING | $310,085 | $213,840 | $96,245 | Buildings - North Aurora |
| 02-004 | 6/1/1996 | ELECTRICAL | $578,085 | $398,658 | $179,427 | Buildings - North Aurora |
| 02-090 | 6/1/1996 | INSURANCE | $34,184 | $23,574 | $10,610 | Buildings - North Aurora |
| 02-092 | 6/1/1996 | HVAC | $400,084 | $275,905 | $124,179 | Buildings - North Aurora |
| 02-122 | 6/1/1996 | Earthwork & Site utilities | $ - | $ - | $ - | Buildings - North Aurora |
| 02-203 | 6/1/1996 | Building Excavation | $ - | $ - | $ - | Buildings - North Aurora |
| 03-015 | 6/1/1996 | Granular Bedding | $ - | $ - | $ - | Buildings - North Aurora |
| 03-016 | 6/1/1996 | Erosion Control | $ - | $ - | $ - | Buildings - North Aurora |
| 03-153 | 6/1/1996 | Asphalt Paving | $ - | $ - | $ - | Buildings - North Aurora |
| 03-224 | 6/1/1996 | Concrete Forming | $ - | $ - | $ - | Buildings - North Aurora |
| 03-321 | 6/1/1996 | Concrete Sidewalks/Curbs | $ - | $ - | $ - | Buildings - North Aurora |
| 03-323 | 6/1/1996 | Concrete Equipment Pads | $ - | $ - | $ - | Buildings - North Aurora |
| 03-345 | 6/1/1996 | Concrete Pavement | $ - | $ - | $ - | Buildings - North Aurora |
| 04-007 | 6/1/1996 | Miscellaneous Concrete | $ - | $ - | $ - | Buildings - North Aurora |
| 04-012 | 6/1/1996 | Protective Bollards | $ - | $ - | $ - | Buildings - North Aurora |
| 04-013 | 6/1/1996 | Prestressed Structural Concrete | $ - | $ - | $ - | Buildings - North Aurora |
| 04-048 | 6/1/1996 | Masonry | $ - | $ - | $ - | Buildings - North Aurora |
| 04-049 | 6/1/1996 | Structural & Misc Steel | $ - | $ - | $ - | Buildings - North Aurora |
| 04-050 | 6/1/1996 | Rough Carpentry/Drywall/Acoustical Ceilings | $ - | $ - | $ - | Buildings - North Aurora |
| 04-058 | 6/1/1996 | Miscellaneous Carpentry | $ - | $ - | $ - | Buildings - North Aurora |

Rider to Schedule A/B Part 8, Question 50 r

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-101 | 6/1/1996 | Interior Carpentry | $ - | $ - | $ - | Buildings - North Aurora |
| 04-102 | 6/1/1996 | Building Insulation | $ - | $ - | $ - | Buildings - North Aurora |
| 04-142 | 6/1/1996 | Wall/Ceiling Panels including Cold Storage Doors | $ - | $ - | $ - | Buildings - North Aurora |
| 04-143 | 6/1/1996 | Roofing | $ - | $ - | $ - | Buildings - North Aurora |
| 04-144 | 6/1/1996 | Caulking | $ - | $ - | $ - | Buildings - North Aurora |
| 04-145 | 6/1/1996 | Hollow Metal Doors and Frames | $ - | $ - | $ - | Buildings - North Aurora |
| 04-148 | 6/1/1996 | Wood Doors and Frames | $ - | $ - | $ - | Buildings - North Aurora |
| 04-149 | 6/1/1996 | Overhead Doors | $ - | $ - | $ - | Buildings - North Aurora |
| 04-157 | 6/1/1996 | Sectional Overhead Doors | $ - | $ - | $ - | Buildings - North Aurora |
| 04-159 | 6/1/1996 | Aluminum Windows | $ - | $ - | $ - | Buildings - North Aurora |
| 04-177 | 6/1/1996 | Metal Stud Framing | $ - | $ - | $ - | Buildings - North Aurora |
| 04-271 | 6/1/1996 | Ceramic Tile | $ - | $ - | $ - | Buildings - North Aurora |
| 04-273 | 6/1/1996 | Floor Brick and Grout | $ - | $ - | $ - | Buildings - North Aurora |
| 04-274 | 6/1/1996 | Resilient Tile | $ - | $ - | $ - | Buildings - North Aurora |
| 04-295 | 6/1/1996 | Painting | $ - | $ - | $ - | Buildings - North Aurora |
| 04-358 | 6/1/1996 | Toilet Partitions | $ - | $ - | $ - | Buildings - North Aurora |
| 04-362 | 6/1/1996 | Fire Extinguishers | $ - | $ - | $ - | Buildings - North Aurora |
| 04-370 | 6/1/1996 | Wire Mesh Partitions | $ - | $ - | $ - | Buildings - North Aurora |
| 04-371 | 6/10/1996 | Toilet Accessories | $ - | $ - | $ - | Buildings - North Aurora |
| 04-382 | 6/1/1996 | Dock Leveler & Dock Equipment | $ - | $ - | $ - | Buildings - North Aurora |
| 04-386 | 6/1/1996 | Elevators | $ - | $ - | $ - | Buildings - North Aurora |
| 04-388 | 6/1/1996 | Mechanical Insulation | $ - | $ - | $ - | Buildings - North Aurora |
| 05-008 | 6/1/1996 | Insulation - Process Equipment Piping | $ - | $ - | $ - | Buildings - North Aurora |
| 05-009 | 6/1/1996 | Fire Protection | $ - | $ - | $ - | Buildings - North Aurora |
| 05-019 | 6/1/1996 | Plumbing | $ - | $ - | $ - | Buildings - North Aurora |
| 05-020 | 6/1/1996 | Plumbing - Process Systems and Equipment | $ - | $ - | $ - | Buildings - North Aurora |
| 05-033 | 6/1/1996 | Plumbing - Kitchen Equipment | $ - | $ - | $ - | Buildings - North Aurora |
| 05-034 | 6/1/1996 | Plumbing - Laboratory Equipment | $ - | $ - | $ - | Buildings - North Aurora |
| 05-035 | 6/1/1996 | Plumbing - Emergency Fixtures | $ - | $ - | $ - | Buildings - North Aurora |
| 05-036 | 6/1/1996 | CO42 - Plumbing scope for Retail Area (F&I Grease | $ - | $ - | $ - | Buildings - North Aurora |
| 05-056 | 6/1/1996 | CO49 - Add 2""CW to batch tanks, add 3/4 to Liquip | $ - | $ - | $ - | Buildings - North Aurora |
| 05-057 | 6/1/1996 | CO50 - Equipment Hookups (processing equip to DWs) | $ - | $ - | $ - | Buildings - North Aurora |
| 05-069 | 6/1/1996 | HVAC Ductwork Building | $ - | $ - | $ - | Buildings - North Aurora |
| 05-092 | 6/1/1996 | HVAC - Process Systems & Equipment | $ - | $ - | $ - | Buildings - North Aurora |
| 05-093 | 6/1/1996 | HVAC - Exhaust Intake Truck Bay | $ - | $ - | $ - | Buildings - North Aurora |
| 05-094 | 6/1/1996 | CO3 - Upgraded Refrigeration Control System | $ - | $ - | $ - | Buildings - North Aurora |
| 05-095 | 6/1/1996 | Electrical - Building | $ - | $ - | $ - | Buildings - North Aurora |
| 05-096 | 6/1/1996 | Electrical - Site Lighting | $ - | $ - | $ - | Buildings - North Aurora |
| 05-108 | 6/1/1996 | Electrical - Security Lighting | $ - | $ - | $ - | Buildings - North Aurora |
| 05-111 | 6/1/1996 | Electrical - Special Purpose Lighting | $ - | $ - | $ - | Buildings - North Aurora |
| 05-116 | 6/1/1996 | Electrical - Emergency Lighting | $ - | $ - | $ - | Buildings - North Aurora |
| 05-139 | 6/1/1996 | Electrical - Process Equipment Power | $ - | $ - | $ - | Buildings - North Aurora |
| 05-141 | 6/1/1996 | Electrical - Kitchen Equipment Power | $ - | $ - | $ - | Buildings - North Aurora |
| 05-144 | 6/1/1996 | Electrical - Office Equipment Power | $ - | $ - | $ - | Buildings - North Aurora |
| 05-145 | 6/1/1996 | Electrical - Laboratory Equipment Power | $ - | $ - | $ - | Buildings - North Aurora |
| 05-170 | 6/1/1996 | CO8 - Conduits for Future | $ - | $ - | $ - | Buildings - North Aurora |
| 05-171 | 6/1/1996 | CO9 - Added Conduit for Card Reader System | $ - | $ - | $ - | Buildings - North Aurora |
| 05-172 | 6/1/1996 | CO10 - Electrical Hookup at Freezer Floor | $ - | $ - | $ - | Buildings - North Aurora |
| 05-189 | 6/1/1996 | CO42 - Conduit for Exterior Menu Board retail stor | $ - | $ - | $ - | Buildings - North Aurora |
| 05-190 | 6/1/1996 | CO46 - Electrical for Exterior Building Signs | $ - | $ - | $ - | Buildings - North Aurora |
| 05-290 | 6/1/1996 | CO47 - Electrical for Monument Sign | $ - | $ - | $ - | Buildings - North Aurora |
| 05-302 | 6/1/1996 | Telephone Electrical Equipment | $ - | $ - | $ - | Buildings - North Aurora |
| 05-344 | 6/1/1996 | Monument Sign | $ - | $ - | $ - | Buildings - North Aurora |
| 06-001 | 6/1/1996 | Office Carpeting | $ - | $ - | $ - | Buildings - North Aurora |
| 06-002 | 6/1/1996 | Dairy Sign South Wall | $ - | $ - | $ - | Buildings - North Aurora |
| 06-006 | 6/1/1996 | Security Systems | $ - | $ - | $ - | Buildings - North Aurora |
| 06-034 | 6/1/1996 | Landscaping | $ - | $ - | $ - | Buildings - North Aurora |
| 06-043 | 6/1/1996 | Merchandise Storage Room | $ - | $ - | $ - | Buildings - North Aurora |
| 06-085 | 6/1/1996 | Records Storage Room | $ - | $ - | $ - | Buildings - North Aurora |
| 06-100 | 6/1/1996 | Miscellaneous Construction | $ - | $ - | $ - | Buildings - North Aurora |
| 07-003 | 11/10/1997 | ARCHITECT FEES | $22,091 | $14,808 | $7,283 | Buildings - North Aurora |
| 07-010 | 11/10/1997 | GENERAL CONDITIONS | $31,993 | $21,446 | $10,548 | Buildings - North Aurora |
| 07-066 | 5/19/1998 | 2 - 1 3/4"" S.C. DOORS, GLASS INSERTS & KEYED LOCK | $8,225 | $5,404 | $2,821 | Buildings - North Aurora |
| 07-067 | 6/19/1998 | JOHNSONITE RAISED ROUND STAIRTREADS WITH RISERS | $2,658 | $1,740 | $918 | Buildings - North Aurora |
| 07-071 | 10/21/1998 | RAW MILK TANK INSTALLATION-SILO PROJECT | $11,633 | $7,516 | $4,117 | Buildings - North Aurora |
| 07-084 | 1/13/1999 | HYDRAULIC PIPING FOR CART STOP | $3,824 | $2,448 | $1,376 | Buildings - North Aurora |
| 07-085 | 5/11/1999 | ARCH. ENGINEERING INSPECTION | $1,538 | $972 | $566 | Buildings - North Aurora |
| 07-086 | 5/27/1999 | PLUMBING INSPECTION | $363 | $363 | $ - | Buildings - North Aurora |
| 07-087 | 6/9/1999 | ARCH ENGINEERING INSPECTION | $8,390 | $5,285 | $3,106 | Buildings - North Aurora |
| 07-121 | 7/8/1999 | ARCH ENGINEERING INSPECTION | $1,824 | $1,145 | $679 | Buildings - North Aurora |
| 07-122 | 7/20/1999 | FLOOR COATING OF TANK STORAGE AREA 1080 SQ FT. | $13,770 | $13,770 | $ - | Buildings - North Aurora |
| 07-123 | 2/1/1999 | BUILDING PERMITS-DRY STORAGE EXPANSION | $1,632 | $1,043 | $589 | Buildings - North Aurora |
| 07-124 | 2/1/1999 | BUILDING PERMITS-DRY STORAGE EXPANSION | $3,911 | $2,498 | $1,412 | Buildings - North Aurora |
| 07-134 | 10/21/1999 | PLUMBING WORK-DRY STORAGE EXPANSION | $23,376 | $14,503 | $8,873 | Buildings - North Aurora |
| 08-004 | 12/27/1999 | DESIGN FEES - 2ND FLOOR OFFICE SPACE | $1,193 | $735 | $458 | Buildings - North Aurora |
| 08-005 | 12/27/1999 | CARPETING-2ND FLR OFFICE | $2,434 | $1,499 | $935 | Buildings - North Aurora |
| 08-108 | 12/27/1999 | 2ND FLOOR PAINTING | $1,298 | $799 | $499 | Buildings - North Aurora |
| 08-116 | 12/1/1999 | 2ND FLOOR OFFICE BUILD OUT | $63,573 | $39,260 | $24,313 | Buildings - North Aurora |
| 08-119 | 6/30/1999 | Building Dry Storage L/H 39 Year Property | $ - | $ - | $ - | Buildings - North Aurora |
| 08-126 | 6/30/1999 | Building Dry Storage L/H 15 Year Property | $ - | $ - | $ - | Buildings - North Aurora |
| 08-138 | 6/30/1999 | Building Dry Storage L/H 7 Year Property | $ - | $ - | $ - | Buildings - North Aurora |
| 08-157 | 4/3/1997 | ROOF IMPROVEMENTS | $927 | $636 | $291 | Buildings - North Aurora Dairy Store |
| 09-066 | 4/29/1998 | PICTORIALS FOR COOLER DOOR & ID PLAQUES | $1,069 | $704 | $365 | Buildings - North Aurora Dairy Store |
| 09-067 | 1/6/2000 | REFURBISH & PAINT DOOR FRAMES | $1,770 | $1,089 | $682 | Buildings - North Aurora Dairy Store |
| 09-118 | 5/16/2001 | INSTALL 6"" STORM PIPE IN FRONT OF STORE | $6,370 | $3,696 | $2,674 | Buildings - North Aurora Dairy Store |
| 09-119 | 8/31/2001 | SOFFIT INSTALL | $2,680 | $1,535 | $1,145 | Buildings - North Aurora Dairy Store |
| 09-123 | 3/31/2004 | CHANGES-GAS PIPING-SPRINKLER-SOFFIT-DRYWALL-ELEC | $93,375 | $47,296 | $46,079 | Buildings - North Aurora Dairy Store |
| 09-125 | 4/20/2004 | PERMIT, BID DRAWINGS, REVISED DRAWINGS | $2,585 | $1,306 | $1,279 | Buildings - North Aurora Dairy Store |
| 09-128 | 9/29/2009 | Patio Fence by Drive Thru | $1,275 | $1,275 | $ - | Buildings - North Aurora Dairy Store |
| 09-159 | 3/23/2012 | Grease trap - R.J. O'Neil NA STORE | $29,840 | $29,840 | $ - | Buildings - North Aurora Dairy Store |
| 09-160 | 4/6/2012 | Grease Trap - floor changes | $4,000 | $4,000 | $ - | Buildings - North Aurora Dairy Store |
| 09-161 | 6/9/2012 | Landscaping Drive Thru - NA Store | $2,180 | $2,180 | $ - | Buildings - North Aurora Dairy Store |
| 10-002 | 8/4/2015 | Roof top Carrier unit model #48TCED17A3A6 | $16,750 | $9,392 | $7,358 | Buildings - North Aurora Dairy Store |

Rider to Schedule A/B Part 8, Question 50J

| | | | | | | |
|---|---|---|---|---|---|---|
| 10-003 | 5/28/1996 | RAIL CURBS AND ROOF PORTAL | $900 | $637 | $263 | Buildings - North Aurora Dairy Store |
| 10-029 | 5/28/1996 | EXTERIOR SIGNS & AWNINGS | $25,251 | $17,867 | $7,384 | Buildings - North Aurora Dairy Store |
| 10-030 | 5/28/1996 | RANDALL ROAD SIGN | $19,039 | $13,472 | $5,568 | Buildings - North Aurora Dairy Store |
| 10-031 | 5/28/1996 | ARCHITECT | $8,851 | $6,263 | $2,588 | Buildings - North Aurora Dairy Store |
| 10-032 | 5/28/1996 | LETTERING FOR MIRRORS AND COOLER DOORS | $343 | $242 | $100 | Buildings - North Aurora Dairy Store |
| 10-041 | 5/28/1996 | AMC-TELEPHONE CABLING | $364 | $258 | $106 | Buildings - North Aurora Dairy Store |
| 10-057 | 5/28/1996 | JSB-PERMIT FEES | $1,119 | $792 | $327 | Buildings - North Aurora Dairy Store |
| 10-058 | 5/28/1996 | JSB-BOX OUT CONDUIT/PATCH & PAINT BLOCK WALL IN BK | $413 | $292 | $121 | Buildings - North Aurora Dairy Store |
| 10-072 | 5/28/1996 | JSB-WALLCOVERING AT SOFFIT ABOVE SERVING COUNTER | $708 | $501 | $207 | Buildings - North Aurora Dairy Store |
| 10-074 | 5/28/1996 | JSB-FOOT RAIL | $547 | $387 | $160 | Buildings - North Aurora Dairy Store |
| 10-075 | 5/28/1996 | JSB-ADDITIONS TO CONTRACT | $13,758 | $9,735 | $4,023 | Buildings - North Aurora Dairy Store |
| 10-076 | 5/28/1996 | JSB-DRYWALL & CARPENTRY | $13,818 | $9,777 | $4,041 | Buildings - North Aurora Dairy Store |
| 10-077 | 5/28/1996 | JSB-ACOUSTICS | $4,300 | $3,043 | $1,257 | Buildings - North Aurora Dairy Store |
| 10-111 | 5/28/1996 | JSB-DOORS, FRAMES, HARDWARE & TOILET ACCESS | $1,475 | $1,044 | $431 | Buildings - North Aurora Dairy Store |
| 10-117 | 5/28/1996 | JSB-TILE FLOORING | $22,572 | $15,972 | $6,600 | Buildings - North Aurora Dairy Store |
| 10-118 | 5/28/1996 | JSB-MILLWORK | $33,000 | $23,350 | $9,650 | Buildings - North Aurora Dairy Store |
| 10-119 | 5/28/1996 | JSB-PAINTING & WALL COVERING | $4,900 | $3,467 | $1,433 | Buildings - North Aurora Dairy Store |
| 10-120 | 5/28/1996 | JSB-GLASS | $325 | $230 | $95 | Buildings - North Aurora Dairy Store |
| 10-121 | 5/28/1996 | JSB-SPRINKLERS | $3,625 | $2,565 | $1,060 | Buildings - North Aurora Dairy Store |
| 10-122 | 5/28/1996 | JSB-PLUMBING | $14,800 | $10,472 | $4,328 | Buildings - North Aurora Dairy Store |
| 10-123 | 5/28/1996 | JSB-HVAC | $10,855 | $7,681 | $3,174 | Buildings - North Aurora Dairy Store |
| 10-127 | 5/28/1996 | JSB-ELECTRIC | $12,960 | $9,170 | $3,790 | Buildings - North Aurora Dairy Store |
| 10-131 | 5/28/1996 | JSB-GENERAL CONDITIONS | $7,350 | $5,201 | $2,149 | Buildings - North Aurora Dairy Store |
| 10-134 | 5/28/1996 | JSB-FEES | $9,098 | $6,438 | $2,660 | Buildings - North Aurora Dairy Store |
| 10-135 | 5/28/1996 | North Aurora Dairy Store L/H 39 Year Property | $ - | $ - | $ - | Buildings - North Aurora Dairy Store |
| 10-136 | 5/28/1996 | North Aurora Dairy Store L/H 7 Year Property | $ - | $ - | $ - | Buildings - North Aurora Dairy Store |
| 10-152 | 5/28/1996 | North Aurora Dairy Store L/H 5 Year Property | $ - | $ - | $ - | Buildings - North Aurora Dairy Store |
| 10-153 | 6/16/1997 | WATER SOFTENER | $850 | $850 | $ - | Buildings - North Aurora Dairy Store |
| 11-003 | 6/24/1999 | JSB LEASEHOLD IMPROVEMENTS | $29,951 | $18,833 | $11,118 | Buildings - North Aurora Dairy Store |
| 11-013 | 9/8/1999 | NEW WINDOW COUNTER | $1,125 | $701 | $424 | Buildings - North Aurora Dairy Store |
| 11-035 | 10/22/2012 | Electrical service connection - relocation of pole | $39,119 | $11,228 | $27,891 | Buildings - Skokie |
| 11-128 | 10/22/2012 | Electrical service connection - ComEd | $9,108 | $2,614 | $6,494 | Buildings - Skokie |
| 11-136 | 10/22/2012 | Legal fees - purchase agreement | $6,912 | $1,984 | $4,928 | Buildings - Skokie |
| 11-142 | 10/22/2012 | Relocation of cables to new pole | $3,329 | $956 | $2,374 | Buildings - Skokie |
| 11-143 | 10/22/2012 | Closing fees, title fees | $7,310 | $2,098 | $5,212 | Buildings - Skokie |
| 11-144 | 10/22/2012 | Moving lines / poles - AT&T | $21,642 | $6,212 | $15,430 | Buildings - Skokie |
| 12-004 | 10/22/2012 | Alta survey - final | $2,200 | $631 | $1,569 | Buildings - Skokie |
| 12-005 | 1/31/2014 | Skokie Draw #5 - Final pmt | $180,154 | $50,433 | $129,721 | Buildings - Skokie |
| 12-006 | 7/12/2013 | Architectural Services | $6,059 | $4,231 | $1,828 | L/I - Glen Ellyn TBJ |
| 12-032 | 7/12/2013 | Building Permit Fees | $5,400 | $3,771 | $1,629 | L/I - Glen Ellyn TBJ |
| 12-033 | 7/12/2013 | Engineering Services | $7,572 | $5,288 | $2,285 | L/I - Glen Ellyn TBJ |
| 12-034 | 7/12/2013 | Architectural Services | $620 | $433 | $187 | L/I - Glen Ellyn TBJ |
| 12-035 | 7/12/2013 | Building Permit Fees | $1,975 | $1,379 | $596 | L/I - Glen Ellyn TBJ |
| 12-039 | 7/12/2013 | Plan Review Fee | $2,000 | $1,397 | $604 | L/I - Glen Ellyn TBJ |
| 12-041 | 7/12/2013 | Building Permit Fees | $3,000 | $2,095 | $905 | L/I - Glen Ellyn TBJ |
| 12-044 | 7/12/2013 | Building Permit Fees - Engineering | $3,000 | $2,095 | $905 | L/I - Glen Ellyn TBJ |
| 12-056 | 7/12/2013 | Engineering Services | $9,200 | $6,424 | $2,776 | L/I - Glen Ellyn TBJ |
| 12-068 | 7/12/2013 | Engineering Services | $497 | $347 | $150 | L/I - Glen Ellyn TBJ |
| 12-077 | 7/12/2013 | Project Management Services | $4,500 | $3,142 | $1,358 | L/I - Glen Ellyn TBJ |
| 12-078 | 7/12/2013 | Architectural Services | $25,650 | $17,910 | $7,740 | L/I - Glen Ellyn TBJ |
| 12-079 | 7/12/2013 | Traffic Study | $1,525 | $1,065 | $460 | L/I - Glen Ellyn TBJ |
| 12-102 | 7/12/2013 | Architectural Services | $19,400 | $13,546 | $5,854 | L/I - Glen Ellyn TBJ |
| 12-103 | 7/12/2013 | Plan Review Fee | $1,600 | $1,117 | $483 | L/I - Glen Ellyn TBJ |
| 12-117 | 7/12/2013 | Environmental Report | $900 | $628 | $272 | L/I - Glen Ellyn TBJ |
| 12-118 | 7/12/2013 | Cabinets - Fabrication and Installation | $61,988 | $43,284 | $18,704 | L/I - Glen Ellyn TBJ |
| 12-119 | 7/12/2013 | Demolition Permit | $35,607 | $24,863 | $10,744 | L/I - Glen Ellyn TBJ |
| 12-200 | 7/12/2013 | Permit Fees for Signage | $1,650 | $1,152 | $498 | L/I - Glen Ellyn TBJ |
| 12-225 | 7/12/2013 | Project Management Services | $6,375 | $4,451 | $1,924 | L/I - Glen Ellyn TBJ |
| 12-228 | 7/12/2013 | Architectural Services | $4,495 | $3,139 | $1,356 | L/I - Glen Ellyn TBJ |
| 12-229 | 7/12/2013 | Architectural Services | $26,500 | $18,504 | $7,996 | L/I - Glen Ellyn TBJ |
| 12-230 | 7/12/2013 | Architectural Services | $6,250 | $4,364 | $1,886 | L/I - Glen Ellyn TBJ |
| 12-231 | 7/12/2013 | Printing and Reproduction | $748 | $522 | $226 | L/I - Glen Ellyn TBJ |
| 12-232 | 7/12/2013 | (2) Zoeller Ejector Pumps - Remove and Replace | $9,635 | $6,728 | $2,907 | L/I - Glen Ellyn TBJ |
| 12-233 | 7/31/2013 | Construction Draw #6, GE TBJ | $143,887 | $99,972 | $43,915 | L/I - Glen Ellyn TBJ |
| 13-003 | 9/2/2013 | Civil Engineering Services | $1,720 | $1,185 | $535 | L/I - Glen Ellyn TBJ |
| 13-005 | 9/3/2013 | Architectural Services | $1,403 | $966 | $437 | L/I - Glen Ellyn TBJ |
| 13-009 | 9/3/2013 | Project Management Services | $4,625 | $3,185 | $1,440 | L/I - Glen Ellyn TBJ |
| 13-010 | 8/22/2013 | Window Film - Furnish and Install | $2,375 | $1,641 | $734 | L/I - Glen Ellyn TBJ |
| 13-013 | 9/20/2013 | Duct and Central Return Installation | $3,600 | $2,468 | $1,132 | L/I - Glen Ellyn TBJ |
| 13-014 | 9/11/2013 | ALTA Survey | $2,000 | $1,374 | $626 | L/I - Glen Ellyn TBJ |
| 13-015 | 9/30/2013 | Construction Draw #7, GE TBJ | $293,003 | $200,312 | $92,691 | L/I - Glen Ellyn TBJ |
| 13-016 | 11/21/2013 | Re-Establish AT&T Facilities for Fire Alarm | $2,813 | $1,897 | $917 | L/I - Glen Ellyn TBJ |
| 13-017 | 11/21/2013 | Railings to Ramp and Step | $2,860 | $1,928 | $932 | L/I - Glen Ellyn TBJ |
| 13-021 | 7/23/2014 | Updgade concrete front walkway | $13,309 | $8,379 | $4,930 | L/I - Glen Ellyn TBJ |
| 13-022 | 9/6/2016 | Flooring | $7,054 | $1,324 | $5,730 | L/I - Glen Ellyn TBJ |
| 13-023 | 11/16/2016 | Flooring, Ramp Rebuild | $8,297 | $3,941 | $4,356 | L/I - Glen Ellyn TBJ |
| 13-024 | 6/25/1997 | 4 HONEY LOCUST TREES & PLANTING MIX | $1,156 | $ - | $1,156 | Land & Land Improvements |
| 13-025 | 4/5/1997 | BOULDERS FOR TURF PROTECTION | $510 | $ - | $510 | Land & Land Improvements |
| 13-026 | 6/9/1997 | FENCE AROUND DUMPSTERS - NORTH AURORA | $3,300 | $3,300 | $ - | Land & Land Improvements |
| 13-027 | 7/29/2002 | INSTALL 4 FT. MAJESTIC FENCE | $4,475 | $4,475 | $ - | Land & Land Improvements |
| 13-037 | 9/1/1996 | LANDSCAPING - NORTH AURORA | $18,481 | $12,952 | $5,528 | Land & Land Improvements |
| 13-038 | 5/22/1999 | ICE CREAM RETAIL BERM-LANDSCAPING | $2,500 | $1,578 | $922 | Land & Land Improvements |
| 13-039 | 5/26/1999 | SEED YARD-DAIRY EXPANSION | $2,350 | $1,483 | $867 | Land & Land Improvements |
| 13-045 | 6/10/1999 | PARKING LOT PAVING & REFURBISHMENT | $5,288 | $5,288 | $ - | Land & Land Improvements |
| 13-046 | 7/26/1999 | PARKING LOT PLANT EXPANSION | $4,215 | $4,215 | $ - | Land & Land Improvements |
| 13-047 | 8/17/1999 | NORTH AURORA PARKING LOT RESURFACING | $5,921 | $5,921 | $ - | Land & Land Improvements |
| 13-048 | 5/3/2011 | Constructed Wall for Closet | $2,980 | $2,980 | $ - | Leasehold Imp - Rolling Meadows |
| 13-049 | 8/1/2011 | Storage Closet | $1,400 | $1,400 | $ - | Leasehold Imp - Rolling Meadows |
| 13-055 | 8/5/2013 | Asphalt, Remove and Replace | $3,152 | $2,187 | $965 | Leasehold Imp - Rolling Meadows |
| 13-056 | 8/27/2013 | Asphalt, Repair | $2,459 | $1,696 | $763 | Leasehold Imp - Rolling Meadows |
| 13-057 | 12/30/2014 | Reconfiguration of water lines and drain lines | $9,395 | $5,640 | $3,755 | Leasehold Imp - Rolling Meadows |
| 13-058 | 1/15/2015 | Rolling Meadows Kitchen Repairs | $16,493 | $9,854 | $6,639 | Leasehold Imp - Rolling Meadows |
| 13-060 | 1/18/2015 | Rolling Meadows Kitchen Repairs | $12,855 | $7,673 | $5,182 | Leasehold Imp - Rolling Meadows |

Rider to Schedule A/B Part 8, Question 50).

| | | | | | | |
|---|---|---|---|---|---|---|
| 13-063 | 9/27/2018 | Remove and Replace Concrete Ramp | $2,657 | $2,657 | $ - | Leasehold Imp - Rolling Meadows |
| 13-066 | 7/30/2020 | Parking Blocks | $2,200 | $502 | $1,698 | Leasehold Imp - Rolling Meadows |
| 13-067 | 11/7/2020 | Asphalt and Curb Replacement | $66,894 | $14,049 | $52,845 | Leasehold Imp - Rolling Meadows |
| 13-088 | 2/24/2022 | Ground mounted fencing gates | $5,898 | $728 | $5,170 | Leasehold Imp - Rolling Meadows |
| 13-158 | 8/22/2022 | Ceiling Tiles | $5,779 | $525 | $5,254 | Leasehold Imp - Rolling Meadows |
| 13-159 | 10/27/1997 | LEASE LEGAL FEES | $1,896 | $1,896 | $ - | Leasehold Improvements - Arlington Heights |
| 13-160 | 7/17/1997 | JSB-GLASS | $3,475 | $3,475 | $ - | Leasehold Improvements - Arlington Heights |
| 13-161 | 1/14/1998 | JSB-ARCHITECTURAL FEE (ADDITIONAL) | $3,299 | $3,299 | $ - | Leasehold Improvements - Arlington Heights |
| 13-164 | 1/14/1998 | JSB-MECHANICAL ENGINEERING PLANS | $4,550 | $4,550 | $ - | Leasehold Improvements - Arlington Heights |
| 13-165 | 4/29/1998 | PICTORIALS FOR COOLER DOORS & ID PLAQUES | $1,069 | $1,069 | $ - | Leasehold Improvements - Arlington Heights |
| 13-166 | 5/15/2000 | INSTALL HAND RAILS ON EAST AND WEST SIDE OF BUILDI | $918 | $918 | $ - | Leasehold Improvements - Arlington Heights |
| 13-167 | 8/16/2007 | Asphalt Sealcoating and Repair | $2,434 | $2,434 | $ - | Leasehold Improvements - Arlington Heights |
| 13-168 | 8/14/2009 | Roofing | $1,350 | $1,350 | $ - | Leasehold Improvements - Arlington Heights |
| 13-169 | 12/1/2009 | Arlington Heights Remodel | $22,318 | $22,318 | $ - | Leasehold Improvements - Arlington Heights |
| 13-170 | 3/4/2011 | Roof replacement, flashing, bitumen | $12,675 | $12,675 | $ - | Leasehold Improvements - Arlington Heights |
| 13-171 | 9/1/2011 | Tile Under Freezers | $780 | $780 | $ - | Leasehold Improvements - Arlington Heights |
| 13-203 | 7/15/2013 | Asphalt, Remove and Replace | $32,223 | $22,483 | $9,740 | Leasehold Improvements - Arlington Heights |
| 13-231 | 11/5/2018 | Shingled Roof Replacement | $6,840 | $904 | $5,936 | Leasehold Improvements - Arlington Heights |
| 13-232 | 4/1/2021 | Sidewalks Remove and Replace | $17,506 | $3,213 | $14,293 | Leasehold Improvements - Arlington Heights |
| 13-234 | 7/5/2021 | (2) Carrier Roof Top Air Conditioning Units | $17,600 | $1,125 | $16,475 | Leasehold Improvements - Arlington Heights |
| 13-260 | 11/9/2021 | Exterior Rear Door | $7,256 | $1,038 | $6,219 | Leasehold Improvements - Arlington Heights |
| 13-261 | 5/17/2022 | Roof Coating | $8,300 | $900 | $7,400 | Leasehold Improvements - Arlington Heights |
| 13-262 | 8/8/2022 | Asphalt Repair | $12,300 | $1,148 | $11,152 | Leasehold Improvements - Arlington Heights |
| 13-263 | 8/22/2022 | FRP and Backer Installation | $3,300 | $899 | $2,401 | Leasehold Improvements - Arlington Heights |
| 13-264 | 12/14/2022 | Counter Stainless Steel Frame and Doors | $4,460 | $312 | $4,148 | Leasehold Improvements - Arlington Heights |
| 13-273 | 10/27/1997 | CUSTOM AWNING REPLACEMENT/LABOR/PLEXI FACES | $16,937 | $16,937 | $ - | Leasehold Improvements - Arlington Heights |
| 13-274 | 10/27/1997 | CUSTOM CHANNEL LETTERS/LABOR | $4,420 | $4,420 | $ - | Leasehold Improvements - Arlington Heights |
| 13-275 | 10/31/1997 | TELEPHONE SERVICE ESTABLISHED | $339 | $339 | $ - | Leasehold Improvements - Arlington Heights |
| 13-276 | 11/4/1997 | INSTALLED PLANT MATERIAL | $2,495 | $2,495 | $ - | Leasehold Improvements - Arlington Heights |
| 13-277 | 10/27/1997 | JSB-ARCHITECTURAL FEES | $1,026 | $1,026 | $ - | Leasehold Improvements - Arlington Heights |
| 13-278 | 8/26/1997 | JSB-PERMIT | $989 | $989 | $ - | Leasehold Improvements - Arlington Heights |
| 13-279 | 9/2/1997 | JSB-MILLWORK | $42,909 | $42,909 | $ - | Leasehold Improvements - Arlington Heights |
| 13-280 | 9/18/1997 | JSB-HVAC | $15,750 | $15,750 | $ - | Leasehold Improvements - Arlington Heights |
| 13-281 | 9/18/1997 | JSB-DRYWALL, CARPENTRY & ACCOUSTICS | $9,810 | $9,810 | $ - | Leasehold Improvements - Arlington Heights |
| 13-282 | 9/18/1997 | JSB-GENERAL CONDITIONS | $8,225 | $8,225 | $ - | Leasehold Improvements - Arlington Heights |
| 13-283 | 9/18/1997 | JSB-PAINT & WALL COVERING | $6,555 | $6,555 | $ - | Leasehold Improvements - Arlington Heights |
| 13-284 | 10/27/1997 | JSB-ELECTRIC | $28,222 | $28,222 | $ - | Leasehold Improvements - Arlington Heights |
| 13-285 | 10/27/1997 | JSB-PLUMBING | $28,200 | $28,200 | $ - | Leasehold Improvements - Arlington Heights |
| 13-286 | 10/27/1997 | JSB-TILE FLOORING | $15,150 | $15,150 | $ - | Leasehold Improvements - Arlington Heights |
| 13-287 | 10/27/1997 | JSB-PERMIT | $1,000 | $1,000 | $ - | Leasehold Improvements - Arlington Heights |
| 13-288 | 1/14/1998 | JSB-ASPHALT | $8,633 | $8,633 | $ - | Leasehold Improvements - Arlington Heights |
| 13-289 | 1/14/1998 | JSB-CONCRETE PATCH/PLUMBING | $1,230 | $1,230 | $ - | Leasehold Improvements - Arlington Heights |
| 13-290 | 1/14/1998 | JSB-PERMIT REVIEW FEE | $770 | $770 | $ - | Leasehold Improvements - Arlington Heights |
| 13-291 | 1/14/1998 | JSB ADD'L-CARPENTRY | $3,681 | $3,681 | $ - | Leasehold Improvements - Arlington Heights |
| 13-292 | 1/14/1998 | JSB ADD'L-PAINTING | $1,265 | $1,265 | $ - | Leasehold Improvements - Arlington Heights |
| 13-293 | 1/14/1998 | JSB ADD'L-PLUMBING | $1,530 | $1,530 | $ - | Leasehold Improvements - Arlington Heights |
| 14-185 | 1/14/1998 | JSB ADD'L-DRYWALL | $3,240 | $3,240 | $ - | Leasehold Improvements - Arlington Heights |
| 14-197 | 1/14/1998 | JSB ADD'L-TILE | $575 | $575 | $ - | Leasehold Improvements - Arlington Heights |
| 15-012 | 1/14/1998 | JSB ADD'L-MILLWORK | $2,721 | $2,721 | $ - | Leasehold Improvements - Arlington Heights |
| 15-013 | 1/14/1998 | JSB ADD'L-HVAC | $1,297 | $1,297 | $ - | Leasehold Improvements - Arlington Heights |
| 15-031 | 1/14/1998 | JSB ADD'L-CONCRETE | $195 | $195 | $ - | Leasehold Improvements - Arlington Heights |
| 16-039 | 1/14/1998 | JSB ADD'L-ACCOUSTIC | $415 | $415 | $ - | Leasehold Improvements - Arlington Heights |
| 18-177 | 1/14/1998 | JSB ADD'L-ELECTRIC | $3,535 | $3,535 | $ - | Leasehold Improvements - Arlington Heights |
| 19-001 | 1/14/1998 | JSB ADD'L-JSB FEES | $1,997 | $1,997 | $ - | Leasehold Improvements - Arlington Heights |
| 19-020 | 6/10/1999 | PARKING LOT REPAVING & REFURBISHMENT | $2,914 | $2,914 | $ - | Leasehold Improvements - Arlington Heights |
| 19-035 | 7/27/1999 | CUSTOM MENU BOARDS | $3,065 | $3,065 | $ - | Leasehold Improvements - Arlington Heights |
| 19-070 | 11/29/1999 | NEW OUTDOOR SIGNAGE | $3,777 | $3,777 | $ - | Leasehold Improvements - Arlington Heights |
| 19-073 | 8/6/1997 | JSB-FEES | $1,590 | $1,590 | $ - | Leasehold Improvements - Arlington Heights |
| 19-074 | 9/2/1997 | JSB-FEES | $4,299 | $4,299 | $ - | Leasehold Improvements - Arlington Heights |
| 20-004 | 9/18/1997 | JSB-FEES | $5,868 | $5,868 | $ - | Leasehold Improvements - Arlington Heights |
| 20-005 | 10/27/1997 | JSB-FEES | $334 | $334 | $ - | Leasehold Improvements - Arlington Heights |
| 20-007 | 7/23/1997 | JSB-DEMOLITION | $720 | $720 | $ - | Leasehold Improvements - Arlington Heights |
| 20-009 | 8/6/1997 | JSB-DEMOLITION | $2,960 | $2,960 | $ - | Leasehold Improvements - Arlington Heights |
| 20-010 | 7/17/1997 | JSB-MASONRY | $850 | $850 | $ - | Leasehold Improvements - Arlington Heights |
| 20-011 | 7/23/1997 | JSB-MASONRY | $50 | $50 | $ - | Leasehold Improvements - Arlington Heights |
| 20-102 | 11/17/2003 | ORIGINAL CONTRACT-2 INVOICES | $167,583 | $167,583 | $ - | Leasehold Improvements - Ballwin |
| 20-107 | 11/17/2003 | SMOOTHER 5 BLENDER PACKAGE | $2,549 | $2,549 | $ - | Leasehold Improvements - Ballwin |
| 20-117 | 11/17/2003 | CHANNEL LETTERS | $3,995 | $3,995 | $ - | Leasehold Improvements - Ballwin |
| 20-118 | 11/17/2003 | VINYL WALL COVERINGS | $2,046 | $2,046 | $ - | Leasehold Improvements - Ballwin |
| 20-119 | 11/24/2003 | 2ND DRAW-90% COMPLETE | $116,793 | $116,793 | $ - | Leasehold Improvements - Ballwin |
| 20-145 | 12/9/2003 | FINAL DRAW | $67,430 | $67,430 | $ - | Leasehold Improvements - Ballwin |
| 20-146 | 11/17/2003 | Ballwin L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Ballwin |
| 20-157 | 11/17/2003 | Ballwin L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Ballwin |
| 20-178 | 11/17/2003 | Ballwin L/H 15 Year Property | $ - | $ - | $ - | Leasehold Improvements - Ballwin |
| 20-179 | 11/17/2003 | Ballwin L/H 7 Year Property | $ - | $ - | $ - | Leasehold Improvements - Ballwin |
| 20-180 | 11/17/2003 | Ballwin L/H 5 Year Property | $ - | $ - | $ - | Leasehold Improvements - Ballwin |
| 20-181 | 1/28/2004 | DRAW 4 - CISSELL MUELLER | $2,741 | $2,741 | $ - | Leasehold Improvements - Ballwin |
| 20-182 | 1/28/2004 | Ballwin L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Ballwin |
| 20-183 | 10/1/2009 | Parking lot signage | $1,165 | $1,165 | $ - | Leasehold Improvements - Bartlett |
| 20-184 | 6/2/2022 | Tapered Insulation | $6,300 | $665 | $5,635 | Leasehold Improvements - Bartlett |
| 20-185 | 9/29/2023 | Asphalt Paving | $7,027 | $121 | $6,906 | Leasehold Improvements - Bartlett |
| 20-218 | 1/23/1998 | ENVIRONMENTAL ASSESSMENT | $1,100 | $1,100 | $ - | Leasehold Improvements - Bloomingdale |
| 20-220 | 1/23/1998 | APPRAISAL OF 338 ARMY TRAIL RD IN BLOOMINGDALE | $2,500 | $2,500 | $ - | Leasehold Improvements - Bloomingdale |
| 20-305 | 1/23/1998 | VILLAGE OF BLOOMINGDALE #9009 | $3,500 | $3,500 | $ - | Leasehold Improvements - Bloomingdale |
| 20-306 | 1/23/1998 | MILLER BROTHERS LANDSCAPE | $2,179 | $2,179 | $ - | Leasehold Improvements - Bloomingdale |
| 20-318 | 1/23/1998 | JSB-ARCHITECTURAL FEE-ORGINAL & ADDITIONS | $5,094 | $5,094 | $ - | Leasehold Improvements - Bloomingdale |
| 21-019 | 1/23/1998 | MILLER BROTHERS LANDSCAPE | $550 | $550 | $ - | Leasehold Improvements - Bloomingdale |
| 21-020 | 1/23/1998 | FROM CIP ACCOUNT | $9,040 | $9,040 | $ - | Leasehold Improvements - Bloomingdale |
| 21-021 | 1/23/1998 | JSB-ADD'L ARCHITECTURAL FEES-REVIEW OCT., 1997 | $1,842 | $1,842 | $ - | Leasehold Improvements - Bloomingdale |
| 21-022 | 4/29/1998 | PICTORIALS FOR COOLER & ID PLAQUES | $1,069 | $1,069 | $ - | Leasehold Improvements - Bloomingdale |
| 21-053 | 4/30/2003 | QUARRY TILE | $19,750 | $19,750 | $ - | Leasehold Improvements - Bloomingdale |
| 21-054 | 7/24/2007 | Parking lot sealcoating, striping, repair | $2,359 | $2,359 | $ - | Leasehold Improvements - Bloomingdale |
| 21-055 | 10/1/2009 | Handicap signs | $580 | $580 | $ - | Leasehold Improvements - Bloomingdale |

Page 32 of 38

Rider to Schedule A/B Part 8, Question 50)a

| 21-062 | 11/1/2009 | Cooler Floor | $5,000 | $1,000 | $ - | Leasehold Improvements - Bloomingdale |
|---|---|---|---|---|---|---|
| 21-064 | 12/21/2009 | Florida Floor Tile | $6,088 | $6,088 | $ - | Leasehold Improvements - Bloomingdale |
| 21-081 | 3/5/2010 | Florida Tile Progetto Casa Tobacco | $6,793 | $6,793 | $ - | Leasehold Improvements - Bloomingdale |
| 21-083 | 1/1/2010 | Proposal P1480 | $3,105 | $3,105 | $ - | Leasehold Improvements - Bloomingdale |
| 21-084 | 10/31/2012 | New p-trap with floor sink | $2,875 | $2,875 | $ - | Leasehold Improvements - Bloomingdale |
| 21-088 | 7/17/2013 | Asphalt, Remove and Replace | $2,755 | $1,921 | $834 | Leasehold Improvements - Bloomingdale |
| 21-089 | 8/27/2013 | Asphalt, Repair | $2,751 | $1,898 | $853 | Leasehold Improvements - Bloomingdale |
| 21-090 | 9/19/2016 | Asphalt Paving | $40,789 | $19,808 | $20,981 | Leasehold Improvements - Bloomingdale |
| 21-102 | 2/22/2017 | Major Tile Replacement, Sub-Flooring Leveling | $10,993 | $5,026 | $5,967 | Leasehold Improvements - Bloomingdale |
| 21-103 | 7/12/2019 | Roof Replacement | $31,500 | $3,614 | $27,886 | Leasehold Improvements - Bloomingdale |
| 21-104 | 7/10/1998 | FIXTURES CHOOSEN BY THE VILLAGE & LABOR | $1,014 | $1,014 | $ - | Leasehold Improvements - Bloomingdale |
| 21-123 | 8/27/1998 | GATES-BUILDING & INSTALLING | $1,400 | $1,400 | $ - | Leasehold Improvements - Bloomingdale |
| 21-152 | 1/23/1998 | JSB-DEMOLITION | $8,600 | $8,600 | $ - | Leasehold Improvements - Bloomingdale |
| 21-153 | 1/23/1998 | JSB-DRYWALL, CARPENTRY, ACCOUSTICS | $23,228 | $23,228 | $ - | Leasehold Improvements - Bloomingdale |
| 21-154 | 1/23/1998 | JSB-PAINTING & WALLCOVERING | $4,300 | $4,300 | $ - | Leasehold Improvements - Bloomingdale |
| 21-155 | 1/23/1998 | JSB-TILE | $18,999 | $18,999 | $ - | Leasehold Improvements - Bloomingdale |
| 21-156 | 1/23/1998 | JSB-GLASS | $1,550 | $1,550 | $ - | Leasehold Improvements - Bloomingdale |
| 21-167 | 1/23/1998 | JSB-MILLWORK | $52,375 | $52,375 | $ - | Leasehold Improvements - Bloomingdale |
| 21-168 | 1/23/1998 | JSB-CONCRETE | $2,500 | $2,500 | $ - | Leasehold Improvements - Bloomingdale |
| 21-169 | 1/23/1998 | JSB-DOOR KITS & BATH ACCESS | $2,575 | $2,575 | $ - | Leasehold Improvements - Bloomingdale |
| 21-170 | 1/23/1998 | JSB-PLUMBING | $24,500 | $24,500 | $ - | Leasehold Improvements - Bloomingdale |
| 21-188 | 1/23/1998 | JSB-ELECTRIC | $30,311 | $30,311 | $ - | Leasehold Improvements - Bloomingdale |
| 21-205 | 1/23/1998 | JSB-HVAC | $7,250 | $7,250 | $ - | Leasehold Improvements - Bloomingdale |
| 21-206 | 1/23/1998 | JSB-ALARM SYSTEM | $3,400 | $3,400 | $ - | Leasehold Improvements - Bloomingdale |
| 21-207 | 1/23/1998 | JSB-FLOOR PREP | $2,500 | $2,500 | $ - | Leasehold Improvements - Bloomingdale |
| 21-208 | 1/23/1998 | JSB-GENERAL CONDITIONS | $9,104 | $9,104 | $ - | Leasehold Improvements - Bloomingdale |
| 21-228 | 1/23/1998 | JSB-FEES | $13,383 | $13,383 | $ - | Leasehold Improvements - Bloomingdale |
| 21-229 | 1/23/1998 | JSB-ADD'L ELECTRIC | $2,375 | $2,375 | $ - | Leasehold Improvements - Bloomingdale |
| 21-230 | 1/23/1998 | JSB-ADD'L CARPENTRY | $971 | $971 | $ - | Leasehold Improvements - Bloomingdale |
| 21-231 | 1/23/1998 | JSB-ADD'L MILLWORK | $5,455 | $5,455 | $ - | Leasehold Improvements - Bloomingdale |
| 22-001 | 1/23/1998 | JSB-ADD'L GLAZER & PAINTER | $848 | $848 | $ - | Leasehold Improvements - Bloomingdale |
| 22-002 | 1/23/1998 | JSB-ADD'L HVAC | $1,069 | $1,069 | $ - | Leasehold Improvements - Bloomingdale |
| 22-036 | 1/23/1998 | JSB-ADD'L PLUMBING & ENGINEERING REBATE | $1,468 | $1,468 | $ - | Leasehold Improvements - Bloomingdale |
| 22-037 | 1/23/1998 | JSB-ADD'L PERMIT FEES | $1,508 | $1,508 | $ - | Leasehold Improvements - Bloomingdale |
| 22-038 | 1/23/1998 | JSB-ADD'L FEES | $959 | $959 | $ - | Leasehold Improvements - Bloomingdale |
| 22-039 | 1/23/1998 | JSB-ADD'L FEES FOR EXTERIOR WORK | $1,344 | $1,344 | $ - | Leasehold Improvements - Bloomingdale |
| 22-040 | 1/23/1998 | JSB-ADD'L EXTERIOR ELECTRICAL WORK | $1,922 | $1,922 | $ - | Leasehold Improvements - Bloomingdale |
| 22-041 | 1/23/1998 | JSB-ADD'L EXTERIOR WORK | $4,682 | $4,682 | $ - | Leasehold Improvements - Bloomingdale |
| 22-042 | 1/23/1998 | JSB-ADD'L REPAIR & PAINT EXTERIOR, INSTALL DRYVIT | $12,595 | $12,595 | $ - | Leasehold Improvements - Bloomingdale |
| 22-043 | 1/23/1998 | JSB-HEALTH INSPEC PERMIT 300/MECH ENGINEERING 4500 | $4,800 | $4,800 | $ - | Leasehold Improvements - Bloomingdale |
| 22-054 | 1/23/1998 | Bloomingdale L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Bloomingdale |
| 22-055 | 1/23/1998 | Bloomingdale L/H 15 Year Property | $ - | $ - | $ - | Leasehold Improvements - Bloomingdale |
| 22-056 | 1/23/1998 | Bloomingdale L/H 7 Year Property | $ - | $ - | $ - | Leasehold Improvements - Bloomingdale |
| 22-057 | 1/23/1998 | Bloomingdale L/H 5 Year Property | $ - | $ - | $ - | Leasehold Improvements - Bloomingdale |
| 22-058 | 8/27/1998 | Bloomingdale L/H 15 Year Property | $ - | $ - | $ - | Leasehold Improvements - Bloomingdale |
| 22-108 | 6/10/1999 | PARKING LOT PAVING & REFURBISHMENT | $3,026 | $3,026 | $ - | Leasehold Improvements - Bloomingdale |
| 22-138 | 7/27/1999 | CUSTOM MENU BOARDS | $3,065 | $3,065 | $ - | Leasehold Improvements - Bloomingdale |
| 22-139 | 10/25/2017 | Architectural Services | $24,050 | $9,919 | $14,131 | Leasehold Improvements - Bloomington TBJ |
| 22-140 | 10/25/2017 | Civil Engineering | $10,560 | $4,355 | $6,205 | Leasehold Improvements - Bloomington TBJ |
| 22-147 | 10/25/2017 | Design Development | $41,363 | $17,059 | $24,304 | Leasehold Improvements - Bloomington TBJ |
| 22-148 | 10/25/2017 | New ODI Interior Design | $11,700 | $4,825 | $6,875 | Leasehold Improvements - Bloomington TBJ |
| 22-149 | 10/25/2017 | Cabinetry | $124,387 | $109,928 | $14,459 | Leasehold Improvements - Bloomington TBJ |
| 22-150 | 2/1/2018 | Construction Administration Architectural Services | $8,200 | $1,244 | $6,956 | Leasehold Improvements - Bloomington TBJ |
| 22-151 | 11/3/2021 | Landscaping | $4,900 | $706 | $4,194 | Leasehold Improvements - Bloomington TBJ |
| 22-152 | 7/29/1998 | CONDUIT & WIRE TO FREEZER-CONDENSOR & EVAPORATOR | $2,579 | $2,579 | $ - | Leasehold Improvements - Bloomington TC |
| 22-153 | 11/5/1996 | JSB-ACOUSTICS | $4,091 | $4,091 | $ - | Leasehold Improvements - Bolingbrook |
| 22-154 | 11/5/1996 | JSB-ELECTRIC | $16,487 | $16,487 | $ - | Leasehold Improvements - Bolingbrook |
| 22-155 | 11/5/1996 | JSB-MILLWORK | $38,190 | $38,190 | $ - | Leasehold Improvements - Bolingbrook |
| 22-156 | 11/5/1996 | JSB-PAINTING & WALL COVERING | $4,600 | $4,600 | $ - | Leasehold Improvements - Bolingbrook |
| 22-157 | 11/5/1996 | JSB-SPRINKLERS | $5,110 | $5,110 | $ - | Leasehold Improvements - Bolingbrook |
| 22-158 | 11/5/1996 | JSB-TILE FLOORING | $17,750 | $17,750 | $ - | Leasehold Improvements - Bolingbrook |
| 22-159 | 11/5/1996 | JSB-DOOR FRAMES & HARDWARE | $390 | $390 | $ - | Leasehold Improvements - Bolingbrook |
| 22-160 | 11/5/1996 | JSB-GENERAL CONDITIONS | $5,380 | $5,380 | $ - | Leasehold Improvements - Bolingbrook |
| 22-161 | 11/5/1996 | JSB-FEES | $7,908 | $7,908 | $ - | Leasehold Improvements - Bolingbrook |
| 22-162 | 11/5/1996 | JSB-DRYWALL & CARPENTRY | $10,576 | $10,576 | $ - | Leasehold Improvements - Bolingbrook |
| 22-163 | 11/5/1996 | JSB-PLUMBING | $14,900 | $14,900 | $ - | Leasehold Improvements - Bolingbrook |
| 22-164 | 11/5/1996 | JSB INTERIOR CONSTRUCTION | $63,453 | $63,453 | $ - | Leasehold Improvements - Bolingbrook |
| 22-165 | 4/29/1998 | PICTORIALS FOR COOLER DOORS & ID PLAQUES | $1,069 | $1,069 | $ - | Leasehold Improvements - Bolingbrook |
| 22-166 | 4/1/2005 | Design Sketches | $2,275 | $2,275 | $ - | Leasehold Improvements - Bolingbrook |
| 22-167 | 6/28/2005 | Demo,Millwrk,Drywl,Ceiling,Tile,Paint,Plu,Ele | $66,382 | $66,382 | $ - | Leasehold Improvements - Bolingbrook |
| 22-168 | 7/30/2019 | HVAC Units (2) | $4,000 | $454 | $3,546 | Leasehold Improvements - Bolingbrook |
| 22-169 | 11/5/1996 | Bolingbrook L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Bolingbrook |
| 22-170 | 11/5/1996 | Bolingbrook L/I 7 Year Property | $ - | $ - | $ - | Leasehold Improvements - Bolingbrook |
| 22-171 | 11/5/1996 | Bolingbook L/H 5 Year Property | $ - | $ - | $ - | Leasehold Improvements - Bolingbrook |
| 22-172 | 3/24/1997 | JSB INERIOR CONSTRUCTION | $790 | $790 | $ - | Leasehold Improvements - Bolingbrook |
| 22-173 | 3/30/1999 | CUSTOM MENU BOARDS | $3,354 | $3,354 | $ - | Leasehold Improvements - Bolingbrook |
| 22-174 | 11/2/2014 | Civil Engineering Services 7/28/13 to 9/28/13 | $8,371 | $5,115 | $3,257 | Leasehold Improvements - Bolingbrook East TBJ |
| 22-175 | 11/2/2014 | Bolingbrook Phase I Environmental Site Assessment | $8,000 | $4,888 | $3,112 | Leasehold Improvements - Bolingbrook East TBJ |
| 22-194 | 11/2/2014 | Bolingbrook Sanitary Sewer Connection | $18,378 | $11,228 | $7,150 | Leasehold Improvements - Bolingbrook East TBJ |
| 22-198 | 11/2/2014 | Bolingbrook Soil Borings and Landscape Plans | $6,153 | $3,759 | $2,394 | Leasehold Improvements - Bolingbrook East TBJ |
| 22-199 | 11/2/2014 | Bolingbrook Civil Engineering Services 9/28/13 to | $12,099 | $12,099 | $ - | Leasehold Improvements - Bolingbrook East TBJ |
| 22-200 | 11/2/2014 | Bolingbrook  Architectural Services | $17,000 | $10,386 | $6,614 | Leasehold Improvements - Bolingbrook East TBJ |
| 23-025 | 11/2/2014 | Bolingbrook Building Permit Review Fee | $6,400 | $3,910 | $2,490 | Leasehold Improvements - Bolingbrook East TBJ |
| 23-026 | 11/2/2014 | Bolingbrook Site Development Permit, Review & Insp | $19,642 | $12,001 | $7,642 | Leasehold Improvements - Bolingbrook East TBJ |
| 23-027 | 11/2/2014 | Bolingbrook Civil Engineering Services 1/14-5/14 | $6,252 | $3,820 | $2,432 | Leasehold Improvements - Bolingbrook East TBJ |
| 23-028 | 11/2/2014 | Bolingbrook Architectural Services | $41,050 | $25,080 | $15,970 | Leasehold Improvements - Bolingbrook East TBJ |
| 23-059 | 11/2/2014 | Cabinetry - Fabrication & Installation | $61,690 | $37,690 | $24,000 | Leasehold Improvements - Bolingbrook East TBJ |
| 23-060 | 11/2/2014 | Bolingbrook Building Permit | $11,143 | $6,808 | $4,335 | Leasehold Improvements - Bolingbrook East TBJ |
| 23-072 | 11/2/2014 | Bolingbrook Architectural Services 5/1 - 8/1/14 | $8,000 | $4,888 | $3,112 | Leasehold Improvements - Bolingbrook East TBJ |
| 23-073 | 11/2/2014 | Bolingbrook Architectural Services 8/1 - 11/1/14 | $5,750 | $3,513 | $2,237 | Leasehold Improvements - Bolingbrook East TBJ |
| 23-074 | 5/22/2017 | Wood Grain Leasehold Buyout | $15,981 | $7,046 | $8,935 | Leasehold Improvements - Bolingbrook East TBJ |
| 23-075 | 5/22/2017 | Wood Grain Construction Costs | $140,000 | $61,728 | $78,272 | Leasehold Improvements - Bolingbrook East TBJ |
| 23-076 | 4/11/2018 | Building Permit | $6,486 | $952 | $5,534 | Leasehold Improvements - Champaign TBJ |

Rider to Schedule A/B Part 8, Question 50

| 23-077 | 4/11/2018 | Sign Package | $69,973 | $26,711 | $43,262 | Leasehold Improvements - Champaign TBJ |
|---|---|---|---|---|---|---|
| 23-078 | 4/11/2018 | Preliminary Design Architectural Services | $4,875 | $716 | $4,159 | Leasehold Improvements - Champaign TBJ |
| 23-079 | 4/11/2018 | Civil Engineering Services | $3,360 | $493 | $2,867 | Leasehold Improvements - Champaign TBJ |
| 23-080 | 4/11/2018 | Architectural Services | $6,150 | $903 | $5,247 | Leasehold Improvements - Champaign TBJ |
| 23-081 | 4/11/2018 | Design Development/CD's; Architectural Services | $38,850 | $5,704 | $33,146 | Leasehold Improvements - Champaign TBJ |
| 23-105 | 4/11/2018 | Civil Engineering Services | $7,467 | $1,096 | $6,371 | Leasehold Improvements - Champaign TBJ |
| 23-106 | 4/11/2018 | Cabinetry | $138,935 | $113,649 | $25,286 | Leasehold Improvements - Champaign TBJ |
| 23-107 | 4/11/2018 | Architectural Services | $24,500 | $3,597 | $20,903 | Leasehold Improvements - Champaign TBJ |
| 23-108 | 10/5/2021 | Landscaping | $2,950 | $441 | $2,509 | Leasehold Improvements - Champaign TBJ |
| 23-125 | 11/1/2009 | 4 Equip rail supports, 2 Pitch pans, walkway pads | $2,290 | $2,290 | $ - | Leasehold Improvements - Detroit TF |
| 23-126 | 12/15/2020 | Litght Pole Installation (2) | $2,900 | $589 | $2,311 | Leasehold Improvements - Detroit TF |
| 23-127 | 5/6/2021 | Water Extension to Back of Building | $4,493 | $796 | $3,697 | Leasehold Improvements - Detroit TF |
| 23-128 | 3/9/1998 | SAFE & KEYS | $982 | $982 | $ - | Leasehold Improvements - Downers Grove |
| 23-129 | 3/14/1998 | CUSTOM MENU BOARDS-INTERIOR SIGNS/LABOR | $4,601 | $4,601 | $ - | Leasehold Improvements - Downers Grove |
| 23-130 | 3/9/1998 | JSB-ARCHITECTURAL FEES | $4,000 | $4,000 | $ - | Leasehold Improvements - Downers Grove |
| 23-131 | 3/9/1998 | HEALTH INSPECTION PERMIT | $300 | $300 | $ - | Leasehold Improvements - Downers Grove |
| 23-132 | 3/9/1998 | MECHANICAL ENGINEERING | $3,755 | $3,755 | $ - | Leasehold Improvements - Downers Grove |
| 23-133 | 3/9/1998 | JSB-PERMIT FEE | $1,071 | $1,071 | $ - | Leasehold Improvements - Downers Grove |
| 23-134 | 3/9/1998 | OBERWEIS PANEL ON SHOPPING CENTER PYLON SIGN | $7,500 | $7,500 | $ - | Leasehold Improvements - Downers Grove |
| 23-135 | 3/9/1998 | LEASE LEGAL FEES | $2,493 | $2,493 | $ - | Leasehold Improvements - Downers Grove |
| 23-161 | 3/9/1998 | JSB-SANITATION PERMIT FEE | $1,741 | $1,741 | $ - | Leasehold Improvements - Downers Grove |
| 23-162 | 3/9/1998 | JSB INTERIOR CONSTRUCTION | $143,984 | $143,984 | $ - | Leasehold Improvements - Downers Grove |
| 23-163 | 4/29/1998 | PICTORIALS FOR COOLER DOORS & ID PLAQUES | $1,069 | $1,069 | $ - | Leasehold Improvements - Downers Grove |
| 23-164 | 4/9/1998 | JSB INTERIOR CONSTRUCTION | $48,321 | $48,321 | $ - | Leasehold Improvements - Downers Grove |
| 23-165 | 6/21/2018 | Kitchen Ceiling Tile Replacement | $8,392 | $1,190 | $7,202 | Leasehold Improvements - Downers Grove |
| 23-166 | 6/21/2018 | Surveillance Equipment | $1,201 | $170 | $1,030 | Leasehold Improvements - Downers Grove |
| 23-167 | 6/1/2018 | Cabinetry | $67,360 | $53,756 | $13,604 | Leasehold Improvements - Downers Grove |
| 23-168 | 6/21/2018 | Architectural Services | $36,950 | $5,241 | $31,709 | Leasehold Improvements - Downers Grove |
| 23-170 | 6/21/2018 | Construction Draws #1-4 | $601,193 | $85,269 | $515,923 | Leasehold Improvements - Downers Grove |
| 23-171 | 9/19/2018 | Installation of Heavy Wall on Rooftop for Water Me | $2,679 | $363 | $2,316 | Leasehold Improvements - Downers Grove |
| 23-172 | 11/5/2018 | Tile Installation | $1,750 | $231 | $1,519 | Leasehold Improvements - Downers Grove |
| 23-173 | 12/19/2018 | Upsize Gas Meter | $3,595 | $1,207 | $2,388 | Leasehold Improvements - Downers Grove |
| 23-174 | 7/5/2022 | SS installation and FRP installation on walls | $7,426 | $739 | $6,687 | Leasehold Improvements - Downers Grove |
| 23-175 | 3/9/1998 | Downers Grove L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Downers Grove |
| 23-176 | 3/9/1998 | Downers Grove L/H 7 Year Property | $ - | $ - | $ - | Leasehold Improvements - Downers Grove |
| 23-177 | 3/9/1998 | Downers Grove L/H 5 Year Property | $ - | $ - | $ - | Leasehold Improvements - Downers Grove |
| 23-178 | 7/27/1999 | CUSTOM MENU BOARD | $3,065 | $3,065 | $ - | Leasehold Improvements - Downers Grove |
| 23-179 | 2/25/1999 | FIRE ALARM SYSTEM & UNDERCANOPY SOFFIT SIGN | $1,772 | $1,772 | $ - | Leasehold Improvements - Downers Grove |
| 23-180 | 4/14/1999 | WINDOW TREATMENT ETCHED LOOK | $1,257 | $1,257 | $ - | Leasehold Improvements - Downers Grove |
| 23-181 | 1/1/2001 | ELGIN TENANT PANELS | $795 | $795 | $ - | Leasehold Improvements - Elgin |
| 23-182 | 9/19/2001 | NEW COMMERCIAL AWNINGS | $3,071 | $3,071 | $ - | Leasehold Improvements - Elgin |
| 23-183 | 6/1/2011 | Grease Trap | $5,100 | $5,100 | $ - | Leasehold Improvements - Elgin |
| 23-184 | 12/18/1998 | JSB-DRYWALL, CARPENTRY & ACOUSTICS | $27,365 | $27,365 | $ - | Leasehold Improvements - Elgin |
| 23-185 | 12/18/1998 | JSB-MASONRY | $1,250 | $1,250 | $ - | Leasehold Improvements - Elgin |
| 23-186 | 12/18/1998 | JSB-PLUMBING | $27,300 | $27,300 | $ - | Leasehold Improvements - Elgin |
| 23-187 | 12/18/1998 | JSB-ELECTRIC | $36,970 | $36,970 | $ - | Leasehold Improvements - Elgin |
| 23-188 | 12/18/1998 | JSB-HVAC | $9,330 | $9,330 | $ - | Leasehold Improvements - Elgin |
| 23-189 | 12/18/1998 | JSB-FLOORING | $16,575 | $16,575 | $ - | Leasehold Improvements - Elgin |
| 97-131 | 12/18/1998 | JSB-GLAZING | $4,400 | $4,400 | $ - | Leasehold Improvements - Elgin |
| 13-095 | 12/18/1998 | JSB-PAINTING | $4,700 | $4,700 | $ - | Leasehold Improvements - Elgin |
| 13-096 | 12/18/1998 | JSB-DOORS/BATH ACCESSORIES | $2,435 | $2,435 | $ - | Leasehold Improvements - Elgin |
| 13-097 | 12/18/1998 | JSB-MILLWORK | $37,950 | $37,950 | $ - | Leasehold Improvements - Elgin |
| 13-098 | 12/18/1998 | JSB-SPRINKLERS | $4,000 | $4,000 | $ - | Leasehold Improvements - Elgin |
| 13-099 | 12/18/1998 | JSB-DRIVE THROUGH SYSTEM | $2,500 | $2,500 | $ - | Leasehold Improvements - Elgin |
| 13-104 | 12/18/1998 | JSB-ROOFING | $3,000 | $3,000 | $ - | Leasehold Improvements - Elgin |
| 13-105 | 12/18/1998 | JSB-CONCRETE FLOOR PATCH | $2,000 | $2,000 | $ - | Leasehold Improvements - Elgin |
| 13-106 | 12/18/1998 | JSB-GLASS TINTING | $1,065 | $1,065 | $ - | Leasehold Improvements - Elgin |
| 13-108 | 12/18/1998 | JSB-GENERAL CONDITIONS | $9,042 | $9,042 | $ - | Leasehold Improvements - Elgin |
| 13-109 | 12/18/1998 | JSB-FEES | $13,292 | $13,292 | $ - | Leasehold Improvements - Elgin |
| 13-110 | 12/18/1998 | JSB-PERMIT FEES & ARCHITECTURAL FEES | $10,070 | $10,070 | $ - | Leasehold Improvements - Elgin |
| 13-111 | 12/18/1998 | GRATE SIGNS SIGNAGE-A | $12,145 | $12,145 | $ - | Leasehold Improvements - Elgin |
| 13-112 | 12/18/1998 | TELEPHONE SERVICE ESTABLISHED | $406 | $406 | $ - | Leasehold Improvements - Elgin |
| 13-113 | 12/18/1998 | Elgin L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Elgin |
| 13-114 | 12/18/1998 | Elgin L/H 15 Year Property | $ - | $ - | $ - | Leasehold Improvements - Elgin |
| 13-115 | 12/18/1998 | Elgin L/H 7 Year Property | $ - | $ - | $ - | Leasehold Improvements - Elgin |
| 13-117 | 12/18/1998 | Elgin L/H 5 Year Property | $ - | $ - | $ - | Leasehold Improvements - Elgin |
| 13-124 | 2/15/1999 | JSB-MECHANICAL ENGINEERING FEES | $7,939 | $7,939 | $ - | Leasehold Improvements - Elgin |
| 13-126 | 1/20/1999 | CUSTOM MAGNETIC INSERTS | $822 | $822 | $ - | Leasehold Improvements - Elgin |
| 13-135 | 1/20/1999 | CUSTOM MENU BOARDS | $1,790 | $1,790 | $ - | Leasehold Improvements - Elgin |
| 13-136 | 3/23/1999 | JSB **** | $6,771 | $6,771 | $ - | Leasehold Improvements - Elgin |
| 13-137 | 8/30/1999 | JSB LEASEHOLD IMPROVEMENTS | $4,191 | $4,191 | $ - | Leasehold Improvements - Elgin |
| 13-138 | 8/1/1999 | JSB L/H IMPROV - PLUMBING CHANGE ORDER | $909 | $909 | $ - | Leasehold Improvements - Elgin |
| 13-139 | 3/23/1999 | Elgin L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Elgin |
| 13-155 | 8/6/1997 | JSB-DEMOLITION | $5,163 | $5,163 | $ - | Leasehold Improvements - Elmhurst |
| 13-195 | 4/29/1998 | PICTORIALS FOR COOLER DOORS & ID PLAQUES | $1,069 | $1,069 | $ - | Leasehold Improvements - Elmhurst |
| 13-199 | 11/29/2007 | Plan Review Fee Dupage County Health Dept | $500 | $500 | $ - | Leasehold Improvements - Elmhurst |
| 13-200 | 11/29/2007 | Architectural Service for Remodel, Permit sets | $5,147 | $5,147 | $ - | Leasehold Improvements - Elmhurst |
| 13-201 | 7/15/2008 | Elmhust Rebuild | $92,827 | $92,827 | $ - | Leasehold Improvements - Elmhurst |
| 13-206 | 10/16/2012 | New grease trap | $5,650 | $5,650 | $ - | Leasehold Improvements - Elmhurst |
| 13-228 | 8/6/1997 | JSB-HVAC | $17,690 | $17,690 | $ - | Leasehold Improvements - Elmhurst |
| 13-236 | 8/6/1997 | JSB-DRYWALL, CARPENTRY, & ACCOUSTICS | $25,030 | $25,030 | $ - | Leasehold Improvements - Elmhurst |
| 13-237 | 8/6/1997 | JSB-ELECTRIC | $22,979 | $22,979 | $ - | Leasehold Improvements - Elmhurst |
| 13-255 | 8/6/1997 | JSB-PLUMBING | $16,500 | $16,500 | $ - | Leasehold Improvements - Elmhurst |
| 13-256 | 8/6/1997 | JSB-MILLWORK | $44,495 | $44,495 | $ - | Leasehold Improvements - Elmhurst |
| 14-076 | 8/6/1997 | JSB-PAINTING & WALLCOVERING | $3,520 | $3,520 | $ - | Leasehold Improvements - Elmhurst |
| 16-055 | 8/6/1997 | JSB-SPRINKLERS | $4,150 | $4,150 | $ - | Leasehold Improvements - Elmhurst |
| 16-078 | 8/6/1997 | JSB-TILE FLOORING | $20,283 | $20,283 | $ - | Leasehold Improvements - Elmhurst |
| 97-01 | 8/6/1997 | JSB-BATH ACCESS | $475 | $475 | $ - | Leasehold Improvements - Elmhurst |
| 97-02 | 8/6/1997 | JSB-DOOR FRAMES & HARDWARE | $1,810 | $1,810 | $ - | Leasehold Improvements - Elmhurst |
| 97-03 | 8/6/1997 | JSB-CONCRETE | $1,800 | $1,800 | $ - | Leasehold Improvements - Elmhurst |
| 02-142 | 8/6/1997 | JSB-FEES | $1,015 | $1,015 | $ - | Leasehold Improvements - Elmhurst |
| 96-687 | 12/1/1997 | JSB-FEES | $11,185 | $11,185 | $ - | Leasehold Improvements - Elmhurst |
| 99-064 | 8/6/1997 | JSB-GENERAL CONDITIONS | $8,299 | $8,299 | $ - | Leasehold Improvements - Elmhurst |

Rider to Schedule A/B Part 8, Question 50 p.

| | | | | | | |
|---|---|---|---|---|---|---|
| 99-065 | 8/6/1997 | Elmhurst L/H 39 Year Property | $ - | | $ - | Leasehold Improvements - Elmhurst |
| 99-066 | 8/6/1997 | Elmhurst L/H 7 Year Property | $ - | | $ - | Leasehold Improvements - Elmhurst |
| 99-067 | 8/6/1997 | Elmhurst L/H 5 Year Property | $ - | | $ - | Leasehold Improvements - Elmhurst |
| 99-130 | 7/27/1999 | CUSTOM MENU BOARD | $3,065 | $3,065 | $ - | Leasehold Improvements - Elmhurst |
| 11-039 | 8/30/2005 | Evergreen Park Dairy Store Build | $223,112 | $223,112 | $ - | Leasehold Improvements - Evergreen Park |
| 11-119 | 8/30/2005 | Engineering Services | $9,825 | $9,825 | $ - | Leasehold Improvements - Evergreen Park |
| 13-188 | 8/30/2005 | Architectural Drawing | $6,000 | $6,000 | $ - | Leasehold Improvements - Evergreen Park |
| 13-194 | 9/1/2005 | Permit | $7,595 | $7,595 | $ - | Leasehold Improvements - Evergreen Park |
| 14-171 | 11/1/2005 | General Construction | $44,390 | $44,390 | $ - | Leasehold Improvements - Evergreen Park |
| 15-005 | 11/1/2005 | Evergreen Park L/H 39 Year Property | $ - | | $ - | Leasehold Improvements - Evergreen Park |
| 15-009 | 11/1/2005 | Evergree Park L/H 5 Year Property | $ - | | $ - | Leasehold Improvements - Evergreen Park |
| 18-186 | 11/19/2007 | Plan Review Food Lake county Health Dept | $931 | $931 | $ - | Leasehold Improvements - Gurnee |
| 20-128 | 11/19/2007 | Building, Permit | $234,604 | $234,604 | $ - | Leasehold Improvements - Gurnee |
| 20-300 | 11/19/2007 | Architecturals Services | $13,730 | $13,730 | $ - | Leasehold Improvements - Gurnee |
| 22-026 | 11/13/2007 | Fabricate and deliver casework | $30,005 | $30,005 | $ - | Leasehold Improvements - Gurnee |
| 22-191 | 12/1/2007 | Awning | $7,046 | $7,046 | $ - | Leasehold Improvements - Gurnee |
| 97-13 | 12/31/2007 | Building | $45,809 | $45,809 | $ - | Leasehold Improvements - Gurnee |
| 97-28 | 5/13/2010 | 12"X18" Aluminum No Parking Signs | $1,055 | $1,055 | $ - | Leasehold Improvements - Gurnee |
| 98-46 | 11/30/2015 | Mechanical Dockleveler | $7,835 | $4,224 | $3,611 | Leasehold Improvements - Indy Transfer Center |
| 98-47 | 12/30/2015 | Interior Remodel Work | $6,900 | $3,683 | $3,217 | Leasehold Improvements - Indy Transfer Center |
| 98-81 | 1/30/2016 | Plumbing Projects for Remodel | $9,150 | $1,858 | $7,292 | Leasehold Improvements - Indy Transfer Center |
| 00-029 | 5/23/2000 | ENGINEERING SERVICES | $5,844 | $5,844 | $ - | Leasehold Improvements - Joliet DS |
| 07-104 | 7/17/2000 | REMAINDER OF ENGINEERING FEES | $1,031 | $1,031 | $ - | Leasehold Improvements - Joliet DS |
| 09-110 | 8/21/2000 | CHANGE AWNING COLOR | $1,000 | $1,000 | $ - | Leasehold Improvements - Joliet DS |
| 09-173 | 7/4/2000 | CONSTRUCTION PERMITS | $4,900 | $4,900 | $ - | Leasehold Improvements - Joliet DS |
| 11-008 | 7/1/2000 | JSB-L/I ?????? | $211,829 | $211,829 | $ - | Leasehold Improvements - Joliet DS |
| 11-123 | 7/4/2000 | Joliet L/H 39 Year Property | $ - | | $ - | Leasehold Improvements - Joliet DS |
| 13-070 | 7/4/2000 | Joliet L/H 15 Year Property | $ - | | $ - | Leasehold Improvements - Joliet DS |
| 18-199 | 7/4/2000 | Joliet L/H 7 Year Property | $ - | | $ - | Leasehold Improvements - Joliet DS |
| 21-058 | 7/4/2000 | Joliet L/H 5 Year Property | $ - | | $ - | Leasehold Improvements - Joliet DS |
| 21-132 | 10/29/2013 | Cast Iron Sewer - Remove and Replace | $5,285 | $3,585 | $1,700 | Leasehold Improvements - Joliet DS |
| 21-235 | 2/23/2017 | Imperial Surveillance System | $6,971 | $3,186 | $3,786 | Leasehold Improvements - Joliet DS |
| 22-090 | 12/12/2002 | ENGINEERING FEES | $9,400 | $9,400 | $ - | Leasehold Improvements - Kirkwood |
| 22-137 | 12/15/2002 | ENGINEERING FEES | $2,450 | $2,450 | $ - | Leasehold Improvements - Kirkwood |
| 22-192 | 12/12/2002 | WALL COVERING/GRAPHICS | $2,416 | $2,416 | $ - | Leasehold Improvements - Kirkwood |
| 22-246 | 12/12/2002 | CONTRACT/FEES 3 INV. | $95,629 | $95,629 | $ - | Leasehold Improvements - Kirkwood |
| 97-103 | 12/12/2002 | ORIGINAL CONTRACT - LHOLD IMPROVEMENTS | $161,544 | $161,544 | $ - | Leasehold Improvements - Kirkwood |
| 97-104 | 12/12/2002 | Kirkwood L/H 39 Year Property | $ - | | $ - | Leasehold Improvements - Kirkwood |
| 97-138 | 12/12/2002 | Kirkwood L/H 7 Year Property | $ - | | $ - | Leasehold Improvements - Kirkwood |
| 97-140 | 12/12/2002 | Kirkwood L/H 5 Year Property | $ - | | $ - | Leasehold Improvements - Kirkwood |
| 97-196 | 8/15/2003 | CHANGE ORDERS TO CONTRACT | $18,130 | $18,130 | $ - | Leasehold Improvements - Kirkwood |
| 97-199 | 8/15/2003 | Kirkwood L/H 39 Year Property | $ - | | $ - | Leasehold Improvements - Kirkwood |
| 97-254 | 1/1/2016 | Replacement of Rooftop HVAC - Rheem | $10,674 | $5,693 | $4,981 | Leasehold Improvements - Kirkwood |
| 97-258 | 10/12/2021 | Ceiling Tiles, Stainless Steel Shelving | $7,358 | $1,090 | $6,268 | Leasehold Improvements - Kirkwood |
| 97-259 | 7/11/2002 | DIPPING CABINETS | $10,725 | $10,725 | $ - | Leasehold Improvements - Lake Zurich |
| 97-260 | 7/11/2002 | SHAKE MACHINE | $2,526 | $2,526 | $ - | Leasehold Improvements - Lake Zurich |
| 97-261 | 7/11/2002 | AWNINGS | $3,928 | $3,928 | $ - | Leasehold Improvements - Lake Zurich |
| 97-262 | 7/11/2002 | ORIGINAL CONTRACT | $85,793 | $85,793 | $ - | Leasehold Improvements - Lake Zurich |
| 97-263 | 7/11/2002 | UPGRADES/CHANGES  INVOICES | $27,707 | $27,707 | $ - | Leasehold Improvements - Lake Zurich |
| 97-264 | 7/1/2002 | REVISED CONTRACT | $71,104 | $71,104 | $ - | Leasehold Improvements - Lake Zurich |
| 97-277 | 7/15/2002 | COMMERCIAL AWNINGS | $5,186 | $5,186 | $ - | Leasehold Improvements - Lake Zurich |
| 98-105 | 8/19/2002 | UPGRADE/CHANGES | $46 | $46 | $ - | Leasehold Improvements - Lake Zurich |
| 98-106 | 7/11/2002 | ENGINEERING FEES - LAKE ZURICH | $4,900 | $4,900 | $ - | Leasehold Improvements - Lake Zurich |
| 98-107 | 10/23/2002 | ORIGINAL CONTRACT/CHANGES/ENG.FEE 3 INV | $114,097 | $114,097 | $ - | Leasehold Improvements - Lake Zurich |
| 98-216 | 7/11/2002 | Lake Zurich L/H 39 Year Property | $ - | | $ - | Leasehold Improvements - Lake Zurich |
| 98-217 | 10/23/2002 | Lake Zurich L/H 39 Year Property | $ - | | $ - | Leasehold Improvements - Lake Zurich |
| 98-218 | 7/11/2002 | Lake Zurich L/H 7 Year Property | $ - | | $ - | Leasehold Improvements - Lake Zurich |
| 98-219 | 7/11/2002 | Lake Zurich L/H 5 Year Property | $ - | | $ - | Leasehold Improvements - Lake Zurich |
| 98-220 | 10/23/2002 | Lake Zurich L/H 5 Year Property | $ - | | $ - | Leasehold Improvements - Lake Zurich |
| 98-221 | 9/6/2012 | Architectural Services | $24,798 | $24,798 | $ - | Leasehold Improvements - Lakeview |
| 98-222 | 9/6/2012 | Building Permit | $1,084 | $1,084 | $ - | Leasehold Improvements - Lakeview |
| 98-223 | 9/6/2012 | Cabinets | $20,808 | $20,808 | $ - | Leasehold Improvements - Lakeview |
| 98-224 | 9/6/2012 | Construction build-out | $207,175 | $207,175 | $ - | Leasehold Improvements - Lakeview |
| 98-225 | 9/6/2012 | Wallpaper | $1,216 | $1,216 | $ - | Leasehold Improvements - Lakeview |
| 98-226 | 9/6/2012 | Awnings (2 at location) | $4,737 | $4,737 | $ - | Leasehold Improvements - Lakeview |
| 99-069 | 12/19/2012 | Construction build out (final pmt) | $29,244 | $29,244 | $ - | Leasehold Improvements - Lakeview |
| 99-095 | 10/31/2006 | Water Line Construction | $2,060 | $2,060 | $ - | Leasehold Improvements - Milwaukee TC |
| 99-135 | 8/2/2006 | Building Contractors | $299,308 | $299,308 | $ - | Leasehold Improvements - Mokena |
| 97-255A | 10/10/2006 | Drive thru Window | $1,659 | $1,659 | $ - | Leasehold Improvements - Mokena |
| 97-255B | 8/2/2006 | Mokena L/H 39 Year Property | $ - | | $ - | Leasehold Improvements - Mokena |
| 97-255C | 8/2/2006 | Mokena L/H 7 Year Property | $ - | | $ - | Leasehold Improvements - Mokena |
| 97-255D | 8/2/2006 | Mokena L/H 5 Year Property | $ - | | $ - | Leasehold Improvements - Mokena |
| 97-256A | 9/30/2000 | NEW STORE LEASEHOLD IMPROVEMENTS | $218,145 | $218,145 | $ - | Leasehold Improvements - Naperville |
| 97-256B | 9/30/2000 | LANDLORD IMPROVEMENTS TO STORE | $6,545 | $6,545 | $ - | Leasehold Improvements - Naperville |
| 97-257A | 9/30/2000 | FINAL PAYMENT ON NAPERVILLE STORE | $57,433 | $57,433 | $ - | Leasehold Improvements - Naperville |
| 97-257B | 9/30/2000 | Naperville L/H 39 Year Property | $ - | | $ - | Leasehold Improvements - Naperville |
| 03-276 | 9/30/2000 | Naperville L/H 7 Year Property | $ - | | $ - | Leasehold Improvements - Naperville |
| 03-277 | 9/30/2000 | Naperville L/H 5 Year Propery | $ - | | $ - | Leasehold Improvements - Naperville |
| 03-278 | 1/20/2014 | Cabinetry - Fabrication and Installation | $39,408 | $26,135 | $13,273 | Leasehold Improvements - Naperville |
| 03-279 | 1/28/2014 | Architectural Services | $32,000 | $21,176 | $10,825 | Leasehold Improvements - Naperville |
| 03-317 | 1/28/2014 | Construction Draw #1 | $101,168 | $66,946 | $34,222 | Leasehold Improvements - Naperville |
| 03-365 | 2/27/2014 | Construction Draw #2 | $101,168 | $66,392 | $34,776 | Leasehold Improvements - Naperville |
| 03-376 | 5/20/2014 | Construction Draw - Final | $161,591 | $103,625 | $57,966 | Leasehold Improvements - Naperville |
| 03-377 | 3/19/2005 | General Construction of Naperville North Store | $272,318 | $272,318 | $ - | Leasehold Improvements - Naperville North |
| 03-378 | 7/1/2005 | Waterproofing Ledger below windows | $760 | $760 | $ - | Leasehold Improvements - Naperville North |
| 03-379 | 3/19/2005 | Naperville North L/H 39 Year Property | $ - | | $ - | Leasehold Improvements - Naperville North |
| 03-380 | 3/19/2005 | Naperville North L/H 5 Year Property | $ - | | $ - | Leasehold Improvements - Naperville North |
| 04-017 | 6/1/2011 | Hot Water Heater | $4,050 | $4,050 | $ - | Leasehold Improvements - Naperville North |
| 04-415 | 5/24/2002 | ENGINEERING FEE | $9,000 | $9,000 | $ - | Leasehold Improvements - Oakville |
| 09-139 | 5/24/2002 | PERMIT FEE | $816 | $816 | $ - | Leasehold Improvements - Oakville |
| 22-131 | 5/25/2002 | ARCHITECTURAL SERVICES -2 INVO;JCES 979.58+758.59 | $1,738 | $1,738 | $ - | Leasehold Improvements - Oakville |
| 23-147 | 5/25/2002 | JSB - 4INVOICES-103592.02+102287.24+87082.38+4034. | $296,996 | $296,996 | $ - | Leasehold Improvements - Oakville |
| 98-26 | 5/28/2002 | ARCHITECTURAL FEE | $2,840 | $2,840 | $ - | Leasehold Improvements - Oakville |

Rider to Schedule A/B Part 8, Question 50 p.

| | | | | | | |
|---|---|---|---|---|---|---|
| 98-29 | 5/24/2002 | ENGINEERING FEE | $2,750 | $2,750 | $ - | Leasehold Improvements - Oakville |
| 98-30 | 1/5/2002 | ORIGINAL CONTRACT | $25,156 | $25,156 | $ - | Leasehold Improvements - Oakville |
| 98-31 | 5/24/2002 | Oakville L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Oakville |
| 98-32 | 5/24/2002 | Oakville L/H 15 Year Property | $ - | $ - | $ - | Leasehold Improvements - Oakville |
| 98-33 | 5/24/2002 | Oakville L/H 7 Year Property | $ - | $ - | $ - | Leasehold Improvements - Oakville |
| 98-34 | 5/24/2002 | Oakville L/H 5 Year Property | $ - | $ - | $ - | Leasehold Improvements - Oakville |
| 98-36 | 6/11/2020 | Carrier HVAC Unit | $9,049 | $825 | $8,224 | Leasehold Improvements - Oakville |
| 98-85 | 1/1/2021 | Asphalt Remove and Replace | $38,350 | $7,670 | $30,680 | Leasehold Improvements - Oakville |
| 03-194 | 1/25/2021 | Fencing | $6,496 | $1,271 | $5,225 | Leasehold Improvements - Oakville |
| 07-092 | 3/30/2021 | Landscaping | $10,482 | $1,928 | $8,554 | Leasehold Improvements - Oakville |
| 09-138 | 5/13/2021 | Replacement of Facia and Soffit | $13,858 | $2,438 | $11,421 | Leasehold Improvements - Oakville |
| 09-154 | 10/5/2021 | Ceiling Tiles, Stainless Steel Shelving | $7,875 | $1,177 | $6,699 | Leasehold Improvements - Oakville |
| 09-184 | 11/7/2021 | Asphalt Installation | $3,300 | $473 | $2,827 | Leasehold Improvements - Oakville |
| 10-018 | 11/5/2021 | Landscaping | $4,890 | $703 | $4,187 | Leasehold Improvements - Oakville |
| 10-021 | 4/29/2020 | Environmental Site Assessment | $2,000 | $188 | $1,812 | Leasehold Improvements - O'Fallon |
| 12-198 | 4/29/2020 | Schematic Design | $14,987 | $1,412 | $13,575 | Leasehold Improvements - O'Fallon |
| 13-090 | 4/29/2020 | Construction Documents | $10,958 | $1,032 | $9,925 | Leasehold Improvements - O'Fallon |
| 13-193 | 4/29/2020 | Construction Documents, Zoning Hearing | $11,453 | $1,079 | $10,374 | Leasehold Improvements - O'Fallon |
| 16-057 | 4/29/2020 | Reimbursable Expenses | $4,956 | $467 | $4,489 | Leasehold Improvements - O'Fallon |
| 17-004 | 4/29/2020 | Construction Documents, MEP Engineering | $43,919 | $4,138 | $39,781 | Leasehold Improvements - O'Fallon |
| 19-050 | 4/29/2020 | Reimbursable Expenses | $4,200 | $396 | $3,804 | Leasehold Improvements - O'Fallon |
| 98-152 | 4/29/2020 | Reimbursable Expenses | $4,200 | $396 | $3,804 | Leasehold Improvements - O'Fallon |
| 98-163 | 4/29/2020 | Professional Services | $16,264 | $1,533 | $14,732 | Leasehold Improvements - O'Fallon |
| 98-181 | 4/29/2020 | Construction Administration | $3,471 | $327 | $3,144 | Leasehold Improvements - O'Fallon |
| 98-182 | 4/29/2020 | Reimbursable Expenses | $1,247 | $117 | $1,129 | Leasehold Improvements - O'Fallon |
| 98-183 | 4/29/2020 | Subsurface Exploration & Geotechnical Engineering | $4,950 | $466 | $4,484 | Leasehold Improvements - O'Fallon |
| 98-184 | 4/29/2020 | Sign Package | $107,074 | $26,232 | $80,842 | Leasehold Improvements - O'Fallon |
| 98-185 | 4/29/2020 | Relocate Overhead Electric Facilities | $2,238 | $211 | $2,027 | Leasehold Improvements - O'Fallon |
| 98-186 | 4/29/2020 | Traffic Study | $8,991 | $847 | $8,143 | Leasehold Improvements - O'Fallon |
| 98-187 | 4/29/2020 | Fire Permit | $5,500 | $518 | $4,982 | Leasehold Improvements - O'Fallon |
| 98-188 | 4/29/2020 | Water Line & Irrigation Line | $10,688 | $1,007 | $9,681 | Leasehold Improvements - O'Fallon |
| 98-189 | 4/29/2020 | Site Developoment & Plat Permits | $1,387 | $131 | $1,257 | Leasehold Improvements - O'Fallon |
| 98-190 | 4/29/2020 | Commercial Application Fee | $6,597 | $622 | $5,976 | Leasehold Improvements - O'Fallon |
| 98-191 | 4/29/2020 | OPLE Permit | $9,242 | $871 | $8,371 | Leasehold Improvements - O'Fallon |
| 98-192 | 4/29/2020 | Surveying Services | $3,028 | $285 | $2,742 | Leasehold Improvements - O'Fallon |
| 98-193 | 6/22/2020 | Civil Engineering Services | $9,493 | $859 | $8,634 | Leasehold Improvements - O'Fallon |
| 98-194 | 7/7/2020 | Civil Engineering Services | $1,350 | $121 | $1,229 | Leasehold Improvements - O'Fallon |
| 98-195 | 8/31/2020 | Heating/Cooling Unit Installation | $8,765 | $750 | $8,015 | Leasehold Improvements - O'Fallon |
| 98-196 | 8/22/2022 | Ductwork | $3,757 | $341 | $3,416 | Leasehold Improvements - O'Fallon |
| 98-197 | 12/15/2003 | CHANGE ORDERS | $51,557 | $51,557 | $ - | Leasehold Improvements - Orland Park |
| 98-198 | 3/8/2004 | CONTRACT AMOUNT FOR ORLAND PARK | $7,319 | $7,319 | $ - | Leasehold Improvements - Orland Park |
| 98-199 | 6/7/2004 | RETAINAGE FROM BASE CONTRACT | $7,675 | $7,675 | $ - | Leasehold Improvements - Orland Park |
| 98-200 | 6/26/2007 | Landscape enhancements | $2,850 | $2,850 | $ - | Leasehold Improvements - Orland Park |
| 98-201 | 11/24/2009 | Wainscot & Chair Rail | $7,950 | $7,950 | $ - | Leasehold Improvements - Orland Park |
| 98-202 | 11/9/2020 | Asphalt Replacement | $11,932 | $2,502 | $9,430 | Leasehold Improvements - Orland Park |
| 98-203 | 7/7/2021 | Landscaping | $3,750 | $622 | $3,128 | Leasehold Improvements - Orland Park |
| 98-204 | 12/12/2022 | 3 Compartment Sink | $5,238 | $368 | $4,870 | Leasehold Improvements - Orland Park |
| 98-205 | 9/22/1997 | LEASE LEGAL FEES | $2,117 | $2,117 | $ - | Leasehold Improvements - Oswego |
| 98-206 | 10/21/1997 | AWNINGS | $9,343 | $9,343 | $ - | Leasehold Improvements - Oswego |
| 98-207 | 1/19/1998 | SMOKE DETECTORS INTO ALARM SYSTEM (Installation) | $2,035 | $2,035 | $ - | Leasehold Improvements - Oswego |
| 98-208 | 4/29/1998 | PICTORIALS FOR COOLER DOORS & ID PLAQUES | $1,069 | $1,069 | $ - | Leasehold Improvements - Oswego |
| 98-519 | 11/11/2015 | Sewer line replacement | $6,745 | $3,660 | $3,085 | Leasehold Improvements - Oswego |
| 98-520 | 9/13/2022 | Clear Insulating Glass Unit | $2,378 | $206 | $2,172 | Leasehold Improvements - Oswego |
| 98-521 | 9/22/1997 | TELEPHONE SERVICE ESTABLISHED | $710 | $710 | $ - | Leasehold Improvements - Oswego |
| 98-522 | 9/22/1997 | EXTERIOR SIGNS-CUSTOM CHANNEL LETTERS | $4,344 | $4,344 | $ - | Leasehold Improvements - Oswego |
| 98-523 | 10/1/1997 | CIP BALANCE-TO BE SEPERATED | $3,923 | $3,923 | $ - | Leasehold Improvements - Oswego |
| 99-070 | 10/8/1997 | SIX SUN SHADES | $923 | $923 | $ - | Leasehold Improvements - Oswego |
| 99-097 | 8/2/1999 | 4 SUN SHADES | $500 | $500 | $ - | Leasehold Improvements - Oswego |
| 17-078 | 7/27/1999 | CUSTOM MENU BOARD | $3,065 | $3,065 | $ - | Leasehold Improvements - Oswego |
| 17-079 | 9/3/1999 | JSB STORE LEASEHOLD IMPROVEMENTS | $98,854 | $98,854 | $ - | Leasehold Improvements - Oswego |
| 17-080 | 9/3/1999 | Oswego L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Oswego |
| 17-081 | 9/3/1999 | Oswego L/H 7 Year Property | $ - | $ - | $ - | Leasehold Improvements - Oswego |
| 17-085 | 9/3/1999 | Oswego L/H 5 Year Property | $ - | $ - | $ - | Leasehold Improvements - Oswego |
| 18-001 | 7/30/1997 | LEASE LEGAL FEES | $2,334 | $2,334 | $ - | Leasehold Improvements - Park Ridge |
| 21-221 | 7/30/1997 | JSB-DEMOLITION | $4,610 | $4,610 | $ - | Leasehold Improvements - Park Ridge |
| 98-134 | 7/30/1997 | JSB-DRYWALL, CARPENTRY & ACCOUSTICS | $16,710 | $16,710 | $ - | Leasehold Improvements - Park Ridge |
| 96-01 | 7/30/1997 | JSB-ELECTRIC | $15,810 | $15,810 | $ - | Leasehold Improvements - Park Ridge |
| 96-02 | 4/29/1998 | PICTORIALS FOR COOLER DOORS & ID PLAQUES | $1,069 | $1,069 | $ - | Leasehold Improvements - Park Ridge |
| 96-03 | 6/15/2007 | Permit Fee for Park Ridge Buildout | $1,110 | $1,110 | $ - | Leasehold Improvements - Park Ridge |
| 96-04 | 6/21/2007 | Graphics | $1,130 | $1,130 | $ - | Leasehold Improvements - Park Ridge |
| 96-07 | 6/15/2007 | Architectural Services | $6,560 | $6,560 | $ - | Leasehold Improvements - Park Ridge |
| 96-08 | 6/15/2007 | Demolition, Millwork, Drywall Tile, Plumbing, Elec | $103,577 | $103,577 | $ - | Leasehold Improvements - Park Ridge |
| 96-09 | 10/7/2009 | Awnings with eradalit fabric | $5,710 | $5,710 | $ - | Leasehold Improvements - Park Ridge |
| 96-10 | 1/24/2012 | Carrier HVAC Rooftop unit Model# 48TFCD16 | $3,000 | $3,000 | $ - | Leasehold Improvements - Park Ridge |
| 96-11 | 7/30/1997 | JSB-PLUMBING | $29,860 | $29,860 | $ - | Leasehold Improvements - Park Ridge |
| 96-12 | 7/30/1997 | JSB-HVAC | $13,690 | $13,690 | $ - | Leasehold Improvements - Park Ridge |
| 96-14 | 7/30/1997 | JSB-MILLWORK | $37,845 | $37,845 | $ - | Leasehold Improvements - Park Ridge |
| 96-16 | 7/30/1997 | JSB-PAINTING & WALL COVERING | $3,820 | $3,820 | $ - | Leasehold Improvements - Park Ridge |
| 98-91 | 7/30/1997 | JSB-GLASS | $2,400 | $2,400 | $ - | Leasehold Improvements - Park Ridge |
| 05-049 | 7/30/1997 | JSB-TILE FLOORING | $17,475 | $17,475 | $ - | Leasehold Improvements - Park Ridge |
| 05-085 | 7/30/1997 | JSB-BATH ACCESS | $475 | $475 | $ - | Leasehold Improvements - Park Ridge |
| 19-046 | 7/30/1997 | JSB-DOOR FRAMES & HARDWARE | $1,920 | $1,920 | $ - | Leasehold Improvements - Park Ridge |
| 96-958 | 7/30/1997 | JSB-ARCHITECTURAL FEES | $4,000 | $4,000 | $ - | Leasehold Improvements - Park Ridge |
| 96-959 | 7/30/1997 | JSB-GENERAL CONDITIONS | $6,855 | $6,855 | $ - | Leasehold Improvements - Park Ridge |
| 96-960 | 7/30/1997 | JSB-PERMIT FEES | $1,157 | $1,157 | $ - | Leasehold Improvements - Park Ridge |
| 97-155 | 7/30/1997 | JSB-OTHER FEES | $4,920 | $4,920 | $ - | Leasehold Improvements - Park Ridge |
| 99-093 | 7/30/1997 | JSB-CONCRETE | $1,500 | $1,500 | $ - | Leasehold Improvements - Park Ridge |
| 14-105 | 7/30/1997 | JSB INTERIOR CONSTRUCTION | $520 | $520 | $ - | Leasehold Improvements - Park Ridge |
| 14-109 | 7/30/1997 | Park Ridge L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Park Ridge |
| 14-110 | 7/30/1997 | Park Ridge L/H 15 Year Property | $ - | $ - | $ - | Leasehold Improvements - Park Ridge |
| 14-113 | 7/30/1997 | Park Ridge L/H 5 Year | $ - | $ - | $ - | Leasehold Improvements - Park Ridge |
| 14-114 | 7/27/1999 | CUSTOM MENU BOARD | $3,065 | $3,065 | $ - | Leasehold Improvements - Park Ridge |
| 14-115 | 3/8/2004 | ADJUSTED CONTRACT AMT. FOR SCHAUMBURG | $25,802 | $25,802 | $ - | Leasehold Improvements - Schaumburg |

Rider to Schedule A/B Part 8, Question 50)

| | | | | | | |
|---|---|---|---|---|---|---|
| 14-117 | 7/9/2004 | PLANTS, SOIL, AND GRADE CLAY | $975 | $975 | $ - | Leasehold Improvements - Schaumburg |
| 14-118 | 1/1/2005 | Unilock Pavers & Mulch | $5,665 | $5,665 | $ - | Leasehold Improvements - Schaumburg |
| 14-120 | 12/2/2009 | Awnings, south side | $2,555 | $2,555 | $ - | Leasehold Improvements - Schaumburg |
| 14-121 | 11/27/2012 | Awning - vinyl | $2,998 | $2,998 | $ - | Leasehold Improvements - Schaumburg |
| 14-122 | 4/9/2023 | Fire Alarm System | $7,582 | $142 | $7,440 | Leasehold Improvements - Schaumburg |
| 14-123 | 8/19/2004 | 197940.60+31493.40-76350 CONTRUCTION SCHEREVILLE | $153,084 | $153,084 | $ - | Leasehold Improvements - Schereville |
| 14-127 | 8/19/2004 | 7900.00+7900.00 RETAINER FEE/FINAL PAYMENT | $15,800 | $15,800 | $ - | Leasehold Improvements - Schereville |
| 14-136 | 8/19/2004 | PAY REQUEST 1 FOR CONTRACTORS | $85,000 | $85,000 | $ - | Leasehold Improvements - Schereville |
| 17-018 | 8/19/2004 | Schereville L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Schereville |
| 17-022 | 8/19/2004 | Schereville IN L/H 7 Year Property | $ - | $ - | $ - | Leasehold Improvements - Schereville |
| 18-054 | 8/19/2004 | Schereville IN L/H 5 Year Property | $ - | $ - | $ - | Leasehold Improvements - Schereville |
| 18-055 | 10/22/2012 | Architectural services - survey | $7,475 | $7,475 | $ - | Leasehold Improvements - Skokie |
| 18-056 | 10/22/2012 | Architectural services - TBJ Development | $18,062 | $18,062 | $ - | Leasehold Improvements - Skokie |
| 18-057 | 10/22/2012 | Architectural services - other | $109,886 | $109,886 | $ - | Leasehold Improvements - Skokie |
| 18-058 | 10/22/2012 | Cabinets | $66,920 | $66,920 | $ - | Leasehold Improvements - Skokie |
| 18-059 | 10/22/2012 | Building permit fee | $26,291 | $26,291 | $ - | Leasehold Improvements - Skokie |
| 18-060 | 10/22/2012 | Plan review fee - construction | $500 | $500 | $ - | Leasehold Improvements - Skokie |
| 18-065 | 10/22/2012 | Special use permit - alley | $3,710 | $3,710 | $ - | Leasehold Improvements - Skokie |
| 18-066 | 10/22/2012 | Storm sewer system permit | $1,400 | $1,400 | $ - | Leasehold Improvements - Skokie |
| 21-187 | 10/22/2012 | Sewer system permit | $1,850 | $1,850 | $ - | Leasehold Improvements - Skokie |
| 09-153 | 4/25/2013 | 4 Patio Bases | $1,578 | $1,578 | $ - | Leasehold Improvements - Skokie |
| 20-320 | 9/23/2013 | Bus Station Cabinet | $1,458 | $1,458 | $ - | Leasehold Improvements - Skokie |
| 21-076 | 1/31/2013 | RCN Fiber & Coax Cable - Relocation | $27,883 | $27,883 | $ - | Leasehold Improvements - Skokie |
| 98-51 | 5/27/2022 | Roof Coating | $6,800 | $725 | $6,075 | Leasehold Improvements - St. Charles |
| 98-55 | 12/27/2002 | NEW OUTDOOR TWIST LOCK | $2,062 | $2,062 | $ - | Leasehold Improvements - St. Louis TC |
| 98-72 | 12/17/2002 | INSTALL 200A SERVICE | $4,964 | $4,964 | $ - | Leasehold Improvements - St. Louis TC |
| 98-73 | 7/1/2011 | Freezer Floor Project | $9,030 | $9,030 | $ - | Leasehold Improvements - St. Louis TC |
| 98-74 | 9/27/2017 | St. Louis Demising Wall Repairs | $17,489 | $7,302 | $10,187 | Leasehold Improvements - St. Louis TC |
| 98-75 | 11/24/2003 | BLUEPRINTING/COPYING/DELIVERY | $1,540 | $1,540 | $ - | Leasehold Improvements - St. Peters |
| 98-76 | 11/24/2003 | WALL COVERINGS | $1,622 | $1,622 | $ - | Leasehold Improvements - St. Peters |
| 98-77 | 11/24/2003 | DRAWING 1 | $83,670 | $83,670 | $ - | Leasehold Improvements - St. Peters |
| 98-78 | 11/24/2003 | SMOOTHER 5 BLENDER PACKAGE | $2,549 | $2,549 | $ - | Leasehold Improvements - St. Peters |
| 98-79 | 11/20/2003 | DRAW 2 | $156,789 | $156,789 | $ - | Leasehold Improvements - St. Peters |
| 98-83 | 11/24/2003 | St Peters L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - St. Peters |
| 98-84 | 11/24/2003 | St Peters L/H 7 Year Property | $ - | $ - | $ - | Leasehold Improvements - St. Peters |
| 18-114 | 11/24/2003 | St Peters L/H 5 Year Property | $ - | $ - | $ - | Leasehold Improvements - St. Peters |
| 18-119 | 1/29/2004 | DRAW 4-CISSELL MUELLER | $14,261 | $14,261 | $ - | Leasehold Improvements - St. Peters |
| 18-128 | 1/29/2004 | St Peters L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - St. Peters |
| 18-139 | 11/15/2004 | REPLACE 75 FT BROKEN PIPING | $20,880 | $20,880 | $ - | Leasehold Improvements - St. Peters |
| 18-178 | 10/1/2009 | Excavation, stone, paving of lot | $11,200 | $11,200 | $ - | Leasehold Improvements - Truck Barn |
| 18-180 | 7/4/2013 | Asphalt, Repair | $4,845 | $3,390 | $1,455 | Leasehold Improvements - Truck Barn |
| 18-198 | 8/8/2020 | Truck Barn Parking Lot Grind/Mill/Resurface | $45,121 | $10,224 | $34,897 | Leasehold Improvements - Truck Barn |
| 18-203 | 8/18/2020 | Truck Barn Lighting | $4,725 | $1,062 | $3,663 | Leasehold Improvements - Truck Barn |
| 22-144 | 6/2/2021 | Extend Truck Barn Parking Lot | $11,752 | $2,024 | $9,728 | Leasehold Improvements - Truck Barn |
| 98-512 | 8/3/1998 | PUSH BUTTON ENTRY LOCK, SIMPLEX 6000 | $259 | $259 | $ - | Leasehold Improvements - Truck Barn |
| 98-513 | 9/13/1998 | LANDSCAPING-GRAVEL, VISQUEEN, GRADE & HYDRO SEED | $3,475 | $3,475 | $ - | Leasehold Improvements - Truck Barn |
| 98-514 | 8/1/1998 | NORTH AURORA FIRE - NEW GARAGE | $1,960 | $1,960 | $ - | Leasehold Improvements - Truck Barn |
| 99-101 | 8/1/1998 | BUILDING PERMIT/PLAN REVIEW | $5,266 | $5,266 | $ - | Leasehold Improvements - Truck Barn |
| 99-120 | 8/1/1998 | SANITATION CONNECTION FEE | $392 | $392 | $ - | Leasehold Improvements - Truck Barn |
| 99-03 | 8/1/1998 | STORM SEWER | $100 | $100 | $ - | Leasehold Improvements - Truck Barn |
| 01-010 | 8/1/1998 | WATER CONNECTION/METER | $2,308 | $2,308 | $ - | Leasehold Improvements - Truck Barn |
| 01-113 | 4/29/1998 | PICTORIALS FOR COOLER DOORS & ID PLAQUES | $1,069 | $1,069 | $ - | Leasehold Improvements - Western Springs |
| 11-043 | 1/1/2001 | WATER SERVICE PLACEMENT | $4,100 | $4,100 | $ - | Leasehold Improvements - Western Springs |
| 98-301 | 3/15/2002 | INSTALL FRP AND TRIMS TO EXISTING WALLS | $1,600 | $1,600 | $ - | Leasehold Improvements - Western Springs |
| 98-302 | 3/22/2002 | CERAMIC TILE | $23,500 | $23,500 | $ - | Leasehold Improvements - Western Springs |
| 98-303 | 4/1/2002 | CERAMIC TILE | $8,062 | $8,062 | $ - | Leasehold Improvements - Western Springs |
| 98-304 | 4/8/2002 | REPLACE FRONT COUNTER | $14,230 | $14,230 | $ - | Leasehold Improvements - Western Springs |
| 98-305 | 6/1/2009 | Front door, Back door, bathroom door | $1,134 | $1,134 | $ - | Leasehold Improvements - Western Springs |
| 98-306 | 9/1/2009 | Altro Weld Rod, Sealant, Misc supplies | $991 | $991 | $ - | Leasehold Improvements - Western Springs |
| 98-307 | 12/7/2016 | Protect-All Flooring and Installation-Rear Office | $7,609 | $3,585 | $4,023 | Leasehold Improvements - Western Springs |
| 98-308 | 3/17/2017 | Protect-All Flooring and Installation-Customer Ser | $9,171 | $4,154 | $5,017 | Leasehold Improvements - Western Springs |
| 98-309 | 3/17/2017 | Protect-All Flooring and Installation-Kitchen Serv | $6,536 | $2,961 | $3,576 | Leasehold Improvements - Western Springs |
| 98-310 | 8/13/1995 | CM&M-CONSTRUCTION/REHAB OF BUILDING | $135,000 | $135,000 | $ - | Leasehold Improvements - Western Springs |
| 98-311 | 8/13/1995 | Western Springs L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Western Springs |
| 98-312 | 8/13/1995 | Western Springs L/H 7 Year Property | $ - | $ - | $ - | Leasehold Improvements - Western Springs |
| 98-313 | 8/13/1995 | Western Springs L/H 5 Year Property | $ - | $ - | $ - | Leasehold Improvements - Western Springs |
| 98-314 | 1/22/1996 | STRUCTURAL WORK | $3,298 | $3,298 | $ - | Leasehold Improvements - Western Springs |
| 98-315 | 11/13/1997 | AWNING MATERIAL/LABOR | $8,589 | $8,589 | $ - | Leasehold Improvements - Western Springs |
| 98-316 | 4/2/1999 | CUSTOM MENU BOARDS | $3,354 | $3,354 | $ - | Leasehold Improvements - Western Springs |
| 98-317 | 3/24/1999 | JSB REMODELING | $13,304 | $13,304 | $ - | Leasehold Improvements - Western Springs |
| 98-318 | 6/24/1999 | JSB REMODELING | $1,699 | $1,699 | $ - | Leasehold Improvements - Western Springs |
| 98-322 | 10/4/1999 | REPAINT-WESTERN SPRINGS STORE | $3,200 | $3,200 | $ - | Leasehold Improvements - Western Springs |
| 98-325 | 8/13/1995 | ARCHITECTURAL FEES & EXPENSES-Warren Johnson | $4,166 | $4,166 | $ - | Leasehold Improvements - Western Springs |
| 98-515 | 8/13/1995 | CM&M-ADD'L ELECTRICAL WORK | $4,945 | $4,945 | $ - | Leasehold Improvements - Western Springs |
| 98-516 | 8/13/1995 | CM&M-ADD'L-CERAMIC TILE | $2,900 | $2,900 | $ - | Leasehold Improvements - Western Springs |
| 98-517 | 8/13/1995 | CM&M-ADD'L-CARPENTRY, PLUMB'G, PAINT'G & FIRE ALAR | $2,067 | $2,067 | $ - | Leasehold Improvements - Western Springs |
| 98-518 | 10/2/2002 | PLAN  REVIEW FEE | $350 | $350 | $ - | Leasehold Improvements - Wheaton |
| 99-002 | 10/2/2002 | ORININAL CONTRACT 2INV. 79369.92+9800.00T | $89,170 | $89,170 | $ - | Leasehold Improvements - Wheaton |
| 99-106 | 10/2/2002 | ENGINEERING FEE | $2,450 | $2,450 | $ - | Leasehold Improvements - Wheaton |
| 99-107 | 11/8/2002 | ORIGINAL CONTRACT | $106,706 | $106,706 | $ - | Leasehold Improvements - Wheaton |
| 99-123 | 10/2/2002 | Wheaton L/H 39 Year Property | $ - | $ - | $ - | Leasehold Improvements - Wheaton |
| 99-136 | 10/2/2002 | Wheaton L/H 7 Year Property | $ - | $ - | $ - | Leasehold Improvements - Wheaton |
| 99-137 | 10/2/2002 | Wheaton L/H 5 Year Property | $ - | $ - | $ - | Leasehold Improvements - Wheaton |
| 99-216 | 8/13/2003 | EQUIPMENT PACKAGE | $37,000 | $37,000 | $ - | Leasehold Improvements - Wheaton |
| 97-84 | 10/8/2003 | CONCRETE,EXCAVATION OF PATIO | $5,033 | $5,033 | $ - | Leasehold Improvements Woodward |
| 98-93 | 3/1/2010 | Architect plans and services Michael Aragona | $18,451 | $18,451 | $ - | Leasehold Improvements Woodward |
| 07-142 | 3/1/2010 | Construction | $190,051 | $190,051 | $ - | Leasehold Improvements Woodward |
| 07-143 | 3/1/2010 | Awnings | $13,410 | $13,410 | $ - | Leasehold Improvements Woodward |
| 08-069 | 4/5/2010 | Construction final draw | $30,910 | $30,910 | $ - | Leasehold Improvements Woodward |
| 12-197 | 5/20/2010 | New light for rear door awning | $1,441 | $1,441 | $ - | Leasehold Improvements Woodward |
| 97-183 | 7/6/2021 | Metal Door and Frame | $2,298 | $382 | $1,916 | Leasehold Improvements Woodward |
| 97-221 | 8/16/2008 | Awnings, Door and Lock, Asbestos check | $11,663 | $11,663 | $ - | Leashold Improvements - Lincolnwood |
| 97-225 | 10/24/2008 | Architecuctural Services | $6,954 | $6,954 | $ - | Leashold Improvements - Lincolnwood |

Rider to Schedule A/B Part 8, Question 50 r

| 97-226 | 1/1/2009 | Architect | $809 | $809 | $ - | Leashold Improvements - Lincolnwood |
|--------|----------|-----------|------|------|-----|-------------------------------------|
| 97-238 | 8/19/2008 | Building Construction for Troy | $256,704 | $256,704 | $ - | Leashold Improvements - Troy |
| 97-239 | 10/7/2008 | Architectural Service | $7,232 | $7,232 | $ - | Leashold Improvements - Troy |
| 97-240 | 8/25/2021 | Awnings - Recover | $11,975 | $5,636 | $6,339 | M&E - St. Charles |
| | | Total | $47,136,191 | $35,117,542 | $12,018,650 | |

Rider to Schedule A/B Part 11, Question 73

| Description | Policy Type | Policy Term | Policy number |
|---|---|---|---|
| Workers Compensation | Travelers/Travelers Property Casualty Company of America | 7/1/2023 to 7/1/2024 | UB-0R659230-23-51-R (FL, WI) UB-0R659383-23-51-K (AOS) |
| Automobile Liability | Travelers/Travelers Property Casualty Company of America | 7/1/2023 to 7/1/2024 | TC2JCAP-0R536371-TIL-23 |
| Automobile Physical Damage | Travelers/Travelers Property Casualty Company of America | 7/1/2023 to 7/1/2024 | TJBAP-0R536383-TIL-23 |
| General Liability | QBE/Northpoint Insurance Company | 7/1/2023 to 7/1/2024 | 171000584 |
| Property & Equipment Breakdown | QBE/General Casualty Company of Wisconsin | 7/1/2023 to 7/1/2024 | QCI1352392 |
| Umbrella Liability | Travelers/Travelers Property Casualty Company of America | 7/1/2023 to 7/1/2024 | CUP-3S633138-23-NF |
| Excess Liability | Great American Insurance Company | 7/1/2023 to 7/1/2024 | TUE345537403 |
| Product Recall/Contamination | Allied World Surplus Lines Insurance Company | 7/1/2023 to 7/1/2024 | 0313-9015 |
| Cyber | Cowbell/Obsidian Specialty Insurance Company | 7/1/2023 to 7/1/2024 | OBD-CBSS7GNX2WO-002 |
| Workplace Violence Expense | Chubb/Federal Insurance Company | 7/1/2023 to 7/1/2024 | 8251-2407 |
| Tank Pollution Liability | Crum & Forster Specialty Insurance Company | 7/1/2023 to 7/1/2024 | STP-422533 |
| Directors & Officers Liability | Travelers/Travelers Casualty and Surety Company of America | 7/1/2023 to 7/1/2024 | 106270172 |
| Employment Practices Liability | Travelers/Travelers Casualty and Surety Company of America | 7/1/2023 to 7/1/2024 | 106270172 |
| Fiduciary Liability | Travelers/Travelers Casualty and Surety Company of America | 7/1/2023 to 7/1/2024 | 106270172 |
| Crime | Travelers/Travelers Casualty and Surety Company of America | 7/1/2023 to 7/1/2024 | 106270172 |

**Fill in this information to identify the case:**

Debtor name  Oberweis Dairy, Inc.

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  24-05385

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Associated Material Handling Solutions**
Creditor's Name

7954 Solution Center
Chicago, IL 60677-7009
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ Yes. Specify each creditor, including this creditor and its relative priority.
1 - this creditor; 2 - CIBC

Describe debtor's property that is subject to a lien
Warehouse equipment.

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $366,000.00    Value: Unknown

**2.2 Banc of America Leasing & Capital**
Creditor's Name

c/o Patricia James
2059 Northlake Parkway
Tucker, GA 30084
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
Trucks and equipment.

**Describe the lien**
Purchase Money Security
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: $1,184,728.58    Value: Unknown

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|---|
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |
| | 1 - this creditor; 2 - CIBC | |

---

| 2.3 | BMO Bank N.A. | Describe debtor's property that is subject to a lien | $831,754.90 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | Trucks. | | |
| | 300 E. John Carpenter Frwy. Irving, TX 75062 | | | |
| | Creditor's mailing address | **Describe the lien** Purchase Money Security | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|---|
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |
| | 1 - this creditor; 2 - CIBC | |

---

| 2.4 | CIBC Bank USA | Describe debtor's property that is subject to a lien | $14,229,566.87 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | All assets. | | |
| | 120 S. LaSalle St. Chicago, IL 60603 | | | |
| | Creditor's mailing address | **Describe the lien** Commercial Loan | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|---|
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |
| | See other Schedule D entries | |

---

| 2.5 | Daimler Truck Financial Services USA LLC | Describe debtor's property that is subject to a lien | $897,562.28 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | Trucks. | | |
| | PO Box 5261 Carol Stream, IL 60197 | | | |
| | Creditor's mailing address | **Describe the lien** Purchase Money Security | | |

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ Yes. Specify each creditor, including this creditor and its relative priority.
1 - this creditor; 2 - CIBC

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | First Commonwealth Equipment Finance | | | |
|---|---|---|---|---|

Creditor's Name

601 Philadelphia St.
Indiana, PA 15701

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Three refrigerated vans.

$318,147.50        Unknown

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ Yes. Specify each creditor, including this creditor and its relative priority.
1 - this creditor; 2 - CIBC

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | GM Financial |
|---|---|

Creditor's Name

801 Cherry Street
Ste. 3600
Fort Worth, TX 76102

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
One truck.

$44,854.92        Unknown

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ Yes. Specify each creditor, including this creditor and its relative priority.
1 - this creditor; 2 - CIBC

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.8 | TSC Equipment Finance LLC | Describe debtor's property that is subject to a lien | $235,749.04 | Unknown |

Creditor's Name

Trucks.

PO Box 536705
Pittsburgh, PA 15253-5909

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ Yes. Specify each creditor, including this creditor and its relative priority.
1 - this creditor; 2 - CIBC

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Wells Fargo Equipment Finance, Inc. | Describe debtor's property that is subject to a lien | $71,695.93 | Unknown |

Creditor's Name

Equipment - bottle washer.

Equipment Finance Inc.
600 South 4th Street
Minneapolis, MN 55415

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ Yes. Specify each creditor, including this creditor and its relative priority.
1 - this creditor; 2 - CIBC

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $18,180,060.02 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Aaron B. Chapin<br>Husch Blackwell LLP<br>120 South Riverside Plaza<br>Chicago, IL 60606 | Line 2.3 | |
| Charles S. Stahl, Jr., Esq.<br>Swanson, Martin & Bell<br>2525 Cabot Drive<br>Suite 204<br>Lisle, IL 60532 | Line 2.1 | |
| Clark Hill PLC<br>130 E. Randolph Street, Ste 3900<br>Attn: Joseph Archambeau, Travis Eliason<br>Chicago, IL 60601 | Line 2.8 | |
| Darcy & Devassy PC<br>444 N. Michigan Ave., Ste. 3270<br>Attn: Debra Devassy Babu<br>Chicago, IL 60611 | Line 2.9 | |
| Eric R. von Helms<br>Kohner, Mann & Kailas, S.C.<br>Milwaukee, WI 53212 | Line 2.2 | |
| Eric S. Rein, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>500 West Madison St.<br>Suite 3700<br>Chicago, IL 60661 | Line 2.4 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Oberweis Dairy, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 24-05385 |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>Aadi Thakkar<br>457 Mooresfield Street<br>Elgin, IL 60124 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $56.00 | $56.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>Aaron Morales<br>3935 Fairway Drive<br>Wilmette, IL 60091 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

20417

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

Aaron Nguyen
5242 North Oketo Avenue
Chicago, IL 60656

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$71.64    $71.64

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

Aarush Cheenapally
3834 Ledge Dr
Troy, MI 48084

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$36.00    $36.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

Abbigail Ledezma
1120 Pleasant Place
Aurora, IL 60505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$84.48    $84.48

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

Abbigale Woodard-Cooper
630 Sienna Drive
Schaumburg, IL 60193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$97.50    $97.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.84 | $240.84 |
|---|---|---|---|---|
| | Abdulaziz Afzal | Check all that apply. | | |
| | 11618 Glenn Circle | ☐ Contingent | | |
| | Plainfield, IL 60585 | ☐ Unliquidated | | |
| | | ☑ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Abigail Bowles | Check all that apply. | | |
| | 6449 North Newland Avenue | ☐ Contingent | | |
| | Chicago, IL 60631 | ☐ Unliquidated | | |
| | | ☑ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Abigail Brown | Check all that apply. | | |
| | 2804 Westridge Oaks Ct | ☐ Contingent | | |
| | Wildwood, MO 63040 | ☐ Unliquidated | | |
| | | ☑ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Abigail Cadre | Check all that apply. | | |
| | 3019 North Huntington Drive | ☐ Contingent | | |
| | Arlington Heights, IL 60004 | ☐ Unliquidated | | |
| | | ☑ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**2.11** Priority creditor's name and mailing address
Abigail Garrett
11 Clydesdale Ranch
St. Peters, MO 63376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$115.99    $115.99

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** Priority creditor's name and mailing address
Abigail Hurlbert
4 Northwinds Drive
St. Peters, MO 63376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$103.46    $103.46

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address
Abigail Schueller
33 South Cowley Road
Riverside, IL 60546

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$73.46    $73.46

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address
Adam Close
40W242 Chadsworth Drive
Geneva, IL 60134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.15** Priority creditor's name and mailing address

Addison Cummings
890 Brigantine Drive
New Lenox, IL 60451

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address

Addison Drace
9798 Sherrell Court
St. Louis, MO 63119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address

Addison Meachum
1713 Tall Oaks Drive
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$161.85     $161.85

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address

Addison Smith
1625 Eagle Circle
New Lenox, IL 60451

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$59.50     $59.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.98 | $196.98 |
|---|---|---|---|---|

Addison Taylor
2357 Wyckwood Drive
Aurora, IL 60506

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.34 | $70.34 |
|---|---|---|---|---|

Addison Wiltshire
3124 Austin Street
Naperville, IL 60564

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.16 | $396.16 |
|---|---|---|---|---|

Adem Sumic
3103 Broken Oak Dr.
F
St. Louis, MO 63129

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.79 | $89.79 |
|---|---|---|---|---|

Aden Flores
5 Parkdale Lane
St. Peters, MO 63376

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Adrian Schafer
857 Mitchell Avenue
Elmhurst, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.12 | $267.12 |
|---|---|---|---|---|

Adriana Morales
411 Mar Ton Estates Drive
O'Fallon, MO 63366

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.96 | $106.96 |
|---|---|---|---|---|

Adriana Pizano
666 Congdon Avenue
Elgin, IL 60120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.20 | $49.20 |
|---|---|---|---|---|

Adyson Meinen
22 Lost Dutchman Drive
St. Peters, MO 63376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address
Afnan Mohammed
3716 West Wallen Avenue
Lincolnwood, IL 60712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$56.04    $56.04

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address
Aidan Bicocchi
505 West Devon Avenue
Bartlett, IL 60103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address
Aidan Flannery
1 Cattail Court
Hawthorn Woods, IL 60047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$121.68    $121.68

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address
Aidan Rangel
14954 Moorings Lane
Oak Forest, IL 60452

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address
Aidan Soukup
21638 W Swan Court
Kildeer, IL 60047

As of the petition filing date, the claim is:          $70.14          $70.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address
Aidan Whitemountain
433 Fieldcrest Dr
St. Louis, MO 63119

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address
Aiden Letzring
45 Maywood Dr
Pleasant Ridge, MI 48069

As of the petition filing date, the claim is:          $90.84          $90.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address
Ainsley Barnes
2924 Astor Lane
Montgomery, IL 60538

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.35** | Priority creditor's name and mailing address
Airysh Mae Parro
236 Oakwood Lane
Bloomingdale, IL 60108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$173.94 | $173.94

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address
Aizhibek Zhumanalieva
6440 Trumbull Avenue
Lincolnwood, IL 60712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$103.32 | $103.32

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address
Alan Morales-Nu ez
411 Mar Ton Estates Drive
O'Fallon, MO 63366

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$92.82 | $92.82

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address
Alayna Thomas
14708 El Vista Avenue
Oak Forest, IL 60452

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
| --- | --- | --- | --- |
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.25 | $128.25 |
| --- | --- | --- | --- | --- |
| | Aldo Carrillo-Chavira | Check all that apply. | | |
| | 1003 Audubon Lane | ☐ Contingent | | |
| | Aurora, IL 60506 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.40 | $56.40 |
| --- | --- | --- | --- | --- |
| | Alejandro Garduno | Check all that apply. | | |
| | 314B Woodcreek Dr Apt114 | ☐ Contingent | | |
| | Bolingbrook, IL 60440 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.00 | $48.00 |
| --- | --- | --- | --- | --- |
| | Alen Beharic | Check all that apply. | | |
| | 1930 Habberton ave | ☐ Contingent | | |
| | Chicago, IL 60068 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.80 | $58.80 |
| --- | --- | --- | --- | --- |
| | Alex Sanchez-Garcia | Check all that apply. | | |
| | 6654 N. Trumbull Ave | ☐ Contingent | | |
| | Lincolnwood, IL 60712 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.43** | Priority creditor's name and mailing address

Alexander Padowski
948 East University Avenue
Arlington Heights, IL 60004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.44** | Priority creditor's name and mailing address

Alexander Reyes
10 Benton Court
O'Fallon, MO 63368

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$112.70    $112.70

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.45** | Priority creditor's name and mailing address

Alexander Schmitt
2440 Roxbury Lane
Montgomery, IL 60538

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,748.94    $1,748.94

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.46** | Priority creditor's name and mailing address

Alexander Toma
1302 Mill Creek Drive
Buffalo Grove, IL 60089

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Alexander Tuozzo
604 West Berkley Lane
Hoffman Estates, IL 60169

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |
|---|---|---|---|---|

Alexander Turner
374 Robinson Way
Batavia, IL 60510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $903.85 | $903.85 |
|---|---|---|---|---|

Alexander Vega
5735 N Moody Ave
Chicago, IL 60646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.93 | $110.93 |
|---|---|---|---|---|

Alexandra Boyas
1607 Coolidge Avenue
Wheaton, IL 60189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | | | | | |
|---|---|---|---|---|---|---|
| | Name | | | Case number (if known) | 24-05385 | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.98 | $44.98 |
|---|---|---|---|---|

Alexandra Dominguez
2624 Forestview Avenue
Brookfield, IL 60513

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

Alexandra Gutierrez
528 Palace Court
Schaumburg, IL 60194

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Alexandrea Jensen
11942 South Komensky Avenue
Alsip, IL 60803

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.32 | $145.32 |
|---|---|---|---|---|

Alexandria Slotabec
1718 Peyton Terrace
Shorewood, IL 60404

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.55**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| Alexia Roeva<br>535 Verde Drive<br>Schaumburg, IL 60173 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.56**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $607.70 | $607.70 |
|---|---|---|---|
| Alexis Holliman<br>108 Frederick Ave<br>Bellwood, IL 60104 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.57**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| Alexis Ingersoll<br>520 South Genesee Street<br>Waukegan, IL 60085 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**2.58**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| Alexis Leifel<br>1009 South 5th Street<br>St. Charles, IL 60174 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

### 2.59

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|
| Alexis Morrissey<br>3516 North Bell Avenue<br>Chicago, IL 60618 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### 2.60

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.55 | $149.55 |
|---|---|---|---|
| Alexis Patfield<br>2131 Baldwin Lane<br>Hanover Park, IL 60133 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### 2.61

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.72 | $125.72 |
|---|---|---|---|
| Alexis Vargas<br>514 Alyce Lane<br>Aurora, IL 60505 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### 2.62

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.80 | $196.80 |
|---|---|---|---|
| Alexys Girton<br>5835 Fresno Court<br>Unit A<br>Hanover Park, IL 60133 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.63** | Priority creditor's name and mailing address
Alicia Shi
25 Oldham Avenue
Naperville, IL 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.00        $63.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.64** | Priority creditor's name and mailing address
Alina Varghese
1121 Juniper Lane
Mount Prospect, IL 60056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.65** | Priority creditor's name and mailing address
Alisha Taylor
2112 South 17th Ave
Broadview, IL 60155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$759.62        $759.62

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.66** | Priority creditor's name and mailing address
Aliyah Knazze
6147 South Kimbark Avenue
Apt C
Chicago, IL 60637

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$56.28        $56.28

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.67** | Priority creditor's name and mailing address
Allen Hukic
7241 Rosewood Street
Hanover Park, IL 60133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$45.72    $45.72

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.68** | Priority creditor's name and mailing address
Allie Taschner
16 Cedar Court
St. Charles, MO 63301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.69** | Priority creditor's name and mailing address
Allison Banovic
12730 South Menard Avenue
Palos Heights, IL 60463

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.70** | Priority creditor's name and mailing address
Allsion Agathen
1402 Riverdale Manor Drive
O'Fallon, MO 63366

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.70 | $71.70 |
|---|---|---|---|---|

**Allyson Moldovan**
1501 East Central Road
Arlington Heights, IL 60005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.24 | $102.24 |
|---|---|---|---|---|

**Alondra Barajas**
3102 98th Street
Highland, IN 46322

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.80 | $55.80 |
|---|---|---|---|---|

**Alynn Bueavides**
2724 Martha St
Hammond, IN 46323

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $453.90 | $453.90 |
|---|---|---|---|---|

**Alyscia Rogers**
2522 Leeper Drive Apt.A
Champaign, IL 61822

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.75** | Priority creditor's name and mailing address
Alyse Ryniewicz
3213 Charlemagne Lane
St. Charles, IL 60174

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$340.96    $340.96

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.76** | Priority creditor's name and mailing address
Alyssa Kaighin
457 Chamberlin Drive
Ballwin, MO 63021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$500.65    $500.65

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.77** | Priority creditor's name and mailing address
Alyssa McCall
820 Harding Street
St. Peters, MO 63376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.78** | Priority creditor's name and mailing address
Alyssa Nelson
2310 Maple Ridge Drive
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$139.88    $139.88

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.79** | Priority creditor's name and mailing address
Alyssa Tolentino
1265 Prairie Avenue
Glendale Heights, IL 60139

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$340.20        $340.20

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.80** | Priority creditor's name and mailing address
Alyssa Zoerb
1128 59th Street
Downers Grove, IL 60516

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$39.00        $39.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.81** | Priority creditor's name and mailing address
Alyx Myslewiec
546 Wildmeadow Drive
Bolingbrook, IL 60490

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$70.00        $70.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.82** | Priority creditor's name and mailing address
Amanda Langer
10212 Jubil Drive
St. Louis, MO 63123

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**2.83**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.06 | $104.06 |
|---|---|---|---|
| Amanda Tauscher | Check all that apply. | | |
| 514 Normandy Lane | ☐ Contingent | | |
| Port Barrington, IL 60010 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.84**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| Amanii Carter | Check all that apply. | | |
| 272 Belden Avenue | ☐ Contingent | | |
| Glendale Heights, IL 60139 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.85**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.92 | $129.92 |
|---|---|---|---|
| Amber Magdziasz | Check all that apply. | | |
| 8168 Cove Court | ☐ Contingent | | |
| Tinley Park, IL 60487 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.86**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| Amelia Knapp | Check all that apply. | | |
| 2002 Bonnieview Drive | ☐ Contingent | | |
| Royal Oak, MI 48073 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.76 | $72.76 |
|---|---|---|---|---|
| | Amelia Mastela<br>5505 West 137th Street<br>Crestwood, IL 60445 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Amena Fathima<br>535 West Lies Road<br>Apt 2<br>Carol Stream, IL 60188 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.16 | $165.16 |
|---|---|---|---|---|
| | Amy Diaz<br>5436 Aimee Court<br>Oak Forest, IL 60452 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,096.16 | $1,096.16 |
|---|---|---|---|---|
| | Amy Pyatt<br>6432 Glenstone Dr<br>Imperial, MO 63052 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.91** | Priority creditor's name and mailing address
Amy Rein
1241 Chavaniac Drive
Ballwin, MO 63011

As of the petition filing date, the claim is:          $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.92** | Priority creditor's name and mailing address
Amya Brown
178 McCannon Street
Sugar Grove, IL 60554

As of the petition filing date, the claim is:          $170.52          $170.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.93** | Priority creditor's name and mailing address
Analia Yaniz
12464 Teluride Lane
Mokena, IL 60448

As of the petition filing date, the claim is:          $133.42          $133.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.94** | Priority creditor's name and mailing address
Anas Mohammed
3716 West Wallen Avenue
Lincolnwood, IL 60712

As of the petition filing date, the claim is:          $305.34          $305.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.78 | $62.78 |
|---|---|---|---|---|

Andrea Larin
1465 woodcutter Ln unit d
wheaton, IL 60189

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.33 | $155.33 |
|---|---|---|---|---|

Andres Nolasco
15 North Lincoln Street
Batavia, IL 60510

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.77 | $205.77 |
|---|---|---|---|---|

Andrew Cesario
9231 Willow Street
Orland Park, IL 60462

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $634.68 | $634.68 |
|---|---|---|---|---|

Andrew Faudi
403 Saint Patrick Dr
O Fallon, MO 63366-2241

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address<br>Andrew Grebel<br>5228 Fairview Avenue<br>Downers Grove, IL 60515 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $51.84 | $51.84 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address<br>Andrew Griggs<br>406 North Sappington Road<br>Glendale, MO 63122 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $52.89 | $52.89 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address<br>Andrew Lyons<br>667 Avondale Dr.<br>Saint Peters, MO 63376 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $206.72 | $206.72 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address<br>Andrew Sullivan<br>4130 Wolf Road<br>Western Springs, IL 60558 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $138.52 | $138.52 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.103** | Priority creditor's name and mailing address
Andrew Veloz
6160 South 6th Street
Lot 5C
Milwaukee, WI 53221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$710.00     $710.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.104** | Priority creditor's name and mailing address
Angel Herrera
106 Delaware Drive
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,184.88     $1,184.88

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.105** | Priority creditor's name and mailing address
Angel Perez
5425 North Moody Avenue
Chicago, IL 60630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$361.95     $361.95

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.106** | Priority creditor's name and mailing address
Angela Ephrem
3225 Everett Drive
Rochester Hills, MI 48307

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$102.60     $102.60

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.46 | $738.46 |
|---|---|---|---|---|

Angela Martinez
708 Draect
Wheeling, IL 60090

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.98 | $133.98 |
|---|---|---|---|---|

Angelika Bernardo
2940 Autumn Drive
Woodridge, IL 60517

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

Angelina Anderson
6850 North Ottawa Avenue
Chicago, IL 60631

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Angelina Becerra
1121 West Ogden Avenue
Unit 354
Naperville, IL 60563

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $374.73 | $374.73 |
|---|---|---|---|---|

Angelina Dillon
543 N. Arbogast St
Griffith, IN 46319

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

Is the claim subject to offset?
■ No
☐ Yes

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.20 | $67.20 |
|---|---|---|---|---|

Angelina Yacob
11400 Crown Drive
Sterling Heights, MI 48314

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

Is the claim subject to offset?
■ No
☐ Yes

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

Angelisa Gio
941 S Kirk Ave
Elmhurst, IL 60126

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

Is the claim subject to offset?
■ No
☐ Yes

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Angie Sanchez
5511 Chateau Drive
Rolling Meadows, IL 60008

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.115** | Priority creditor's name and mailing address
Anjali Patel
Blue Heron Circle
Bartlett, IL 60103

As of the petition filing date, the claim is:       $141.26    $141.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.116** | Priority creditor's name and mailing address
Anna Badon
719 Countryside Drive
Bolingbrook, IL 60490

As of the petition filing date, the claim is:       $177.92    $177.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.117** | Priority creditor's name and mailing address
Anna Erickson
0N670 Indian Knoll Road
West Chicago, IL 60185

As of the petition filing date, the claim is:       $128.64    $128.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.118** | Priority creditor's name and mailing address
Anna Badon
719 Countryside Dr
Bolingbrook, IL 60490

As of the petition filing date, the claim is:       $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.119** Priority creditor's name and mailing address

Anna Keeny
2489 Hayloft Lane
Elgin, IL 60124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.120** Priority creditor's name and mailing address

Anna Nielsen
19219 Crescent Drive
Mokena, IL 60448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.121** Priority creditor's name and mailing address

Anna Roberts
1689 Seaton Lane
Elgin, IL 60123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.122** Priority creditor's name and mailing address

Anna Roscoe
20857 North Swansway
Deer Park, IL 60010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$49.35   $49.35

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.123** | Priority creditor's name and mailing address
Anna Xuan
1911 Blossom Ridge Drive
Bolingbrook, IL 60490

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$105.36        $105.36

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.124** | Priority creditor's name and mailing address
Annabella Brannon
26w015 marrion Ave
Wheaton, IL 60187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$49.00        $49.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.125** | Priority creditor's name and mailing address
Annabella Ohlendorf
1036 North Randall Road
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$123.76        $123.76

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.126** | Priority creditor's name and mailing address
Annabelle Magrone
1029 Lakewood Drive
Bartlett, IL 60103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$47.71        $47.71

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Anne Oshana
752 Lakeridge Drive
South Elgin, IL 60177

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Annelyse Lockhart
20 River Boat Drive
St. Peters, MO 63376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.14 | $77.14 |
|---|---|---|---|---|

Annette Lee
764 Schooner Lane
Elk Grove Village, IL 60007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.38 | $193.38 |
|---|---|---|---|---|

Annissa Sanchez
323 Lind Avenue
Hillside, IL 60162

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | Anthony Barcas | Check all that apply. | | |
| | 4408 North Canfield Avenue | ☐ Contingent | | |
| | Norridge, IL 60706 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,161.74 | $1,161.74 |
| | Anthony Bickel | Check all that apply. | | |
| | 273 Maple Street | ☐ Contingent | | |
| | Sugar Grove, IL 60554 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.94 | $128.94 |
| | Anthony Bosch | Check all that apply. | | |
| | 2445 Riva Ridge Road | ☐ Contingent | | |
| | Montgomery, IL 60538 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
| | Antonio Miranda | Check all that apply. | | |
| | 1218 Alima Terrance | ☐ Contingent | | |
| | La Grange Park, IL 60526 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.135** | Priority creditor's name and mailing address

Antonio Moore
226 Stratford Road
Ferndale, MI 48220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.71    $63.71

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.136** | Priority creditor's name and mailing address

Antonio Robinson Homdus
402 Concord Drive
Morton Grove, IL 60053

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$70.00    $70.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.137** | Priority creditor's name and mailing address

Antwion Arnold
29942 Parkwood Street
Inkster, MI 48141

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$998.27    $998.27

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.138** | Priority creditor's name and mailing address

Aquilla  Ekhomu
1038 Richard Avenue
Berkeley, IL 60163

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$42.00    $42.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.139** | Priority creditor's name and mailing address
Arabella Wigand
157 Steamboat Lane
Ballwin, MO 63011

As of the petition filing date, the claim is:                    $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Paid in full postpetition per Court order.

Is the claim subject to offset?
■ No
☐ Yes

---

**2.140** | Priority creditor's name and mailing address
Ariadne Cortez
1546 Hollycrest Avenue
Aurora, IL 60506

As of the petition filing date, the claim is:                    $127.82      $127.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Paid in full postpetition per Court order.

Is the claim subject to offset?
■ No
☐ Yes

---

**2.141** | Priority creditor's name and mailing address
Ariana  Cisneros
102 South 12th Street
St. Charles, IL 60174

As of the petition filing date, the claim is:                    $31.08       $31.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Paid in full postpetition per Court order.

Is the claim subject to offset?
■ No
☐ Yes

---

**2.142** | Priority creditor's name and mailing address
Ariana Pacurar
421 Arrow Trail
Wheeling, IL 60090

As of the petition filing date, the claim is:                    $89.05       $89.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Paid in full postpetition per Court order.

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.143** | Priority creditor's name and mailing address
Arianna Brown
452 Newport Cir
Oswego, IL 60543-8675

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$242.76    $242.76

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.144** | Priority creditor's name and mailing address
Arin Joy
7659 West Balmoral Avenue
Chicago, IL 60656

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.145** | Priority creditor's name and mailing address
Armaan Hill
854 Station Boulevard
Aurora, IL 60504

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$278.70    $278.70

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.146** | Priority creditor's name and mailing address
Arthur Quarto
723 East Maple Street
Unit A
Lombard, IL 60148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$623.08    $623.08

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**2.147**

Priority creditor's name and mailing address
Arya Kandaswamy
1430 Cheswick Lane
Lake Zurich, IL 60047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$49.00    $49.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.148**

Priority creditor's name and mailing address
Ashley Gonzalez
1118 Mohawk Drive
Elgin, IL 60120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.149**

Priority creditor's name and mailing address
Athena Fox
6N782 Illinois Street
St. Charles, IL 60174

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$49.00    $49.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.150**

Priority creditor's name and mailing address
Atziry Flores
5105 North Lowell Avenue
Chicago, IL 60630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$61.88    $61.88

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.151** | Priority creditor's name and mailing address

Aubrey Chavira
2729 Emmas way
Geneva, IL 60134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$96.04    $96.04

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.152** | Priority creditor's name and mailing address

Aubrey Pike
3942 Regalway Drive
St. Louis, MO 63129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$99.60    $99.60

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.153** | Priority creditor's name and mailing address

Audrey Ruddy
1251 Wallen Place
Downers Grove, IL 60516

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$98.41    $98.41

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.154** | Priority creditor's name and mailing address

Augustus Hageman
5146 Harthlodge Drive
St. Louis, MO 63129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$92.99    $92.99

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.155** | Priority creditor's name and mailing address
Austin Yoon
39W313 West Mallory Drive
Geneva, IL 60134

As of the petition filing date, the claim is:                    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

**2.156** | Priority creditor's name and mailing address
Ava Eubank
5283 Standish Drive
Troy, MI 48085

As of the petition filing date, the claim is:                    $114.60    $114.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

**2.157** | Priority creditor's name and mailing address
Ava Nickerson
3507 North Claremont Avenue
Chicago, IL 60618

As of the petition filing date, the claim is:                    $64.53    $64.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

**2.158** | Priority creditor's name and mailing address
Ava Vinezeano
10840 Carpenter Street
Mokena, IL 60448

As of the petition filing date, the claim is:                    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.159** | Priority creditor's name and mailing address
Ava Welser
23396 Battelle Avenue
Hazel Park, MI 48030

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$167.28 | $167.28

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.160** | Priority creditor's name and mailing address
Avah Menary
446 North Chocolay Avenue
Clawson, MI 48017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$36.00 | $36.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.161** | Priority creditor's name and mailing address
Avery Appledorn
5824 Cliffside Drive
Troy, MI 48085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$56.00 | $56.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.162** | Priority creditor's name and mailing address
Avery Counihan
2610 Darfler Court
Aurora, IL 60503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$144.20 | $144.20

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.163** | Priority creditor's name and mailing address
Avery Fuentes
825 South Gate Road
New Lenox, IL 60451

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$112.56    $112.56

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.164** | Priority creditor's name and mailing address
Avyontai Ward
550 Irving Street
Joliet, IL 60432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.165** | Priority creditor's name and mailing address
Baeleice Paves
1915 Carlsbad Circle
304
Naperville, IL 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$104.32    $104.32

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.166** | Priority creditor's name and mailing address
Bailey Smith
710 Keene Avenue
Oswego, IL 60543

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$238.88    $238.88

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.167** | Priority creditor's name and mailing address
Baneen Saeed
1957 Blue Heron Circle
Bartlett, IL 60103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.28    $63.28

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.168** | Priority creditor's name and mailing address
Barbara Gardu o
314b Woodcreek Drive
Apt 114
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.169** | Priority creditor's name and mailing address
Basirat Oloko
115 James Jay Davis Dr
Mooseheart, IL 60539

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$69.02    $69.02

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.170** | Priority creditor's name and mailing address
Belinda  Wierer
2707 Frank Turk Dr
plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$144.76    $144.76

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.171** | Priority creditor's name and mailing address
Bella Banuelos
2638 North Windsor Drive
Arlington Heights, IL 60004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$600.00    $600.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.172** | Priority creditor's name and mailing address
Bella Cappadora
77 Sheffield Road
Montgomery, IL 60538

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$86.52    $86.52

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.173** | Priority creditor's name and mailing address
Ben Poulard
4439 Main Street
Skokie, IL 60076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$243.18    $243.18

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.174** | Priority creditor's name and mailing address
Benjamin Armstrong
530 Whitehall Way
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$175.89    $175.89

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

**2.175** | Priority creditor's name and mailing address

Benjamin Colucci
4465 Clausen Avenue
Western Springs, IL 60558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$70.50 | $70.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.176** | Priority creditor's name and mailing address

Benjamin Couture
800 South Ashland Avenue
La Grange, IL 60525

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$141.00 | $141.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.177** | Priority creditor's name and mailing address

Benjamin Funk
914 Marengo Drive
Troy, MI 48085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$365.25 | $365.25

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.178** | Priority creditor's name and mailing address

Bianca Rodriguez
6738 N. St Louis Ave
Lincolnwood, IL 60712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$175.30 | $175.30

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.179** Priority creditor's name and mailing address

Bianca Whitehead
1320 South Lorraine Road
Apt 3
Wheaton, IL 60189

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

$318.22          $318.22

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.180** Priority creditor's name and mailing address

Blake Chamberlain
2 Rainbow Circle #18
Bloomington, IL 61704

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

$793.28          $793.28

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.181** Priority creditor's name and mailing address

Blake Sustaita
1114 Fawnlily Circle
Joliet, IL 60431

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.182** Priority creditor's name and mailing address

Bobby Phillips
3141 Scott Street
Franklin Park, IL 60131

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

$49.00          $49.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.183**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.12 | $90.12 |
|---|---|---|---|

Bradley Shields
3827 Capri Court
Naperville, IL 60564

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.184**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.38 | $184.38 |
|---|---|---|---|

Brady Engler
1990 Rockland Drive
Aurora, IL 60503

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.185**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.42 | $266.42 |
|---|---|---|---|

Brandon Hill
904 South Adelaide Street
Normal, IL 61761

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.186**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $936.54 | $936.54 |
|---|---|---|---|

Brandon Jasso
4533 South Union Avenue
Chicago, IL 60609

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.187** | Priority creditor's name and mailing address
Brandon Sikes
817 Brookdale Dr
Arnold, MO 63010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,634.62    $1,634.62

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.188** | Priority creditor's name and mailing address
Brandon Turgeon
815 Creston Road
815
Troy, MI 48085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.28    $63.28

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.189** | Priority creditor's name and mailing address
Braylon Bailey
1547 Tina Lane
Flossmoor, IL 60422

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.190** | Priority creditor's name and mailing address
Breanna  Thomas
114 Spencer Lane
Oswego, IL 60543

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$103.74    $103.74

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.28 | $63.28 |
|---|---|---|---|---|

**2.191**

Priority creditor's name and mailing address

Breanna Lockwood
774 Inland Circle
304
Naperville, IL 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.28    $63.28

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.192**

Priority creditor's name and mailing address

Brendan Doriot
219 East Lincoln Avenue
Glendale Heights, IL 60139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$117.32    $117.32

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.193**

Priority creditor's name and mailing address

Brendan Kennedy
945 Hillside Avenue
Elmhurst, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.194**

Priority creditor's name and mailing address

Brendan Locke
1216 Danforth Drive
Batavia, IL 60510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.195** | Priority creditor's name and mailing address

Brennan Lockwood
774 Inland Circle
304
Naperville, IL 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.196** | Priority creditor's name and mailing address

Brian Franch
312 Chatelaine Court
Willowbrook, IL 60527

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,314.45   $1,314.45

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.197** | Priority creditor's name and mailing address

Brian Garza
408 South East Avenue
Aurora, IL 60505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$820.72   $820.72

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.198** | Priority creditor's name and mailing address

Brian Grant
12 Georgetown Circle
O'Fallon, MO 63368

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,115.39   $1,115.39

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,274.00 | $2,274.00 |
|---|---|---|---|---|
| | Brian Westphal<br>8338 Helmar Road<br>Newark, IL 60541 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Briana Florida-Joshi<br>4579 Hogan Lane<br>Wadsworth, IL 60083 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|
| | Briana Fuentes<br>715 Cedar Avenue<br>St. Charles, IL 60174 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.50 | $139.50 |
|---|---|---|---|---|
| | Brianna Dominguez-Barnes<br>4892 West Heritage Lane<br>Wadsworth, IL 60083 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.203** | Priority creditor's name and mailing address
Brianna Hege
1214 W Park Ave
Champaign, IL 61821

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$185.44    $185.44

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.204** | Priority creditor's name and mailing address
Brianna Horton
1801 218th Street
Sauk Village, IL 60411

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.205** | Priority creditor's name and mailing address
Brianna Ugarte
475 North Aldine Street
Elgin, IL 60123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$48.00    $48.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.206** | Priority creditor's name and mailing address
Brianne Bailey
2445 Atkinson
Detroit, MI 48206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.207** | Priority creditor's name and mailing address

Brooke Gallivan
16300 Olcott Avenue
Tinley Park, IL 60477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.31          $63.31

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.208** | Priority creditor's name and mailing address

Brooke Imhof
19927 Wildflower Drive
Frankfort, IL 60423

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$122.78          $122.78

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.209** | Priority creditor's name and mailing address

Brooke Licklider
171 Maple Shade Drive
Old Monroe, MO 63369

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$298.18          $298.18

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.210** | Priority creditor's name and mailing address

Brooke Malone
2005 Melrose Drive
Apt B
Champaign, IL 61820

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$60.00          $60.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**2.211** Priority creditor's name and mailing address
Brooklyn Bourgoine
1515 Reveres Ride
O'Fallon, MO 63366

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$130.00    $130.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.212** Priority creditor's name and mailing address
Caden Nyman
2513 Garlington Lane
Bloomington, IL 61704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.213** Priority creditor's name and mailing address
Caitlin McDonough
1112 Orchard Grove Drive
Royal Oak, MI 48067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.214** Priority creditor's name and mailing address
Caleb Michaliska
443 S Ardmore Ter
Addison, IL 60101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$615.39    $615.39

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.84 | $196.84 |
|---|---|---|---|---|

Caleb Moore
208 Glen Ellyn Road
Apt 105
Bloomingdale, IL 60108

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.60 | $114.60 |
|---|---|---|---|---|

Caleb Natale
1615 Brook Court
Aurora, IL 60504

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.04 | $116.04 |
|---|---|---|---|---|

Caleb Van Prooyen
2003 Jessamine Road
Bloomington, IL 61704

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $316.47 | $316.47 |
|---|---|---|---|---|

Caleb Wilson
1300 York dr
Carpentersville, IL 60110

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.219** Priority creditor's name and mailing address

Callie Choi
2800 Covert Road
Glenview, IL 60025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.220** Priority creditor's name and mailing address

Calvin Hall
1756 Brookdale Road
Naperville, IL 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.221** Priority creditor's name and mailing address

Cameron Webster
276 Nutmeg Lane
Fenton, MO 63026

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,631.25        $1,631.25

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.222** Priority creditor's name and mailing address

Camila Reyes
23317 Rebecca Court
Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$217.32        $217.32

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.223** | Priority creditor's name and mailing address
Carissa Li
2843 Bluewater Circle
Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$187.46    $187.46

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.224** | Priority creditor's name and mailing address
Carl Hoyt
41W928 Beith Road
Elburn, IL 60119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.225** | Priority creditor's name and mailing address
Carleigh Parks
1209 Glen Abbey Drive
Champaign, IL 61822

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.226** | Priority creditor's name and mailing address
Carlos Pizano
378 Old Indian Trail
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$997.13    $997.13

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $371.39 | $371.39 |
|---|---|---|---|---|
| | Carlotta Maberry<br>1652 Dover Court<br>Apt C<br>Wheaton, IL 60189 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |
|---|---|---|---|---|
| | Carly Norville<br>16906 Hazelwood Drive<br>Plainfield, IL 60586 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $753.24 | $753.24 |
|---|---|---|---|---|
| | Carol Chaplin<br>3249 E Gresham Lane<br>Aurora, IL 60504 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Caroline Acuff<br>2027 Cheswick Lane<br>Aurora, IL 60503 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.231** Priority creditor's name and mailing address

Caroline Barron
11971 Heinecke Drive
Mokena, IL 60448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.232** Priority creditor's name and mailing address

Casey Webster
4675 Chinkapin Lane
High Ridge, MO 63049

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,545.88      $1,545.88

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.233** Priority creditor's name and mailing address

Cashe Thornton
11343 South King Drive Unit #3w
Chicago, IL 60628

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$154.00        $154.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.234** Priority creditor's name and mailing address

Catherine McNamara
15733 Orlan Brook Drive
Orland Park, IL 60462

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$45.50         $45.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number *(if known)* | 24-05385 |
|---|---|---|---|
| | Name | | |

### 2.235

**Priority creditor's name and mailing address**

Cayla Hensley
1729 Little Brennan Road
High Ridge, MO 63049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$172.20    $172.20

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

### 2.236

**Priority creditor's name and mailing address**

Cecelia Burke
1500 Melbourne Street
Elburn, IL 60119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$95.46    $95.46

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

### 2.237

**Priority creditor's name and mailing address**

Celeste Bultman
2190 Finborough Circle
New Lenox, IL 60451

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

### 2.238

**Priority creditor's name and mailing address**

Champaign County Collector
P.O. Box 4306
Springfield, IL 62708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

**Date or dates debt was incurred**
2024

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

**2.239** | Priority creditor's name and mailing address

Chancellor Walsh
215 W Vine St
Tolono, IL 61880

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$297.72    $297.72

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.240** | Priority creditor's name and mailing address

Chanelle Ojeda
448 North Sycamore Lane
North Aurora, IL 60542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,072.31    $1,072.31

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.241** | Priority creditor's name and mailing address

Charissa Murphy
1339 Dorr Drive
Sugar Grove, IL 60554

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,923.08    $1,923.08

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.242** | Priority creditor's name and mailing address

Charlie Parker
731 67th Street
Downers Grove, IL 60516

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$119.42    $119.42

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.243** | Priority creditor's name and mailing address

Charlotte Bramwell
1251 Chalet Road
Unit 101
Naperville, IL 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$45.96    $45.96

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.244** | Priority creditor's name and mailing address

Chase Doherty
5505 Elizabeth Place
Rolling Meadows, IL 60008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$298.05    $298.05

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.245** | Priority creditor's name and mailing address

Chelsea Ladewig
1144 North Broad Street
Griffith, IN 46319

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.246** | Priority creditor's name and mailing address

Cheyanne Brown
1027 Flossmoor Avenue
Waukegan, IL 60085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$203.42    $203.42

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.247** | Priority creditor's name and mailing address

Chloe Armistead
5496 Chauveau Dr
St. Louis, MO 63129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$151.97        $151.97

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.248** | Priority creditor's name and mailing address

Chloe Brunker
613 Plumgrove Rd
Apt G13
Roselle, IL 60172

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$184.50        $184.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.249** | Priority creditor's name and mailing address

Chloe Chien
779 Dunmore Lane
Bartlett, IL 60103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$69.00        $69.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.250** | Priority creditor's name and mailing address

Chloe McKenna
1743 Mansfield Road
Birmingham, MI 48009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$48.00        $48.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.251** | Priority creditor's name and mailing address
Christian Cage
2585 Village Park Dr
Apt 105
Waukegan, IL 60087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$67.50 | $67.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.252** | Priority creditor's name and mailing address
Christian Valentin
580 N Crystal St
Elgin, IL 60123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$59.50 | $59.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.253** | Priority creditor's name and mailing address
Christian Warren
8062 South Spaulding Avenue
Chicago, IL 60652

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$134.55 | $134.55

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.254** | Priority creditor's name and mailing address
Christina Clay
836 Westbrooke Village Drive
Apt B
Manchester, MO 63021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$456.62 | $456.62

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $443.04 | $443.04 |
|---|---|---|---|---|

**Christina Poulard**
4439 Main St
Skokie, IL 60076-2030

☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,266.00 | $1,266.00 |
|---|---|---|---|---|

**Christopher Edwards**
10890 Harry Drive
Huntley, IL 60142

☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,212.60 | $1,212.60 |
|---|---|---|---|---|

**Christopher Hill**
1500 Light Road
Oswego, IL 60543

☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,356.38 | $1,356.38 |
|---|---|---|---|---|

**Christopher Martin**
8816 Hosta Way
Camby, IN 46113

☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $937.51 | $937.51 |
|---|---|---|---|---|

Christopher Mendoza
707 Simms Street
Aurora, IL 60505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,304.00 | $1,304.00 |
|---|---|---|---|---|

Christopher Noble
3331 Donald Ave
Indianapolis, IN 46224

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,249.96 | $1,249.96 |
|---|---|---|---|---|

Christopher Thompson
1524 Fairway Dr
# 101
Naperville, IL 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Christopher Wagner
4020 White Eagle Drive
Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**2.263** | Priority creditor's name and mailing address
Christopher Ward
9116 S. Springfield
Evergreen Park, IL 60805

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,211.93    $1,211.93

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.264** | Priority creditor's name and mailing address
Cira Racco
31093 Fairfax Avenue
Beverly Hills, MI 48025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.265** | Priority creditor's name and mailing address
City of Bloomington
Attn: Food and Beverage Tax
P.O. Box 3157
Bloomington, IL 61702-3157

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.266** | Priority creditor's name and mailing address
City of Champaign
102 North Neil Street
Finance Department
Champaign, IL 61820

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.267** | Priority creditor's name and mailing address
City of Chicago Soft Drink Tax
121 N. LaSalle Street
City Hall, Room 107A
Chicago, IL 60602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.268** | Priority creditor's name and mailing address
City of Elmhurst
209 North York Street
Finance Dept.
Elmhurst, IL 60126-2759

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.269** | Priority creditor's name and mailing address
City of Joliet
150 W. Jefferson
Joliet, IL 60432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.270** | Priority creditor's name and mailing address
City of Naperville
Finance Department
400 South Eagle Street
Naperville, IL 60540

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.271** | Priority creditor's name and mailing address
City of Park Ridge
505 Butler Place
Park Ridge, IL 60068-9985

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.272** | Priority creditor's name and mailing address
City of Rolling Meadows
3600 Kirchoff Rd.
Rolling Meadows, IL 60008-2498

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.273** | Priority creditor's name and mailing address
Claire Carsten
8403 Wadsworth Road
Willow Springs, IL 60480

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$91.65    $91.65

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.274** | Priority creditor's name and mailing address
Claire Newlin
4433 Harvey Avenue
Western Springs, IL 60558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$112.56    $112.56

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.69 | $67.69 |
|---|---|---|---|---|
| | Clark Chen | *Check all that apply.* | | |
| | 2246 Roaring Creek Drive | ☐ Contingent | | |
| | Aurora, IL 60503 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,550.71 | $1,550.71 |
|---|---|---|---|---|
| | Clint Rocen | *Check all that apply.* | | |
| | 2281 Beresford Drive | ☐ Contingent | | |
| | Yorkville, IL 60560 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $991.68 | $991.68 |
|---|---|---|---|---|
| | Cody Briscoe | *Check all that apply.* | | |
| | 45737 Lakeview Ct Apt 13204 | ☐ Contingent | | |
| | Novi, MI 48377-3832 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.65 | $69.65 |
|---|---|---|---|---|
| | Cole Biddinger | *Check all that apply.* | | |
| | 1119 Grant Street | ☐ Contingent | | |
| | Wheaton, IL 60189 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.279** | Priority creditor's name and mailing address

Cole Howland
430 Alberosky Way
Batavia, IL 60510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$84.89  $84.89

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.280** | Priority creditor's name and mailing address

Cole Lehman
29 W 152 Lakeside Dr
Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$50.16  $50.16

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.281** | Priority creditor's name and mailing address

Cole Vallandingham
1608 Sequoia Road
Naperville, IL 60540

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$126.96  $126.96

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.282** | Priority creditor's name and mailing address

Colin Caminitti
313 Hise Court
Streamwood, IL 60107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$983.77  $983.77

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Colin Fox**
1700 Riverside Court
Glenview, IL 60025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.12 | $113.12 |

**Colleen Badon**
719 Countryside Drive
Bolingbrook, IL 60490

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.48 | $101.48 |

**Colleen Ryan**
639 Kerryton Place Drive
Ellisville, MO 63021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Collin Vorwerk**
319 Stallion Trail
St. Peters, MO 63376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number *(if known)* | 24-05385 |
|---|---|---|---|

Name

---

**2.287** Priority creditor's name and mailing address
Conner Deisenroth
2730 Towne Oaks Drive
St. Louis, MO 63129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$295.96    $295.96

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.288** Priority creditor's name and mailing address
Connor Rei
746 Evergreen Lane
Sugar Grove, IL 60554

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$498.10    $498.10

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.289** Priority creditor's name and mailing address
Connor Shea
817 Fairfield Avenue
Elmhurst, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$49.35    $49.35

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.290** Priority creditor's name and mailing address
Cook County Treasurer
P.O. Box 805438
Chicago, IL 60680-4116

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.291** | Priority creditor's name and mailing address
Cooper Marcordes
513 Knoxbury Court
Elgin, IL 60123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.292** | Priority creditor's name and mailing address
Cora Riter
6N475 Baker Drive
Itasca, IL 60143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$156.24    $156.24

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.293** | Priority creditor's name and mailing address
Corbin Johnson
14929 South Hawthorne Circle
Plainfield, IL 60544

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$74.48    $74.48

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.294** | Priority creditor's name and mailing address
Cori Hardiman
11457 N Hardiman Drive
Westchester, IL 60154

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$70.00    $70.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.26 | $695.26 |
|---|---|---|---|---|

Courtney McCoy
1657 Hilda Dr
Sandwich, IL 60548

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $519.23 | $519.23 |
|---|---|---|---|---|

Crystal Vreeland
3902 Ravena Avenue
Royal Oak, MI 48073

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Daania Hashmey
290 Monument Road
Elgin, IL 60124

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.24 | $72.24 |
|---|---|---|---|---|

Daeli Martinez
733 Yates Ave
Romeoville, IL 60446

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.84 | $57.84 |
|---|---|---|---|---|

**2.299**

Priority creditor's name and mailing address

Daisy Alvarez
225 173rd Street
Hammond, IN 46324

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$57.84          $57.84

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.300**

Priority creditor's name and mailing address

Dajla Palackic
7033 North Kedzie Avenue
413
Chicago, IL 60645

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.301**

Priority creditor's name and mailing address

DaKoda McGoldrick
1393 Woodcutter Lane
C
Wheaton, IL 60189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,923.08          $1,923.08

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.302**

Priority creditor's name and mailing address

Dakota Boehmer
847 East Patten Drive
Palatine, IL 60074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$314.19          $314.19

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | | | |
|---|---|---|---|---|
| | Name | Case number (if known) | 24-05385 | |

---

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.42 | $245.42 |
|---|---|---|---|---|

**2.303**

Priority creditor's name and mailing address

Dakota Gruzlewski
2816 Morcambe Bay Drive
New Lenox, IL 60451

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$245.42  $245.42

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.304**

Priority creditor's name and mailing address

Dallascedria Johnson
225 N Waller
Chicago, IL 60644

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$846.16  $846.16

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.305**

Priority creditor's name and mailing address

Damare Frazier
568 Pershing Avenue
Glen Ellyn, IL 60137

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$70.00  $70.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.306**

Priority creditor's name and mailing address

Damien De La Puente
1609 Peridot Court
Joliet, IL 60431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00  $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
|        | Name |  |  |

---

**2.307** | Priority creditor's name and mailing address
Danh Truong
506 Cherokee Court
Carol Stream, IL 60188

As of the petition filing date, the claim is:     $0.00     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.308** | Priority creditor's name and mailing address
Daniel Baisbekov
6744 N Harding Ave
Lincolnwood, IL 60712

As of the petition filing date, the claim is:     $97.08     $97.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.309** | Priority creditor's name and mailing address
Daniel Evans
11 Lowry Lane
Apt D
Hillsboro, MO 63050

As of the petition filing date, the claim is:     $1,450.40     $1,450.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.310** | Priority creditor's name and mailing address
Daniel Lamphier
30 West Burlington Avenue
Westmont, IL 60559

As of the petition filing date, the claim is:     $68.58     $68.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

Daniel Murillo
898 S Bryan Street
Elmhurst, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.60 | $96.60 |
|---|---|---|---|---|

Daniel Sherman
490 North Ashbury Avenue
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Daniela Barajas
34W729 Clyde Parkway
St. Charles, IL 60174

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.06 | $154.06 |
|---|---|---|---|---|

Danielle Hastings
3051 Burris Avenue
Waukegan, IL 60087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

**2.315** | Priority creditor's name and mailing address
Danielle Serna
13549 Golden Eagle Circle
Planfield, IL 60544

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$48.00          $48.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.316** | Priority creditor's name and mailing address
Danny Warren
1123 Redwood Drive
Yorkville, IL 60560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,730.75      $1,730.75

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.317** | Priority creditor's name and mailing address
Dante Deprospero
5861 North Nagle Avenue
Chicago, IL 60646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$59.04          $59.04

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.318** | Priority creditor's name and mailing address
DaQuan Finley
James J. Davis Drive
Antoinette Marinello Home
Mooseheart, IL 60539

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$204.76          $204.76

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   Oberweis Dairy, Inc.
_____
         Name                                            Case number (if known)   24-05385

---

**2.319** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00
Dariana Jimenez
370 Jeanne Terrace
Wheeling, IL 60090

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.320** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.72 | $875.72
Darius Fields
11 Basil Way
Apt 2
Bloomington, IL 61705

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.321** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00
David Dejanovich
5N699 East Ridgewood Drive
St. Charles, IL 60175

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.322** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $646.16 | $646.16
David Egan
1151 West Wilson Street
Apt F
Batavia, IL 60510

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $858.37 | $858.37 |
|---|---|---|---|---|

**2.323**

Priority creditor's name and mailing address
David Jackson
1433 Snowbird Lane
O'Fallon, MO 63366

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$858.37      $858.37

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.324**

Priority creditor's name and mailing address
David Jakubczak
5909 West Barry Avenue
Chicago, IL 60634

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$376.65      $376.65

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.325**

Priority creditor's name and mailing address
David Michael Moore
7127 C Oakbrook Rd
Newark, IL 60541

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$831.14      $831.14

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.326**

Priority creditor's name and mailing address
David Orecchio
512 S Allen Ln
Arlington Heights, IL 60005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

**2.327** | Priority creditor's name and mailing address

David Ortiz-Whitmore
724 Florence Drive
Park Ridge, IL 60068

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$385.05    $385.05

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.328** | Priority creditor's name and mailing address

David Springer
644 Superior Drive
Romeoville, IL 60446

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$1,196.45    $1,196.45

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.329** | Priority creditor's name and mailing address

David Wallace
679 Clover Lane
St. Louis, MO 63126

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.330** | Priority creditor's name and mailing address

Dawn Nila
38 Somerset Drive
Montgomery, IL 60538

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$2,403.85    $2,403.85

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $51.29 | $51.29 |
|---|---|---|---|---|
| | Dayton Stahl<br>45 West Pacific Avenue<br>St. Louis, MO 63119 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $832.83 | $832.83 |
|---|---|---|---|---|
| | Deanna Roy<br>731 Myrtle Court<br>Sandwich, IL 60548 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | Deanna Tamondong<br>1134 South Parkside Drive<br>Palatine, IL 60067 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $107.76 | $107.76 |
|---|---|---|---|---|
| | Dejan Markovic<br>8142 Meacham Court<br>Niles, IL 60714 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | 24-05385 |

---

**2.335** Priority creditor's name and mailing address
Delainey Hatten
2816 Collins Court
Naperville, IL 60563

As of the petition filing date, the claim is: $311.85    $311.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.336** Priority creditor's name and mailing address
Delaney Stoner
306 West Washington Street
Champaign, IL 61820

As of the petition filing date, the claim is: $461.54    $461.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.337** Priority creditor's name and mailing address
Delaney Swider
1287 W New Britton
Hoffman Estates, IL 60192

As of the petition filing date, the claim is: $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.338** Priority creditor's name and mailing address
Delia Rios
2138 Rebecca Circle
Montgomery, IL 60538

As of the petition filing date, the claim is: $852.98    $852.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.339** | Priority creditor's name and mailing address

Department of the Treasury
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.340** | Priority creditor's name and mailing address

Derek Leonard
2411 East Nevada Street
Urbana, IL 61802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$321.72 | $321.72

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.341** | Priority creditor's name and mailing address

Derrick Shamley
836 Garfield Avenue
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$873.50 | $873.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.342** | Priority creditor's name and mailing address

Destiny Barnes
5289 Bryncastle Place
St. Louis, MO 63128

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$102.09 | $102.09

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.47 | $788.47 |
|---|---|---|---|---|
| | Destiny Green<br>13 n Lincoln<br>Westmont, IL 60559 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.16 | $106.16 |
|---|---|---|---|---|
| | Dhruvit Sharma<br>1086 Oakhill Drive<br>Aurora, IL 60502 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.10 | $263.10 |
|---|---|---|---|---|
| | Diana Sanchez<br>1254 Chappel Court<br>Apt 304<br>Glendale Heights, IL 60139 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.52 | $146.52 |
|---|---|---|---|---|
| | Diana Siedenburg<br>800 Bergamot Drive<br>Savoy, IL 61874 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**2.347** Priority creditor's name and mailing address
Diane Frieders-White
849 S Loomis Street
Naperville, IL 60540

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,884.62   $2,884.62

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.348** Priority creditor's name and mailing address
Diego Avila
1658 Greenwood Rd
C
Glenview, IL 60026

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$271.92   $271.92

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.349** Priority creditor's name and mailing address
Diego Pasillas
759 Columbine Drive
Elgin, IL 60124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.350** Priority creditor's name and mailing address
Dillawar Chaudhry
3673 West North Shore Avenue
Chicago, IL 60631

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$83.76   $83.76

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.351** | Priority creditor's name and mailing address
Dillon Hobein
486 South Elizabeth Street
Lombard, IL 60148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1.12    $1.12

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.352** | Priority creditor's name and mailing address
Dimitrina Goss
2411 Meadow Drive
Rolling Meadows, IL 60008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$176.80    $176.80

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.353** | Priority creditor's name and mailing address
Dimitrios Hatzisavas
1906 E Robin Hood Ln.
Arlington heights, IL 60004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$172.76    $172.76

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.354** | Priority creditor's name and mailing address
Dimitrius Lerma
1432 Blume Drive
Elgin, IL 60124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$122.40    $122.40

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.10 | $79.10 |
|---|---|---|---|---|

**Dina Dikyanos**
4853 Louise Street
Unit D
Skokie, IL 60077

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.02 | $167.02 |
|---|---|---|---|---|

**Dino Piemonte**
41W643 E Blackberry Crossing
Elburn, IL 60119

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.76 | $55.76 |
|---|---|---|---|---|

**Dior Hooks**
1121 Morris Court
Beach Park, IL 60099

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Dolunay Keskes**
1200 Mohawk Court
Schaumburg, IL 60193

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.50 | $157.50 |
|---|---|---|---|---|

Dominic Miller-Sanchez
640 Sheffield Lane
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Donald McCorley
3128 Newport Lane
Wadsworth, IL 60083

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $884.62 | $884.62 |
|---|---|---|---|---|

Doreen Anderson
1131 Anderson Road
Elburn, IL 60119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

Douglas Eiland
900 North Massasoit Avenue
Chicago, IL 60651

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.363** | Priority creditor's name and mailing address
Douglas Mayer
1632 Southampton Court
Wheaton, IL 60189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$231.42      $231.42

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.364** | Priority creditor's name and mailing address
Drake Levreau
521 South Ashland Avenue
La Grange, IL 60525

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$114.86      $114.86

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.365** | Priority creditor's name and mailing address
Drew Pedersen
508 Hazelwood
Glenview, IL 60025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,023.20      $1,023.20

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.366** | Priority creditor's name and mailing address
Duncan Koziol
104 East John Street
Champaign, IL 61820

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$345.81      $345.81

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Duncan Whiteside
1283 Wood Trail
Elk Grove Village, IL 60007

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

DuPage County Treasurer's Office
P.O. Box 4203
Carol Stream, IL 60197

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.76 | $261.76 |
|---|---|---|---|---|

Dustin Cerny
9S129 Cumnor Road
Downers Grove, IL 60516

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Dylan Bennett-Garza
1511 Westminster Drive
111
Naperville, IL 60563

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.36 | $95.36 |
|---|---|---|---|---|

**2.371**

Priority creditor's name and mailing address

Dylan Hoag
350 S. Palmer Drive
Bolingbrook, IL 60490

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$95.36    $95.36

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.372**

Priority creditor's name and mailing address

Dylan Pecina
326 Stafford Way
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.373**

Priority creditor's name and mailing address

Dylan Roenna
615 Fulton Street
Geneva, IL 60134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$239.26    $239.26

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.374**

Priority creditor's name and mailing address

Dylan Schlegel
332 Wakefield lane
Geneva, IL 60134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.375** | Priority creditor's name and mailing address
Dylan Watkins
2513 Kara Crossing
Bloomington, IL 61704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$322.60        $322.60

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.376** | Priority creditor's name and mailing address
Eden Strahan
1348 Sea Biscuit Lane
Hanover Park, IL 60133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$49.00        $49.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.377** | Priority creditor's name and mailing address
Edgar Garcia Castro
1622 Marlboro Circle
Carpentersville, IL 60110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.378** | Priority creditor's name and mailing address
Eduardo Elias
1710 Rita Ave
St.Charles, IL 60174

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$615.39        $615.39

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.379** | Priority creditor's name and mailing address

Eduardo Sanchez
1254 Chappel Court
Apt 304
Glendale heights, IL 60139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.380** | Priority creditor's name and mailing address

Edward Scher
6250 Bluff Forest Dr
St Louis, MO 63129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$81.18 | $81.18

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.381** | Priority creditor's name and mailing address

Edwin Yepez
11041 1st Street
Mokena, IL 60448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$59.78 | $59.78

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.382** | Priority creditor's name and mailing address

Eilonwy Quetua
803 Webster Avenue
Wheaton, IL 60187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$56.00 | $56.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.383** | Priority creditor's name and mailing address
Ekaterina Bryan
650 Thorsen Lane
Batavia, IL 60510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$77.87 | $77.87

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.384** | Priority creditor's name and mailing address
Eli Wagner
206 Linn Court
Apt C
North Aurora, IL 60542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$1,402.05 | $1,402.05

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.385** | Priority creditor's name and mailing address
Elian Lira
530 Manor Place
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$350.40 | $350.40

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.386** | Priority creditor's name and mailing address
Elija Garcia
1860 West Downer Place
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$370.44 | $370.44

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.24 | $769.24 |
|---|---|---|---|---|

**2.387**

Priority creditor's name and mailing address

Elijah Escamilla
412 Butterfly Road
Bolingbrook, IL 60490

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$769.24    $769.24

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.388**

Priority creditor's name and mailing address

Elijah Escamilla
412 Butterfly Road
Bolingbrook, IL 60490

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$461.54    $461.54

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.389**

Priority creditor's name and mailing address

Elijah Jackway
1250 Hearthside Court
Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.390**

Priority creditor's name and mailing address

Elijah Yanosik
1017 Francis Drive
Champaign, IL 61821

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$198.80    $198.80

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
| | Name | | |

---

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.93 | $626.93 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

Elise Norris
451 Appaloosa Trl
St. Peters, MO 63376

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.57 | $49.57 |
|-------|----------------------------------------------|-----------------------------------------------|--------|--------|

Elizabeth Barnes
317 Wildforest Drive
Ballwin, MO 63011

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|

Elizabeth Heinl
3632 Blanchan Avenue
Brookfield, IL 60513

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $966.63 | $966.63 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

Elizabeth Hernandez
606 East Victoria Circle
North Aurora, IL 60542

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
|        | Name                 |                        |          |

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.30 | $125.30 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
|       | Elizabeth Negoski | *Check all that apply.* | | |
|       | 2704 Ruth Fitzgerald Drive | ☐ Contingent | | |
|       | Plainfield, IL 60586 | ☐ Unliquidated | | |
|       | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.32 | $264.32 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
|       | Ella Kalchbrenner | *Check all that apply.* | | |
|       | 19822 Patricia Lane | ☐ Contingent | | |
|       | Mokena, IL 60448 | ☐ Unliquidated | | |
|       | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|
|       | Ella Parisi | *Check all that apply.* | | |
|       | 210 North William Street | ☐ Contingent | | |
|       | Mount Prospect, IL 60056 | ☐ Unliquidated | | |
|       | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|
|       | Ella Phelps | *Check all that apply.* | | |
|       | 27055 South Ridge Road | ☐ Contingent | | |
|       | Elwood, IL 60421 | ☐ Unliquidated | | |
|       | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.399** | Priority creditor's name and mailing address

Ella Sophia De Guzman
7934 Stewart Drive
Darien, IL 60561

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$204.54      $204.54

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.400** | Priority creditor's name and mailing address

Elle Jashnani
327 E Third St
Hinsdale, IL 60521

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$87.64      $87.64

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.401** | Priority creditor's name and mailing address

Ellen Ritz
524 Carlyle Lane
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$86.10      $86.10

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.402** | Priority creditor's name and mailing address

Elliot Calvert
150 Bramblewood Drive
St. Peters, MO 63376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$105.53      $105.53

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.403** | Priority creditor's name and mailing address

Elliot Egan
39W697 Terney Lane
Geneva, IL 60134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$78.90    $78.90

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.404** | Priority creditor's name and mailing address

Emanuil Apostolov
3401 N Carriageway Dr
Unit 310
Arlington Heights, IL 60004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.405** | Priority creditor's name and mailing address

Emilee Smid
3128 Andrea Ct
Woodridge, IL 60517

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$215.52    $215.52

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.406** | Priority creditor's name and mailing address

Emiliano Silva
422 Assembly Drive
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.407** Priority creditor's name and mailing address

Emily Adams
2909 West John Street
Champaign, IL 61821

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$800.00    $800.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.408** Priority creditor's name and mailing address

Emily Jakubek
25W136 Tucumcari Trail
Bloomingdale, IL 60108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$200.55    $200.55

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.409** Priority creditor's name and mailing address

Emily Jones
15336 Alameda Avenue
Oak Forest, IL 60452

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$150.05    $150.05

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.410** Priority creditor's name and mailing address

Emily Schwanke
3281 Bacon Avenue
Berkley, MI 48072

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.411** Priority creditor's name and mailing address
Emily Swyres
1712 Belleau Wood Drive
St. Peters, MO 63376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.412** Priority creditor's name and mailing address
Emma  Faidley
3N986 Ralph Waldo Emerson Lane
St Charles, IL 60175

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$195.00    $195.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.413** Priority creditor's name and mailing address
Emma Austin
273 Mark Avenue
Glendale Heights, IL 60139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$181.04    $181.04

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.414** Priority creditor's name and mailing address
Emma Faust
5335 Blodgett Avenue
Downers Grove, IL 60515

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$84.50    $84.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Emma Fitzmaurice
3934 North Pacific Avenue
Chicago, IL 60634

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.45 | $222.45 |
|---|---|---|---|---|

Emma LaLonde
3541 Longview Avenue
Rochester Hills, MI 48307

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.10 | $58.10 |
|---|---|---|---|---|

Emma Mannia
403 East Pierce Street
Elburn, IL 60119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $536.54 | $536.54 |
|---|---|---|---|---|

Emma McCall
3 Rainbow Circle #4
Bloomington, IL 61704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.419** | Priority creditor's name and mailing address

Emma Paul
1372 Belleau Creek Rd
St Peters, MO 63366

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$66.30 | $66.30

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.420** | Priority creditor's name and mailing address

Emma Scharpenberg
603 South Pierce Avenue
Wheaton, IL 60187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$189.28 | $189.28

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.421** | Priority creditor's name and mailing address

Emma Taylor
3263 Harmony Drive
Troy, MI 48083

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$38.64 | $38.64

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.422** | Priority creditor's name and mailing address

Emmanuel Quartey
501 Preston Drive
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$248.36 | $248.36

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |
|---|---|---|---|---|

Emmy Buckley
242 Belleplaine
Park Ridge, IL 60068

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,056.68 | $1,056.68 |
|---|---|---|---|---|

Enoch Grover
116 Dorie Lane
Thornton, IL 60476

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.78 | $164.78 |
|---|---|---|---|---|

Eric Hedden
520 West Hickory Street
Canton, IL 61520

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $620.19 | $620.19 |
|---|---|---|---|---|

Eric McDowell
32922 N Mill Rd
Grayslake, IL 60030

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

Eric Morton
3026 63rd Street
Woodridge, IL 60517

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $865.39 | $865.39 |
|---|---|---|---|---|

Eric Rem
2179 North Lovington Avenue
apt 108
Troy, MI 48083

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,321.55 | $1,321.55 |
|---|---|---|---|---|

Eric Tichelbaut
6000 Lake Bluff Drive
Unit 001
Tinley Park, IL 60477

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,053.89 | $1,053.89 |
|---|---|---|---|---|

Eric Velazquez
1135 Denver Dr
Carpentersville, IL 60110

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.431** | Priority creditor's name and mailing address
Erica Crockett
4734 North Albany Avenue
Chicago, IL 60625

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$884.62 | $884.62

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.432** | Priority creditor's name and mailing address
Erica Magaru
827 Maple Lane
Wheeling, IL 60090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.433** | Priority creditor's name and mailing address
Erika Aller
314 Somerset Lane
Vernon Hills, IL 60061

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$869.23 | $869.23

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.434** | Priority creditor's name and mailing address
Erika Muczynski
1402 West George Street
Chicago, IL 60657

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$86.11 | $86.11

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.435** | Priority creditor's name and mailing address
Ervin Dylan
1616 Frontenac Woods Ct
St Louis, MO 63131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$130.38    $130.38

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.436** | Priority creditor's name and mailing address
Eshal Asif
1381 Big Horn Trail
Carol Stream, IL 60188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.437** | Priority creditor's name and mailing address
Estefani Karasek
South Westmore-Meyers Road
Lombard, IL 60148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$224.44    $224.44

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.438** | Priority creditor's name and mailing address
Estefania Sanz
2917 North Kilpatrick Avenue
Chicago, IL 60641

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$71.10    $71.10

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.52 | $72.52 |
|---|---|---|---|---|

Ethan Bremer
846 Abbey Drive
Glen Ellyn, IL 60137

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Ethan Geiger
14301 Cedar Springs Drive
Town and Country, MO 63017

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Ethan Hillstrom
1440 West George Street
Chicago, IL 60657

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.75 | $66.75 |
|---|---|---|---|---|

Ethon Dealba
201 Anna Street
North Aurora, IL 60542

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.443** | Priority creditor's name and mailing address

Eugene Jordan Jr
6 Woodview Ct. Apt. E
Apt E
Alton, IL 62002

As of the petition filing date, the claim is:                               $1,179.23      $1,179.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.444** | Priority creditor's name and mailing address

Evan Oberweis
2S455 Partridge Road
Batavia, IL 60510

As of the petition filing date, the claim is:                                 $136.91        $136.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.445** | Priority creditor's name and mailing address

Evan Petrucci
417 N 3rd Street
Apt 104
Elburn, IL 60119

As of the petition filing date, the claim is:                                 $221.63        $221.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.446** | Priority creditor's name and mailing address

Evan Reck
741 Reserve Court
South Elgin, IL 60177

As of the petition filing date, the claim is:                                   $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.447** | Priority creditor's name and mailing address
Evan Scherden
961 Bennett Drive
North Aurora, IL 60542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$340.96        $340.96

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.448** | Priority creditor's name and mailing address
Evangeline Tuohy
5802 Walnut Ave Apt 1A
Downers Grove, IL 60516

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$74.40        $74.40

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.449** | Priority creditor's name and mailing address
EveLiz Brown
45521 Hecker Drive
Utica, MI 48317

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.450** | Priority creditor's name and mailing address
Evelyn Kreher
4048 Princeton Ridge Dr
Wildwood, MO 63025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**2.451** | Priority creditor's name and mailing address

Evelyn Sapit
405 Union Avenue
Batavia, IL 60510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$158.10    $158.10

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.452** | Priority creditor's name and mailing address

Everett Sinson
576 South Kenilworth Avenue
Elmhurst, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$41.60    $41.60

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.453** | Priority creditor's name and mailing address

Ewelyn Platos
1236 Callaway Drive North
Shorewood, IL 60404

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$317.41    $317.41

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.454** | Priority creditor's name and mailing address

Fabio Gjoni
1121 South Walnut Avenue
Arlington Heights, IL 60005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$110.50    $110.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.455**

Priority creditor's name and mailing address

Faith Kolimbiris
680 Washington Court
Roselle, IL 60172

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.456**

Priority creditor's name and mailing address

Faith Ojeda
448 North Sycamore Lane
North Aurora, IL 60542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$127.46    $127.46

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.457**

Priority creditor's name and mailing address

Favian Chavez
2121 Cedar Avenue
Hanover Park, IL 60133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$181.80    $181.80

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.458**

Priority creditor's name and mailing address

Fernando Ramirez
1024 Anthony Road
Wheeling, IL 60090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$96.98    $96.98

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.459** | Priority creditor's name and mailing address
Fernando Rios
120 Blackberry Trail
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$745.20    $745.20

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.460** | Priority creditor's name and mailing address
Fernando Salinas
1475 Walden Circle
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$1,326.87    $1,326.87

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.461** | Priority creditor's name and mailing address
Fernando Villalpando
1315 Plain Avenue
Aurora, IL 60505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$824.46    $824.46

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.462** | Priority creditor's name and mailing address
Flavio Aly
5713 North Rogers Avenue
Chicago, IL 60646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$93.36    $93.36

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.463**

**Priority creditor's name and mailing address**

Francesca Trippiedi
14 North Hamlin Avenue
Park Ridge, IL 60068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**
■ No
☐ Yes

---

**2.464**

**Priority creditor's name and mailing address**

Gabriel Cantu
347 Whitewater Lane
Oswego, IL 60543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$49.35      $49.35

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**
■ No
☐ Yes

---

**2.465**

**Priority creditor's name and mailing address**

Gabriel Sahagun
25 Parkside Avenue
Chicago Heights, IL 60411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$187.36      $187.36

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**
■ No
☐ Yes

---

**2.466**

**Priority creditor's name and mailing address**

Gabriel Wiginton
1237 Raymond Avenue
La Grange Park, IL 60526

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$140.00      $140.00

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.40 | $62.40 |
|---|---|---|---|---|

**2.467**

Priority creditor's name and mailing address

Gabriella Birmingham
2027 Clawson Ave
Royal Oak, MI 48073

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$62.40      $62.40

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.468**

Priority creditor's name and mailing address

Gabrielle White
823 West Lill Avenue
Chicago, IL 60614

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.469**

Priority creditor's name and mailing address

Gauri Soni
3105 Hopewell Drive
Aurora, IL 60502

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$119.76      $119.76

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.470**

Priority creditor's name and mailing address

Gavin Barr
1061 Vineyard Lane
Aurora, IL 60502

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$298.06      $298.06

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.66 | $114.66 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

Geoffrey Cundiff
2244 Quaint Cottage Drive
O'Fallon, MO 63368

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.32 | $110.32 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

Gianna Ganzer
9419 Congress Park Avenue
Brookfield, IL 60513

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|

Giesselle Rodriguez
315 North Salem Avenue
Arlington Heights, IL 60005

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.28 | $221.28 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

Gina Flick
2566 Imgrund Road
North Aurora, IL 60542

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.475** | Priority creditor's name and mailing address

Ginger Bier
178 Abington Lane
North Aurora, IL 60542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$763.03        $763.03

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.476** | Priority creditor's name and mailing address

Giovanna Rizzi
8272 West Winona Street
Norridge, IL 60706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$120.00        $120.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.477** | Priority creditor's name and mailing address

Giovanni Leyva
51 W Schubert Ave
Glendale Heights, IL 60139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$141.12        $141.12

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.478** | Priority creditor's name and mailing address

Giovannie Reynolds
2301 Glendale Terrace
Hanover Park, IL 60133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.45 | $68.45 |
|---|---|---|---|---|

**2.479**

Priority creditor's name and mailing address
Giselle Rios
6215 W Grace St
Chicago, IL 60634

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$68.45    $68.45

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.480**

Priority creditor's name and mailing address
Glenn Gutenberg
3141 S 38th St
Milwaukee, WI 53215-4008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$873.64    $873.64

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.481**

Priority creditor's name and mailing address
Grace Bittlingmaier
1420 Groton Lane
Wheaton, IL 60189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.00    $63.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.482**

Priority creditor's name and mailing address
Grace Doughty
2417 Indian Ridge Drive
Glenview, IL 60026

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$60.20    $60.20

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.483**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.78 | $150.78 |
|---|---|---|---|
| Grace Krause | *Check all that apply.* | | |
| 721 Doe Circle | ☐ Contingent | | |
| Westmont, IL 60559 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.484**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.28 | $196.28 |
|---|---|---|---|
| Graham Wilson | *Check all that apply.* | | |
| 785 Vale Road | ☐ Contingent | | |
| 785 | ☐ Unliquidated | | |
| Carol Stream, IL 60188 | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.485**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| Gregory Davis | *Check all that apply.* | | |
| 7005 Woodbridge Creek Court | ☐ Contingent | | |
| St. Louis, MO 63129 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.486**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $607.70 | $607.70 |
|---|---|---|---|
| Gregory Hudson | *Check all that apply.* | | |
| 1591 Gerald Avenue | ☐ Contingent | | |
| Glendale Heights, IL 60139 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $778.85 | $778.85 |
|---|---|---|---|---|

Greta Schwieder
2000 Birch Street
Park Ridge, IL 60068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.68 | $176.68 |
|---|---|---|---|---|

Griffin Kammes
333 Prospect Avenue
Glen Ellyn, IL 60137

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.08 | $64.08 |
|---|---|---|---|---|

Guilherme Vasconcelos Fator
1415 Cambria Drive
Troy, MI 48085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,063.00 | $1,063.00 |
|---|---|---|---|---|

Gustavo Correa
2181 Baker Street
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.491** | Priority creditor's name and mailing address

Gustavo Ramirez Albarran
4761 Louisiana Avenue
St. Louis, MO 63111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$178.47 | $178.47

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.492** | Priority creditor's name and mailing address

Hafsa Ghori
681 North Charlotte Street
Lombard, IL 60148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$42.00 | $42.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.493** | Priority creditor's name and mailing address

Haile Larsen
47811 Greenview Road
Shelby Township, MI 48317

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$248.08 | $248.08

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.494** | Priority creditor's name and mailing address

Hailey Ferrara
7858 West Belmont Avenue
Chicago, IL 60634

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$43.56 | $43.56

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $401.37 | $401.37 |
|---|---|---|---|---|
| | Haley Grelyak<br>84 North Walnut Lane<br>Schaumburg, IL 60194 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $63.45 | $63.45 |
|---|---|---|---|---|
| | Hannah Abraham<br>995 West Aspen Court<br>Palatine, IL 60067 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $428.76 | $428.76 |
|---|---|---|---|---|
| | Hannah Jordan<br>931 Repetto Drive<br>Kirkwood, MO 63122 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $151.20 | $151.20 |
|---|---|---|---|---|
| | Hannah Schueler<br>428 Palomino Path<br>St. Peters, MO 63376 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $383.68 | $383.68 |
|---|---|---|---|---|

**2.499**

Priority creditor's name and mailing address

Hannah Sebby
8860 Washington Street
DeKalb, IL 60115

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$383.68        $383.68

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.500**

Priority creditor's name and mailing address

Harper Stacey
76 Oakdale Boulevard
Pleasant Ridge, MI 48069

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$87.96        $87.96

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.501**

Priority creditor's name and mailing address

Harrison Parks
517 Victor St
Sycamore, IL 60178

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,253.32        $1,253.32

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.502**

Priority creditor's name and mailing address

Haruka Hartry
3501 Wegeng Drive
Bloomington, IL 61704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$170.80        $170.80

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.503**

Priority creditor's name and mailing address

Hasan Ali
6744 North Kenton Avenue
Lincolnwood, IL 60712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.504**

Priority creditor's name and mailing address

Havanna Ortega
1717 Forest Cove Drive
Apt 308
Mount Prospect, IL 60056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$147.00    $147.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.505**

Priority creditor's name and mailing address

Haven Gruzlewski
2816 Morcambe Bay Drive
New Lenox, IL 60451

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$139.30    $139.30

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.506**

Priority creditor's name and mailing address

Hayley Wroblewski
1471 Morgan Drive
Elk Grove Village, IL 60007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$162.36    $162.36

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Hazel Polanco
422 Greenhill Lane
Schaumburg, IL 60193

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $713.16 | $713.16 |
|---|---|---|---|---|

Hector Chiavarria
510 Alyce Ln
Aurora, IL 60505

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.15 | $207.15 |
|---|---|---|---|---|

Hector Garcia
6210 Wolf Road
Indian Head Park, IL 60525

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $826.93 | $826.93 |
|---|---|---|---|---|

Heidi Harte
3021 Crescenzo Drive
South Chicago Heights, IL 60411

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.30 | $20.30 |
|-------|-----------------------------------------------|------------------------------------------------|--------|--------|
| | Henry Baker | Check all that apply. | | |
| | 302 South 13th Street | ☐ Contingent | | |
| | St. Charles, IL 60174 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.28 | $112.28 |
|-------|-----------------------------------------------|------------------------------------------------|---------|---------|
| | Henry Bauer | Check all that apply. | | |
| | 1311 West Park Street | ☐ Contingent | | |
| | Arlington Heights, IL 60005 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|-----------------------------------------------|------------------------------------------------|-------|-------|
| | Henry Joiner | Check all that apply. | | |
| | 417 Gill Avenue | ☐ Contingent | | |
| | Kirkwood, MO 63122 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|-----------------------------------------------|------------------------------------------------|-------|-------|
| | Henry Martin | Check all that apply. | | |
| | 1911 Sunny Drive | ☐ Contingent | | |
| | Kirkwood, MO 63122 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Henry Quinn
839 Beach Avenue
La Grange Park, IL 60526

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.60 | $51.60 |
|---|---|---|---|---|

Henry Watson
2107 Cinnamon Lane
Bloomington, IL 61704

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.93 | $165.93 |
|---|---|---|---|---|

Holly Cochran
109 Woodridge Road
St. Louis, MO 63122

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

Holly Kirkman
2085 Gladstone Drive
Wheaton, IL 60189

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.21 | $49.21 |
|---|---|---|---|---|

**2.519**

Priority creditor's name and mailing address

Holly Webster
554 North Haverhill Lane
South Elgin, IL 60177

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$49.21        $49.21

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.520**

Priority creditor's name and mailing address

Hovan Karagozian
8718 Central Ave
Morton Grove, IL 60053

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$323.90        $323.90

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.521**

Priority creditor's name and mailing address

Hunter Wark
128 Fellows Court
Elmhurst, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$296.63        $296.63

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.522**

Priority creditor's name and mailing address

Hurab Khan
1311 South Finley Road
Lombard, IL 60148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.523** | Priority creditor's name and mailing address
Ian Catena
740 Bayberry Drive
Bartlett, IL 60103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$404.70    $404.70

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.524** | Priority creditor's name and mailing address
Icys Hickman
18710 Maple Avenue
Country Club Hills, IL 60478

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.525** | Priority creditor's name and mailing address
Ignaci Hernandez
1275 Briarbrook Dr
unit # 104
Wheaton, IL 60189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$84.80    $84.80

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.526** | Priority creditor's name and mailing address
Ilaan Wheeler
8801 South Talman Avenue
Evergreen Park, IL 60805

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$105.30    $105.30

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | Illinois Department of Revenue<br>Bankruptcy Unit<br>PO Box 19035<br>Springfield, IL 62794-9035 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>2024 | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $474.46 | $474.46 |
|---|---|---|---|---|
| | Immacula Lauture<br>4439 Main Street<br>Skokie, IL 60076 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $911.97 | $911.97 |
|---|---|---|---|---|
| | Imran Hashim<br>810 E Shady Way<br>Arlington Heights, IL 60005 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | Indiana Department of Revenue<br>Bankruptcy Section<br>100 North Senate Avenue<br>MS 108<br>Indianapolis, IN 46204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>2024 | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|---------------------|------------------------|----------|
|        | Name |  |  |

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|--|--|--|--|

Isaac Eshun
660 Adams Street
Bolingbrook, IL 60440

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Paid in full postpetition per Court order.

Is the claim subject to offset?
☒ No
☐ Yes

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|-------|--|--|--|--|

Isaac Roman
6036 North Maplewood Avenue
Chicago, IL 60659

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Paid in full postpetition per Court order.

Is the claim subject to offset?
☒ No
☐ Yes

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.90 | $133.90 |
|-------|--|--|--|--|

Isabel Cornejo
9042 La Crosse Avenue
Skokie, IL 60077

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Paid in full postpetition per Court order.

Is the claim subject to offset?
☒ No
☐ Yes

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.40 | $56.40 |
|-------|--|--|--|--|

Isabella Matuk
1276 Noble Drive
Port Barrington, IL 60010

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Paid in full postpetition per Court order.

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.60 | $134.60 |
|---|---|---|---|---|
| | Isabella Romero
4033 North Austin Avenue
Chicago, IL 60634 | Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:
Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?
■ No
☐ Yes | | |

| 2.536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Isabella Short
474 Blackwolf Run Court
Wildwood, MO 63040 | Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:
Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?
■ No
☐ Yes | | |

| 2.537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.66 | $135.66 |
|---|---|---|---|---|
| | Isabelle Bon
19227 Revere Road
Mokena, IL 60448 | Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:
Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?
■ No
☐ Yes | | |

| 2.538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.34 | $116.34 |
|---|---|---|---|---|
| | Isaiah Black
1643 West 93rd Place
Chicago, IL 60620 | Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:
Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?
■ No
☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | | Case number *(if known)* | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.60 | $246.60 |
|---|---|---|---|---|

**Isiah Melton**
7128 South Cornell Avenue
Chicago, IL 60649

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $745.20 | $745.20 |
|---|---|---|---|---|

**Ismael Morales Celaya**
34W760 North James Drive
St. Charles, IL 60174

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.86 | $125.86 |
|---|---|---|---|---|

**Issak Morales**
404 East Chippendale Drive
Bartlett, IL 60103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.53 | $168.53 |
|---|---|---|---|---|

**Ivy Ratledge**
1775 Turnbridge Court
Montgomery, IL 60538

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**2.543**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.68 | $50.68 |
|---|---|---|---|
| Izaiah Reed | Check all that apply. | | |
| 817 Harding Street | ☐ Contingent | | |
| St. Peters, MO 63376 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.544**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $906.98 | $906.98 |
|---|---|---|---|
| J.C. Hunt IV | Check all that apply. | | |
| 514 Hidden Creek Lane | ☐ Contingent | | |
| North Aurora, IL 60542 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.545**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| Jaana-Eeva Boley | Check all that apply. | | |
| 5309 North Christiana Avenue | ☐ Contingent | | |
| Chicago, IL 60625 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.546**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| Jack Farrell | Check all that apply. | | |
| 535 Treasure Drive | ☐ Contingent | | |
| Oswego, IL 60543 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.07 | $185.07 |
|---|---|---|---|---|

Jack Holder
1111 Walker Court
Elburn, IL 60119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.06 | $186.06 |
|---|---|---|---|---|

Jack Mackey
237 E Madison Ave
Kirkwood, MO 63122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Jack O'Brien
8721 Covington Court
Brentwood, MO 63144

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.08 | $330.08 |
|---|---|---|---|---|

Jack Wolff
1189 Corrigan Street
Elburn, IL 60119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.551**

Priority creditor's name and mailing address

Jackson Eberle
2808 Vrooman Court
Blomington, IL 61704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.552**

Priority creditor's name and mailing address

Jackson Lewin
3 Aspen Court
Streamwood, IL 60107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$245.28 $245.28

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.553**

Priority creditor's name and mailing address

Jackson Mayor
1271 Brook Crossing Court
Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.554**

Priority creditor's name and mailing address

Jackson Patterson
6207 North Artesian Avenue
Chicago, IL 60659

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.555**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|

Jackson Walker
843 Westbrooke Meadows Court
Apt C
Manchester, MO 63021

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.556**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.60 | $30.60 |
|---|---|---|---|

Jacob Brouillard
5827 Larkins Drive
Troy, MI 48085

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.557**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.24 | $72.24 |
|---|---|---|---|

Jacob Brown
876 Omaha Court
Carol Stream, IL 60188

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.558**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.05 | $73.05 |
|---|---|---|---|

Jacob Gay
450 Moorfield Avenue
North Aurora, IL 60542

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number *(if known)* | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | $77.00 |
|---|---|---|---|---|

**2.559**

Priority creditor's name and mailing address

Jacob Grothus-Hall
4909 Church Street
Skokie, IL 60077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$77.00    $77.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.560**

Priority creditor's name and mailing address

Jacob Jones
432 Fayette Drive
Oswego, IL 60543

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.561**

Priority creditor's name and mailing address

Jacob Knox
404 Holly Haven Drive
Ballwin, MO 63021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$245.55    $245.55

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.562**

Priority creditor's name and mailing address

Jacob Nast
2184 Highbury Drive
Troy, MI 48085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.60    $63.60

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.563** | Priority creditor's name and mailing address

Jacob Schaden
618 West Patterson Avenue
Apt. 2W
Chicago, IL 60613

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$164.32　$164.32

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.564** | Priority creditor's name and mailing address

Jacob Seremak
710 South Michigan Avenue
Villa Park, IL 60181

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00　$0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.565** | Priority creditor's name and mailing address

Jacob Trofimchuk
897 Bryan Street
Elmhurst, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$54.46　$54.46

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.566** | Priority creditor's name and mailing address

Jacob Valadez
4121 Williams Street
Downers Grove, IL 60515

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$39.00　$39.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

Jada Andrews
656 Bluebird Drive
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.44 | $76.44 |
|---|---|---|---|---|

Jade  Wallace
107 Clara Place unit 1E
Elmhurst, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.02 | $398.02 |
|---|---|---|---|---|

Jaden Blomberg
4S927 Dauberman Road
Sugar Grove, IL 60554

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.22 | $157.22 |
|---|---|---|---|---|

Jaden Sawyer
256 plainview drive
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|---------------------|------------------------|----------|
|        | Name                |                        |          |

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.88 | $208.88 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
| | Jafet Gonzalez Ramirez<br>256 Edgehill Drive<br>Bolingbrook, IL 60440 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.02 | $118.02 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
| | Jahon Bell<br>241 49th Avenue<br>Bellwood, IL 60104 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.60 | $51.60 |
|-------|----------------------------------------------|-----------------------------------------------|--------|--------|
| | Jaiden Mousty<br>807 Vanderbilt Drive<br>Normal, IL 61761 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.48 | $95.48 |
|-------|----------------------------------------------|-----------------------------------------------|--------|--------|
| | Jaime Kussin<br>2057 Green Bridge Lane<br>Hanover Park, IL 60133 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|

Name

---

**2.575** | Priority creditor's name and mailing address
Jaime Sahagun
25 North Parkside Avenue
Chicago Heights, IL 60411

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$225.44     $225.44

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.576** | Priority creditor's name and mailing address
Jake Coll
107 Crickett Court
St. Peters, MO 63376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.577** | Priority creditor's name and mailing address
Jake Godfrey
3001 Edgemont Lane
Park Ridge, IL 60068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$56.00     $56.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.578** | Priority creditor's name and mailing address
Jalyn Landrum
7016 Century Court
Tinley Park, IL 60477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$137.48     $137.48

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.579** | Priority creditor's name and mailing address

James Burrell
607 Rosedale Road
Glenview, IL 60025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$238.98 | $238.98

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.580** | Priority creditor's name and mailing address

James Leide
801 Kansas Street
Carol Stream, IL 60188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$210.56 | $210.56

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.581** | Priority creditor's name and mailing address

James Madison
1679 Briarcliffe Boulevard
Wheaton, IL 60189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$135.94 | $135.94

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.582** | Priority creditor's name and mailing address

James Schneiderwind
1221 North Doe Road
Palatine, IL 60067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$313.72 | $313.72

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.583** | Priority creditor's name and mailing address
James Schwanebeck
308 Normandie Drive
Sugar Grove, IL 60554

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$853.49    $853.49

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.584** | Priority creditor's name and mailing address
James Shevlin
7807 West Glenlake Avenue
Chicago, IL 60631

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$53.28    $53.28

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.585** | Priority creditor's name and mailing address
James Stanley
208 West Clarke Street
Heyworth, IL 61745

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$977.79    $977.79

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.586** | Priority creditor's name and mailing address
James Watson
3634 Montana St
St. Louis, MO 63116

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$582.69    $582.69

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.20 | $116.20 |
|---|---|---|---|---|

Jamie Blahetka
219 Lafayette Drive
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.08 | $235.08 |
|---|---|---|---|---|

Jamie Johnson
915 Red Clover Drive
Aurora, IL 60504

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.23 | $769.23 |
|---|---|---|---|---|

Jamie Lenhart
49 Boyd Ave.
Valley Park, MO 63088

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.34 | $74.34 |
|---|---|---|---|---|

Jamie Louise Caracas
814 Cornell Lane
Schaumburg, IL 60193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.591** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.51 | $68.51

Jamiere Lindsey
1510 Dempster Street
Apt 204
Mount Prospect, IL 60056

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.592** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

Jamilyn McKinley
4 East Streamwood Boulevard
Streamwood, IL 60107

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.593** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.65 | $223.65

Janelise Ortiz
5615 Steamboat Circle
Plainfield, IL 60586

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.594** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.49 | $217.49

Janessa Hillsman
2304 Century Point Lane
Apt E
Glendale Heights, IL 60139

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $887.50 | $887.50 |
|---|---|---|---|---|

Janet Partida
1301 Ivy Lane
101
Naperville, IL 60563

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.88 | $48.88 |
|---|---|---|---|---|

Janyha Wilder
3445 West 76th Street
Chicago, IL 60652

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,278.41 | $1,278.41 |
|---|---|---|---|---|

Jared Moormeier
5408 Mansfield
Greendale, WI 53129

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Jariatu Bangurah
Fantail Ct 3029
Rochester Hills, MI 48309

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**2.599** | Priority creditor's name and mailing address
Jasella Hodges
2724 West Grove Avenue
Waukegan, IL 60085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$67.50    $67.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.600** | Priority creditor's name and mailing address
Jasmine Hunjan
1111 Charlene Lane
Schaumburg, IL 60193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$402.00    $402.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.601** | Priority creditor's name and mailing address
Jasmine Miller
30 Butterfield Road
Warrenville, IL 60555

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$322.40    $322.40

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.602** | Priority creditor's name and mailing address
Jasmine West
7318 South Ridgeland Avenue
Chicago, IL 60649

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$846.16    $846.16

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $855.77 | $855.77 |
|---|---|---|---|---|

**Jason Barrett**
403 Dodge Ave.
Evanston, IL 60202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |
|---|---|---|---|---|

**Jason Cihak**
1115 Tiara Ct
Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $713.08 | $713.08 |
|---|---|---|---|---|

**Jason Hughes**
17618 70th Avenue
Tinley Park, IL 60477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $661.54 | $661.54 |
|---|---|---|---|---|

**Jason Kane**
85 Midhurst Ct
Naperville, IL 60565

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.607** Priority creditor's name and mailing address

Jason McHugh
1515 West Illinois Avenue
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,071.22     $1,071.22

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.608** Priority creditor's name and mailing address

Jason Pena
302 South Van Buren Street
Batavia, IL 60510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$238.28     $238.28

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.609** Priority creditor's name and mailing address

Jasper Fortune
8655 Wood Vale Drive
Darien, IL 60561

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$174.44     $174.44

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.610** Priority creditor's name and mailing address

Javion Braddix
1233 Cashmere Lane
St. Peters, MO 63376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$44.16     $44.16

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
|        | Name                 |                        |          |

| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.06 | $175.06 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

Javonn Dennis
3939 South Lake Park Avenue
Apt 904
Chicago, IL 60653

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

| 2.612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $397.12 | $397.12 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

Jayda Catoe
602 East 31st Street
La Grange Park, IL 60526

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

| 2.613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.88 | $145.88 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

Jaylen Sykes
2048 Stonefield Drive
Glendale Heights, IL 60139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

| 2.614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.05 | $162.05 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

Jeet Patel
1756 Lanyon Drive
Bartlett, IL 60103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

**2.615** Priority creditor's name and mailing address

Jeffery Fones
33060 N Shanon
Grayslake, IL 60030

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$54.00    $54.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.616** Priority creditor's name and mailing address

Jeffrey Allen
2328 Crabtree
Woodridge, IL 60517

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$536.54    $536.54

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.617** Priority creditor's name and mailing address

Jenna Johnson
25504 West Rock Drive
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$84.14    $84.14

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.618** Priority creditor's name and mailing address

Jenna Sowinski
512 North Glengarry Drive
Geneva, IL 60134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$154.48    $154.48

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | 24-05385 |

| 2.619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,075.00 | $1,075.00 |
|---|---|---|---|---|
| | Jennifer Cooper | Check all that apply. | | |
| | 39W418 W Burnham Ln | ☐ Contingent | | |
| | Geneva, IL 60134-4893 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.31 | $85.31 |
|---|---|---|---|---|
| | Jennifer Le | Check all that apply. | | |
| | 6658 N Central Park Ave | ☐ Contingent | | |
| | Lincolnwood, IL 60712 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Jessica May | Check all that apply. | | |
| | 16127 Port of Nantucket Ct | ☐ Contingent | | |
| | Wildwood, MO 63040 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.10 | $74.10 |
|---|---|---|---|---|
| | Jessica Medel | Check all that apply. | | |
| | 5246 South Artesian Avenue | ☐ Contingent | | |
| | Chicago, IL 60632 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $206.88 | $206.88 |
|---|---|---|---|---|

Jessica Roehl
5917 North Harlem Avenue
Chicago, IL 60631

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.00 | $106.00 |
|---|---|---|---|---|

Jesus Alvarez
1167 w Wilson st
Batavia, IL 60510

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

Jheanne Ashley Arceo
312 Buffalo Drive
Elgin, IL 60124

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

Jillian Delahany
246 Abbotsford Court
Glen Ellyn, IL 60137

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.627**

Priority creditor's name and mailing address

Jillian Witt
3048 North Huntington Drive
Arlington Heights, IL 60004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.628**

Priority creditor's name and mailing address

Jivona Brown
136 Armitage Avenue
Glendale Heights, IL 60139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$91.42    $91.42

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.629**

Priority creditor's name and mailing address

Jizele Sims
Crescent Oak Lane
Aurora, IL 60502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$156.24    $156.24

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.630**

Priority creditor's name and mailing address

Jocelyn Carter
412 Butterfly Road
Bolingbrook, IL 60490

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$615.74    $615.74

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**2.631**

Priority creditor's name and mailing address
Johanna Salter
46W009 Keslinger Road
Elburn, IL 60119

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.632**

Priority creditor's name and mailing address
John Bialecki
16 North Chestnut Court
Hawthorn Woods, IL 60047

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$123.66    $123.66

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.633**

Priority creditor's name and mailing address
John Burns
6236 Boca Rio Drive
Oak Forest, IL 60452

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$74.24    $74.24

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.634**

Priority creditor's name and mailing address
John Croddy
1112 Ridgeway Avenue
Aurora, IL 60506

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$1,235.97    $1,235.97

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

John Knaak
257 Kossuth Street
South Elgin, IL 60177

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

John Martin
4064 Western Avenue
Western Springs, IL 60558

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.85 | $57.85 |

John Mileszko
16 Briarmist Ct
O'Fallon, MO 63366

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.23 | $769.23 |

John Rice
605 West Romeo Road
Romeoville, IL 60446

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.639**

Priority creditor's name and mailing address

John Rosas
113 Pinto Circle
O'Fallon, MO 63368

As of the petition filing date, the claim is:    $161.51    $161.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.640**

Priority creditor's name and mailing address

John Taylor
4 Stoney Ridge Court
Hawthorn Woods, IL 60047

As of the petition filing date, the claim is:    $58.94    $58.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.641**

Priority creditor's name and mailing address

John Weber
606 Lakeview Terrace
Glen Ellyn, IL 60137

As of the petition filing date, the claim is:    $349.22    $349.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.642**

Priority creditor's name and mailing address

Johnathan Kimble
1425 South Mannheim Road
Westchester, IL 60154

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.643** | Priority creditor's name and mailing address

Johnny Frankum
2210 Caton Ridge Drive
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$252.14        $252.14

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.644** | Priority creditor's name and mailing address

Jonah Hatzinger
1316 Wilson Avenue
Wheaton, IL 60189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.645** | Priority creditor's name and mailing address

Jonah Wolper
15 Oakbriar Farm Court
Ballwin, MO 63021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$62.61        $62.61

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.646** | Priority creditor's name and mailing address

Jonathan Carreon
8809 Carleah St
Apt GS
Des Plaines, IL 60016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$400.96        $400.96

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.00 | $279.00 |
|---|---|---|---|---|

Jonathan Padowski
East University Drive
Arlington Heights, IL 60004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $850.00 |
|---|---|---|---|---|

Jonathan Sebetic
2503 81st Street
Kenosha, WI 53143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.24 | $197.24 |
|---|---|---|---|---|

Jordan Jeffery
4172 Continental Drive
Waukegan, IL 60087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.65 | $124.65 |
|---|---|---|---|---|

Jordan Williams
9360 Senate Drive
Apt 2G
Des Plaines, IL 60016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.651** | Priority creditor's name and mailing address
Jorge Alfaro
583 S Countyline Rd
Sandwich, IL 60548

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,618.40    $1,618.40

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.652** | Priority creditor's name and mailing address
Jori Johnson
1836 West 93rd Street
Chicago, IL 60643

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.653** | Priority creditor's name and mailing address
Jose Cabrera
1392 East Ports O Call Drive
Palatine, IL 60074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$371.70    $371.70

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.654** | Priority creditor's name and mailing address
Jose Olivo
1227 Chalet Rd
Apt 300
Naperville, IL 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$211.26    $211.26

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.655** | Priority creditor's name and mailing address

Josefina Nunez
411 Marton
411
O'Fallon, MO 63366

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$668.23    $668.23

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.656** | Priority creditor's name and mailing address

Joseph Bruhn
1920 Old Hickory Court
Arnold, MO 63010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.657** | Priority creditor's name and mailing address

Joseph Doherty
743 Swain Avenue
Elmhurst, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$50.62    $50.62

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.658** | Priority creditor's name and mailing address

Joseph Hammond
603 S. Main Street
Sandwich, IL 60548

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,376.08    $1,376.08

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Joseph McCoy
907 Bainbridge Drive
Naperville, IL 60563

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.80 | $204.80 |
|---|---|---|---|---|

Joseph Salas
1344 North Northwest Highway
Park Ridge, IL 60068

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.29 | $82.29 |
|---|---|---|---|---|

Joseph Tamondong
1134 South Parkside Drive
Palatine, IL 60067

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $307.69 | $307.69 |
|---|---|---|---|---|

Joseph Walters
6545 Livernois Rd
Troy, MI 48098

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.663** | Priority creditor's name and mailing address
Josephine Mitroff
1637 Sycamore Avenue
Royal Oak, MI 48073

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$73.92          $73.92

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.664** | Priority creditor's name and mailing address
Joshua  Dunlap
561 Wilshire Ave
Glen Ellyn, IL 60137

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$294.40          $294.40

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.665** | Priority creditor's name and mailing address
Joshua Colby
401 Reagan Drive
Oswego, IL 60543

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$884.62          $884.62

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.666** | Priority creditor's name and mailing address
Joshua De Anda
2308 W Arthur Ave Unit #2
Chicago, IL 60645

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$48.60          $48.60

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.667** | Priority creditor's name and mailing address

Joshua DeLay
220 Euclid Ave
Saint Louis, MO 63119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.668** | Priority creditor's name and mailing address

Joshua Medley
1 Square Nail Court
O'Fallon, MO 63366

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$99.82 | $99.82

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.669** | Priority creditor's name and mailing address

Joshua Montano
515 Bompart Ave
St. Louis, MO 63119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.670** | Priority creditor's name and mailing address

Joshua Palasz
609 Sherman Street
Downers Grove, IL 60515

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.12 | $155.12 |
|---|---|---|---|---|

**2.671** Priority creditor's name and mailing address
Joshua Perez
1S 864 Illinois 47
Elburn, IL 60119

As of the petition filing date, the claim is: $155.12  $155.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.672** Priority creditor's name and mailing address
Joshua Rosa
2505 North Wilke Road
Rolling Meadows, IL 60008

As of the petition filing date, the claim is: $350.00  $350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.673** Priority creditor's name and mailing address
Joshua Wilson
456 Arlington Avenue
Elmhurst, IL 60126

As of the petition filing date, the claim is: $61.99  $61.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.674** Priority creditor's name and mailing address
Jovaughn Williams
271 Claridge Circle
Bolingbrook, IL 60440

As of the petition filing date, the claim is: $231.99  $231.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.675** | Priority creditor's name and mailing address
Juan Rivera
1053 Dickens Way
Schaumburg, IL 60193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$82.92          $82.92

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.676** | Priority creditor's name and mailing address
Juan Valadez
606 Preston Drive
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$48.00          $48.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.677** | Priority creditor's name and mailing address
Jude St.Clair
98 Highgate Course
St.Charles, IL 60174

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$211.56          $211.56

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.678** | Priority creditor's name and mailing address
Julia Alonso
939 West Oakdale Avenue
Chicago, IL 60657

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$161.95          $161.95

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Julia Kuschel
7155 Tournament Drive
St. Louis, MO 63129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.28 | $83.28 |
|---|---|---|---|---|

Julia Weinholtz
6349 Fairmount Avenue
Downers Grove, IL 60516

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $346.72 | $346.72 |
|---|---|---|---|---|

Julia Wisnieski
3755 Buck Avenue
Joliet, IL 60431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Julian Moldovan
1501 East Central Road
Arlington Heights, IL 60005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.54 | $90.54 |
|---|---|---|---|---|

Julian Salgado
1290 Parterre Place
Plainfield, IL 60585

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.12 | $111.12 |
|---|---|---|---|---|

Juliana Cruz
1417 34th Avenue
Melrose Park, IL 60160

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.08 | $206.08 |
|---|---|---|---|---|

Julianna Tuohy
4124 Lindley Street
Downers Grove, IL 60515

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.60 | $114.60 |
|---|---|---|---|---|

Julissa Dillon
543 North Arbogast Street
Griffith, IN 46319

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.687** | Priority creditor's name and mailing address
Justin Martinets
4731 Cornell Avenue
Downers Grove, IL 60515

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$186.00          $186.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.688** | Priority creditor's name and mailing address
Justine Aller
24 N Pistakee Lake RD #1D
Fox Lake, IL 60020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$761.54          $761.54

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.689** | Priority creditor's name and mailing address
Kailani Barrett
3407 Wilke Road
Rolling Meadows, IL 60008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.690** | Priority creditor's name and mailing address
Kailey Hillis
3909 Liberty Blvd
Westmont, IL 60559

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$157.33          $157.33

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | | Case number (if known) | 24-05385 |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.84 | $78.84 |
|---|---|---|---|---|

Kaitlin Fell
3118 North Kenmore Avenue
Chicago, IL 60657

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.01 | $76.01 |
|---|---|---|---|---|

Kaitlyn Bequette
1127 Lupine Court
O'Fallon, MO 63366

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.75 | $87.75 |
|---|---|---|---|---|

Kaitlyn Boeldt
3286 Knollwood Circle
Geneva, IL 60134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.12 | $218.12 |
|---|---|---|---|---|

Kaitlyn Jaskier
1127 Fairview Avenue
Westmont, IL 60559

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.695** Priority creditor's name and mailing address

Kaitlyn Lloyd
3837 216th Street
Matteson, IL 60443

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$130.67    $130.67

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.696** Priority creditor's name and mailing address

Kalliopi Memtsas
710 Seafarer Dr
Schaumburg, IL 60193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.697** Priority creditor's name and mailing address

Kalvin Consuelo
5703 South Cass Avenue
Apt 116
Westmont, IL 60559

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$146.58    $146.58

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.698** Priority creditor's name and mailing address

Kamari Spencer
928 Colfax Avenue
Elmhurst, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$188.60    $188.60

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

Kane County Treasurer's Office
719 S. Baravia Avenue
Geneva, IL 60134

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2024

Basis for the claim:

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,692.31 | $1,692.31 |
|---|---|---|---|---|

Karen Walter
2437 Alan Dale Lane
Yorkville, IL 60560

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Karim Boules
1411 Windgate Way Lane
Chesterfield, MO 63005

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.84 | $60.84 |
|---|---|---|---|---|

Kasandra Baylosis
204 Springdale Lane
Bloomingdale, IL 60108

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.703** | Priority creditor's name and mailing address
Kate Simmons
38 Parsley
Savoy, IL 61874

As of the petition filing date, the claim is:    $36.12    $36.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.704** | Priority creditor's name and mailing address
Katelynn N Street
2680 Nann Drive
St Louis, MO 63129

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.705** | Priority creditor's name and mailing address
Katharine Krus
5115 Suson Oaks Court
St. Louis, MO 63128

As of the petition filing date, the claim is:    $93.97    $93.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.706** | Priority creditor's name and mailing address
Katherine Day
1840 Heather Glen Drive
New Lenox, IL 60451

As of the petition filing date, the claim is:    $151.76    $151.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.707** Priority creditor's name and mailing address

Katherine Holcomb
5675 Winter Garden Court
St. Louis, MO 63129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.708** Priority creditor's name and mailing address

Katherine Irrig
28W751 Wagner Road
Warrenville, IL 60555

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,730.76    $1,730.76

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.709** Priority creditor's name and mailing address

Katherine Kuhn
2701 Irondale Drive
St. Louis, MO 63129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$79.46    $79.46

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.710** Priority creditor's name and mailing address

Katherine Monroe
3088 Hampshire Lane
Waukegan, IL 60087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$162.00    $162.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|---------------------|------------------------|----------|
|        | Name |  |  |

---

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $634.62 | $634.62 |
|-------|---|---|---|---|
|  | Kathleen Kolodziejski | *Check all that apply.* |  |  |
|  | 1690 Highmeadow Lane | ☐ Contingent |  |  |
|  | Algonquin, IL 60102 | ☐ Unliquidated |  |  |
|  |  | ■ Disputed |  |  |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
|  | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
|  | ☐ Yes |

---

| 2.712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.20 | $103.20 |
|-------|---|---|---|---|
|  | Kayla Booker | *Check all that apply.* |  |  |
|  | 255 Springbrook Trail South | ☐ Contingent |  |  |
|  | Oswego, IL 60543 | ☐ Unliquidated |  |  |
|  |  | ■ Disputed |  |  |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
|  | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
|  | ☐ Yes |

---

| 2.713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,061.23 | $1,061.23 |
|-------|---|---|---|---|
|  | Kayla Bradley | *Check all that apply.* |  |  |
|  | 1221 Redwood Dr | ☐ Contingent |  |  |
|  | Arnold, MO 63010 | ☐ Unliquidated |  |  |
|  |  | ■ Disputed |  |  |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
|  | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
|  | ☐ Yes |

---

| 2.714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---|---|---|---|
|  | Kayla Butler | *Check all that apply.* |  |  |
|  | 10236 South La Salle Street | ☐ Contingent |  |  |
|  | Chicago, IL 60628 | ☐ Unliquidated |  |  |
|  |  | ■ Disputed |  |  |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
|  | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
|  | ☐ Yes |

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.60 | $120.60 |
|---|---|---|---|---|

Kayla Kucginski
9205 Spring Street
Highland, IN 46322

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $394.08 | $394.08 |
|---|---|---|---|---|

Kayla Wadkins
305 North Bone Drive
Normal, IL 61761

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.90 | $55.90 |
|---|---|---|---|---|

Kayle Czerwinski
3512 Stone Creek Court
Joliet, IL 60435

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Kaylee George
1097 Auburn Lane
Bartlett, IL 60103

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.56 | $53.56 |
|---|---|---|---|---|

**2.719** Priority creditor's name and mailing address
Kayliana Koeune
27w706 Hickory Lane
Northwoods, IL 60185

As of the petition filing date, the claim is:       $53.56    $53.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.720** Priority creditor's name and mailing address
Kaylie Jursich
643 Samantha Circle
Geneva, IL 60134

As of the petition filing date, the claim is:       $262.64    $262.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.721** Priority creditor's name and mailing address
Kaytlyn McPherson
2012 Buckingham Avenue
Berkley, MI 48072

As of the petition filing date, the claim is:       $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.722** Priority creditor's name and mailing address
Keaton Moore
932 West Montana Street
Chicago, IL 60614

As of the petition filing date, the claim is:       $119.72    $119.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | | |
|---|---|---|---|---|
| | Name | Case number (if known) | 24-05385 | |

| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.28 | $131.28 |
|---|---|---|---|---|

Keenan Jusep
5201 North Francisco Avenue
Chicago, IL 60625

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.15 | $254.15 |
|---|---|---|---|---|

Keigan Everett
1945 Williamstown Drive
Saint Peters, MO 63376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.44 | $303.44 |
|---|---|---|---|---|

Keione Garland
1616 Indiana Street
Apt B
St. Charles, IL 60174

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.40 | $56.40 |
|---|---|---|---|---|

Keira Larsen
2421 Albany Court
Aurora, IL 60503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.727** | Priority creditor's name and mailing address
Keira McCarthy
5226 West Waveland Avenue
Chicago, IL 60641

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$33.72          $33.72

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.728** | Priority creditor's name and mailing address
Kelan Vega
4247 Hickory Hills Drive
Apt 314
Waukegan, IL 60087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$57.24          $57.24

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.729** | Priority creditor's name and mailing address
Kelsey Kavis
130 South Lewis Avenue
Lombard, IL 60148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$145.00          $145.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.730** | Priority creditor's name and mailing address
Kelsey Venegas
902 Aderman Ave
Prospect Heights, IL 60070

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.45 | $247.45 |
|---|---|---|---|---|

Kena Barnes
6512 Roth Drive
Joliet, IL 60431

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.62 | $186.62 |
|---|---|---|---|---|

Kendall Bauer
16005 Nantucket Pointe Court
Wildwood, MO 63040

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Kendall Bly
9312 South May Street
Chicago, IL 60620

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.45 | $63.45 |
|---|---|---|---|---|

Kendall Flournoy
128 Lorraine Drive
Lake Zurich, IL 60047

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.735** | Priority creditor's name and mailing address

Kendric Berry
1650 N Major Ave
CHICAGO, IL 60639

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$769.23    $769.23

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.736** | Priority creditor's name and mailing address

Kenneth Silva
43395 Dequindre Road
Troy, MI 48085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$120.36    $120.36

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.737** | Priority creditor's name and mailing address

Kenya Freeman
313 Geneva Ave
Bellwood, IL 60104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$241.72    $241.72

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.738** | Priority creditor's name and mailing address

Kevin Biechler
980 Natalie Way
Belvidere, IL 61008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,364.56    $1,364.56

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.739 | Priority creditor's name and mailing address<br>Kevin Cross<br>137 Lilac Lane<br>North Aurora, IL 60542 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $1,135.86    $1,135.86 |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.740 | Priority creditor's name and mailing address<br>Khyree Dooley-Whitaker<br>1631 North Taft Avenue<br>Berkeley, IL 60163 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $56.40    $56.40 |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.741 | Priority creditor's name and mailing address<br>Kiara  Pigoni<br>5121 N Kolmar Ave<br>Chicago, IL 60630 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $56.00    $56.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.742 | Priority creditor's name and mailing address<br>Kiara Bush<br>45 Waltham Street<br>Calumet City, IL 60409 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $95.04    $95.04 |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**2.743** | Priority creditor's name and mailing address
Kiara Phillips
751 W Boston Blvd
Detroit, MI 48202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.744** | Priority creditor's name and mailing address
Kieran Rummel
200 East Beech Drive
Schaumburg, IL 60193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.745** | Priority creditor's name and mailing address
Kiley Connolly
11534 193rd Street
Mokena, IL 60448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.746** | Priority creditor's name and mailing address
Kimberly Luna
811 South Liberty Street
Elgin, IL 60120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$45.36    $45.36

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.747** | Priority creditor's name and mailing address
Kimberly McMillan
1133 Hawthorne Court
B1
Wheeling, IL 60090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$519.23     $519.23

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.748** | Priority creditor's name and mailing address
Klaudia Gralak
2612 John Bourg Drive
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.00      $63.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.749** | Priority creditor's name and mailing address
Kole Snipes
509 Terrington Drive
Ballwin, MO 63021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$100.98     $100.98

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.750** | Priority creditor's name and mailing address
Konrad Sztorc
70 Holmes Way
Schaumburg, IL 60193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$64.68      $64.68

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Konstandinos Hatzisavas
1906 East Robinhood Lane
Arlington Heights, IL 60004

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.12 | $162.12 |
|---|---|---|---|---|

Krish Patel
777 Inland Circle
301
Naperville, IL 60563

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.09 | $1,923.09 |
|---|---|---|---|---|

Kristen N Brackett
1144 Pearl Street
Aurora, IL 60505

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.70 | $122.70 |
|---|---|---|---|---|

Kristina Keaton
107 East Park Street
Plano, IL 60545

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.755** Priority creditor's name and mailing address

Kristina Kelly
5337 Warner Avenue
Chicago, IL 60641

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$52.20     $52.20

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.756** Priority creditor's name and mailing address

Kyelee Ronald
40W304 LaFox Road
Campton Hills, IL 60175

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.00     $63.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.757** Priority creditor's name and mailing address

Kyla Dotts
15139 Laporte Avenue
Oak Forest, IL 60452

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$59.93     $59.93

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.758** Priority creditor's name and mailing address

Kyle Frazier
23018 Toscana Dr
Frankfort, IL 60423

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.39 | $695.39 |
|---|---|---|---|---|

Kyle Karnaz
7709 Woodward Avenue
3B
Woodridge, IL 60517

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,630.73 | $1,630.73 |
|---|---|---|---|---|

Kyle Kraber
1093 Hampton Lane
Yorkville, IL 60560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.32 | $203.32 |
|---|---|---|---|---|

Kyle Mackniskas
616 Spruce Court
Oswego, IL 60543

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.91 | $92.91 |
|---|---|---|---|---|

Kyle Voltolina
7448 165th Street
Tinley Park, IL 60477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
| --- | --- | --- | --- |
| | Name | | |

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.50 | $465.50 |
| --- | --- | --- | --- | --- |

**2.763**

Priority creditor's name and mailing address
Kyler Stevenson
1333 Trading Post Lane
O'Fallon, MO 63366

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$465.50    $465.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.764**

Priority creditor's name and mailing address
Kylie Konar
2008 W Scott Ter
Mount Prospect, IL 60056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$311.58    $311.58

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.765**

Priority creditor's name and mailing address
Kynnedy Penix
4251 Greenleaf Court
Park City, IL 60085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$187.25    $187.25

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.766**

Priority creditor's name and mailing address
Kyra Payton
7939 S Ada St
Unit # 1 Chicago, IL 60620

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$99.32    $99.32

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.38 | $76.38 |

Lachlan Bowen
38W317 Chickasaw Court
St. Charles, IL 60175

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

Laila Mason
301 Melinda Drive
South Elgin, IL 60177

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

Lake County Treasurer
18 N. County Street
Room 102
Waukegan, IL 60085

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| 2024 | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.47 | $54.47 |

Laksh Salwan
Blue Heron Circle
Bartlett, IL 60103

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.771** | Priority creditor's name and mailing address

Lana Austin
6910 North Sheridan Road
Chicago, IL 60626

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$144.45 | $144.45

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.772** | Priority creditor's name and mailing address

Landon Bond
614 West Haven Drive
Arlington Heights, IL 60005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$58.50 | $58.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.773** | Priority creditor's name and mailing address

Landon Swan
7473 Birch Bridge Drive
St. Louis, MO 63129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$40.59 | $40.59

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.774** | Priority creditor's name and mailing address

Landyn Linton
2303 Stone Mountain Boulevard
Bloomington, IL 61704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$148.56 | $148.56

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $43.43 | $43.43 |
|---|---|---|---|---|
| | Lanz Galdo<br>West Kendall Street<br>Aurora, IL 60505 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $99.96 | $99.96 |
|---|---|---|---|---|
| | Latrice Hayes<br>513 Geneva Ave<br>Bellwood, IL 60104 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $317.75 | $317.75 |
|---|---|---|---|---|
| | Laura Marquardt<br>2300 Briar Lane<br>Lindenhurst, IL 60046 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $168.42 | $168.42 |
|---|---|---|---|---|
| | Laurel Drerup<br>665 Westridge Court<br>Aurora, IL 60504 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.779**

Priority creditor's name and mailing address

Lauren Mead
1125 North Washington Street
Wheaton, IL 60187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.780**

Priority creditor's name and mailing address

Lauren Tremusini
4510 Green Park Road
Saint Louis, MO 63123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$227.34    $227.34

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.781**

Priority creditor's name and mailing address

Layla Miller
8407 Waterbury Drive
Joliet, IL 60431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$97.32    $97.32

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.782**

Priority creditor's name and mailing address

Leah Milosovic
8842 Glenshire Street
Tinley Park, IL 60487

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
| | Name | | |

---

**2.783** | Priority creditor's name and mailing address

Leah Shanahan
805 Belot Lane
New Lenox, IL 60451

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$45.50        $45.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.784** | Priority creditor's name and mailing address

Leah Shirley
1555 Anderson Road
Elburn, IL 60119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.785** | Priority creditor's name and mailing address

Leah Sowonik
2411 Finn Court
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$57.00        $57.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.786** | Priority creditor's name and mailing address

Leena Tang
6247 North Albany Avenue
Chicago, IL 60659

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$65.28        $65.28

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.93 | $59.93 |
|---|---|---|---|---|

Leia Gilleylen
7807 Park Central Drive South
Tinley Park, IL 60477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.788 | Priority creditor's name and mailing address | | $883.36 | $883.36 |
|---|---|---|---|---|

Leonard Ball
39 North Hyde Park Avenue
Geneva, IL 60134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.789 | Priority creditor's name and mailing address | | $646.16 | $646.16 |
|---|---|---|---|---|

Leslie Gonzalez
365 Quail View Drive
Apt B
Ballwin, MO 63021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.790 | Priority creditor's name and mailing address | | $73.10 | $73.10 |
|---|---|---|---|---|

Leslie Lainio
38W046 Adele Lane
St. Charles, IL 60175

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.791** Priority creditor's name and mailing address
Leslie Perez-Villa
2308 West Arthur Avenue
Chicago, IL 60645

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.00    $63.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.792** Priority creditor's name and mailing address
Lexa Stewart
209 Maplebrook Court
Schaumburg, IL 60194

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$120.36    $120.36

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.793** Priority creditor's name and mailing address
Liam Leja
1115 Hull Court
Aurora, IL 60504

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.794** Priority creditor's name and mailing address
Lila Jeffrey
1151 Durham Drive
Wheaton, IL 60189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.82 | $319.82 |
|---|---|---|---|---|

Lilianna Bottoms
5634 Lyman Ave
Downers Grove, IL 60516

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Lillian Durham
4177 Ramblewood Drive
Troy, MI 48085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.00 | $335.00 |
|---|---|---|---|---|

Lillian Uvena-Stefanovich
6931 North Greenview Avenue
Chicago, IL 60626

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.66 | $121.66 |
|---|---|---|---|---|

Lilly Porzel
1941 Lindenwood Court
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.93 | $59.93 |
|---|---|---|---|---|

Lily Henning
7647 Wheeler Drive
Orland Park, IL 60462

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $838.31 | $838.31 |
|---|---|---|---|---|

Linda Read
1324 A Croton Ct
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Lindsay Leathery
2984 Two Elks Road
Normal, IL 61761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $484.62 | $484.62 |
|---|---|---|---|---|

Lisa Chow
3925 Forester Blvd
Auburn Hills, MI 48326

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.803** | Priority creditor's name and mailing address
Lisa Gunderson
44W307 Plank Road
Hampshire, IL 60140

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$865.39        $865.39

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.804** | Priority creditor's name and mailing address
Lisa Jo Moore
7127 C Oakbrook Rd
Newark, IL 60514

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,403.85        $2,403.85

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.805** | Priority creditor's name and mailing address
Lisa Morris
539 Chestnut Drive
Oswego, IL 60543

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$892.31        $892.31

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.806** | Priority creditor's name and mailing address
Livia Nigro
5336 West Warner Avenue
Chicago, IL 60641

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$34.68        $34.68

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | 24-05385 |

| 2.807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $307.69 | $307.69 |
|---|---|---|---|---|

Logan Allen
602 E. Locust Street
Tolono, IL 61880

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Logan Mundt
1878 Maryland Boulevard
Birmingham, MI 48009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.00 | $284.00 |
|---|---|---|---|---|

Logan Nance
4501 Rosy Lane
St. Louis, MO 63129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.31 | $217.31 |
|---|---|---|---|---|

Logan Temple
1503 Keats Ave
Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**2.811**

Priority creditor's name and mailing address
Lourdes Butler
4819 142nd Street
Crestwood, IL 60445

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$73.25    $73.25

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.812**

Priority creditor's name and mailing address
Luca Marzullo
55 Claria Drive
Roselle, IL 60172

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.813**

Priority creditor's name and mailing address
Lucas Jasin
208 South Calumet Avenue
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.00    $63.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.814**

Priority creditor's name and mailing address
Lucia O'Connor
835 Lincoln Lane
Frankfort, IL 60423

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.815** | Priority creditor's name and mailing address
Luciano Montes
3 Springbrook Place
Webster Groves, MO 63119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.816** | Priority creditor's name and mailing address
Lucy Dillenbeck
407 South Brainard Avenue
La Grange, IL 60525

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$62.27    $62.27

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.817** | Priority creditor's name and mailing address
Luis Salazar
29 Glenview Road
Glenview, IL 60025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$168.18    $168.18

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.818** | Priority creditor's name and mailing address
Luka Pirosmanishvili
1206 Roth Ct
Wheeling, IL 60090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$47.74    $47.74

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.819** | Priority creditor's name and mailing address
Lukas Alexanian
1105 Austin Avenue
Park Ridge, IL 60068

As of the petition filing date, the claim is: $48.00    $48.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.820** | Priority creditor's name and mailing address
Luke Atzman
8126 Wheeler Drive
Orland Park, IL 60462

As of the petition filing date, the claim is: $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.821** | Priority creditor's name and mailing address
Luke Eboli
1116 South Eldridge Lane
Elmhurst, IL 60126

As of the petition filing date, the claim is: $96.04    $96.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.822** | Priority creditor's name and mailing address
Luke Ejnik
4100 River View Drive
St. Charles, IL 60175

As of the petition filing date, the claim is: $112.00    $112.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.823** | Priority creditor's name and mailing address
Luke Feeley
350 South Stewart Avenue
Lombard, IL 60148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$70.00   $70.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.824** | Priority creditor's name and mailing address
Luke Jones
480 Arlington Drive
Rochester Hills, MI 48307

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$98.88   $98.88

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.825** | Priority creditor's name and mailing address
Lydia Bailey
316 Fawn Meadows Drive
Ballwin, MO 63011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.826** | Priority creditor's name and mailing address
Lyna Lam
4957 North Newcastle Avenue
Chicago, IL 60656

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$57.84   $57.84

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.90 | $42.90 |
|---|---|---|---|---|

Lynn Lee
1506 Topp Lane
Glenview, IL 60025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.04 | $62.04 |
|---|---|---|---|---|

Mackenzie Miller
23220 Avon Rd
Oak Park, MI 48237

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.89 | $52.89 |
|---|---|---|---|---|

Madeline Banigan
511 Parkwoods Avenue
Kirkwood, MO 63122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Madeline Cole
2112 Dewes Street
glenview, IL 60025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.831**

Priority creditor's name and mailing address

Madeline Duarte
885 East Aster Avenue
Palatine, IL 60074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$425.54        $425.54

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.832**

Priority creditor's name and mailing address

Madeline Monahan
16034 Alexandria Drive
Tinley Park, IL 60477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$120.75        $120.75

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.833**

Priority creditor's name and mailing address

Madeline West
1212 Ledgestone Drive
Normal, IL 61761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.834**

Priority creditor's name and mailing address

Madelyn Gilliam
2516 Clear Creek Ct
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$156.24        $156.24

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.835** | Priority creditor's name and mailing address

Madilyn Norcross
248 Mayfair Lane
South Elgin, IL 60177

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$56.00     $56.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.836** | Priority creditor's name and mailing address

Madison Borgerson
2908 Sun Valley Court
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.837** | Priority creditor's name and mailing address

Madison DeWolf
311 Wisconsin Road
Frankfort, IL 60423

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$45.50     $45.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.838** | Priority creditor's name and mailing address

Madison Evans
2303 White Eagle Drive
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$60.62     $60.62

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Madison Jefferson
2847 Lindgren Trail
Aurora, IL 60503 | *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:
Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?
■ No
☐ Yes | | |

| 2.840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.10 | $71.10 |
|---|---|---|---|---|
| | Madison Lambert
3761 North Wilton Avenue
Chicago, IL 60613 | *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:
Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?
■ No
☐ Yes | | |

| 2.841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.60 | $169.60 |
|---|---|---|---|---|
| | Madison Perry
1904 Edinburgh Lane
Aurora, IL 60504 | *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:
Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?
■ No
☐ Yes | | |

| 2.842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.11 | $470.11 |
|---|---|---|---|---|
| | Madison Tuggle-Huckleby
1011 Primrose Lane
Normal, IL 61761 | *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:
Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?
■ No
☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.843**

Priority creditor's name and mailing address
Madison Ummel
305 East Adams Street
Towanda, IL 61776

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$122.06     $122.06

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.844**

Priority creditor's name and mailing address
Madison Wilson
319 East Madison Street
Batavia, IL 60510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$64.13     $64.13

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.845**

Priority creditor's name and mailing address
Maegan Powers
1585 Eagle Circle
New Lenox, IL 60451

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.846**

Priority creditor's name and mailing address
Maerie Rose Gaerlan
1014 Ironwood CC Drive
Normal, IL 61761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maggie Barnes**
1108 Tiara Court
Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maggie Shambo**
2331 Sundrop Drive
Glenview, IL 60026

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.50 | $157.50 |
|---|---|---|---|---|

**Mailynn Bobby**
815 Cheyenne Lane
Elgin, IL 60123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maitreya Lovell**
260 East Butterfield Road
211
Elmhurst, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.851** | Priority creditor's name and mailing address
Maiya Cote
1121 Highland Farms Drive
Wentzville, MO 63385

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.852** | Priority creditor's name and mailing address
Makayla Topel
5503 North Rockwell Street
Chicago, IL 60625

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$81.34    $81.34

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.853** | Priority creditor's name and mailing address
Maranda Ebert
4203 Bunratty Lane
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$72.50    $72.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.854** | Priority creditor's name and mailing address
Marc Farmer
1630 Kaneville Road
Geneva, IL 60134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,245.16    $1,245.16

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.10 | $240.10 |
|---|---|---|---|---|

**2.855** Priority creditor's name and mailing address
Marcella Calix
2701 Gilead Avenue
Zion, IL 60099

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$240.10    $240.10

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.856** Priority creditor's name and mailing address
Marcella Gralak
2612 John Bourg Drive
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$146.72    $146.72

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.857** Priority creditor's name and mailing address
Marcelo Reyna
205 Linn Court
Apt C
North Aurora, IL 60542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$974.40    $974.40

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.858** Priority creditor's name and mailing address
Marco Lemoncello
616 Waterford Road
Elgin, IL 60124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$101.76    $101.76

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.16 | $118.16 |
|---|---|---|---|---|

Marcus Jordan
7322 S Marshfield Ave
Chicago, IL 60636

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Marcus Luvert
7532 Birch Avenue
Hammond, IN 46324

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

Maria Dalton
3130 Raymond Avenue
Brookfield, IL 60513

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Maria Gonzalez
1118 Mohawk Drive
Elgin, IL 60120

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.863**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $607.41 | $607.41 |
|---|---|---|---|
| Maria Ruiz | *Check all that apply.* | | |
| 1124 Elizabeth Street | ☐ Contingent | | |
| West Chicago, IL 60185 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.864**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | $56.00 |
|---|---|---|---|
| Mariah Hall-Lee | *Check all that apply.* | | |
| 2667 Colonial Drive | ☐ Contingent | | |
| Elgin, IL 60124 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.865**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.64 | $87.64 |
|---|---|---|---|
| Mariah Stubbs | *Check all that apply.* | | |
| 16234 Grove Avenue | ☐ Contingent | | |
| Oak Forest, IL 60452 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.866**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.98 | $63.98 |
|---|---|---|---|
| Mariah Wilson | *Check all that apply.* | | |
| 319 East Madison Street | ☐ Contingent | | |
| Batavia, IL 60510 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.867** Priority creditor's name and mailing address

Mariana Haro
619 South Kendall Street
Aurora, IL 60505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$124.32    $124.32

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.868** Priority creditor's name and mailing address

Mariana Johnson
935 Emerald Drive
Pingree Grove, IL 60140

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$646.16    $646.16

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.869** Priority creditor's name and mailing address

Marianna Lyskawa
506 Eagle Ct
Schaumburg, IL 60194

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.870** Priority creditor's name and mailing address

Maribelle McClelland
9 Ann Arbor Court
Bloomington, IL 61705

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$121.80    $121.80

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.871** | Priority creditor's name and mailing address
Marie Smith
2465 N 42nd Road
Sheridan, IL 60551

As of the petition filing date, the claim is:                                              $842.92        $842.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.872** | Priority creditor's name and mailing address
Marijayne Bishop
816 Glenhaven Drive
O'Fallon, MO 63366

As of the petition filing date, the claim is:                                              $225.68        $225.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.873** | Priority creditor's name and mailing address
Mario Monterroso
5101N Springfield Ave
Chicago, IL 60625

As of the petition filing date, the claim is:                                              $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.874** | Priority creditor's name and mailing address
Mario Nunez
454 Colford Avenue
West Chicago, IL 60185

As of the petition filing date, the claim is:                                              $334.76        $334.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $846.16 | $846.16 |
|---|---|---|---|---|

Marisa Childs
822 E 169th St
South Holland, IL 60473

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 2.876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.96 | $84.96 |
|---|---|---|---|---|

Marissa Phelps
2613 Red Rock Road
Normal, IL 61761

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 2.877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,079.27 | $1,079.27 |
|---|---|---|---|---|

Mark Bicocchi
505 W Devon Ave
Bartlett, IL 60103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 2.878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $361.65 | $361.65 |
|---|---|---|---|---|

Mary D Holso
PO Box 121
Eola, IL 60519

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number *(if known)* | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.48 | $30.48 |
|---|---|---|---|---|

Maryam Tobya
2716 Roundtree Drive
Troy, MI 48083

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.04 | $62.04 |
|---|---|---|---|---|

Masciyana Harden
370 E 13Mile Rd
Madison Heights, MI 48071

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Mason Carrington
211 Agamemnon Court
St. Peters, MO 63376

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.40 | $43.40 |
|---|---|---|---|---|

Mason Ciuplys
7305 Tiffany Drive
Apt 3B
Orland Park, IL 60462

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.883** | Priority creditor's name and mailing address

Mason Perry
906 CR 1900 East
Sidney, IL 61877

As of the petition filing date, the claim is:                $143.25    $143.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.884** | Priority creditor's name and mailing address

Mateusz Pietrzkiewicz
215 Meadowbrook Court
Lake Zurich, IL 60047

As of the petition filing date, the claim is:                $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.885** | Priority creditor's name and mailing address

Mathia Clark
1937 S. Wiesbrook Road
Wheaton, IL 60189

As of the petition filing date, the claim is:                $63.00    $63.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.886** | Priority creditor's name and mailing address

Matt Malandrino
2837 Fieldbrook Avenue
Wauconda, IL 60084

As of the petition filing date, the claim is:                $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Matteo Loffredo<br>639 Revere Road<br>Glen Ellyn, IL 60137 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Matthew Angone<br>14754 El Vista Avenue<br>Oak Forest, IL 60452 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.28 | $959.28 |
|---|---|---|---|---|
| | Matthew Blume<br>2000 N Linden St Apt P306<br>Normal, IL 61761-6086 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.60 | $75.60 |
|---|---|---|---|---|
| | Matthew Doud<br>1312 Coolidge Avenue<br>Wheaton, IL 60189 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.92 | $40.92 |
|---|---|---|---|---|

Matthew Grace
6713 Leonard Drive
Darien, IL 60561

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:
Paid in full postpetition per Court order. |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

---

| 2.892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.21 | $160.21 |
|---|---|---|---|---|

Matthew Mitchell
6037 West Dakin Street
Chicago, IL 60634

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:
Paid in full postpetition per Court order. |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

---

| 2.893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Matthew Moux
856 West Nelson Street
Apt 502
Chicago, IL 60657

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:
Paid in full postpetition per Court order. |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

---

| 2.894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Matthew Paulino
1141 Hunter Street
Lombard, IL 60148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:
Paid in full postpetition per Court order. |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

**2.895** Priority creditor's name and mailing address
Matthew Pyzowski
514 Cottonwood Lane
Schaumburg, IL 60193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$85.68   $85.68

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.896** Priority creditor's name and mailing address
Matthew Schweitzer
28 Fordyce Mnr
Saint Charles, MO 63303-3914

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$630.77   $630.77

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.897** Priority creditor's name and mailing address
Matthew Thomas
700 W Ash St
Griffith, IN 46319

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.898** Priority creditor's name and mailing address
Maxwell Herzog
256 Weaver Drive
Cary, IL 60013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$600.00   $600.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.74 | $138.74 |
|---|---|---|---|---|

**2.899**

Priority creditor's name and mailing address
Maya Dunkle
19817 Mulroy Circle
Tinley Park, IL 60487

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$138.74   $138.74

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.900**

Priority creditor's name and mailing address
Maya Feilen
3807 Jasmine Lane
Elgin, IL 60124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$48.00   $48.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.901**

Priority creditor's name and mailing address
McKenzie Trent
3030 Chalkstone Avenue
Elgin, IL 60124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$48.00   $48.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.902**

Priority creditor's name and mailing address
McKinley Randolph-Revan
520 Hidden Creek Lane
North Aurora, IL 60542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$501.35   $501.35

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
|        | Name                 |                        |          |

| 2.903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|-------|---|---|---|---|
| | McLean County Collector<br>P.O. Box 843637<br>Kansas City, MO 64184 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>2024 | **Basis for the claim:** | | |
| | **Last 4 digits of account number**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111.96 | $111.96 |
|-------|---|---|---|---|
| | Medhana Kethamreddy<br>1233 Judy Drive<br>Troy, MI 48083 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>Paid in full postpetition per Court order. | | |
| | **Last 4 digits of account number**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|-------|---|---|---|---|
| | Megan Fountain<br>1870 Broch Way<br>Montgomery, IL 60538 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>Paid in full postpetition per Court order. | | |
| | **Last 4 digits of account number**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|-------|---|---|---|---|
| | Megan Hackett<br>13429 Medina Drive<br>Orland Park, IL 60462 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>Paid in full postpetition per Court order. | | |
| | **Last 4 digits of account number**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

**2.907** Priority creditor's name and mailing address

Megan Hurtado
429 Lindley Road
Westmont, IL 60559

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$145.60        $145.60

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.908** Priority creditor's name and mailing address

Megan Lisowski
407 Woodview Drive
Prospect Heights, IL 60070

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$61.20        $61.20

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.909** Priority creditor's name and mailing address

Megan Pustelnik
23519 Columbus Ave
Warren, MI 48089

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.910** Priority creditor's name and mailing address

Megan Reed
913 Harrison Place
Dyer, IN 46311

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$109.08        $109.08

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.911** | Priority creditor's name and mailing address

Meghan Krayer
230 Justina Street
Hinsdale, IL 60521

As of the petition filing date, the claim is:                    $0.00     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.912** | Priority creditor's name and mailing address

Melanie Egebrecht
1251 Macarthur Boulevard
Munster, IN 46321

As of the petition filing date, the claim is:                    $94.92    $94.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.913** | Priority creditor's name and mailing address

Melanie Gercone
12 W Kenilworth
Villa Park, IL 60181

As of the petition filing date, the claim is:                    $0.00     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.914** | Priority creditor's name and mailing address

Melissa Taylor
1425 South Mannheim Road
Westchester, IL 60154

As of the petition filing date, the claim is:                    $323.05   $323.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.915** | Priority creditor's name and mailing address
Mia Montello
2220 Stonehaven Drive
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.00     $63.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.916** | Priority creditor's name and mailing address
Mia Schulte
780 Richwood Avenue
Elgin, IL 60124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.917** | Priority creditor's name and mailing address
Mia Sprecher
42W520 Foxfield Drive
St. Charles, IL 60175

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$263.97     $263.97

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.918** | Priority creditor's name and mailing address
Michael Anderson
6850 North Ottawa Avenue
Chicago, IL 60631

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$80.00     $80.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Michael Booker | *Check all that apply.* | | |
| | 9253 South Laflin Street | ☐ Contingent | | |
| | Chicago, IL 60620 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Michael Brook | *Check all that apply.* | | |
| | 2745 Harrison Street | ☐ Contingent | | |
| | Glenview, IL 60025 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $948.72 | $948.72 |
|---|---|---|---|---|
| | Michael Brown | *Check all that apply.* | | |
| | 18 Surrey Drive | ☐ Contingent | | |
| | Glen Ellyn, IL 60137 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,333.98 | $1,333.98 |
|---|---|---|---|---|
| | Michael Curran | *Check all that apply.* | | |
| | 95 Faringdon Drive | ☐ Contingent | | |
| | Crystal Lake, IL 60014 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,330.50 | $1,330.50 |
|---|---|---|---|---|

Michael Dugan
38636 Ross
Livonia, MI 48154

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.20 | $115.20 |
|---|---|---|---|---|

Michael Ian Rabanal
1334 Boa Trail
Carol Stream, IL 60188

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.60 | $75.60 |
|---|---|---|---|---|

Michael Maslankiewicz
1239 Good Avenue
Park Ridge, IL 60068

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.59 | $40.59 |
|---|---|---|---|---|

Michael Tooker
814 Brickingham Drive
St. Peters, MO 63376

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

**2.927** | Priority creditor's name and mailing address

Michael Urbanski
120 West Boeger Drive
Apt 204
Arlington Heights, IL 60004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00       $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.928** | Priority creditor's name and mailing address

Michael W. McCarthy
783 Evergreen Lane
Sugar Grove, IL 60554

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$3,846.16       $3,846.16

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.929** | Priority creditor's name and mailing address

Michael Wheeler
229 south west st
Sandwich, IL 60548

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$1,456.94       $1,456.94

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.930** | Priority creditor's name and mailing address

Michelle Cotten
624 Maple Ave
Downers Grove, IL 60515

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$738.46       $738.46

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $702.19 | $702.19 |
|---|---|---|---|---|

Michelle Davison
3016 Us Hwy 30
Compton, IL 61318

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

Michigan Dept. of Treasury
P.O. Box 30558
Lansing, MI 48909-8274

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $866.26 | $866.26 |
|---|---|---|---|---|

Mike Buck
420 Frorer
Lincoln, IL 62656

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.00 | $406.00 |
|---|---|---|---|---|

Milana Barna
1014 S Chester Avenue
Park Ridge, IL 60068

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.935 | Priority creditor's name and mailing address<br>Miles Laessle<br>11150 Plumbrook Road<br>Sterling Heights, MI 48312 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.936 | Priority creditor's name and mailing address<br>Miles Lehman<br>2230 Clawson Avenue<br>Royal Oak, MI 48073 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $29.16 | $29.16 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.937 | Priority creditor's name and mailing address<br>Millan Mallipeddi<br>237 Mayflower Lane<br>Bartlett, IL 60103 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $39.00 | $39.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.938 | Priority creditor's name and mailing address<br>Mindy Murtaugh-Kunath<br>890 Sheldon Ct Apt D<br>Wheaton, IL 60189-7563 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $865.39 | $865.39 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Missouri Dept. of Revenue**
P.O. Box 555
Jefferson City, MO 65105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mitch Fry**
2733 Crabtree Avenue
Woodridge, IL 60517

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.42 | $77.42 |
|---|---|---|---|---|

**Miyalinna Dejesus**
532 Crescent Blvd
Glen Ellyn, IL 60137

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.30 | $153.30 |
|---|---|---|---|---|

**Mohamed Belkadi**
6361 North Tripp Avenue
Chicago, IL 60646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.64 | $319.64 |
|---|---|---|---|---|

**2.943**

Priority creditor's name and mailing address

Mollee O'Heron
12950 South Elizabeth Drive
Plainfield, IL 60585

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$319.64    $319.64

---

**2.944**

Priority creditor's name and mailing address

Molly Gordon
401 Somerset Ln
New Lenox, IL 60451

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$73.50    $73.50

---

**2.945**

Priority creditor's name and mailing address

Monica Reyes
10 Benton Court
O'Fallon, MO 63368

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$176.72    $176.72

---

**2.946**

Priority creditor's name and mailing address

Monica Venancio
16208 Oak Avenue
Oak Forest, IL 60452

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.947** Priority creditor's name and mailing address
Morgan Barr
1708 Park Lane Avenue
McHenry, IL 60050

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$200.96    $200.96

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.948** Priority creditor's name and mailing address
Morgan Coughlin
12 Sioux Court
Justice, IL 60458

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$143.93    $143.93

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.949** Priority creditor's name and mailing address
Morgan James
980 Apricot St
Hoffman Estates, IL 60169

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$66.00    $66.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.950** Priority creditor's name and mailing address
Moriah Mixon
29490 Northbrook Ct
Southfield, MI 48076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$103.20    $103.20

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.951**

Priority creditor's name and mailing address
Mya Olmeda
2764 South Embers Lane
Arlington Heights, IL 60005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.952**

Priority creditor's name and mailing address
Myles Rogers
8648 Foxborough Way
Joliet, IL 60431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$166.46    $166.46

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.953**

Priority creditor's name and mailing address
Mylie Loftsgaard
207 N Elm St
Pesotum, IL 61863

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$118.20    $118.20

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.954**

Priority creditor's name and mailing address
Nadia Contreras
2317 Amsterdam Circle
Montgomery, IL 60538

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$173.85    $173.85

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.955** | Priority creditor's name and mailing address
Nadia Lopez
509 West 77th Avenue
Dyer, IN 46311

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$197.82    $197.82

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.956** | Priority creditor's name and mailing address
Nairee Sarkisian
578 Signal Hill Road
North Barrington, IL 60010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$73.74    $73.74

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.957** | Priority creditor's name and mailing address
Nakia Thomas
2475 Roseglen Way
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,563.37    $1,563.37

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.958** | Priority creditor's name and mailing address
Namra Patel
134 Classic Road
Apt B
Schaumburg, IL 60193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,289.58 | $1,289.58 |
|---|---|---|---|---|

Nancy Becker
29W630 St Thomas Way
West Chicago, IL 60185

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $774.82 | $774.82 |
|---|---|---|---|---|

Nancy Deliman
2721 McCuffee Circle
North Aurora, IL 60542

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.84 | $351.84 |
|---|---|---|---|---|

Nancy Mora
4846 Wright Ter
3C
Skokie, IL 60077

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.38 | $58.38 |
|---|---|---|---|---|

Naomi Hernandez
244 Waterman Drive
Bolingbrook, IL 60440

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Natalie Salim
1452 Pebblecreek Drive
Glenview, IL 60025

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.67 | $198.67 |
|---|---|---|---|---|

Natalie Smiarowski
5500 Half Hollow Court
Oswego, IL 60543

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Nathaly Jaimes
1489 Glen Ellyn Road
Glendale Heights, IL 60139

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Nathaly Silva
7439 159th Place
Tinley Park, IL 60477

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.967** | Priority creditor's name and mailing address

Nathan Englebretsen
208 North Washington Street
Westmont, IL 60559

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$92.40     $92.40

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.968** | Priority creditor's name and mailing address

Nathan Lomnicky
501 Chesterfield Lane
South Elgin, IL 60177

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$30.24     $30.24

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.969** | Priority creditor's name and mailing address

Nathan Maldonado
7810 West Foster Avenue
Chicago, IL 60656

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$106.47     $106.47

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.970** | Priority creditor's name and mailing address

Nathan Martinez
2580 Deer Point Drive
Montgomery, IL 60538

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$67.26     $67.26

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

Nathan Ortinau
554 Danbury Drive
Oswego, IL 60543

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

Neil Viola
2448 North Neva Avenue
Chicago, IL 60707

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.86 | $262.86 |
|---|---|---|---|---|

Nestor Perez
515 Flint Trail
Carol Stream, IL 60188

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.32 | $110.32 |
|---|---|---|---|---|

Nevaeh Dorazio
736 South Cedar Road
New Lenox, IL 60451

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.975** | Priority creditor's name and mailing address
Neveah Garrett
513 Geneva Ave
Bellwood, IL 60104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$129.92    $129.92

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.976** | Priority creditor's name and mailing address
Neyla Nuhanovich
2533 Mariner Drive
Apt 714
St. Louis, MO 63129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$154.73    $154.73

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.977** | Priority creditor's name and mailing address
Niall Kenny
4653 North Osage Avenue
Norridge, IL 60706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.978** | Priority creditor's name and mailing address
Nicholas Fortuna
19 South Louis Street
Mount Prospect, IL 60056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$119.14    $119.14

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number *(if known)* | 24-05385 |
|--------|----------------------|--------------------------|----------|
| | Name | | |

---

**2.979** | Priority creditor's name and mailing address

Nicholas Malecki
7822 West Rascher Avenue
Chicago, IL 60656

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$36.00    $36.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.980** | Priority creditor's name and mailing address

Nichole Lopez
3039 Strong Street
Highland, IN 46322

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$108.00    $108.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.981** | Priority creditor's name and mailing address

Nichole Zhou
911 Dakota Circle
Naperville, IL 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$143.64    $143.64

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.982** | Priority creditor's name and mailing address

Nick Innis
1531 Windsor Court
Naperville, IL 60565

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$330.31    $330.31

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Nico Garcia
3623 Forest Avenue
Brookfield, IL 60513

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.64 | $148.64 |
|---|---|---|---|---|

Nicola Scamarcia
114 S Bobby Lane
Mt Prospect, IL 60056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.26 | $460.26 |
|---|---|---|---|---|

Nicole Benson
550 Piccadilly Lane
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Nicole Bitner
19 Persimmon Lane
South Elgin, IL 60177

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

Nicole Hamerski
533 South Western Avenue
Bartlett, IL 60103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,588.05 | $1,588.05 |
|---|---|---|---|---|

Niels Lewerentz
521 South 1st Street
Unit 1
DeKalb, IL 60115

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

Nikita Jain
7 Trent Court
Bolingbrook, IL 60490

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.88 | $163.88 |
|---|---|---|---|---|

Nikita Taylor
13544 Long Avenue
Crestwood, IL 60445

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.60 | $81.60 |
|---|---|---|---|---|

Niranjan Pillai
1613 Palomino Drive
Aurora, IL 60502

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Noah Chansey
4613 Cumnor Road
Downers Grove, IL 60515

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.00 | $39.00 |
|---|---|---|---|---|

Noah Cruz
132 Dallas Drive
Bartlett, IL 60103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

Noah Starkenburg
727 Ascot Court
Hoffman Estates, IL 60169

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.995** Priority creditor's name and mailing address
Noah Tomanovich
5810 Raintree Court
Westmont, IL 60559

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$48.58   $48.58

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.996** Priority creditor's name and mailing address
Nockoo Stewart
231 Burnett Street
Yorkville, IL 60560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,188.20   $1,188.20

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.997** Priority creditor's name and mailing address
Noelle Waterman
143 83rd Street
Willowbrook, IL 60527

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.998** Priority creditor's name and mailing address
Nora Erwin
10676 Preston Street
Westchester, IL 60154

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$160.46   $160.46

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Nora Galateo | Check all that apply. | | |
| | 13680 Cambridge Drive | ☐ Contingent | | |
| | Lemont, IL 60439 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | Paid in full postpetition per Court order. |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.1000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.28 | $58.28 |
|---|---|---|---|---|
| | Nyla Pender | Check all that apply. | | |
| | 17701 Hillcrest Drive | ☐ Contingent | | |
| | Country Club Hills, IL 60478 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | Paid in full postpetition per Court order. |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.1001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Nyrobi Moore | Check all that apply. | | |
| | 17637 Wright Street | ☐ Contingent | | |
| | Lansing, IL 60438 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | Paid in full postpetition per Court order. |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.1002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.93 | $59.93 |
|---|---|---|---|---|
| | Obioma Onyeobia | Check all that apply. | | |
| | 20251 LaPorte Meadows Dr | ☐ Contingent | | |
| | Frankfort, IL 60423 | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | Paid in full postpetition per Court order. |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.1003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.67 | $66.67 |
|---|---|---|---|---|

Olive Meara
1113 Earl Avenue
Kirkwood, MO 63122

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Olivia Barrett
22671 Merritton Road
Frankfort, IL 60423

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Olivia Basel
1441 Whitefence Road
Bartlett, IL 60103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Olivia Denny
4n588 Chateaugay lane
Elburn, IL 60119

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $252.28 | $252.28 |
|---|---|---|---|---|
| | Olivia Frail<br>302 S 1st St<br>Apt 308<br>Champaign, IL 61820-7697 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $119.48 | $119.48 |
|---|---|---|---|---|
| | Olivia Glanz<br>1835 West Cornelia Avenue<br>Chicago, IL 60657 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $119.56 | $119.56 |
|---|---|---|---|---|
| | Olivia Kowalczyk<br>1723 Heatherstone Avenue<br>Montgomery, IL 60538 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $128.52 | $128.52 |
|---|---|---|---|---|
| | Olivia Roberson<br>1325 Marengo Court<br>Naperville, IL 60564 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1011** | Priority creditor's name and mailing address

Olivia Skinner
3289 Cool Springs Court
Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$58.05 | $58.05

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1012** | Priority creditor's name and mailing address

Oluwapelumi Gabriel Aiyelabola
771 Pennsylvania Avenue
Palatine, IL 60074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$129.64 | $129.64

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1013** | Priority creditor's name and mailing address

Orlando Ocasio
2613 West Lunt Avenue
Chicago, IL 60645

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1014** | Priority creditor's name and mailing address

Orshel Youkhana
5222 W Suffiled Ct
Skokie, IL 60077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$87.36 | $87.36

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1015** | Priority creditor's name and mailing address

Osamah Kadhum
6761 Kolmar Avenue
Lincolnwood, IL 60712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   $0.00

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Paid in full postpetition per Court order.

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1016** | Priority creditor's name and mailing address

Osvaldo Aguirre
740 South Sumner Avenue
Aurora, IL 60505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,382.44   $1,382.44

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Paid in full postpetition per Court order.

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1017** | Priority creditor's name and mailing address

Owen Cortese
2301 Ole Farm Road
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   $0.00

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Paid in full postpetition per Court order.

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1018** | Priority creditor's name and mailing address

Owen Steffen
648 Waterfield Drive
Batavia, IL 60510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$79.94   $79.94

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Paid in full postpetition per Court order.

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 2.1019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

Owen Vanecko
480 Hazel Drive
Schaumburg, IL 60193

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.40 | $104.40 |
| --- | --- | --- | --- | --- |

Paige Nottke
2052 Lyndhurst Lane
Aurora, IL 60503

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 | $78.00 |
| --- | --- | --- | --- | --- |

Param Soni
1370 Horizon Trail
Wheeling, IL 60090

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,019.24 | $2,019.24 |
| --- | --- | --- | --- | --- |

Patricia Ann Hammond
2333 West Saint Paul Avenue
Apt 207
Chicago, IL 60647

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Paid in full postpetition per Court order.

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | 24-05385 |

| 2.1023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.36 | $78.36 |
|---|---|---|---|---|

Patrick Dewan
1520 Grommon Road
Naperville, IL 60564

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.50 | $45.50 |
|---|---|---|---|---|

Patrick Doorhy
19828 Wilshire Court
Mokena, IL 60448

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Patrick O'Connor
6818 Church Court
Woodridge, IL 60517

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.77 | $255.77 |
|---|---|---|---|---|

Paul Davison
2544 Camden Street
Geneva, IL 60134

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1027** | Priority creditor's name and mailing address

Paul DeSario
1834 Windsong Dr
Schaumburg, IL 60194

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$861.54        $861.54

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1028** | Priority creditor's name and mailing address

Paul Grazar
1438 #2 E. College Ave
Normal, IL 61761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$709.62        $709.62

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1029** | Priority creditor's name and mailing address

Paul Maurice Gay
7162 Bay View Drive
Indianapolis, IN 46214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$750.00        $750.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1030** | Priority creditor's name and mailing address

Paula Belmonte
1992 West Algonquin Road
Mount Prospect, IL 60056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$200.34        $200.34

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1031** Priority creditor's name and mailing address

Payton Wiggins
2S887 Meadowview Road
Batavia, IL 60510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1032** Priority creditor's name and mailing address

Peyton Woods
10401 Fox Run
Munster, IN 46321

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$54.60    $54.60

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1033** Priority creditor's name and mailing address

Phoenix Lemke
14 North Kern Drive
O'Fallon, MO 63366

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$388.00    $388.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1034** Priority creditor's name and mailing address

Piper Perry
1633 West Mooseheart Road
North Aurora, IL 60542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
| --- | --- | --- | --- |
| | Name | | |

| 2.1035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.34 | $93.34 |
| --- | --- | --- | --- | --- |

**2.1035**

Priority creditor's name and mailing address

Piper Smith
1326 Turfway Lane
Bartlett, IL 60103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$93.34     $93.34

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1036**

Priority creditor's name and mailing address

Prince Johnson IV
416 E Division St
Itasca, IL 60143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,013.15     $1,013.15

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1037**

Priority creditor's name and mailing address

Priscilla Sommers
501 North Annie Glidden Road
DeKalb, IL 60115

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$123.23     $123.23

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1038**

Priority creditor's name and mailing address

Rachael Patek
688 Melissa Drive
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$100.80     $100.80

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $129.78 | $129.78 |
|---|---|---|---|---|
| | Rachel Ballman<br>121 Clear Meadows Drive<br>St Louis, MO 63011 | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Rachel Riebesehl<br>121 Summit Drive<br>Gilberts, IL 60136 | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $106.12 | $106.12 |
|---|---|---|---|---|
| | Rachel Staron<br>821 Rogers Street<br>Downers Grove, IL 60515 | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $99.96 | $99.96 |
|---|---|---|---|---|
| | Raeann Hardin<br>3S585 Wilbur Avenue<br>Warrenville, IL 60555 | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1043**

Priority creditor's name and mailing address
Raegan Grawe
512 Watterson E South
Normal, IL 61761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$133.42    $133.42

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1044**

Priority creditor's name and mailing address
Rafeeah Siddiqi
1005 Buccaneer Drive
Apt 2
Schaumburg, IL 60173

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.84    $63.84

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1045**

Priority creditor's name and mailing address
Raiden Buenrostro
1705 West Victoria Drive
Mount Prospect, IL 60056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1046**

Priority creditor's name and mailing address
Raul Castro
657 Aurora Avenue
Aurora, IL 60505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,066.90    $1,066.90

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.42 | $231.42 |
|---|---|---|---|---|

Rayleigh Tafoya
404 West Shore Dr
Shorewood, IL 60404

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.78 | $80.78 |
|---|---|---|---|---|

Raymond Tunnat
1615 Logan Ridge Court
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.20 | $115.20 |
|---|---|---|---|---|

Rebecca Snarski
622 Tamarisk Lane
Crystal Lake, IL 60014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.85 | $68.85 |
|---|---|---|---|---|

Reese Penar
3056 Seekonk Avenue
Elgin, IL 60124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
| | Name | | |

---

| 2.1051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|--------|---|---|---|---|

Renna Robinson
19966 Old Pond Court
Beverly Hills, MI 48025

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|--------|---|---|---|---|

Rhiannon Raymond
5245 Crescent Green Lane
Oak Forest, IL 60452

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.16 | $113.16 |
|--------|---|---|---|---|

Rhod Shean Lugay
348 Rose Marie Court
St. Peters, MO 63376

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.70 | $200.70 |
|--------|---|---|---|---|

Rian Hagan
5428 Park Avenue
Downers Grove, IL 60515

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1055** | Priority creditor's name and mailing address
Ricardo Munoz Jr
2S474 Beechwood Road
Glen Ellyn, IL 60137

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1056** | Priority creditor's name and mailing address
Riddhi Kapadia
1307 Bridgehampton Drive
Plainfield, IL 60586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$140.98 | $140.98

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1057** | Priority creditor's name and mailing address
Riley Childs
3738 Fallon Lane
Joliet, IL 60431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$52.92 | $52.92

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1058** | Priority creditor's name and mailing address
Riley Holmes
19613 Sequoia Avenue
Lynwood, IL 60411

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$66.48 | $66.48

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.1059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.48 | $108.48 |
| | Riley Maertens | *Check all that apply.* | | |
| | 3016 Gateshead Drive | ☐ Contingent | | |
| | Naperville, IL 60564 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.40 | $355.40 |
| | Riley Reed | *Check all that apply.* | | |
| | 15360 Orogrande Court | ☐ Contingent | | |
| | Oak Forest, IL 60452 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,884.62 | $2,884.62 |
| | Robert Brackett | *Check all that apply.* | | |
| | 2556 Robert Lane | ☐ Contingent | | |
| | Montgomery, IL 60538 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,403.85 | $2,403.85 |
| | Robert Gruett | *Check all that apply.* | | |
| | 921 Laurel Avenue | ☐ Contingent | | |
| | Woodstock, IL 60098 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1063**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,068.25 | $1,068.25 |
|---|---|---|---|
| Robert Naples<br>504 Warren Ave<br>Normal, IL 61761 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1064**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $761.54 | $761.54 |
|---|---|---|---|
| Robert Platz<br>618 S Walnut Ln<br>Schaumburg, IL 60193 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1065**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,306.01 | $1,306.01 |
|---|---|---|---|
| Robert Riddlebarger<br>615 E 33rd St<br>Indianapolis, IN 46205 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1066**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.28 | $305.28 |
|---|---|---|---|
| Robert Thomas<br>205 Roxbury Drive<br>O'Fallon, MO 63366 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | Oberweis Dairy, Inc. | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | 24-05385 |

---

**2.1067** | Priority creditor's name and mailing address
Robert Woods
39W543 North Hyde Park
Geneva, IL 60134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$63.00 | $63.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1068** | Priority creditor's name and mailing address
Robin Betka
2805 Pine Valley Drive
Champaign, IL 61822

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$223.30 | $223.30

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1069** | Priority creditor's name and mailing address
Robyn Menne Henningfeld
85 Ruth Drive
Florissant, MO 63031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$730.77 | $730.77

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1070** | Priority creditor's name and mailing address
Rodolfo Perez
1658 Greenwood Rd
Apt G
Glenview, IL 60026

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$33.48 | $33.48

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.20 | $200.20 |
|---|---|---|---|---|
| | Roman Muniz | Check all that apply. | | |
| | 1311 West Downer Place | ☐ Contingent | | |
| | Aurora, IL 60506 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|
| | Romeo Mrguda | Check all that apply. | | |
| | 309 West Touhy Avenue | ☐ Contingent | | |
| | Park Ridge, IL 60068 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,046.04 | $1,046.04 |
|---|---|---|---|---|
| | Ronald Henley | Check all that apply. | | |
| | 2 Fiedler Circle | ☐ Contingent | | |
| | Apt D | ☐ Unliquidated | | |
| | Fenton, MO 63026 | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,156.57 | $1,156.57 |
|---|---|---|---|---|
| | Ronnald Melendez | Check all that apply. | | |
| | 1535 W Richmond St | ☐ Contingent | | |
| | Arlington Heights, IL 60004-2859 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
| --- | --- | --- | --- |
| | Name | | |

| 2.1075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

Rory O'Connor
6818 Church Court
Woodridge, IL 60517

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.91 | $65.91 |
| --- | --- | --- | --- | --- |

Roswitha Seitz
1335 Plymouth Lane
Glenview, IL 60025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $856.80 | $856.80 |
| --- | --- | --- | --- | --- |

Rusty Waltman
4241 Bates Street
Apt A
St. Louis, MO 63116

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.98 | $154.98 |
| --- | --- | --- | --- | --- |

Ryan Cook
306 North Fillmore Avenue
St. Louis, MO 63122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | Paid in full postpetition per Court order. |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1079** | Priority creditor's name and mailing address
Ryan Foote
2040 44th St
Highland, IN 46322

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$224.00       $224.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1080** | Priority creditor's name and mailing address
Ryan Graft
441 Cleveland Avenue
Batavia, IL 60510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,346.16       $1,346.16

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1081** | Priority creditor's name and mailing address
Ryan Hendershott
20W476 Westminster Drive
Downers Grove, IL 60516

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$138.40       $138.40

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1082** | Priority creditor's name and mailing address
Ryan Jackson
360 West 16th Street
Chicago Heights, IL 60411

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$77.00       $77.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.1083** Priority creditor's name and mailing address
Ryan Klein
4405 Bobolink Terrace
Skokie, IL 60076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1084** Priority creditor's name and mailing address
Ryan Lewin
3 Aspen Court
Streamwood, IL 60107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$90.60 $90.60

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1085** Priority creditor's name and mailing address
Ryan Motto
1543 Montrose Court
Yorkville, IL 60560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$206.25 $206.25

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1086** Priority creditor's name and mailing address
Ryan Nowak
940 South Ashland Avenue
La Grange, IL 60525

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$138.74 $138.74

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1087** | Priority creditor's name and mailing address
Ryan Peterson
103 Willow Lane
Bristol, IL 60512

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1088** | Priority creditor's name and mailing address
Ryan Schmidt
251 Sonora Drive
Elgin, IL 60124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1089** | Priority creditor's name and mailing address
Ryan Waterloo
206 South Circle Avenue
Bloomingdale, IL 60108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$118.44    $118.44

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1090** | Priority creditor's name and mailing address
Ryhana Coleman
9421 South Albany Avenue
Evergreen Park, IL 60805

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$98.93    $98.93

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number *(if known)* | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Rylee Larson
2 Glenwood Court
Bolingbrook, IL 60490

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Sabiel Lopez Garcia
2200 West Layton Avenue
Apt 208
Milwaukee, WI 53221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,399.56 | $1,399.56 |
|---|---|---|---|---|

Salvador Garcia
40W138 Prairie Street
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.31 | $46.31 |
|---|---|---|---|---|

Samantha Chavez Muniz
12898 West Wakefield Drive
Beach Park, IL 60083

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447.36 | $447.36 |
|---|---|---|---|---|

Samantha Grazulis
372 Southbury Court
Schaumburg, IL 60193

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.26 | $137.26 |
|---|---|---|---|---|

Samantha Jarosik
415 Cedar Lane
Frankfort, IL 60423

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.34 | $186.34 |
|---|---|---|---|---|

Samantha Jaski
2170 South Goebbert Road
Arlington Heights, IL 60005

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Samantha Khoury
4250 W. Touhy Ave.
Lincolnwood, IL 60712

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1099** | Priority creditor's name and mailing address

Samantha Macasu
425 Harvard CT
Bartlett, IL 60103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$106.47    $106.47

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1100** | Priority creditor's name and mailing address

Samantha Pulido
663 Dean Street
Apt 4
South Elgin, IL 60177

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$143.68    $143.68

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1101** | Priority creditor's name and mailing address

Samran Hall
8840 Birkdale Circle
Indianapolis, IN 46234

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,699.50    $1,699.50

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1102** | Priority creditor's name and mailing address

Samuel Correa
1607 Country Lakes Drive
Naperville, IL 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$214.24    $214.24

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1103** Priority creditor's name and mailing address

Samuel Soriano
1107 North Oak Terrace
Round Lake Beach, IL 60073

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$54.00        $54.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1104** Priority creditor's name and mailing address

Sandra Ellsoos
7632 Audrey Avenue
Yorkville, IL 60560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$814.70        $814.70

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1105** Priority creditor's name and mailing address

Sandy Qaryo
8922 La Crosse Ave
Unit B
Skokie, IL 60077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$263.84        $263.84

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1106** Priority creditor's name and mailing address

Santiago Santurtun Cordova
619 East Nawakwa Road
Rochester Hills, MI 48307

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.11 | $46.11 |
|---|---|---|---|---|

**2.1107**

Priority creditor's name and mailing address

Sara Buser
21398 North Vermont Court
Kildeer, IL 60047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$46.11   $46.11

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1108**

Priority creditor's name and mailing address

Sara Jackson
5416 Hollow Oak Court
St. Louis, MO 63129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$40.59   $40.59

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1109**

Priority creditor's name and mailing address

Sarah Bigelow
105 Twin Oaks Dr
UNIT # 110
Joliet, IL 60431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$154.48   $154.48

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1110**

Priority creditor's name and mailing address

Sarah Goughenour
1422 Childs Street
Wheaton, IL 60187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | Sarah Hoffman<br>3106 Owl Drive<br>Rolling Meadows, IL 60008 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | Sarah Jerdee<br>36W442 Hunters Gate Road<br>St. Charles, IL 60175 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $181.08 | $181.08 |
|---|---|---|---|---|
| | Sarah Nogueras<br>6619 North Crawford Avenue<br>Lincolnwood, IL 60712 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $77.49 | $77.49 |
|---|---|---|---|---|
| | Sariyah Young<br>231 Wabash Woods Way<br>O'Fallon, MO 63366 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1115** | Priority creditor's name and mailing address
Savanna Breeding
1046 Sheridan Circle
Naperville, IL 60563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$112.84    $112.84

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1116** | Priority creditor's name and mailing address
Sawyer Langille
557 Madison Lane
Lindenhurst, IL 60046

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1117** | Priority creditor's name and mailing address
Scarlett Leddy
1516 Prince Drive
Dyer, IN 46311

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$37.32    $37.32

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1118** | Priority creditor's name and mailing address
Scot Draper
111 Riley Ave
Lockport, IL 60441

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,225.07    $1,225.07

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1119** | Priority creditor's name and mailing address
Scott Cornejo
161 Millstone
Moscow Mills, MO 63362

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$954.40     $954.40

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1120** | Priority creditor's name and mailing address
Scott D Floyd
202 Church Street
P.O. Box 316
Millington, IL 60537

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,027.24     $1,027.24

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1121** | Priority creditor's name and mailing address
Scott Kaiser
2959 North Richards Street
Milwaukee, WI 53212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$768.79     $768.79

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1122** | Priority creditor's name and mailing address
Scott Parejko
1905 Cora Street
Crest Hill, IL 60403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,246.75     $1,246.75

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $576.92 | $576.92 |
|---|---|---|---|---|
| | Scott Stellmach<br>810 Sycamore Ln<br>Batavia, IL 60510 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $477.69 | $477.69 |
|---|---|---|---|---|
| | Scott Thrasher<br>520 Biesterfield Rd<br>Unit 104<br>Elk Grove Village, IL 60007 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $77.00 | $77.00 |
|---|---|---|---|---|
| | Sean Minkoff<br>8424 Trumbull Avenue<br>Skokie, IL 60076 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $50.40 | $50.40 |
|---|---|---|---|---|
| | Sean Mydlach<br>1435 Knotty Pine Drive<br>Elgin, IL 60123 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1127**

Priority creditor's name and mailing address
Sean Trotter
6436 167th Street
Tinley Park, IL 60477

As of the petition filing date, the claim is:                    $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1128**

Priority creditor's name and mailing address
Sebastien Brewer
1804 Hoover Drive
Normal, IL 61761

As of the petition filing date, the claim is:                    $162.00    $162.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1129**

Priority creditor's name and mailing address
Secretary of State of North Carolina
Business Registration Division
P.O. Box 29525
Raleigh, NC 27626-0525

As of the petition filing date, the claim is:                    Unknown    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.1130**

Priority creditor's name and mailing address
Shaiann Williams
810 Pennsylvania Avenue
Aurora, IL 60506

As of the petition filing date, the claim is:                    $63.00     $63.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1131** | Priority creditor's name and mailing address

Shane Stanuszek
2383 Stoughton Circle
Aurora, IL 60502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$57.65 | $57.65

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1132** | Priority creditor's name and mailing address

Shannon Lenz
5925 Grehetto Ct
Las Vegas, NV 89141

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$3,269.24 | $3,269.24

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1133** | Priority creditor's name and mailing address

Shannon Minkoff
8424 Trumbull Ave
Skokie, IL 60076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$128.32 | $128.32

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1134** | Priority creditor's name and mailing address

Shannon Ryan
10002 South Pulaski Road
Apt 301
Oak Lawn, IL 60453

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1135** | Priority creditor's name and mailing address

Sharon Ceranek
450 West Downer Place
2 B
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,690.85    $1,690.85

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1136** | Priority creditor's name and mailing address

Sharon Winston
2523 Meadow Green Ct
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,923.09    $1,923.09

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1137** | Priority creditor's name and mailing address

Shawn Thompson
11105 Parker Street
Mokena, IL 60448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$846.16    $846.16

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1138** | Priority creditor's name and mailing address

Sheila Montano
216 Kenwood Drive
Round Lake Park, IL 60073

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.64 | $219.64 |
|---|---|---|---|---|

Shelia Torrez
1012 Dodge Ave
Evanston, IL 60202

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Sherod Murphy Jr
550 Piccadilly Lane
Bolingbrook, IL 60440

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.99 | $54.99 |
|---|---|---|---|---|

Shirin Ganeshan
2243 North Champlain Street
Arlington Heights, IL 60004

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Siddharth Jaiganesh
4555 Barr Creek Lane
Naperville, IL 60564

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**2.1143** | Priority creditor's name and mailing address
Sienna Domenech
911 North Delphia Avenue
Park Ridge, IL 60068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1144** | Priority creditor's name and mailing address
Sienna Usalis
15151 Quincy Way
Manhattan, IL 60442

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$102.06    $102.06

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1145** | Priority creditor's name and mailing address
Silvar Qaryo
8922 LaCrosse Ave
Unit B
Skokie, IL 60077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$53.06    $53.06

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1146** | Priority creditor's name and mailing address
Siriphong Connery
880 Foxworth Boulevard
Apt 410
Lombard, IL 60148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$141.67    $141.67

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1147** | Priority creditor's name and mailing address

Sofia Cole
2112 Dewes Street
Glenview, IL 60025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$98.93 | $98.93

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1148** | Priority creditor's name and mailing address

Sofia Contro
9816 Tall Grass Trail
Saint John, IN 46373

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$79.56 | $79.56

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1149** | Priority creditor's name and mailing address

Sofia Lopez
427 West Hunter Lane
Minooka, IL 60447

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$106.44 | $106.44

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1150** | Priority creditor's name and mailing address

Sofia Romero
40 Dunham Place
St. Charles, IL 60174

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$49.00 | $49.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Sofia Whipple
1740 West Barry Avenue
Chicago, IL 60657

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Sofiya Makohin
4297 Gatesford Circle Drive
Troy, MI 48085

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.10 | $226.10 |
|---|---|---|---|---|

Sona Cherian
2520 Versailles Avenue
Naperville, IL 60540

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.38 | $93.38 |
|---|---|---|---|---|

Sophia Barrett
8153 Hill Avenue
Frankfort, IL 60423

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1155**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.12 | $114.12 |
|---|---|---|---|
| Sophia Chavez | *Check all that apply.* | | |
| 1299 Colorado Avenue | ☐ Contingent | | |
| Aurora, IL 60506 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.1156**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.04 | $194.04 |
|---|---|---|---|
| Sophia Macke | *Check all that apply.* | | |
| 3624 Gwen Mill Drive | ☐ Contingent | | |
| St. Louis, MO 63129 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.1157**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.19 | $42.19 |
|---|---|---|---|
| Sophia Norris | *Check all that apply.* | | |
| 6742 Wynfield Terrace Drive | ☐ Contingent | | |
| St. Louis, MO 63129 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.1158**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.20 | $137.20 |
|---|---|---|---|
| Sophia Reinbold | *Check all that apply.* | | |
| 846 Verona Ridge Drive | ☐ Contingent | | |
| Aurora, IL 60506 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.1159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.00 | $128.00 |
|---|---|---|---|---|

Sophia Robles
605 Ellwine Drive
St. Louis, MO 63125

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.20 | $221.20 |
|---|---|---|---|---|

Soraya Massoumi
410 South Morgan Street
Chicago, IL 60607

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Sriram Boreddy
9 Redstart Court
Ballwin, MO 63021

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

St. Louis County
Collector of Revenue
St. Louis County
P.O. Box 16955
Saint Louis, MO 63105

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.1163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.40 | $77.40 |
|---|---|---|---|---|

**2.1163** Priority creditor's name and mailing address
Stanley Hudson
707 West Hill Street
Champaign, IL 61820

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$77.40    $77.40

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1164** Priority creditor's name and mailing address
Starr Shockley
309 North Bone Drive
Normal, IL 61761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$268.24    $268.24

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1165** Priority creditor's name and mailing address
Stephen Graal
15438 Tulip Court
Orland Park, IL 60462

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$83.13    $83.13

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1166** Priority creditor's name and mailing address
Stephen Hoffmann
917 West Gartner Road
Naperville, IL 60540

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$56.00    $56.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1167**

Priority creditor's name and mailing address

Stephen Markley
24341 Blazing Star
Plainfield, IL 60544

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,923.08    $1,923.08

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1168**

Priority creditor's name and mailing address

Steve Huber
210 Sharon Lane
North Aurora, IL 60542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$547.92    $547.92

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1169**

Priority creditor's name and mailing address

Steven Adams
2208 Western Ave
Waukegan, IL 60087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$607.70    $607.70

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1170**

Priority creditor's name and mailing address

Steven Biala
416 Independence Ln
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,346.16    $1,346.16

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**2.1171** Priority creditor's name and mailing address

Steven Dodge
7268 Emerald Forest Dr
Oakville, MO 63129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,461.55        $1,461.55

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1172** Priority creditor's name and mailing address

Steven Ferguson
532 Blazedwood Dr.
Ballwin, MO 63021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$553.85        $553.85

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1173** Priority creditor's name and mailing address

Steven Kmiecik
607 South Hazelton Avenue
Wheaton, IL 60187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$405.72        $405.72

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1174** Priority creditor's name and mailing address

Steven Lindstrom
1093 Country Club Road
Elgin, IL 60123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$950.00        $950.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.1175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Sulayman Siddiqi**
27670 Lathrup Boulevard
Lathrup Village, MI 48076

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.62 | $214.62 |
| --- | --- | --- | --- | --- |

**Sumaiyya Azam**
Dee Court
Bloomingdale, IL 60108

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
| --- | --- | --- | --- | --- |

**Suzanne Sharp**
2330 Twilight Drive
Aurora, IL 60503

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.90 | $116.90 |
| --- | --- | --- | --- | --- |

**Sydnee McEvilly**
14524 Knox Avenue
Midlothian, IL 60445

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1179**

Priority creditor's name and mailing address
Sydney Gandy
13410 Rosemary Street
Detroit, MI 48213

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$398.72   $398.72

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1180**

Priority creditor's name and mailing address
Sydney Gronemeier
404 Old Court Rd
St. Charles, MO 63303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$49.82   $49.82

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1181**

Priority creditor's name and mailing address
Sydney McBride
2110 Mayflower Dr
Troy, MI 48085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$27.60   $27.60

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1182**

Priority creditor's name and mailing address
Sydney Steinacker
33 Westwood Estates Drive
St. Peters, MO 63376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$162.12   $162.12

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.1183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Taha Akbar
736 Surrey Lane
Glenview, IL 60025

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.20 | $95.20 |
|---|---|---|---|---|

Taha Hassan
20 West Edward Street
Lombard, IL 60148

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.56 | $147.56 |
|---|---|---|---|---|

Tamiya Edwards
15 Briar Street
Glen Ellyn, IL 60137

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.50 | $45.50 |
|---|---|---|---|---|

Tanner Sebben
5619 Dunham Road
Downers Grove, IL 60516

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
| --- | --- | --- | --- |
| | Name | | |

| 2.1187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,096.16 | $1,096.16 |
| --- | --- | --- | --- | --- |

Taylor Dusik
7716 Suburban Lane
Bridgeview, IL 60455

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.55 | $147.55 |
| --- | --- | --- | --- | --- |

Taylor Long
38W291 Bernice Drive
St. Charles, IL 60175

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.89 | $240.89 |
| --- | --- | --- | --- | --- |

Taylor Thomas
205 Roxbury Dr
Ofallon, MO 63366

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.91 | $43.91 |
| --- | --- | --- | --- | --- |

Taylor Thompson
2304 Gascony Drive
Lake Saint Louis, MO 63367

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1191** Priority creditor's name and mailing address

Tayvion Williams
2616 40th Place
A
Highland, IN 46322

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$94.80    $94.80

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1192** Priority creditor's name and mailing address

Tehilah El Moughayar
4301 Peacock Ln.
Rolling Meadows, IL 60008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$52.65    $52.65

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1193** Priority creditor's name and mailing address

Teresa Lopez
1721 West 19th Street
Chicago, IL 60608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,065.07    $1,065.07

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1194** Priority creditor's name and mailing address

Teriya Bills
160 Weatherby Landing Dr
O'Fallon, MO 63366

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$438.46    $438.46

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

| 2.1195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,004.00 | $1,004.00 |
|---|---|---|---|---|

Terrance Naughton
5n257 Bluff Dr
St Charles, IL 60175

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

Texas Department of Revenue
Texas Comptroller of Public Accts.
P.O. Box 149348
Austin, TX 78714-9348

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Theadora Bond
614 West Haven Drive
Arlington Heights, IL 60005

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Theodore Christopherson
29W148 Springlake Drive
Naperville, IL 60564

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Thomas Daly**
914 South Mitchell Avenue
Arlington Heights, IL 60005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.50 | $224.50 |
|---|---|---|---|---|

**Thomas Keller**
1535 Stevens Court
North Aurora, IL 60542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Thomas Martin**
956 Ashbrook Circle
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.92 | $103.92 |
|---|---|---|---|---|

**Thomas McNamara**
1409 Linden Avenue
Park Ridge, IL 60068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 2.1203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $530.77 | $530.77 |
|---|---|---|---|---|

**Thomas Sarris**
5255 George Street
Skokie, IL 60077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $715.39 | $715.39 |
|---|---|---|---|---|

**Tiffany Clark**
11343 South King Drive
Chicago, IL 60628

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.48 | $62.48 |
|---|---|---|---|---|

**Tijaria Anthony**
3749 Cambridge Crossing Drive
Saint Charles, MO 63304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,112.48 | $1,112.48 |
|---|---|---|---|---|

**Tim Penson**
415 S. La Salle St
Aurora, IL 60505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1207** Priority creditor's name and mailing address

Tim Swanson
2604 North Windsor Drive
Unit 301
Arlington Heights, IL 60004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1208** Priority creditor's name and mailing address

Timothy Callan
940 Hodge Lane
Batavia, IL 60510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,254.44      $1,254.44

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1209** Priority creditor's name and mailing address

Timothy Panoski
301 mulhern ct.
Yorkville, IL 60560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$998.75        $998.75

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1210** Priority creditor's name and mailing address

Titus  Morgan
9315 S Troy Ave
Evergreen Park, IL 60805

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$51.22         $51.22

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1211** Priority creditor's name and mailing address

Tobias Starnes
1604 North Lee Blvd
Berkeley, IL 60163

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$192.96    $192.96

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1212** Priority creditor's name and mailing address

Toby Lhee
1240 Gregory Avenue
Wilmette, IL 60091

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$119.14    $119.14

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1213** Priority creditor's name and mailing address

Tony Hinderliter
2911 Forest Creek Lane
Naperville, IL 60565

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$46.20    $46.20

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1214** Priority creditor's name and mailing address

Treliano Bure
4860 Brevator Road
Moscow Mills, MO 63362

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$323.85    $323.85

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.14 | $308.14 |
|---|---|---|---|---|

Trenton Grissom
1404 S Lincoln Ave
Apt 001
Urbana, IL 61801

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.40 | $290.40 |
|---|---|---|---|---|

Trinity Sherrell
922 Warren Ave
apt 201
Downers Grove, IL 60515

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $468.10 | $468.10 |
|---|---|---|---|---|

Ty Moyet
2179 N Lovington Avenue
Troy, MI 48083

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.13 | $59.13 |
|---|---|---|---|---|

Tyler Fitzgerald
3047 Fairfield Lane
Aurora, IL 60504

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1219** | Priority creditor's name and mailing address

Tyler Hendershott
20W476 Westminster Drive
Downers Grove, IL 60516

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$156.80 | $156.80

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1220** | Priority creditor's name and mailing address

Tyler Hopkins
5209 Ladd Lane
Hanover park, IL 60133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$102.00 | $102.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1221** | Priority creditor's name and mailing address

Tyler Hunt
250 E Greeley
Waterman, IL 60556

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,659.02 | $1,659.02

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1222** | Priority creditor's name and mailing address

Tyler Lindahl
315 South Fell Avenue
Normal, IL 61761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$70.28 | $70.28

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Oberweis Dairy, Inc. | Case number *(if known)* | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.52 | $62.52 |
|---|---|---|---|---|
| | Tyler Michalak | *Check all that apply.* | | |
| | 1158 Ridgeway Drive | ☐ Contingent | | |
| | Rochester, MI 48307 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.03 | $215.03 |
|---|---|---|---|---|
| | Tyler Pozzi | *Check all that apply.* | | |
| | 992 North LeGrande Avenue | ☐ Contingent | | |
| | Aurora, IL 60506 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 | $79.00 |
|---|---|---|---|---|
| | Valbona Terdevaj | *Check all that apply.* | | |
| | 6341 N Magnolia Ave | ☐ Contingent | | |
| | Unit B3 | ☐ Unliquidated | | |
| | Chicago, IL 60660 | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Valeria Santurtun | *Check all that apply.* | | |
| | 4867 Middlebury Dr. | ☐ Contingent | | |
| | Lake Orion, MI 48359 | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Paid in full postpetition per Court order. | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**2.1227** Priority creditor's name and mailing address

Vanessa Agyemang
660 Sundance Drive
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$84.00    $84.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1228** Priority creditor's name and mailing address

Vanessa Rivera
136 South Fordham Avenue
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$958.41    $958.41

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1229** Priority creditor's name and mailing address

Vedant Miglani
3112 Deering Bay Drive
Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1230** Priority creditor's name and mailing address

Veronica Munoz
7907 Bertram Ave
Hammond, IN 46324

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1231** | Priority creditor's name and mailing address

Veronica Wilocki
1017 Roanoke Court
Dyer, IN 46311

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$115.56    $115.56

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1232** | Priority creditor's name and mailing address

Vianney Fierro
4736 Arbor Dr
Rolling Meadows, IL 60008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$51.74    $51.74

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1233** | Priority creditor's name and mailing address

Vickey Cross
1408 Garden Valley Drive
Apt B
St. Peters, MO 63376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$162.75    $162.75

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1234** | Priority creditor's name and mailing address

Victoria Gonzalez
18809 London Lane
Mokena, IL 60448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$106.54    $106.54

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1235** | Priority creditor's name and mailing address

Victoria Holda
1138 Thornwood Court
Lake Zurich, IL 60047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$60.62 | $60.62

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1236** | Priority creditor's name and mailing address

Victoria Mollet
205 Buchanan St
Waterloo, IL 62298

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1237** | Priority creditor's name and mailing address

Victoria Shemanayev
2306 East Michael Manor Lane
Arlington Heights, IL 60004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$57.85 | $57.85

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1238** | Priority creditor's name and mailing address

Victoria Tatarczuch
106 Kimberry Court
Rolling Meadows, IL 60008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$78.39 | $78.39

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1239** | Priority creditor's name and mailing address
Victoria Torres
38248 North De Woody Road
Beach Park, IL 60087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1240** | Priority creditor's name and mailing address
Victoria Zielinski
609 Erin Drive
Elgin, IL 60124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1241** | Priority creditor's name and mailing address
Vijay Kandasamy Chokkalingam
3828 Mahogany Lane
Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$36.00      $36.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1242** | Priority creditor's name and mailing address
Village of Arlington Heights
33 S. Arlington Heights
Arlington Heights, IL 60005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

Village of Bolingbrook
375 W. Briarcliff
Bolingbrook, IL 60440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

Village of Downers Grove
801 Burlington Avenue
Downers Grove, IL 60515-4776

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

Village of Glen Ellyn
Attn: Finance Department
535 Duane Street
Glen Ellyn, IL 60137

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

Village of Gurnee
325 North O'Plaine
Finance Dept.
Gurnee, IL 60031-2804

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Village of Lincolnwood**
6900 N. Lincoln Ave.
Lincolnwood, IL 60712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1248 | Priority creditor's name and mailing address |
|---|---|

**Village of Mount Prospect**
Finance Department
50 South Emerson
Mount Prospect, IL 60056

As of the petition filing date, the claim is: Unknown   Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1249 | Priority creditor's name and mailing address |
|---|---|

**Village of Oswego**
100 Parkers Mill
Oswego, IL 60543

As of the petition filing date, the claim is: Unknown   Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1250 | Priority creditor's name and mailing address |
|---|---|

**Village of Schaumburg**
101 Schaumburg Ct.
Schaumburg, IL 60193-1899

As of the petition filing date, the claim is: Unknown   Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1251** | Priority creditor's name and mailing address

Village of Skokie
5127 Oakton St.
Skokie, IL 60077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1252** | Priority creditor's name and mailing address

Vincents Simanis
4002 Royal and Ancient Drive
St. Charles, IL 60174

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$75.32     $75.32

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1253** | Priority creditor's name and mailing address

Violet Tejeda
116 Sharon Lane
North Aurora, IL 60542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$304.27     $304.27

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1254** | Priority creditor's name and mailing address

Virginia Department of Taxation
P.O. Box 760
Richmond, VA 23218

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number *(if known)* | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1255**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.93 | $320.93 |
|---|---|---|---|

Viviana Maldonado
5003 Vermette Circle
Plainfield, IL 60586

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1256**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168.00 | $168.00 |
|---|---|---|---|

Vivianna Vizzini
713 West Broadway Street
McHenry, IL 60050

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1257**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|

Vivicka Bosque
799 Diane Avenue
Elgin, IL 60123

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1258**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.70 | $864.70 |
|---|---|---|---|

Wade Charles
3206 N Mayfair Rd
Wauwatosa, WI 53222

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1259**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.04 | $82.04 |
|---|---|---|---|
| Waheed Popal | Check all that apply. | | |
| 6653 North Crawford Avenue | ☐ Contingent | | |
| Lincolnwood, IL 60712 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1260**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.66 | $208.66 |
|---|---|---|---|
| Wajeeha Ahmed | Check all that apply. | | |
| 6316 North Artesian Avenue | ☐ Contingent | | |
| Chicago, IL 60659 | ☐ Unliquidated | | |
| | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1261**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,090.00 | $1,090.00 |
|---|---|---|---|
| Walter Hall | Check all that apply. | | |
| 425 North 500 East | ☐ Contingent | | |
| Lot 51 | ☐ Unliquidated | | |
| Chesterfield, IN 46017 | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

**2.1262**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| Walter Weathers | Check all that apply. | | |
| 2360 South Cannon Drive | ☐ Contingent | | |
| 216 | ☐ Unliquidated | | |
| Mount Prospect, IL 60056 | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Paid in full postpetition per Court order. |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1263** | Priority creditor's name and mailing address

Will County Collector
302 N. Chicago St.
Joliet, IL 60432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Unknown | Unknown

---

**2.1264** | Priority creditor's name and mailing address

Willem Hoffmann
834 South La Londe Avenue
Lombard, IL 60148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00 | $0.00

---

**2.1265** | Priority creditor's name and mailing address

William Donsky
64 Ginger Tree Ct
O'Fallon, MO 63368

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$51.00 | $51.00

---

**2.1266** | Priority creditor's name and mailing address

William Dunkel
21408 North Crestview Drive
Barrington, IL 60010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00 | $0.00

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1267**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.90 | $200.90 |
|---|---|---|---|
| William Garcia<br>1016 North Pleasure Court<br>Aurora, IL 60506 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1268**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $811.00 | $811.00 |
|---|---|---|---|
| William Hickman<br>1700 Johnson Dr<br>Normal, IL 61761 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1269**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.04 | $87.04 |
|---|---|---|---|
| William Jokerst<br>150 Burr Oak Drive<br>Lake Zurich, IL 60047 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.1270**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.53 | $132.53 |
|---|---|---|---|
| William Strickler<br>7907 161st Street<br>Tinley Park, IL 60477 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>Paid in full postpetition per Court order. |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1271** | Priority creditor's name and mailing address

William Wilhite
904 Manchester Street
Naperville, IL 60563

As of the petition filing date, the claim is:                    $126.00    $126.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1272** | Priority creditor's name and mailing address

Wisconsin Dept. of Revenue
Box 8949
Madison, WI 53708-8949

As of the petition filing date, the claim is:                    Unknown    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1273** | Priority creditor's name and mailing address

Xavier Carter
1730 West Palm Drive
Apt 57
Mount Prospect, IL 60056

As of the petition filing date, the claim is:                    $132.86    $132.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1274** | Priority creditor's name and mailing address

Xavier Hagan
650 Juniper Lane
Bartlett, IL 60103

As of the petition filing date, the claim is:                    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 2.1275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |
|---|---|---|---|---|

Xavier Ortiz
257 N. Richmond Ave.
Clarendon Hills, IL 60514

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Ximena Bedoya
85 Leadville Lane
Gilberts, IL 60136

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.19 | $427.19 |
|---|---|---|---|---|

Yosli Escobedo
1320 Cambia Drive
Apt 7113
Schaumburg, IL 60193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | $126.00 |
|---|---|---|---|---|

Yulisa Sanchez-Pena
1129 Gateshead Drive
Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1279** | Priority creditor's name and mailing address
Zaara Shareef
1733 South La Londe Avenue
Lombard, IL 60148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$84.00    $84.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1280** | Priority creditor's name and mailing address
Zachary Close
2924 Fotest Creek Ln
Naperville, IL 60565

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1281** | Priority creditor's name and mailing address
ZACHARY HALL
1000 Meadow Ln
Greencastle, IN 46135

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,136.03    $1,136.03

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1282** | Priority creditor's name and mailing address
Zachary Mattson
711 Kingsley Street
Normal, IL 61761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$48.44    $48.44

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1283** | Priority creditor's name and mailing address

Zachary Saltiel
799 Chatham Avenue
Elmhurst, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1284** | Priority creditor's name and mailing address

Zachery Choate
2366 Sumac Dr
Yorkville, IL 60560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$874.92    $874.92

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1285** | Priority creditor's name and mailing address

Zackary McDonnell
137 South Canyon Drive
Bolingbrook, IL 60490

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$161.56    $161.56

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.1286** | Priority creditor's name and mailing address

Zamyan Day
1077 Briarbrook Drive Unit #302
Wheaton, IL 60189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$247.68    $247.68

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**2.1287** | Priority creditor's name and mailing address
Zander Montgomery
59 Oakton Drive
Lombard, IL 60148

As of the petition filing date, the claim is:      $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1288** | Priority creditor's name and mailing address
Zarria Lott
2644 West Jackson Boulevard
Chicago, IL 60612

As of the petition filing date, the claim is:      $71.10   $71.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1289** | Priority creditor's name and mailing address
Zaya Lorin
1700 Cambourne Lane
Schaumburg, IL 60194

As of the petition filing date, the claim is:      $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1290** | Priority creditor's name and mailing address
Zelda Rosiles
1565 Columbia Court
Elk Grove Village, IL 60007

As of the petition filing date, the claim is:      $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
|        | Name |

| 2.1291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|--------|--|--|--|--|

**2.1291** Priority creditor's name and mailing address
Ziah Casey
1992 West Algonquin Road
A
Algonquin, IL 60056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1292** Priority creditor's name and mailing address
Zoe Martin
325 Fairview Court
Ballwin, MO 63021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1293** Priority creditor's name and mailing address
Zoe Reid
725 Cottonwood Road
Frankfort, IL 60423

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$283.96      $283.96

Date or dates debt was incurred

Basis for the claim:
Paid in full postpetition per Court order.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
1099 PRO
SUITE 2080
23901 CALABASAS RD.
CALABASAS, CA 91302-4104

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$434.00

**3.2** Nonpriority creditor's name and mailing address
1836 FARMS
1149 S. VIRGINIA STREET
TERRELL, TX 75160

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$428,688.28

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.3**

**Nonpriority creditor's name and mailing address**
1WORLD SYNC INC
P.O. BOX 78000
DEPT 781341
DETROIT, MI 48278-1341

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$11,650.00

---

**3.4**

**Nonpriority creditor's name and mailing address**
8  WOODMAN'S FOOD MARKET, INC
P.O. BOX 734672
DALLAS, TX 75373-4672

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,219.32

---

**3.5**

**Nonpriority creditor's name and mailing address**
A&R MECHANICAL CONTRACTORS INC
711 KETTERING PARK
URBANA, IL 61801-1038

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,696.71

---

**3.6**

**Nonpriority creditor's name and mailing address**
A.D. BINDER PLUMBING & HEATING
2940 N DINNEEN ST
DECATUR, IL 62526

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$550.00

---

**3.7**

**Nonpriority creditor's name and mailing address**
A.H. OFFICE COFFEE SERVICES
1151 ROHLWING RD.
ROLLING MEADOWS, IL 60008

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,179.09

---

**3.8**

**Nonpriority creditor's name and mailing address**
A.N.S. INC.
P.O. BOX 4543
CAROL STREAM, IL 60197-4543

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$259.00

---

**3.9**

**Nonpriority creditor's name and mailing address**
aBETTERgreen
20500 E. 1500 NORTH ROAD
PONTIAC, IL 61764

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$155.00

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address**
ACCEL PEST & TERMITE CONTROL
1236 JENSEN DR
VIRGINIA BEACH, VA 23451

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$109.00

---

**3.11** | **Nonpriority creditor's name and mailing address**
ACOUSTIC,L.P.
P.O. BOX 645842
PITTSBURGH, PA 15264-5842

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,098.61

---

**3.12** | **Nonpriority creditor's name and mailing address**
ACTALENT SCIENTIFIC,LLC
3689 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0036

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$15,304.28

---

**3.13** | **Nonpriority creditor's name and mailing address**
ADE FOODSERVICE EQUIPMENT
471 S. IRMEN DRIVE
ADDISON, IL 60101

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$719.86

---

**3.14** | **Nonpriority creditor's name and mailing address**
ADM MARKETING LLC
5334 PRIMROSE LAKE CIRCLE
TAMPA, FL 33647

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$230.01

---

**3.15** | **Nonpriority creditor's name and mailing address**
ADVANCE GLASS SERVICE, INC.
512 W. VANBUREN
ELHHURST, IL 60126

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,233.00

---

**3.16** | **Nonpriority creditor's name and mailing address**
ADVANCED COMMERCIAL ROOFING
P.O. BOX 8280
CHAMPAIGN, IL 61826

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,790.75

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

AES INDIANA
P.O. BOX 110
INDIANAPOLIS, IN 46206-0110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,353.48 |
|---|---|---|---|

AFS TECHNOLOGIES
LOCKBOX 5053573
P.O. BOX 842771
LOS ANGELES, CA 90084-2771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,087.28 |
|---|---|---|---|

AIRGAS   USA, LLC
P.O. BOX 734672
DALLAS, TX 75373-4672

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,254.96 |
|---|---|---|---|

ALARM DETECTION SYSTEMS
1111 CHURCH RD.
AURORA, IL 60505-1873

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.91 |
|---|---|---|---|

ALL CLEAN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,199.01 |
|---|---|---|---|

ALL FLEET REPAIRS, INC.
903 MARTIN LUTHER KING DR
BLOOMINGTON, IL 61701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,121.90 |
|---|---|---|---|

ALLEN BROTHERS 1893 LLC
27263 NETWORK PLACE
CHICAGO, IL 60673-1272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,200.00

ALLIED PAINTING  CONTRACTORS
11N240 HAWTHORNE ST.  #2
ELGIN, IL 60123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,803.57

ALLTECHSUPPLY
10216 WERCH DRIVE
SUITE 113
WOODRIDGE, IL 60517

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,258.24

ALP-ARC INDY PROPERTY COMPANY
P.O. BOX 7410530
CHICAGO, IL 60674-0530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $831.63

ALPHA DISTRIBUTORS, INC.
4700 N. RONALD STREET
HARWOOD HEIGHTS, IL 60706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $79,657.91

ALTIUM PACKAGING LP
CONSOLIDATED CONTAINER
62867 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0628

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,413.33

AM-PACPROPERTIES
4050 WYCOMBE DRIVE
SACRAMENTO, CA 95864

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

AMEREN
P.O. BOX 66529
ST. LOUIS, MO 63166-6529

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

**3.31** | **Nonpriority creditor's name and mailing address**
AMEREN ILLINOIS (CH/BL STORES)
PO BOX 88034
CHICAGO, IL 60680-1034

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$998.99

---

**3.32** | **Nonpriority creditor's name and mailing address**
AMERICAN INTERNATIONAL FOODS,INC
8066 FULTON ST E
ADA, MI 49301-9100

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$57,785.13

---

**3.33** | **Nonpriority creditor's name and mailing address**
AMS MECHANICAL SYSTEMS, INC.
SERVICE/MAINTENANCE DIV.
9341 ADAM DON PKWY
WOODRIDGE, IL 60517-8140

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$39,000.20

---

**3.34** | **Nonpriority creditor's name and mailing address**
ANDREW MUSIC PARENTS ASSOC.
C/O KRISTEN RANDALL
16407 OZSARK AVE
TINLEY PARK, IL 60477

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$70.08

---

**3.35** | **Nonpriority creditor's name and mailing address**
APEX INDUSTRIAL AUTOMATION
737 OAKRIDGE DRIVE
ROMEOVILLE, IL 60446

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$18,203.04

---

**3.36** | **Nonpriority creditor's name and mailing address**
APPRAISAL DEVELOPMENT, INC.
1806 KROWKA DRIVE
DES PLAINES, IL 60018

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,250.00

---

**3.37** | **Nonpriority creditor's name and mailing address**
APPRAISAL SYSTEMS, LLC
460 S. NORTHWEST HIGHWAY
SUITE 407
PARK RIDGE, IL 60068-2451

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,000.00

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.38**

**Nonpriority creditor's name and mailing address**
ARC3
P.O. BOX 896866
CHARLOTTE, NC 00089-6866

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$22,121.61

---

**3.39**

**Nonpriority creditor's name and mailing address**
AREA DISPOSAL SERVICE, INC.
PDC/AREA COMPANIES
32289 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0322

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$182.17

---

**3.40**

**Nonpriority creditor's name and mailing address**
ASSOCIATED ELECTRICAL CONTRACTOR
P.O. BOX 39
WOODSTOCK, IL 60098

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$77,368.39

---

**3.41**

**Nonpriority creditor's name and mailing address**
Associated Electrical Contractors, LLC
319 Lamb Road
Woodstock, IL 60098

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$75,189.60

---

**3.42**

**Nonpriority creditor's name and mailing address**
ASSOCIATED MATERIAL HANDLING IND
7954 SOLUTION CENTER
LOCKBOX NUMBER 777954
CHICAGO, IL 60677-7009

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$67,685.84

---

**3.43**

**Nonpriority creditor's name and mailing address**
ASSURED SOLUTIONS
489 MISSION ST
CAROL STREAM, IL 60188

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,510.00

---

**3.44**

**Nonpriority creditor's name and mailing address**
ASTRONOVA, INC.
PO BOX 419820
BOSTON, MA 02241-9820

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,373.97

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

AT&T U-VERSE
P.O. BOX 5014
CAROL STREAM, IL 60197-5014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.46 |
|---|---|---|---|

AURORA CENT. CATHOLIC HS BOOSTER
1255 N EDGELAWN DR
AURORA, IL 60506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.50 |
|---|---|---|---|

Automationdirect.com, Inc.
PO BOX 402417
ATLANTA, GA 30384-2417

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $671.73 |
|---|---|---|---|

AVASKA/REFRIGIWEAR LLC
4335 ANDERSON RD
KNOXVILLE, TN 37918

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,575.00 |
|---|---|---|---|

AVERY INNOVATIONS, LLC
BIG FORK BRANDS
2629 W. WILSON AVE.
CHICAGO, IL 60625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,512.60 |
|---|---|---|---|

B&Z SERVICES, INC.
2504 LAFAYETTE BLVD.
NORFOLK, VA 23509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $814.50 |
|---|---|---|---|

BANNER AND WITCOFF, LTD
71 S WACKER DRIVE STE 3600
CHICAGO, IL 60606-7437

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,181.49

BARAK
538 NORTH YORK ROAD
BENSENVILLE, IL 60106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,808.00

BARBEQUE SELECT
P.O. BOX 09273
CHICAGO, IL 60609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24,236.71

BARCODES INC.
P.O. BOX 0776
CHICAGO, IL 60690-0776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,365.93

BASIC
PO BOX 775339
CHICAGO, IL 60677-5339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,500.98

BELMARKINC
P.O.BOX 5310
DE PERE, WI 54115-5310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $416.00

BERTARELLI CUTLERY,INC
1927 MARCONI
ST. LOUIS, MO 63110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,025.38

BEVERAGE TOWN SERVICE TEAM
27766 NETWORK PLACE
LOCKBOX 27766
CHICAGO, IL 60673-1277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,723.00 |
|---|---|---|---|

BEVERLY SNOW AND ICE, INC.
16504 S DIXIE HIGHWAY
MARKHAM, IL 60428

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $566.45 |
|---|---|---|---|

BFC FORMS  INC
1051 N. KIRK RD.
BATAVIA, IL 60510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $478.38 |
|---|---|---|---|

BG ORLAND PARK HD, LLC.
DEPT#104074206065431
PO BOX 951049
CLEVELAND, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.92 |
|---|---|---|---|

BLOOMINGDALE COURT , LLC.
867625 RELIABLE PARKWAY
CHICAGO, IL 60686-0076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.00 |
|---|---|---|---|

BLUE CHIP PEST SERVICES
1623 HEADLAND DERIVE
FENTON, MO 63026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

BLUE STAR ENERGY SERVICES,
AEP Energy PO Box 340
Zelienople, PA 16063-2300

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,378.07 |
|---|---|---|---|

BLUE STAR ENERGY SERVICES, INC.
PO BOX 6329
CAROL STREAM, IL 60197-6329

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.00

BOB & KURT'S SENTRY-FOX RUN
2304 W ST. PAUL AVE
WAUKESHA, WI 53198

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $131.14

BOLINGBROOKPARK DISTRICT
C/O LESLIE SMITH
200 LINDSEY LN
BOLINGBROOK, IL 60440

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.65

BOOTH TARKINGTON PTO
C/O KRISTIN HAYDEN
310 SCOTT ST
WHEELING, IL 60090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,535.30

BRDA ELECTRIC INC
1758 CHASE DRIVE
FENTON, MO 63026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,793.60

BRIGHTEDGETECHNOLOGIES
DEPT CH 17960
PALATINE, IL 60055-7960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420.00

BRODERICK DATA SYSTEMS
64 EAST MAIN STREET
LEXINGTON, OH 44905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,640.80

BROTHERS NUTS , LLC
P.O. BOX 874
PLAINFIELD, IL 60544

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**3.73** | Nonpriority creditor's name and mailing address
BROWN AND SONS FOODLINER
20 ALLEN AVE. SUITE 400
WEBSTER GROVES, MO 63119

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.74** | Nonpriority creditor's name and mailing address
BUG OUT
P.O. BOX 740608
CINCINNATI, OH 45274-0608

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$290.00

---

**3.75** | Nonpriority creditor's name and mailing address
BUILDINGSTARS COMMERCIAL
CLEANING SOLUTIONS
P.O. BOX 419161
ST. LOUIS, MO 63141

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$3,200.00

---

**3.76** | Nonpriority creditor's name and mailing address
BUTTERFIELD SCHOOL PTA
2S500 GRAY AVE
LOMBARD, IL 60148

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$158.17

---

**3.77** | Nonpriority creditor's name and mailing address
BUTTERNUT MOUNTAIN FARM
37 INDUSTRIAL PARK DRIVE
MORRISVILLE, VT 05661

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,436.65

---

**3.78** | Nonpriority creditor's name and mailing address
BUTTONS& BOWS PRESCHOOL
C/O KRISTEN TENAGLIA
PO BOX 285
ELMHURST, IL 60126

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$99.85

---

**3.79** | Nonpriority creditor's name and mailing address
C. NELSON MFG.
265 N. LAKE WINDS PKWY
OAK HARBOR, OH 43449

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$129.20

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,620.79 |
|---|---|---|---|

CAPITAL TRUCK BODY CO., INC.
1601 S LARAMIE AVENUE
CICERO, IL 60804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,615.00 |
|---|---|---|---|

CARLOS MORALES  DBA:
ALL SEASON WINDOW CLEANING
2714 N. MARMORA
CHICAGO, IL 60639

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,187.39 |
|---|---|---|---|

CARLSEN'S ELEVATOR SERVICES,INC
2468 WISCONSIN AVE
DOWNERS GROVE, IL 60515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

CASWELL TOWN CENTER
2617 Beacon Hill Drive
Auburn Hills, MI 48326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,892.13 |
|---|---|---|---|

CASWELLTOWNCENTER
2617 BEACON HILL DRIVE
AUBURN HILLS, MI 48326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.82 |
|---|---|---|---|

CDW DIRECT,LLC
P.O. BOX 75723
CHICAGO, IL 60675-5723

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,062.47 |
|---|---|---|---|

CENTRAL STATES THERMO KING INC
P.O. BOX 872287
KANSAS CITY, MO 64187-2287

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $670.00
CERTIFIED BALANCE & SCALE
P.O. BOX 556
SYCAMORE, IL 60178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,867.94
CERTIFIED LABORATORIES
23261 NETWORK PLACE
CHICAGO, IL 60673-1232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,345.00
CHAMPAIGN HEATING & AIR INC
P.O. BOX 694
CHAMPAIGN, IL 61824

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Charlotte Arce
c/o Law Office of Daniel E Goodman, LLC
10400 W. Higgins Road
Suite 500
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
CHARTER COMMUNICATIONS
P.O. BOX 790086
SAINT LOUIS, MO 63179-0086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,675.78
CHICAGO CODING SYSTEMS
394 38TH AVE. DRIVE
ST. CHARLES, IL 60174

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $821.25
CHICAGO METRO FIRE PREVENTION CO
PO BOX 750
ELMHURST, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.94**

**Nonpriority creditor's name and mailing address**
CHILLY TEMPERATURE SPECIALIST IN
2908 LINNEMAN STREET
GLENVIEW, IL 60025

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$23,184.85

---

**3.95**

**Nonpriority creditor's name and mailing address**
CINTAS
P.O. BOX 88005
CHIGAGO,, IL 60680-1005

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$17,739.93

---

**3.96**

**Nonpriority creditor's name and mailing address**
CITADEL INFORMATION MGT.
1287 NAPERVILLE DRIVE
ROMEOVILLE, IL 60446

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,188.66

---

**3.97**

**Nonpriority creditor's name and mailing address**
CITY OF BLOOMINGTON
PO BOX 801214
KANSAS CITY, MO 64180-1214

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.98**

**Nonpriority creditor's name and mailing address**
CITY OF COUNTRY CLUB HILLS
4200 West Main Street
COUNTRY CLUB HILLS, IL 60478

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.99**

**Nonpriority creditor's name and mailing address**
CITY OF GENEVA
15 S First Street
Geneva, IL 60134

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.100**

**Nonpriority creditor's name and mailing address**
CITY OF JOLIET MUNICIPAL S
150 W Jefferson St
Joliet, IL 60432

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.101** Nonpriority creditor's name and mailing address

CITY OF JOLIET MUNICIPAL SERVICE
150 W. JEFFERSON ST
JOLIET, IL 60432-4156

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$405.12

---

**3.102** Nonpriority creditor's name and mailing address

CITY OF KIRKWOOD
UTILITIES DEPT.
P.O. BOX 220579
KIRKWOOD, MO 63122-0579

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.103** Nonpriority creditor's name and mailing address

CITY of NAPERVILLE
Finance Dept 400 S Eagle Street
Naperville, IL 60540

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.104** Nonpriority creditor's name and mailing address

CITY OF O'FALLON,MISSOURI
100 NORTH MAIN STREET
O'FALLON, MO 63366

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$761.45

---

**3.105** Nonpriority creditor's name and mailing address

CITY OF PARK RIDGE
505 Butler Place
Park Ridge, IL 60068

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.106** Nonpriority creditor's name and mailing address

CITY OF ROLLING MEADOWS
3600 KIRCHOFF RD.
ROLLING MEADOWS, IL 60008-2498

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.107** Nonpriority creditor's name and mailing address

CITY OF ROYAL OAK
TREASURER'S OFFICE
P.O. BOX 64
ROYAL OAK, MI 48068-0064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

CITY OF ST. CHARLES
UTILITY BILLING OFFICE
2 E MAIN ST
ST CHARLES, IL 60174-1984

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown

CITY OF WHEATON
303 W WESLEY STREET
WHEATON, IL 60187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,175.42

CITY OFGENEVA
22 SOUTH FIRST STREET
GENEVA, IL 60134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,261.97

CLASSIC TRANSPORT, INC
57806 COUNTY ROAD 3 SOUTH
ELKHART, IN 46517

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,848.39

CLEAR CO.
200 Clarendon St
Fl 49
Boston, MA 02116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,192.50

CLIFTON LARSON ALLEN LLP
PO BOX 775967
CHICAGO, IL 60677-5967

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,382.41

CO BAT CO INC.
1215 N.E. ADAMS ST.
PEORIA, IL 61603-4103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$304.56**

COFFMAN TRUCK SALES, INC.
P.O. BOX 151
AURORA, IL 60507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,338.00**

COLLINS PLUMBING & JETTING,INC
2611 S. 21ST AVE.
BROADVIEW, IL 60155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,564.00**

COLUMBIA MACHINE INC.
107 GRAND BLVD.
P.O. BOX 8950
VANCOUVER, WA 98668-8950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,445.05**

COMCAST
P.O. BOX 37601
PHILADELPHIA, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

COMCAST CABLE
One Comcast Center
1701 John F. Kennedy Blvd
Philadephia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,963.35**

COMCASTCABLE
P.O. BOX 3005
SOUTHEASTERN, PA 19398-3005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,515.56**

COMMERCIAL KITCHEN SERVICE
808 HANLEY INDUSTRIAL CT.
ST. LOUIS, MO 63144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.122**

**Nonpriority creditor's name and mailing address**
COMMERCIAL LIGHTING SYSTEMS LLC
PO BOX 2483
FLORISSANT, MO 63032-2479

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,352.42

---

**3.123**

**Nonpriority creditor's name and mailing address**
COMMERCIAL PUMPING SERVICE, LLC
AKA DOCTOR ROOTER
P.O. BOX 429
ST CHARLES,, MO 63302-0429

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,791.50

---

**3.124**

**Nonpriority creditor's name and mailing address**
COMMONWEALTH EDISON
BILL PAYMENT CENTER
P.O. BOX 6111
CAROL STREAM, IL 60197-6111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.125**

**Nonpriority creditor's name and mailing address**
COMMONWEALTH EDISON
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.126**

**Nonpriority creditor's name and mailing address**
CON-PAK, INC
P.O. 68184
SCHAUMBURG, IL 60168-0184

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$51,967.50

---

**3.127**

**Nonpriority creditor's name and mailing address**
CONCENTRA-OCCUPATIONAL HLTH CTRS
OF THE SOUTHWEST, P.C.
P.O. BOX 369
LOMBARD,, IL 60148-0369

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$107.50

---

**3.128**

**Nonpriority creditor's name and mailing address**
CONNECTRIA
SUITE 300
10845 OLIVE BLVD.
ST. LOUIS, MO 63141

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$46,375.83

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

CONSTELLATION, GAS DIVISIO
1310 Point Street
Baltimore, MD 21231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

CONSUMERS ENERGY
PAYMENT CENTER
P.O. BOX 740309
CINCINNATI, OH 45274-0309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $54,723.12

CONTINENTAL CARBONIC PROD., INC.
DEPT. 3833
PO BOX 123833
DALLAS, TX 75312-3833

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $122,565.53

COOK COUNTY TREASURER
P.O. BOX 805438
CHICAGO, IL 60680-4116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,563.53

COOPER-ATKINS CORPORATION
29193 NETWORK PLACE
CHICAGO, IL 60673-1291

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38,868.35

CORCENTRIC, LLC
62861 COLLECTIONS CENTER DR
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,433.25

CORE 3 PROPERTY MANAGEMENT
1707 E. HAMILTON RD.  SUITE 1A
BLOOMINGTON, IL 61704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $615.00 |
|---|---|---|---|
| | CORVUS JANITORIAL SYSTEMS<br>815 W WEED ST<br>CHICAGO, IL 60642 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $43,061.44 |
|---|---|---|---|
| | COVERALL NORTH AMERICA, INC.<br>2955 MOMENTUM PLACE<br>CHICAGO, IL 60689-5329 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,825.00 |
|---|---|---|---|
| | COVERALL OFST. LOUIS<br>9101 LBJ FRWY #700<br>DALLAS, TX 75243 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | COX COMMUNICATIONS<br>DEPT. 781121<br>P.O. BOX 78000<br>DETROIT, MI 48278-1121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40.60 |
|---|---|---|---|
| | COYOTE LOGISTICS,LLC<br>P.O. BOX 742636<br>ATLANTA, GA 30374-2636 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,275.00 |
|---|---|---|---|
| | COZZINI BROS INC<br>350 HOWARD AVE<br>DES PLAINES, IL 60018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41,824.45 |
|---|---|---|---|
| | CREATIVE PROMOTIONAL<br>7300 NORTH MONTICELLO<br>SKOKIE, IL 60076 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**3.143** | Nonpriority creditor's name and mailing address

Credit Card Ramp
28 West 23rd Street
Floor 2
New York, NY 10010

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.144** | Nonpriority creditor's name and mailing address

Credit Wex
1 Hancock Street
Portland, ME 04101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$87,376.46

---

**3.145** | Nonpriority creditor's name and mailing address

CSC
P.O. BOX 7410023
CHICAGO, IL 60674-5023

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,189.00

---

**3.146** | Nonpriority creditor's name and mailing address

CWR PROPERTIES,LLC
423 S. 2ND STREET
ST. CHARLES, IL 60174

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$291.64

---

**3.147** | Nonpriority creditor's name and mailing address

CYBER MARKETING NETWORK IN
800 WISCONSIN STR. UNIT 15
BUILDING 2, SUITE 110
EAU CLAIRE, WI 54703

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,004.84

---

**3.148** | Nonpriority creditor's name and mailing address

DARIFILL
750 GREEN CREST DRIVE
WESTERVILLE, OH 43081

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$77,629.57

---

**3.149** | Nonpriority creditor's name and mailing address

DARRELLL. ROBINSON
3923 N. 5th Street
Milwaukee, WI 53212

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$27.55

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.150**
Nonpriority creditor's name and mailing address
DAVE ROTH MECHANICAL, INC
106 N. CEDAR STREET
WASHINGTON, IL 61571

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,531.94

---

**3.151**
Nonpriority creditor's name and mailing address
DE FRANCO PLUMBING
20330 N. RAND RD.
PALATINE, IL 60074

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.152**
Nonpriority creditor's name and mailing address
DEEM
11201 USA PARKWAY  #200
FISHERS, IN 46037

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$382.66

---

**3.153**
Nonpriority creditor's name and mailing address
DEERFIELD ELEMENTARY PTO
3600 CROOKS ROAD
ROCHESTER HILLS, MI 48309

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$4.49

---

**3.154**
Nonpriority creditor's name and mailing address
DELKOR SYSTEMS INC
PO BOX 860655
MINNEAPOLIS, MN 55486-0655

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$18,171.20

---

**3.155**
Nonpriority creditor's name and mailing address
DELTA GAMMA SORORITY
1207 W NEVADA ST
URBANA, IL 61801

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$48.23

---

**3.156**
Nonpriority creditor's name and mailing address
DOVER GREASETRAPS, INC
16585 13 MILE RD.
FRASER, MI 48026

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$710.00

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.157** | **Nonpriority creditor's name and mailing address**
DOWNERS MARKET, LLC
C/O COMAR PROPERTIES AGENT
17W220 22ND STREET   #350
OAKBROOK TERRACE, IL 60181

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$11,134.81

---

**3.158** | **Nonpriority creditor's name and mailing address**
DTE ENERGY-ROYAL OAK
One Energy Plaza
Detroit, MI 48226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.159** | **Nonpriority creditor's name and mailing address**
DTE ENERGY-TROY
PO BOX 740786
CINCINATTI, OH 45274-0786

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.160** | **Nonpriority creditor's name and mailing address**
DUPAGE COUNTY PUBLIC WORKS
P.O. BOX 4751
CAROL STREAM, IL 60197-4751

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.161** | **Nonpriority creditor's name and mailing address**
DUPAGECOUNTY HEALTH DEPAR
111 N COUNTY FARM ROAD
WHEATON, IL 60187

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$6,867.00

---

**3.162** | **Nonpriority creditor's name and mailing address**
DUTCH FARMS
700 E. 107TH STREET
CHICAGO, IL 60628

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$96,755.92

---

**3.163** | **Nonpriority creditor's name and mailing address**
EASTMAN FIRE PROTECTION CO. LLC.
1450 SOUTER BLVD
TROY, MI 48083

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$177.83

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.00**

EBRYIT, INC.
P.O. BOX 1777
KENNESAW, GA 30156-1777

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00**

ECHO GLOBALLOGISTICS, INC
ACCOUNT RECEIVABLE
22168 NETWORK PLACE
CHICAGO, IL 60673-1221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00**

ECHOSAT INC-PDI
250 W. MAIN STREET  #3100
LEXINGTON, KY 40507-1700

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,238.12**

ECOLAB
PO BOX 70343
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.00**

ECOLAB FOOD SAFETY SPECIALISTS
24198 NETWORK PLACE
CHICAGO, IL 60673-1241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$326.71**

ECOLAB PEST ELIMINATION SERVICES
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$415.95**

ECONOMY EXTERMINATORS INC
P.O. BOX 4493
CARY, NC 27519

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.171** | **Nonpriority creditor's name and mailing address**
EDGAR A.WEBER & COMPANY
P.O.BOX 546
WHEELING, IL 60090

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$58,614.59

---

**3.172** | **Nonpriority creditor's name and mailing address**
ELEVATE OUTDOOR
1112 BRYAN RD.
O FALLON, MO 63366

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,300.99

---

**3.173** | **Nonpriority creditor's name and mailing address**
EMERGENCY ICE INC.
8300 SOVEREIGN ROW
DALLAS, TX 75247

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,959.33

---

**3.174** | **Nonpriority creditor's name and mailing address**
ENGLANDLOGISTICS
PO BOX 953776
ST LOUIS, MO 63195-3776

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,450.00

---

**3.175** | **Nonpriority creditor's name and mailing address**
ENVIRONMENTAL MONITORING TECH.
509 N. 3RD AVE.
DES PLAINES, IL 60016

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,884.00

---

**3.176** | **Nonpriority creditor's name and mailing address**
Eric Wilim
c/o Michael Houchin
Crosner Legal, P.C.
9440 Santa Monica Blvd., Ste. 301
Beverly Hills, CA 90210

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.177** | **Nonpriority creditor's name and mailing address**
eSCREEN InC
P.O. BOX 734764
DALLAS, TX 75373-4764

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$751.25

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.178** | **Nonpriority creditor's name and mailing address**
eTecc/Interactive
50 S. MAIN ST.   #200
NAPERVILLE, IL 60540

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$480.00

---

**3.179** | **Nonpriority creditor's name and mailing address**
EURO USA/CHICAGO LOCATION
PO BOX 8626
CAROL STREAM, IL 60197-8626

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,242.32

---

**3.180** | **Nonpriority creditor's name and mailing address**
EUROFINS DQCI, LLC
PO BOX 1447
CAROL STREAM, IL 60132-1447

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$2,373.24

---

**3.181** | **Nonpriority creditor's name and mailing address**
FBC OF LENEXA LLC
P.O. BOX 847871
DALLAS, TX 75284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$1,244.00

---

**3.182** | **Nonpriority creditor's name and mailing address**
FEECE OIL COMPANY
517 TWIN RAIL DRIVE
MINOOKA, IL 60447

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$34,495.04

---

**3.183** | **Nonpriority creditor's name and mailing address**
FESTIVAL FOODS
3800 EMERALD DRIVE EAST
ONALASKA, WI 54650

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$8,417.20

---

**3.184** | **Nonpriority creditor's name and mailing address**
FIDELITY ASSOCIATES,LLP
C/O SWM REAL ESTATE MGT. CO
1795 CLARKSON-SUITE 190
CHESTERFIELD, MO 63017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,386.02

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00**

FIVE STAR LOGISTICS
P.O. BOX 5905
02ND DEPT.0555
CAROL STREAM, IL 60197-5905

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,294.84**

FLAVORCHEM
1525 BROOK DR
DOWNERS GROVE, IL 60515-1024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,554.62**

FLEET CHARGE
MSTS
P.O. Box 10922
10922, Shawnee Mission, KS 66225

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,917.09**

FLEET SERVICES/WEX
1 Hancock Street
Portland, ME 04101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,450.00**

FLEXICORPS INC
2570 FOXFIELD RD. STE 200
ST. CHARLES, IL 60174

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

FLOOD BROTHERS DISPOSAL
AND RECYCLING
P.O. BOX 4560
CAROL STREAM, IL 60197-4560

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,147.58**

FLUID-AIRE DYNAMICS, INC.
530 ALBION AVE
SCHAUMBURG, IL 60193

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,534.84**

FLYERSENERGY, LLC
DEPT 34516
P.O. BOX 39000
SAN FRANCISCO, CA 94139-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,479.90**

FOCUS LOGISTICS INC/
FLI TRUCKING INC
2075 FOXFIELD RD.  STE 100
ST. CHARLES, IL 60174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,432.16**

FOGG
PO BOX 933416
CLEVELAND, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$293,811.20**

FOREMOST FARMS USA
29798 NETWORK PLACE
CHICAGO,, IL 60673-1297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$726.52**

FOX LOCKS, INC.
PMB 115
6615 GRAND AVE.   SUITE B
GURNEE, IL 60031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

FOX METRO WATER RECLAMATIO
682 State Route 31
Oswego, IL 60543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34,854.04**

FOX METRO WATER RECLAMATION DIST
682 STATE ROUTE 31
OSWEGO, IL 60543-4394

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,172.07

FOX VALLEY FIRE & SAFETY CO.
2730 PINNACLE DR.ET
ELGIN, IL 60123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,400.00

FRAIN INDUSTRIES , INC
245 E. NORTH AVE.
CAROL STREAM, IL 60188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,746.74

FRAZA
P.O. BOX 771318
DETROIT, MI 48277-1318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,268.48

FRESH THYMEFARMERS MARKET
2650 WARRENVILE RD.  #700
DOWNERS GROVE, IL 60515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,630.00

FT SYSTEM
30 CORPORATE PARK DRIVE  #200
PEMBROKE, MA 02359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00

GABRIEL CONSULTING GROUP
1036 WEST LOYOLA  #3
CHICAGO, IL 60626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,413.33

GENEVA CENTER 2015 LLC
MID AMERICAN MGT. CORPORATION
3333 RICHMOND RD. STE 350
BEACHWOOD, OH 44122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.206** | Nonpriority creditor's name and mailing address
GETZ INDUSTRIAL CLEANING
P.O. BOX 419
PEORIA, IL 61651-0419

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,409.39

---

**3.207** | Nonpriority creditor's name and mailing address
GFL
P.O. BOX 791519
BALTIMORE, MD 21279-1519

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.208** | Nonpriority creditor's name and mailing address
GIVENS ENTERPRISES, LLC
1139 CEDAR BAY RD.
SHUNIAH, ON P7A 0C9
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,582.26

---

**3.209** | Nonpriority creditor's name and mailing address
GO GREEN
1 BRICKYARD DRIVE
BLOOMINGTON, IL 61701

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$8,250.00

---

**3.210** | Nonpriority creditor's name and mailing address
GOOD FOOD MADE SIMPLE,LLC
180 LINDEN STREET   SUITE 7B
WELLESLEY, MA 02482

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$30,693.12

---

**3.211** | Nonpriority creditor's name and mailing address
GOURMET FOODS INTERNATIONAL
29205 NETWORK PLACE
CHICAGO, IL 60673-1292

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$13,311.00

---

**3.212** | Nonpriority creditor's name and mailing address
GPM TRUCK CENTER INC
201 Poplar Pl
North Aurora, IL 60542

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,775.98

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,274.73

GRAINGER
DEPT - 812530871
PALATINE, IL 60038-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $53,946.00

GRASSLAND DAIRY PRODUCTS, INC.
PO BOX 689921
CHICAGO, IL 60695-9921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $55.00

GREAT LAKES SOUTHTOWN SERVICE
FOOD SERVICE
50 EISENHOWER LANE N.
LOMBARD, IL 60148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $758,694.51

GRECO & SONS
1550 HECHT RD
BARTLETT, IL 60103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

GRECO REGGI DEVELOPMENT
1307 SCHIFERL RD.
BARTLETT, IL 60103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,092.50

GREEN MOUNTAIN FLAVORS
442 TREASURE DRIVE
OSWEGO, IL 60543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $356.17

GREENFIELD ELEMENTARY
C/O KIMM JORREY
31200 FAIRFAX
BEVERLY HILLS, MI 48025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33.26

GREENFIELD PTA

Beverly Hills, MI 48025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | $13,133.74

GRIDLINE
17200 N. PERIMETER DRIVE #201
SCOTTSDALE, AZ 85255

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | Unknown

GROOT INDUSTRIES, INC.
P.O. BOX 660177
DALLAS, TX 75266-0177

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | $776.16

HAMPTON INN -BLOOMINGTON WEST
906 MAPLE HILL RD.
BLOOMINGTON, IL 61704

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | $1,425.56

HEARTLAND ELECTRIC
200 E. Lafayette Street
Bloomington, IL 61701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | $7,904.54

HERITAGE GROCERS GROUP
2501 EAST GUASTI ROAD
ONTARIO, CA 91761

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | $287.18

HEUBEL MATERIAL HANDLING,INC
P.O. BOX 870975
KANSAS CITY, MO 64187-0975

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.227**

**Nonpriority creditor's name and mailing address**
HHH RANCH
14101 W. Burns Rd.
Manhattan, IL 60442

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$24.87

---

**3.228**

**Nonpriority creditor's name and mailing address**
HIGHLAND MGMT. ASSOC., INC
SUITE 201
1 E. 22ND ST.
LOMBARD, IL 60148

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.229**

**Nonpriority creditor's name and mailing address**
HIRETECH
P.O. BOX 940664
HOUSTON, TX 77094

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$373,265.48

---

**3.230**

**Nonpriority creditor's name and mailing address**
HOBART CORPORATION
ITW FOOD EQUIPMENT GROUP LLC
P.O. BOX 2517
CAROL STREAM, IL 60132-2517

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$170.98

---

**3.231**

**Nonpriority creditor's name and mailing address**
HOFFMANN BROTHERS HTG & CL
1025 HANLEY INDUSTRIAL
ST LOUIS, MO 63144

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$5,819.50

---

**3.232**

**Nonpriority creditor's name and mailing address**
HOLIDAY ICE
P.O. BOX 1246
SUFFOLK, VA 23439

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$774.90

---

**3.233**

**Nonpriority creditor's name and mailing address**
HOME CITY ICE COMPANY
1125 INTERNAIIONALE
WOODRIDGE, IL 60517

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,228.50

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.234** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

HOMEWOOD DISPOSAL SERVICE,
1501 175th St
Homewood, IL 60430

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,445.07

HOMEWOOD DISPOSAL SERVICE, INC.
1501 WEST 175TH STREET
HOMEWOOD, IL 60430

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,993.48

HONIGMAN  LLP
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVE.
DETROIT, MI 48226-3506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,105.00

HOOD CONTAINER CHICAGO
PO BOX 74007195
CHICAGO, IL 60674-7195

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,698.96

HORMEL FOODS SALES, LLC
HORMEL FINANCIAL SERVICES CORP
PO BOX 93624
CHICAGO, IL 60673-3624

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67.71

HUHTAMAKI
25089 NETWORK PLACE
CHICAGO, IL 60673-1250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $28,605.25

HYGIENA LLC
FILE 2007
1801 W OLYMPIC BLVD
PASADENA, CA 91199-2007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.241** | **Nonpriority creditor's name and mailing address**
HYGIENEERING, INC.
7575 PLAZA COURT
WILLOWBROOK, IL 60527

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$6,900.00

---

**3.242** | **Nonpriority creditor's name and mailing address**
IDEAL LANDSCAPE GROUP  INC
6252 OLSEN ROAD
ST LOUIS, MO 63129

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$4,437.63

---

**3.243** | **Nonpriority creditor's name and mailing address**
ILLCO,INC.
PO BOX 5691
CAROL STREAM, IL 60197-5691

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$6,559.40

---

**3.244** | **Nonpriority creditor's name and mailing address**
Illinois Dept of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.245** | **Nonpriority creditor's name and mailing address**
ILLINOIS STATE TOLLHIGHWAY AUTH.
P.O. BOX 5544
CHICAGO, IL 60680-5544

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$15,946.05

---

**3.246** | **Nonpriority creditor's name and mailing address**
ILLINOIS-AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.247** | **Nonpriority creditor's name and mailing address**
INDYPENDENCE SERVICE DOG ORG.
1105 EASTHOLME AVE
BLOOMINGTON, IL 61701

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$12.00

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**3.248** | **Nonpriority creditor's name and mailing address**
INMAR BRAND SOLUTIONS, INC.
ONE WEST FOURTH ST
SUITE 500
WINSTON-SALEM, NC 27101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,093.62

---

**3.249** | **Nonpriority creditor's name and mailing address**
INTERNATIONAL FOOD PRODUCTS
MSC 7592, PO BOX 415000
NASHVILLE, TN 37241-7592

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$83,807.25

---

**3.250** | **Nonpriority creditor's name and mailing address**
J.C. EHRLICH
PO BOX 13848
READING, PA 19612-3848

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$448.73

---

**3.251** | **Nonpriority creditor's name and mailing address**
J.F. AHERN
PO BOX 1316
FOND DU LAC, WI 54936-1316

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$106.39

---

**3.252** | **Nonpriority creditor's name and mailing address**
J.J. KELLER & ASSOC.
P.O. BOX 548
NEENAH, WI 54957-0548

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$309.00

---

**3.253** | **Nonpriority creditor's name and mailing address**
J.ROBERTS ELECTRIC CO.
13818 BERKSHIRE STREET
RIVERVIEW, MI 48193

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.254** | **Nonpriority creditor's name and mailing address**
J4 TECH SOLUTIONS
2460 DUNDEE RD. #21
NORTHBROOK, IL 60062

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,692.80

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.255**

**Nonpriority creditor's name and mailing address**
JAMES D. OBERWEIS
4991 BONITA BAY BLVD. #2702
BONITA SPRINGS, FL 34134

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.256**

**Nonpriority creditor's name and mailing address**
JAN-PRO,INC OF NORTHERN ILLINOIS
136 SHORE DRIVE
BURR RIDGE, IL 60527

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$24,760.17

---

**3.257**

**Nonpriority creditor's name and mailing address**
JAN-PROOF ST. LOUIS
233 MILLWELL DRIVE
MARYLAND HEIGHTS,, MO 63043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,031.00

---

**3.258**

**Nonpriority creditor's name and mailing address**
JENSENIT
1689 ELK BOULEVARD
DES PLAINES, IL 60016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,171.75

---

**3.259**

**Nonpriority creditor's name and mailing address**
JESUS DOMINGUEZ
C/O GLANBIA BUSINESS SERV INC.
DEPT 3331
CAROL STREAM, IL 60132-3331

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$868.19

---

**3.260**

**Nonpriority creditor's name and mailing address**
JOHNSON CONTROLS SECURITY SOL.
PO BOX 371967
PITTSBURGH, PA 15250-7967

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,642.20

---

**3.261**

**Nonpriority creditor's name and mailing address**
JOHNSON HVACR & FOODSERVICE EQUI
DBA JOHNSON MECHANICAL
1820 RIVERWAY DRIVE
PEKIN, IL 61554

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$820.34

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.262** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,082.12

JOLIET PATTERN, INC.
508 PASADENA AVENUE
CREST HILL, IL 60403-2406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,146.27

Julie K. Oberweis
10696 MORA DRIVE
LOS ALTOS, CA 94024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $64,096.96

KATIES PIZZA AND PASTA
10650 GATEWAY BLVD
ST LOUIS, MO 63132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,114.96

KELMAR SAFETY INC.
221 WEST MAIN STREET
GREENFIELD, IN 46140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $85.74

KEMPSMITH MACHINE COMP.
1819 S. 71ST STREET
MILWAUKEE, WI 53214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $60.00

KEN WALKER
DBA: BEV STANDARD
9900 MAJOR AVE.
OAK LAWN, IL 60454

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,121.80

KEYSTONE LAKE ZURICH,LLC
ATTN:JAY PUNUKOLLU
550 E. DEVON AVE.  #180
ITASCA, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|---------------------|------------------------|----------|
| | Name | | |

---

**3.269** | **Nonpriority creditor's name and mailing address**
KICON INC.
403 KAY AVE.
ADDISON, IL 60101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,837.00

---

**3.270** | **Nonpriority creditor's name and mailing address**
KIMBALL MIDWEST
DEPT. L-2780
COLUMBUS, OH 43260-2780

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,151.26

---

**3.271** | **Nonpriority creditor's name and mailing address**
KLT GLOBAL/LIPARI FOODS IN
P.O. BOX 718
WARREN, MI 48089

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$7,618.25

---

**3.272** | **Nonpriority creditor's name and mailing address**
KOCH FOODS
PO BOX 71176
CHICAGO, IL 60694-1176

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$22,257.72

---

**3.273** | **Nonpriority creditor's name and mailing address**
KONICA MINOLTA BUSINESS SOLUTION
DEPT.CH 19188
PALATINE, IL 60055-9188

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,310.67

---

**3.274** | **Nonpriority creditor's name and mailing address**
KONICA/MINOLTA BUSINESS SOL.
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,831.63

---

**3.275** | **Nonpriority creditor's name and mailing address**
KOWAL MANAGEMENT
P.O. BOX 1510
ST CHARLES, IL 60174

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,423.60

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.50 |
|---|---|---|---|
| | KREY DISTRIBUTING<br>150 TURNER BLVD<br>ST. PETERS, MO 63376 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.01 |
|---|---|---|---|
| | KRONOS SaaShr, INC.<br>A UKG COMPANY<br>PO BOX 744724<br>ATLANTA, GA 30374-4724 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,639.70 |
|---|---|---|---|
| | L&C TRUCK REPAIR, INC.<br>10616 LIBERTY AVE.<br>ST. LOUIS, MO 63132 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,685.50 |
|---|---|---|---|
| | LACOLOMBE COFFEE ROASTERS<br>PO BOX 805<br>FORT WASHINGTON, PA 19034 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | LAKESHORE WASTE SERVICES L<br>5500 Pearl St Suite 300<br>Rosemont, IL 60018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.70 |
|---|---|---|---|
| | LAKESHORE WASTE SERVICES LLC<br>6132 OAKTON STREET<br>MORTON GROVE, IL 60053 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $556.11 |
|---|---|---|---|
| | LAKESIDE INTERNATIONAL TRUCKS<br>P.O. BOX 250827<br>MILWAUKEE, WI 53225-0827 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,018.03 |
|---|---|---|---|
| | LAW OFFICE OF DENNIS M. NOLAN<br>221 RAILROAD AVE.<br>BARTLETT, IL 60103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,510.61 |
|---|---|---|---|
| | LGF CAPITAL,LLC.<br>248 FOSTER DRIVE<br>OSWEGO, IL 60543 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|
| | LINDSTROM COMMERCIAL SERVICES IN<br>P.O. BOX 511<br>PINCKNEY, MI 48169 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|
| | LKM MOWING & LANDSCAPING<br>2020 EAGLE RD.<br>NORMAL, IL 61761 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|
| | LOGAN COUNTY DEPT. OF HEALTH<br>109 3RD STREET<br>LINCOLN, IL 62656 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,748.97 |
|---|---|---|---|
| | LONG GROVE CONFECTIONARY<br>333 LEXINGTON DRIVE<br>BUFFALO GROVE, IL 60089 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.75 |
|---|---|---|---|
| | LUCY CHWALA<br>7459 N. Ottawa<br>Chicago, IL 60631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.290** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$480.00**

M J  REEFER
51690 HALE LANE
CHESTERFIELD, MI 48051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$330.00**

MAGIC WINDOW CLEANING
269 ACORN DRIVE
STREAMWOOD, IL 60107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,548.43**

MAGID GLOVE& SAFETY
MANUFACTURING COMPANY LLC
PO BOX 95081
CHICAGO, IL 60694-5081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,359.01**

MAGLINE, INC.
PO BOX 7563
CAROL STREAM, IL 60197-7563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,710.19**

MAHONEY ENVIRONMENTAL
37548 EAGLE WAY
CHICAGO, IL 60678-1374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.22**

MAINE SOUTH FOOTBALL COMMITTEE
C/O WENDY LOCASCIO
205 S HOME AVE
PARK RIDGE, IL 60068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,950.00**

MALIBU BUILDING INC.
52250 VAN DYKE
SHELBY TWP, MI 48316

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
| | Name | | |

---

**3.297** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $295.00

MANDLIK & RHODES
PO BOX 249
BARRINGTON, IL 60011-0249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $113.21

MARMIC FIRE & SAFETY CO. INC
PO BOX 1939
LOWELL, AR 72745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $350.50

MARTEN TRANSPORT SERVICES ,LTD
P.O. BOX 12-1733
MINNEAPOLIS, MN 55486-1733

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $69,980.70

MASTERSON CO., INC.
PO BOX 88917
MILWAUKEE, WI 53288-8917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $207.92

MATI COFFEE
681 CHASE AVE.
ELK GROVE VILLAGE, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $132.76

MATRIX
STEVEN KOSZOLA
0, 0

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,008.86

MATRIXSCIENCES
1061 FEEHANVILLE DRIVE
MOUNT PROSPECT, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|--------|----------------------|--|------------------------|----------|
| | Name | | | |

---

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,729.36 |
|-------|--|--|--|
| | MCCARTHY TIRE SERVICE<br>PO BOX 1125<br>WILKES-BARRE, PA 18703-1125 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $405.90 |
|-------|--|--|--|
| | MCLEAN COUNTY GLASS & MIRROR INC<br>903 W. LOCUST STREET<br>BLOOMINGTON, IL 61701-2800 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $470.50 |
|-------|--|--|--|
| | MCLEAN COUNTY HEALTH DEPT.<br>ATTN: CATHY STONE<br>200 W FRONT ST, ROOM 204<br>BLOOMINGTON, IL 61701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|-------|--|--|--|
| | MERIDIAN WASTE<br>P.O. BOX 580205<br>CHARLOTTE, NC 28258-0205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,887.92 |
|-------|--|--|--|
| | MERIDIAN-DIRECT<br>4805 INTERSTATE BLVD<br>LOVES PARK, IL 61111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,323.95 |
|-------|--|--|--|
| | MERRILL SERVICES INC<br>852 COUNTY RD. 2550 NORTH<br>CHAMPAIGN, IL 61822-9485 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|-------|--|--|--|
| | METROPOLITAN ST. LOUIS SEW<br>2350 Market St, Walnut PL<br>St. Louis, MO 63103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.311** **Nonpriority creditor's name and mailing address**
METROPOLITAN ST. LOUIS SEWER DIS
P.O. BOX 437
ST. LOUIS, MO 63166-0437

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,500.34

---

**3.312** **Nonpriority creditor's name and mailing address**
METTLER-TOLEDO SAFELINE
1571 NORTHPOINTE PKWY
LUTZ, FL 33558-5522

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$770.00

---

**3.313** **Nonpriority creditor's name and mailing address**
MICROMONT HOLDINGS 8 LLC
ATTN: COO
8140 WALNUT HILL LANE   #420
DALLAS, TX 75231

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.314** **Nonpriority creditor's name and mailing address**
MID COUNTY REALTY, LLC.
C/O ELIZABETH BAISCH
3477 WHITSETTS FORK RD.
WILDWOOD, MO 63038

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$1,884.89

---

**3.315** **Nonpriority creditor's name and mailing address**
MIDWEST EQUIPMENT COMPANY
2511 CASSENS DRIVE
FENTON, MO 63026

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,586.63

---

**3.316** **Nonpriority creditor's name and mailing address**
MIDWEST SALT
1300 W.WASHINGTON STREET
WEST CHICAGO, IL 60185

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,168.57

---

**3.317** **Nonpriority creditor's name and mailing address**
MIKE CARLSON
DBA  M.C.WINDOW CLEANING
P.O. BOX 166
PEOTONE, IL 60468

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,900.00

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.318** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$322.00**

MILFORD FARMERS MARKET
2203 BROWNING ST
FERNDALE, MI 48220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$798.85**

MILL SUPPLY, INC.
P.O. BOX 28750
CLEVELAND, OH 44128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,170.00**

MILLER BROS LANDSCAPING, INC.
15N701 OLD SUTTON RD
BARRINGTON, IL 60010-9202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,872.30**

MILWAUKEE PRETZEL COMPANY
8050 N GRANVILLE RD
MILWAUKEE, WI 53223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

MISSOURI-AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

MITEL POWERING CONNECTIONS
6500 River Place blvd, Bldg 4
Suite 200
Austin, TX 78730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,924.00**

MOBILEAR INC.
4699 AUVERGNE, SUITE 11
LISLE, IL 60532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**3.325** Nonpriority creditor's name and mailing address
MOOD MEDIA
LOCKBOX 71070
CHARLOTTE, NC 28272-1070

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$21,546.65

---

**3.326** Nonpriority creditor's name and mailing address
MORRISON CONTAINER HANDLING SOL.
335 WEST 194TH STREET
GLENWOOD, IL 60425

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$275.00

---

**3.327** Nonpriority creditor's name and mailing address
MORSE GLASS & PLASTIC CO., INC.
1101-1103 E NEW YORK ST
AURORA, IL 60505

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,622.32

---

**3.328** Nonpriority creditor's name and mailing address
MOSAIC ELEMENTARY SCHOOL PTO
3701 WILL AVE
SAINT LOUIS, MO 63125

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$20.50

---

**3.329** Nonpriority creditor's name and mailing address
MOTION INDUSTRIES, INC.
P.O. BOX 98412
CHICAGO, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,238.89

---

**3.330** Nonpriority creditor's name and mailing address
N-ABLE TECHNOLOGIES LTD
20 50 N Lindsay Street
Dundee DD1 1PX
UNITED KINGDOM

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.331** Nonpriority creditor's name and mailing address
NAPA AUTO PARTS
5959 COLLECTIONS DRIVE
CHICAGO, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,949.85

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.332** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,178.80

NAPCO STEEL
1800 ARTHUR DRIVE
WEST CHICAGO, IL 60185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

NAPERVILLE ASSOCIATES L.L.
3201 OLD GLENVIEW RD.
SUITE 235
WILMETTE, IL 60091

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,975.33

NATURAL OVENS BAKERY
A DIV OF ALPHA BAKING COMP,INC
36230 TREASURY CENTER
CHICAGO,, IL 60694-6200

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,713.78

NELBUD SERVICES LLC
P.O. BOX 809641
CHICAGO, IL 60680-8802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $920.00

NELSON FIRE PROTECTION
10853 N 2ND STREET
ROCKFORD, IL 61115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,822.61

NELSON-JAMESON INC. -MO
BOX 1147
MARSHFIELD, WI 54449-1147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

New Specialty Products, Inc.
P.O. Box 09273
Chicago, IL 60609

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.339** | Nonpriority creditor's name and mailing address
NICOR - ALL
P.O. BOX 2020
AURORA, IL 60507-2020

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address
NIPSCO
P.L. BOX 13013
MERRILLVILLE, IN 46411-3013

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.341** | Nonpriority creditor's name and mailing address
NORTH SHORE GAS
PO BOX 6050
CAROL STREAM, IL 60197-6050

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.342** | Nonpriority creditor's name and mailing address
NORTH SHORE SANITARY DISTR
14770 W. WM. Koepsel Drive
Gurnee, IL 60031

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address
NORTH TEXAS TOLLWAY AUTHORITY
P.O. BOX 660244
DALLAS, TX 75266-0244

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$99.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.344** | Nonpriority creditor's name and mailing address
NORTHERN MECHANICAL LLC.
14708 Washington Ave
Union Grove, WI 53182

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$141.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address
NORTHWEST ELECTRICAL SUPPLY
600 EAST RAND ROAD
MOUNT PROSPECT,, IL 60056

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$295.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**3.346**

Nonpriority creditor's name and mailing address
NPN360 INC
PO BOX 7066
CAROL STREAM, IL 60197-7066

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$8,171.68

---

**3.347**

Nonpriority creditor's name and mailing address
NPV ADVISORS
980 N Michigan Ave
Suite 1000
Chicago, IL 60611

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$2,950.00

---

**3.348**

Nonpriority creditor's name and mailing address
NUSSBAUM TRANSPORTATION SERVICES
19336 N. 1425 E ROAD
HUDSON, IL 61748-0649

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$774,145.54

---

**3.349**

Nonpriority creditor's name and mailing address
O'FALLON ICE CREAM LLC
4991 BONITA SPRINGS #2702
BONITA SPRINGS, FL 34134

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$45,291.95

---

**3.350**

Nonpriority creditor's name and mailing address
O'HAGAN MEYER
ONE E. WACKER DRIVE  #3400
CHICAGO, IL 60601

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$8,538.00

---

**3.351**

Nonpriority creditor's name and mailing address
OAKVILLE ICE CREAM, LLC
4991 BONITA BAY BLVD  #2702
BONITA SPRINGS, FL 34134

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$18,003.59

---

**3.352**

Nonpriority creditor's name and mailing address
OBERWEIS FOUNDATION
3 BUCKINGHAM DR
SUGAR GROVE, IL 60554

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$34.17

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,314.48 |
|---|---|---|---|
| | OMNI REFRIGERATION<br>2801 BRECKENRIDGE IND. CT.<br>ST. LOUIS, MO 63144 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $529.63 |
|---|---|---|---|
| | OPENTEXT INC.<br>24685 NETWORK PLACE<br>CHICAGO, IL 60673-1246 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,180.88 |
|---|---|---|---|
| | ORACLE AMERICA INC<br>P.O. BOX 203448<br>DALLAS, TX 75320-3448 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,168.12 |
|---|---|---|---|
| | ORCHID ISLAND JUICE COMPANY<br>330 NORTH US HIGHWAY ONE<br>FORT PIERCE,, FL 34950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42,097.65 |
|---|---|---|---|
| | Organic valley<br>One Organic Way<br>La Farge, WI 54639 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,897.50 |
|---|---|---|---|
| | ORR PROTECTION SYSTEMS<br>1523 RELIABLE PARKWAY<br>CHICAGO, IL 60686 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $960.00 |
|---|---|---|---|
| | P&M/MERCURY MECHANICAL CORP.<br>152 NORTH RAILROAD AVE.<br>NORTHLAKE, IL 60164 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.360** Nonpriority creditor's name and mailing address
PACKAGING SYSTEMS INTEGRATION
1709 KING STREET
HIGH POINT, NC 27260

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$359.50

---

**3.361** Nonpriority creditor's name and mailing address
PACKED PRODUCE
1200 W. CERMAK RD.
CHICAGO, IL 60608

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$102.40

---

**3.362** Nonpriority creditor's name and mailing address
PAR TECH INC.
LOCKBOX ACCOUNT
PO BOX 536257
PITTSBURGH, PA 15253

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$280.89

---

**3.363** Nonpriority creditor's name and mailing address
PARK RIDGE PLAZA, LLC.
C/O F&F MANAGEMENT
570 LAKE COOK RD.  SUITE 315
DEERFIELD, IL 60015

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$950.08

---

**3.364** Nonpriority creditor's name and mailing address
PARVIN-CLAUSS SIGN COMPANY INC
165 TUBEWAY DRIVE
CAROL STREAM, MO 60188

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$337.50

---

**3.365** Nonpriority creditor's name and mailing address
PATMAR JANITORIAL SERVICE INC
301 E. CONGRESS PKWY  #622
CRYSTAL LAKE, IL 60039

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$13,501.81

---

**3.366** Nonpriority creditor's name and mailing address
PAYTRONIX SYSTEMS, INC.
80 BRIDGE ST
NEWTON, MA 02458

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$12,174.27

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,508.27 |
|---|---|---|---|
| | PEAK PROPERTIES , LLC
2815 W ROSCOE ST
CHICAGO, IL 60618-5819 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,560.54 |
|---|---|---|---|
| | PEARL VALLEY EGGS
PO BOX 134
STOCKTON, IL 61085 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,895.60 |
|---|---|---|---|
| | PECAN DELUXE CANDY COMPANY
PO BOX 671729
DALLAS, TX 75267-1729 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,191.88 |
|---|---|---|---|
| | PEER FOODS GROUP, INC.
PO BOX 1535
MIDDLETOWN, OH 45042-1535 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|
| | PENSKE LOGISTICS LLC
P.O. BOX 825070
PHILADELPHIA, PA 19182-5070 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,453.80 |
|---|---|---|---|
| | PENSKE TRUCK LEASING CO. L.P.
P.O. BOX 802577
CHICAGO, IL 60680-2577 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.88 |
|---|---|---|---|
| | PENSKE TRUCK LEASING CO.L.P.
P.O. BOX 827380
PHILADELPHIA, PA 19182-7380 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.374**

**Nonpriority creditor's name and mailing address**
PEPSI-COLA BOTTLING CO.
1306 W. ANTHONY DRIVE
CHAMPAIGN, IL 61821

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,654.03

---

**3.375**

**Nonpriority creditor's name and mailing address**
PerkinElmer U.S.LLC
710 BRIDGEPORT AVE.
SHELTON, CT 06484-4794

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,617.29

---

**3.376**

**Nonpriority creditor's name and mailing address**
PerkinElmerHEALTH SCIENCE
P.O. BOX 7410907
CHICAGO, IL 60647-0907

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,520.26

---

**3.377**

**Nonpriority creditor's name and mailing address**
PFM AUTO & FLEET-ZIONSVILLE
4900 W 106TH ST
ZIONSVILLE, IN 46077

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$8,500.94

---

**3.378**

**Nonpriority creditor's name and mailing address**
PGL SIGN AND SERVICE INC
461 N. MT. PROSPECT RD.
DES PLAINES, IL 60016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,130.01

---

**3.379**

**Nonpriority creditor's name and mailing address**
PHI SIGMA SIGMA ISU
C/O EMILY WOODS
909 FRANKLIN AVE
NORMAL, IL 61761

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$63,958.78

---

**3.380**

**Nonpriority creditor's name and mailing address**
PHYSICIANS IMMED. CARE-CHICAGO
BILLING DEPARTMENT
PO BOX 8799
CAROL STREAM, IL 60197-8799

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$408.00

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

**3.381** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.69**

PLAINFIELD N HS BAND BOOSTERS
2751 Navistar Drive
Lisle, IL 60532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59.30**

PLAYNETWORK, INC.
14720 NE 87th Street
Redmond, WA 98052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$107,490.83**

PLYMOUTH FOAM INC.
P.O. BOX 407
PLYMOUTH, WI 53073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

PLYMOUTH INDUSTRIAL CENTER
12809 Premier Center Court
Plymouth, MI 48170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,928.22**

PLYMOUTH INDUSTRIAL CENTER, INC.
13101 ECKLES RD.
PLYMOUTH, MI 48170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00**

POINTE DAIRY INC
2716 AMERICAN DRIVE
TROY, MI 48083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,885.21**

POLAR LEASING CO.
4410 NEW HAVEN AVE
FORT WAYNE, IN 46803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|

Name

---

**3.388** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $921.05
POLAR TECH INDUSTRIES, INC.
415 E. RAILROAD AVE.
GENOA, IL 60135

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,679.88
POLYMER SOLUTIONS INTERNATIONAL
PO BOX 310
NEWTOWN SQUARE, PA 19073-0310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32.00
POS REMARKETING GROUP

WAUCONDA, IL 60084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8.13
PRASANTHI MURIKINAT
N65W12739 Marach Rd
Menomonee Falls, WI 53051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $185.00
PREMIUM AV SOLUTIONS,LLC
9055 ROTT RD.
SAITN LOUIS, MO 63127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,962.81
PRISM  PACKAGING LLC
P.O. BOX 7048
GROUP 30004
INDIANAPOLIS, IN 46207-7048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $517.44
PROGRAM ONE INC
960 RAND RD. SUITE 113C
DES PLAINES, IL 60016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**3.395** | **Nonpriority creditor's name and mailing address**
PUBLIC WATER SUPPLY DIST#2
ST CHARLES COUNTY, MO
P.O. BOX 956034
O'FALLON, MO 63195-6034

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.396** | **Nonpriority creditor's name and mailing address**
QCS PURCHASING COOPERATIVE
LOCKBOX# 235077
PO BOX 85077
CHICAGO, IL 60689-5077

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$261,780.59

---

**3.397** | **Nonpriority creditor's name and mailing address**
R.J. O'NEIL
1125 S. LAKE ST.
MONTGOMERY, IL 60538

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$5,769.25

---

**3.398** | **Nonpriority creditor's name and mailing address**
RADWELLINTERNATIONAL, INC
1 MILLENNIUM DR
WILLINGBORO, NJ 08046-1000

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$4,545.60

---

**3.399** | **Nonpriority creditor's name and mailing address**
RAVISLOE COUNTRY CLUB
18231 Park Ave
Homewood, IL 60430

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$262.98

---

**3.400** | **Nonpriority creditor's name and mailing address**
RAY'S TOWING, INC.
833 W. WATERFORD AVE.
MILWAUKEE, WI 53221

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$419.36

---

**3.401** | **Nonpriority creditor's name and mailing address**
RAY'S TRASH SERVICE INC.
Drawer I
Clayton, IN 46118

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.402** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $985.91

RAYMOND CAROLINA HANDLING
PO BOX 890352
CHARLOTTE, NC 28289-0352

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,286.15

REEFER RESCUE
5058 MINERAL SPRING RD
SUFFOLK, VA 23438

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $385.00

REFLECTIONS WINDOW CLEANING SERV
920 ARLON RD.
AURORA, IL 60506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $703.79

REFRIGIWEAR,INC.
P.O. BOX 746836
ATLANTA, GA 30374-6836

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,900.00

RENZI &ASSOCIATES, INC.
970 NORTH OAKLAWN AVE.  #303
ELMHURST, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.407** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

REPUBLIC SERVICES
P.O. BOX 9001099
LOUISVILLE, KY 40290-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $509.91

REVERE ELECTRIC, INC.
8218 SOLUTIONS CENTER
CHICAGO, IL 60677-8002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.409**

**Nonpriority creditor's name and mailing address**

RING CENTRAL INC
DEPT. CH 19585
PALATINE, IL 60055-9585

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

Unknown

---

**3.410**

**Nonpriority creditor's name and mailing address**

ROBERTJONES
522 N. Maggie Lane
Romeoville, Il

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

$18.00

---

**3.411**

**Nonpriority creditor's name and mailing address**

ROBERTS OXYGEN COMPANY INC
P.O. BOX 5507
ROCKVILLE, MD 20855

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

$1,726.08

---

**3.412**

**Nonpriority creditor's name and mailing address**

ROYAL PAINTING & CONTRACTING
409 W. ANN ARBOR TRAIL
PLYMOUTH, MI 48170

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

$250.00

---

**3.413**

**Nonpriority creditor's name and mailing address**

RSM MCGLADREY
5155 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

$89,610.10

---

**3.414**

**Nonpriority creditor's name and mailing address**

RWS DESIGN &CONTROLS
13979 WILLOWBROOK ROAD
ROSCOE, IL 61073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

$7,244.69

---

**3.415**

**Nonpriority creditor's name and mailing address**

RYDER TRANSPORTATION SERVICES
P.O. BOX 96723
CHICAGO, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

$14,543.54

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**3.416**

Nonpriority creditor's name and mailing address
S&K BUILDING SERVICES INC
4801 INDUSTRIAL PKWY STE A
INDIANAPOLIS, IN 46226-2971

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$175.00

**3.417**

Nonpriority creditor's name and mailing address
SAFE GUARD COMMERCIAL SERVICES
P.O. BOX 410649
SAINT LOUIS, MO 63141

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$545.00

**3.418**

Nonpriority creditor's name and mailing address
SAS INSTITUTE, INC.
P.O. BOX 406922
ATLANTA, GA 30384-6922

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$61.74

**3.419**

Nonpriority creditor's name and mailing address
SC MOKENA IL,LLC
ATTN: BROOKLINE
P.O. BOX 5273
OAK BROOK, IL 60522

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.420**

Nonpriority creditor's name and mailing address
SCHERERVILLE MAIN STREET,LLC
C/O CLOVERLEAF
666 DUNDEE RD. SUITE 901
NORTHBROOK, IL 60062

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,706.95

**3.421**

Nonpriority creditor's name and mailing address
SECURITY METRICS
1275 W. 1600 N.
Orem, UT 84057

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,000.00

**3.422**

Nonpriority creditor's name and mailing address
SECURITYLINK - ADT
P.O. BOX 9001076
LOUISVILLE, KY 40290-1084

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,200.00

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.423**

**Nonpriority creditor's name and mailing address**
SENDIKS
7225 W MARCIA ROAD
MILWAUKEE, WI 53223

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,743.08

---

**3.424**

**Nonpriority creditor's name and mailing address**
SENSIENT FLAVORS, INC
62453 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$192,194.77

---

**3.425**

**Nonpriority creditor's name and mailing address**
SERVICEMASTER CLEAN
3611 N. STALEY RD. #F
CHAMPAIGN, IL 61822

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$4,393.15

---

**3.426**

**Nonpriority creditor's name and mailing address**
SERVICEPRO
44300 GRAND RIVER
NOVI, M 48375

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$437.00

---

**3.427**

**Nonpriority creditor's name and mailing address**
SEVEN SONS FARMS
PO BOX 415
ROANOKE, IN 46783

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$26,073.00

---

**3.428**

**Nonpriority creditor's name and mailing address**
SHIELD SCREENING
DEPT 0208
P.O. BOX 120208
DALLAS, TX 75312-0208

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,745.29

---

**3.429**

**Nonpriority creditor's name and mailing address**
SHINE-AWN, INC.
6631 W. 16TH STREET
BERWYN, IL 60402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$6,587.00

---

| Debtor | Oberweis Dairy, Inc. | Case number *(if known)* | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.430**

**Nonpriority creditor's name and mailing address**
SIDARI FOODS
3820 LAKESIDE AVE EAST
CLEVELAND, OH 44114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$15,814.34

---

**3.431**

**Nonpriority creditor's name and mailing address**
SIMON SIGN
2729 ST. LOUIS AVE.
ST. LOUIS, MO 63106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,408.77

---

**3.432**

**Nonpriority creditor's name and mailing address**
SLAGEL FAMILY FARM
23601 E 600 N RD
FAIRBURY, IL 61739

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$39,755.96

---

**3.433**

**Nonpriority creditor's name and mailing address**
SMG SECURITY SYSTEMS, INC.
120 KING ST
ELK GROVE VILLAGE, IL 60007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$500.67

---

**3.434**

**Nonpriority creditor's name and mailing address**
Social Security Administration
Office of the General Counsel
Attn: Bankruptcy
6401 Security Boulevard
Baltimore, MD 21235

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.435**

**Nonpriority creditor's name and mailing address**
SONITROL CHICAGOLAND WEST
2150 WESTERN CT STE 300
LISLE, IL 60532-1973

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$732.00

---

**3.436**

**Nonpriority creditor's name and mailing address**
SOUTH SIDE CNTROL SUPPLY CO.
488 N. MILWAUKEE AVE.
CHICAGO, IL 60610

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$7,331.44

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.437** | **Nonpriority creditor's name and mailing address**
SOUTHERN SHOWS INC.
P.O. BOX 36859
CHARLOTTE, NC 62901

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,735.13

---

**3.438** | **Nonpriority creditor's name and mailing address**
SPINS
222 WEST HUBBARD ST  #300
CHICAGO, IL 60654

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$4,081.13

---

**3.439** | **Nonpriority creditor's name and mailing address**
SPIRE
DRAWER 2
ST. LOUIS, MO 63171

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.440** | **Nonpriority creditor's name and mailing address**
SPROUTSOCIAL
131 S. DEARBORN STREET
SUITE 700
CHICAGO, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$236.00

---

**3.441** | **Nonpriority creditor's name and mailing address**
SPS COMMERCE, INC.
VB BOX 3
P.O. BOX 9202
MINNEAPOLIS,, MN 55480-9202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$45.00

---

**3.442** | **Nonpriority creditor's name and mailing address**
ST CHARLES TRADING, INC.
O2ND DEPT #0010
PO BOX 5905
CAROL STREAM, IL 60197-5905

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$114,282.50

---

**3.443** | **Nonpriority creditor's name and mailing address**
ST JOHN PROPERTIES, INC.
P.O. BOX 62705
BALTIMORE, MD 21264-2705

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,203.74

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|---------------------|------------------------|----------|
| | Name | | |

---

**3.444** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $46.93
ST SOPHIA'SFORGOTTEN FELI
525 W. Roosevelt Rd.
Wheaton, Il 60187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.445** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $902.00
ST. LOUIS CTY DEPT OF HEALTH
6121 NORTH HANLEY RD.
BERKELEY, MO 63134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $123,808.99
STANPAC
7158 SOLUTIONS CENTER
CHICAGO, IL 60677-7001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.447** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,801.83
STAPLES, ADVANTAGE
P.O. BOX 660409
DALLAS, TX 75266-0409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.448** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $139.00
STEPHENS PLUMBING AND HEATING IN
747 OGDEN AVE.
DOWNERS GROVE, IL 60515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.449** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,729.60
STEVENS POINT BREWERY
2617 WATER STREET
STEVENS POINT, WI 54481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,169.92
STONYFIELD ORGANIC
10 BURTON DRIVE
LONDONDERRY, NH 03053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.451** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32.02

STUDENT PRE-VETERINARY
ASSOCIATION CLUB
301 N MAIN ST
NORMAL, IL 61761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $598.00

SUNSHINE WINDOW CLEANING
P.O. BOX 220044
KIRKWOOD, MO 63122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,759.59

SUPPLYONE WISCONSIN LLC
P.O. BOX 74007651
CHICAGO, IL 60674-7651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38,430.47

SWISS AMERICAN, INC./LIPARI
PO BOX 718
WARREN, MI 48089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,388.55

T-MOBILE
T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,480.00

TALKA HOLDINGS LLC
ATTN: JAMES OBERWEIS JR.
1121 HEATHERTON DRIVE
NAPERVILLE, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,290.00

TALOGY
P.O. BOX 7410416
CHICAGO, IL 60674-0416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | | Case number (if known) | 24-05385 |
|---|---|---|---|---|
| | Name | | | |

---

**3.458** | **Nonpriority creditor's name and mailing address**
TAYLOR PLUMBING, INC.
488 DIENS DRIVE
WHEELING, IL 60090-2641

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,256.95

---

**3.459** | **Nonpriority creditor's name and mailing address**
TEMPERATURE EQUIPMENT CO.
PO BOX 854503
MINNEAPOLIS, MN 55485-4503

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,870.36

---

**3.460** | **Nonpriority creditor's name and mailing address**
TEMPERTURE CONTROL SOLUTIONS,INC
P.O. BOX 3565
WILSON, NC 27895

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,566.16

---

**3.461** | **Nonpriority creditor's name and mailing address**
TEMPLAR FOOD PRODUCTS
562 CENTRAL AVE.
NEW PROVIDENCE, NJ 07974

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$17,409.42

---

**3.462** | **Nonpriority creditor's name and mailing address**
TENNANT SALES AND SERVICE
P.O. BOX 71414
CHICAGO, IL 60694-1414

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$252.00

---

**3.463** | **Nonpriority creditor's name and mailing address**
TERMINIX PROCESSING CENTER
P.O. BOX 742592
CINCINNATI, OH 45274-2592

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$756.60

---

**3.464** | **Nonpriority creditor's name and mailing address**
TEXWRAP PACKAGING SYSTEMS INC
P.O. BOX 933013
CLEVELAND, OH 44193

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$523.09

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.465**

**Nonpriority creditor's name and mailing address**
THALHIMER,INC
ATTENTION:GREGG BECK
P.O. BOX 5160
GLEN ALLEN, VA 23058

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,439.62

---

**3.466**

**Nonpriority creditor's name and mailing address**
THE CHEFS'WAREHOUSE MIDWEST LLC
26576 NETWORK PLACE
CHICAGO, IL 60673-1265

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$20,460.45

---

**3.467**

**Nonpriority creditor's name and mailing address**
THE SAFE DINING ASSOCIATION
P.O. BOX 637
DOWNERS GROVE, IL 60515-0637

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$278.00

---

**3.468**

**Nonpriority creditor's name and mailing address**
THE SHOPPESAT BROOKWOOD
C/O BROOKWOOD CENTER
4700 CERMAK
CICERO, IL 60804

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,362.09

---

**3.469**

**Nonpriority creditor's name and mailing address**
THE VILLAGE OF GURNEE
PO BOX 7076
WATER DEPARTMENT
CAROL STREAM, IL 60197

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$421.06

---

**3.470**

**Nonpriority creditor's name and mailing address**
THERMO KING MIDWEST, INC.
P.O. BOX 6069
DEPT 83
INDIANAPOLIS, IN 46206-6069

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,080.04

---

**3.471**

**Nonpriority creditor's name and mailing address**
THERMO KING QUAD CITIES, INC.
P.O. BOX 6157
ROCK ISLAND, IL 61204-6157

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,135.00

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.472** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,587.55**

THOMPSON SAFETY WORKS
P.O. BOX 842365
DALLAS, TX 75284-2365

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.473** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Thornel Associates, Inc.
1961 UNIVERSITY LANE
Lisle, IL 60532

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.474** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$89.30**

TMT PARKING LOT STRIPING
5930 BAKER RD.
NEW BALTIMORE, MI 48047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.475** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$138,804.47**

TOCCO-GRECO
PO BOX 219
ST CHARLES, MO 63302-0219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.476** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$775.00**

TONY'S FINER FOODS
1200 WEST BRYN MAWR
ITASCA, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.477** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,911.76**

TOTAL COMMERCIAL DOORS
11772 WESTLINE INDUSTRIAL DR.
ST. LOUIS, MO 63146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,994.75**

TOTAL FIRE& SAFETY, INC.
6808 HOPSON VALLEY DR
UNIT 105
WOODRIDGE, IL 60517

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**3.479** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$304.09**

TOTAL LOCK & SECURITY, INC.
11772 Westline Industrial Drive
St. Louis,, MO 63146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,866.12**

TOTAL MECHANICAL SERVICE
LOCKBOX 27766
27766 NETWORK PLACE
CHICAGO, IL 60673-1277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,485.00**

TOUCHTUNES MUSIC CORP.
450 REMINGTON RD.
SCHAUMBURG, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.482** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$83.60**

TOWN OF CARY
P.O. BOX 8049
CARY, NC 27512-8049

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00**

TOWN OF FUQUAY-VARINA
C/O LESLIE BOLLER
134 N MAIN ST
FUQUAY-VARINA, NC 27526

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

TOWN OF SCHERERVILLE-UTILI
10 East Joliet St
Schererville, IN 46375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$171.27**

TOWN OF SCHERERVILLE-UTILITIES
10 E JOLIET STREET
SCHERERVILLE, IN 46375-2011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**3.486**

Nonpriority creditor's name and mailing address
TOWN SQUARE OWNERS ASSOCIATION
ATTENTION: BOB DEMARKE
4930 N. PROSPECT
NORRIDGE, IL 60706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$168.74

**3.487**

Nonpriority creditor's name and mailing address
TRI MARK MARLINN
6100 W. 73rd Street
SUITE 1
BEDFORD PARK, IL 60638

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$59,409.82

**3.488**

Nonpriority creditor's name and mailing address
TRICIA OBERWEIS
3929 ARDLEY AVE.
OAKLAND, CA 94602

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,339.97

**3.489**

Nonpriority creditor's name and mailing address
TRICO MECHANICAL INC.
1980 RT 30 SUITE 11
SUGAR GROVE, IL 60554

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$63,431.50

**3.490**

Nonpriority creditor's name and mailing address
TRIPLE X REFRIGERATION AND
TRAILER REPAIRS INC. 16
321 NE INDUSTRIAL DRIVE
AURORA, IL 60504

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,887.98

**3.491**

Nonpriority creditor's name and mailing address
TROST PLASTICS INC
8610 HANOVER INDUSTRIAL DRIVE
COLUMBIA, IL 62236

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,352.50

**3.492**

Nonpriority creditor's name and mailing address
TYPE A CONSTRUCT
3037 VALLEY OAKS DRIVE
IMPERIAL, MO 63052

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$350.00

| Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 394 of 404 |
|---|---|---|

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.493**

**Nonpriority creditor's name and mailing address**
ULINE, INC.
P.O. BOX 88741
CHICAGO, IL 60680-1741

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$8,532.77

---

**3.494**

**Nonpriority creditor's name and mailing address**
ULTIMATE ESPRESSO SERVICE LLC
5608 WICKERSHIRE LANE
ST. LOUIS, MO 63129

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$523.81

---

**3.495**

**Nonpriority creditor's name and mailing address**
UNIFIRST CORPORATION
P.O. BOX 650481
DALLAS, TX 75265-0481

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$24,711.12

---

**3.496**

**Nonpriority creditor's name and mailing address**
UNITED DOOR & DOCK
380 WINDY POINT DRIVE
GLENDALE HEIGHTS, IL 60139

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$4,805.00

---

**3.497**

**Nonpriority creditor's name and mailing address**
UNIVERSITY HIGH SCHOOL
601 GREGORY ST
NORMAL, IL 61790

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$139.30

---

**3.498**

**Nonpriority creditor's name and mailing address**
URBAN CLEANING SERVICE INC
2504 DURANGO LANE    APT.201
NAPERVILLE, IL 60564

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$75.00

---

**3.499**

**Nonpriority creditor's name and mailing address**
URBAN COMMUNICATIONS INC.
5320 w 159th st
suite 503
Oak Forest, IL 60452

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

URBANA & CHAMPAIGN SANITAR
1100 E University Ave
Urbana, IL 61802

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $640.24 |
|---|---|---|---|

US STANDARD PRODUCTS
PO BOX 5509
ENGLEWOOD, NJ 07631

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,830.14 |
|---|---|---|---|

VEK INVESTMENTS, LLC.
P.O. BOX 9111
GURNEE, IL 60031

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,477.81 |
|---|---|---|---|

VERIZON WIRELESS
P.O. BOX 25506
LEHIGH VALLEY, PA 18002-5506

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,892.52 |
|---|---|---|---|

VIENNA BEEF, LTD.
8033 SOLUTIONS CENTER
CHICAGO, IL 60677-8000

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

VILL OF LINCOLNWOOD (WATER
6900 N Lincoln ave
Lincolnwood, IL 60712

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $471.60 |
|---|---|---|---|

VILL OF LINCOLNWOOD (WATER)
PO BOX 1161
INDIANAPOLIS, IN 46206-1161

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.00 |
|-------|------|------|------|
| | VILLAGE OF ALSIP<br>4500 W. 123RD STREET<br>ALSIP, IL 60803-2599 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|-------|------|------|------|
| | VILLAGE OF ARLINGTON HEIGH<br>33 S Arlington Heights Rd<br>Arlington Heights, IL 60005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|-------|------|------|------|
| | VILLAGE OF BARTLETT<br>228 S. MAIN ST.<br>BARTLETT, IL 60103-4495 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|-------|------|------|------|
| | VILLAGE OF BLOOMINGDALE<br>201 S Bloomingdale<br>Bloomingdale, IL 60108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|-------|------|------|------|
| | VILLAGE OF EAST HAZEL CREST<br>1904 W. 174th Street<br>EAST HAZEL CREST, IL 60429 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150.00 |
|-------|------|------|------|
| | VILLAGE OF ELK GROVE VILLAGE<br>901 WELLINGTON AVE.<br>ELK GROVE VILLAGE, IL 60007-3499 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|-------|------|------|------|
| | VILLAGE OF GLEN ELLYN<br>ATTN: FINANCE DEPARTMENT<br>535 DUANE STREET<br>GLEN ELLYN, IL 60137 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.514** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

VILLAGE OF NORTH AURORA
25 E. STATE STREET
NORTH AURORA, IL 60542

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

VILLAGE OF ORLAND PARK
14700 S. RAVIANIA AVE.
ORLAND PARK, IL 60462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

VILLAGE OF SCHAUMBURG
101 SCHAUMBURG CT.
SCHAUMBURG, IL 60193-1899

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $775.00

VILLAGE OF SKOKIE
5127 OAKTON ST.
SKOKIE, IL 60077

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

VILLAGE OF WESTERN SPRINGS
740 HILLGROVE AVE
WESTERN SPRINGS, IL 60558

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $718.81

VILLAGEOF ARLINGTON HEIGH
33 S. ARLINGTON HEIGHTS
ARLINGTON HEIGHTS, IL 60005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120.00

VILLAGEOF CRESTWOOD
P.O. BOX 6131
CAROL STREAM, IL 60197-6131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.521** | **Nonpriority creditor's name and mailing address**
VISUAL LEASE
100 WOODBRIDGE CENTER DR. #200
WOODBRIDGE, NJ 07095

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$9,800.00

---

**3.522** | **Nonpriority creditor's name and mailing address**
W.E. CARLSON
1128 PAGNI DRIVE
ELK GROVE, IL 60007

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$27,514.75

---

**3.523** | **Nonpriority creditor's name and mailing address**
WASTE MANAGEMENT, INC.
P.O. BOX 4648
CAROL STREAM, IL 60197-4648

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.524** | **Nonpriority creditor's name and mailing address**
WATER DEPARTMENT
5127 Oakton St
Skokie, IL 60077

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.525** | **Nonpriority creditor's name and mailing address**
WATSON SEPTIC INC.
4354 N. WHITE ROCK RD.
DAVIS JUNCTION, IL 61020

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,438.58

---

**3.526** | **Nonpriority creditor's name and mailing address**
WE ENERGIES
P.O. BOX 2089
MILWAUKEE, WI 53201-2089

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.527** | **Nonpriority creditor's name and mailing address**
WEBER FIRE & SAFETY EQUIPMENT
P.O. BOX 29109
ST. LOUIS, MO 63126-0109

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$114.50

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.528** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,519.52**

WELLS FARGO
600 SOUTH 4TH STREET
MINNEAPOLIS, MN 55415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.529** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$440.00**

WEPACKIT MACHINERY
185 ELIZABETH STREET EAST
NOG 1RO CANADA
DURHAM, ON

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.530** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,344.23**

WERRES CORPORATION
807 E SOUTH STREET
FREDERICK, MD 21701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.531** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,511.89**

WEST & SONS TOWING, INC.
1821 W. FULLERTON AVE.
ADDISON, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.532** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,719.24**

WESTBY COOPERATIVE CREAMERY
401 SOUTH MAIN STREET
WESTBY, WI 54667

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.533** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,788.00**

WET SOLUTIONS, INC.
700 COOPER COURT
SUITE A
SCHAUMBURG, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,391.12**

WHEATON PLAZA WHEATON IL,LLC
P.O. BOX 93070
ROCHESTER, NY 14692

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

**3.535**

Nonpriority creditor's name and mailing address
WHOLE FOODS MARKET
ATTN: VENDOR SUPPORT
550 BOWIE STREET
AUSTIN, TX 78703

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,545.60

**3.536**

Nonpriority creditor's name and mailing address
WIL-KIL PEST CONTROL
PO BOX 600730
JACKSONVILLE, FL 32260-0730

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$189.90

**3.537**

Nonpriority creditor's name and mailing address
WILD ALASKA SALMON & SEAFOOD
1690 GRAMMER RD
CARBONDALE, IL 62903

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$31,568.75

**3.538**

Nonpriority creditor's name and mailing address
WILL COUNTY HEALTH DEPARTMENT
501 ELLA AVE.
JOLIET, IL 60433

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$163.75

**3.539**

Nonpriority creditor's name and mailing address
WILLIAMS CLEANING SERVICE
3109 SEPTEMBER DRIVE
JOLIET, IL 60431

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$80.00

**3.540**

Nonpriority creditor's name and mailing address
WINDSTREAM HOLDINGS,INC
ATTN:PAYMENT ASSURANCE
P.O. BOX 25326
LITTLE ROCK, AR 72221-5326

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.541**

Nonpriority creditor's name and mailing address
WINTER SERVICES LLC
5343 N 118TH STREET
MILWAUKEE, WI 53225

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$16,980.00

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

---

**3.542** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,903.68

WINTRUST BANK
FBO RHM,LLC
P.O. BOX 7171
CAROL STREAM, IL 60197-7171

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.543** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,930.00

WOODWARD 14ASSOCIATES,LLC
P.O. BOX 252164
WEST BLOOMFIELD, MI 48322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.544** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,759.49

WOOLPERT
P.O. BOX 714874
CINCINNATI, OH 45271-4874

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

XTREME ENVIRONMENTAL SOLUT
1275 W Roosevelt Rd
Ste 107
West Chicago, IL 60185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,110.32

XTREME ENVIRONMENTAL SOLUTIONS
SUITE 107
1275 ROOSEVELT RD.
WEST CHICAGO, IL 60186

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.547** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,113.57

YEXT, INC
1 MADISON AVE. 5TH FLOOR
NEW YORK, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,443.00

YODELAY YOGURT
PO BOX 556
CAMBRIDGE, WI 53523-0556

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|---|---|---|---|
| | Name | | |

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,500.00 |
|---|---|---|---|
| | ZENCOS CONSULTING, LLC. | ☐ Contingent | |
| | 1400 CRESCENT GREEN STE 215 | ☐ Unliquidated | |
| | CARY, NC 27518-8118 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,582.41 |
|---|---|---|---|
| | ZONE MECHANICAL NORTH LLC | ☐ Contingent | |
| | 731 COUNTY RD DDD, SUITE 300 | ☐ Unliquidated | |
| | WRIGHSTOWN, WI 54180 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | ZOOM VIDEO COMMUNICATIONS | ☐ Contingent | |
| | 55 Almaden blvd 6th FL | ☐ Unliquidated | |
| | San Jose, CA 95113 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $658.77 |
|---|---|---|---|
| | ZOOM VIDEO COMMUNICATIONS INC | ☐ Contingent | |
| | P.O. BOX 888843 | ☐ Unliquidated | |
| | LOS ANGELES, CA 90088-8843 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Phillip A. Couri<br>Couri and Couri<br>2 Northfield Plaza, Ste 315<br>Northfield, IL 60093 | Line  3.338<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | QCS Purchasing Cooperative<br>901 Warrenville Road<br>Lisle, IL 60532 | Line  3.396<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Stein & Rotman<br>645 Landwehr Road<br>Northbrook, IL 60062 | Line  3.346<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | VA Tax<br>Office of Customer Services<br>PO Box 1115<br>Richmond, VA 23218-1115 | Line  2.1254<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

| Debtor | Oberweis Dairy, Inc. | Case number (if known) | 24-05385 |
|--------|----------------------|------------------------|----------|
| | Name | | |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|--|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. | $ | 328,076.99 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 8,002,305.87 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,330,382.86 |

| Fill in this information to identify the case: |
|---|

Debtor name __Oberweis Dairy, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __24-05385__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT |
| State the term remaining | |
| List the contract number of any government contract | 1836 FARMS<br>1149 S. VIRGINIA STREET<br>TERRELL, TX 75160 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Real property lease:<br>3152 W 95th St,<br>Evergreen Park, IL |
| State the term remaining | |
| List the contract number of any government contract | 3158 W 95th Street LLC<br>C/O COMAR PROPERTIES<br>17W220 22ND STREET<br>OAKBROOK TERRACE, IL 60181 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING |
| State the term remaining | |
| List the contract number of any government contract | 7SHIFTS<br>200-701 BROADWAY AVE<br>SASKATOON, SK S7N1B3<br>CANADA |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) |
| State the term remaining | |
| List the contract number of any government contract | ADP<br>233 S Wacker Drive<br>Chicago, IL 60606 |

Official Form 206G      Schedule G: Executory Contracts and Unexpired Leases      Page 1 of 25

Debtor 1   Oberweis Dairy, Inc.                                    Case number (if known)   24-05385
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | AFS TECHNOLOGIES<br>LOCKBOX 5053573<br>P.O. BOX 842771<br>LOS ANGELES, CA 90084-2771 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICE CONTRACT | |
|---|---|---|---|
| | State the term remaining | | Allie Beau Photography<br>1400 EAST FRANCIS RD.<br>NEW LENOX, IL 60451 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | AMAZON<br>410 Terry Avenue North<br>Seattle, WA 98109 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICE CONTRACT | |
|---|---|---|---|
| | State the term remaining | | AMS MECHANICAL SYSTEMS, INC.<br>SERVICE/MAINTENANCE DIV.<br>9341 ADAM DON PKWY<br>WOODRIDGE, IL 60517-8140 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | LEASE: EQUIPMENT | |
|---|---|---|---|
| | State the term remaining | | Associated Material Handling Industries<br>c/o Charles Stahl, Esq.<br>Swanson Martin & Bell<br>330 S. Wabash, Ste 3300<br>CHICAGO, IL 60611 |
| | List the contract number of any government contract | | |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number (*if known*) | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 7090 Mexico Road, Saint Peters, MO | |
|---|---|---|---|
| | State the term remaining | | Bailey Lee and Susan Lum Trust C/O AM-PAC PROPERTIES 4050 WYCOMBE DRIVE SACRAMENTO, CA 95864 |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 925 S. Route 59, Bartlett, IL | |
|---|---|---|---|
| | State the term remaining | | Bartlett Ice Cream, LLC C/O Christopher Barber, Esq. 233 S. Wacker Dr. Ste. 6800 Chicago, IL 60606 |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 1790 West Main Street, St. Charles, IL | |
|---|---|---|---|
| | State the term remaining | | Bartlett Ice Cream, LLC C/O Christopher Barber, Esq. 233 S. Wacker Dr. Ste. 6800 Chicago, IL 60606 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | Bossdesk 350 Research Ct, Ste 110 Peachtree Corners,, GA 30092 |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | Brightedge DEPT CH 17960 PALATINE, IL 60055-7960 |
| | List the contract number of any government contract | | |

Debtor 1    Oberweis Dairy, Inc.                                                    Case number (*if known*)    24-05385
First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest — Subscription Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Brightedge Technologies, Inc.<br>989 E Hillsdale Blvd Ste 300,<br>Foster City, CA 94404 |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest — Real property lease: 230 N. Weber Road, Bolingbrook, IL<br><br>State the term remaining<br><br>List the contract number of any government contract | Brookwood Center, LLC<br>4700 W Cermak Road<br>CHICAGO, IL 60650 |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest — Real property lease: 10338 Manchester Road Kirkwood, MO<br><br>State the term remaining<br><br>List the contract number of any government contract | Brown and Sons' Foodliner, Inc.<br>20 ALLEN AVE.<br>SUITE 40<br>WEBSTER GROVES, MO 63119 |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest — PROFESSIONAL SERVICE CONTRACT<br><br>State the term remaining<br><br>List the contract number of any government contract | C/O RDD ASSOCIATES<br>930 RIVERVIEW DRIVE  SUITE 400<br>TOTOWA, NJ 07512 |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest — Real property lease: 6854 Rochester Road, Troy, MI<br><br>State the term remaining<br><br>List the contract number of any government contract | Caswell Town Center, LLC<br>2617 Beacon Hill Drive<br>Auburn Hills, MI 48236 |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number (*if known*) | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | CDW DIRECT,LLC<br>P.O. BOX 75723<br>Airwatch<br>CHICAGO, IL 60675-5723 |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | BANKING SERVICE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | Chase Credit Cards<br>Cardmember Services<br>P.O. Box 6294<br>Carol Stream, IL 60197 |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | BANKING SERVICE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | CIBC<br>c/o Eric S. Rein, Kilpatrick Townsend<br>500 W. Madison St.<br>Suite 3700<br>Chicago, IL 60661 |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | BANKING SERVICE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | Clear<br>200 Clarendon St<br>Boston, MA 02116 |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) | |
|---|---|---|---|
| | State the term remaining | | CLIFTON LARSON ALLEN LLP<br>PO BOX 775967<br>CHICAGO, IL 60677-5967 |
| | List the contract number of any government contract | | |

Debtor 1   Oberweis Dairy, Inc.                                                  Case number (*if known*)   24-05385
    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT | |
| | State the term remaining | | COMCAST CABLE P.O. BOX 3005 SOUTHEASTERN, PA 19398-3005 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
| | State the term remaining | | CONNECTRIA SUITE 300 10845 OLIVE BLVD. ST. LOUIS, MO 63141 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 1103 Martin Luther King Jr. Drive, Suite B, Bloomington, IL | |
| | State the term remaining | | CORE 3 PROPERTIES 1707E. HAMILTON RD. SUIITE 1A BLOOMINGTON, IL 61704 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
| | State the term remaining | | Coursera 381 E Evelyn Ave Mountain View, CA 94041 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | LEASE: EQUIPMENT | |
| | State the term remaining | | DARIFILL 750 GREEN CREST DRIVE WESTERVILLE, OH 43081 |
| | List the contract number of any government contract | | |

Debtor 1    Oberweis Dairy, Inc.                                              Case number (*if known*)    24-05385
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 2200 Illinois Rte 59 I, Plainfield, IL | |
|---|---|---|---|
| | State the term remaining | | David Gregory |
| | List the contract number of any government contract | | 209 Amendodge Drive SHOREWOOD, IL 60431 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | |
|---|---|---|---|
| | State the term remaining | | DELTA DENTAL OF ILLINOIS |
| | List the contract number of any government contract | | 111 SHUMAN BLVD. NAPERVILLE, IL 60563 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | Disruptive Media 1064 S N County Blvd |
| | List the contract number of any government contract | | Ste 400 Pleasant Grove, UT 84062 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | DUTCH FARMS |
| | List the contract number of any government contract | | 700 E. 107TH STREET CHICAGO, IL 60628 |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | ECOLAB c/o R. Scott Alsterda, Nixon Peabody 70 W. Madison St. |
| | List the contract number of any government contract | | Suite 5200 CHICAGO, IL 60673 |

Debtor 1   Oberweis Dairy, Inc.                                          Case number (*if known*)   24-05385
_____
First Name      Middle Name      Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 338 W. Army Trail Rd., Bloomingdale, IL | |
|---|---|---|---|
| | State the term remaining | | EMO Properties, LLC |
| | List the contract number of any government contract | | 1003 TIMBERLANKE DR. EDWARDSVILLE, IL 62025 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | FEDERAL MILK MARKET |
| | List the contract number of any government contract | | PO BOX 4469 LISLE, IL 60532-9469 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 15021 Manchester Rd., Ballwin, MO | |
|---|---|---|---|
| | State the term remaining | | Fidelity Associates LLLP C/O SWM REAL ESTATE MGT. CO |
| | List the contract number of any government contract | | 1795 CLARKSON-SUITE 190 CHESTERFIELD, MO 63017 |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | LEASE: AUTO | |
|---|---|---|---|
| | State the term remaining | | First Commonwealth |
| | List the contract number of any government contract | | 601 Philadelphia St Indiana, PA 15701 |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | Fleetsoft |
| | List the contract number of any government contract | | 2500 Dallas Pkwy #498 PLANO, TX 75093 |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number (*if known*) | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
| | State the term remaining | | |
| | List the contract number of any government contract | | FLEETSOFT LLC<br>6009 W.PARKER RD.  #149-250<br>PLANO, TX 75093 |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | LEASE: EQUIPMENT | |
| | State the term remaining | | |
| | List the contract number of any government contract | | FLUID-AIRE DYNAMICS, INC.<br>530 ALBION AVE<br>SCHAUMBURG, IL 60193 |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE CONTRACT | |
| | State the term remaining | | |
| | List the contract number of any government contract | | FOREMOST FARMS USA<br>c/o Justin Mertz, Michael Best<br>790 N. Water Street<br>Suite 2500<br>Milwaukee, WI 53202 |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | FOX METRO WATER RECLAMATION DIST<br>682 STATE ROUTE 31<br>OSWEGO, IL 60543-4394 |
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease:<br>2150 S. Randall Rd.<br>Geneva, IL | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Geneva Ice Cream LLC, Mid-America Manage<br>3333 Richmond Road,Suite 350<br>Beachwood, OH 44122 |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number *(if known)* | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | LEASE: AUTO | |
|---|---|---|---|
| | State the term remaining | | GM Financial<br>801 Cherry Street<br>Ste. 3600<br>Fort Worth, TX 76102 |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | GoDaddy<br>2155 E GoDaddy Way<br>Tempe, AZ 85284 |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGENCY | |
|---|---|---|---|
| | State the term remaining | | GOODWIN RECRUITING<br>135 HOOKSETT RD.<br>MANCHESTER, NH 03104 |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 879 W. 95th St., Suite 155, Naperville, IL | |
|---|---|---|---|
| | State the term remaining | | Greco/Reggi Deevlopment, LLC<br>1307 SCHIFERL RD.<br>BARTLETT, IL 60103 |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | GROUPRAISE.COM INC<br>16327 PAITER STREET<br>HOUSTON, TX 77053 |
| | List the contract number of any government contract | | |

Debtor 1   Oberweis Dairy, Inc.                                            Case number (if known)   24-05385
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.50. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Real property lease: 2040 South Lynhurst Drive, Suite N, Indianapolis, Indiana<br><br><br>GSP Park Fletcher, LLC<br>C/O HALAKER PROPERTY<br>9245 N. MERIDIAN STREET<br>INDIANAPOLIS, IN 46260 |
| 2.51. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Real property lease: 3055 North Sheffield Avenue, Chicago, IL<br><br><br>Harris Properties, LLC<br>4858 N. HERMITAGE<br>CHICAGO, IL 60640 |
| 2.52. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.)<br><br>HONIGMAN  LLP<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVE.<br>DETROIT, MI 48226-3506 |
| 2.53. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CUSTOMER AGREEMENT<br><br><br>IDEAL FOOD GROUP<br>PO BOX 5002<br>ZIONSVILLE, IN 46077 |
| 2.54. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROFESSIONAL SERVICE CONTRACT<br><br><br>ILLINOIS LICENSE SERVICES,INC<br>800 RAVINIA PLACE<br>ORLAND PARK, IL 60462 |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number *(if known)* | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 60 Ogden Ave. and 58 Ogden Ave., Downers Grove, IL | |
| | State the term remaining | | IRC Downers Grove Marketplace, LLC C/O COMAR PROPERTIES 17W220 22ND STREET OAKBROOK TERRACE, IL 60181 |
| | List the contract number of any government contract | | |
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT | |
| | State the term remaining | | J.J. KELLER & ASSOC. P.O. BOX 548 NEENAH, WI 54957-0548 |
| | List the contract number of any government contract | | |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 2105 N. Veterans Parkway Bloomington, IL | |
| | State the term remaining | | James D Oberweis Living Trust C/O Christopher Barber, Esq. 233 S. Wacker Dr. Ste. 6800 Chicago, IL 60606 |
| | List the contract number of any government contract | | |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 1905 S Neil St., Champaign, IL | |
| | State the term remaining | | James D Oberweis Living Trust C/O Christopher Barber, Esq. 233 S. Wacker Dr. Ste. 6800 Chicago, IL 60606 |
| | List the contract number of any government contract | | |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 30 S. Roselle Rd, Schaumburg, IL | |
| | State the term remaining | | James D Oberweis Living Trust C/O Christopher Barber, Esq. 233 S. Wacker Dr. Ste. 6800 Chicago, IL 60606 |
| | List the contract number of any government contract | | |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number *(if known)* | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 840 Ice Cream Drive, North Aurora, IL | |
|---|---|---|---|
| | State the term remaining | | James D Oberweis Living Trust C/O Christopher Barber, Esq. 233 S. Wacker Dr. Ste. 6800 Chicago, IL 60606 |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 684 S. Rand Road, Lake Zurich, IL | |
|---|---|---|---|
| | State the term remaining | | Keystone Lake Zurich, LLC c/o Michael Boxerman 20 N. Clark St. Suite 3300 Chicago, IL 60602 |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | LEASE: EQUIPMENT | |
|---|---|---|---|
| | State the term remaining | | KONICA MINOLTA BUSINESS SOLUTION DEPT.CH 19188 PALATINE, IL 60055-9188 |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | KONICA/MINOLTA BUSINESS SOL. 21146 NETWORK PLACE CHICAGO, IL 60673-1211 |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 1018 S. York Rd., Elmhurst, IL | |
|---|---|---|---|
| | State the term remaining | | Lexington Square, LLC 1 E. 22ND STREET SUITE 201 LOMBARD, IL 60148 |
| | List the contract number of any government contract | | |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number (*if known*) | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 2274 Route 30, Oswego, IL (Unit C), Oswego, IL | |
| | State the term remaining | | LGF Capital, LLC 248 FOSTER DRIVE OSWEGO, IL 60543 |
| | List the contract number of any government contract | | |
| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | LEASE: EQUIPMENT | |
| | State the term remaining | | MAILFINANCE 25881 NETWORK PL CHICAGO, IL 60673-1258 |
| | List the contract number of any government contract | | |
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | |
| | State the term remaining | | MATRIX TRUST COMPANY P.O. BOX 1800 DENVER, CO 80202 |
| | List the contract number of any government contract | | |
| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 400 South Randall Road, Suite A, Elgin, IL | |
| | State the term remaining | | Micromont Holdings 8, LLC 8140 WALNUT HILL LANE ATTN:COD DALLAS, TX 75231 |
| | List the contract number of any government contract | | |
| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 8415-8419 Mid County Industrial Drive, Vinita Park, MO | |
| | State the term remaining | | Mid County Investors, L.L.C. c/o Mannion Properties, L.L.C. 8001 Clayton Road St. Louis, MO 63117 |
| | List the contract number of any government contract | | |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number (*if known*) | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | Monday.com |
| | List the contract number of any government contract | | 433 W Van Buren St. Chicago CHICAGO, IL 60607 |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | Mood Media |
| | List the contract number of any government contract | | 2100 S IH-35 Frontage Road Suite 201 Austin, TX 78704 |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | N-ABLE TECHNOLOGIES LTD |
| | List the contract number of any government contract | | 20 50 N Lindsay Street Dundee DD1 1PX UNITED KINGDOM |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 760 North Route 59 Naperville, IL | |
|---|---|---|---|
| | State the term remaining | | Naperville Associates, LLC |
| | List the contract number of any government contract | | 3201 OLD GLENVIEW RD. SUITE 235 WILMETTE, IL 60091 |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE CONTRACT | |
|---|---|---|---|
| | State the term remaining | | NEIMAN BROTHERS COMPANY, INC. |
| | List the contract number of any government contract | | 3322 WEST NEWPORT AVE CHICAGO, IL 60618 |

Debtor 1    Oberweis Dairy, Inc.
      First Name        Middle Name        Last Name             Case number (*if known*)    24-05385

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.75.** State what the contract or lease is for and the nature of the debtor's interest — Real property lease: 951 Ice Cream Drive, North Aurora, IL<br><br>State the term remaining<br><br>List the contract number of any government contract | North Aurora Ice Cream, LLC<br>951 Ice Cream Drive<br>North Aurora, IL 60542 |
| **2.76.** State what the contract or lease is for and the nature of the debtor's interest — Real property lease: 4811 Dempster Road, Skokie, IL<br><br>State the term remaining<br><br>List the contract number of any government contract | North Aurora Ice Cream, LLC<br>951 Ice Cream Drive<br>North Aurora, IL 60542 |
| **2.77.** State what the contract or lease is for and the nature of the debtor's interest — Real property lease: 929 Burlington Ave., Western Springs, IL<br><br>State the term remaining<br><br>List the contract number of any government contract | North Aurora Ice Cream, LLC<br>951 Ice Cream Drive<br>North Aurora, IL 60542 |
| **2.78.** State what the contract or lease is for and the nature of the debtor's interest — FREIGHT SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | NUSSBAUM TRANSPORTATION SERVICES<br>19336 N. 1425 E ROAD<br>HUDSON, IL 61748-0649 |
| **2.79.** State what the contract or lease is for and the nature of the debtor's interest — Real property lease: 1816 Highway K, O'Fallon, MO<br><br>State the term remaining<br><br>List the contract number of any government contract | O'Fallon Ice Cream, LLC<br>C/O Christopher Barber, Esq.<br>233 S. Wacker Dr.<br>Ste. 6800<br>Chicago, IL 60606 |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number *(if known)* | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Real property lease: 4568 & 4590 Telegraph Rd., St. Louis, MO | Oakville Ice Cream LLC<br>C/O Christopher Barber, Esq.<br>233 S. Wacker Dr.<br>Ste. 6800<br>Chicago, IL 60606 |
|---|---|---|---|
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | ONE DIGITAL HEALTH BENEFITS<br>P.O. BOX 734429<br>DALLAS, TX 75373-4429 |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSING | ORACLE AMERICA INC<br>P.O. BOX 203448<br>DALLAS, TX 75320-3448 |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Real property lease: 7202 W. 159th St., Orland Park, IL | Orland Park Ice Cream, LLC<br>C/O Christopher Barber, Esq.<br>233 S. Wacker Dr.<br>Ste. 6800<br>Chicago, IL 60606 |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Real property lease: 101 South Northwest Highway, Park Ridge, IL | Park Ridge Plaza LLC<br>c/o Richard Perna, Fuchs & Roselli<br>200 S. Wacker<br>Suite 600<br>Chicago, IL 60606 |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number (*if known*) | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | BANKING SERVICE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | PAYTRONIX SYSTEMS, INC. |
| | List the contract number of any government contract | | 80 BRIDGE ST |
| | | | NEWTON, MA 02458 |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | LEASE: EQUIPMENT | |
|---|---|---|---|
| | State the term remaining | | PENSKE LOGISTICS LLC |
| | List the contract number of any government contract | | PNC BANK LOCKBOX |
| | | | P.O. BOX 825070 |
| | | | PHILADELPHIA, PA 19182-5070 |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 12807 Premier Center Court, Plymouth, MI | |
|---|---|---|---|
| | State the term remaining | | Plymouth Industrial Center, Inc. |
| | List the contract number of any government contract | | 13101 ECKLES RD. |
| | | | PLYMOUTH, MI 48170 |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | |
|---|---|---|---|
| | State the term remaining | | PMA COMPANIES,INC |
| | List the contract number of any government contract | | P.O. BOX 8500-9831 |
| | | | ACCOUNTS RECEIVABLE |
| | | | PHILADELPHIA, PA 19178 |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | PURE POWER GENERATORS |
| | List the contract number of any government contract | | 1872 TECHNY COURT |
| | | | NORTHBROOK, IL 60062 |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number *(if known)* | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | QCS PURCHASING COOPERATIVE 901 Warrenville Rd Unit 405 Lisle, IL 60532 |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | LEASE: EQUIPMENT | |
|---|---|---|---|
| | State the term remaining | | QUADIENT LEASING P.O. BOX 123689 DEPT 3689 DALLAS, TX 75312-3689 |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | LEASE: EQUIPMENT | |
|---|---|---|---|
| | State the term remaining | | RING CENTRAL INC DEPT. CH 19585 PALATINE, IL 60055-9585 |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 11310-12 W Lincoln Hwy, Mokena, IL | |
|---|---|---|---|
| | State the term remaining | | Riveroaks Properties, LLC 1700 E West Rd Calumet City, IL 60409 |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 1735 Algonquin Road, Rolling Meadows, IL | |
|---|---|---|---|
| | State the term remaining | | Rolling Meadows Ice Cream LLC C/O Christopher Barber, Esq. 233 S. Wacker Dr. Ste. 6800 Chicago, IL 60606 |
| | List the contract number of any government contract | | |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number (*if known*) | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) | |
|---|---|---|---|
| | State the term remaining | | RSM MCGLADREY |
| | List the contract number of any government contract | | 5155 PAYSPHERE CIRCLE CHICAGO, IL 60674 |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | SAJE NETWORK SYSTEMS |
| | List the contract number of any government contract | | P.O. BOX 487 LAFAYETTE, CO 80026 |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | SALESFORCE.COM INC. |
| | List the contract number of any government contract | | P.O. BOX 203141 DALLAS, TX 75320-3141 |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 725 Main St., Schererville, IN | |
|---|---|---|---|
| | State the term remaining | | Schererville Main Street, LLC C/O CLOVERLEAF |
| | List the contract number of any government contract | | 666 DUNDEE RD. SUITE 9 Northbrook, IL 60062 |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | SECURITY METRICS |
| | List the contract number of any government contract | | 1275 W. 1600 N. Orem, UT 84057 |

| | | |
|---|---|---|
| Debtor 1 | Oberweis Dairy, Inc. | Case number *(if known)* 24-05385 |
| | First Name    Middle Name    Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.100.** State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 9803/9805 S. 13th Street, Oak Creek, WI |
| State the term remaining | |
| List the contract number of any government contract | St. John Properties, LLC P.O. BOX 62705 BALTIMORE, MD 21264 |
| **2.101.** State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING |
| State the term remaining | |
| List the contract number of any government contract | TechWizard 503 E. Nifong Blvd. #210 Columbia,, MO 65201 |
| **2.102.** State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING |
| State the term remaining | |
| List the contract number of any government contract | TekLynx 501 W Northshore Dr Ste H-380 Glendale, WI 53217 |
| **2.103.** State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 9 E. Dundee Rd., Arlington Heights, IL |
| State the term remaining | |
| List the contract number of any government contract | Third Millennium Real Estate L.L.C. 951 Ice Cream Drive North Aurora, IL 60542 |
| **2.104.** State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 967 Waukegan Rd., Glenview, IL |
| State the term remaining | |
| List the contract number of any government contract | Third Millennium Real Estate L.L.C. 951 Ice Cream Drive North Aurora, IL 60542 |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number (*if known*) | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 6469 N. Lincoln Ave., Lincolnwood, IL | |
|---|---|---|---|
| | State the term remaining | | Third Millennium Real Estate L.L.C. |
| | List the contract number of any government contract | | 951 Ice Cream Drive North Aurora, IL 60542 |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | TOAST INC. |
| | List the contract number of any government contract | | 401 PARK DRIVE    SUITE 801 BOSTON, MA 02215 |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 515 Roosevelt Road, Glen Ellyn, IL | |
|---|---|---|---|
| | State the term remaining | | TOGI RE I, LLC |
| | List the contract number of any government contract | | 951 Ice Cream Drive North Aurora, IL 60542 |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 860 E. Boughton Rd., Bolingbrook, IL | |
|---|---|---|---|
| | State the term remaining | | TOGI RE I, LLC |
| | List the contract number of any government contract | | 951 Ice Cream Drive North Aurora, IL 60542 |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | Touchtunes |
| | List the contract number of any government contract | | 730 Third Ave, Suite 21st floor New York, NY 10017 |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number *(if known)* | 24-05385 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | |
|---|---|---|---|
| | State the term remaining | | TRAVELERS |
| | List the contract number of any government contract | | C/O BANK OF AMERICA |
| | | | 91287 COLLECTIONS CENTER DR |
| | | | CHICAGO, IL 60693-1287 |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | |
|---|---|---|---|
| | State the term remaining | | UNITED HEALTHCARE |
| | List the contract number of any government contract | | 5901 Lincoln Dr |
| | | | Edina, MN 55436 |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 572 Grand Avenue, Suite 1, Gurnee, IL | |
|---|---|---|---|
| | State the term remaining | | VEK Investments, LLC |
| | List the contract number of any government contract | | P.O. BOX 9111 |
| | | | GURNEE, IL 60031 |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 811 Butterfield Road, Suite 119, Wheaton, IL | |
|---|---|---|---|
| | State the term remaining | | Wheaton Retail Wheaton, II LLC |
| | List the contract number of any government contract | | P.O. BOX 93070 |
| | | | ROCHESTER, NY 14692 |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease: 32808 Woodward Avenue, Royal Oak, MI | |
|---|---|---|---|
| | State the term remaining | | Woodward Samoset Associates LLC |
| | List the contract number of any government contract | | C/O Harvey Weiss |
| | | | 32820 Woodward Avenue, |
| | | | Suite 200 |
| | | | Royal Oak, MI 48073 |

| Debtor 1 | Oberweis Dairy, Inc. | | | Case number (*if known*)  24-05385 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | WOOLPERT P.O. BOX 714874 CINCINNATI, OH 45271-4874 |
| | List the contract number of any government contract | | |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | WOOLPERT P.O. BOX 714874 P.O. BOX 714874 CINCINNATI, OH 45271-4874 |
| | List the contract number of any government contract | | |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT | |
|---|---|---|---|
| | State the term remaining | | Wsc Windstream ATTN:PAYMENT ASSURANCE P.O. BOX 25326 Little Rock, AR 72221-5326 |
| | List the contract number of any government contract | | |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | Yext 1 MADISON AVE. 5TH FLOOR NEW YORK, NY 10010 |
| | List the contract number of any government contract | | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
|---|---|---|---|
| | State the term remaining | | ZENCOS CONSULTING, LLC. 1400 CRESCENT GREEN STE 215 CARY, NC 27518-8118 |
| | List the contract number of any government contract | | |

Debtor 1   Oberweis Dairy, Inc.

First Name            Middle Name            Last Name

Case number (*if known*)   24-05385



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING | |
| | State the term remaining | | ZOOM VIDEO COMMUNICATIONS INC |
| | List the contract number of any government contract | | P.O. BOX 888843 |
| | | | LOS ANGELES, CA 90088-8843 |

| Fill in this information to identify the case: |
| --- |

Debtor name    Oberweis Dairy, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    24-05385

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | North Aurora Ice Cream, LLC | 951 Ice Cream Drive North Aurora, IL 60542 | CIBC Bank USA | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.2 | The Oberweis Group, Inc. | 951 Ice Cream Drive North Aurora, IL 60542 | CIBC Bank USA | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Third Millennium Real Estate L.L.C. | 951 Ice Cream Drive North Aurora, IL 60542 | CIBC Bank USA | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.4 | TOGI Brands, LLC | 951 Ice Cream Drive North Aurora, IL 60542 | CIBC Bank USA | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.5 | TOGI RE I, LLC | 951 Ice Cream Drive North Aurora, IL 60542 | CIBC Bank USA | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |

Debtor    Oberweis Dairy, Inc.

Case number *(if known)*    24-05385

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oberweis Dairy, Inc., *et al.*,[1] | ) | Case No. 24-05385 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable David D. Cleary |

**GLOBAL NOTES, STATEMENT OF LIMITATIONS AND SPECIFIC DISCLOSURES, AND RESERVATION OF RIGHTS REGARDING DEBTORS' RESPECTIVE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities ("**Schedules**") and Statements of Financial Affairs ("**Statements**") of Oberweis Dairy, Inc., an Illinois corporation ("**ODI**"); The Oberweis Group, Inc., a Delaware corporation ("**TOGI**"); North Aurora Ice Cream, LLC, an Illinois limited liability company ("**NAIC**"); TOGI RE I, LLC, an Illinois limited liability company ("**TRI**"); Third Millennium Real Estate L.L.C., an Illinois limited liability company ("**TMRE**"); and TOGI Brands, LLC, an Illinois limited liability company ("**Brands**" and, together with ODI, TOGI, NAIC, TRI, and TMRE, the "**Debtors**", and each, a "**Debtor**"), in their respective chapter 11 cases (collectively, the "**Chapter 11 Cases**") filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "**Bankruptcy Court**"), were prepared pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007 by management and other personnel of the Debtors with the assistance of the Debtors' Chief Restructuring Officer, Fort Dearborn Partners, and bankruptcy counsel.

The Schedules and Statements have not been audited by independent auditors. The most recent audited financial statements for the Debtors were prepared by RSM US LLP for TOGI and its subsidiaries (*i.e.*, ODI, NAIC, TRI, TMRE, and Brands) on a consolidated basis, and for ODI, separately, in each case, for the year ended 2022. In 2023, ODI's CEO and CFO resigned; the CFO's position has not been filled, and accordingly, the Debtors' books and records may be incomplete. While management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information that was available to them at the time of preparation and filing, subsequent information or discovery may result in changes to the Schedules and Statements, and inadvertent errors or omissions may exist. Accordingly, the Schedules and Statements are subject to modification, amendment and supplementation as a matter of course at any time before the Chapter 11 Cases are closed. These *Global Notes, Statement of Limitations and Specific Disclosures, and Reservation of Rights Regarding Debtors' Respective*

---

1 The Debtors in this case, and the last four digits of their respective federal employer identification numbers, are Oberweis Dairy, Inc. ('7516); The Oberweis Group, Inc. ('1378); North Aurora Ice Cream, LLC ('8506); TOGI RE I, LLC ('5952); Third Millennium Real Estate L.L.C. ('1589); and TOGI Brands, LLC ('7072).

*Schedules and Statement of Financial Affairs* (the "**Global Notes**") are hereby expressly incorporated in, and constitutes an integral part of, the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements. The *Declaration of Adam Kraber in Support of Chapter 11 Petitions and First-Day Motions* (the "**Declaration**") filed on April 15, 2024 [Docket No. 19], is also hereby expressly incorporated herein.

      1.   <u>Description of the Cases and "As of" Petition Date</u>.  On April 12, 2024 (the "**Petition Date**"), the Debtors filed the Chapter 11 Cases. Since the Petition Date, the Debtors have remained in possession of their assets and have continued to maintain their operations and financial affairs as debtors-in-possession in accordance with 11 U.S.C. §§ 1107 and 1108. The information contained in the Schedules and Statements, including all assets and liabilities, reflects the best information available to the Debtors as of the Petition Date. Except as otherwise provided therein, the values and amounts provided in the Schedules and Statements reflect the relevant values and amounts as of the Petition Date.

      2.   <u>Designation of Assets and Liabilities Between the Debtors</u>.  As noted in the Declaration, while the Debtors are legally distinct entities, they are an integrated business from an accounting and operational standpoint. Consequently, it was difficult, and in some instances impossible, for management to assign particular assets, liabilities, transfers, etc. to a particular Debtor with one hundred percent accuracy. Management utilized its historical accounting practices and information available in the Debtors' books and records in preparing the Schedules and Statements.

      3.   <u>Values</u>.  Unless otherwise stated on the Schedules, each asset and liability of the Debtors reflected in the Schedules reflects the carrying value of the assets and liabilities as listed in the Debtors' books and records and are not based upon any estimate of their current market values. Where management was unable to arrive at any good-faith estimate of current value, such value is listed as "Unknown."  In many such cases, however, management anticipates that current value will be determined in connection with sale of the Debtors' assets.

      4.   <u>Asset Descriptions</u>.  The descriptions of assets in Schedule A/B may be general in nature, consistent with the requirements of the applicable Schedule questions. *See, e.g.*, Schedule A/B, Part 7, Question 39 (providing for a "[g]eneral description" of office furniture). In such instances, the Debtors may have available a more detailed list of assets, though the list is not the product of an audit or formal inventory.

      5.   <u>Claim Dates</u>.  The claims listed in Schedules D and E/F may have arisen or were incurred on various dates prior to the Petition Date. In certain instances, the date on which a claim arose is an open issue of fact. In most instances, it would be unduly burdensome for the Debtors to list the date on which the claim arose and, therefore, the Debtors do not list a date for each claim included in Schedules D and E/F.

2

6.      Executory Contracts and Unexpired Leases.    While the Debtors have made reasonable efforts to ensure the accuracy of Schedules A/B and G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusions may have occurred. The Debtors reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases that may have terminated or expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, letters and other documents, instruments and agreements which may not be listed therein, and to modify the Schedules accordingly. In addition, certain of the agreements listed in Schedules A/B and G may be non-executory or secured financings. The Debtors reserve all of their rights to dispute or challenge the characterization of any agreements listed in the Schedules, or to re-categorize any agreements listed therein as new information becomes available.

7.      Causes of Action.    The Debtors may not have set forth all of their causes of action against third parties as assets in the Schedules. The Debtors reserve all of their rights with respect to any causes of action that they may have, and neither the Global Notes nor the Schedules shall be deemed a waiver of any such causes of action.

8.      Insiders.    In Part 2, Question 4 of the Statements, the Debtors have attempted to include all payments made on or within twelve (12) months of the Petition Date to or for the benefit of any individual or entity deemed an "insider" as that term is defined in section 101(31) of the Bankruptcy Code, including any officers, directors, and affiliated entities. The listing of a party as an "insider" is not intended to be, nor should it be considered, a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

9.      Setoffs.    The Debtors incurred certain setoffs and other similar rights during the ordinary course of business resulting from various items such as pricing discrepancies, returns, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statements, offsets are not independently accounted for, and as such, are excluded from the Schedules and Statements.

10.      Credits and Adjustments.    The claims of individual creditors for, among other things, goods, products, services, or technology are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights respecting such credits, allowances, and other adjustments.

11.      Financial Statement Issuance.    In Part 13, Question 26d of the Statements, the Debtors are required to list financial institutions, creditors, and other parties, including trade agencies, to whom they issued financial statements. The Debtors have endeavored to list the financial institutions, other lenders, and regulatory bodies to whom they have issued financial

3

statements during the period specified. The Debtors have also, however, provided extensive financial disclosures—which may or may not constitute the issuance of financial statements—to various other potential purchasers, lenders, and other parties to assist in their due diligence during the same period, but have not maintained detailed records of such disclosures. There may, therefore, be additional parties to whom the Debtors have issued financial statements that are not listed in the Statements.

12.     <u>Professional Fee Retainers</u>.  In Part 6, Question 11 of the Statements, the Debtors list all payments made related to restructuring or bankruptcy counseling within one year prior to the Petition Date. These payments were treated as advance payment retainers, with each subsequent payment replenishing the applicable advance payment retainer. As such, there were remaining advance payment retainer amounts as of the Petition Date which were subsequently applied, or will be applied, to post-petition services as contemplated by a *Motion for an Order Establishing Procedures for the Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals and Members of the Committee*, pending as of the filing of these Global Notes.

13.     <u>Recharacterization</u>.  The Debtors have made reasonable efforts to accurately characterize, classify, and designate the claims, assets, executory contracts, unexpired leases, interests, property, and other items reported in the Schedules and Statements. Nevertheless, due to the complexity and integrated nature of the Debtors' operations, the Debtors may not have accurately characterized, classified, categorized, or designated certain items. The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available, including as to the existence of any claim and the executory or unexpired nature (or non-executory or expired nature) of contracts and leases identified herein.

14.     <u>Employee Claims</u>.  In Part 1, Question 2 of ODI's Schedule E/F, wage/benefit claims and related payroll withholdings and taxes of employees entitled to priority under 11 U.S.C. § 507(a)(4)-(5) are listed in the aggregate amounts owed as of the Petition Date. However, pursuant to the *Order Granting Motion of Debtors (A) for Authority to (I) Pay Certain Prepetition Employee Wages, Salaries and Other Compensation, (II) Pay and Honor Employee Medical and Other Benefits, and (III) Continue Employee Benefit Programs; (B) to Obtain Related Relief; and (C) for Shortened and Limited Notice Thereof* [Docket No. 38], such claims have been paid post-petition, and are therefore categorized as "disputed" claims.

1321614v2

**Fill in this information to identify the case:**

Debtor name  Oberweis Dairy, Inc.

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  24-05385

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 10, 2024          x _____

Signature of individual signing on behalf of debtor

Adam Kraber

Printed name

President

Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors