**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oberweis Dairy, Inc., *et al.*,[1] | ) | Case No. 24-05385 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable David D. Cleary |
| | ) | |

**NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT
OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

TO THE NON-DEBTOR PARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES:

**PLEASE TAKE NOTICE AS FOLLOWS:**

1. **Chapter 11 Cases** – On May 3, 2024, the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division entered an order (the "**Sale Procedures Order**")[2] in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**") of Oberweis Dairy, Inc., The Oberweis Group, Inc., North Aurora Ice Cream, LLC, TOGI RE I, LLC, Third Millennium Real Estate L.L.C., and TOGI Brands, LLC (collectively, the "**Debtors**") approving, among other things, the process for fixing the cure amounts related to the Debtors' potential assumption, assignment and/or transfer of certain executory contracts, unexpired leases and other agreements (the "**Executory Contracts / Unexpired Leases**") in connection with the sale of all or substantially all the Debtors' assets and business as a going concern (the "**Asset Sale**").

2. **Notice of Proposed Assignment and Cure Amount** - Set forth on Exhibit A is a list of Executory Contracts / Unexpired Leases that the Debtors *may potentially seek to have assumed and assigned to the Prevailing Bidder(s) or Back-Up Bidder(s) at the Sale Hearing*. **PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES LISTED IN EXHIBIT A.** Exhibit A also contains the cure amounts the Debtors' books and records reflect are necessary to assume and assign such Executory Contracts / Unexpired Leases

---

[1] The Debtors in these cases, and the last four digits of their respective federal employer identification numbers, are Oberweis Dairy, Inc. ('7516); The Oberweis Group, Inc. ('1378); North Aurora Ice Cream, LLC ('8506); TOGI RE I, LLC ('5952); Third Millennium Real Estate L.L.C. ('1589); and TOGI Brands, LLC ('7072).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Sale Procedures Order or Approved Bidding Procedures, as the case may be, copies of which may be obtained as set forth in Paragraph 6 hereof.

1324562_1

pursuant to section 365 of the Bankruptcy Code (each a "**Cure Amount**"). The Debtors believe that the payment of each Cure Amount will cure any and all defaults and pecuniary losses under the corresponding Executory Contract / Unexpired Lease. Each Executory Contract / Unexpired Lease may be assumed and assigned to any purchaser of the Debtors' assets who is the Prevailing Bidder or the Back-Up Bidder at the Asset Sale and agrees (i) to the corresponding Cure Amount or (ii) to such other amount that is acceptable to the Debtors (after consultation with the Constituent Parties, subject to the Constituent Party Objection Rights). If the Debtors identify additional executory contracts or unexpired leases that might be assumed by the Debtors and assigned to the Prevailing Bidder(s) or Back-Up Bidder(s) not set forth in this Notice, the Debtors will promptly send a supplemental notice (a "**Supplemental Assumption Notice**") to the non-Debtor parties to such additional executory contracts and unexpired leases. In addition, on or before 11:59 p.m. on May 26, 2024, the Debtors shall promptly send the Supplemental Assumption Notice by facsimile, overnight delivery, or such other form of notice authorized by the recipient (including CM/ECF and/or email) to the applicable counterparties to any additional Executory Contracts / Unexpired Leases not included on Exhibit A hereto that are proposed to be assumed as of the Qualified Bid Deadline by the Stalking Horse Bidder or any other Qualified Bidder. This Supplemental Assumption Notice shall set forth for such applicable counterparties the same information as is required by the Assumption Notice. A Supplemental Assumption Notice shall also be sent to any applicable counterparties to Executory Contracts / Unexpired Leases identified in any Qualified Bid received by the Debtors as of 11:59 p.m. on May 26, 2024, whose Cure Amount in that Qualifying Bid (which amount shall be specifically quantified in the Supplemental Assumption Notice) is less than the Cure Amount set forth on Exhibit A hereto.

