**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oberweis Dairy, Inc., *et al.*,[1] | ) | Case No. 24-05385 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable David D. Cleary |
| | ) | |

**AMENDED EXHIBIT H TO STALKING HORSE APA:
EXECUTORY CONTRACTS**

     PLEASE TAKE NOTICE that the following pages set forth Exhibit H to that certain *Asset Purchase Agreement* dated April 17, 2024 [ECF No. 56], which is hereby disclosed pursuant to paragraph 15 of the *Corrected Order: (a) Approving Sale Process, Including a Stalking Horse Asset Purchase Agreement; (b) Approving Procedures for Assumption and Assignment of Executory Contracts and Unexpired Leases; (c) Approving Form Notices; (d) Excusing Page Limit; and (e) Scheduling a Public Auction and a Sale Approval Hearing* [ECF No. 99].

     This amended Exhibit H contains the following amendments to the version of Exhibit H filed as ECF No. 161:
- Row No. 56: Changed counterparty name from "Harris Properties, LLC" to "Peak Properties"; and
- Row No. 69: Changed counterparty name from "Labrynth Ventures, LLC" to "Lincoln Carryout, Inc."

                                             /s/ Alexander F. Brougham
                                             Alexander F. Brougham, Esq.

HOWARD L ADELMAN, ESQ. (ARDC #0015458)
ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
TEVIN D. BOWENS, ESQ. (ARDC # 6338559)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
**Counsel for the Debtors**

---

[1] The Debtors in these cases, and the last four digits of their respective federal employer identification numbers, are Oberweis Dairy, Inc. ('7516); The Oberweis Group, Inc. ('1378); North Aurora Ice Cream, LLC ('8506); TOGI RE I, LLC ('5952); Third Millennium Real Estate L.L.C. ('1589); and TOGI Brands, LLC ('7072).

