**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oberweis Dairy, Inc., *et al.*,[1] | ) | Case No. 24-05385 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable David D. Cleary |
| | ) | |

**AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JUNE 5, 2024, AT 1:00 P.M.**

**MATTERS GOING FORWARD:**

1. *Motion of Debtors for Entry of: (i) an Order: (a) Approving Sale Process, Including a Stalking Horse Asset Purchase Agreement; (b) Approving Procedures for Assumption and Assignment of Executory Contracts and Unexpired Leases; (c) Approving Form Notices; (d) Excusing Page Limit and (e) Scheduling a Public Auction and a Sale Approval Hearing; and (ii) an Order: (x) Approving the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (y) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (z) Granting Related Relief* [ECF No. 58] [Calendar No. 48].

    **Status: This matter is going forward. The Debtors request that the motion be granted on a "Draft Order to Follow" basis.**

    Related Documents:

    A. Proposed Order [ECF No. 214] (the "**Proposed Sale Approval Order**").

    B. *Notice of Filing – Proposed Sale Order and Redline* [ECF No. 216] (redline showing amendments to version of proposed order filed on May 31, 2024, as ECF No. 195.)

    C. *Stipulated Order re: Reservation of Rights by Labrynth Ventures, LLC* [ECF No. 210]. (The Debtors request that this order be granted in tandem with the Proposed Sale Approval Order).

---

[1] The Debtors in this case, and the last four digits of their respective federal employer identification numbers, are Oberweis Dairy, Inc. ('7516); The Oberweis Group, Inc. ('1378); North Aurora Ice Cream, LLC ('8506); TOGI RE I, LLC ('5952); Third Millennium Real Estate L.L.C. ('1589); and TOGI Brands, LLC ('7072).

1324642_1

Objections/Responses:

A. Objection: Americredit Financial Services, Inc. d/b/a GM Financial [ECF No. 180]. **(The Debtors believe this objection has been resolved by the inclusion of a provisional payment to the objecting party in the amount of $45,196.55 under paragraph 10 of the Proposed Sale Approval Order, in connection with the sale of the objecting party's collateral.)**

B. Objection: Wheaton Retail Wheaton, IL [ECF No. 183]. **(This objection has been withdrawn in light of the Debtors' agreement to increase the objecting party's cure amount to $4,358.23.)**

C. Objection: Banc of America Leasing & Capital, LLC [ECF No. 193]. **(The Debtors believe this objection has been resolved by the inclusion of a provisional payment to the objecting party in the amount of $1,116,592.58 under paragraph 10 of the Proposed Sale Approval Order, in connection with the sale of the objecting party's collateral.)**

D. Objection: Schererville Main Street, LLC [ECF No. 197].

E. Objection: Daimler Truck Financial Services USA LLC [ECF No. 199]. **(The Debtors believe this objection has been resolved by the inclusion of an indefeasible payment to the objecting party in the amount of $300,000.00 and the release of the objecting party's interests in some, but not all, of the objecting party's collateral, under paragraph 11 of the Proposed Sale Approval Order. At the objecting party's request, the Debtors intend to include additional language in paragraph 11 of the Proposed Sale Order on a "Draft Order to Follow" basis.)**

F. Objection: Official Committee of Unsecured Creditors [ECF No. 204]. **(The Debtors propose to preserve this objection for later determination while permitting entry of the Proposed Sale Order, by agreeing not to assume or assign the Retention Bonus Agreement of Adam Kraber absent either agreement of the parties or further Court order.)**

G. Objection: AMS Mechanical Systems [ECF No. 208] **(The Debtors believe this objection has been resolved by the Debtors' agreement to increase the objecting party's cure amount to $42,758.90.)**

H. Objection: Ecolab, Inc. [ECF No. 211] **(The Debtors propose to preserve this objection for later determination while permitting entry of the Proposed Sale Order, by agreeing not to assume or assign any contracts with Ecolab, Inc. absent either agreement of the parties or further Court order.)**

2

1324642_1

I.    Objection: The Travelers Indemnity Company [ECF No. 212] **(The Debtors believe this objection has been resolved by paragraph 49 of the Proposed Sale Order.)**

J.    Objection: Foremost Farms USA [ECF No. 215] **(The Debtors propose to preserve this objection for later determination while permitting entry of the Proposed Sale Order, by agreeing not to assume or assign any contracts with Foremost Farms USA absent either agreement of the parties or further Court order.)**

Dated: June 5, 2024                               OBERWEIS DAIRY, INC., *et al.*

                                                   By:   /s/ Alexander F. Brougham
                                                           One of their attorneys

HOWARD L ADELMAN, ESQ. (ARDC #0015458)
ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
TEVIN D. BOWENS, ESQ. (ARDC # 6338559)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
**Counsel for the Debtors**

1324642_1