# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

In Re:

OBERWEIS DAIRY, INC., et. al.,

　　　　　Debtors.

_____/

Case No: 24-05385
Chapter 11
Honorable David D. Cleary
Filed: April 12, 2024

## NOTICE OF AGREED MOTION

TO:

- Oberweis Dairy, Inc., 951 Ice Cream Drive, North Aurora, Illinois 60542 (*via US mail*)
- Howard L. Adelman, Debtor's attorney, hadelman@ag-ltd.com (*via CM/ECF*)
- Patrick S Layng, Office of the US Trustee, USTPRegion11.ES.ECF@usdoj.gov (*via CM/ECF*)

Please take notice that on Wednesday, June 26, 2024, at 10:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, either in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 6064 or electronically as described below, and present the stipulated motion for relief from the automatic stay for Daimler Truck Financial Services USA LLC, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 122 6457, and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

WARNER NORCROSS + JUDD LLP

Dated: June 11, 2024    /s/ Elisabeth M. Von Eitzen
Elisabeth M. Von Eitzen (P70183)
180 East Water Street, Suite 7000
Kalamazoo, Michigan 49007
269-276-8118
*Attorneys for Daimler Truck Financial Services USA LLC*

## CERTIFICATE OF SERVICE

    I, Elisabeth Von Eitzen, an attorney, caused a copy of the foregoing Notice of Motion and the accompanying Motion to be served electronically through the court's Electronic Notice for Registrants on all persons identified as Registrants on the above Service List and by U.S. Mail on all other persons identified on the Service List.

    /s/ Elisabeth M. Von Eitzen

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)**

In Re:

OBERWEIS DAIRY, INC., et. al.,

Debtors.

_____/

Case No: 24-05385
Chapter 11
Honorable David D. Cleary
Filed: April 12, 2024

**STIPULATED MOTION BETWEEN DEBTOR AND DAIMLER TRUCK FINANCIAL SERVICES USA LLC FOR RELIEF FROM THE AUTOMATIC STAY**

Oberweis Dairy, Inc. ("**Debtor**") and Daimler Truck Financial Services USA LLC ("**DTFS**"), by their undersigned counsel, request that the Court grant this *Stipulated Motion Between Debtor and Daimler Truck Financial Services USA LLC for Relief from the Automatic Stay* (the "**Stipulated Motion**") and in support, states as follows:

1. Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on April 12, 2024 (the "**Petition Date**").

2. DTFS financed Debtor's purchase of vehicles under an Illinois Note and Security Agreement dated March 16, 2023, pursuant to which DTFS financed Debtor's purchase of 5 2023 Freightliner MT45G (the "**Loan Agreement**"). The Loan Agreement is attached as *Exhibit A*.

3. The collateral consists of the following equipment (the "**Collateral**"):

| Year | Make | Model | VIN No. |
|---|---|---|---|
| 2023 | Freightliner | MT45G | 4UZAC2G74PCUE8848 |
| 2023 | Freightliner | MT45G | 4UZAC2G74PCUE8851 |
| 2023 | Freightliner | MT45G | 4UZAC2G78PCUE8853 |
| 2023 | Freightliner | MT45G | 4UZAC2G77PCUE8858 |
| 2023 | Freightliner | MT45G | 4UZAC2G79PCUE8859 |

4. DTFS has a first priority security interest in the Collateral, which was properly perfected through endorsement on the Certificate of Title. Copies of the Certificates of Title to the Collateral are attached as *Exhibit B*.

5. Debtor has defaulted under the Loan Agreements by failing to pay the monthly payments due. Under the Loan Agreement, as of the Petition Date, Debtor owed DTFS $589,453.90.

6. The Collateral was not sold to Hoffman Dairy LLC pursuant to the June 1, 2024 asset purchase agreement.

7. Debtor remains in possession of the Collateral.

8. Under 11 U.S.C. 362(d), "on request of a party in interest and after notice and a hearing, the court shall grant relief from the stay . . . by terminating, annulling, modifying or conditioning such stay – (1) for cause, including the lack of adequate protection of an interest in property of such party in interest; (2) with respect to a stay of an act against property under subsection (a) of this section, if – (A) the debtor does not have an equity interest in such property; and (B) such property is not necessary for an effective reorganization."

9. Debtor has failed to make any adequate protection payments to DTFS and has not made any payments since March 15, 2024.

10. Cause exists to lift the automatic stay with respect to the Collateral because Debtor has failed to provide DTFS with adequate protection of DTFS's security interest in the Collateral.

11. For the reasons above, DTFS requests relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) for cause because Debtor has not provided adequate protection of DTFS' interest in the Collateral and because Debtor cannot be reorganized.

12. Alternatively, DTFS is entitled to relief from the automatic stay under 11 U.S.C. 362(d)(2) as the Collateral does not have any value to the Estate as the indebtedness owed exceeds the value of the Collateral. Further, the Collateral is not necessary to an effective reorganization.

13. Debtor consents to the relief sought in this Stipulated Motion.

WHEREFORE, DTFS and Debtor respectfully request that the Court enter an order terminating the automatic stay with respect to the Collateral to allow DTFS to immediately exercise its state law remedies; and granting DTFS such further relief as the Court deems proper and just.

Dated: June 11, 2024

| /s/ Elisabeth M. Von Eitzen | /s/ Howard L. Adelman |
|---|---|
| Elisabeth M. Von Eitzen | Howard L. Adelman |
| WARNER NORCROSS + JUDD LLP | ADELMAN & GETTLEMAN LTD. |
| 150 Ottawa Ave NW, Suite 1500 | 53 W. Jackson Blvd., Suite 1050 |
| Grand Rapids, MI 49503 | Chicago, IL 60604 |
| Telephone (616) 752-2418 | Telephone 312 435-1050 |
| evoneitzen@wnj.com | Email: hla@ag-ltd.com |
| *Counsel for Daimler Truck Financial Services USA LLC* | *Counsel for Debtor* |

30646667-1