# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ODI Oldco, Inc., *et al.*,[1] | ) | Case No. 24-05385 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable David D. Cleary |
| | ) | |

## NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES ASSUMED AND ASSIGNED PURSUANT TO SALE APPROVAL ORDER

PLEASE TAKE NOTICE that, pursuant to the *Order (A) Approving the Sale of Substantially All of the Assets of the Debtors Free and Clear of Interests Including Liens, Claims, and Encumbrances; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpires Leases; and (C) Granting Related Relief* (ECF No. 231, the "**Sale Approval Order**"), the debtors in the above-captioned jointly administered bankruptcy cases have assumed and assigned the executory contracts and unexpired leases listed in the attached **Exhibit A** to Hoffmann Dairy, LLC, a Missouri limited liability company, or its designees. This notice is filed in accordance with paragraph 23 of the Sale Approval Order.

Respectfully submitted,

ODI OLDCO, INC.;
TOGI OLDCO, INC.;
NORTH AURORA ICE CREAM, LLC;
TOGI RE I, LLC;
THIRD MILLENNIUM REAL ESTATE L.L.C.; and
TOGI BRANDS, LLC

By: /s/ Alexander F. Brougham
   One of their attorneys

HOWARD L. ADELMAN, ESQ. (ARDC# 0015458)
ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
TEVIN D. BOWENS, ESQ. (ARDC #6338559)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050

---

[1] The Debtors in this case, and the last four digits of their respective federal employer identification numbers, are ODI Oldco, Inc., f/k/a Oberweis Dairy, Inc. ('7516); TOGI Oldco, Inc. f/k/a The Oberweis Group, Inc. ('1378); North Aurora Ice Cream, LLC ('8506); TOGI RE I, LLC ('5952); Third Millennium Real Estate L.L.C. ('1589); and TOGI Brands, LLC ('7202).

Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
**Counsel for the Debtors**

**Exhibit A: Assumed and Assigned Executory Contracts and Unexpired Leases**

| No. | Party Name and Address | Description | Cure Amount |
|---|---|---|---|
| 1. | 7SHIFTS<br>200-701 BROADWAY AVE<br>SASKATOON, SK S7N1B3<br>CANADA | SOFTWARE LICENSING | $0.00 |
| 2. | ADP<br>233 S WACKER DRIVE<br>CHICAGO, IL 60606 | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) | $0.00 |
| 3. | AFS TECHNOLOGIES<br>5201 W. KENNEDY BLVD #200<br>TAMPA, FL 33609 | SOFTWARE LICENSING | $39,353.00 |
| 4. | AMAZON<br>410 TERRY AVENUE NORTH<br>SEATTLE, WA 98109 | SOFTWARE LICENSING | $0.00 |
| 5. | AMS MECHANICAL SYSTEMS, INC.<br>C/O TRAVIS ELIASON, JOE ARCHAMBEAU<br>CLARK HILL<br>130 E. RANDOLPH ST., SUITE 3900<br>CHICAGO, IL 60601 | PROFESSIONAL SERVICE CONTRACT | $42,758.90 |
| 6. | ASSOCIATED MATERIAL HANDLING INDUSTRIES INC<br>C/O CHARLES STAHL<br>SWANSON, MARTIN & BELL, LLP<br>2525 CABOT DRIVE, SUITE 204<br>LISLE, IL 60532 | LEASE: EQUIPMENT | $67,686.00 |
| 7. | BARTLETT ICE CREAM, LLC<br>C/O DANIEL BROWN<br>WILLIAMS BARBER MOREL<br>233 S. WACKER DR, STE 6800<br>CHICAGO, IL 60606 | REAL PROPERTY LEASE: 925 S. ROUTE 59, BARTLETT, IL | $42,692.00 |
| 8. | BARTLETT ICE CREAM, LLC<br>C/O DANIEL BROWN<br>WILLIAMS BARBER MOREL<br>233 S. WACKER DR, STE 6800<br>CHICAGO, IL 60606 | REAL PROPERTY LEASE: 1790 WEST MAIN STREET, ST. CHARLES, IL | $34,131.29 |
| 9. | BOSSDESK<br>350 RESEARCH CT, STE 110<br>PEACHTREE CORNERS, GA 30092 | SOFTWARE LICENSING | $0.00 |
| 10. | BROWN AND SONS' FOODLINER, INC.<br>20 ALLEN AVE., SUITE 40<br>WEBSTER GROVES, MO 63119 | REAL PROPERTY LEASE: 10338 MANCHESTER ROAD KIRKWOOD, MO | $3,396.00 |
| 11. | C/O RDD ASSOCIATES<br>930 RIVERVIEW DRIVE, SUITE 400<br>TOTOWA, NJ 07512 | PROFESSIONAL SERVICE CONTRACT | $0.00 |
| 12. | CASWELL TOWN CENTER, LLC<br>2617 BEACON HILL DRIVE<br>AUBURN HILLS, MI 48236 | REAL PROPERTY LEASE: 6854 ROCHESTER ROAD, TROY, MI | $3,892.00 |