3. **Assumption and Cure Objections** - Any objection of a non-Debtor party to an Executory Contract / Unexpired Lease to the Cure Amount set forth in Exhibit A to this Notice or to the proposed assumption and assignment of such Executory Contract / Unexpired Lease (a "**Cure Amount/Assumption Objection**") must (a) be in writing, and (b) provide the basis for the objection, including any cure amount claimed to be due with supporting documentation. To be considered a timely Cure Amount/Assumption Objection, the Cure Amount/Assumption Objection must be filed with the Clerk of the U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 S. Dearborn Street, Room 713, Chicago, Illinois, and served upon: (i) counsel to the Debtors, Howard Adelman, Adam Silverman, and Alexander F. Brougham of Adelman & Gettleman, Ltd., 53 West Jackson Boulevard, Suite 1050, Chicago, Illinois 60604; (ii) counsel to CIBC Bank USA, Eric S. Rein of Kilpatrick Townsend & Stockton LLP, 500 West Madison Street, Suite 3700, Chicago, Illinois 60661; (iii) the Office of the United States Trustee for Region 11, 219 S. Dearborn Street, Room 873, Chicago, Illinois 60604; and (iv) counsel to the Official Committee of Unsecured Creditors, Steve Jakubowski and Carolina Sales of Robbins DiMonte, Ltd., 180 North LaSalle Street, Suite 3300, Chicago, Illinois 60601, by **5:00 p.m. CDT on June 4, 2024** (the "**Cure Amount/Assumption Objection Deadline**"). For avoidance of doubt, service of a Cure Amount/Assumption Objection to the foregoing persons through the Court's CM/ECF system will expressly satisfy the service requirement. A Cure Amount/Assignment Objection must include any objection relating to the adequacy of assurance of future performance regarding such Executory Contract/Lease by the Prevailing Bidder(s) or the Back-Up Bidder(s) (the "**Adequate Assurance Objection**"), which shall also be filed by the Cure Amount/Assignment Objection Deadline.

4. **Assumption and Cure Objection Hearing** - In the event that the Debtors and any

2

objecting party are unable to consensually resolve any Cure Amount/Assignment Objection prior to the Sale Hearing, the Court will attempt to resolve any such Cure Amount/Assignment Objection and any Adequate Assurance Objection at the hearing to consider approval of the Asset Sale, to be held on **June 5, 2024 at 1:00 p.m. CDT** at the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 S. Dearborn, Courtroom 644, Chicago, Illinois 60604, or such other time as may be ordered by the Court (the "**Sale Hearing**"). To the extent necessary, the Debtors (after consultation with the Constituent Parties, subject to the Constituent Party Objection Rights) shall arrange for the Debtors, the Prevailing Bidder(s), the Back-Up Bidder(s), or any other party, as the case may be, to escrow all disputed Claimed Cure Amounts pending resolution with the Court. **Please be advised that if you do file an objection you and/or your attorney will be expected to attend the Sale Hearing or the Court may grant the relief sought in the Sale Motion over such written objection.** Appearance by Zoom may be permitted in accordance with the Court's local rules and procedures.

5. **If No Cure Amount/Assumption Objection is Timely Filed** - If a Cure Amount/Assumption Objection, including an Adequate Assurance Objection, is not timely filed and served by the Cure Amount/Assumption Objection Deadline with respect to any Executory Contract / Unexpired Lease, then (a) the Debtors will be authorized, but not directed, to assume and assign such Executory Contract / Unexpired Lease; (b) the Cure Amount set forth in this Notice or the Supplemental Assumption Notice will constitute the final determination of the total Cure Amount required to be paid by the Debtors on such Executory Contract / Unexpired Lease pursuant to 11 U.S.C. § 365 for purposes of the Sale Order; and (c) the non-Debtor party to such Executory Contract / Unexpired Lease will be: (i) forever barred and estopped from objecting to the Cure Amount or seeking any additional cure payments on such Executory Contract / Unexpired Lease, whether from the Debtors, the Prevailing Bidder(s), any Back-Up Bidder(s), or any other assignee; (ii) deemed to have waived any right to terminate such Executory Contract / Unexpired Lease as a result of any default which may have occurred under such Executory Contract / Unexpired Lease prior to the assumption date to the extent such Executory Contract / Unexpired Lease is identified as a Sale Asset and assigned to the Prevailing Bidder(s), Back-Up Bidder(s), or any assignee thereof; (iii) deemed to have agreed that the Sale Procedures Order applies and is enforceable with respect to the assumption and assignment of such Executory Contract / Unexpired Lease; (iv) deemed to have agreed that all defaults under such Executory Contract / Unexpired Lease arising or continuing prior to the assumption date have been fully cured and satisfied; (v) barred from asserting an Adequate Assurance Objection; and (vi) deemed to have consented to the assumption, assignment, and transfer of such Executory Contract / Unexpired Lease to the Prevailing Bidder(s), Back-Up Bidder(s) or any assignee thereof on all matters.