| Debtor Party to Contract | Name | Description | Assume | Reject |
|---|---|---|---|---|
| ODI | 1836 FARMS | VENDOR AGREEMENT | | Reject |
| ODI | 3158 W 95th Street LLC | Real property lease: 3152 W 95th St, Evergreen Park, IL | | Reject |
| ODI | 7SHIFTS | SOFTWARE LICENSING | Accept | |
| ODI | Adam Kraber | Retention bonus agreement | Accept | |
| ODI | ADP | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) | Accept | |
| ODI | AFS TECHNOLOGIES | SOFTWARE LICENSING | Accept | |
| ODI | Allie Beau Photography | PROFESSIONAL SERVICE CONTRACT | | Reject |
| ODI | AMAZON | SOFTWARE LICENSING | Accept | |
| ODI | AMS MECHANICAL SYSTEMS, INC. | PROFESSIONAL SERVICE CONTRACT | Accept | |
| ODI | Associated Material Handling Industries Inc | LEASE: EQUIPMENT | Accept | |
| ODI | Bailey Lee and Susan Lum Trust | Real property lease: 7090 Mexico Road, Saint Peters, MO | | Reject |
| ODI | Bartlett Ice Cream, LLC | Real property lease: 925 S. Route 59, Bartlett, IL | Accept | |
| ODI | Bartlett Ice Cream, LLC | Real property lease: 1790 West Main Street, St. Charles, IL | Accept | |
| ODI | Bossdesk | SOFTWARE LICENSING | Accept | |
| ODI | Brightedge | SOFTWARE LICENSING | | Reject |
| ODI | Brightedge Technologies, Inc. | Subscription Agreement | | Reject |
| ODI | Brookwood Center, LLC | Real property lease: 230 N. Weber Road, Bolingbrook, IL | | Reject |
| ODI | Brown and Sons' Foodliner, Inc. | Real property lease: 10338 Manchester Road Kirkwood, MO | Accept | |
| ODI | C/O RDD ASSOCIATES | PROFESSIONAL SERVICE CONTRACT | Accept | |
| ODI | Caswell Town Center, LLC | Real property lease: 6854 Rochester Road, Troy, MI | Accept | |
| ODI | CDW DIRECT,LLC | SOFTWARE LICENSING | Accept | |
| ODI | Chase Credit Cards | BANKING SERVICE AGREEMENT | Accept | |
| ODI | CIBC | BANKING SERVICE AGREEMENT | | Reject |
| ODI | Clear | BANKING SERVICE AGREEMENT | | Reject |
| ODI | CLIFTON LARSON ALLEN LLP | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) | | Reject |
| ODI | COMCAST CABLE | VENDOR AGREEMENT | Accept | |
| ODI | CONNECTRIA | SOFTWARE LICENSING | | Reject |
| ODI | CORE 3 PROPERTIES | Real property lease: 1103 Martin Luther King Jr. Drive, Suite B, Bloomington, IL | | Reject |
| ODI | Coursera | SOFTWARE LICENSING | | Reject |
| ODI | DARIFILL | LEASE: EQUIPMENT | Accept | |
| NAIC | David Allen Johnson | Lease of real property: 925 Burlington Ave, Western Springs, IL (residential space) | Accept | |
| ODI | David Gregory | Real property lease: 2200 Illinois Rte 59 I, Plainfield, IL | Accept | |
| ODI | DELTA DENTAL OF ILLINOIS | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | Accept | |
| ODI | Disruptive Media | VENDOR AGREEMENT | | Reject |
| ODI | DUTCH FARMS | DISTRIBUTION AGREEMENT | Accept | |
| ODI | ECOLAB | VENDOR AGREEMENT | Accept | |
| ODI | EMO Properties, LLC | Real property lease: 338 W. Army Trail Rd., Bloomingdale, IL | | Reject |
| ODI | FEDERAL MILK MARKET | VENDOR AGREEMENT | Accept | |
| ODI | Fidelity Associates LLLP | Real property lease: 15021 Manchester Rd., Ballwin, MO | Accept | |
| ODI | First Commonwealth | LEASE: AUTO | | Reject |
| ODI | Fleetsoft | SOFTWARE LICENSING | Accept | |
| ODI | FLEETSOFT LLC | SOFTWARE LICENSING | Accept | |
| ODI | FLUID-AIRE DYNAMICS, INC. | LEASE: EQUIPMENT | Accept | |
| ODI | FOREMOST FARMS USA | PURCHASE CONTRACT | | Reject |
| ODI | FOX METRO WATER RECLAMATION DIST | | Accept | |
| ODI | Geneva Ice Cream LLC, Mid-America Management Corp. | Real property lease: 2150 S. Randall Rd. Geneva, IL | | Reject |
| ODI | GM Financial | LEASE: AUTO | | Reject |
| ODI | GoDaddy | SOFTWARE LICENSING | Accept | |
| ODI | GOODWIN RECRUITING | EMPLOYMENT AGENCY | | Reject |
| ODI | Greco/Reggi Deevlopment, LLC | Real property lease: 879 W. 95th St., Suite 155, Naperville, IL | | Reject |