| No. | Party Name and Address | Description | Cure Amount |
| --- | --- | --- | --- |
| 13. | CDW DIRECT, LLC<br>P.O. BOX 75723<br>CHICAGO, IL 60675-5723 | SOFTWARE LICENSING | $471.00 |
| 14. | CHASE CREDIT CARDS<br>CARDMEMBER SERVICES<br>P.O. BOX 6294<br>CAROL STREAM, IL 60197 | BANKING SERVICE AGREEMENT | $0.00 |
| 15. | COMCAST CABLE<br>P.O. BOX 3005<br>SOUTHEASTERN, PA 19398-3005 | VENDOR AGREEMENT | $5,963.00 |
| 16. | DARIFILL<br>750 GREEN CREST DRIVE<br>WESTERVILLE, OH 43081 | LEASE: EQUIPMENT | $77,630.00 |
| 17. | DAVID ALLEN JOHNSON<br>925 BURLINGTON AVE, EAST APT.<br>WESTERN SPRINGS, IL 60558 | LEASE OF REAL PROPERTY: 925 BURLINGTON AVE, WESTERN SPRINGS, IL (RESIDENTIAL SPACE) | $0.00 |
| 18. | DAVID GREGORY<br>209 AMENDODGE DRIVE<br>SHOREWOOD, IL 60431 | REAL PROPERTY LEASE: 2200 ILLINOIS RTE 59 I, PLAINFIELD, IL | $2,424.00 |
| 19. | DELTA DENTAL OF ILLINOIS<br>111 SHUMAN BLVD.<br>NAPERVILLE, IL 60563 | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | $0.00 |
| 20. | DUTCH FARMS<br>700 E. 107TH STREET<br>CHICAGO, IL  60628 | DISTRIBUTION AGREEMENT | $0.00 |
| 21. | ECOLAB PEST ELIMINATION<br>26252 NETWORK PLACE<br>CHICAGO, IL 60673-1262 | PEST ELIMINATION SERVICES AGREEMENT, EFFECTIVE AS OF DECEMBER 1, 2019 | $9,482.48 |
| 22. | ECOLAB INC INSTITUTION<br>70343 NETWORK PLACE<br>CHICAGO, IL 60673-1703 | PRODUCT AND SERVICES SUPPLY AGREEMENT, EFFECTIVE AS OF DECEMBER 1, 2019, AND PRODUCT AND SERVICES SUPPLY AGREEMENT, EFFECTIVE AS OF DECEMBER 1, 2019 | $70,376.97 |
| 23. | FEDERAL MILK MARKET<br>PO BOX 4469<br>LISLE, IL 60532 | VENDOR AGREEMENT | $0.00 |
| 24. | FIDELITY ASSOCIATES LLLP<br>C/O SWM REAL ESTATE MGT. CO<br>1795 CLARKSON-SUITE 190<br>CHESTERFIELD, MO  63017 | REAL PROPERTY LEASE: 15021 MANCHESTER RD., BALLWIN, MO | $2,386.00 |
| 25. | FLEETSOFT<br>2500 DALLAS PKWY #498<br>PLANO, TX 75093 | SOFTWARE LICENSING | $0.00 |