6. **Requests for Copies and Information** - Copies of the Sale Motion and exhibits thereto, the Bidding Procedures Order, and/or the proposed Sale Order may be obtained by: (a) accessing the case docket at www.cptgroupcaseinfo.com/OberweisDairyInc/; or (b) written request to the Debtors' counsel, Adelman & Gettleman, Ltd., 53 W. Jackson Blvd., Suite 1050, Chicago, IL 60604, Attn: Howard Adelman, Adam Silverman, and Alexander Brougham. Any inquiries regarding the information provided herein should be directed to the Debtors' counsel at the address noted below.

7. **Proof of Adequate Assurance** - Parties to Executory Contracts / Unexpired Leases may obtain proof of adequate assurance of future performance by potential purchasers by written request to the Debtors' counsel after the Bid Deadline, subject to certain confidentiality requirements set forth in the

1324562_1

Sale Procedures Order.

8.       **Notice** - This Notice is made expressly subject to the Sale Motion, the Sale Procedures Order, and the Approved Bidding Procedures. To the extent that this Notice is inconsistent with the terms contained in the Sale Procedures Order, the Sale Procedures Order shall control.  Notwithstanding the reference to any contract as an "Executory Contract / Unexpired Lease" in this Notice, the Debtors reserve all of their rights with respect to whether or not any contract is an "executory contract" or "unexpired lease" pursuant to the Bankruptcy Code and the inclusion of any document on Exhibit A shall not constitute or be deemed to be a determination or admission that such document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code.

Dated:  May 22, 2024                             OBERWEIS DAIRY, INC., *et al.*,
                                                 Debtors and Debtors-in-Possession

                                                 By:  /s/ Alexander F. Brougham
                                                    One of their Attorneys

Howard L. Adelman, Esq. (ARDC #0015458)
Adam P. Silverman, Esq. (ARDC #6256676)
Alexander F. Brougham, Esq. (ARDC #6301515)
Tevin D. Bowens, Esq. (ARDC #6338559)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
Phone: (312) 435-1050
hadelman@ag-ltd.com
asilveman@ag-ltd.com
abrougham@ag-ltd.com
tbowens@ag-ltd.com