| ODI | GROUPRAISE.COM INC | SOFTWARE LICENSING | Accept | |
| ODI | GSP Park Fletcher, LLC | Real property lease: 2040 South Lynhurst Drive, Suite N, Indianapolis, Indiana | | Reject |
| Brands | Happy Cows LLC | Franchise Agreement | Accept | |
| ODI | Peak Properties | Real property lease: 3055 North Sheffield Avenue, Chicago, IL | Accept | |
| ODI | HONIGMAN  LLP | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) | | Reject |
| ODI | IDEAL FOOD GROUP | CUSTOMER AGREEMENT | | Reject |
| ODI | ILLINOIS LICENSE SERVICES,INC | PROFESSIONAL SERVICE CONTRACT | Accept | |
| ODI | IRC Downers Grove Marketplace, LLC | Real property lease: 60 Ogden Ave. and 58 Ogden Ave., Downers Grove, IL | | Reject |
| ODI | J.J. KELLER & ASSOC. | VENDOR AGREEMENT | | Reject |
| ODI | James D Oberweis Living Trust | Real property lease: 2105 N. Veterans Parkway Bloomington, IL | | Reject |
| ODI | James D Oberweis Living Trust | Real property lease: 1905 S Neil St., Champaign, IL | | Reject |
| ODI | James D Oberweis Living Trust | Real property lease: 30 S. Roselle Rd, Schaumburg, IL | Accept | |
| ODI | James D Oberweis Living Trust | Real property lease: 840 Ice Cream Drive, North Aurora, IL | Accept | |
| ODI | Keystone Lake Zurich, LLC | Real property lease: 684 S. Rand Road, Lake Zurich, IL | Accept | |
| ODI | KONICA MINOLTA BUSINESS SOLUTION | LEASE: EQUIPMENT | Accept | |
| ODI | KONICA/MINOLTA BUSINESS SOL. | SOFTWARE LICENSING | Accept | |
| TMRE | Lincoln Carryout, Inc. | Lease of real property: 6485 North Lincoln Avenue, Lincolnwood, IL | Accept | |
| ODI | Lexington Square, LLC | Real property lease: 1018 S. York Rd., Elmhurst, IL | Accept | |
| ODI | LGF Capital, LLC | Real property lease: 2274 Route 30, Oswego, IL (Unit C), Oswego, IL | Accept | |
| ODI | MAILFINANCE | LEASE: EQUIPMENT | Accept | |
| ODI | MATRIX TRUST COMPANY | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | Accept | |
| ODI | Micromont Holdings 8, LLC | Real property lease: 400 South Randall Road, Suite A, Elgin, IL | Accept | |
| ODI | Mid County Investors, L.L.C. | Real property lease: 8415-8419 Mid County Industrial Drive, Vinita Park, MO | Accept | |
| ODI | Monday.com | SOFTWARE LICENSING | | Reject |
| ODI | Mood Media | VENDOR AGREEMENT | Accept | |
| ODI | N-ABLE TECHNOLOGIES LTD | SOFTWARE LICENSING | | Reject |
| ODI | Naperville Associates, LLC | Real property lease: 760 North Route 59 Naperville, IL | Accept | |
| ODI | NEIMAN BROTHERS COMPANY, INC. | PURCHASE CONTRACT | Accept | |
| ODI | North Aurora Ice Cream, LLC | Real property lease: 951 Ice Cream Drive, North Aurora, IL | Accept | |
| ODI | North Aurora Ice Cream, LLC | Real property lease: 4811 Dempster Road, Skokie, IL | Accept | |
| ODI | North Aurora Ice Cream, LLC | Real property lease: 929 Burlington Ave., Western Springs, IL | Accept | |
| Brands | NorthAmerican Concessions, Inc. | License Agreement | Accept | |
| ODI | NUSSBAUM TRANSPORTATION SERVICES | FREIGHT SERVICES AGREEMENT | | Reject |
| ODI | Oakville Ice Cream LLC | Real property lease: 4568 & 4590 Telegraph Rd., St. Louis, MO | Accept | |
| NAIC | Oberweis Dairy, Inc. | Lease of real property: 951 Ice Cream Drive, North Aurora, IL | Accept | |
| NAIC | Oberweis Dairy, Inc. | Lease of real property:4811 W. Dempster St., Skokie, IL | Accept | |
| NAIC | Oberweis Dairy, Inc. | Lease of real property: 925 Burlington Ave, Western Springs, IL (retail space) | Accept | |
| TRI | Oberweis Dairy, Inc. | Real property lease: 515 Roosevelt Road, Glen Ellyn, IL | Accept | |
| TRI | Oberweis Dairy, Inc. | Real property lease: 860 East Boughton Rd., Bolingbrook IL | Accept | |
| TMRE | Oberweis Dairy, Inc. | Lease of real property: 6465-69 North Lincoln Avenue, Lincolnwood, IL | Accept | |