| No. | Party Name and Address | Description | Cure Amount |
|---|---|---|---|
| 26. | FLEETSOFT LLC<br>6009 W. PARKER RD. #149-250<br>PLANO, TX 75093 | SOFTWARE LICENSING | $0.00 |
| 27. | FLUID-AIRE DYNAMICS, INC.<br>530 ALBION AVE<br>SCHAUMBURG, IL 60193 | LEASE: EQUIPMENT | $13,148.00 |
| 28. | FOX METRO WATER RECLAMATION DIST<br>682 STATE ROUTE 31<br>OSWEGO, IL 60543-4394 | WATER SERVICE | $34,854.00 |
| 29. | GODADDY<br>2155 E GODADDY WAY<br>TEMPE, AZ 85284 | SOFTWARE LICENSING | $0.00 |
| 30. | GROUPRAISE.COM INC<br>16327 PAITER STREET<br>HOUSTON, TX 77053 | SOFTWARE LICENSING | $0.00 |
| 31. | HAPPY COWS LLC<br>2395 N. 5000W ROAD<br>KANKAKEE, IL 60901 | FRANCHISE AGREEMENT | $0.00 |
| 32. | PEAK PROPERTIES<br>4858 N. HERMITAGE<br>CHICAGO, IL 60640 | REAL PROPERTY LEASE: 3055 NORTH SHEFFIELD AVENUE, CHICAGO, IL | $2,508.00 |
| 33. | ILLINOIS LICENSE SERVICES, INC<br>800 RAVINIA PLACE<br>ORLAND PARK, IL 60462 | PROFESSIONAL SERVICE CONTRACT | $0.00 |
| 34. | TALKA HOLDINGS, LLC<br>C/O DANIEL BROWN<br>WILLIAMS BARBER MOREL<br>233 S. WACKER DR, STE 6800<br>CHICAGO, IL 60606 | REAL PROPERTY LEASE: 30 S. ROSELLE RD, SCHAUMBURG, IL | $41,850.00 |
| 35. | JAMES D OBERWEIS LIVING TRUST<br>C/O DANIEL BROWN<br>WILLIAMS BARBER MOREL<br>233 S. WACKER DR, STE 6800<br>CHICAGO, IL 60606 | REAL PROPERTY LEASE: 840 ICE CREAM DRIVE, NORTH AURORA, IL | $41,601.20 |
| 36. | KEYSTONE LAKE ZURICH, LLC<br>C/O MICHAEL BOXERMAN<br>20 N. CLARK ST., SUITE 3300<br>CHICAGO, IL 60602 | REAL PROPERTY LEASE: 684 S. RAND ROAD, LAKE ZURICH, IL | $3,122.00 |
| 37. | KONICA MINOLTA BUSINESS SOLUTION<br>DEPT. CH 19188<br>PALATINE, IL 60055-9188 | LEASE: EQUIPMENT | $1,311.00 |
| 38. | KONICA/MINOLTA BUSINESS SOL.<br>21146 NETWORK PLACE<br>CHICAGO, IL 60673-1211 | SOFTWARE LICENSING | $1,832.00 |
| 39. | LEXINGTON SQUARE, LLC<br>1 E. 22ND STREET, SUITE 201<br>LOMBARD, IL 60148 | REAL PROPERTY LEASE: 1018 S. YORK RD., ELMHURST, IL | $3,381.00 |