# EXHIBIT A to
## *Notice of Potential Assumption and Assignment*
## *of Executory Contracts and Unexpired Leases*

| No. | Party Name | Description | Cure Amount |
|---|---|---|---|
| 1 | 7SHIFTS | SOFTWARE LICENSING | $0.00 |
| 2 | ADAM KRABER | RETENTION BONUS AGREEMENT | $50,000.00 |
| 3 | ADP | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) | $0.00 |
| 4 | AFS TECHNOLOGIES | SOFTWARE LICENSING | $39,353.00 |
| 5 | AMAZON | SOFTWARE LICENSING | $0.00 |
| 6 | AMS MECHANICAL SYSTEMS, INC. | PROFESSIONAL SERVICE CONTRACT | $39,000.00 |
| 7 | ASSOCIATED MATERIAL HANDLING INDUSTRIES INC | LEASE: EQUIPMENT | $67,686.00 |
| 8 | BARTLETT ICE CREAM, LLC | REAL PROPERTY LEASE: 925 S. ROUTE 59, BARTLETT, IL | $42,692.00 |
| 9 | BARTLETT ICE CREAM, LLC | REAL PROPERTY LEASE: 1790 WEST MAIN STREET, ST. CHARLES, IL | $32,354.00 |
| 10 | BOSSDESK | SOFTWARE LICENSING | $0.00 |
| 11 | BROWN AND SONS' FOODLINER, INC. | REAL PROPERTY LEASE: 10338 MANCHESTER ROAD KIRKWOOD, MO | $3,396.00 |
| 12 | C/O RDD ASSOCIATES | PROFESSIONAL SERVICE CONTRACT | $0.00 |
| 13 | CASWELL TOWN CENTER, LLC | REAL PROPERTY LEASE: 6854 ROCHESTER ROAD, TROY, MI | $3,892.00 |
| 14 | CDW DIRECT,LLC | SOFTWARE LICENSING | $471.00 |
| 15 | CHASE CREDIT CARDS | BANKING SERVICE AGREEMENT | $0.00 |
| 16 | COMCAST CABLE | VENDOR AGREEMENT | $5,963.00 |
| 17 | DARIFILL | LEASE: EQUIPMENT | $77,630.00 |
| 18 | DAVID ALLEN JOHNSON | LEASE OF REAL PROPERTY: 925 BURLINGTON AVE, WESTERN SPRINGS, IL (RESIDENTIAL SPACE) | $0.00 |
| 19 | DAVID GREGORY | REAL PROPERTY LEASE: 2200 ILLINOIS RTE 59 I, PLAINFIELD, IL | $2,424.00 |
| 20 | DELTA DENTAL OF ILLINOIS | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | $0.00 |
| 21 | DUTCH FARMS | DISTRIBUTION AGREEMENT | $0.00 |
| 22 | ECOLAB | VENDOR AGREEMENT | $85,238.00 |
| 23 | FEDERAL MILK MARKET | VENDOR AGREEMENT | $0.00 |
| 24 | FIDELITY ASSOCIATES LLLP | REAL PROPERTY LEASE: 15021 MANCHESTER RD., BALLWIN, MO | $2,386.00 |
| 25 | FLEETSOFT | SOFTWARE LICENSING | $0.00 |