| # | A | B | I | J | K |
|---|---|---|---|---|---|
| 93 | TMRE | Oberweis Dairy, Inc. | Lease of real property: 9 East Dundee Rd., Arlington Heights, IL | Accept | |
| 94 | TMRE | Oberweis Dairy, Inc. | Lease of real property: 965/975 Glenview Rd., Glenview, IL | Accept | |
| 95 | ODI/Brands/TOGI | ODI/Brands/TOGI | License of IP | Accept | |
| 96 | ODI | O'Fallon Ice Cream, LLC | Real property lease: 1816 Highway K, O'Fallon, MO | | Reject |
| 97 | ODI | ONE DIGITAL HEALTH BENEFITS | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | Accept | |
| 98 | ODI | ORACLE AMERICA INC | SOFTWARE LICENSING | | Reject |
| 99 | ODI | Orland Park Ice Cream, LLC | Real property lease: 7202 W. 159th St., Orland Park, IL | Accept | |
| 100 | ODI | Park Ridge Plaza LLC | Real property lease: 101 South Northwest Highway, Park Ridge, IL | Accept | |
| 101 | ODI | PAYTRONIX SYSTEMS, INC. | BANKING SERVICE AGREEMENT | Accept | |
| 102 | ODI | PENSKE LOGISTICS LLC | LEASE: EQUIPMENT | | Reject |
| 103 | ODI | Plymouth Industrial Center, Inc. | Real property lease: 12807 Premier Center Court, Plymouth, MI | | Reject |
| 104 | ODI | PMA COMPANIES,INC | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | | Reject |
| 105 | ODI | Pointe Dairy Services, Inc. | Distribution Agreement | Accept | |
| 106 | ODI | PURE POWER GENERATORS | VENDOR AGREEMENT | Accept | |
| 107 | ODI | QCS PURCHASING COOPERATIVE | VENDOR AGREEMENT | | Reject |
| 108 | ODI | QUADIENT LEASING | LEASE: EQUIPMENT | | Reject |
| 109 | ODI | RING CENTRAL INC | LEASE: EQUIPMENT | Accept | |
| 110 | ODI | Riveroaks Properties, LLC | Real property lease: 11310-12 W Lincoln Hwy, Mokena, IL | Accept | |
| 111 | ODI | Rolling Meadows Ice Cream LLC | Real property lease: 1735 Algonquin Road, Rolling Meadows, IL | Accept | |
| 112 | ODI | RSM MCGLADREY | THIRD PARTY PROFESSIONAL (E.G., LAWYERS, CONSULTANTS, AUDITORS, ETC.) | | Reject |
| 113 | ODI | SAJE NETWORK SYSTEMS | SOFTWARE LICENSING | | Reject |
| 114 | ODI | SALESFORCE.COM INC. | SOFTWARE LICENSING | | Reject |
| 115 | ODI | Schererville Main Street, LLC | Real property lease: 725 Main St., Schererville, IN | Accept | |
| 116 | ODI | SECURITY METRICS | VENDOR AGREEMENT | | Reject |
| 117 | NAIC | Shannon M. Leslie | Lease of real property: 925 Burlington Ave, Western Springs, IL (residential space) | Accept | |
| 118 | ODI | St. John Properties, LLC | Real property lease: 9803/9805 S. 13th Street, Oak Creek, WI | Accept | |
| 119 | ODI | TechWizard | SOFTWARE LICENSING | | Reject |
| 120 | ODI | TekLynx | SOFTWARE LICENSING | | Reject |
| 121 | ODI | Third Millennium Real Estate L.L.C. | Real property lease: 9 E. Dundee Rd., Arlington Heights, IL | Accept | |
| 122 | ODI | Third Millennium Real Estate L.L.C. | Real property lease: 967 Waukegan Rd., Glenview, IL | Accept | |
| 123 | ODI | Third Millennium Real Estate L.L.C. | Real property lease: 6469 N. Lincoln Ave., Lincolnwood, IL | Accept | |
| 124 | ODI | TOAST INC. | SOFTWARE LICENSING | Accept | |
| 125 | ODI | TOGI RE I, LLC | Real property lease: 515 Roosevelt Road, Glen Ellyn, IL | Accept | |
| 126 | ODI | TOGI RE I, LLC | Real property lease: 860 E. Boughton Rd., Bolingbrook, IL | Accept | |
| 127 | ODI | Touchtunes | VENDOR AGREEMENT | Accept | |
| 128 | ODI | TRAVELERS | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | | Reject |
| 129 | ODI | UNITED HEALTHCARE | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | | Reject |
| 130 | ODI | VEK Investments, LLC | Real property lease: 572 Grand Avenue, Suite 1, Gurnee, IL | Accept | |
| 131 | ODI | Wheaton Retail Wheaton, II LLC | Real property lease: 811 Butterfield Road, Suite 119, Wheaton, IL | | Reject |
| 132 | ODI | Woodward Samoset Associates LLC | Real property lease: 32808 Woodward Avenue, Royal Oak, MI | Accept | |
| 133 | ODI | WOOLPERT | SOFTWARE LICENSING | Accept | |
| 134 | ODI | WOOLPERT | SOFTWARE LICENSING | Accept | |
| 135 | ODI | Wsc Windstream | VENDOR AGREEMENT | | Reject |
| 136 | ODI | Yext | SOFTWARE LICENSING | Accept | |
| 137 | ODI | ZENCOS CONSULTING, LLC. | SOFTWARE LICENSING | Accept | |
| 138 | ODI | ZOOM VIDEO COMMUNICATIONS INC | SOFTWARE LICENSING | Accept | |