| No. | Party Name and Address | Description | Cure Amount |
|---|---|---|---|
| 40. | LGF CAPITAL, LLC<br>248 FOSTER DRIVE<br>OSWEGO, IL 60543 | REAL PROPERTY LEASE: 2274 ROUTE 30, OSWEGO, IL (UNIT C), OSWEGO, IL | $2,511.00 |
| 41. | LINCOLN CARRYOUT, INC.<br>6836 N. SHERIDAN ROAD<br>ATTN: STEVE DAOULAS<br>CHICAGO, IL 60626 | LEASE OF REAL PROPERTY: 6485 NORTH LINCOLN AVENUE, LINCOLNWOOD, IL | $0.00 |
| 42. | MAILFINANCE<br>25881 NETWORK PL<br>CHICAGO, IL 60673-1258 | LEASE: EQUIPMENT | $0.00 |
| 43. | MATRIX TRUST COMPANY<br>P.O. BOX 1800<br>DENVER, CO 80202 | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | $0.00 |
| 44. | MICROMONT HOLDINGS 8, LLC<br>8140 WALNUT HILL LANE<br>ATTN: COD<br>DALLAS, TX 75231 | REAL PROPERTY LEASE: 400 SOUTH RANDALL ROAD, SUITE A, ELGIN, IL | $2,585.00 |
| 45. | MID COUNTY INVESTORS, L.L.C.<br>C/O MANNION PROPERTIES, L.L.C.<br>8001 CLAYTON ROAD<br>ST. LOUIS, MO 63117 | REAL PROPERTY LEASE: 8415-8419 MID COUNTY INDUSTRIAL DRIVE, VINITA PARK, MO | $1,885.00 |
| 46. | MOOD MEDIA<br>2100 S IH-35 FRONTAGE ROAD<br>SUITE 201<br>AUSTIN, TX 78704 | VENDOR AGREEMENT | $21,547.00 |
| 47. | NAPERVILLE ASSOCIATES, LLC<br>3201 OLD GLENVIEW RD.<br>SUITE 235<br>WILMETTE, IL 60091 | REAL PROPERTY LEASE: 760 NORTH ROUTE 59 NAPERVILLE, IL | $2,651.00 |
| 48. | NEIMAN BROTHERS COMPANY, INC.<br>3322 WEST NEWPORT AVE<br>CHICAGO, IL 60618 | PURCHASE CONTRACT | $0.00 |
| 49. | NORTHAMERICAN CONCESSIONS, INC.<br>5680 S. ARCHER AVENUE, SUITE 201<br>CHICAGO, IL 60638 | LICENSE AGREEMENT | $0.00 |
| 50. | OAKVILLE ICE CREAM LLC<br>C/O DANIEL BROWN<br>WILLIAMS BARBER MOREL<br>233 S. WACKER DR, STE 6800<br>CHICAGO, IL 60606 | REAL PROPERTY LEASE: 4568 & 4590 TELEGRAPH RD., ST. LOUIS, MO | $20,130.32 |
| 51. | ONE DIGITAL HEALTH BENEFITS<br>P.O. BOX 734429<br>DALLAS, TX 75373-4429 | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | $0.00 |
| 52. | ORLAND PARK ICE CREAM, LLC<br>C/O DANIEL BROWN<br>WILLIAMS BARBER MOREL<br>233 S. WACKER DR, STE 6800<br>CHICAGO, IL 60606 | REAL PROPERTY LEASE: 7202 W. 159TH ST., ORLAND PARK, IL | $29,826.60 |

| No. | Party Name and Address | Description | Cure Amount |
|---|---|---|---|
| 53. | PARK RIDGE PLAZA LLC<br>P.O. BOX 734429<br>DALLAS, TX 75373-4429 | REAL PROPERTY LEASE: 101 SOUTH NORTHWEST HIGHWAY, PARK RIDGE, IL | $950.00 |
| 54. | PAYTRONIX SYSTEMS, INC.<br>80 BRIDGE ST<br>NEWTON, MA 02458 | BANKING SERVICE AGREEMENT | $12,131.00 |
| 55. | POINTE DAIRY SERVICES, INC.<br>2716 AMERICAN DR.<br>ATTN: ALEX SELVAGGIO<br>TROY, MI 48083 | DISTRIBUTION AGREEMENT | $0.00 |
| 56. | PURE POWER GENERATORS<br>1872 TECHNY COURT<br>NORTHBROOK, IL 60062 | VENDOR AGREEMENT | $0.00 |
| 57. | RING CENTRAL INC<br>DEPT. CH 19585<br>PALATINE, IL 60055-9585 | LEASE: EQUIPMENT | $8,096 |
| 58. | RIVEROAKS PROPERTIES, LLC<br>1700 E WEST RD<br>CALUMET CITY, IL 60409 | REAL PROPERTY LEASE: 11310-12 W LINCOLN HWY, MOKENA, IL | $3,504 |
| 59. | ROLLING MEADOWS ICE CREAM LLC<br>C/O DANIEL BROWN<br>WILLIAMS BARBER MOREL<br>233 S. WACKER DR, STE 6800<br>CHICAGO, IL 60606 | REAL PROPERTY LEASE: 1735 ALGONQUIN ROAD, ROLLING MEADOWS, IL | $15,405.55 |
| 60. | SCHERERVILLE MAIN STREET, LLC<br>C/O CLOVERLEAF<br>666 DUNDEE RD., SUITE 9<br>NORTHBROOK, IL 60062 | REAL PROPERTY LEASE: 725 MAIN ST., SCHERERVILLE, IN | $3,393.00 |
| 61. | SHANNON M. LESLIE<br>925 BURLINGTON AVE, WEST APT.<br>WESTERN SPRINGS, IL 60558 | LEASE OF REAL PROPERTY: 925 BURLINGTON AVE, WESTERN SPRINGS, IL (RESIDENTIAL SPACE) | $0.00 |
| 62. | ST. JOHN PROPERTIES, LLC<br>P.O. BOX 62705<br>BALTIMORE, MD 21264 | REAL PROPERTY LEASE: 9803/9805 S. 13TH STREET, OAK CREEK, WI | $1,204.00 |
| 63. | TOAST INC.<br>401 PARK DRIVE, SUITE 801<br>BOSTON, MA 02215 | SOFTWARE LICENSING | $0.00 |
| 64. | TOUCHTUNES<br>730 THIRD AVE, SUITE 21ST FLOOR<br>NEW YORK, NY 10017 | VENDOR AGREEMENT | $1,485.00 |
| 65. | VEK INVESTMENTS, LLC<br>P.O. BOX 9111<br>GURNEE, IL 60031 | REAL PROPERTY LEASE: 572 GRAND AVENUE, SUITE 1, GURNEE, IL | $3,830.00 |