| 26 | FLEETSOFT LLC | SOFTWARE LICENSING | $0.00 |
|---|---|---|---|
| 27 | FLUID-AIRE DYNAMICS, INC. | LEASE: EQUIPMENT | $13,148.00 |
| 28 | FOX METRO WATER RECLAMATION DIST | WATER SERVICE | $34,854.00 |
| 29 | GODADDY | SOFTWARE LICENSING | $0.00 |
| 30 | GROUPRAISE.COM INC | SOFTWARE LICENSING | $0.00 |
| 31 | HAPPY COWS LLC | FRANCHISE AGREEMENT | $0.00 |
| 32 | HARRIS PROPERTIES, LLC | REAL PROPERTY LEASE: 3055 NORTH SHEFFIELD AVENUE, CHICAGO, IL | $2,508.00 |
| 33 | ILLINOIS LICENSE SERVICES,INC | PROFESSIONAL SERVICE CONTRACT | $0.00 |
| 34 | JAMES D OBERWEIS LIVING TRUST | REAL PROPERTY LEASE: 30 S. ROSELLE RD, SCHAUMBURG, IL | $41,850.00 |
| 35 | JAMES D OBERWEIS LIVING TRUST | REAL PROPERTY LEASE: 840 ICE CREAM DRIVE, NORTH AURORA, IL | $41,338.00 |
| 36 | KEYSTONE LAKE ZURICH, LLC | REAL PROPERTY LEASE: 684 S. RAND ROAD, LAKE ZURICH, IL | $3,122.00 |
| 37 | KONICA MINOLTA BUSINESS SOLUTION | LEASE: EQUIPMENT | $1,311.00 |
| 38 | KONICA/MINOLTA BUSINESS SOL. | SOFTWARE LICENSING | $1,832.00 |
| 39 | LEXINGTON SQUARE, LLC | REAL PROPERTY LEASE: 1018 S. YORK RD., ELMHURST, IL | $3,381.00 |
| 40 | LGF CAPITAL, LLC | REAL PROPERTY LEASE: 2274 ROUTE 30, OSWEGO, IL (UNIT C), OSWEGO, IL | $2,511.00 |
| 41 | LINCOLN CARRYOUT, INC.[3] | LEASE OF REAL PROPERTY: 6485 NORTH LINCOLN AVENUE, LINCOLNWOOD, IL | $0.00 |
| 42 | MAILFINANCE | LEASE: EQUIPMENT | $0.00 |
| 43 | MATRIX TRUST COMPANY | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | $0.00 |
| 44 | MICROMONT HOLDINGS 8, LLC | REAL PROPERTY LEASE: 400 SOUTH RANDALL ROAD, SUITE A, ELGIN, IL | $2,585.00 |
| 45 | MID COUNTY INVESTORS, L.L.C. | REAL PROPERTY LEASE: 8415-8419 MID COUNTY INDUSTRIAL DRIVE, VINITA PARK, MO | $1,885.00 |
| 46 | MOOD MEDIA | VENDOR AGREEMENT | $21,547.00 |
| 47 | NAPERVILLE ASSOCIATES, LLC | REAL PROPERTY LEASE: 760 NORTH ROUTE 59 NAPERVILLE, IL | $2,651.00 |
| 48 | NEIMAN BROTHERS COMPANY, INC. | PURCHASE CONTRACT | $0.00 |
| 49 | NORTH AURORA ICE CREAM, LLC | REAL PROPERTY LEASE: 951 ICE CREAM DRIVE, NORTH AURORA, IL | $0.00 |
| 50 | NORTH AURORA ICE CREAM, LLC | REAL PROPERTY LEASE: 4811 DEMPSTER ROAD, SKOKIE, IL | $0.00 |

---

[3] Non-Debtor counterparty previously identified as Labrynth Ventures, LLC.

| | | | |
|---|---|---|---|
| 51 | NORTH AURORA ICE CREAM, LLC | REAL PROPERTY LEASE: 929 BURLINGTON AVE., WESTERN SPRINGS, IL | $0.00 |
| 52 | NORTHAMERICAN CONCESSIONS, INC. | LICENSE AGREEMENT | $0.00 |
| 53 | OAKVILLE ICE CREAM LLC | REAL PROPERTY LEASE: 4568 & 4590 TELEGRAPH RD., ST. LOUIS, MO | $17,003.00 |
| 54 | OBERWEIS DAIRY, INC. | LEASE OF REAL PROPERTY: 951 ICE CREAM DRIVE, NORTH AURORA, IL | $45,562.00 |
| 55 | OBERWEIS DAIRY, INC. | LEASE OF REAL PROPERTY:4811 W. DEMPSTER ST., SKOKIE, IL | $33,333.00 |
| 56 | OBERWEIS DAIRY, INC. | LEASE OF REAL PROPERTY: 925 BURLINGTON AVE, WESTERN SPRINGS, IL (RETAIL SPACE) | $6,031.00 |
| 57 | OBERWEIS DAIRY, INC. | REAL PROPERTY LEASE: 515 ROOSEVELT ROAD, GLEN ELLYN, IL | $16,075.00 |
| 58 | OBERWEIS DAIRY, INC. | REAL PROPERTY LEASE: 860 EAST BOUGHTON RD., BOLINGBROOK IL | $27,276.00 |
| 59 | OBERWEIS DAIRY, INC. | LEASE OF REAL PROPERTY: 6465-69 NORTH LINCOLN AVENUE, LINCOLNWOOD, IL | $0.00 |
| 60 | OBERWEIS DAIRY, INC. | LEASE OF REAL PROPERTY: 9 EAST DUNDEE RD., ARLINGTON HEIGHTS, IL | $37,127.00 |
| 61 | OBERWEIS DAIRY, INC. | LEASE OF REAL PROPERTY: 965/975 GLENVIEW RD., GLENVIEW, IL | $15,829.00 |
| 62 | ODI/BRANDS/TOGI | LICENSE OF IP | $0.00 |
| 63 | ONE DIGITAL HEALTH BENEFITS | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | $0.00 |
| 64 | ORLAND PARK ICE CREAM, LLC | REAL PROPERTY LEASE: 7202 W. 159TH ST., ORLAND PARK, IL | $29,537.00 |
| 65 | PARK RIDGE PLAZA LLC | REAL PROPERTY LEASE: 101 SOUTH NORTHWEST HIGHWAY, PARK RIDGE, IL | $950.00 |
| 66 | PAYTRONIX SYSTEMS, INC. | BANKING SERVICE AGREEMENT | $12,131.00 |
| 67 | POINTE DAIRY SERVICES, INC. | DISTRIBUTION AGREEMENT | $0.00 |
| 68 | PURE POWER GENERATORS | VENDOR AGREEMENT | $0.00 |
| 69 | RING CENTRAL INC | LEASE: EQUIPMENT | $8,096 |
| 70 | RIVEROAKS PROPERTIES, LLC | REAL PROPERTY LEASE: 11310-12 W LINCOLN HWY, MOKENA, IL | $3,504 |
| 71 | ROLLING MEADOWS ICE CREAM LLC | REAL PROPERTY LEASE: 1735 ALGONQUIN ROAD, ROLLING MEADOWS, IL | $14,939 |
| 72 | SCHERERVILLE MAIN STREET, LLC | REAL PROPERTY LEASE: 725 MAIN ST., SCHERERVILLE, IN | $3,393.00 |
| 73 | SHANNON M. LESLIE | LEASE OF REAL PROPERTY: 925 BURLINGTON AVE, WESTERN SPRINGS, IL (RESIDENTIAL SPACE) | $0.00 |
| 74 | ST. JOHN PROPERTIES, LLC | REAL PROPERTY LEASE: 9803/9805 S. 13TH STREET, OAK CREEK, WI | $1,204.00 |