| No. | Party Name and Address | Description | Cure Amount |
|---|---|---|---|
| 66. | WOODWARD SAMOSET ASSOCIATES LLC<br>C/O HARVEY WEISS<br>32820 WOODWARD AVENUE, SUITE 200 ROYAL OAK, MI 48073 | REAL PROPERTY LEASE: 32808 WOODWARD AVENUE, ROYAL OAK, MI | $5,571.82 |
| 67. | WOOLPERT<br>P.O. BOX 714874<br>CINCINNATI, OH 45271-4874 | SOFTWARE LICENSING | $0.00 |
| 68. | WOOLPERT<br>P.O. BOX 714874<br>CINCINNATI, OH 45271-4874 | SOFTWARE LICENSING | $0.00 |
| 69. | YEXT<br>1 MADISON AVE. 5TH FLOOR<br>NEW YORK, NY 10010 | SOFTWARE LICENSING | $8,114.00 |
| 70. | ZENCOS CONSULTING, LLC.<br>1400 CRESCENT GREEN STE 215<br>CARY, NC 27518-8118 | SOFTWARE LICENSING | $10,500.00 |
| 71. | ZOOM VIDEO COMMUNICATIONS INC<br>P.O. BOX 888843<br>LOS ANGELES, CA 90088-8843 | SOFTWARE LICENSING | $659.00 |
| 72. | FOREMOST FARMS USA<br>C/O JUSTIN MERTZ<br>MICHAEL BEST<br>790 N WATER ST., SUITE 2500<br>MILWAUKEE, WI 53202 | PURCHASE CONTRACT | $120,117.08 |
| 73. | NORTH AURORA ICE CREAM, LLC<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | REAL PROPERTY LEASE: 951 ICE CREAM DRIVE, NORTH AURORA, IL | $0.00 |
| 74. | NORTH AURORA ICE CREAM, LLC<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | REAL PROPERTY LEASE: 4811 DEMPSTER ROAD, SKOKIE, IL | $0.00 |
| 75. | NORTH AURORA ICE CREAM, LLC<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | REAL PROPERTY LEASE: 929 BURLINGTON AVE., WESTERN SPRINGS, IL | $0.00 |
| 76. | OBERWEIS DAIRY, INC.<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | LEASE OF REAL PROPERTY: 951 ICE CREAM DRIVE, NORTH AURORA, IL | $45,562.00[*] |

---

[*] To preclude a double payment, all inter-debtor cure payments were returned to the payors because the amounts owed—consisting of real-estate taxes—were paid in connection with the sale.