| | | | |
|---|---|---|---|
| 75 | THIRD MILLENNIUM REAL ESTATE L.L.C. | REAL PROPERTY LEASE: 9 E. DUNDEE RD., ARLINGTON HEIGHTS, IL | $0.00 |
| 76 | THIRD MILLENNIUM REAL ESTATE L.L.C. | REAL PROPERTY LEASE: 967 WAUKEGAN RD., GLENVIEW, IL | $0.00 |
| 77 | THIRD MILLENNIUM REAL ESTATE L.L.C. | REAL PROPERTY LEASE: 6469 N. LINCOLN AVE., LINCOLNWOOD, IL | $0.00 |
| 78 | TOAST INC. | SOFTWARE LICENSING | $0.00 |
| 79 | TOGI RE I, LLC | REAL PROPERTY LEASE: 515 ROOSEVELT ROAD, GLEN ELLYN, IL | $16,075.00 |
| 80 | TOGI RE I, LLC | REAL PROPERTY LEASE: 860 E. BOUGHTON RD., BOLINGBROOK, IL | $0.00 |
| 81 | TOUCHTUNES | VENDOR AGREEMENT | $1,485.00 |
| 82 | VEK INVESTMENTS, LLC | REAL PROPERTY LEASE: 572 GRAND AVENUE, SUITE 1, GURNEE, IL | $3,830.00 |
| 83 | WOODWARD SAMOSET ASSOCIATES LLC | REAL PROPERTY LEASE: 32808 WOODWARD AVENUE, ROYAL OAK, MI | $2,930.00 |
| 84 | WOOLPERT | SOFTWARE LICENSING | $0.00 |
| 85 | WOOLPERT | SOFTWARE LICENSING | $0.00 |
| 86 | YEXT | SOFTWARE LICENSING | $8,114.00 |
| 87 | ZENCOS CONSULTING, LLC. | SOFTWARE LICENSING | $10,500.00 |
| 88 | ZOOM VIDEO COMMUNICATIONS INC | SOFTWARE LICENSING | $659.00 |

1324562_1