| No. | Party Name and Address | Description | Cure Amount |
|---|---|---|---|
| 77. | OBERWEIS DAIRY, INC.<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | LEASE OF REAL PROPERTY:4811 W. DEMPSTER ST., SKOKIE, IL | $33,333.00* |
| 78. | OBERWEIS DAIRY, INC.<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | LEASE OF REAL PROPERTY: 925 BURLINGTON AVE, WESTERN SPRINGS, IL (RETAIL SPACE) | $6,031.00* |
| 79. | OBERWEIS DAIRY, INC.<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | REAL PROPERTY LEASE: 515 ROOSEVELT ROAD, GLEN ELLYN, IL | $16,075.00* |
| 80. | OBERWEIS DAIRY, INC.<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | REAL PROPERTY LEASE: 860 EAST BOUGHTON RD., BOLINGBROOK IL | $27,276.00* |
| 81. | OBERWEIS DAIRY, INC.<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | LEASE OF REAL PROPERTY: 6465-69 NORTH LINCOLN AVENUE, LINCOLNWOOD, IL | $0.00 |
| 82. | OBERWEIS DAIRY, INC.<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | LEASE OF REAL PROPERTY: 9 EAST DUNDEE RD., ARLINGTON HEIGHTS, IL | $37,127.00* |
| 83. | OBERWEIS DAIRY, INC.<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | LEASE OF REAL PROPERTY: 965/975 GLENVIEW RD., GLENVIEW, IL | $15,829.00* |
| 84. | ODI/BRANDS/TOGI<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | LICENSE OF IP | $0.00 |
| 85. | THIRD MILLENNIUM REAL ESTATE L.L.C.<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | REAL PROPERTY LEASE: 9 E. DUNDEE RD., ARLINGTON HEIGHTS, IL | $0.00 |

---

* To preclude a double payment, all inter-debtor cure payments were returned to the payors because the amounts owed—consisting of real-estate taxes—were paid in connection with the sale.

| No. | Party Name and Address | Description | Cure Amount |
|---|---|---|---|
| 86. | THIRD MILLENNIUM REAL ESTATE L.L.C.<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | REAL PROPERTY LEASE: 967 WAUKEGAN RD., GLENVIEW, IL | $0.00 |
| 87. | THIRD MILLENNIUM REAL ESTATE L.L.C.<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | REAL PROPERTY LEASE: 6469 N. LINCOLN AVE., LINCOLNWOOD, IL | $0.00 |
| 88. | TOGI RE I, LLC<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | REAL PROPERTY LEASE: 515 ROOSEVELT ROAD, GLEN ELLYN, IL | $16,075.00[*] |
| 89. | TOGI RE I, LLC<br>C/O ADAM P. SILVERMAN<br>ADELMAN & GETTLEMAN, LTD.<br>53 W. JACKSON BLVD., SUITE 1050<br>CHICAGO, IL 60604 | REAL PROPERTY LEASE: 860 E. BOUGHTON RD., BOLINGBROOK, IL | $0.00 |
| 90. | 3158 W 95TH STREET LLC<br>C/O COMAR PROPERTIES<br>17W220 22ND STREET<br>OAKBROOK TERRACE, IL 60181 | REAL PROPERTY LEASE: 3152 W 95TH ST, EVERGREEN PARK, IL | $4,369.60 |
| 91. | BAILEY LEE AND SUSAN LUM TRUST<br>C/O AM-PAC PROPERTIES<br>4050 WYCOMBE DRIVE<br>SACRAMENTO, CA 95864 | REAL PROPERTY LEASE: 7090 MEXICO ROAD, SAINT PETERS, MO | $2,413.33 |
| 92. | BROOKWOOD CENTER, LLC<br>4700 W. CERMAK ROAD<br>CHICAGO, IL 60804-2523 | REAL PROPERTY LEASE: 230 N. WEBER ROAD, BOLINGBROOK, IL | $2,362.09 |
| 93. | CIBC<br>C/O ERIC S. REIN<br>KILPATRICK<br>500 W. MADISON ST., SUITE 3700<br>CHICAGO, IL 60661 | BANKING SERVICE AGREEMENT | $0.00 |
| 94. | CLEAR<br>200 CLARENDON STREET<br>BOSTON, MA 02116 | BANKING SERVICE AGREEMENT | $5,848.39 |
| 95. | CONNECTRIA<br>10845 OLIVE BLVD., SUITE 300<br>ST. LOUIS, MO 63141 | SOFTWARE LICENSING | $46,375.83 |

---

[*] To preclude a double payment, all inter-debtor cure payments were returned to the payors because the amounts owed—consisting of real-estate taxes—were paid in connection with the sale.

1333469_1                                                                                                        10

| No. | Party Name and Address | Description | Cure Amount |
|---|---|---|---|
| 96. | CORE 3 PROPERTIES<br>1707 E. HAMILTON ROAD, SUITE 1A<br>BLOOMINGTON, IL 61704 | REAL PROPERTY LEASE: 1103 MARTIN LUTHER KING JR. DRIVE, SUITE B, BLOOMINGTON, IL | $1,433.25 |
| 97. | EMO PROPERTIES, LLC<br>C/O DANIEL BROWN<br>WILLIAMS BARBER MOREL<br>233 S. WACKER DR, STE 6800<br>CHICAGO, IL 60606 | REAL PROPERTY LEASE: 338 W. ARMY TRAIL RD., BLOOMINGDALE, IL | $15,820.00 |
| 98. | FOREMOST FARMS USA<br>C/O JUSTIN MERTZ<br>MICHAEL BEST<br>790 N WATER ST., SUITE 2500<br>MILWAUKEE, WI 53202 | PURCHASE CONTRACT | $74,214.21 |
| 99. | GOODWIN RECRUITING<br>135 HOOKSET ROAD<br>MANCHESTER, NH 03104 | EMPLOYMENT AGENCY | $0.00 |
| 100. | GRECO/REGGI DEVLOPMENT, LLC<br>1307 SCHIFERL ROAD<br>BARTLETT, IL 60103 | REAL PROPERTY LEASE: 879 W. 95TH ST., SUITE 155, NAPERVILLE, IL | $4,854.80 |
| 101. | GSP PARK FLETCHER, LLC<br>C/O HALAKER PROPERTY<br>9245 N. MERIDIAN STREET<br>INDIANAPOLIS, IN 46260 | REAL PROPERTY LEASE: 2040 SOUTH LYNHURST DRIVE, SUITE N, INDIANAPOLIS, INDIANA | $5,838.26 |
| 102. | IDEAL FOOD GROUP<br>PO BOX 5002<br>ZIONSVILLE, IN 46077 | CUSTOMER AGREEMENT | $0.00 |
| 103. | IRC DOWNERS GROVE MARKETPLACE, LLC<br>C/O COMAR PROPERTIES<br>17W220 22ND STREET<br>OAKBROOK TERRACE, IL 60181 | REAL PROPERTY LEASE: 60 OGDEN AVE. AND 58 OGDEN AVE., DOWNERS GROVE, IL | $6,765.21 |
| 104. | J.J. KELLER & ASSOC.<br>PO BOX 548<br>NENAH, WI 54957-0548 | VENDOR AGREEMENT | $309.00 |
| 105. | PLYMOUTH INDUSTRIAL CENTER, INC.<br>13101 ECKLES ROAD<br>PLYMOUTH MI 48170 | REAL PROPERTY LEASE: 12807 PREMIER CENTER COURT, PLYMOUTH, MI | $1,928.22 |
| 106. | PMA COMPANIES, INC<br>380 SENTRY PARKWAY<br>PO BOX 3031<br>BLUE BELL, PA 19422-0754 | THIRD PARTY PROVIDER (BENEFITS, PAYROLL) | $0.00 |
| 107. | QUADIENT LEASING<br>PO BOX 123689<br>DEPARTMENT 3689<br>DALLAS, TX 75312-3689 | LEASE: EQUIPMENT | $0.00 |

| No. | Party Name and Address | Description | Cure Amount |
|---|---|---|---|
| 108. | SAJE NETWORK SYSTEMS<br>PO BOX 487<br>LAFAYETTE, CO 80026 | SOFTWARE LICENSING | $0.00 |
| 109. | SECURITY METRICS<br>1275 W. 1600 N.<br>OREM, UT 84057 | VENDOR AGREEMENT | $4,000.00 |
| 110. | TECHWIZARD<br>503 E. NIFONG BLVD., #210<br>COLUMBIA, MO 65201 | SOFTWARE LICENSING | $0.00 |
| 111. | TEKLYNX<br>501 W. NORTHSHORE DR.<br>SUITE H-380<br>GLENDALE, WI 53217 | SOFTWARE LICENSING | $0.00 |
| 112. | WHEATON RETAIL WHEATON, IL LLC<br>PO BOX 93070<br>ROCHESTER, NY 14692 | REAL PROPERTY LEASE: 811 BUTTERFIELD ROAD, SUITE 119, WHEATON, IL | $4,358.23 |
| 113. | WSC WINDSTREAM<br>4005 RODNEY PARHAM ROAD<br>LITTLE ROCK, AR 72212 | VENDOR AGREEMENT | $4,079.22 |